# EXHIBIT 1

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1277 (GBW) |
| | ) | |
| ALEMBIC PHARMACEUTICALS LIMITED, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF UNCONTESTED FACTS**

**EXHIBIT 1**

TABLE OF CONTENTS

Page

I. INTRODUCTION ..... 1

II. BACKGROUND FACTS ..... 1

A. PARTIES ..... 1

1. Plaintiff ..... 1

2. Defendant ..... 2

B. ARRAY'S MEKTOVI® PRODUCT ..... 2

C. Encorafenib ..... 3

III. ASSERTED PATENTS ..... 4

A. The '464 patent ..... 5

B. The '229 patent ..... 6

C. The '761 patent ..... 6

IV. ALEMBIC'S PROPOSED ANDA PRODUCT ..... 7

V. JOINT STIPULATION OF INFRINGEMENT ..... 8

VI. U.S. PATENT NO. 8,541,575 ..... 8

**EXHIBIT 1**

# I. INTRODUCTION

In accordance with Local Rule 16.3(c)(3) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiff Array BioPharma Inc. ("Plaintiff" or "Array") and Defendant Alembic Pharmaceuticals Limited ("Defendant" or "Alembic") submit the following joint statement of the facts that are admitted and require no proof.

# II. BACKGROUND FACTS

This is an action alleging infringement of certain claims of the Asserted Patents arising under the United States patent laws, Title 35, United States Code. This action relates to an Abbreviated New Drug Applications ("ANDA") submitted by Alembic under Section 505(j) of the FDCA, 21 U.S.C. § 355(j), seeking United States Food and Drug Administration ("FDA") approval to market a generic pharmaceutical product. Array alleges that Alembic infringes U.S. Patent Nos. 9,314,464 (the "'464 patent"), 9,850,229 (the "'229 patent"), and 10,005,761 (the "'761 patent") (the "Asserted Patents"). The Asserted Claims are as follows:

| U.S. Patent No. | Asserted Claims |
|---|---|
| '464 patent | 17 |
| '229 patent | 1 and 4 |
| '761 patent | 11 |

## A. PARTIES

### 1. Plaintiff

1. Array is a corporation organized and existing under the laws of Delaware, having a place of business at 3200 Walnut Street, Boulder, Colorado 80301.

2. Array is a wholly owned subsidiary of Pfizer Inc.

**EXHIBIT 1**

**2. Defendant**

3. Alembic is an Indian corporation, having its principal place of business at Alembic Road, Vadodara - 390 003, Gujarat, India.

**B. ARRAY'S MEKTOVI® PRODUCT**

4. Array holds approved New Drug Application ("NDA") No. 210498, for 15 mg binimetinib tablets which Array sells under the registered name MEKTOVI.

5. MEKTOVI is approved by the FDA and is indicated, in combination with encorafenib, for the treatment of (1) patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test, and (2) adult patients with metastatic NSCLC with a BRAF V600E mutation, as detected by an FDA-approved test.

6. The FDA approved the use of MEKTOVI in combination with encorafenib for the treatment of patients with unresectable or metastatic melanoma in June, 2018.

7. The FDA approved the use of MEKTOVI in combination with encorafenib for the treatment of adult patients with metastatic Non-Small Lung Cell Cancer ("NSCLC") in October, 2023.

8. The active pharmaceutical ingredient in Array's MEKTOVI product is binimetinib.

9. Binimetinib is a reversible inhibitor of MEK 1 (mitogen-activated extracellular signal regulated kinase 1) and MEK2 activity.

10. The FDA-approved package insert for MEKTOVI describes binimetinib as 5-[(4-bromo-2-fluorophenyl)amino]-4-fluoro-N-(2-hydroxyethoxy)-1-methyl-1H-benzimidazole-6-carboxamide.

11. The chemical structure of binimetinib is:

**EXHIBIT 1**




**C. Encorafenib**

12. Encorafenib is an inhibitor that targets mutant and wild-type forms of a kinase called B-Raf.

13. The FDA-approved package insert for BRAFTOVI describes encorafenib as having the chemical name methyl N-{(2S)-1-[(4-{3-[5-chloro-2-fluoro-3(methanesulfonamido)phenyl]-1-(propan-2-yl)-1H-pyrazol-4-yl}pyrimidin-2-yl)amino]propan-2yl}carbamate.

14. Encorafenib is also described by the chemical name methyl N-[(2S)-1-({4-[3-(5-chloro-2-fluoro-3-methanesulfonamidophenyl)-1-(propan-2-yl)-1H-pyrazol-4-yl]pyrimidin-2-yl}amino)propan-2-yl]carbamate.

15. The chemical structure of encorafenib is shown below:

**EXHIBIT 1**




16. Encorafenib is the active ingredient in Array's BRAFTOVI product.

17. BRAFTOVI is approved by the FDA and is indicated: (1) in combination with binimetinib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test; (2) in combination with cetuximab, for the treatment of adult patients with metastatic colorectal cancer (CRC) with a BRAF V600E mutation, as detected by an FDA-approved test, after prior therapy; and (3) in combination with binimetinib, for the treatment of adult patients with metastatic non-small cell lung cancer (NSCLC) with a BRAF V600E mutation, as detected by an FDA-approved test.

## III. ASSERTED PATENTS

18. FDA lists pharmaceutical products and patents associated with those pharmaceutical products in the "Approved Drug Products with Therapeutic Equivalence Evaluations" ("Orange Book").

19. Pursuant to 21 U.S.C. § 355(b)(1)(A)(viii), a person filing a New Drug Application ("NDA") shall submit as part of the NDA "the patent number and expiration date of each patent for which a claim of patent infringement could reasonably be asserted if a person not licensed by

the owner of the patent engaged in the manufacture, use, or sale of the drug, and that [] claims the drug for which the applicant submitted the application and is a drug substance (active ingredient) patent or a drug product (formulation or composition) patent; or [] claims a method of using such drug for which approval is sought or has been granted in the application." Such patents are listed in the Orange Book for the pharmaceutical product associated with that NDA.

**A. The '464 patent**

20. On April 19, 2016, the United States Patent and Trademark Office ("USPTO") issued the '464 patent, titled "Compounds and Compositions as Protein Kinase Inhibitors."

21. The '464 patent lists Shenlin Huang, Xianming Jin, Zuosheng Liu, Daniel Poon, John Tellew, Yongqin Wan, Xing Wang, and Yongping Xie as inventors.

22. The '464 patent issued from U.S. Patent Application No. 13/931,111, filed on June 28, 2013 (the "'111 application").

23. The '111 application is a division of U.S. Patent Application No. 12/870,130, which was filed on August 27, 2010, and issued as U.S. Patent No. 8,501,758 (the "'758 patent") on August 6, 2013. The '758 patent reissued on June 20, 2023, as U.S. Patent No. RE49,556.

24. The '111 application claims priority to Provisional Application No. 61/238,073, filed on August 28, 2009; and Provisional Application No. 61/313,039, filed on March 11, 2010.

25. The '464 patent is duly and legally assigned to Array.

26. Array owns all right, title, and interest in the '464 patent.

27. The '464 patent is listed in FDA's "Approved Drug Products with Therapeutic Equivalence Evaluations" ("Orange Book") in connection with NDA No. 210498 for MEKTOVI.

28. The Orange Book lists the expiration date for the '464 patent as July 4, 2031.

**EXHIBIT 1**

29. Alembic was aware of the ’464 patent when it submitted ANDA No. 217678 to the FDA.

**B. The ’229 patent**

30. On December 26, 2017, the USPTO issued the ’229 patent, titled “Compounds and Compositions as Protein Kinase Inhibitors.”

31. The ’229 patent lists Shenlin Huang, Xianming Jin, Zuosheng Liu, Daniel Poon, John Tellew, Yongqin Wan, Xing Wang, and Yongping Xie as inventors.

32. The ’229 patent issued from U.S. Patent Application No. 15/179,385, filed on June 10, 2016; as a continuation of U.S. Patent Application No. 15/070,905 (the “’905 application”), filed on March 15, 2016, now the ’761 patent; which is a continuation of the ’111 application, now the ’464 patent.

33. The ’229 patent claims priority to Provisional Application No. 61/238,073, filed on August 28, 2009; and Provisional Application No. 61/313,039, filed on March 11, 2010.

34. The ’229 patent is duly and legally assigned to Array.

35. Array owns all right, title, and interest in the ’229 patent.

36. The ’229 patent is listed in the Orange Book in connection with NDA No. 210498 for MEKTOVI.

37. The Orange Book lists the expiration date for the ’229 patent as August 27, 2030.

38. Alembic was aware of the ’229 patent when it submitted ANDA No. 217678 to the FDA.

**C. The ’761 patent**

39. On February 22, 2022, the USPTO issued the ’761 patent, titled “Compounds and Compositions as Protein Kinase Inhibitors.”

**EXHIBIT 1**

40. The ’761 patent lists Shenlin Huang, Xianming Jin, Zuosheng Liu, Daniel Poon, John Tellew, Yongqin Wan, Xing Wang, and Yongping Xie as inventors.

41. The ’761 patent issued from the ’905 application, filed on March 15, 2016, as a continuation of the ’111 application, filed on June 28, 2013, now the ’464 patent.

42. The ’761 patent claims priority to Provisional Application No. 61/238,073, filed on August 28, 2009; and Provisional Application No. 61/313,039, filed on March 11, 2010.

43. The ’761 patent is duly and legally assigned to Array.

44. Array owns all right, title, and interest in the ’761 patent.

45. The ’761 patent is listed in the Orange Book in connection with NDA No. 210498 for MEKTOVI.

46. The Orange Book lists the expiration date for the ’761 patent as August 27, 2030.

47. Alembic was aware of the ’761 patent when it submitted ANDA No. 217678 to the FDA.

## IV. ALEMBIC’S PROPOSED ANDA PRODUCT

48. Alembic submitted ANDA No. 217678 to FDA under 21 U.S.C. § 355 (j), seeking approval to engage in the commercial manufacture, use, or sale of 15 mg binimetinib tablets (“Alembic’s ANDA Product”).

49. ANDA No. 217678 includes a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) that the Asserted Patents are invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, sale, offer for sale, or importation of Alembic’s ANDA Product.

50. The reference listed drug for Alembic’s ANDA Product is MEKTOVI.

51. Array received written notice of Alembic’s ANDA and Paragraph IV Certification on August 16, 2022, along with an accompanying statement of Alembic’s assertion that the claims of the Asserted Patents are invalid and/or will not be infringed by Alembic’s ANDA Product.

**EXHIBIT 1**

52. Array sued Alembic for infringing claims of the Asserted Patents on September 28, 2022, within the 45-day period following receipt of the written notice under 21 U.S.C. § 355(j)(5)(B)(iii).

53. Alembic's ANDA includes proposed labeling ("Alembic's Proposed Label") (JTX-276) containing, among other information, "Indications and Usage" as well as "Dosage and Administration."

54. Alembic's Proposed Label states that Alembic's ANDA Product are to be administered together with encorafenib to treat unresectable or metastatic melanoma with a BRAF V600E or V600K mutation and in combination with encorafenib for the treatment of NSCLC with a BRAF V600E.

**V. JOINT STIPULATION OF INFRINGEMENT**

55. On May 23, 2025, the Parties filed a proposed joint stipulation of infringement (D.I. 177) that included:

- The submission of Alembic's ANDA constitutes infringement of the Asserted Claims pursuant to 35 U.S.C. § 271(e)(2)(A), to the extent that these claims are not proven invalid or unenforceable by reason of patent exhaustion.
- The commercial sale, offer for sale, user, and/or manufacturing within the United States and/or importation into the United States of Alembic's ANDA Product will infringe each of the Asserted Claims pursuant to 35 U.S.C. § 271, to the extent that these claims are not proven invalid or unenforceable by reason of patent exhaustion.

56. On May 27, 2025, the Court so ordered the Parties' stipulation.

**VI. U.S. PATENT NO. 8,541,575**

57. On September 24, 2013, the USPTO issued U.S. Patent No. 8,541,575 (the "'575 patent"), titled "3,4-diarylpyrazoles as Protein Kinase Inhibitors." (JTX-195).

58. The '575 patent issued from U.S. Patent Application No. 13/054,853, filed on February 4, 2011, which is a National Stage Entry of International Patent Application

**EXHIBIT 1**

No. PCT/EP09/59506, filed on July 23, 2009, and published as WO2010/01054 on January 28, 2010.

59. The ’575 patent is listed in the Orange Book in connection with NDA No. 210496 for BRAFTOVI (encorafenib).

60. The ’575 patent is prior art to each of the Asserted Patents.

# EXHIBIT 2

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1277 (GBW) |
| | ) | |
| ALEMBIC PHARMACEUTICALS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATEMENT OF ISSUES OF FACT TO BE LITIGATED AT TRIAL**

**EXHIBIT 2**

TABLE OF CONTENTS

Page

I. BACKGROUND ..... 1

II. PATENT EXHAUSTION ..... 4

A. Issues of Fact with Respect to Patent Exhaustion ..... 4

B. Intended Proofs with Respect to Patent Exhaustion ..... 4

III. VALIDITY ..... 5

A. Person of Ordinary Skill in the Art ..... 5

B. Issues of Fact with Respect to Validity ..... 5

C. Brief Statement of Intended Proofs with Respect to Validity ..... 6

1. Intended Proofs with Respect to the Non-Anticipation of the Asserted Patents ..... 7

2. Intended Proofs with Respect to the Nonobviousness of the Asserted Patents ..... 8

3. Intended Proofs with Respect to Enablement of the Asserted Patents ..... 8

4. Intended Proofs with Respect to Written Description ..... 9

5. Intended Proofs with Respect to Utility ..... 10

**EXHIBIT 2**

Pursuant to Local Rule 16.3(c)(4), plaintiff Array BioPharma Inc. ("Plaintiff" or "Array") identifies the following issues of fact that remain to be litigated and summarizes what it intends to prove to support its claims and defenses. The following statements are not exhaustive, and Array reserves the right to prove any matters identified in its pleadings, interrogatory responses, and/or expert reports. Array also intends to offer evidence to rebut evidence offered by defendant Alembic Pharmaceuticals Ltd. ("Alembic" or "Defendant"). Array reserves the right to modify or amend this Statement to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this statement to respond to any new issues that Alembic may raise. To the extent that Array's Issues of Law that Remain To Be Litigated, which is submitted as Exhibit 4, contains issues of fact, those issues are incorporated herein by reference. Moreover, if any issue of fact identified below should properly be considered an issue of law, then such statement shall be considered to be part of Array's Issues of Law that Remain To Be Litigated. Array incorporates by reference its expert reports in support of any proof to be presented by expert testimony.

## I. BACKGROUND

1. Alembic infringed claim 17 of U.S. Patent No. 9,314,464 (the "'464 patent") (JTX-001); claims 1 and 4 of U.S. Patent No. 9,850,229 (the "'229 patent") (JTX-007); and claim 11 of U.S. Patent No. 10,005,761 (the "'761 patent") (JTX-012) (the "Asserted Patents"), by filing ANDA No. 217678 and supplements thereto ("Alembic's ANDA") (*see, e.g.*, JTX-249, JTX-276), seeking approval to market generic versions of Array's drug product MEKTOVI ® (15 mg binimetinib tablets), prior to expiration of the Asserted Patents. Alembic's proposed binimetinib product is referred to hereinafter as "Alembic's ANDA Product." Binimetinib is the active ingredient in Array's MEKTOVI tablets and Alembic's ANDA Product.

**EXHIBIT 2**

2. Alembic has submitted to the FDA a proposed label ("Alembic's Proposed Label") (JTX-276) for Alembic's ANDA Product. Alembic's Proposed Label instructs patients who are prescribed Alembic's ANDA Product to administer Alembic's ANDA Product in combination with another drug – encorafenib. Encorafenib is the active ingredient in Array's BRAFTOVI® tablets (NDA No. 210496). The chemical name for encorafenib listed in BRAFTOVI's FDA-approved label (JTX-272) is N-{(2S)-1-[(4-{3-[5-chloro-2-fluoro-3-(methanesulfonamido)phenyl]-1-(propan-2-yl)-1H-pyrazol-4-yl}pyrimidin-2-yl)amino]propan-2-yl}carbamate. The Asserted Patents claim methods of treating cancer, which include administering encorafenib in combination with another therapeutic agent.

3. For the purposes of this case, the priority date for the Asserted Patents is March 11, 2010.

4. Claims 1 and 5 of the '464 patent recite chemical genera that encompass, but do not specifically describe, encorafenib by chemical name or chemical formula.

5. Array contends that claim 17 of the '464 patent will read on the use of Alembic's ANDA Product in accordance with Alembic's Proposed Label.

6. Alembic contends that the asserted claim of the '464 patent is invalid.

7. Alembic contends that, under the doctrine of patent exhaustion, Array will not have the right to enforce the asserted claim of the '464 patent against Alembic prior to the expiration of the Asserted Patents.

8. Array contends that claims 1 and 4 of the '229 patent will read on the use of Alembic's ANDA Product in accordance with Alembic's Proposed Label.

9. Alembic contends that the asserted claims of the '229 patent are invalid.

**EXHIBIT 2**

10. Alembic contends that, under the doctrine of patent exhaustion, Array will not have the right to enforce the asserted claims of the ’229 patent against Alembic prior to the expiration of the Asserted Patents.

11. Array contends that claim 11 of the ’761 patent will read on the use of Alembic’s ANDA Product in accordance with Alembic’s Proposed Label.

12. Alembic contends that the asserted claim of the ’761 patent is invalid.

13. Alembic contends that, under the doctrine of patent exhaustion, Array will not have the right to enforce the asserted claim of the ’761 patent against Alembic prior to the expiration of the Asserted Patents.

14. Array contends that Alembic’s marketing of Alembic’s ANDA Product in accordance with Alembic’s Proposed Label, before expiration of the Asserted Patents, will induce and/or contribute to infringement of the asserted claims of the Asserted Patents.

15. On May 23, 2025, the Parties filed a proposed joint stipulation of infringement (D.I. 177) that included:

- The submission of Alembic’s ANDA constitutes infringement of the Asserted Claims pursuant to 35 U.S.C. § 271(e)(2)(A), to the extent that these claims are not proven invalid or unenforceable by reason of patent exhaustion.

- The commercial sale, offer for sale, user, and/or manufacturing within the United States and/or importation into the United States of Alembic’s ANDA Product will infringe each of the Asserted Claims pursuant to 35 U.S.C. § 271, to the extent that these claims are not proven invalid or unenforceable by reason of patent exhaustion.

16. On May 27, 2025, the Court so ordered the Parties’ stipulation.

**EXHIBIT 2**

## II. PATENT EXHAUSTION

### A. Issues of Fact with Respect to Patent Exhaustion

17. Whether Alembic has proven by a preponderance of the evidence that, if Alembic's ANDA is approved by the FDA prior to the expiration of the Asserted Patents, the Asserted Patents will be unenforceable against Alembic due to patent exhaustion.

18. Whether Alembic has proven by a preponderance of the evidence that, all people who purchase Alembic's ANDA Product and use it in accordance with the label during the lifetime of the Asserted Patents, necessarily will use it in combination with encorafenib sold and/or authorized by Array.

### B. Intended Proofs with Respect to Patent Exhaustion

19. Array intends to show that Alembic cannot meet its burden of proving by a preponderance of the evidence that, on the grounds of patent exhaustion, Array will not have the right to enforce the Asserted Patents against Alembic prior to their expiration. Array intends to rebut Alembic's patent exhaustion arguments.

20. The use of encorafenib that is not sold or authorized by Array ("Unauthorized Encorafenib") will not trigger patent exhaustion. Given that the last of the Asserted Patents does not expire until July 2031, Alembic cannot show that all patients taking Alembic's ANDA Product during the lifetimes of the Asserted Patents inevitably will also take encorafenib that was sold or authorized by Array. Alembic can now only speculate.

21. During the lifetimes of the Asserted Patents, patients using Alembic's ANDA Product likely will be able to access Unauthorized Encorafenib to use in combination with Alembic's ANDA Product. Patients may obtain Unauthorized Encorafenib from various sources.

For example, patients may acquire Unauthorized Encorafenib through online pharmacies that are selling counterfeit BRAFTOVI and/or unapproved generic encorafenib.

## III. VALIDITY

### A. Person of Ordinary Skill in the Art

22. Array will prove that for purposes of the Asserted Patents:

> [A] POSA is someone having the knowledge of (1) an M.D. specializing in oncology with several years of experience in treating patients, including treating patients with melanoma and colorectal cancer; (2) a Ph.D. in pharmacology or a related field with several years of experience conducting research on the inhibition of kinases, including BRAF and MEK kinases; and (3) a Ph.D. in medicinal chemistry or a related field with several years of experience in drug development, drug formulation, and characterizing crystalline materials.

### B. Issues of Fact with Respect to Validity

23. Whether Alembic has proven, by clear and convincing evidence, that the asserted claims of the Asserted Patents are anticipated under 35 U.S.C. § 102 by U.S. Patent. No. 8,541,575, PCT filed July 23, 2009, issued September 24, 2013, to Pulici *et al*. (the "'575 patent") (JTX-195).

a. Whether Alembic has proven, by clear and convincing evidence, that a POSA reading the '575 patent would immediately envisage encorafenib.

b. Whether Alembic has proven, by clear and convincing evidence, that a POSA reading the '575 patent would immediately envisage the compounds of Formula (Ia) as defined in claim 1 of the '464 patent.

c. Whether Alembic has proven, by clear and convincing evidence, that a POSA reading the '575 patent would immediately envisage the compounds of Formula (Ib) as defined in claim 5 of the '464 patent

24. Whether Alembic has shown, by clear and convincing evidence, that the asserted claims of the Asserted Patents are invalid as obvious under 35 U.S.C. § 103 based on the '575

**EXHIBIT 2**

patent in view of U.S. Patent No. 7,777,050 (the "'050 patent"); WO 2008/120004 ("WO '004"); Blagosklonny 2004;[1] Davies 2002;[2] Ou 2008;[3] Solit 2006;[4] Spicer 2008;[5] and/or Smalley 2009.[6]

25. Whether Alembic has shown, by clear and convincing evidence, that the asserted claims of the Asserted Patents are invalid due to lack of enablement under 35 U.S.C. § 112.

26. Whether Alembic has proven, by clear and convincing evidence, that the asserted claims of the Asserted Patents are invalid due to failure to satisfy the written description requirement of 35 U.S.C. § 112.

27. Whether Alembic has proven, by clear and convincing evidence, that the asserted claims of the Asserted Patents are invalid due to failure to satisfy the utility requirement of 35 U.S.C. § 101.

**C. Brief Statement of Intended Proofs with Respect to Validity**

28. Array intends to show that Alembic has failed to meet its burden of proving, by clear and convincing evidence, the invalidity of the asserted claims of the Asserted Patents. Array intends to rebut Alembic's invalidity arguments.

---

[1] Blagosklonny, M. V. (2004). Analysis of FDA approved anticancer drugs reveals the future of cancer therapy. *Cell cycle*, 3(8), 1033-1040. (DTX-619).

[2] Davies, H., *et al*. (2002) Mutations of the BRAF gene in human cancer. *Nature*, 417(6892), 949-954. (DTX-624).

[3] Da-Liang Ou, *et al*., *Abstract #1435: Potential synergistic anti-tumor effects between sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC)*, 99TH AM. ASS'N CANCER RES. ANNUAL MEETING, April 12-16, 2008, San Diego, California. (DTX-185, DTX-623).

[4] David B. Solit, *et al*., BRAF mutation predicts sensitivity to MEK inhibition, 439 NATURE 358 (2006). (JTX-093).

[5] Julie A. Spicer, New small-molecule inhibitors of mitogen-activated protein kinase kinase, 3 EXPERT OPIN. DRUG DISCOV. 801 (2008). (JTX-123).

[6] Smalley, K. S. M., & Flaherty, K. T. (2009) Integrating BRAF/MEK inhibitors into combination therapy for melanoma. *British journal of cancer*, *100*(3), 431-435. (JTX-159).

### 1. Intended Proofs with Respect to the Non-Anticipation of the Asserted Patents

29. Array intends to show that Alembic has failed to meet its burden of proving by clear and convincing evidence that the '575 patent anticipates any of the asserted claims of the Asserted Patents.

30. The '575 patent does not disclose encorafenib or the genera of compounds claimed in the '464 patent.

31. The '575 patent discloses an enormous genus of compounds that encompasses – by a conservative estimate – more than 3 quadrillion compounds. While encorafenib is one compound encompassed by the '575 patent's vast disclosed genus, the patent does not specifically identify encorafenib by name or structure. Further, the '575 patent provides no rationale or motivation for a POSA reviewing the patent to at once envisage encorafenib from the disclosed genus of compounds.

32. Claim 1 of the '464 patent includes a limitation directed to administering a compound of Formula (Ia). Encorafenib is a compound that is within Formula (Ia). The '575 patent does not explicitly describe Formula (Ia) by chemical name or by chemical structure, nor any species of compound within Formula (Ia). A person of ordinary skill in the art reading the '464 patent would not at once envisage the compounds of Formula (Ia).

33. Claim 5 of the '464 patent includes a limitation directed to administering a compound of Formula (Ib), which is a sub-genus of Formula (Ia). Asserted claim 17 of the '464 patent depends from claim 5 and thus also includes the limitation directed to administering a compound of Formula (Ib). Encorafenib is a compound that is within Formula (Ib). The '575 patent does not explicitly describe Formula (Ib) by chemical name or by chemical structure, nor any

species of compound within Formula (Ib). A person of ordinary skill in the art reading the '464 patent would not at once envisage the compounds of Formula (Ib).

**2. Intended Proofs with Respect to the Nonobviousness of the Asserted Patents**

34. Array intends to show that Alembic has failed to meet its burden of showing by clear and convincing evidence that the asserted claims of the Asserted Patents are obvious over the prior art that Alembic's experts cite.

35. Alembic's obviousness arguments are all predicated on the opinion of Alembic's expert witnesses that the '575 patent discloses encorafenib and the claimed genera of the Asserted Patents. However, the '575 patent discloses a vast genus of compounds and offers no rationale or motivation such that a POSA would have immediately envisaged encorafenib or the genera of the asserted claims.

**3. Intended Proofs with Respect to Enablement of the Asserted Patents**

36. Array intends to show that Alembic has failed to meet its burden to show by clear and convincing evidence that the asserted claims of the Asserted Patents do not meet the enablement requirement of 35 U.S.C. § 112.

**a. Intended Proofs with Respect to the Shared Specification of the Asserted Patents**

37. The Asserted Patents share the same specification. The disclosure in the specification of the Asserted Patents would have enabled a POSA to practice the inventions of the Asserted Patents without undue experimentation.

38. The Asserted Patents expressly disclose encorafenib and the genera of compounds recited in the asserted claims. The Asserted Patents describe these compounds as B-Raf inhibitors. The Asserted Patents report on *in vitro* and *in vivo* experiments demonstrating that encorafenib and the claimed genera inhibit the proliferation of cancer cells. The Asserted Patents also describe

the use of these B-Raf inhibitors in combination with MEK inhibitors to inhibit the proliferation of cancer cells.

39. The state of the art with respect to B-Raf inhibitors was sufficiently developed by March 2010, that a POSA would have understood the function and use of B-Raf inhibitors to inhibit proliferation of cancer cells. A POSA would have possessed this knowledge regarding B-Raf inhibitors.

40. The state of the art with respect to MEK inhibitors was sufficiently developed by March 2010, that a POSA would have understood the function and use of MEK inhibitors to inhibit proliferation of cancer cells. A POSA would have possessed this knowledge regarding MEK inhibitors.

41. In view of the disclosures of the Asserted Patents and the state of the art with respect to B-Raf and MEK inhibitors, a POSA would have been able to practice the inventions of the Asserted Patents without undue experimentation.

**4. Intended Proofs with Respect to Written Description**

42. Array intends to show that Alembic has failed to meet its burden to prove by clear and convincing evidence that the asserted claims of the Asserted Patents do not meet the written description requirement of 35 U.S.C. § 112.

43. Array intends to prove that in view of the disclosures of the Asserted Patents, a POSA would have understood the inventors to have had possession of the claimed methods of treatment.

44. The Asserted Patents expressly disclose encorafenib and the genera of compounds recited in the asserted claims. The Asserted Patents describe these compounds as B-Raf inhibitors. The Asserted Patents report on *in vitro* and *in vivo* experiments demonstrating that encorafenib and the claimed genera inhibit the proliferation of cancer cells. The Asserted Patents also describe

the use of these B-Raf inhibitors in combination with MEK inhibitors to inhibit the proliferation of cancer cells.

45. The state of the art with respect to B-Raf inhibitors was sufficiently developed by March 2010, that a POSA would have understood the function and use of B-Raf inhibitors to inhibit proliferation of cancer cells. A POSA would have possessed this knowledge regarding B-Raf inhibitors.

46. The state of the art with respect to MEK inhibitors was sufficiently developed by March 2010, that a POSA would have understood the function and use of MEK inhibitors to inhibit proliferation of cancer cells. A POSA would have possessed this knowledge regarding MEK inhibitors.

47. In view of the disclosures of the Asserted Patents and the state of the art with respect to B-Raf and MEK inhibitors, a POSA would have understood that the inventors had possession of the inventions as claimed.

**5. Intended Proofs with Respect to Utility**

48. Array intends to show that Alembic has failed to meet its burden of proving by clear and convincing evidence that the asserted claims of the Asserted Patents do not meet the utility requirement of 35 U.S.C. § 101.

49. The Asserted Patents expressly disclose encorafenib and the genera of compounds recited in the asserted claims. The Asserted Patents describe these compounds as B-Raf inhibitors. The Asserted Patents report on *in vitro* and *in vivo* experiments demonstrating that encorafenib and the claimed genera inhibit the proliferation of cancer cells. The Asserted Patents also describe the use of these B-Raf inhibitors in combination with MEK inhibitors to inhibit the proliferation of cancer cells.

**EXHIBIT 2**

50. The state of the art with respect to B-Raf inhibitors was sufficiently developed by March 2010, that a POSA would have understood the function and use of B-Raf inhibitors to inhibit proliferation of cancer cells. A POSA would have possessed this knowledge regarding B-Raf inhibitors.

51. The state of the art with respect to MEK inhibitors was sufficiently developed by March 2010, that a POSA would have understood the function and use of MEK inhibitors to inhibit proliferation of cancer cells. A POSA would have possessed this knowledge regarding MEK inhibitors.

52. The disclosures of the Asserted Patents, in view of the state of the art with respect to B-Raf and MEK inhibitors, would have demonstrated the utility of the claimed methods to inhibit the proliferation of cancer cells.

# EXHIBIT 3

**EXHIBIT 3**

**DEFENDANT'S STATEMENT OF ISSUES OF FACT THAT REMAIN TO BE LITIGATED**

Pursuant to Local Rule 16.3(c)(4), Defendant Alembic Pharmaceuticals Limited ("Defendant" or "Alembic") identifies the following issues of fact that remain to be litigated. The following statements are not exhaustive, and Alembic reserves the right to prove any matters identified in its pleadings, interrogatory responses, and/or expert reports. Alembic also intends to offer evidence to rebut evidence offered by Plaintiff Array BioPharma Inc. ("Array" or "Plaintiff").

Alembic reserves the right to modify or amend this Statement as necessary to reflect future Court rulings and to supplement it in response to new issues that Array may raise. To the extent that Alembic's Issues of Law that Remain To Be Litigated, which is submitted as Exhibit 5, contains issues of fact, those issues are incorporated herein by reference. Conversely, if any issue of fact identified below should properly be considered an issue of law, then such statement shall be considered to be part of Alembic's Issues of Law that Remain To Be Litigated (Ex. 5).

The following issues of fact remain to be litigated:

1. A person of ordinary skill in the art for U.S. Patent Nos. 9,314,464 ("the '464 patent") (JTX-001), 9,850,229 ("the '229 patent") (JTX-007) and 10,005,761 ("the '761 patent") (JTX-012) (collectively the "Asserted Patents") would be part of a multidisciplinary team that would include at least a medicinal chemist and a physician who treats patients. With respect to the member of the team with a medicinal chemistry background, the person of ordinary skill in the art would have at least an undergraduate degree in Chemistry (or related field) and at least three years of relevant experience in synthetic medicinal organic chemistry. If a person has more education in chemistry, less experience is required. For example, a person may also qualify as a person of ordinary skill in the art with a Ph.D. in Chemistry (or related field); or a Master's Degree in

Chemistry (or related field) and at least two years of relevant experience. As to the member of the team who is a physician, the person of ordinary skill in the art would hold a medical degree and have studied the scientific and medical literature relating to cancer, and would have at least 3 years' experience treating cancer patients.

2. Whether U.S. Patent No. 8,541,575 ("The '575 patent") is prior art to the Asserted Patents under 35 U.S.C. §§ 102 (a) and/or 102(e).

3. Whether the'575 patent disclosed the compound encorafenib (methyl N-[(2S)-1-({4-[3-(5-chloro-2-fluoro-3-methanesulfonamidophenyl)-1-(propan-2-yl)-1H-pyrazol-4-yl]pyrimidin-2-yl}amino)propano-2-yl]carbamate).

4. Whether the '575 patent claims the compound encorafenib (methyl N-[(2S)-1-({4-[3-(5-chloro-2-fluoro-3-methanesulfonamidophenyl)-1-(propan-2-yl)-1H-pyrazol-4-yl]pyrimidin-2-yl}amino)propano-2-yl]carbamate) by virtue of the fact that Array listed the '575 patent pursuant to 21 U.S.C. § 355(b)(1)(A)(viii) in the New Drug Application for encorafenib.[1]

5. Whether a person of ordinary skill in the art would foresee encorafenib from the disclosure of the '575 patent.

6. Whether the'575 patent discloses methods for treating a B-Raf protein kinase mediated cancer using encorafenib.

7. Whether the '575 patent discloses methods for treating melanoma using encorafenib.

8. Whether the '575 patent discloses methods for treating melanoma having a B-Raf V600E mutation using encorafenib.

[1] Mascho believes this is statutorily required.

9. Whether the '575 patent discloses methods for treating metastatic melanoma using encorafenib.

10. Whether the '575 patent discloses methods for treating cancer using encorafenib in combination with a MEK inhibitor.

11. Whether the '575 patent discloses methods for administering encorafenib and a MEK inhibitor simultaneously, concurrently, or sequentially.

12. Whether the '575 patent discloses methods for administering encorafenib and a MEK inhibitor as a non-fixed combination.

13. Whether Array has admitted that encorafenib is disclosed in the '575 patent through its listing of the '575 patent in the FDA's Orange Book for encorafenib.

14. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand the full scope of the MEK inhibitors that can be used in combination with BRAF inhibitors.

15. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand the appropriate dosage forms for treating cancer using the claimed drug substances.

16. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand the appropriate dosing regimens for treating cancer using the claimed drug substances.

17. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the cell titer data involving PD0325901 in Figure 1 of the specifications of the Asserted Patents understand all potential MEK inhibitors that can be used for treating cancer.

18. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand all combinations of BRAF inhibitors and MEK inhibitors to treat the various types of cancer claimed by the asserted claims.

19. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand all BRAF inhibitors covered by the asserted claims of the '464 patent.

20. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand how encorafenib can be used to treat cancer.

21. Whether the quantity of experimentation necessary to practice the full scope of the claimed invention would be undue.

22. Whether the amount of direction or guidance presented in the specifications of the Asserted Patents provides the full scope of the claimed invention.

23. Whether the working examples in the specifications of the Asserted Patents provide a person of ordinary skill in the art information for the full scope of the claimed invention.

24. Whether the nature of the invention requires more disclosure than provided in the specification of the Asserted Patents to enable the full scope of the claimed invention.

25. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents, in view of the state of the prior art, would be able to practice the full scope of the claimed invention without undue experimentation.

26. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents, in view of the relative skill of those in the art, would be able to practice the full scope of the claimed invention without undue experimentation.

**Exhibit 3 – Alembic's Statement of Issues of Fact**

27. Whether the predictability of the art as of the time of the alleged inventions, would require more disclosure than provided in the specification of the Asserted Patents to practice the full scope of the claimed invention.

28. Whether the breadth of the claims of the Asserted Patents requires more disclosure than provided in the specification to practice the full scope of the claimed invention.

29. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand that the inventors were in possession of the full scope of the claimed methods of using BRAF and MEK inhibitors together to treat cancer as of the filing date.

30. Whether the specifications of the Asserted Patents adequately describe the claimed combination of any BRAF inhibitor with any MEK inhibitor for treating cancer.

31. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand how to use all claimed combination to treat the various types of cancer covered by the asserted claims.

32. Whether the specifications of the Asserted Patents provide descriptions for the claimed dosage forms for the combination therapy.

33. Whether the specifications of the Asserted Patents provide descriptions for the claimed dosage strengths for the combination therapy.

34. Whether the specifications of the Asserted Patents provide descriptions for the claimed dosing regimens for the combination therapy.

35. Whether a person of ordinary skill in the art at the time of the alleged inventions reading the specifications of the Asserted Patents would understand all MEK inhibitors claimed by the patents based on the specification's disclosure of a single MEK (PD0325901) Whether the

specification of the Asserted Patents provides adequate written description for the other BRAF inhibitors covered by the asserted claims of the '464 patent.

36. Whether the specifications of the Asserted Patents provide adequate written description of encorafenib for the treatment of cancer.

37. Whether the absence of *in vivo* data in the specifications of the Asserted Patents regarding the combined administration of any BRAF inhibitor with any MEK inhibitor indicates that the inventors were not in possession of the claimed invention.

38. Whether the breadth of the asserted claims of the Asserted Patents exceeds what is adequately described in the specification.

39. Whether the Asserted Patents experimental data and disclosures in the specifications of the Asserted Patents are sufficient to demonstrate a specific, substantial, and credible utility for the claimed methods as of the priority date.

40. Whether the specifications of the Asserted Patents contain sufficient evidence or clinical data to show that the claimed combinations of BRAF and MEK inhibitors are capable of treating cancer in a manner understood by a person of ordinary skill in the art (under either party's proposed definition).

41. Whether the limited *in vitro* data presented in the specifications of the Asserted Patents would lead a person of ordinary skill in the art (under either party's proposed definition) to believe that the claimed methods can be successfully applied across their full claimed scope.

42. Whether the absence of *in vivo* data in the specifications of the Asserted Patents would have caused a person of ordinary skill in the art (under either party's proposed definition) to doubt the practical effectiveness of the claimed combination therapies.

43. Whether the cell-based assays described in the specification of the Asserted Patents demonstrate a practical utility for treating cancer in human patients.

44. Whether the data and examples in the specifications of the Asserted Patents support the treatment of the broad range of cancer types recited in the asserted claims, as understood by a person of ordinary skill in the art (under either party's proposed definition).

45. Whether a person of ordinary skill in the art (under either party's proposed definition), based on the state of the art as of the priority date, would have recognized a credible utility for the claimed methods.

46. Whether, at the time of the alleged inventions, a person of ordinary skill in the art (under either party's proposed definition) would have understood the claimed methods provide a specific and substantial benefit based on the disclosures in the specifications of the Asserted Patents.

47. Whether a person of ordinary skill in the art (under either party's proposed definition), considering the unpredictability of cancer treatment development at the time, would have regarded the claimed methods as credibly useful based on the specifications of the Asserted Patents.

48. Whether the absence of specific dosing regimens in the specifications of the Asserted Patents would have prevented a person of ordinary skill in the art (under either party's proposed definition) from recognizing a practical use for the claimed combination therapies.

49. Whether, based on the specifications of the Asserted Patents and the state of the art at the time, a person of ordinary skill in the art (under either party's proposed definition) would have understood the claimed methods to provide a well-defined and particular benefit in cancer treatment of the Asserted Patents.

50. Whether, based on Array's commercial sale of encorafenib, a person of ordinary skill in the art (under either party's proposed definition) at the time of the alleged inventions of the Asserted Patents would have understood the patented product to substantially embody the claimed inventions.

51. Whether the sale of encorafenib (Braftovi®) constitutes an authorized and unconditional sale of the patented product that substantially embodies the method of use claims asserted in this litigation.

52. Whether the sale of encorafenib (Braftovi®) by Array embodies the combination therapy claimed in the Asserted Patents in such a way that no further patent rights remain.

53. Whether the sale of encorafenib includes all essential features of the patented inventions and is the only reasonable and intended use of the claimed inventions of the Asserted Patents.

54. Whether a person of ordinary skill in the art at the time (under either party's proposed definition) would have understood that the primary and sole intended use of encorafenib was in combination with another anticancer agent, as claimed in the Asserted Patents.

55. Whether a person of ordinary skill in the art, based on Array's labeling, marketing, and clinical data, would understand that the primary use of encorafenib is in combination with another anticancer agent.

# EXHIBIT 4

**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1277 (GBW) |
| | ) | |
| ALEMBIC PHARMACEUTICALS LIMITED, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATEMENT OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

**EXHIBIT 4**

TABLE OF CONTENTS

Page

I. WHETHER ARRAY HAS PROVED BY A PREPONDERANCE OF THE EVIDENCE THAT ALEMBIC INFRINGES THE ’464, ’229 AND ’761 PATENTS ..... 1

A. Background: The Hatch-Waxman Act ..... 1

II. WHETHER ALEMBIC HAS FAILED TO PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT THE ASSERTED CLAIMS OF THE ASSERTED PATENTS ARE UNENFORCEABLE AGAINST ALEMBIC DUE TO PATENT EXHAUSTION ..... 4

III. WHETHER ALEMBIC HAS FAILED TO PROVE BY CLEAR AND CONVINCING EVIDENCE THAT THE ASSERTED CLAIMS OF THE ASSERTED PATENTS ARE INVALID ..... 6

A. Person of Ordinary Skill in the Art ..... 7

B. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Claims of the Asserted Patents Are Invalid as Anticipated ..... 8

C. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Claims of the Asserted Patents Are Invalid as Obvious ..... 9

1. Obviousness in General ..... 9

D. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Patents Are Invalid for Lack of Enablement ..... 13

E. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Patents Are Invalid for Lack of Written Description ..... 15

F. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Patents Are Invalid for Lack of Utility ..... 17

IV. THE REMEDIES TO WHICH ARRAY WILL BE ENTITLED FOR ALEMBIC’S INFRINGEMENT OF THE ASSERTED CLAIMS OF THE ASSERTED PATENTS.. 18

A. Array Will Be Entitled to an Order Setting an FDA Approval Date for Alembic’s ANDA Not Earlier Than the Expiration Dates of the Asserted Patents ..... 18

B. Array Will Show by a Preponderance of the Evidence that this Is an Exceptional Case Warranting an Award of Attorneys’ Fees, Costs, and Expenses ..... 19

C. Array Will Be Entitled to the Relief Sought ..... 19

**EXHIBIT 4**

Pursuant to Local Rule 16.3(c)(5), plaintiff Array BioPharma Inc. ("Plaintiff" or "Array") identifies the following issues of law that remain to be litigated, together with citations to exemplary authorities upon which Array relies. The following statements are not exhaustive and Array reserves the right to prove any matters identified in its pleadings, interrogatory responses, and/or expert reports. Array intends to offer evidence as to the issues of fact and issues of law identified in this pretrial order. Array also intends to offer evidence to rebut evidence offered by defendant Alembic Pharmaceuticals Ltd. ("Alembic" or "Defendant"). Array reserves the right to modify or amend this Statement to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this statement to respond to any new issues that Alembic may raise. To the extent that Array's Statement of Issues of Fact To Be Litigated at Trial, which is submitted as Exhibit 2, contains issues of law, those issues are incorporated herein by reference. Moreover, if any issue of law identified below should properly be considered an issue of fact, then such statement shall be considered included in Array's Statement of Issues of Fact To Be Litigated at Trial.

## I. WHETHER ARRAY HAS PROVED BY A PREPONDERANCE OF THE EVIDENCE THAT ALEMBIC INFRINGES THE '464, '229 AND '761 PATENTS

### A. Background: The Hatch-Waxman Act

1. The Hatch-Waxman Act of 1984 established an expedited process for bringing generic drugs to market. 21 U.S.C. § 355; 35 U.S.C. § 271(e). The statute allows generic drug manufacturers to file less extensive (and less expensive) applications for approval by the United States Food and Drug Administration ("FDA") than would otherwise be required. This short form application, known as an Abbreviated New Drug Application ("ANDA"), relies on the FDA's prior determinations of safety and efficacy in evaluating the branded drug. The generic drug

**EXHIBIT 4**

manufacturer need only demonstrate that a proposed generic product is "bioequivalent" to the FDA-approved branded product. *See* 21 C.F.R. § 314.54.

2. Patents with claims that cover an FDA-approved branded drug or an FDA-approved use of the branded drug are listed in the FDA's "Approved Drug Products With Therapeutic Equivalence Evaluations," commonly referred to as the Orange Book. When filing an ANDA, a generic drug manufacturer must provide a certification regarding the patent status of every Orange Book-listed patent covering the branded drug. 21 U.S.C. § 355(b)(2)(A). Specifically, the generic drug manufacturer must certify that "in the opinion of the applicant and to the best of his knowledge," the proposed generic drug does not infringe any patent listed with the FDA as covering the branded drug. *Id*. The generic drug manufacturer can make one of four certifications: (i) that no patent information has been listed in the Orange Book in relation to the branded drug; (ii) that any Orange Book-listed patent has expired; (iii) that the Orange Book-listed patents will expire on a specific date, and the FDA can delay approval of the ANDA until that date; or (iv) that any Orange Book-listed patent is invalid or will not be infringed by the manufacture, use, or sale of the generic drug. *Id*. A generic drug manufacturer making the last certification, known as a Paragraph IV certification, must provide notice to the branded drug manufacturer of the certification and a supporting explanation of the basis for the assertion of invalidity or non-infringement. *See* 21 U.S.C. § 355(b)(3).

3. The Hatch-Waxman Act provides for a litigation process unique to generic drugs. Pursuant to the statute, it is an "artificial" or "paper" act of infringement to submit an ANDA for a drug, the use of which is claimed in a patent, with the purpose of marketing that drug before the patent expires. *See* 35 U.S.C. § 271(e)(2)(A).

**EXHIBIT 4**

4. United States Patent Nos. 9,314,464 (the "'464 patent") (JTX-001); 9,850,229 (the "'229 patent") (JTX-007); and 10,005,761 (the "'761 patent") (JTX-012) (the "Asserted Patents") are listed in the Orange Book with respect to the approved innovator drug product MEKTOVI ® (15 mg binimetinib tablets). The filing of an ANDA seeking approval to market generic versions of MEKTOVI prior to the expiration of the Asserted Patents is, therefore, an act of infringement of those patents. *See* 35 U.S.C. § 271(e)(2)(A).

5. Under 35 U.S.C. § 271(e)(2)(A), the "infringement inquiry" is "whether, if a particular drug *were* put on the market, it *would* infringe the relevant patent . . . ." *Acorda Therapeutics Inc. v. Mylan Pharm. Inc.*, 817 F.3d 755, 760 (Fed. Cir. 2016) (emphasis in original) (citing *Bristol-Myers Squibb Co. v. Royce Lab'ys, Inc.*, 69 F.3d 1130, 1135 (Fed. Cir. 1995)); *accord Vanda Pharms. Inc. v. W.-Ward Pharms. Int'l Ltd.*, 887 F.3d 1117, 1129 (Fed. Cir. 2018); *Novartis Pharm. Corp. v. Par Pharm., Inc.*, 48 F. Supp. 3d 733, 738 (D. Del. 2014), *aff'd sub nom.*, *Novartis Pharm. Corp. v. Watson Lab'ys, Inc.*, 611 F. App'x 988 (Fed. Cir. 2015) ("Under 35 U.S.C. § 271(e)(2)(A), a court must determine whether, if the drug were approved based upon the ANDA, the manufacture, use, or sale of that drug would infringe the patent in the conventional sense." (citation omitted)). "Section 271(e)(2) may support an action for induced infringement." *Forest Lab'ys, Inc. v. Ivax Pharm., Inc.*, 501 F.3d 1263, 1272 (Fed. Cir. 2007) (citing *Allergan, Inc. v. Alcon Lab'ys, Inc.*, 324 F.3d 1322, 1331 (Fed. Cir. 2003)). *See also Vanda,* 887 F.3d at 1129–1130 (providing summary of legal framework for induced infringement claims under § 271(e)(2)); *Sanofi-Aventis U.S. LLC v. Apotex Corp.*, No. 20-CV-804-RGA, 2022 WL 2643532, at *8 (D. Del. July 8, 2022), ("Under 35 U.S.C. § 271(e)(2), an ANDA or (b)(2) NDA applicant is liable for inducing infringement of a method patent if its label would actively encourage a patented use.") (citations omitted).

**EXHIBIT 4**

6. The patentee "has the burden of proving infringement by a preponderance of the evidence." *Novartis*, 48 F. Supp. 3d at 738 (citation omitted). The infringement inquiry is "based on consideration of all the relevant evidence, including the ANDA filing, other materials submitted by the accused infringer to the FDA, and other evidence provided by the parties." *Abbott Labs. v. TorPharm, Inc.*, 300 F.3d 1367, 1373 (Fed. Cir. 2002) (citation omitted)); *see also Vanda*, 887 F.3d at 1125; *Sunovion Pharm., Inc. v. Teva Pharm. USA, Inc.*, 731 F.3d 1271, 1278 (Fed. Cir. 2013).

7. On May 23, 2025, the Parties filed a proposed joint stipulation of infringement (D.I. 177) stating:

- The submission of Alembic's ANDA constitutes infringement of the Asserted Claims pursuant to 35 U.S.C. § 271(e)(2)(A), to the extent that these claims are not proven invalid or unenforceable by reason of patent exhaustion.
- The commercial sale, offer for sale, user, and/or manufacturing within the United States and/or importation into the United States of Alembic's ANDA Product will infringe each of the Asserted Claims pursuant to 35 U.S.C. § 271, to the extent that these claims are not proven invalid or unenforceable by reason of patent exhaustion.

8. On May 27, 2025, the Court so ordered the Parties' stipulation.

## II. WHETHER ALEMBIC HAS FAILED TO PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT THE ASSERTED CLAIMS OF THE ASSERTED PATENTS ARE UNENFORCEABLE AGAINST ALEMBIC DUE TO PATENT EXHAUSTION

9. The doctrine of patent exhaustion may serve as an affirmative defense to a claim of patent infringement. *Keurig, Inc. v. Sturm Foods, Inc.*, 732 F.3d 1370, 1373 (Fed. Cir. 2013). The party asserting the defense has the burden to proving patent exhaustion by a preponderance of the evidence. *See*, *Jazz Photo Corp. v. U.S.*, 439 F.3d 1344, 1350 ("The party raising the affirmative defense [of patent exhaustion] has the burden of establishing it by a preponderance of the evidence.").

**EXHIBIT 4**

10. When asserting patent exhaustion of method claims based on the sale of an item, the asserting party has the burden to show that the item "substantially embodies the method." *Id.* An item substantially embodies a method if the item: "(1) has no reasonable noninfringing use and (2) includes all inventive aspects of the claimed method." *Keurig*, 732 F.3d at 1373 (citing *Quanta Computer, Inc. v. LG Elecs., Inc.*, 553 U.S. 617, 638 (2008).

11. The party asserting patent exhaustion also has to prove by a preponderance of the evidence that there has been an "authorized sale." *See id.* (citing *Quanta*, 553 U.S. at 625); *see also Quanta*, 553 U.S. at 636 ("Exhaustion is triggered only by a sale authorized by the patent holder."). An authorized sale occurs when the patentee sells or authorizes another to transfer title to a specific patented article. *See, e.g.*, *Quanta*, 553 U.S. at 637–38 (finding exhaustion based on sale by authorized licensee of products that practiced the patents); *United States v. Masonite Corp.*, 316 U.S. 265, 278 (1942) ("The test has been whether or not there has been such a disposition of the article that it may fairly be said that the patentee has received his reward for the use of the article."); *LifeScan Scotland, Ltd. v. Shasta Techs., LLC*, 734 F.3d 1361, 1374 (Fed. Cir. 2013) (explaining that exhaustion is triggered when there is "an authorized and unconditional transfer of title"). If there has been an authorized sale of a particular article (*e.g.*, an individual capsule or tablet), then patent exhaustion only applies to that particular article. *See United States v. Univis Lens Co.*, 316 U.S. 241, 251 (1942) ("Our decisions have uniformly recognized that the purpose of the patent law is fulfilled with respect to any particular article when the patentee has received his reward for the use of his invention by the sale of the article …."). Patent exhaustion will not be a defense to an infringing use of Alembic's ANDA Product in combination with encorafenib that was not sold by or under authority of Alembic.

**EXHIBIT 4**

12. Because Alembic cannot now prove by a preponderance of the evidence that patients practicing the Asserted Patents through early July 2031, necessarily will have exhausted the Asserted Patents by combining Alembic's ANDA Product with encorafenib sold or authorized by Array, the Court should not now find the Asserted Patents will be unenforceable against Alembic through July 2031, such that the Court allows the FDA to approve Alembic's product. A finding now that patent exhaustion would protect from infringement all sales of Alembic's ANDA Product until that date, would be speculative and premature.

## III. WHETHER ALEMBIC HAS FAILED TO PROVE BY CLEAR AND CONVINCING EVIDENCE THAT THE ASSERTED CLAIMS OF THE ASSERTED PATENTS ARE INVALID

13. "Each claim of a patent" is "presumed valid." 35 U.S.C. § 282(a). Thus, each of the asserted claims of the Asserted Patents is presumed valid.

14. "The burden of establishing invalidity of a patent or any claim thereof shall rest on the party asserting such invalidity." 35 U.S.C. § 282(a). Thus, Alembic has the burden of proving invalidity.

15. Because each claim of a patent is presumed valid, an accused infringer "must submit evidence supporting a conclusion of invalidity of each claim the challenger seeks to destroy." *Ortho Pharm. Corp. v. Smith*, 959 F.2d 936, 942 (Fed. Cir. 1992) (citation omitted); *see also Chiron Corp. v. Genentech, Inc.*, 363 F.3d 1247, 1260 (Fed. Cir. 2004); *accord BlephEx, LLC v. Myco Indus., Inc.*, 24 F.4th 1391, 1399 (Fed. Cir. 2022) ("To show invalidity at trial, Myco will have the ultimate burden of persuasion to prove invalidity by clear and convincing evidence, as well as the initial burden of going forward with evidence to support its invalidity allegation.") (internal quotation omitted).

16. Alembic "bears the burden of proving invalidity by 'clear and convincing evidence.'" *Shire LLC v. Amneal Pharm., LLC*, 802 F.3d 1301, 1306 (Fed. Cir. 2015) (quoting

*Microsoft Corp. v. I4I Ltd. P'ship*, 564 U.S. 91, 95 (2011)); *UCB, Inc. v. Accord Healthcare, Inc.*, 890 F.3d 1313, 1323 (Fed. Cir. 2018).

17. "The 'clear and convincing' standard is an intermediate standard which lies somewhere in between the 'beyond a reasonable doubt' and the 'preponderance of the evidence' standards of proof." *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1359 n.5 (Fed. Cir. 2007) (citations omitted). "Although an exact definition is elusive, 'clear and convincing evidence' has been described as evidence that 'place[s] in the ultimate factfinder an abiding conviction that the truth of its factual contentions are highly probable.'" *Id.* (citation omitted).

**A. Person of Ordinary Skill in the Art**

18. "The person of ordinary skill is a hypothetical person who is presumed to be aware of all the pertinent prior art." *Custom Accessories, Inc. v. Jeffrey-Allan Indus., Inc.*, 807 F.2d 955, 962 (Fed. Cir. 1986). "Factors that may be considered in determining level of skill include: type of problems encountered in art; prior art solutions to those problems; rapidity with which innovations are made; sophistication of the technology; and educational level of active workers in the field." *Mintz v. Dietz & Watson, Inc.*, 679 F.3d 1372, 1376 (Fed. Cir. 2012).

19. While the educational background of the inventors themselves may be a factor in determining the level of ordinary skill in the art, it is not conclusive. *See Bausch & Lomb*, 796 F.2d at 449–50; *see also Hologic, Inc. v. Minerva Surgical, Inc.*, 764 F. App'x 873, 879 (Fed. Cir. 2019); *Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007) (providing a list of factors including the education level of the inventor and emphasizing that the factors "are not exhaustive but are merely a guide to determining the level of ordinary skill in the art").

**EXHIBIT 4**

**B. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Claims of the Asserted Patents Are Invalid as Anticipated**

20. A patent claim is anticipated "only if each and every element is found within a single prior art reference, arranged as claimed." *Summit 6, LLC v. Samsung Elecs. Co., Ltd.*, 802 F.3d 1283, 1294 (Fed. Cir. 2015); *ATEN Int'l Co., Ltd. v. Uniclass Tech. Co., Ltd.*, 932 F.3d 1364, 1368 (Fed. Cir. 2019).

21. "It is well established that the disclosure of a genus in the prior art is not necessarily a disclosure of every species that is a member of that genus." *Atofina v. Great Lakes Chem. Corp.*, 441 F.3d 991, 999 (Fed. Cir. 2006) (citing *In re Baird,* 16 F.3d 380, 382 (Fed.Cir.1994)). "There may be many species encompassed within a genus that are not disclosed by a mere disclosure of the genus. On the other hand, a very small genus can be a disclosure of each species within the genus." *Id.* (citing *In re Petering,* 301 F.2d 676, 682 (1962)).

22. In determining whether the disclosure of a genus of compounds anticipates particular compounds within the genus, the operative determination is whether "one skilled in this art would, on reading the [] patent, [would] at once envisage each member of this limited class." *Petering*, 301 F.2d at 681. In *Petering*, the prior art disclosed a chemical formula with six variables and a limited number of preferred substitutions, resulting in a limited class of only 20 compounds. *Id* at 681–82. Based on "the total circumstances involved, including such factors as the limited number of variations for R, only two alternatives for Y and Z, no alternatives for the other ring positions, and a large unchanging parent structural nucleus," the court held that each species was "described in a printed publication within the meaning of 35 U.S.C. § 102(b)." *Id.*

23. Where a prior art reference discloses a large genus of compounds with much variation within the genus, courts do not consider the prior art reference as disclosing individual species within a genus. For example, in *Mylan Pharms. Inc. v. Merck Sharp & Dohme Corp.*, the

Federal Circuit affirmed the Board's decision that the prior art reference did not disclose the claimed compound sitagliptin, explaining:

> The key term here is "limited." As Merck asserted, and as the Board considered, the list of 33 compounds, with no direction to select sitagliptin from among them, plus the eight "pharmaceutically preferred" acids and various stoichiometric possibilities, results in 957 salts, some of which may not exist. That is a far cry from the 20 compounds "envisaged" by the narrow genus in *Petering*.

50 F.4th 147, 153–54 (Fed. Cir. 2022).

### C. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Claims of the Asserted Patents Are Invalid as Obvious

#### 1. Obviousness in General

24. Obviousness is a question of law based on underlying factual findings. *Janssen Pharms., Inc. v. Teva Pharms. USA, Inc.*, 97 F.4th 915, 925 (Fed. Cir. 2024).

25. Obviousness is judged from the perspective of "a person having ordinary skill in the art [(POSA)] to which the claimed invention pertains." 35 U.S.C. § 103. The POSA is a theoretical construct used in determining obviousness under § 103, and is not descriptive of some particular individual." *Endress + Hauser, Inc. v. Hawk Measurement Sys. Pty. Ltd.*, 122 F.3d 1040, 1042 (Fed. Cir. 1997), *cited in Norgren Inc. v. Int'l Trade Comm'n*, 699 F.3d 1317, 1325 (Fed. Cir. 2012).

26. The purpose of conducting the obviousness analysis from the perspective of one skilled in the art "is to assure an appropriate perspective of the decisionmaker, and to focus on conditions as they existed when the invention was made." *Arkie Lures, Inc. v. Gene Larew Tackle, Inc.*, 119 F.3d 953, 956 (Fed. Cir. 1997). "Good ideas may well appear 'obvious' after they have been disclosed, despite having been previously unrecognized." *Id.*, *cited in Outside the Box Innovations, LLC v. Travel Caddy, Inc.*, 695 F.3d 1285, 1298 (Fed. Cir. 2012).

**EXHIBIT 4**

27. In order to establish that the Asserted Patents are invalid for obviousness under 35 U.S.C. § 103, Alembic must prove by clear and convincing evidence that on the relevant effective dates of the applications for the Asserted Patents "the differences between the claimed subject matter and the prior art [were] such that the subject matter as a whole would have been obvious at the time of invention to a person having ordinary skill in the art." *Allergan, Inc. v. Sandoz Inc.*, 796 F.3d 1293, 1303 (Fed. Cir. 2015).

28. A party seeking to invalidate a patent based on obviousness must demonstrate "by clear and convincing evidence that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success in doing so." *Procter & Gamble Co. v. Teva Pharm. USA, Inc.,* 566 F.3d 989, 994 (Fed. Cir. 2009), *cited in Novartis Pharm. Corp. v. W.-Ward Pharm. Int'l Ltd.*, 923 F.3d 1051, 1059 (Fed. Cir. 2019); *Eli Lilly & Co. v. Teva Parenteral Meds., Inc.*, 845 F.3d at 1372; *UCB, Inc. v. Annora Pharma Priv. Ltd.*, 687 F. Supp. 3d 545, 553 (D. Del. 2023).

29. A patent is only invalid if the invention was obvious "before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains." 35 U.S.C. § 103.

30. The burden of proving invalidity "is constant and remains throughout the suit on the challenger" and "does not shift at any time to the patent owner." *TP Lab'ys, Inc. v. Prof'l Positioners, Inc.*, 724 F.2d 965, 971 (Fed. Cir. 1984).

31. The underlying facts that must be considered in determining whether the challenging party has met its burden of proof of obviousness by clear and convincing evidence are: (a) the scope and content of the prior art; (b) the level of ordinary skill in the art; (c) the

differences between the prior art and the claims at issue; and (d) objective indicia of nonobviousness (or "secondary considerations"). *See Graham v. John Deere Co. of Kan. City*, 383 U.S. 1, 17–18 (1966); *see also Endo Pharm. Inc. v. Actavis LLC*, 922 F.3d 1365, 1373 (Fed. Cir. 2019).

32. It is not sufficient, to establish obviousness, that there are pieces of the invention disclosed in the prior art which, if they were combined, would lead to the invention. There must be some reason to assemble the specific combination of elements that is the invention. *Intercontinental Great Brands LLC v. Kellogg N. Am. Co.*, 869 F.3d 1336, 1344 (Fed. Cir. 2017) ("The court should consider a range of real-world facts to determine 'whether there was an apparent reason to combine the known elements in the fashion claimed by the patent at issue.").

33. Courts also consider whether a POSA would have viewed as obvious certain combination of substitutions within a prior art genus to arrive at a specific compound. To show obviousness, a defendant must "show sufficient motivation for one of ordinary skill in the art at the time of invention" to make all required steps and substitutions to arrive a specific compound. *Yamanouchi Pharm. Co. v. Danbury Pharmacal, Inc.*, 231 F.3d 1339, 1344 (Fed. Cir. 2000). *See also Sanofi-Aventis U.S., LLC v. Dr. Reddy's Lab'ys, Inc.*, 933 F.3d 1367, 1375 (Fed. Cir. 2019) ("In cases involving new chemical compounds, it remains necessary to identify some reason that would have led a chemist to modify a known compound in a particular manner to establish prima facie obviousness of a new claimed compound.") (quotation omitted).

34. The Federal Circuit has held that a "generic [] formula" that "contains a large number of variables" and "encompasses more than 100 million different" compounds does not alone render obvious an encompassed species. *In re Baird*, 16 F.3d 380, 382 (Fed. Cir. 1994). A party must further demonstrate that the prior art provides some motivation for a POSA to select

the specific variables required to arrive at the claimed compounds. *See id.* ("While the Knapp formula unquestionably encompasses bisphenol A when specific variables are chosen, there is nothing in the disclosure of Knapp suggesting that one should select such variables."); *see also UCB, Inc. v. Accord Healthcare, Inc.*, 890 F.3d 1313, 1327 (Fed. Cir. 2018) ("As the district court found here, there was no indication that out of the millions of possible choices, an unsubstituted benzyl at R and an unsubstituted methyl at $R_1$ would have been selected in combination with a methoxymethyl group at $R_3$ to arrive at lacosamide.").

35. Fact-finders must be aware "of the distortion caused by hindsight bias and must be cautious of arguments reliant upon *ex post* reasoning." *KSR*, 550 U.S. at 421.

36. "The inventor's own path itself never leads to a conclusion of obviousness; that is hindsight. What matters is the path that the person of ordinary skill in the art would have followed, as evidenced by the pertinent prior art." *Otsuka Pharm. Co., Ltd. v. Sandoz, Inc.*, 678 F.3d 1280, 1296 (Fed. Cir. 2012), *cited in Millennium Pharm., Inc. v. Sandoz Inc.*, 862 F.3d 1356, 1367 (Fed. Cir. 2017). "One cannot use hindsight reconstruction to pick and choose among isolated disclosures in the prior art to deprecate the claimed invention." *In re Fine*, 837 F.2d 1071, 1075 (Fed. Cir. 1988), *cited in Ecolochem, Inc. v. S. Cal. Edison Co.*, 227 F.3d 1361, 1371 (Fed. Cir. 2000); *see also Sanofi-Aventis U.S., LLC v. Dr. Reddy's Labs., Inc.*, 933 F.3d 1367, 1375 (Fed. Cir. 2019) ("[C]harting a path to the claimed compound by hindsight is not enough to prove obviousness. 'Any compound may look obvious once someone has made it and found it to be useful, but working backwards from that compound, with the benefit of hindsight, once one is aware of it does not render it obvious.'").

37. "When the prior art was before the examiner during prosecution of the application, there is a particularly heavy burden in establishing invalidity." *Impax Labs., Inc. v. Aventis Pharm.*

**EXHIBIT 4**

*Inc.*, 468 F.3d 1366, 1378 (Fed. Cir. 2006); *see also Par Pharm., Inc. v. Hospira, Inc.*, 420 F. Supp. 3d 256, 275 (D. Del. 2019) ("The burden of showing obviousness is 'especially difficult' when 'the infringer attempts to rely on prior art that was before the patent examiner during prosecution.'"); *Pfizer Inc. v. Watson Pharm., Inc.*, 920 F. Supp. 2d 552, 563 (D. Del. 2013) (While "the standard of proof does not depart from that of clear and convincing evidence, a party challenging validity shoulders an enhanced burden if the invalidity argument relies on the same prior art considered during examination by the [PTO].").

**D. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Patents Are Invalid for Lack of Enablement**

38. The statutory basis for the enablement requirement is found in 35 U.S.C. § 112(a), which states (emphasis added) that:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms ***as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same*** . . . .

*See Amgen v. Sanofi*, 598 U.S. 594, 605 (2023).

39. "Enablement is a question of law based on underlying factual findings." *FS.com Inc. v. Int'l Trade Comm'n*, 65 F.4th 1373, 1376 (Fed. Cir. 2023). *See also Wyeth & Cordis Corp. v. Abbott Lab'ys*, 720 F.3d 1380, 1384 (Fed. Cir. 2013).

40. Enablement is determined as of the filing date of the patent application. *Wyeth & Cordis Corp.*, 720 F.3d at 1384; *Union Carbide Chems. & Plastics Tech. Corp. v. Shell Oil Co.*, 308 F.3d 1167, 1185 (Fed. Cir. 2002).

41. "To prove that a claim is invalid for lack of enablement, a challenger must show by clear and convincing evidence that a person of ordinary skill in the art would not be able to practice the claimed invention without 'undue experimentation.'" *Allergan v. Sandoz*, 796 F.3d at 1309 (quoting *In re Wands*, 858 F.2d 731, 736–37 (Fed. Cir. 1988)); *accord Amgen Inc. v.*

*Sanofi*, 872 F.3d 1367, 1375 (Fed. Cir. 2017); *Janssen Pharms., Inc. v. Tolmar, Inc.*, 718 F. Supp. 3d 394, 434 (D. Del. 2024)

42. Every aspect of a claim "need not have been carried out by the inventor, or exemplified in the specification, reasonable detail must be provided in order to enable members of the public to understand and carry out the invention." *Alcon, Inc. v. Teva Pharm. USA, Inc.*, 664 F. Supp. 2d 443, 469 (D. Del. 2009) (quoting *Genentech, Inc. v. Novo Nordisk A/S*, 108 F.3d 1361, 1366 (Fed. Cir. 1997)).

43. "The specification need not teach what is well known in the art." *Alcon v. Teva*, 664 F. Supp. 2d at 469 (citation omitted); *see also Visual Memory LLC v. NVIDIA Corp.*, 867 F.3d 1253, 1261 (Fed. Cir. 2017) ("[A] patent need not teach, and preferably omits, what is well known in the art." (citation omitted)). A reasonable amount of experimentation may be required, so long as such experimentation is not undue. *Wands*, 858 F.2d at 736–37.

44. Several factors may be considered when determining whether practicing a patent's disclosures requires "undue experimentation": "(1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *Cephalon, Inc. v. Watson Pharm., Inc.*, 707 F.3d 1330, 1336 (Fed. Cir. 2013) (citing *Wands*, 858 F.2d at 737).

45. A "reasonable amount of routine experimentation required to practice a claimed invention does not violate the enablement requirement," and "[u]nsubstantiated statements indicating that experimentation would be 'difficult' and 'complicated' are not sufficient" to show a lack of enablement. *Cephalon*, 707 F.3d at 1336, 1339; *accord Pharmacyclics LLC v. Alvogen*

**EXHIBIT 4**

*Pine Brook LLC*, 556 F. Supp. 3d 377, 390 (D. Del. 2021) ("That some experimentation is necessary does not preclude enablement; the amount of experimentation, however, must not be unduly extensive.") *aff'd sub nom, Pharmacyclics LLC v. Alvogen, Inc.*, No. 2021-2270, 2022 WL 16943006 (Fed. Cir. Nov. 15, 2022).

46. "There is . . . no hard and fast rule that examples are necessary to enable an invention for a specific use." *Glaxo Grp. Ltd. v. Teva Pharm. USA, Inc.*, No. C.A.02-219 GMS, 2004 WL 1875017, at *16 (D. Del. Aug. 20, 2004). *See also Allergan, Inc. v. Sandoz Inc.*, 796 F.3d 1293, 1310 (Fed. Cir. 2015) ("Similarly, a patentee is not required to provide actual working examples; we have rejected enablement challenges based on the theory that there can be no guarantee that prophetic examples actually work."). It is proper to find method of treatment claims enabled where the patent "describes the utility [of the claimed method of treatment], and that the utility is correctly described." *Eli Lilly & Co. v. Actavis Elizabeth LLC*, 435 F. App'x at 923–27 (holding claims enabled where patent taught how to make and use the compounds through statements of the compound's effectiveness in its specification, while only disclosing a range of doses that would be therapeutically effective).

### E. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Patents Are Invalid for Lack of Written Description

47. Compliance with the written description requirement is a question of fact. *Nuvo Pharm. (Ir.) Designated Activity Co. v. Dr. Reddy's Lab'ys Inc.*, 923 F.3d 1368, 1376 (Fed. Cir. 2019) (citation omitted); *Invitrogen v. Clontech*, 429 F.3d 1052, 1072 (Fed. Cir. 2005).

48. "The purpose of the written description requirement is to require an inventor to disclose his invention to the public in such a manner as to allow a person of skill in the art to recognize that the patentee invented what is claimed." *Tobinick v. Olmarker*, 753 F.3d 1220, 1225 (Fed. Cir. 2014) (internal quotations and citations omitted).

49. The "critical inquiry is whether the patentee has provided a description that in a definite way identifies the claimed invention in sufficient detail that a person of ordinary skill would understand that the inventor was in possession of it at the time of filing"; it "requires an objective inquiry into the four corners of the specification." *Alcon Research Ltd. v. Barr Lab'ys, Inc.*, 745 F.3d 1180, 1190–91 (Fed. Cir. 2014) (internal quotations and citations omitted); *see also Avanir Pharm., Inc. v. Actavis S. Atl. LLC*, 36 F. Supp. 3d 475, 498 (D. Del. 2014), *aff'd sub nom. Avanir Pharm. Inc. v. Par Pharm. Inc.*, 612 F. App'x 613 (Fed. Cir. 2015) ("Accordingly, the test for sufficiency is whether the disclosure of the application relied upon reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date." (internal quotations and citation omitted)).

50. "[T]he written description requirement does not demand either examples or an actual reduction to practice; a constructive reduction to practice that in a definite way identifies the claimed invention can satisfy the written description requirement." *Ariad Pharm., Inc. v. Eli Lilly & Co.,* 598 F.3d 1336, 1352 (Fed. Cir. 2010). "The written description requirement is satisfied if the specification provides a sufficient number of representative embodiments to show that the inventor possessed the full scope of the claim, or for the described embodiments to have shared features, from which a person of skill in the art could infer possession of the entire claim scope." *Janssen Pharms., Inc. v. Tolmar, Inc.*, 718 F. Supp. 3d 394, 432 (D. Del. 2024).

51. "Given the case law that an invention does not actually have to be used, or even made, in order to satisfy the written description requirement, clinical testing cannot be required to satisfy the written description requirement." *Alcon Research, Ltd. v. Apotex Inc.*, 790 F. Supp. 2d 868, 943 (S.D. Ind. 2011), *aff'd in part and rev'd in part on other grounds*, 687 F.3d 1362 (Fed. Cir. 2012).

**EXHIBIT 4**

### F. Whether Alembic Has Failed To Prove by Clear and Convincing Evidence that the Asserted Patents Are Invalid for Lack of Utility

52. To satisfy the utility requirement, "a new product or process must be shown to be 'operable'—that is, it must be 'capable of being used to effect the object proposed.'" *Stiftung v. Renishaw PLC*, 945 F.2d 1173, 1180 (Fed. Cir. 1991). The Federal Circuit has explained that "[t]he threshold of utility is not high: An invention is 'useful' under section 101 if it is capable of providing some identifiable benefit." *Juicy Whip, Inc. v. Orange Bang, Inc.*, 185 F.3d 1364, 1366 (Fed. Cir. 1999). Utility does require the claimed invention to "be the best or the only way to accomplish a certain result, and it need only be useful to some extent and in certain applications." *Allergan USA, Inc. v. MSN Lab'ys Priv. Ltd.*, 111 F.4th 1358, 1376 (Fed. Cir. 2024) (internal quotation omitted).

53. Courts have long held that human clinical trial data is not required to show utility in claims directed to treatment of disease with a pharmaceutical compound. *See, e.g., In re Krimmel*, 292 F.2d 948, 953 (C.C.P.A. 1961) (holding that pre-clinical *in vivo* animal testing satisfactorily showed utility). In *Krimmel*, the court explained:

> With this information in mind, we hold that when an applicant for a patent has alleged in his patent application that a new and unobvious chemical compound exhibits some useful pharmaceutical property and when this property has been established by statistically significant tests with "standard experimental animals," sufficient statutory utility for the compounds has been presented.

*Id.* "*See* "*Charleston Med. Therapeutics, Inc. v. AstraZeneca Pharms. LP*, 2016 U.S. Dist. LEXIS 195809, *17–*18 (D.S.C. February 19, 2016) ("[H]uman trials are not required for a therapeutic invention to be patentable."; "Results from animal tests or *in vitro* experiments may be sufficient to satisfy the utility requirement.") (citations omitted). The Federal Circuit has also stated that pre-clinical data demonstrating effectiveness in treating cancer satisfied the utility requirement:

> FDA approval, however, is not a prerequisite for finding a compound useful within the meaning of the patent laws. Usefulness

> in patent law, and in particular in the context of pharmaceutical inventions, necessarily includes the expectation of further research and development. The stage at which an invention in this field becomes useful is well before it is ready to be administered to humans. Were we to require Phase II testing in order to prove utility, the associated costs would prevent many companies from obtaining patent protection on promising new inventions, thereby eliminating an incentive to pursue, through research and development, potential cures in many crucial areas such as the treatment of cancer.

*In re Brana*, 51 F.3d 1560, 1568 (Fed. Cir. 1995) (internal citation omitted). *See also id.* at 1567 ("The Commissioner, as did the Board, confuses the requirements under the law for obtaining a patent with the requirements for obtaining government approval to market a particular drug for human consumption.") (citing *Scott v. Finney*, 34 F.3d 1058, 1063 (Fed.Cir.1994)). In *Cross v. Iizuka*, the court held that the utility requirement was satisfied by *in vitro* data showing "the inhibition of thromboxane synthetase in human or bovine platelet microsomes, and where the disclosed *in vitro* utility is supplemented by the similar *in vitro* and *in vivo* pharmacological activity of structurally similar compounds." 753 F.2d 1040, 1051 (Fed. Cir. 1985).

## IV. THE REMEDIES TO WHICH ARRAY WILL BE ENTITLED FOR ALEMBIC'S INFRINGEMENT OF THE ASSERTED CLAIMS OF THE ASSERTED PATENTS

### A. Array Will Be Entitled to an Order Setting an FDA Approval Date for Alembic's ANDA Not Earlier Than the Expiration Dates of the Asserted Patents

54. Where a defendant has submitted an ANDA that infringes a valid, Orange Book-listed patent, "the court shall order the effective date of any approval of the drug or veterinary biological product involved in the infringement to be a date which is not earlier than the date of the expiration of the patent which has been infringed." 35 U.S.C. § 271(e)(4)(A); *see also* 21 U.S.C. § 355(j)(5)(B)(iii)(II); *Salix Pharms., Ltd. v. Norwich Pharms. Inc.*, 98 F.4th 1056, 1067–68 (Fed. Cir. 2024) (affirming trial court's order under § 271(e)(4)(A) following a finding of infringement). This remedy is equally applicable when the court finds induced infringement of

method claims by an ANDA filer. *See, e.g.*, *Vanda*, 887 F.3d at 1138–39 (holding that relief under § 271(e)(4) is appropriate based on a finding that the ANDA filer would induce infringement of a method of treatment claim).

55. If the approved method of treatment that the ANDA applicant seeks to market would infringe a valid Orange Book-listed patent claim, then "the district court must order remedies in accordance with § 271(e)(4)," "[a]nd the FDA is entitled not to set an approval date prior to the expiration of a patent that has been found to be infringed under § 271(e)(4)(A) and not invalid in a Hatch-Waxman case." *Vanda*, 887 F.3d at 1138–39.

### B. Array Will Show by a Preponderance of the Evidence that this Is an Exceptional Case Warranting an Award of Attorneys' Fees, Costs, and Expenses

56. "The court in exceptional cases may award reasonable attorney fees to the prevailing party." 35 U.S.C. § 285.

57. "[A]n 'exceptional' case is simply one that stands out from others with respect to the substantive strength of a party's litigating position . . . or the unreasonable manner in which the case was litigated." *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014). There is "no precise rule or formula" for awarding attorneys' fees under § 285. *Id.* District Courts should "consider[] the totality of the circumstances." *Id.* A district court's "discretion should be exercised 'in light of the considerations'" underlying the grant of that discretion. *Id.*

### C. Array Will Be Entitled to the Relief Sought

58. Array will show by a preponderance of the evidence that the making, using, offering to sell, importing and/or selling of Alembic's ANDA Product would induce and/or contribute to infringement of a valid Orange Book-listed patent claim. Array will be entitled to an order setting the FDA approval date for Alembic's ANDA no earlier than the expirations of the Patent-in-Suit or any later expiration of exclusivity to which Array is or becomes entitled.

**EXHIBIT 4**

59. Array will show by a preponderance of the evidence that this is an exceptional case meriting an award of attorneys' fees, costs, and expenses.

# EXHIBIT 5

# EXHIBIT 5

# ALEMBIC'S STATEMENT OF ISSUES OF LAW

Pursuant to Local Rule 16.3(c)(5), Defendant Alembic Pharmaceuticals Limited ("Alembic") submits the following Statement of Issues of Law Remaining to be Litigated. Alembic reserves the right to update this Statement after the resolution of all pending or later raised motions or in response to arguments made by Plaintiff. Alembic reserves the right to rely on authority not cited in this statement, including authority cited by Plaintiff in its Statement of Issues of Law Remaining to Be Litigated (Exhibit 4).

If the Court determines that Alembic's Statement of the Issues of Fact Remaining to be Litigated as set forth in Exhibit 3 contains issues of law, those issues of law are incorporated herein by reference. Should the Court determine that any issue identified in this statement as a legal issue is more appropriately considered a factual issue, Alembic incorporates such issues by reference into Exhibit 3.

The following issues of law remain to be litigated.

## I. Invalidity

### A. Anticipation

Defendants bear the burden of proving by clear and convincing evidence that any of the asserted claims are anticipated. 35 U.S.C. § 102; 35 U.S.C. § 282. "[I]nvalidity by anticipation requires that the four corners of a single, prior art document describe every element of the claimed invention, either expressly or inherently, such that a person of ordinary skill in the art could practice the invention without undue experimentation." *Advanced Display Sys., Inc. v. Kent State Univ.*, 212 F.3d 1272, 1282 (Fed. Cir. 2000). However, "the reference need not satisfy an *ipsissimis verbis* test." *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009). Moreover, "[a]s long as the reference discloses all of the claim limitations and enables the subject matter that falls within

the scope of the claims at issue, the reference anticipates—no actual creation or reduction to practice is required." *Id.* (citations and quotations omitted).

### B. Obviousness

Defendants bear the burden of demonstrating by clear and convincing evidence that any of the asserted patent claims are invalid as obvious. 35 U.S.C. § 103; 35 U.S.C. § 282. Patent claims are invalid as obvious "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which the subject matter pertains." 35 U.S.C. § 103.

The determination of whether an invention would have been obvious under 35 U.S.C. §103 is a legal conclusion based on underlying findings of fact. *In re Sullivan*, 498 F.3d 1345, 1350 (Fed. Cir. 2007). That determination requires a factual inquiry into: (1) the scope and content of the prior art; (2) the level of ordinary skill in the pertinent art; (3) the differences between the prior art and the claimed invention; and (4) the extent of any objective indicia of non-obviousness. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406–07 (2007) (citing *Graham v. John Deere Co. of Kansas City*, 383 U.S. 1, 17-18 (1966)).

The obviousness determination must be made from the perspective of a person of ordinary skill. 35 U.S.C. § 103. The hypothetical person of ordinary skill is "presumed to know all the pertinent prior art, whether or not the applicant is actually aware of its existence." *In re Carlson*, 983 F.2d 1032, 1038 (Fed. Cir. 1992). The person of ordinary skill is attributed "knowledge of all prior art in the field of the inventor's endeavor and of prior art solutions for a common problem even if outside that field." *In re Nilssen*, 851 F.2d 1401, 1403 (Fed. Cir. 1988). "In considering the obviousness issue, the district court stated that a hypothetical inventor is envisioned as working in his shop with all the prior art references -- which he is presumed to know -- hanging on

the walls around him." *Std. Oil Co. v. Am. Cyanamid Co.,* 774 F.2d 448, 454 (Fed. Cir. 1985) (internal citations omitted).

"[KSR] directs us to construe the scope of analogous art broadly." *Wyers v. Master Lock Co*., 616 F.3d 1231, 1238 (Fed. Cir. 2010). Art is analogous if it is either from the same "field of endeavor" or, even if outside the field of endeavor, "is reasonably pertinent to the [particular] problem with which the inventor [is involved]." *In re Kahn*, 441 F.3d 977, 986-87 (Fed. Cir. 2006). "[A] reference need not work to qualify as prior art; it qualifies as prior art, regardless, for whatever is disclosed therein. Even if a reference discloses an inoperative device, it is prior art for all that it teaches." *Geo M. Martin Co. v. Alliance Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1302-03 (Fed. Cir. 2010).

Rather than applying "rigid preventative rules that deny fact-finders recourse to common sense," courts must take a more "expansive and flexible approach" to determining whether an invention was obvious. *KSR*, 550 U.S. at 415, 421. Thus, "the legal determination of obviousness may include recourse to logic, judgment, and common sense . . . ." *Wyers*, 616 F.3d at 1239. "[O]bviousness cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success." *Pfizer, Inc. v. Apotex, Inc*., 480 F.3d 1348, 1364 (Fed. Cir. 2007). "[E]xpectation of success need only be reasonable, not absolute." *Id*. at 1364.

A patent claim is obvious when it does no more than combine familiar elements according to known methods to yield predictable results. *KSR,* 550 U.S. at 415-17 ("If a person of ordinary skill can implement a predictable variation, § 103 likely bars its patentability.") Furthermore, when "there are a finite number of identified, predictable solutions, a person of ordinary skill in the art has good reason to pursue the known options within his or her technical grasp. If this leads

to the anticipated success, it is likely the product not of innovation but of ordinary skill and common sense. In that instance, the fact that a combination was obvious to try might show that it was obvious under § 103." *Id.* at 421. In making an obviousness determination, "a court must ask whether the improvement is more than the predictable use of prior art elements according to their established functions." *Id.* at 417.

"The presence or absence of a motivation to combine references in an obviousness determination is a pure question of fact." *Intelligent Bio-Systems, Inc. v. Illumina Cambridge, Ltd.*, 821 F.3d 1359, 1366 (Fed. Cir. 2016) (quoting *Par Pharm., Inc. v. TWI Pharm., Inc.*, 773 F.3d 1186, 1196 (Fed. Cir. 2014)). "As to the specific factual consideration of motivation to combine, the fact finder (here, the district court) is not constrained to an expert's say-so; other documentary evidence, such as the teachings of the prior art or problems known in the field of endeavor at the time of the invention, can provide the requisite support for the court's motivation finding." *Adapt Pharma Operations Ltd v. Teva Pharms. USA, Inc.*, 25 F.4th 1354, 1369 (Fed. Cir. 2022).

### C. Secondary Considerations of Non-Obviousness

After the challenger establishes prima facie obviousness, the patentee may come forward with evidence to demonstrate that the invention would not have been obvious such as objective indicia of non-obviousness ("secondary considerations"). "Such secondary considerations as commercial success, long felt but unsolved needs, failure of others, etc., might be utilized to give light to the circumstances surrounding the origin of the subject matter sought to be patented." *John Deere*, 383 U.S. at 17-18. "It is well-established law that in order to accord substantial weight to secondary considerations of nonobviousness, the evidence of secondary considerations must have a 'nexus' to the claims, *i.e.*, there must be a legally and factually sufficient connection between the evidence and the patented invention." *Teva Pharms. Int'l. GmbH v. Eli Lilly & Co.,*

8 F.4th 1329, 1360 (Fed. Cir. 2021) (quoting *Henny Penny Corp. v. Frymaster LLC*, 938 F.3d 1324, 1332 (Fed. Cir. 2019) (quotation marks omitted)).

### D. Indefiniteness

The patent specification must describe the invention, "in such full, clear, concise, and exact terms as to enable any person skilled in the art . . . to make and use the same." 35 U.S.C. § 112(a). "Any description which is sufficient to apprise [] manufacturers in the language of the art of the definite feature of the invention, and to serve as a warning to others of what the patent claims as a monopoly, is sufficiently definite to sustain the patent." *Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 909 (2014) (quoting *Carnegie Steel Co. v. Cambria Iron Co*., 185 U.S. 403, 437 (1902)). "At the same time, a patent must be precise enough to afford clear notice of what is claimed, thereby apprising the public of what is still open to them." *Id.* (quoting *Markman v. Westview Instruments, Inc.*, 517 U. S. 370, 373 (1996)).

"[A] patent is invalid for indefiniteness if its claims, read in light of the specification delineating the patent, and the prosecution history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus,* 572 U.S. at 901. "To determine whether [a patent] claim at issue is indefinite, we look to the patent record—the claims, specification, and prosecution history—to ascertain if they convey to one of skill in the art with reasonable certainty the scope of the invention claimed." *Teva Pharms. USA, Inc. v. Sandoz, Inc.,* 789 F.3d 1335, 1341 (Fed. Cir. 2015).

### E. Lack of Enablement

"The first paragraph of 35 U.S.C. § 112 requires that the specification of a patent must enable a person skilled in the art to make and use the claimed invention." *In re Wands,* 858 F.2d 731, 735 (Fed. Cir. 1988). "[T]o be enabling, the specification of a patent must teach those skilled in the art how to make and use the full scope of the claimed invention without 'undue

experimentation'" *Trs. Of Boston Univ. v. Everlight Elecs. Co.,* 896 F.3d 1357, 1362 (Fed. Cir. 2018) (quoting *Genentech, Inc. v. Novo Nordisk A/S*, 108 F.3d 1361, 1365 (Fed. Cir. 1997)). "Enablement is determined as of the patent's effective filing date." *Id.* "Enablement is not precluded by the necessity for some experimentation such as routine screening. However, experimentation needed to practice the invention must not be undue experimentation. The key word is 'undue,' not 'experimentation.'" *In re Wands*, 858 F.2d at 736-737.

Claims lack enablement where skilled artisans would have to "do essentially the same amount of work as the inventors" to practice the full scope of the claims. *MorphoSys AG v. Janssen Biotech, Inc.*, 358 F. Supp. 3d 354, 372 (D. Del. 2019); *see also Idenix Pharms. LLC v. Gilead Scis. Inc.,* 941 F.3d 1149, 1162-64 (Fed. Cir. 2019); *Enzo Life Scis., Inc. v. Roche Molecular Sys., Inc.*, 928 F.3d 1340, 1346-47 (Fed. Cir. 2019); *Wyeth & Cordis Corp. v. Abbott Lab'ys*, 720 F.3d 1380, 1385 (Fed. Cir. 2013); *Amgen Inc. v. Sanofi*, C.A. No. 14-1317-RGA, 2019 WL 4058927, at *11-12 (D. Del. Aug. 28, 2019) (Amgen II). "[I]t is not always sufficient if a specification merely enables a POSA to practice an embodiment of the claimed invention. To the contrary, the Federal Circuit has repeatedly found claims not enabled despite a specification's disclosure of operative embodiments." *MorphoSys*, 358 F. Supp. 3d at 368.

"To be enabling, the specification of a patent must teach those skilled in the art how to make and use ***the full scope*** of the claimed invention without undue experimentation" as of the patent's effective filing date. *MagSil Corp. v. Hitachi Glob. Storage Techs.*, Inc., 687 F.3d 1377, 1380 (Fed. Cir. 2012) (emphasis added). The enablement requirement "serves the dual function in the patent system of ensuring adequate disclosure of the claimed invention and of preventing claims broader than the disclosed invention." *Id.* at 1381.

It is not enough to enable a subset of what is claimed, a patent specification "must teach those skilled in the art how to make and use the full scope of the claimed invention without undue experimentation." *Amgen Inc. v. Sanofi*, 872 F.3d 1367, 1375 (Fed. Cir. 2017) (Amgen I) (quoting *Genentech*, 108 F.3d at 1365). A patentee may choose to claim his invention narrowly or broadly, but "[a] patentee who chooses broad claim language must make sure the broad claims are fully enabled. The scope of the claims must be less than or equal to the scope of the enablement." *Sitrick v. Dreamworks, LLC*, 516 F.3d 993, 999 (Fed. Cir. 2008) (internal quotation marks omitted) (holding that the patentee's claims were broad enough to cover both movies and video games, but patent did not enable movies). *See also Trs. of Bos.*, 896 F.3d at 1364-65 (invalidating claim to "six permutations" because only five out of the six permutations were enabled); *Plant Genetic Sys., N.V. v. DeKalb Genetics Corp.*, 315 F.3d 1335, 1338 (Fed. Cir. 2003) (holding the claim term "plant cell" covered both "monocots" and "dicots," but that the patent did not enable monocots); *Monsanto Co. v. Syngenta Seeds, Inc.*, 503 F.3d 1352, 1361 (Fed. Cir. 2007) (same); *In re Vaeck*, 947 F.2d 488, 495 (Fed. Cir. 1991) ("There is no reasonable correlation between the narrow disclosure in appellants' specification and the broad scope of protection sought in the claims encompassing gene expression in any and all cyanobacteria."). *Cf. Genentech*, 108 F.3d at 1366 ("Patent protection is granted in return for an enabling disclosure of an invention, not for vague intimations of general ideas that may or may not be workable.").

Courts apply the Wands-factors to determine whether "undue experimentation" would be necessary, namely "(1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *Wands,* 858 F.2d at 737; *see also,*

*Enzo Biochem, Inc. v. Calgene, Inc.*, 188 F.3d 1362, 1370-77 (Fed. Cir. 1999) (upholding the applicability of the Wands-factors). Although a specification need not disclose what is well known in the art, it "must supply the novel aspects of an invention in order to constitute adequate enablement." *Genentech*, 108 F.3d at 1366.

### F. Inadequate Written Description

"[T]he purpose of the written description requirement is to 'ensure that the scope of the right to exclude, as set forth in the claims, does not overreach the scope of the inventor's contribution to the field of art as described in the patent specification.'" *AbbVie Deutschland GmbH & Co., KG v. Janssen Biotech, Inc.,* 759 F.3d 1285, 1299 (Fed. Cir. 2014) (quoting *Ariad Pharm., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336 at 1353-54 (Fed. Cir. 2010)). "The purpose of the 'written description' requirement is broader than to merely explain how to 'make and use'; the applicant must also convey with reasonable clarity to those skilled in the art that, as of the filing date sought, he or she was in possession of the invention." *Vas-Cath v. Mahurkar*, 935 F.2d 1555, 1563-64 (Fed. Cir. 1991). The possession must be "possession as shown in the disclosure." *Ariad Pharm.*, 598 F.3d at 1351. Therefore, "actual 'possession' or reduction to practice outside of the specification is not enough." *Id.* at 1352.

"Put another way, one skilled in the art, reading the original disclosure, must immediately discern the limitation at issue in the claims." *Purdue Pharma L.P. v. Faulding Inc.*, 230 F.3d 1320, 1323 (Fed. Cir. 2000). "It is not a question whether one skilled in the art might be able to construct the patentee's device from the teachings of the disclosure of the application. Rather, it is a question whether the application necessarily discloses that particular device." *Univ. of Rochester v. G.D. Searle & Co.*, 358 F.3d 916, 923 (Fed. Cir. 2004)(quoting *Jepson v. Coleman*, 314 F.2d 533 (C.C.P.A. 1963) (internal quotes omitted)).

## II. Patent Exhaustion

"The longstanding doctrine of patent exhaustion provides that the initial authorized sale of a patented item terminates all patent rights to that item." *Quanta Computer, Inc. v. LG Elecs., Inc.*, 553 U.S. 617, 625 (2008). "The authorized sale of an article that substantially embodies a patent exhausts the patent holder's rights and prevents the patent holder from invoking patent law to control post-sale use of the article." *Id.* at 638. "[W]here a person ha[s] purchased a patented machine of the patentee or his assignee, this purchase carrie[s] with it the right to the use of the machine so long as it [is] capable of use." *Id.* at 625.

"The rationale underlying the doctrine rests upon the theory that an unconditional sale of a patented device exhausts the patentee's right to control the purchaser's use of that item thereafter because the patentee has bargained for and received full value for the goods." *Keurig, Inc. v. Sturm Foods, Inc.*, 732 F.3d 1370, 1373 (Fed. Cir. 2013). As the Supreme Court put it, "the right to vend is exhausted by a single, unconditional sale, the article sold being thereby carried outside the monopoly of the patent law and rendered free of every restriction which the vendor may attempt to put upon it." *Quanta*, 553 U.S. at 626 (quoting, *Motion Picture Patents Co. v. Universal Film Mfg. Co.*, 243 U.S. 502, 516 (1917)).

"[E]xhaustion was triggered by the sale of the lens blanks because their only reasonable and intended use was to practice the patent and because they 'embodie[d] essential features of [the] patented invention.'" *Quanta*, 533 U.S. at 631 (quoting *United States* v. *Univis Lens Co.,* 316 U.S. 241, 249-250 (1942)). "[T]he traditional bar on patent restrictions following the sale of an item applies when the item sufficiently embodies the patent—even if it does not completely practice the patent—such that its only and intended use is to be finished under the terms of the patent." *Id.* at 627 (confirming holding in *Univis*.) "The [*Quanta*] Court thus established that method claims are exhausted by an authorized sale of an item that substantially embodies the method if the item

(1) has no reasonable noninfringing use and (2) includes all inventive aspects of the claimed method." *Keurig*, 732 F.3d at 1373.

"An authorized sale outside the United States, just as one within it, exhausts all rights under the Patent Act." *Impression Prods., Inc. v. Lexmark Int'l, Inc.*, 581 U.S. 581 U.S. 360, 377 (2017). "Exhaustion is a separate limit on the patent grant, and does not depend on the patentee receiving some undefined premium for selling the right to access the American market. A purchaser buys an item, not patent rights. And exhaustion is triggered by the patentee's decision to give that item up and receive whatever fee it decides is appropriate for the article and the invention which it embodies." *Id.* at 379 (omitting quotations).

## III. Requested Relief

If infringement is found under 35 U.S.C. § 271(e)(2), "the court shall order the effective date of any approval of the drug or veterinary biological product involved in the infringement to be a date which is not earlier than the date of the expiration of the patent which has been infringed." 35 U.S.C. § 271(e)(4)(A). "[I]njunctive relief may be granted against an infringer to prevent the commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of an approved drug, veterinary biological product, or biological product." *Id.* at §271(e)(4)(B). "[D]amages or other monetary relief may be awarded against an infringer only if there has been commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of an approved drug, veterinary biological product, or biological product." *Id.* at § 271(e)(4)(C). "The remedies prescribed by subparagraphs (A), (B), (C), and (D) are the only remedies which may be granted by a court for an act of infringement described in paragraph (2), except that a court may award attorney fees under section 285." *Id.* at § 271(e)(4).

Whether to award attorney fees is a matter left to the discretion of the Court. *See* 35 U.S.C. § 285; *Octane Fitness, LLC v. ICON Health & Fitness, Inc.,* 572 U.S. 545, 554 (2014) ("District

courts may determine whether a case is 'exceptional' in the case-by-case exercise of their discretion, considering the totality of the circumstances."). A request for attorneys' fees must be brought by motion within 14 days after entry of judgment. Fed. R. Civ. P. 54(d)(2)(B)(i); *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1386 (Fed. Cir. 2005) ("[W]e hold that any claim to attorney fees must be processed in compliance with Rule 54(d)(2)(B).").

"Under the 'American rule,' the prevailing litigant is ordinarily not entitled to any attorney fees, absent statutory authority. A rationale for this rule is that one should not be penalized for merely defending or prosecuting a lawsuit." *Machinery Corp. of America v. Gullfiber AB*, 774 F.2d 467, 471 (Fed. Cir. 1985) (citations omitted). "Attorney fees are not to be routinely assessed against a losing party." *Revlon, Inc. v. Carson Products Co*., 803 F.2d 676, 679 (Fed. Cir. 1986).

Under 35 U.S.C. § 285, attorneys' fees may be awarded to the prevailing party in "exceptional cases." An exceptional case must be proven by a preponderance of the evidence and "is simply one that stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated." *Octane Fitness*, 572 U.S. at 554.

## IV. Listing In Orange Book

Any person filing a New Drug Application ("NDA"), "[s]uch person shall submit to the Secretary as part of the application . . . the patent number and expiration date of each patent for which a claim of patent infringement could reasonably be asserted if a person not licensed by the owner of the patent engaged in the manufacture, use or sale of the drug." 21 U.S.C. § 355(b)(1)(A)(viii). Patents must be submitted with the NDA when the patent, "claims the drug for which the applicant submitted the application and is a drug substance (active ingredient) patent or a drug product (formulation or composition) patent." 21 U.S.C. § 355(b)(1)(A) (viii)(I). Or the

patent must "claim[] a method of using such drug for which approval is sought or has been granted in the application." 21 U.S.C. § 355(b)(1)(A)(viii)(II).

This patent information is contained in the publication "Approved Drug Products with Therapeutic Equivalence Evaluations" which is also known as the "Orange Book." *See Glaxo Grp. Ltd. v. Apotex, Inc.*, 376 F.3d 1339, 1344 (Fed. Cir. 2004) ("Under the Hatch-Waxman Act, most patentees and NDA holders must list patents related to their approved drugs in the FDA's 'Approved Drug Products with Therapeutic Equivalence Evaluations' publication (the 'Orange Book').")

Thus, the Orange Book lists patents that claim a particular pharmaceutical product or method for which it is listed. *See Mylan Pharms. Inc. v. Bayer Intell. Prop. GmbH,* C.A. No. 23-556, 2024 U.S. Dist. LEXIS 17494, *2 n.2 (D. Del. Jan. 31. 2024) ("[t]he 'Orange Book' an FDA publication 'in which holders New Drug Applications list all patents that may cover their products."); *H. Lundbeck A/S v. Apotex Inc.,* C.A. No. 18-88, 2020 U.S. Dist. LEXIS 113213 *3 n.4 (D. Del June 26, 2020) ("The 'Orange Book' is an FDA publication in which holders of New Drug Applications list all patents that may cover their products."); *Cephalon, Inc. v. Sandoz, Inc.*, Civ. No. 11-821, 2012 U.S. Dist. LEXIS 26494, *10-11 (D. Del. Mar. 1, 2012) ("In general, a pioneer drug manufacturer has the obligation to list those patents covering the pioneer drug in the Orange Book."); *Wyeth LLC v. AstraZeneca Pharms. LP*, Case No. 21 C 1338, 2024 U.S. Dist. LEXIS 139118, *8 (D. Del. Aug. 6 2024)(quoting 21 U.S.C. § 355(b)(1)(A)(viii)(II)); *In re Lantus Direct Purchaser Antitrust Litig.*, 950 F.3d 1, 10 (1st Cir. 2020) ("The statute and regulations clearly require that only patents that claim the drug for which the NDA is submitted should be listed in the Orange Book.").

# EXHIBIT 6

**EXHIBIT 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 22-1277 (GBW) |
| ALEMBIC PHARMACEUTICALS LIMITED, Defendant. | ) | |

**PLAINTIFF ARRAY BIOPHARMA INC.'S WITNESS LIST**

**EXHIBIT 6**

TABLE OF CONTENTS

Page

I. FACT WITNESSES ........................................ 1

II. EXPERT WITNESSES ........................................ 1

A. Brief Statement of Experts' Qualifications and Expected Testimony .................. 1

1. Dr. Bartosz Chmielowski ........................................ 1

2. Dr. Simon Ward ........................................ 3

3. Dr. Alexander Bridges ........................................ 4

4. Dr. John Hertig ........................................ 6

**EXHIBIT 6**

## I. FACT WITNESSES

At this time, Array does not intend to call any fact witnesses live at trial. Array reserves the right to call any witness, whether listed below or not, to establish authenticity and/or admissibility of any trial exhibit whose authenticity or admissibility is challenged by Alembic, as rebuttal to issues raised in Alembic's case-in-chief, or for impeachment.

## II. EXPERT WITNESSES

Array lists below the names of the experts it may call as live witnesses at trial. This list is not a commitment that Array will call any particular witness at trial or a representation that any of the witnesses listed are available or will appear for trial. The listed experts' specific expertise and qualifications are set forth in **Exhibit 6A** (Array's Experts' CVs). Array may present these qualifications during trial. Array intends to cross-examine Alembic's expert witnesses. If any of Array's or Alembic's expert witnesses are unavailable, Array reserves the right to use his deposition testimony. Array reserves the right to examine any of Alembic's expert witness not examined in Alembic's case-in-chief.

### A. Brief Statement of Experts' Qualifications and Expected Testimony

#### 1. Dr. Bartosz Chmielowski

*a) Background/Qualifications*

Dr. Chmielowski earned a degree in medicine from the Medical School at Wroclaw, Poland in 1995. In 2002, Dr. Chmielowski earned a Ph.D., concentrating on T cell development in the thymus, and completed a medical internship in internal medicine, both at the Medical College of Georgia in Augusta, GA. Dr. Chmielowski completed his medical residency in internal medicine at the same institution in 2004. He then completed a fellowship in Hematology-Oncology at University of California Los Angeles (UCLA) in 2008, and has been certified by the American Board of Internal Medicine (ABIM) in Medical Oncology and Hematology since that time.

**EXHIBIT 6**

As an oncologist, Dr. Chmielowski has been treating melanoma patients with Array's Braftovi (*i.e.*, encorafenib) and Mektovi (*i.e.*, binimetinib) products since 2018. In his clinical practice, Dr. Chmielowski has treated cancer patients with all three FDA-approved BRAF inhibitor/MEK inhibitor doublets: dabrafenib (Tafinlar®)/trametinib (Mekinist®), vemurafenib (Zelboraf®)/cobimetinib (Cotellic®), and encorafenib (Braftovi)/binimetinib (Mektovi).

In addition to being a practicing oncologist, Dr. Chmielowski has been a faculty member at UCLA since 2008, where his clinical and laboratory research focuses on the development of new therapies for patients with melanoma, non-melanoma skin cancers, and sarcoma. As a principal investigator or sub-investigator, Dr. Chmielowski has been involved in clinical research on the development of new BRAF inhibitors (i.e., vemurafenib, dabrafenib, encorafenib) and MEK inhibitors (*i.e.*, cobimetinib, trametinib, binimetinib) for patients with melanoma.

Dr. Chmielowski has authored peer-reviewed scientific papers and abstracts on targeted therapy in melanoma.

*b) Expected Testimony*

If called at trial, Dr. Chmielowski will testify about the subject matter addressed in his expert reports and at his deposition. Dr. Chmielowski will testify about the state of the art of BRAF and MEK inhibitors and the knowledge and level of skill and experience of an ordinary artisan in the applicable field as of the priority date of the Patents-in-Suit. Dr. Chmielowski will testify concerning the exemplary data disclosed in the Patents-in-Suit, as well as facts and opinions relevant to the determination of whether the Patents-in-Suit satisfy the enablement and written description requirements of 35 U.S.C. § 112, and utility requirement of 35 U.S.C. § 101. He may also comment on Alembic's experts' opinions.

**EXHIBIT 6**

**2. Dr. Simon Ward**

*a) Background/Qualifications*

Dr. Ward, a medicinal chemist, is currently the Chief Scientific Officer at Draig Therapeutics, a UK-based company developing clinical stage neuropsychiatry drug molecules. He earned a Ph.D. in chemistry from the University of Cambridge in 1997, and worked as a medicinal chemist at Cerebrus in Reading, UK, 1997-99.

Dr. Ward has lead multiple drug discovery projects in neuroscience and oncology from initiation to Phase I studies in humans. In 1999-2001, Dr. Ward was a team leader at Knoll Pharmaceuticals, UK, where he oversaw medicinal chemistry teams on lead optimization efforts, developing central nervous system (CNS), depression and obesity drug candidates. He also led initiatives to evaluate potential new drug targets. From 2001-2010, Dr. Ward was as Associate Director at GlaxoSmithKline, Harlow, UK, where he headed multidisciplinary project teams and medicinal groups involved in target identification, hit to lead discovery, lead optimization, pre-clinical development and clinical development. During the period January 2011 to December 2015, Dr. Ward served as Executive Vice President Chemistry and Development at Biocrea GmbH, a German biotech company with a therapeutic focus on enzyme inhibitors and ion channel modulators for CNS diseases. He was responsible for oversight of drug discovery, pre-clinical, and clinical development efforts. As a member of the Executive Leadership Team, he also had responsibility for in/out-licensing, due diligence and securing external investment.

From November 2010 to July 2017, Dr. Ward was a Professor of Medicinal Chemistry and Director of the Sussex Centre for Drug Discovery at the University of Sussex, UK. There he founded an academic drug discovery group that focused on neuroscience and oncology. That effort involved more than 70 research staff and Ph.D. students, and included collaborations with GlaxoSmithKline, Merck and AstraZeneca. Since August 2017, Dr. Ward has been the Sêr Cymru

Professor in Translational Drug Discovery and the Director of the Medicines Discovery Institute at Cardiff University, Wales, UK. In that position, he founded and led a research institute comprising more than 40 scientists engaged in chemistry, biology, pre-clinical and clinical drug discovery and development work.

Dr. Ward is a fellow of the Royal Society of Chemistry. He has authored sixty-one peer reviewed journal publications and six book chapters, and is an inventor on forty-eight published patent applications. Dr. Ward has also done extensive reviewing work for international journals, grant panels and funding bodies.

*b) Expected Testimony*

If called at trial, Dr. Ward will testify about the subject matter addressed in his expert reports and at his deposition. Dr. Ward will describe the state of the art and the knowledge and level of skill and experience of an ordinary artisan in the applicable field as of the priority date of the Patents-in-Suit. Dr. Ward will testify concerning the validity of the Patents-in-Suit. In particular, Dr. Ward will testify that the Patents-in-Suit are not anticipated or obvious, and satisfy the enablement and written description requirements of 35 U.S.C. § 112, as well as the utility requirement of 35 U.S.C. § 101. Dr. Ward may also comment on the opinions of Alembic's experts, Drs. Rotella and Fruehauf.

**3. Dr. Alexander Bridges**

*a) Background/Qualifications*

Dr. Bridges earned a Ph.D. in organic chemistry from Oxford University in 1974. He completed three postdoctoral fellowships: a NATO Fellowship at the University of Wisconsin, Madison, from 1974-76; a Charge de Recherche at the CNRS in Gif-sur-Yvette, France in 1977; and as a Research Associate at the University of Toronto from 1977-78.

**EXHIBIT 6**

Dr. Bridges joined the Parke-Davis Pharmaceutical Research Division as a Senior Scientist in 1984, and has worked in the pharmaceutical industry ever since. In 1988, he joined the Eisai Research Institute of Boston as a Senior Scientist and rejoined Parke-Davis as an Associate Research Fellow in 1992. In 1996, Dr. Bridges was promoted to Research Fellow and in 1998, he became Director of Diabetes Chemistry. In 2000, when Parke-Davis was acquired by Pfizer, Dr. Bridges became Senior Director of Oncology Chemistry at Pfizer. In 2001, he became Executive Director of Oncology Discovery at Pfizer's Ann Arbor site. In 2003, he became Senior Director of Preclinical Sciences at Quatrx Pharmaceuticals, where he worked for five years. Dr. Bridges was the principal medicinal chemistry consultant for Onyx Therapeutics Inc. from January 2008 until November 2011. Dr. Bridges has been the principal medicinal chemistry consultant for BioMarin Pharmaceutical Inc. since January 2010. He was chief scientific officer (CSO) of JBR Pharma Inc. for 18 months in 2011-2012, and was CSO of Pi Squared Therapeutics Inc. in 2014-2015. He was a chemistry consultant for Oncofusion Therapeutics Inc. from May 2014 to December 2016, and for Oncopia Therapeutics Inc. from January 2018 to December 2020. Dr. Bridges has consulted for MedSyn Bio Inc. since August 2023. In addition, for the last four years Dr. Bridges has been CSO of both Dvant Pharmaceuticals Inc. and Type6 Therapeutics Inc.

Dr. Bridges has been an Adjunct Associate Professor/Research Professor at the University of Michigan since 2000, where he lectures as part of a medicinal chemistry graduate student course. Dr. Bridges has also been an adjunct Assistant Professor at Wayne State University, Department of Chemistry since 1996. Previously, he was an Assistant Professor of Organic Chemistry at Northern Illinois University from 1978-1984, being tenured and promoted to Associate Professor in Spring 1984.

Dr. Bridges has authored 90 peer reviewed journal articles and book chapters/reviews, of which about half concern oncology and kinase inhibitors. He is a named inventor on forty-three granted U.S. patents, eleven involving MEK inhibition and their uses. Dr. Bridges has been reading patent applications as a medicinal chemist since 1984, and has been writing pharmaceutical patent applications since 1985.

*b) Expected Testimony*

If called at trial, Dr. Bridges will testify about the subject matter addressed in his expert reports and at his deposition. Dr. Bridges will testify about the state of the art and the knowledge and level of skill and experience of an ordinary artisan in the field of MEK inhibitors as of the priority date of the Patents-in-Suit. He may also comment on Alembic's experts' opinions.

**4. Dr. John Hertig**

*a) Background/Qualifications*

Dr. Hertig is a licensed pharmacist in the states of Indiana (Registration No. 26024385A) and Ohio (Registration No. 03328553), and is a Fellow of the American Society of Health-System Pharmacists (ASHP) as well as a Fellow of the International Pharmaceutical Federation (FFIP), based in The Hague, Netherlands. Until March, 2025, Dr. Hertig was also a full-time tenured Associate Professor and Immediate Past-Chair of the Pharmacy Practice Department in the Butler University College of Pharmacy and Health Sciences in Indianapolis, Indiana. Recently Dr. Hertig founded Hertig Healthcare Advising (www.hertighealthcareadvising.com).

Dr. Hertig earned a Bachelor of Science in Pharmaceutical Sciences and Doctor of Pharmacy degrees from Purdue University. He then completed a PGY1 pharmacy practice and PGY2 health-system pharmacy administration residency at The Ohio State University (OSU) Medical Center, while also obtaining a master's degree in Health-System Pharmacy

Administration from OSU. Dr. Hertig completed the Harvard University Emerging Leaders Program and is a Board Certified Professional in Patient Safety (CPPS).

After obtaining his PGY1/PGY2 residencies and degree from OSU, Dr. Hertig accepted a position in 2010, as the Director of Pharmacy Quality in the Department of Pharmacy at Duke University Hospital in Durham, NC, where he managed the quality program for all medication-related processes, implemented practice advancement initiatives, and sought to ensure that policies supported optimum medication-related care. In 2011, Dr. Hertig returned to Purdue University as the Associate Director of the Center for Medication Safety Advancement (CMSA). At the CMSA, he helped lead a multi-million-dollar academic center, supervised fellow academics, and set goals that aligned with strategic university priorities. In addition, Dr. Hertig had an appointment as Clinical Assistant Professor of Pharmacy Practice, worked closely with health professionals as a member of various Indiana patient safety coalitions, launched a new residency program in medication safety, and had expanded didactic and experiential training opportunities in medication safety, leadership, and management. Dr. Hertig also served as the program director for the Medication Safety Fellowship, maintained in collaboration with Eli Lilly and the U.S. Food and Drug Administration (FDA).

In 2018, Dr. Hertig was recruited to Butler University to lead the expansion and coordination of the social and administrative sciences group within the Department of Pharmacy Practice. As a tenured Butler University faculty member, Dr. Hertig collaborated with health professionals, academics, government officials, and industry experts from around the globe to expand didactic and experiential training opportunities in patient safety, leadership, health policy, supply chain security and management. In 2019, Dr. Hertig was appointed Vice-Chair in the Department of Pharmacy Practice, to assist the Chair and to contribute to the success of Butler's

**EXHIBIT 6**

College of Pharmacy and Health Sciences. Dr. Hertig developed new education and training programs, continually reviewed and re-designed academic processes (*e.g.*, affiliates/adjuncts), and worked closely with the Chair to assess faculty workload to ensure the optimization of faculty resources. In 2022, Dr. Hertig was appointed Chair of the Department of Pharmacy Practice. As Chair, he led one of the largest departments on campus, supervising 40 academics, and served on both the Pharmacy Leadership Team and the College Leadership Team.

Dr. Hertig is a member of the Board of Directors for the Alliance for Safe Online Pharmacies – Global, where he leads efforts to reduce the patient safety impact of illegal and counterfeit online drug distribution worldwide. He also serves as Secretary and Past-President of the Board of Directors for the Alliance for Safe Online Pharmacies, which affords him unique perspective with respect to the world of illegal online pharmacies. He is lead faculty for the Institute for Healthcare Improvement's Certified Professional in Patient Safety courses, and has an appointment with the FDA to serve as a full member of the Drug Safety and Risk Management Advisory Committee (DSaRM). DSaRM advises the Commissioner of Food and Drugs on risk management, risk communication, and quantitative evaluation of spontaneous reports for drugs for human use and for any other product for which the FDA has regulatory responsibility. Dr. Hertig previously served as the Chair of the Indiana Pharmacy Practice Model Initiative Taskforce, a previously elected delegate for the American Society of Health-System Pharmacists (ASHP) House of Delegates, and served as President of the Indiana Society of Health-System Pharmacists.

Dr. Hertig's extensive research program is designed to enhance the safety of the medication use process, while employing evidence to inform patient advocacy efforts. Rather than focusing on the establishment of theoretical concepts, his research activities focus on practical applications

of emerging patient safety tools and methods, while also seeking to gain a greater understanding of individuals' attitudes, opinions, and perceptions of risks to patient safety. Dr. Hertig's expertise and research are internationally recognized. He lectures around the world and publishes on a variety of patient safety, leadership, administration, and health policy topics. He has been the principal investigator on various successful research studies that have driven better policies and increased education, helping to improve public safety related to counterfeit medications. Dr. Hertig has authored over fifty peer-reviewed publications including multiple book chapters, some of which are referenced in his expert report. Dr. Hertig is currently the Co-Editor-in-Chief of the *Journal of Medicine Access*, and a peer reviewer for many publications. He is often invited to write commentaries for publications around the world.

*b) Expected Testimony*

If called at trial, Dr. Hertig will testify about the subject matter addressed in his expert report and at his deposition. Dr. Hertig will testify concerning the legal and illegal marketing or drugs, including the availability of counterfeit drugs. Dr. Hertig will also testify concerning his opinion that patients who purchase generic binimetinib at a time when no FDA-approved generic encorafenib is yet available may find alternative sources of encorafenib to pair with their binimetinib, rather than purchasing branded Braftovi.

# EXHIBIT 6A

**EXHIBIT 6A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:22-cv-01277-GBW |
| ALEMBIC PHARMACEUTICALS LIMITED, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF ARRAY BIOPHARMA INC.'S EXPERTS' CVS**

# Dr. Bartosz Chmielowski

**BARTOSZ CHMIELOWSKI, M.D., Ph.D.**
**CURRICULUM VITAE**

**PERSONAL HISTORY:**

Business Address:
Division of Hematology-Oncology
Department of Medicine
David Geffen School of Medicine at UCLA
10833 Le Conte Ave
CHS 42-121, Box 951678
Los Angeles, CA 90095
Telephone: 310-825-7768
Fax: 310-206-5511

**Outpatient Clinic:**
100 UCLA Medical Plaza, Suite 550
Los Angeles, CA 90095

2020 Santa Monica Blvd, Suite 580
Santa Monica, CA 90404

**EDUCATION:**

| | |
|---|---|
| M.D.<br>Medical Academy at Wroclaw<br>(Akademia Medyczna we Wroclawiu) | 07/05/1995 |
| Ph.D.<br>Medical Academy at Wroclaw<br>(Akademia Medyczna we Wroclawiu) | 05/19/2002 |
| Internal Medicine Internship<br>Medical College of Georgia | 07/2001-06/2002 |
| Internal Medicine Residency<br>Medical College of Georgia | 07/2002-06/2004 |
| Hematology/Medical Oncology Fellowship<br>David Geffen School of Medicine at UCLA<br>Division of Hematology-Oncology | 07/2005-06/30/2008 |

**LICENSURE:**

California #A89689
Issued: 12/24/2004
Expiration: 09/30/2024

Georgia #055191
Issued: 08/06/2004
Expired: 12/31/2005

DEA

Issued: 09/14/2004
Expiration: 08/31/2025
Number: BC7399694

**BOARD CERTIFICATION:**

American Board of Internal Medicine, Internal Medicine #225518
Issued: 2004
Expiration: 2014

American Board of Internal Medicine, Hematology #225518
Issued: 2008
Expiration: 2028

American Board of Internal Medicine, Medical Oncology #225518
Issued: 2008
Expiration: 2028

**PROFESSIONAL EXPERIENCE:**

**Present Position:**

Health Sciences Clinical Professor — 07/01/2022 – present
Hematology/Medical Oncology
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology

**Previous Positions:**

Postdoctoral Fellow — 10/26/1996 – 06/30/2001
Medical College of Georgia
Institute of Molecular Medicine and Genetics

Clinical Instructor (Medical Chief Resident) — 07/01/2004 – 06/30/2005
Medical College of Georgia
Department of Medicine

Clinical Instructor — 07/01/2008 – 06/30/2010
Hematology/Medical Oncology
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology

HS Assistant Clinical Professor — 07/01/2010 – 06/30/2016
Director of Sarcoma Program
Hematology/Medical Oncology
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology

HS Associate Clinical Professor — 07/01/2016 – 06/30/2022
Director of Sarcoma Program
Hematology/Medical Oncology
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology

**PROFESSIONAL ACTIVITIES:**

**Committee Service**

| | |
|---|---|
| Medical College of Georgia Ethics Committee | 2003-2005 |
| Medical College of Georgia Discharge Planning Committee | 2004-2005 |
| UCLA Data and Safety Monitoring Board | 2010-present |
| UCLA Cancer Committee | 2012-2022 |
| UCLA Institutional Review Board (vice-chair) | 2016-present |
| Member of organizing ESMO 2019 Melanoma Scientific Committee | 2018-2019 |
| Member of organizing ESMO 2020 Melanoma Scientific Committee | 2019-2020 |
| Member of National Comprehensive Cancer Network Melanoma Panel | 2020-present |
| Member of National Comprehensive Cancer Network Uveal Melanoma Panel | 2020-present |
| Member of American Board of Internal Medicine Committee for Medical Oncology | 2020-present |
| Chair of Data Monitoring Committee for Nektar Therapeutics | 2021-2022 |
| UCLA Community Outreach and Engagement Committee | 2023-present |
| UCLA Molecular Tumor Board Committee | 2023-present |
| Data Monitoring Committee for SpringWorks Therapeutics | 2023-present |

**Professional Associations**

| | |
|---|---|
| American Association of Immunologists | 2000-2001 |
| American Medical Association | 2001-2004 |
| American Society of Clinical Oncology | 2005-present |
| American Association for Cancer Research | 2006-2008 |
| Connective Tissue Oncology Society | 2008-present |
| Society for Melanoma Research | 2012-present |

**Editorial Services**

Reviewer for:

"Melanoma Research" – 08/13/2010, 09/26/2010, 11/02/2010, 11/28/2010, 01/29/2011, 4/09/2012, 4/13/2013, 3/24/2015, 04/30/2015, 10/06/2015, 1/23/2017, 2/3/2017, 6/18/2017, 3/14/2018, 7/24/2019, 12/11/2019, 6/18/2020, 2/1/2021

"Cancer Immunology, Immunotherapy" - 11/30/2011, 7/8/2013, 3/11/2014, 12/5/2016

"Cancer" - 6/25/2012, 8/28/2012, 8/21/2013, 9/2/2013, 12/17/2013, 1/25/2014, 2/17/2014, 12/29/2015, 08/12/2019, 5/15/2022, 8/3/2023, 11/1/2023

"American Journal of Clinical Dermatology" - 9/19/2012, 4/12/2012, 2/12/2017,

"Annals of Oncology" - 10/4/2012, 2/18/2014, 10/24/2020, 11/3/2022

"Journal of Immunotherapy" - 11/27/2012, 7/27/2014

"Journal of Translational Medicine" - 1/17/2013

"Cancer Treatment Research" - 1/25/2013

"Journal of Chemotherapy" - 6/24/2013, 8/11/2013

"Journal of Neuro-Oncology" - 8/16/2013, 3/13/2014, 6/14/2014, 7/11/2016, 8/24/2016

"Cancer Investigations" - 12/2/2013

"Journal for ImmunoTherapy of Cancer" - 3/31/2014, 12/8/2015, 12/29/2015, 04/06/2020, 11/11/2021, 2/9/2022, 4/24/2022, 6/21/2022

"Journal of Clinical Oncology" - 6/9/2014, 9/25/2014, 11/18/2014, 12/1/2014, 1/27/2015, 5/15/2016, 7/25/2018, 1/17/2022, 4/8/2022, 10/19/2023, 12/14/2023
"Annals of Cancer Research" - 9/26/2014
"Clinical Investigations" - 12/26/2014
"British Journal of Dermatology"– 5/28/2015, 7/27/2015
"Nature Reviews Clinical Oncology" – 9/18/2015, 2/9/2017
"JAMA Dermatology" – 01/28/2016
"Expert Review of Pharmacoeconomics & Outcomes Research" – 2/28/2016
"Expert Review for Anticancer Therapy" – 9/25/2016, 5/14/2017
"Immunotherapy" – 12/19/2016
"Oncotarget" – 3/26/2017
"Pigment Cell & Melanoma Research" – 7/1/2017, 10/10/2017, 6/19/2018
"Case Reports in Oncological Medicine" – 9/11/2017
"Journal of Skin Cancer" – 10/6/2017, 11/5/2017
"Targeted Oncology" – 2/7/2018, 1/27/2022
"Journal of the National Comprehensive Cancer Network" – 5/16/2018
"Lancet Oncology" – 5/21/2018, 11/28/2020
"Future Oncology" – 11/04/2018
"The Oncologist" – 11/13/2018
"Expert Opinion on Therapeutic Targets" – 11/20/2018
"Therapeutic Advances in Medical Oncology" – 11/21/2018, 1/14/2019, 6/4/2019, 01/13/2020, 01/18/2021, 04/28/2021, 09/11/2022, 12/14/2022
"Surgical Oncology" – 4/1/2019, 5/13/2019, 12/22/2022
"Translational Oncology" – 02/19/2019
"Cancer Medicine" – 04/01/2019, 1/29/2020, 12/7/2020, 12/27/2020, 01/06/2021, 4/15/2021, 6/23/2021,
"Immunity" – 10/19/2019
"Nature Communications" – 11/01/2019
"The American Journal of the Medical Sciences" – 12/26/2019, 1/21/2020
"Advances in Medical Sciences" – 03/18/2020, 05/13/2020
"Molecular Cancer Therapeutics" – 04/13/2020, 06/15/2020, 11/19/2020, 12/4/2020, 5/19/2021, 6/18/2021, 8/4/2021, 10/7/2021, 2/7/2022
"International Journal of Biological Macromolecules" – 06/15/2020, 8/24/2020
"Journal of Clinical Medicine" – 08/30/2020, 09/21/2020, 3/26/2024
"Expert Review of Precision Medicine and Drug Development" – 09/28/2020
"Cancer Management and Research" – 10/19/2020
"Reports" – 11/03/2020
"ESMO Open" – 12/4/2020, 01/05/2021
"Cancers" – 12/27/2020, 06/02/2021, 07/04/2021, 07/21/2021, 1/31/2024, 4/3/2024
"Dermatopathology" – 03/25/21
"Clinical Cancer Research" – 08/11/2021, 09/29/2021, 10/14/2021, 10/21/2021, 12/29/2021, 3/24/2022, 11/11/2022, 2/5/23, 4/27/23, 5/4/23, 8/17/23, 1/2/24
"Current Oncology" – 08/04/2022
"Biomedicines" – 09/15/2022
"International Journal of Molecular Sciences" – 05/09/24

**Consulting Activities:**

Scientific Advisor, Merck & Co., Inc. 06/2016-12/31/2017

| | |
|---|---|
| Scientific Advisor, Biothera | 12/06/2017, 12/05/2018 |
| Scientific Advisor, Array | 02/02/2018 |
| Scientific Advisor, Regeneron | 02/24/2018, 07/12/2023 |
| Scientific Advisor, Compugen | 04/15/2018 |
| Scientific Advisor, HUYA | 04/26/2018 |
| Scientific Advisor, Lilly | 06/03/2018 |
| Scientific Advisor, Iovance | 06/26/2018, 06/24/2020 |
| Scientific Advisor, Ideaya | 03/30/2019, 03/21/2021, 1/19/2024 |
| Scientific Advisor, Epizyme | 07/17/2019 |
| Scientific Advisor, Deciphera | 11/02/2019 |
| Scientific Advisor, OncoSec | 10/14/2020 |
| Scientific Advisor, Genentech | 04/02/2021 |
| Scientific Advisor, Novartis | 09/09/2021, 03/20/2022 |
| Scientific Advisor, InstilBio | 03/12/2022 |
| Scientific Advisor, Delcath | 04/14/2022 |
| Scientific Advisor, Replimune | 11/01/2022 |
| Scientific Advisor, Atreca | 06/02/2023, |

**HONORS AND SPECIAL AWARDS:**

| | |
|---|---|
| Best Graduate of the Year Award | 1995 |
| Medical College of Georgia Internal Medicine Resident of the Year | 2003 |
| Medical College of Georgia Resident of the Year Award | 2004 |
| Amgen Healthcare Institute Fellowship Award | 2007 |
| UCLA scholar on the list of the world's most influential scientific researchers | 2019 |
| UCLA scholar on the list of the world's most influential scientific researchers | 2020 |
| UCLA scholar on the list of the world's most influential scientific researchers | 2021 |
| UCLA scholar on the list of the world's most influential scientific researchers | 2022 |
| UCLA scholar on the list of the world's most influential scientific researchers | 2023 |

**RESEARCH GRANTS AND FELLOWSHIPS RECEIVED:**

K12 CA 76995 Clinical Scientist Training in Cancer Gene Medicine, PI: James Economou, MD, PhD (07/2006-06/2008)

**ACTIVE CLINICAL TRIALS:**

**Agency**: EMD Serono
**Award**# EMR 100070-003
**Completed Title:** A Phase 3, Randomized, Double-Blind Study Of Nivolumab Monotherapy Or Nivolumab Combined With Ipilimumab Versus Ipilimumab Monotherapy In Subjects With Previously Untreated Unresectable Or Metastatic Melanoma
**Role:** PI
**Purpose/GOAL of study:** Confirmed BOR according to RECIST 1.1, based on

independent review of tumor assessments. The ORR will be determined as the proportion of subjects with a confirmed BOR of PR or CR. The trial aims at demonstrating an ORR greater than 20% by means of an exact binomial test.
**Percent effort:** 1%
**Amount:** $186,626
**Project period:** 09/05/14-09/03/19

**Agency:** SWOG
**Award #:** S1320
**Complete Title:** A Randomized Phase II Trial Of Intermittent Versus Continuous Dosing Of Dabrafenib (Nsc-763760) And Trametinib (Nsc-763093) In Brafv600e/K Mutant Melanoma
**Role:** PI
**Purpose/GOAL of study:** The primary objective of this study is to compare progression-free survival with intermittent dosing and continuous dosing of dabrafenib and trametinib among patients with metastatic BRAFV600E/K mutant melanoma.
**% Effort:** 1%
**Amount:** $63,263
**Project Dates:** 12/01/14-01/01/20

**Agency**: Daichii Pharmaceuticals Corp
**Award**# PLX108-10
**Complete Title:** A Double-Blind, Randomized, Placebo-Controlled Phase 3 Study Of Orally Administered Plx3397 In Subjects With Pigmented Villonodular Synovitis Or Giant Cell Tumor Of The Tendon Sheath
**Role:** PI
**Purpose/GOAL of study:** To compare the response rate of PLX3397 with that of placebo per RECIST 1.1 at Week 25 in subjects with symptomatic, locally advanced PVNS or
GCT-TS.
**Percent effort:** 1%
**Amount:** $185,467
**Project period**: 06/19/15-09/14/19

**Agency:** SWOG
**Award:** EA6134
**Complete Title:** A Randomized Phase Iii Trial Of Dabrafenib + Trametinib Followed By Ipilimumab + Nivolumab At Progression Vs. Ipilimumab + Nivolumab Followed By Dabrafenib + Trametinib At Progression In Patients With Advanced Brafv600 Mutant Melanoma
**Role:** PI
**Purpose/GOAL of study:** To determine whether initial treatment with either combination ipilimumab + nivolumab (with subsequent dabrafenib in combination with trametinib) or dabrafenib in combination with trametinib (with subsequent ipilimumab + nivolumab) significantly improves 2 year overall survival (OS) in patients with unresectable stage III or stage IV BRAFV600 mutant melanoma
**Percent Effort:** 1%
**Amount:** $50,808
**Project Period:** 09/10/15-10/10/20

**Agency:** SWOG
**Award #:** S1404
**Complete Title:** A Phase Iii Randomized Trial Comparing High Dose Interferon To Mk-3475 (Pembrolizumab) In Patients With High Risk Resected Melanoma
**Role:** PI
**Purpose/GOAL of study:** To compare overall survival (OS) of patients with resected Stage III and IV melanoma treated with high dose interferon alfa-2b versus MK-3475 (pembrolizumab)
**% Effort:** 1%
**Amount:** $134,658
**Project Dates:** 11/05/15-06/30-20

**Agency:** Eli Lilly and Company
**Award #:** I5B-MC-JGDL
**Complete Title:** A Phase 1b (Open-Label) / Phase 2 (Randomized, Double-Blinded) Study Evaluating Gemcitabine And Docetaxel With Or Without Olaratumab In The Treatment Of Advanced Soft Tissue Sarcoma
**Role:** PI
**Purpose/GOAL of study:** The primary objective of the Phase 1b part is to determine a recommended Phase 2 dose of olaratumab that may be safely administered in combination with gemcitabine and docetaxel to patients with advanced or metastatic STS.
**% Effort:** 1%
**Amount:** $240,194
**Project Dates:** 06/29/16-10/2/19

**Agency:** Karyopharm
**Award #:** KCP-330-020
**Complete Title:** A Phase 2-3, Multicenter, Randomized, Double-Blind Study Of Selinexor (Kpt-330) Versus Placebo In Patients With Advanced Unresectable Dedifferentiated Liposarcoma (Ddls)
**Role:** PI
**Purpose/GOAL of study:** Assess and compare progression-free survival (PFS) of patients with advanced unresectable DDLS treated with selinexor (60 milligrams [mg]) or placebo twice
weekly. Progression will be defined by World Health Organization (WHO) Response Criteria (Miller 1981), or by death from any cause. The Phase 2 median PFS data for patients receiving selinexor and placebo will be used to adjust the Phase 3 sample size if necessary.
**% Effort:** 1%
**Amount:** $298,853
**Project Dates:** 10/17/16-10/17/19

**Agency:** Infinity Pharmaceuticals
**Award #:** IPI-549-01
**Complete Title:** A Phase 1/1b First-In-Human, Dose Escalation Study To Evaluate The Safety, Tolerability, Pharmacokinetics, And Pharmacodynamics Of Ipi-549 Monotherapy And In Combination With Pembrolizumab In Subjects With Advanced Solid Tumors
**Role:** PI

**Purpose/GOAL of study:** Evaluate the safety and tolerability, and determine the RP2D of IPI-549 as monotherapy
**% Effort:** 1%
**Amount:** $294,004
**Project Dates:** 11/30/16-11/30/19

**Agency:** Neon Therapeutics
**Award#** NT-001
**Complete Title:** An Open-Label, Phase 1B Study of Neo-PV-01+Adjuvant With Nivolumab in Patients With Melanoma, Non-Small Cell Lung Carcinoma or Transitional Cell Carcinoma of the Bladder
**Role**: PI (became PI 12/13/18)
**Purpose/GOAL of study**: To evaluate the safety of administering NEO-PV-01 + adjuvant with nivolumab in patients with unresectable or metastatic melanoma, smoking-associated non-small cell lung carcinoma (NSCLC), or transitional cell carcinoma (TCC) of the bladder who have received no more than one prior systemic treatment for the malignancy
**% Effort**: 1%
**Amount**: $437,452
**Project Dates**: 12/6/16-12/6/19

**Agency:** Rgenix
**Award #:** RGX-104-001
**Complete Title:** A Phase 1 Study Of Rgx-104, A Small Molecule Lxr Agonist, In Patients With Advanced Solid Malignancies And Lymphoma With An Expansion In Select Malignancies
**Role:** PI
**Purpose/GOAL of study:** To identify the maximum tolerated dose (MTD), or the maximum tested dose at which multiple dose-limiting toxicities (DLTs) are not observed, of RGX-104.
**% Effort:** 1%
**Amount:** $613,956
**Project Dates:** 12/20/16-12/20/19

**Agency:** Aeglea
**Award #:** CAEB1102-100B
**Complete Title:** A Phase I Multiple Dose, Dose Escalation Trial Of Aeb1102 (Co-Argi-Peg) In Patients With Advanced Solid Tumors
**Role:** PI
**Purpose/GOAL of study:** To define the maximum tolerated dose (MTD) of AEB1102 in patients with advanced solid tumors
**% Effort:** 1%
**Amount:** $639,476
**Project Dates:** 06/07/17-06/07/20

**Agency:** Immunocore
**Award #:** IMCgp100-202

**Complete Title:** A Phase Ii Randomized, Open-Label, Multi-Center Study Of The Safety And Efficacy Of Imcgp100 Compared With Investigator's Choice In Hla-A0201 Positive Patients With Previously Untreated Advanced Uveal Melanoma
**Role:** PI
**Purpose/GOAL of study:** The primary objective is to compare the OS in patients treated with IMCgp100 monotherapy versus Investigator's Choice in HLA-A0201 positive patients with advanced UM with no prior treatment in the metastatic setting.
**% Effort:** 1%
**Amount:** $388,412
**Project Dates:** 06/12/17-06/12/20

**Agency:** Biothera Pharmaceuticals
**Award #:** BT-CL-PGG-MEL/BCA-1621
**Complete Title:** A Multicenter, Open-Label, Phase 2 Study Of Imprime Pgg And Pembrolizumab In Subjects With Advanced Melanoma Failing Front-Line Treatment With Checkpoint Inhibitors (Cpi) Or Triple Negative Breast Cancer (Tnbc) Failing Front-Line Chemotherapy For Metastatic Disease
**Role:** PI
**Purpose/GOAL of study:** To determine the Overall Response Rate (ORR) to Imprime PGG +
pembrolizumab in subjects with advanced melanoma or metastatic TNBC
**% Effort:** 1%
**Amount:** $449,773
**Project Dates:** 06/21/17-06/21/20

**Agency:** Advenchen
**Award #:** AL3818-US-004
**Complete Title:** A Phase Iii Study Of Al3818 (Anlotinib) Hydrochloride Monotherapy In Subjects With Metastatic Or Advanced Alveolar Soft Part Sarcoma, Leiomyosarcoma And Synovial Sarcoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the efficacy of AL3818 for the treatment of ASPS, as measured by objective response rate (ORR) to exclude an ORR of 17% at the lower limit of the 95% confidence interval with an actual ORR of 31.1%.
**% Effort:** 1%
**Amount:** $125,317
**Project Dates:** 07/20/17-07/20/21

**Agency**: MacroGenics, Inc
**Award**# CP-MGD013-01
**Complete Title:** A Phase 1, First-in-Human, Open Label, Dose Escalation Study of MGD013, A Bispecific Dart Protein Binding PD-1 and LAG-3 in Patients With Unresectable or Matastatic Neoplasms
**Role:** PI
**Purpose/GOAL of study:** to characterize the safety, tolerability, dose limiting toxicities (DLTs), and maximum tolerated dose (MTD) or maximum administered dose (MAD) (if no MTD is defined) of MGD013 in patients with unresectable, locally advanced or metastatic cancers, and To investigate the preliminary antitumor activity of MGD013
**Percent effort:** 1%
**Amount:** $696,790

**Project period**: 11/09/17-11/09/19

**Agency**:Sarcoma Alliance (SARC)
**Award#** SU2C-SARC032
**Complete Title:** A Phase II Randomized Controlled Trial of Neoadjuvant Pembrolizumab in Radiotherapy and Adjuvant Pembrolizumab in Patients With High-Risk, Localized Soft Tissue Sarcoma of The Extremity.
**Role:** PI
**Purpose/GOAL of study:** To investigate whether neoadjuvant radiotherapy combined with pembrolizumab followed by surgical resection and adjuvant pembrolizumab improves disease-free survival for patients with high-risk soft tissue sarcoma of the extremity (undifferentiated pleomorphic sarcoma or dedifferentiated/pleomorphic liposarcoma, tumor size > 5 cm, grade 2 or 3 out of 3) compared to radiotherapy alone followed by surgical resection.
**Percent effort:** 1%
**Amount:** $87,600
**Project period**: 11/28/17-11/27/22

**Agency**: IDERA
**Award#** 2125-MEL-301
**Complete Title:** A Randomized Phase 3 Comparison of IMO-2125 With Ipilimumab Versus Ipilimumab Alone in Subjects With Anti-PD-1-Refractory Melanoma
**Role:** PI
**Purpose/GOAL of study:** To compare the efficacy (measured by OS and ORR) of intratumoral IMO-2125 in combination with ipilimumab versus ipilimumab alone and to assess other measures of clinical benefit, safety, PK, and patient-reported outcomes (PROs).
**Percent effort:** 1%
**Amount:** $147,190
**Project period**: 06/26/18-6/26/21

**Agency**: Xencor Inc.
**Award#** XmAb20717-01
**Complete Title:** A Phase 1 Multiple Dose Study to Evaluate The Safety and Tolerability of XmAb20717 in Subjects With Selected Advanced Solid Tumors
**Role:** PI
**Purpose/GOAL of study:** To assess safety of tolerability of XmAb20717, to characterize pharmacokintecis of XmAb20717, and to investigate the preliminary clinical activity of XmAb20717.
**Percent effort:** 1%
**Amount:** $380,300
**Project period**: 08/30/18-08/30/21

**Agency**: MacroGenics, Inc.
**Award#** CP-MGD009-01
**Complete Title:** A Phase 1, First-in-Human, Open Label, Dose Escalation Study of MGD009, A Humanized B7-H3 X CD3 Dual-Affinity Re-Targeting (DART) Protein in Patients with Unresectable or Metastatic B7-H3-Expressing
**Role:** PI
**Purpose/GOAL of study:** to characterize the safety, tolerability, DLTs, and MTD

or MAD (if no MTD is defined) of MGD009 when administered IV weekly (Q1wk) or every 2 weeks (Q2wk) to patients with unresectable, locally advanced or metastatic pleural mesothelioma, B7-H3-expressing TNBC, SCCHN, NSCLC, cutaneous melanoma, prostate cancer, or other B7-H3-expressing neoplasms.
**Percent effort:** 1%
**Amount:** $309,517
**Project period**: 12/21/18-12/21/21

**Agency**: Neon Therapeutics
**Award#** NT-003
**Complete Title:** An Open-Label, Phase 1B Study of NEO-PV-01+ CD40 Agonist (APX005M) or Ipilmumab With Nivolumab in Patients With Advanced or Metastatic Melanoma (NEONNT-003)
**Role:** PI
**Purpose/GOAL of study:** To evaluate the safety of administering NEO-PV-01 using different regimens, as well as in combination with APX005M or ipilimumab with nivolumab in patients with advanced or metastatic melanoma and to observe anti-tumor activity, as assessed by objective response rate (ORR) and clinical benefit rate (CBR)
**Percent effort:** 1%
**Amount:** $446,004
**Project period**: 1/18/19-1/18/22

**Agency**: FLX Bio.
**Award#** 475-02
**Complete Title:** Phase 1/2 Dose-Escalation and Expansion Study of FLX475 Alone in Combination With Pembrolizumab in Advanced Cancer
**Role:** PI
**Purpose/GOAL of study:** To evaluate the safety, tolerability and the anti-tumor activity of FLX475 as a single agent and in combination with pembrolizumab in subjects with advanced cancer
**Percent effort:** 1%
**Amount:** $245,583
**Project period**: 03/19/19-03/19/23

**Agency**: Compugen Ltd.
**Award#** CPG-01-001
**Complete Title:** A Phase 1A/1B Study of COM701 as Monotherapy and in Combination With an Anti-PD-1 Antibody in Subjects With Advanced Solid Tumors (Compugen CPG-01-001 Advanced Solid Tumors)
**Role:** PI
**Purpose/GOAL of study:** To evaluate the safety profile of COM701 as monotherapy and in combination with nivolumab in subjects with advanced solid tumors
• To identify the maximum tolerated dose (MTD) and/or recommended dose for expansion (RDFE)
**Percent effort:** 1%
**Amount:** $224,785
**Project period**: 4/23/19-4/22/23

**Agency**: Iovance Bio

**Award#** C-14401
**Complete Title:** A Phase 2, Multicenter Study to Access the Efficacy and Safety of Autologous Tumor Infiltrating Lymphocytes (LN-144) for Treatment of Patients With Metastatic Melanoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the efficacy of LN-144 in patients with unresectable or metastatic melanoma using the objective response rate (ORR), as assessed by the Blinded Independent Review Committee (BIRC)
**Percent effort:** 1%
**Amount:** $316,206
**Project period**: 7/26/19-7/25/23

**PENDING CLINICAL TRIALS:**

**Agency**: Xencor
**Award#** Xmab 22841-01
**Complete Title:** A Phase 1 Mulitple-Dose Study to Evaluate the Saefty and Tolerability of XmAB22841 Monotherapy and in Combination with Pembrolizumab in Subjects with Selected Advanced Solid Tumors (DUET-4)
**Role:** PI
**Purpose/GOAL of study:** To evaluate the safety/tolerability profile and the maximum tolerated dose (MTD) and/or recommended dose (RD) of XmAb22841 administered by intravenous (IV) dosing on Days 1 and 15 of each 28-day cycle in subjects with advanced solid tumors who have progressed after treatment with standard/approved therapies or for whom there are no appropriate therapies available and to assess preliminary anti-tumor activity of XmAb22841 without and with pembrolizumab
**Percent effort:** 1%

**Agency**: Pact Pharma
**Award#** PACT-0101
**Complete Title:** A Phase 1A/1B, Open-Label First in Human Study of The Safety, Tolerability and Feasibility of Gene-Edited Autologous NeoTCR-T Cells (NeoTCR-P1) Administered as a Single Agent or in Combination With Anti-PD-1 to Patients with Locally Advanced or Metastatic Solid Tumors
**Role:** PI
**Purpose/GOAL of study:** To evaluate the safety and tolerability of a single dose of NeoTCR-P1 administered as a single agent (Phase 1a) or in combination with nivolumab (Phase 1b) in patients with locally advanced or metastatic tumors and to identify a recommended Phase 2 dose (RP2D) of NeoTCR-P1
**Percent effort:** 1%

**Agency**: Pact Pharma
**Award#** PACT-0001
**Complete Title:** A Prospective Observational Cohort Study Of Changes In The Neoepitope Specific T Cell Repertoire In Patients With Cancer
**Role:** PI
**Purpose/GOAL of study:** To define the relationship between neoepitope specific

T cells and treatment in participants with cancer across different tumor types and to describe the impact of cancer therapies (e.g.,chemotherapy, immunotherapy) upon the T cell
repertoire
**Percent effort:** 1%

**Agency**: Macrogenics
**Award**# CP-MGC018-01
**Complete Title:** A Phase 1/2, First-in-Human, Open-Label, Dose-Escalation Study of MGC018 (Anti–B7-H3 Antibody Drug Conjugate) alone and in combination with MGA012 (Anti–PD-1 Antibody) in Patients with Advanced Solid Tumors
**Role:** PI
**Purpose/GOAL of study:** To characterize the safety, tolerability, dose-limiting toxicities (DLTs), and maximum tolerated dose (MTD) or maximum administered dose (MAD) (if no MTD is defined) for MGC018 administered as monotherapy or in combination with MGA012, each administered intravenously (IV), in patients who have relapsed/refractory, unresectable locally advanced or metastatic solid tumors.
**Percent effort:** 1%

**Agency**: Tolero Pharmaceuticals
**Award**# TP-0903
**Complete Title:** A Phase 1a / 1b, First-in-human, Open-label, Dose-escalation, Safety, Pharmacokinetic, and Pharmacodynamic Study of Oral TP-0903 Administered Daily for 21 Days to Patients with Advanced Solid Tumors
**Role:** PI
**Purpose/GOAL of study:** To characterize the safety, tolerability, dose-limiting toxicities (DLTs), and maximum tolerated dose (MTD) or maximum administered dose (MAD) (if no MTD is defined) for MGC018 administered as monotherapy or in combination with MGA012, each administered intravenously (IV), in patients who have relapsed/refractory, unresectable locally advanced or metastatic solid tumors.
**Percent effort:** 1%

**PREVIOUS CLINIAL TRIALS:**

**Agency**: GSK
**Award#** 111476
**Complete Title:** An Open, Single-Arm Trial To Assess The Clinical Activity Of Recmage-A3 + As15 In Patients With Unresectable Mage-A3-Positive Metastatic Cutaneous Melanoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the clinical activity of the recMAGE-A3 + AS15 ASCI in terms of the 1-year overall survival rate (OSR) in patients with MAGE-A3-positive, unresectable stage III or stage IV M1a melanoma who present the predictive gene signature.
**Percent effort:** 1%
**Amount:** $113,303
**Project period:** 02/02/10-01/25/16

**Agency:** GSK
**Award #:** BRF113683

**Complete Title:** A Phase Iii Randomized, Open-Label Study Comparing Gsk2118436 To Dtic In Previously Untreated Subjects With Braf Mutation Positive Advanced (Stage Iii) Or Metastatic (Stage Iv) Melanoma
**Role:** PI
**Purpose/GOAL of study:** The primary objective for this study is to establish the superiority of GSK2118436 over DTIC with respect to progression-free survival for subjects with BRAF mutation positive metastatic melanoma
**% Effort:** 1%
**Amount:** $86,664
**Project Dates:** 11/30/10-09/22/16

**Agency**: Novartis
**Award**# CLDE225A2201
**Complete Title:** A Phase Ii, Randomized Double-Blind Study Of Efficacy And Safety To Two Dose Levels Of Lde225 In Patients With Locally Advanced Or Metastatic Basal Cell Carcinoma
**Role:** PI
**Purpose/GOAL of study:** To assess the efficacy of LDE225 when administered once daily, as measured by Objective Response Rate (ORR), i.e. proportion of patients with partial response (PR) or complete response (CR), as determined by central review according to modified RECIST (mRECIST) in patients with locally advanced basal cell carcinoma (laBCC) and RECIST 1.1 in patients with metastatic basal cell carcinoma (mBCC).
**Percent effort:** 1%
**Amount:** $27,532
**Project period**: 04/01/11-12/30/16

**Agency**: Eisai
**Award**# E7389 G000 309
**CompleteTitle:** A Randomized, Open-Label, Multi-Center, Phase 3 Study To Compare The Efficacy And Safety Of Eribulin With Dacarbazine In Subjects With Soft Tissue Sarcoma
**Role:** PI
**Purpose/GOAL of study:** To compare OS in subjects with advanced STS (one of two subtypes: ADI or LMS) when treated with eribulin (Arm A) or dacarbazine (Arm B).
**Percent effort:** 1%
**Amount:** $924,920
**Project period:** 07/20/11-07/20/15

**Agency**: Morphotek
**Award**# MORab 004-201
**Complete Title:** A Study Of The Efficacy And Pk/Pd Relationship Of Monotherapy Morab-004 In Subjects With Metastatic Melanoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the rate of progression free survival (PFS) of 2 dose levels of MORAb-004 at 24 weeks in subjects with metastatic melanoma, based on Response Evaluation Criteria in Solid Tumors (RECIST) v.1.1
**Percent effort:** 1%
**Amount:** $213,816
**Project period**: 08/01/11-03/03/16

**Agency**: Infinity
**Award**# IPI 926 04
**Completed Title:** A Phase 2, Double-Blind, Placebo-Controlled Study Evaluating The Safety And Efficacy Of Ipi-926 In Patients With Metastatic Or Locally Advanced (Unresectable) Chondrosarcoma
**Role:** PI
**Purpose/GOAL of study:** To Compare progression-free survival (PFS) in patients with metastatic or locally advanced (unresectable) chondrosarcoma administered IPI-926 or placebo and to Evaluate the safety of IPI-926 in patients with metastatic or locally advanced (unresectable) chondrosarcoma.
**Percent effort:** 1%
**Amount:** $568,317
**Project period:** 09/06/11-07/29/15

**Agency**: BMS
**Award**# 184-169
**Complete Title**: A Randomized, Double-Blind Phase Iii Study Of Ipilimumab Administered At 3mg/Kg Vs At 10 Mg/Kg In Subjjects With Previously Treated Or Untreated Unresectable Or Metastatic Melanoma.
**Role**: PI
**Purpose/GOAL of study:** To compare the overall survival of ipilimumab monotherapy at doses of 3 mg/kg versus 10 mg/kg in subjects with previously treated or untreated unresectable Stage III or Stage IV melanoma.
**Percent effort**: 1%
**Amount:** $114,095
**Project period**: 04/17/12-12/15/16

**Agency**: Morphotek
**Award**# MORab 004-203-STS
**Complete Title:** A Study Of The Safety And Efficacy Of The Combination Of Gemcitabine And Docetaxel With Morab-004 In Metastatic Soft Tissue Sarcoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the progression-free survival (PFS) of subjects treated with the combination of gemcitabine/docetaxel (G/D) plus MORAb-004 versus G/D plus placebo in subjects with metastatic soft tissue sarcoma
**Percent Effort:** 1%
**Amount:** $425,384
**Project period:** 07/30/12-07/30/16

**Agency**: Southwest Oncology
**Award**# E1609
**Complete Title:** E1609-A Phase Iii Randomized Study Of Adjuvant Ipilimumab Ati-Ctla4 Therapy Versus High-Dose Interferon A 2b For Resected High Risk Melanoma
**Role:** PI
**Purpose/GOAL of study**: First Co-primary Endpoint: To evaluate recurrence-free survival (RFS) between patients randomized to receive post-operative adjuvant ipilimumab given at either 10 mg/kg (high dose ipilimumab; HIP) or 3 mg/kg (low dose ipilimumab: LIP) versus those randomized to receive HDI utilizing a hierarchical design

assessing HIP versus HDI first and LIP versus HDI second (if the first comparison is significant).
**Percent effort:** 1%
**Amount:** $26,460
**Project period**: 09/14/12-06/11/16

**Agency**: Incyte Genomics
**Award#** INCB 24360-201
**Complete Title:** A Phase 1/2 Randomized, Blinded, Placebo-Controlled Study Of Ipilimumab In Combination With Incbo24360 Or Placebo In Subjects With Unresectable Or Metastatic Melanoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the safety and tolerability and dose-limiting toxicities (DLTs) of a pharmacologically active dose (PAD) of INCB024360 administered in combination with ipilimumab in subjects with unresectable or metastatic melanoma and To evaluate the overall survival (OS) of subjects with unresectable or metastatic melanoma treated with INCB024360 in combination with ipilimumab.
**Percent effort:** 1%
**Amount:** $103,520
**Project period:** 05/29/12-01/26/18

**Agency**: SWOG
**Award#** S1512
**Complete Title:** A Phase II and Pilot Trial of PD-1 Blockade with MK-3475 (Pembrolizumab) in Patients with Resectable or Unresectable Desmoplastic Melanoma
**Role:** PI
**Purpose/GOAL of study:** To evaluate the pathologic complete response rate (pCR as defined in Section 10.0) in patients with resectable desmoplastic melanoma treated with neoadjuvant MK-3475 (pembrolizumab).
**Percent effort:** 1%
**Amount:** 89,400
**Project Period:** 4/27/17-4/26/22

**Agency**: Threshold/ Ozmosis
**Award#** TH-CR-413/OZM-049
**Completed Title:** A Phase 2 Biomarker-Enriched Study Of Th-302 In Subjects With Advanced Melanoma
**Role:** PI
**Purpose/GOAL of study:** To determine the 3-month progression-free survival of subjects with advanced melanoma treated with TH-302.
**Percent effort:** 1%
**Amount:** $341,925
**Project period**: 07/11/14-07/11/18

**Agency**: BMS
**Award#** CA209-067
**Completed Title:** A Phase 3, Randomized, Double-Blind Study Of Nivolumab Monotherapy Or Nivolumab Combined With Ipilimumab Versus Ipilimumab Monotherapy In Subjects With Previously Untreated Unresectable Or Metastatic Melanoma

**Role:** PI
**Purpose/GOAL of study:** To compare the progression free survival (PFS) and overall survival (OS) of nivolumab monotherapy to ipilimumab monotherapy and that of nivolumab combined with ipilimumab to ipilimumab monotherapy in subjects with previously untreated, unresectable or metastatic melanoma.
**Percent effort:** 1%
**Amount:** $280,975
**Project period:** 08/20/13-08/20-18

**Agency**: CytRX
**Award**# CYRP3STS-P3STS1
**Completed Title:** A Multicenter, Randomized, Open-Label Phase 3 Study To Investigate The Efficacy And Safety Of Aloxorubicin Compared To Investigator's Choice In Subjects With Metastatic, Locally Advanced, Or Unresectable Soft Tissue Sarcomas Who Either Relasped Or Were Refractory To Prior Non-Adjuvant Chemotherapy
**Role:** PI
**Purpose/GOAL of study:** To determine the efficacy of administration of aldoxorubicin compared to investigator's choice of treatment in subjects with metastatic, locally advanced, or unresectable soft tissue sarcomas who have relapsed or were refractory to prior non-adjuvant chemotherapy, as measured by progression-free survival (PFS).
**Percent effort:** 1%
**Amount:** $106,075
**Project period:** 09/03/14-09/03/18

**Agency**: Macrogenics, Inc
**Award#** CP-MGA271-01
**Complete Title:** A Phase 1, Open Label, Dose Escalation Study Of Mga271 (Fc-Optimized Humanized Anti-B7-H3 Monoclonal Antibody) In Patients With Refractory B7-H3-Expressing Neoplasms Or Neoplasms Whose Vasculature Expressess B7-H3
**Role:** PI
**Purpose/GOAL of study:** To describe the safety profile of MGA271 in patients with advanced cancer that expresses B7-H3 in the tumor itself or in the vasculature of the tumor.
**Percent effort:** 1%
**Amount:** $219,495
**Project period:** 03/13/14-09/18/18

**Agency**: Astrazeneca
**Award**# D1344C0001
**Completed Title:** A Randomized, Double-Blind Study To Assess The Efficacy Of Selumetinib (Azd6244, Hyd-Sulfate In Combination With Dacarbazine Compared With Placebo In Combination With Dacarbazine As First Systemic Therapy In Patients With Metastatic Uveal Melanoma (Sumit)
**Role:** PI
**Purpose/GOAL of study:** To assess the efficacy of selumetinib in combination with dacarbazine compared with placebo in combination with dacarbazine in terms of Progression Free Survival (PFS) assessed by blinded independent central review (BICR)
**Percent effort:** 1%
**Amount:** $240,833
**Project period:** 11/13/14-11/13/18

**Agency**: Array BioPharma (Novartis)
**Award**# CLGX818X2109
**Complete Title:** A Phase Ii, Multi-Center, Open-Label Study Of Sequential Lgx818/Mek162 Combination Followed By A Rational Combination With Targeted Agents After Progression, To Overcome Resistance In Adult Or Metastatic Braf V600 Melanoma (The Logic 2 Trial)
**Role:** PI
**Purpose/GOAL of study:** To assess the anti-tumor activity of LGX818/MEK162 in combination with third targeted agents after progression on LGX818/MEK162 combination therapy.
**Percent effort:** 1%
**Amount:** $293,570
**Project period:** 05/01/14-05/09/19

**Agency**: BMS
**Award**# CA209-037
**Completed Title:** A Randomized, Open-Label Phase 3 Trial Of Bms-936558 Versus Investigator's Choice In Advanced (Unresectable Or Mestastatic) Melanoma Patients Progressing Post Anti-Ctla-4 Therapy.
**Role:** PI
**Purpose/GOAL of study:** To estimate the objective response rate (ORR) in the BMS-936558 (nivolumab) treatment group and to compare overall survival (OS) of BMS-936558 (nivolumab) to investigator's choice in subjects with advanced melanoma
**Percent effort:** 1%
**Amount:** $329,203
**Project period**: 03/15/13-05/17/19

**Agency**: Macrogenics
**Award**# CP-MGA271-02
**Complete Title:** A Phase 1, Open Label, Dose Escalation Study Of Mga271 In Combination With Ipilimumab In Patients With B7-H3-Expressing Melanoma, Squamous Cell Cancer Of The Head And Neck, Or Non-Small Cell Lung Cancer (Macrogenics Cp-Mga271-020
**Role:** PI
**Purpose/GOAL of study:** To characterize the safety, tolerability, DLT and MTD or MAD (if no MTD is defined), of IV MGA271 when given in combination with IV ipilimumab to patients with B7-H3 expressing, unresectable locally advanced or metastatic melanoma, SCCHN and NSCLC.
**Percent effort:** 1%
**Amount:** $340,472
**Project period:** 06/12/15-06/12/19

**Agency**: Plexxikon
**Award**# PLX-121-01
**Complete Title:** A Phase 1b Study To Assess Safety, Pharmacokinetics, Pharmacodynamics, And Prlillminary Efficacy Of Plx9486 As A Single Agent And In Combination With Plx3397 In Patients With Advanced Solid Tumors And Patients With Locally Advanced, Unresectable, Or Metastatic Gastrointestinal Stromal Tumor (Gist)

Who Have Been Previously Treated With Imatinib Mesylate, Sunitinib Malate, And Regorafenib
**Role:** PI
**Purpose/GOAL of study:** To evaluate safety and pharmacokinetics of orally administered PLX9486 and To establish the maximum tolerated dose/recommended Phase 2 dose (MTD/RP2D)) in patients with advanced solid tumors (including GIST)
**Percent effort:** 1%
**Amount:** $191,515
**Project period**: 07/15/15-07/15/19

**ACTIVE SUB-INVESTIGATOR ON CLINICAL TRIALS:**

**Sub –Investigator:** Enrolling Physician-Identified as Sub-Investigator on 700 U Forms and Consented, Enrolled, and Follows patients throughout the clinical trial.

**Agency**: Dynavax Technologies Corporation
**Award**# DV3-MEL-01
**Completed Title:** A Phase 1b/2, Open-label, Multicenter, Dose-escalation and Expansion Trial of Intratumoral SD-101 in Combination With Pembrolizumab in Patients With Metastatic Melanoma or Recurrent or Metastatic Head and Neck Squamous Cell Carcinoma (Dynavax DV3-MEL-01 Melanoma SYNERGY-001)
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 8/18/2015-2/5/2020

**Agency**: Eli Lilly and Company
**Award**# I5B-MC-JGDJ
**Completed Title:** A Randomized, Double-Blind, Placebo-Controlled, Phase 3 Trial of Doxorubicin plus Olaratumab versus Doxorubicin plus Placebo in Patients with Advanced or Metastatic Soft Tissue Sarcoma
**Role:** Sub-Investigator (PI: Arun Singh)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 9/24/2015-6/12/2020

**Agency**: GNE
**Award**# GP28384
**Completed Title:** A Phase Ib, open-label study of the safety and pharmacology of MPDL3280a administered in combination with vemurafenib or vemurafenib plus cobimetinib in patients with previously untreated BRAFV600-mutation positive metastatic melanoma
**Role:** Sub-Investigator (PI: Siwen Hu-Lieskovan)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 10/23/2015-10/23/2019

**Agency**: Bristol-Myers Squibb Company
**Award**# CA209204
**Completed Title:** A Multi-Center Phase 2 Open-Label Study to Evaluate Safety and Efficacy in Subjects with Melanoma Metastatic to the Brain treated with Nivolumab in Combination with Ipilimumab followed by Nivolumab Monotherapy
**Role:** Sub-Investigator (PI: John Glaspy)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 11/18/2015-11/18/2019

**Agency**: Pfizer, Inc.
**Award**# B9991004
**Completed Title:** A Phase 1b/2 open-label study to evaluate safety, clinicalactivity, pharmacokinetics and pharmacodynamics of Avelumab (MSB00100718C) in combination with other cancer immunotherapies in patients with advanced malignancies
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 12/11/2015-12/11/2020

**Agency**: Pfizer, Inc.
**Award**# B8011001
**Completed Title:** A phase 1, open-label, dose escalation and expansion study of PF-06801591 in patients with locally advanced or metastatic melanoma, squamous cell head and neck cancer, ovarian cancer, sarcoma, or relapsed or refractory classic hodgkin lymphoma or other solid tumors.
**Role:** Sub-Investigator (PI: Siwen Hu-Lieskovan)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 3/9/2016-3/9/2020

**Agency**: Checkmate Pharmaceuticals, Inc.
**Award**#: CMP-001-001
**Completed Title:** A Multicenter, Open-Label, Phase 1b Clinical Study of CMP-001 in Combination with Pembrolizumab in Subjects who have been Treated with Pembrolizumab for Advanced Melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 4/26/2016-2/19/2020

**Agency**: Tesaro, Inc.
**Award**# 4020-01-001
**Completed Title:** A Phase 1 Dose Escalation and Cohort Expansion Study of TSR-022, an anti-TIM-3 Monoclonal Antibody, in Patients with Advanced Solid Tumors
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%

**Amount:** $0
**Project period:** 10/20/2016-10/20/2019

**Agency**: Bristol – Myers Squibb Company (BMS)
**Award#** CA 209-681
**Completed Title:** A Randomized Phase 2 Study Of Nivolumab Monotherapy versus Nivolumab Combined With Ipilimumab In Patients With Metastatic or Unresectable Gastrointestinal Stromal Tumor (GIST)
**Role:** Sub-Investigator (PI: Arun Singh)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 11/6/2016-11/6/2019

**Agency**: NanoCarrier
**Award#** NC-6300-001 Sarcomoa
**Completed Title:** A Phase 1b/2 Dose-Escalation and Expansion Trial of NC-6300 (Nanoparticle Epirubicin) in Patients with Advanced Solid Tumors or Advanced, Metastatic, or Unresectable Soft Tissue Sarcoma
**Role:** Sub-Investigator (PI: Arun Singh)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 6/27/17-7/16/20

**Agency**: Novartis
**Award#** CPDR001J2201
**Completed Title:** A randomized, open-label, phase II open platform study evaluating the efficacy and safety of novel spartalizumab (PDR001) combinations in previously treated unresectable or metastatic melanoma (Novartis CPDR001J2201)
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 4/1/18-8/1/22

**Agency**: Vaccinex Vino
**Award#** Vaccinex Vino Advanced Melanoma
**Completed Title:** Phase I study combining an anti-SEMA4D antibody VX15/2503 with checkpoint inhibitors for patients with advanced melanoma who have progressed on prior anti-PD1/L1 based therapies
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 6/8/18-6/8/21

**Agency**: Merck
**Award#** MK3475-587
**Completed Title:** A Multicenter, Open label, Phase III Extension Trial to Study the Long-term Safety and Efficacy in Participants with Advanced Tumors Who Are Currently on Treatment or in Follow-up in a Pembrolizumab Trial (Merck MK3475-587 Extension)

**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 8/10/18-5/10/28

**Agency**: SWOG
**Award#** S1607
**Completed Title:** A Phase II Study of combining Talimogene Laherparepvec (T-VEC) (NSC-785349) and MK-3475 (Pembrolizumab) (NSC-776864) in patients with advanced melanoma who have progressed on ANTI-PD1/LA based therapy (S1607)
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 10/16/18-10/15/19

**Agency**: SWOG
**Award#** S1616
**Completed Title:** A Phase II Randomized study of Nivolumab (NSC-748726) with Ipilmumab (NSC-732442) or Ipilimumab alone in advanced melanoma patients refractory to an ANTI-PD1 or ANTI-PD-L1 agent (S1616)
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 10/16/18-10/15/19

**Agency**: Blueprint
**Award#** BLU-285-1303 GIST
**Completed Title:** An International, Multicenter, Open-label, Randomized, Phase 3 Study of BLU-285 vs Regorafenib in Patients with Locally Advanced Unresectable or Metastatic Gastrointestinal Stromal Tumor (GIST)
**Role:** Sub-Investigator (PI: Arun Singh)
**Percent effort:** .5%
**Amount:** $0
**Project period**: 2/16/19-2/6/23

**PREVIOUS SUB-INVESTIGATOR ON CLINICAL TRIALS:**

**Agency**: Novartis
**Award#** AMN107A2201
**Completed Title:** A randomized, open-label, multi-center study to evaluate the efficacy of nilotinib versus best supportive care with or without a tyrosine kinase inhibitor (investigator's choice) in adult patients with gastrointestinal stromal tumors resistant to both imatinib and sunitinib
**Role:** Sub-Investigator (PI: Joel Hecht)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 11/13/2006-6/30/2011

**Agency**: Hana Biosciences, Inc.

**Award#** HBS408
**Completed Title:** A Phase 2 Study of Marqibo in Patients with Metastatic Uveal Melanoma
**Role:** Sub-Investigator (PI: John Glaspy)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 10/20/2008-10/20/2012

**Agency**: Takara Bio Inc.
**Award#** 20084214
**Completed Title:** Adoptive Transfer of MART-1 F5 TCR Engineered Peripheral Blood Mononuclear Cells (PBMC) after a Nonmyeloablative Conditioning Regimen, with Administration of MART-1 26-35-Pulsed Dendritic Cells and Interleukin-2, in Patients with Advanced Melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 12/1/2008-5/10/2013

**Agency**: Hoffmann-La Roche Inc.
**Award#** NP22657
**Completed Title:** An Open-Label, Multi-Center Phase II Study of Continuous Oral Dosing of RO5185426 in Previously Treated Patients with Metastatic Melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 9/25/2009-12/31/2013

**Agency**: Hoffman-La Roche Inc.
**Award#** NP22676
**Completed Title:** A Phase I, multi-center, open-label study to investigate the pharmacokinetic interaction of RO5185426 with a "cocktail" of five probe drugs for CYP450 dependent metabolism in patients with previously treated and untreated metastatic melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 11/10/2009-9/30/2013

**Agency**: GlaxoSmithKline
**Award#** MEK113583
**Completed Title:** An Open-Label, Multi-Center Study to Investigate the Objective Response Rate, Safety, and Pharmacokinetics of GSK1120212, a MEK Inhibitor, in BRAF Mutation-positive Melanoma Subjects Previously Treated either with or without a BRAF Inhibitor
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 1/29/2010-8/31/2012

**Agency**: Hoffmann-La Roche Inc.
**Award#** N025026-ROW
**Completed Title:** BRIM 3: A Randomized, Open-label, Controlled, Multicenter, Phase III Study in Previously Untreated Patients with Unresectable Stage IIIC or Stage IV Melanoma with V600E BRAF Mutation Receiving RO5185426 or Dacarbazine
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 2/19/2010-6/30/2014

**Agency**: Millennium Pharmaceuticals, Inc.
**Award#** C20001
**Completed Title:** A Multicenter, Open-Label, Dose-Escalation, Phase 1 Study of TAK-733, and Oral MEK Inhibitor, in Adult Patients with Advanced Nonhematologic Malignancies
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 3/11/2010-1/27/2014

**Agency**: Eli Lilly and Company
**Award#** H8K-MC-JZAO
**Completed Title:** A randomized Phase 3 study of Tasisulam administered as an intravenous infusion on day 1 of a 28-day cycle vs. Paclitaxel as second-line treatment in patients with metastatic melanoma
**Role:** Sub-Investigator (PI: John Glaspy)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 4/2/2010-8/30/2013

**Agency**: Genentech, Inc.
**Award#** N025395
**Completed Title:** A Phase Ib, Open-Label, Dose-Escalation Study Evaluating the Safety, Tolerability and Pharmacokinetics of Vemurafenib in Combination With GDC-0973 When Administered In BRAFV600E-Mutation Positive Patients, with Locally Advanced and Unresectable Previously Untreated Metastatic Melanoma or Those Who Have Progressed after Treatment with Vemurafenib
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 3/1/2011-12/31/2016

**Agency**: Plexxikon Inc.
**Award#**: PLX108-01
**Completed Title:** A Phase 1 Study to Assess Safety, Pharmacokinetics, and Pharmacodynamics of PLX3397 in Patients with Advanced, Incurable, Solid Tumors in which the Target Kinases Are Linked to Disease Pathophysiology
**Role:** Sub-Investigator (PI: Zev Wainberg)
**Percent effort:** .5%

**Amount:** $0
**Project period:** 12/1/2011-5/16/2018

**Agency**: Medivation, Inc.
**Award#**: PRP-001
**Completed Title:** A Phase 1, First in Human, Single-arm, Open-label Study of Once a Day, Orally Administered Talazoparib (BMN 673) in Patients with Advanced or Recurrent Solid Tumors
**Role:** Sub-Investigator (PI: Zev Wainberg)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 8/30/2012-1/17/2018

**Agency**: Merck and Company
**Award#** MK-3475-002-034
**Completed Title:** A Study of MK-3475 in Patients with Progressive Locally Advanced or Metastatic Carcinoma, Melanoma, and Non-Small Cell Lung Carcinoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 12/31/2012-5/3/2017

**Agency**: Amgen
**Award#** 20110264
**Completed Title:** A Phase 1b/2, Multicenter, Open-label Trial to Evaluate the Safety and Efficacy of Talimogene Laherparepvec and Ipilimumab Compared to Ipilimumab Alone in Subjects With Unresected, Stage IIIB-IV Melanoma
**Role:** Sub-Investigator (PI: John Glaspy)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 2/1/2013-2/1/2017

**Agency**: Janssen Pharmaceuticals, Inc.
**Award#** ET743-SAR-3007
**Completed Title:** A Randomized Controlled Study of YONDELIS® (Trabectedin) or Dacarbazine for the Treatment of Advanced Liposarcoma or Leiomyosarcoma
**Role:** Sub-Investigator (PI: Arun Singh)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 4/15/2013-4/15/2018

**Agency**: Clinipace Worldwide
**Award#** BVD-001
**Completed Title:** Phase I Dose Escalation,Safety,Pharmacokinetic and Pharmacodynamic Study of BVD-523 in Patients with Advanced Malignancies
**Role:** Sub-Investigator (PI: Deborah Wong)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 5/28/2013-10/5/2018

**Agency**: Merck and Company
**Award#**: MK-3475-006
**Completed Title:** A Multi-Center Randomized, Controlled, Three-Arm, Phase III Study To Evaluate The Safety And Efficacy Of MK-3475 Compared To Ipilimumab In Patients With Advanced Melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 6/18/2013-7/14/2018

**Agency**: Southwest Oncology Group
**Award#** S1221
**Completed Title:** Phase I/II Study of the Safety and Efficacy of the AKT Inhibitor GSK2141795 in Combination with the BRAF Inhibitor Dabrafenib in Patients with BRAF Mutant Cancer
**Role:** Sub-Investigator (PI: Antonin Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 7/15/2013-7/15/2017

**Agency**: MedImmune, Inc.
**Award#**: CD-ON-MEDI4736-1108
**Completed Title:** A Phase 1 Study to Evaluate the Safety, Tolerability, and Pharmacokinetics of MEDI4736 in Subjects With Advanced Solid Tumors
**Role:** Sub-Investigator (PI: Zev Wainberg)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 4/25/2014-4/25/2019

**Agency**: Merck and Company
**Award#**: MK-3475-029
**Completed Title:** A Phase I/II Clinical Trial to Study the Safety and Tolerability of MK-3475 + Pegylated Interferon alfa-2b (PEG-IFN) and MK-3475 + Ipilimumab (IPI) in Subjects With Advanced Melanoma (MEL) and Renal Cell Carcinoma (RCC) (KEYNOTE 029)
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 4/30/2014-4/30/2018

**Agency**: Hoffman-La Roche Inc.
**Award#** GO29322
**Completed Title:** A Phase Ib Study Of The Safety And Pharmacology Of Atezolizumab (Anti−Pd-L1 Antibody) Administered With Ipilimumab, Interferon-Alpha, Or Other Immune-Modulating Therapies In Patients With Locally Advanced Or Metastatic Solid Tumors
**Role:** Sub-Investigator (PI: Deborah Wong)
**Percent effort:** .5%
**Amount:** $0

**Project period:** 5/1/2014-5/1/2018

**Agency**: Merck and Company, Incorporated
**Award#** MK-3475-030
**Completed Title:** Expanded Access of MK-3475 in Metastatic Melanoma Patients with Limited to No Treatment Options
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 6/2/2014-8/24/2017

**Agency**: Translational Research in Oncology
**Award#**: GI-07
**Completed Title:** Phase I Trial of BMN 673 and selected cytotoxics in patients with advanced solid tumors
**Role:** Sub-Investigator (PI: Zev Wainberg)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 6/4/2014-12/6/2017

**Agency**: Merck and Company
**Award#**: MK-3475-022
**Completed Title:** A Phase I/II Study to Assess the Safety and Efficacy of MK-3475 in Combination with Trametinib and Dabrafenib in Subjects with Advanced Melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 7/14/2014-7/14/2018

**Agency**: Bristol-Myers Squibb Company
**Award#** CA209038
**Completed Title:** An Exploratory Study of the Biologic Effects of Nivolumab and Ipilimumab Monotherapy and Nivolumab in Combination with Ipilimumab Treatment in Subjects with Advanced Melanoma (Unresectable or Metastatic)
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 9/16/2014-9/16/2018

**Agency**: Armo BioScience, Inc.
**Award#** AM0010-01
**Completed Title:** A Phase 1, Open-Label Dose Escalation, First-in-Human Study to Evaluate the Tolerability, Safety, Maximum Tolerated Dose, and Pharmacokinetics of AM0010 in Patients with Advanced Solid Tumors
**Role:** Sub-Investigator (PI: Deborah Wong)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 11/21/2014-11/21/2018

**Agency**: Pfizer Inc.

**Award#** B1641001
**Completed Title:** Phase I Study of PF-05082566 as a Single Agent in Patients with Advanced Cancer, and in Combination with Rituximab in Patients with Non-Hodgkin's Lymphoma (NHL)
**Role:** Sub-Investigator
**Percent effort:** .5%
**Amount:** $0
**Project period:** 3/17/2015-3/17/2019

**Agency**: Plexxikon Inc.
**Award#** PLX108-14
**Completed Title:** Phase 1/2a Study Of Double-Immune Suppression Blockade By Combining A CSF1R Inhibitor (PLX3397) With An Anti-PD-1 Antibody (Pembrolizumab) To Treat Advanced Melanoma And Other Solid Tumors
**Role:** Sub-Investigator (PI: Siwen Hu-Lieskovan)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 5/4/2015-5/4/2019

**Agency**: cCam Biotherapeutics Ltd.
**Award#** CB-24-001
**Completed Title:** A Phase 1, Open-Label, Multicenter, Multi-Dose Escalation Study of CM-24 in Subjects with Selected Advanced or Recurrent Malignancies
**Role:** Sub-Investigator (PI: Deborah Wong)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 6/21/2015-6/21/2019

**Agency**: Immunocore Limited
**Award#** IMCgp100-201
**Completed Title:** A Phase Ib/II Open-label, Multi-center Study of the Safety and Efficacy
of IMCgp100 in Combination with Durvalumab (MEDI4736) or Tremelimumab or the Combination of Durvalumab and Tremelimumab Compared to IMCgp100 Alone in Patients with Advanced Melanoma
**Role:** Sub-Investigator (PI: Antoni Ribas)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 3/25/2016-3/25/2019

**Agency**: inventive Health Clinical
**Award#** B061002
**Completed Title:** A phase 1, open-label, dose escalation study of pf-04518600 as a single agent and in combination with pf-05082566 in patients
**Role:** Sub-Investigator (PI: Siwen Hu-Lieskovan)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 7/15/2016-7/15/2019

**Agency**: Five Prime Therapeutics

**Award#**: FPA008-003
**Completed Title:** A Phase 1a/1b Study of FPA008 in Combination with Nivolumab in Patients with Selected Advanced Cancers
**Role:** Sub-Investigator (PI: Zev Wainberg)
**Percent effort:** .5%
**Amount:** $0
**Project period:** 8/16/2016-8/16/2019

**Clinical Trials, Studies Open to Accrual**

***Principal investigator:***

1. IRB#19-001970: A phase 1/2 study of IDE196 in patients with solid tumors harboring GNAQ/11 mutations or PRKC fusions (Hemonc IDEAYA IDE196-001 Solid Tumors) 02/26/2020– present

2. IRB#20-000325: A phase Ib/II study of APG-115 in combination with pembrolizumab in patients with unresectable or metastatic melanomas or advanced solid tumors (Ascentage APG-115 Advanced Solid Tumors) 04/20/2020 - present

3. IRB#20-001186: An Open-Label, Multicenter, Phase 1/2 Study of RP1 as a Single Agent and in Combination with PD1 Blockade in Patients with Solid Tumors (Replimune RPL-001-16 Solid Tumors) 09/14/2020 – present

4. IRB#21-000128: A Randomized Phase 2 Trial Of Encorafenib + Binimetinib + Nivolumab Vs Ipilimumab + Nivolumab In Braf-V600 Mutant Melanoma With Brain Metastases (SWOG S2000) 04/01/2021 – present

5. IRB#21-000802: A Phase 1/1b, Open-Label Study of the Pressure-Enabled Hepatic Artery Infusion of SD-101, a TLR9 Agonist, Alone or in Combination with Intravenous Checkpoint Blockade in Adults with Metastatic Uveal Melanoma (HEMONC TriSalus TS-PERIO-01 Uveal Melanoma) 9/10/2021 – present

6. IRB#22-000424: A Phase 1/1b Open-label, Multicenter Study to Investigate the Safety, Tolerability, Pharmacokinetics, and Antitumor Activity of KIN-2787 in Participants with BRAF and/or NRAS Mutation-positive Solid Tumors (Kinnate KN-8701 Solid Tumors) 05/03/2022 - present

7. IRB#22-000660: A Phase 1/1b Dose Escalation and Cohort Expansion Study of MGC018 in Combination with MGD019 in Participants with Advanced Solid Tumors (MacroGenics CP-MGC018-02) 05/23/2022 – present

8. IRB#22-001017: A Phase 2/3 Study to Evaluate the Efficacy and Safety of Unesbulin in Unresectable or Metastatic, Relapsed or Refractory Leiomyosarcoma. 8/10/2022 - present

9. IRB#22-001439: A Phase 1 Study of KZR-261, a Small Molecule Sec61 Inhibitor, in Subjects with Advanced Solid Malignancies (Kezar KZR-261-101). 10/4/2022 - present

10. IRB#22-001717: A First-in-Human, Multicenter, Phase 1/2, Open-Label Study of XTX202 in Patients with Advanced Solid Tumors (Xilio XTX202-01/02-001) 1/3/2023 – present

11. IRB#23-000012: A Phase 1, First-in-Human, Dose-Finding and Expansion Study to Evaluate the Safety, Tolerability, Pharmacokinetics, and Activity of XmAb®808 in Combination with Pembrolizumab in Selected Advanced Solid Tumors (HEMONC Xencor XmAb808-01 Advanced Solid Tumors) 2/24/2023 - present IRB#22-001017: A Phase 2/3 Study to Evaluate the Efficacy and Safety of Unesbulin in Unresectable or Metastatic, Relapsed or Refractory Leiomyosarcoma. 8/10/2022 - present

**Clinical Trials, In preparation**

**Clinical Trials, Studies Closed to Accrual**

1. IRB#12-000185: SWOG ECOG 1609. A Phase III Randomized Study of Adjuvant Ipilimumab Anti-CTLA4 Therapy Versus High-Dose Interferon α-2b for Resected High-Risk Melanoma 3/21/2012 – present

2. IRB#13-000531: A Phase 3, Randomized, Double-Blind Study of Nivolumab Monotherapy or Nivolumab Combined with Ipilimumab Versus Ipilimumab Monotherapy in Subjects with Previously Untreated Unresectable or Metastatic Melanoma 7/25/2013 – present

3. IRB#14-001462: SWOG 1320. A Randomized Phase II Trial of Intermittent Versus Continuous Dosing of Dabrafenib (NSC-763760) and Trametinib (NSC-763093) in BRAFV600E/K Mutant Melanoma 11/25/2014 - present

4. IRB#15-001314: SWOG ECOG EA6134. A Randomized Phase III trial of Dabrafenib + Trametinib followed by Ipilimumab + Nivolumab at Progression vs. Ipilimumab + Nivolumab followed by Dabrafenib + Trametinib at Progression in Patients With Advanced BRAFV600 Mutant Melanoma 10/1/2015 - present

5. IRB#15-001708: SWOG 1404. A Phase III Randomized Trial Comparing Physician/Patient Choice of Either High Dose Interferon or Ipilimumab to MK-3475 (Pembrolizumab) in Patients with High Risk Resected Melanoma 12/15/2015 – present

6. IRB#16-001001: A Phase 1/1b First-In-Human, Dose-Escalation Study to Evaluate the Safety, Tolerability, Pharmacokinetics, and Pharmacodynamics of IPI-549 Monotherapy and in Combination with Nivolumab in Subjects with Advanced Solid Tumors (Infinity IPI-549-01 Advanced Solid Tumors) 10/13/2016 - present

7. IRB#17-000270: A Phase II Randomized, Open-label, Multi-center Study of the Safety and Efficacy of IMCgp100 Compared with Investigator's Choice in HLA-A0201 Positive

Patients with Previously Untreated Advanced Uveal Melanoma (IMCgp100-202) 4/7/2017 – present

8. IRB#17-000458 A Phase III Study of AL3818 (Anlotinib) Hydrochloride Monotherapy in Subjects with Metastatic or Advanced Alveolar Soft Part Sarcoma, Leiomyosarcoma and Synovial Sarcoma 6/27/2017 – present

9. IRB#17-000548: SWOG 1512. A Phase II and Pilot Trial of PD-1 Blockade with MK-3475 (Pembrolizumab) in Patients with Resectable or Unresectable Desmoplastic Melanoma (DM). 7/18/2017 – present

10. IRB#17-000611: SARC032. Phase II Randomized Controlled Trial of Neoadjuvant Pembrolizumab with Radiotherapy and Adjuvant Pembrolizumab in Patients with High-Risk, Localized Soft Tissue Sarcoma of the Extremity 7/12/2017 – present

11. IRB#18-001383: A Phase 1a/1b Study of COM701 as Monotherapy and In Combination with an Anti-PD-1 Antibody in Subjects with Advanced Solid Tumors (Compugen CPG-01-001 Advanced Solid Tumors) 10/9/2018 – present

12. IRB#19-000451: Phase 1 Multiple-Dose Study to Evaluate the Safety and Tolerability of XmAb22841 Monotherapy and in Combination with Pembrolizumab in Subjects with Selected Advanced Solid Tumors (DUET-4) (Xencor XmAb22841-01 Advanced Solid Tumors) 06/18/2019 – present

13. IRB#19-001473: A Phase II Randomized Study of Adjuvant Versus NeoAdjuvant MK-3475 (Pembrolizumab) for Clinically Detectable Stage III-IV High-Risk Melanoma (S1801) 09/24/2019 – present

14. IRB#20-001614: A randomized, open-label, multi-arm, two-part phase II study to assess the efficacy and safety of multiple LXH254 combinations in patients with previously treated unresectable or metastatic BRAFV600 or NRAS mutant melanoma (Novartis CLXH254C12201 Melanoma) 11/02/2020 – present

15. IRB#22-000305: A First-in-Human (FIH), Open-Label, Phase I Dose Escalation and Expansion Study of ADG126, ADG126 in Combination with Toripalimab, and ADG126 in Combination with ADG106 in Patients with Advanced/Metastatic Solid Tumors (Adagene ADG126-1001) 3/28/2022 - present

**Clinical Trials, Completed Studies**

1. IRB# 08-07-024: A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multi-Center Study Evaluating the Efficacy and Safety of IPI-504 in Patients with Metastatic and/or Unresectable Gastrointestinal Stromal Tumors Following Failure of at Least Imatinib and Sunitinib 2008-2009

2. An Open-Label, Multicenter, Phase III Trial of ABI-007 vs Dacarbazine in Previously Untreated Patients with Metastatic Malignant Melanoma 09/01/2009-02/27/2013

3. IRB#10-000021: A Randomized, Multicenter, Double-Blind, Phase II Trial of a KLH Conjugated Trivalent Ganglioside Vaccine Containing GM2, GD2 Lactone, and GD3

Lactone with the Immunological Adjuvant OPT-821 versus OPT-821 Alone in Metastatic Sarcoma Patients who are Rendered Disease Free 4/19/2010 - 4/4/2017

4. IRB#10-000045: The TEAM trial (Tasigna efficacy in advanced melanoma): A phase II, open label, multi-center, single-arm study to assess the efficacy of Tasigna® in the treatment of patients with metastatic and/or inoperable melanoma harboring a c-Kit mutation (Clinical Trial Protocol # CAMN107B2301) 5/20/2010 - 3/12/2015

5. IRB#10-000063: PREDICT: Predictive gene signature fore REsponse to recMAGE-A3 in unresecteD metastatIc CuTaneous melanoma. Dates: 05/14/2010 - 1/29/2015

6. IRB#10-000067: A non-randomized, open label, multi-center Phase II study evaluating the efficacy and safety of regorafenib in patients with metastatic and/or unresectable gastrointestinal stromal tumor (GIST), resistant or intolerant to at least imatinib and sunitinib. 07/15/2010 - 3/12/2013

7. IRB#10-000247: A phase 2 study of temsirolimus (CCI-779, NSC 683864) and IGF-1 receptor antibody IMC-A12 (NSC 742460) in patients with metastatic sarcomas 6/21/2010 - 9/26/2013

8. IRB#10-000384: A Phase II, Multicenter, Open-label Study of YM155 Plus Docetaxel an Subjects with Stage III (Unresectable) or Stage IV Melanoma 7/27/2010 - 1/29/2013

9. IRB#10-000158: An Open-Label, 2-Cohort, Multicenter, Phase 2 Study of E7080 in Previously Treated Subjects With Unresectable Stage III or Stage IV Melanoma. Dates: 08/09/2010 – 2/24/2015

10. IRB#10-000782: A Phase 1b/2 Randomized Phase 2 Study Evaluating the Efficacy of Doxorubicin With or Without a Human Anti-PDGFRα Monoclonal Antibody (IMC-3G3) in the Treatment of Advanced Soft Tissue Sarcoma 11/10/2010 – 10/4/2016

11. IRB#10-000783: DERMA: A Double-Blind, Randomized, Placebo-Controlled Phase III Study to Assess the Efficacy of recMAGE-A3-AS15 ASCI as Adjuvant Therapy in Patients with MAGE-A3 Positive Resected Stage III Melanoma Dates: 11/10/2010 - 2/7/2014

12. IRB#10-001014: PICASSO III: A Phase III multicenter, international, randomized, double-blind, placebo-controlled study of doxorubicin plus palifosfamide-tris vs. doxorubicin plus placebo in patients with front-line metastatic soft tissue sarcoma. 12/17/2010 - 6/25/2013

13. IRB#10-001362: A Phase 2, Open-Label Evaluation of the Safety and Efficacy of CB-10-01, Transgenic Lymphocyte Immunization (TLI) Against Telomerase, as Adjuvant Therapy in Subjects With Stage III Melanoma 12/14/2010 – 6/22/2015

14. IRB#10-001423: A non-randomized, open label, multi-center Phase 2 study evaluating the efficacy and safety of STA-9090 in patients with metastatic and/or unresectable GIST resistant or refractory to prior systemic treatments including imatinib and sunitinib 12/16/2010 - 4/25/2012

15. IRB#10-001406: Phase I/II Study of Daily Oral Dosing with Temozolomide and Sunitinib Malate for 6 Weeks of an 8-Week Cycle in Patients with Metastatic and Unresectable Locally-Advanced Malignant Melanoma 1/12/2011 – 1/17/2018

16. IRB#10-001557: BRF113929: A Phase II Open-Label, Two-Cohort, Multicentre Study of GSK2118436 as a Single Agent in Treatment Naive and Previously Treated Subjects with BRAF Mutation-Positive Metastatic Melanoma to the Brain 2/17/2011 - 7/31/2013

17. IRB#10-001734: A Phase III randomized, open-label study comparing GSK2118436 to DTIC in previously untreated subjects with BRAF mutation positive advanced (Stage III) or metastatic (Stage IV) melanoma 02/17/2011 - 3/23/2017

18. IRB#11-001241: A Phase II Study of Imatinib Mesylate in Patients with Inoperable AJCC Stage III or IV Melanoma Harboring Somatic Alteration of c-kit. 3/31/2011 - 1/29/2013

19. IRB#11-001397: A Randomized, Open-label, Multicenter, Phase 3 Study to Compare the Efficacy and Safety of Eribulin with Dacarbazine in Subjects with Soft Tissue Sarcoma Dates: 07/18/2011 – 8/9/2016

20. IRB#11-001515: A phase II, randomized double-blind study of efficacy and safety of two dose levels of LDE225 in patients with locally advanced or metastatic basal cell carcinoma Dates: 05/23/2011 - 12/20/2016

21. IRB#11-001652: A study of efficacy and PK/PD Relationship of Monotherapy MORAb-004 in subjects with metastatic melanoma 6/22/2011 – 1/25/2016

22. IRB#11-001859: A Phase 2, Double-Blind, Placebo-Controlled Study Evaluating the Safety and Efficacy of IPI-926 in Patients with Metastatic or Locally Advanced (Unresectable) Chondrosarcoma 8/17/2011 - 3/19/2013

23. IRB#11-002163: A Phase 2 Study of a Human Anti-PDGFRα Monoclonal Antibody (IMC-3G3) in Previously Treated Patients with Unresectable and/or Metastatic Gastrointestinal Stromal Tumors (GIST) 9/13/2011 - 1/7/2013

24. IRB#11-002980: A Multicenter Treatment Protocol for Expanded Access Use of Ipilimumab (BMS-734016) Monotherapy in Subjects with Unresectable Stage III or Stage IV Melanoma 9/15/2011 - 6/25/2014

25. IRB#12-000021: A Randomized Double-Blind Phase III Study of Ipilimumab Administered at 3 mg/kg vs at 10 mg/kg in Subjects with Previously Treated or Untreated Unresectable or Metastatic Melanoma 3/22/2012 – 12/4/2017

26. IRB#12-000221: A Phase 1/2 Randomized, Blinded, Placebo Controlled Study of Ipilimumab in Combination with INCB024360 or Placebo in Subjects with Unresectable or Metastatic Melanoma 4/18/2012 – 5/02/2017

27. IRB#12-000485: A Study of the Safety and Efficacy of the Combination of Gemcitabine and Docetaxel with MORAb-004 in Metastatic Soft Tissue 7/10/2012 – 1/25/2016

28. IRB#12-000976: A Phase 1 Dose Escalation Study of BMS-982470 (Recombinant Interleukin-21, rIL-21) in Combination with Ipilimumab in Subjects with Unresectable Stage III or Stage IV Melanoma. 09/25/2012 – 01/29/2014

29. IRB#12-001532: A Randomized, Open-Label Phase III Trial of BMS-936558 versus Investigator's Choice in Advanced (Unresectable or Metastatic) Melanoma Patients Progressing Post Anti- CTLA-4 Therapy 1/2/2013 – 7/13/2020

30. IRB#14-000107: A Phase I, Open-Label, Dose Escalation Study of MGA271 (Fc-optimized Humanized, Anti-B7-H3 Monoclonal Antibody) in Patients with refractory B7-H3-Expressing Neoplasms or Neoplasms Whose Vasculature Expresses B7-H3 3/10/2014 – 5/14/2020

31. IRB# 14-000283: A Phase 2 Biomarker-Enriched Study of TH-302 in Subjects with Advanced Melanoma 7/1/2014 – 8/9/2016

32. IRB#14-000358: A Randomised, Double-Blind Study to Assess the Efficacy of Selumetinib (AZD6244, Hyd-Sulfate) in Combination with Dacarbazine Compared with Placebo in Combination with Dacarbazine as First Systemic Therapy in Patients with Metastatic Uveal Melanoma (SUMIT) 8/6/2014 – 7/6/2016

33. IRB#14-000518: A phase II, multi-center, open-label study of sequential LGX818/MEK162 combination followed by a rational combination with targeted agents after progression, to overcome resistance in adult patients with locally advanced or metastatic BRAF V600 melanoma (LOGIC 2) 3/30/2015 – 11/19/2019

34. IRB#14-000775: A Phase II, open-label, multicenter trial to investigate the clinical activity and safety of MSB0010718C in subjects with Merkel cell carcinoma 8/7/2014 – 08/29/2019

35. IRB#14-000783: A Multicenter, Randomized, Open-Label Phase 3 Study to Investigate the Efficacy and Safety of Aldoxorubicin Compared to Investigator's Choice in Subjects with Metastatic, Locally Advanced, or Unresectable Soft Tissue Sarcomas Who Either Relapsed or Were Refractory to Prior Non-Adjuvant Chemotherapy 8/28/2014 – 12/22/2017

36. IRB#15-000106: A Phase 1, Open-Label, Dose Escalation Study of MGA271 in Combination with Ipilimumab in Patients with B7-H3-Expressing Melanoma, Squamous Cell Cancer of the Head and Neck or Non-Small Cell Lung Cancer 4/21/2015 – 2/3/2020

37. IRB#15-000278: A Phase 1b Study to Assess Safety, Pharmacokinetics, Pharmacodynamics, and Preliminary Efficacy of PLX9486 as a Single Agent and in Combination with PLX3397 in Patients with Advanced Solid Tumors and Patients with Locally Advanced, Unresectable, or Metastatic Gastrointestinal Stromal Tumor (GIST) Who Have Been Previously Treated with Imatinib Mesylate, Sunitinib Malate, and Regorafanib. PLX121-01 GIST 6/17/2015 – 2016

38. IRB#15-000361: A double blind, randomized, placebo controlled phase 3 study of orally administered PLX3397 in subjects with pigmented villonodular synovitis or giant cell tumor of the tendon sheath. PLX108-10 PVNS/GCT-TS. 5/31/2015 – 7/22/2021

39. IRB#16-000119: A Phase 1b (Open-Label) / Phase 2 (Randomized, Double-Blinded) Study Evaluating Gemcitabine and Docetaxel With or Without Olaratumab in the Treatment of Advanced Soft Tissue Sarcoma 4/8/2016 – 8/4/2021

40. IRB#16-000537: A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study of Pembrolizumab (MK-3475) in Combination With Epacadostat or Placebo in Subjects with Unresectable or Metastatic Melanoma (Keynote-252 / ECHO-301) 5/24/2016 – 12/10/2019

41. IRB#16-000575: An Open-label, Phase IB study of NEO-PV-01 + Adjuvant with Nivolumab in Patients with Melanoma, Non-Small Cell Lung Carcinoma or Transitional Cell Carcinoma of the Bladder (Neon NT-001); 8/14/2016- 9/1/2020

42. IRB#16-000745: A Phase 2/3, multicenter, randomized, double-blind study of selinexor (KPT-330) versus placebo in patients with advanced unresectable dedifferentiated liposarcoma (DDLS) 9/19/2016 – 8/9/2022

43. IRB# 16-001273: A Phase 1 Study of RGX-104, a Small Molecule LXR Agonist, in Patients with Advanced Solid Malignancies and Lymphoma with an Expansion in Select Malignancies 11/10/2016 – 7/13/2020

44. IRB#17-000318: A Multicenter, Open-label, Phase 2 Study of Imprime PGG and Pembrolizumab in Subjects With Advanced Melanoma Failing Front-line Treatment with Checkpoint Inhibitors (CPI) or Triple Negative Breast Cancer (TNBC) Failing Front-line Chemotherapy for Metastatic Disease (BT-CL-PGG-MEL/BCA-1621/MK3475 PN-545) 5/24/2017 – 7/13/2020

45. IRB#17-000341: A Phase 1 Multiple Dose, Dose Escalation Trial of AEB1102 (Co-ArgI-PEG) in Patients with Advanced Solid Tumors (Aeglea CAEB1102-100B) 4/27/2017 – 8/29/2019

46. IRB#17-001015: A Phase 1, First-in-Human, Open-Label, Dose Escalation Study of MGD013, A Bispecific DART® Protein binding PD-1 and LAG-3 in Patients with Unresectable or Metastatic Neoplasms (MacroGenics CP-MGD013-01) 9/6/2017 – 12/6/2023

47. IRB#17-001951: A Randomized Phase 3 Comparison of IMO-2125 with Ipilimumab versus Ipilimumab Alone in Subjects with Anti-PD-1 Refractory Melanoma (Idera 2125-MEL-301 Melanoma) 5/4/2018 – 3/9/2022

48. IRB#18-000611: A Phase 1, First-in-Human, Open Label, Dose Escalation Study of MGD009, A Humanized B7-H3 x CD3 Dual-Affinity Re-Targeting (DART®) Protein in Patients with Unresectable or Metastatic B7-H3-Expressing Neoplasms and Neoplasms whose Vasculature Expresses B7-H3 (MacroGenics CP-MGD009-01 B7-H3-Expressing Neoplasms) 8/2/2018 – 10/20/2020

49. IRB#18-000634: Xencor XmAb20717-01: A Phase 1 Multiple Dose Study to Evaluate the Safety and Tolerability of XmAb®20717 in Subjects with Selected Advanced Solid Tumors (DUET-2) 6/22/2018 – 9/29/2023

50. IRB#18-001253: An Open-label, Phase 1B Study of NEO-PV-01 + CD40 Agonist Antibody (APX005M) or Ipilimumab with Nivolumab in Patients with Advanced or Metastatic Melanoma (Neon NT-003) 12/13/2018 – 10/1/2020

51. IRB#18-001513: Phase 1/2 Dose-Escalation and Expansion Study of FLX475 Alone and in Combination with Pembrolizumab in Advanced Cancer (FLX Bio FLX475 Advanced Solid Tumors) 11/16/2018 – 11/1/2023

52. IRB#19-000538: A Phase 2, Multicenter Study to Assess the Efficacy and Safety of Autologous Tumor Infiltrating Lymphocytes (LN-144) for Treatment of Patients with Metastatic Melanoma (Iovance C-144-01 Melanoma) 6/18/2019 – 4/17/2023

53. IRB#19-000804: A phase 1a/1b, open-label first-in-human study of the safety, tolerability and feasibility of gene-edited autologous NEOTCR-T cells (NEOTCR-P1) administered as a single agent or in combination with anti-pd-1 to patients with locally advanced or metastatic solid tumors (HEMONC PACT PACT-0101 advanced solid tumors) 09/04/2019 – 10/18/2022

54. IRB#19-002216: A Phase 1a/1b, First-in-human, Open-label, Dose escalation, Safety, Pharmacokinetic, and Pharmacodynamic Study of Oral TP-0903 Administered Daily for 21 Days to Patients with Advanced Solid Tumors (Tolero TP-0903-101 Advanced Solid Tumors) 03/31/2020– 10/20/2020

55. IRB#20-001377: A First-In-Human Phase 1b Dose Escalation Trial to Investigate the Safety, Tolerability, Pharmacokinetics, and Biological Activity of ATRC-101 in Adults with Advanced Solid Malignancies 09/03/2020 – 11/7/2023

56. IRB#21-000200: A Phase 2, Open-label, Multicenter Study Evaluating the Safety and Efficacy of Autologous Tumor-infiltrating Lymphocytes (TILs) in Subjects with Advanced Melanoma (Instil Bio ITIL-168-101 Melanoma) – 4/8/2021 – 5/1/2023

57. IRB#21-000371: Phase 2 Study of FLX475 in Combination with Ipilimumab in Advanced Melanoma (RAPT FLX475-03 Melanoma) 04/14/2021 – 02/28/2023

58. IRB#21-000508: A Screening Study For Neoepitope-Specific T Cells In Patients With Locally Advanced Or Metastatic Solid Tumors (HEMONC PACT PACT-0002 Advanced Solid Tumors) 05/17/2021- 5/5/2022

59. IRB#21-000688: A Phase 2 Open-Label Multicenter Study to Evaluate the Safety and Efficacy of Selinexor in Combination with Pembrolizumab in Newly Diagnosed or Recurrent Advanced Melanoma (HEMONC Karyopharm XPORT-MEL-033 Melanoma) 08/13/2021 - present

60. IRB#21-000896: A Phase 1b/2, Open-label, Multi-center Study of ERAS-007 ERK Inhibitor in Patients with Advanced or Metastatic Solid Tumors (HEMONC Erasca ERAS-007-01 (HERKULES-1) Advanced Solid Tumors) – 08/07/2021 - 08/25/2022

## LECTURES AND PRESENTATIONS

### UCLA Lectures

UCLA Hematology-Oncology Journal Club
Topic: Interleukin 2 in the treatment of melanoma and RCC for Hematology
Audience: Hem-Onc Fellows (15 attendees)
Jul 22, 2010

UCLA Internal Medicine course
Topic: Introduction to hematology - cases
Audience: 2nd year medical students (70 attendees)
Oct 5-7, 2010

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (30 attendees)
Oct 22, 2010

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (30 attendees)
Oct 25, 2010

UCLA Oncology Research Series
Topic: GIST – New Developments
Audience: Hem-Onc Fellows (15 attendees)
Nov 5, 2010

UCLA Hematology-Oncology Journal Club
Topic: Interleukin 2 in the treatment of melanoma and RCC for Hematology
Audience: Hem-Onc Fellows (15 attendees)
Jul 8, 2011

UCLA Grand Rounds
Topic: Progress in the Treatment of Gastrointestinal Stromal Tumors
Audience: Internal medicine physicians and residents (40 attendees)
Aug 23, 2011

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (30 attendees)
Mar 10, 2012

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (30 attendees)
Mar 24, 2012

UCLA Symposium for community physicians

Topic: Adjuvant immunotherapy in patients with melanoma
Audience: Internal medicine residents (25 attendees)
Dec 18, 2012

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (30 attendees)
Feb 8, 2013

UCLA Surgical Grand Rounds
Topic: Current approach to patients with metastatic melanoma
Audience: Surgery physicians and residents (50 attendees)
Apr 17, 2013

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (30 attendees)
May 17, 2013

UCLA Hematology-Oncology Journal Club
Topic: Interleukin 2 in the treatment of melanoma and RCC for Hematology
Audience: Hem-Onc Fellows (15 attendees)
Jul 14, 2013

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (30 attendees)
Feb 5, 2014

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (30 attendees)
Feb 7, 2014

UCLA Internal Medicine Lecture Series
Topic: Oncologic emergencies
Audience: Internal medicine residents (30 attendees)
Jul 18, 2014

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (30 attendees)
Jan 16, 2015

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (30 attendees)
Jan 23, 2015

UCLA Internal Medicine Lecture Series

Topic: Oncologic emergencies
Audience: Internal medicine residents (30 attendees)
Sep 18, 2015

UCLA Hematology-Oncology Journal Club
Topic: Update on the therapy of melanoma – check point inhibitors
Audience: Hem-Onc Fellows (12 attendees)
Oct 13, 2015

UCLA Ophthalmology Meeting
Topic: Medical approach to periorbital melanoma
Audience: Ophthalmology faculty and fellows (15 attendees)
Oct 14, 2015

UCLA Hematology-Oncology Didactics
Topic: Targeted therapy in melanoma
Audience: Hem-Onc Fellows (12 attendees)
Jan 5, 2016

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (30 attendees)
Feb 11, 2016

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (30 attendees)
Feb 19, 2016

UCLA Internal Medicine Lecture Series
Topic: Oncologic emergencies
Audience: Internal medicine residents (40 attendees)
Aug 12, 2016

UCLA Internal Medicine Core for 2nd year students
Topic: Antineoplastic drugs
Audience: 2nd year students (80 attendees)
Sep 16, 2016

UCLA Internal Medicine Core for 2nd year students
Topic: Antineoplastic drugs – New Era
Audience: 2nd year students (80 attendees)
Sep 16, 2016

UCLA Hematology-Oncology Didactics
Topic: New therapies for metastatic melanoma
Audience: Radiation Oncology Residents (8 attendees)
Mar 22, 2017

UCLA Hematology-Oncology Didactics
Topic: Checkpoint inhibitors in melanoma
Audience: Hem-Onc Fellows (12 attendees)
Apr 4, 2017

UCLA Hematology-Oncology Didactics
Topic: Checkpoint inhibitors in melanoma – clinical trials
Audience: Hem-Onc Fellows (12 attendees)
Apr 11, 2017

UCLA Hematology-Oncology Didactics
Topic: Pathology 294-Immunotherapy and Targeted Therapy for Melanoma
Audience: Graduate students (12 attendees)
May 5, 2017

UCLA Internal Medicine Lecture Series
Topic: Oncologic emergencies
Audience: Internal medicine residents (35 attendees)
Jul 14, 2017

TRIO-US & UCLA 22nd Annual Research Conference
Topic: Melanoma-Immune Therapy Update: Promise & Limitations
Audience: UCLA Faculty, Private Practice MDs, RNs, Clinical Research Staff
Lake Arrowhead, CA
September 10, 2017

UCLA Hematology-Oncology Didactics
Topic: Melanoma
Audience: Hem-Onc Fellows (5 attendees)
January 18, 2018

UCLA Hematology-Oncology Didactics
Topic: Melanoma
Audience: Hem-Onc Fellows (4 attendees)
January 25, 2018

UCLA Internal Medicine Lecture Series
Topic: Oncologic emergencies
Audience: Internal medicine residents (32 attendees)
Jun 27, 2018

UCLA Hematology-Oncology Didactics
Topic: The use of checkpoint inhibitors in oncology
Audience: Hem-Onc Fellows (11 attendees)
Apr 2, 2019

UCLA Hematology-Oncology Didactics
Topic: Management of adverse events associated with checkpoint inhibitors
Audience: Hem-Onc Fellows (11 attendees)
Apr 4, 2019

UCLA Rheumatology Ground Rounds
Topic: Immunotherapy of cancer and its adverse events
Audience: rheumatologists and fellows (15 attendees)
Jun 7, 2019

UCLA Internal Medicine Lecture Series
Topic: Immune related adverse events and their management
Audience: Internal medicine residents (45 attendees)
Jul 24, 2019

UCLA Internal Medicine Lecture Series
Topic: Oncologic emergencies
Audience: Internal medicine residents (40 attendees)
Aug 23, 2019

TRIO-US & UCLA 24th Annual Research Conference
Topic: Sequencing of immunotherapy and targeted therapy in patients with melanoma
Audience: UCLA Faculty, Private Practice MDs, RNs, Clinical Research Staff
Lake Arrowhead, CA
October 18, 2019

UCLA Hematology-Oncology Didactics
Topic: Adjuvant therapy for patients with melanoma
Audience: Hem-Onc Fellows (8 attendees)
January 21, 2020

UCLA Hematology-Oncology Didactics
Topic: New advances in targeted therapy for patients with advanced melanoma
Audience: Hem-Onc Fellows (9 attendees)
January 23, 2020

UCLA Hematology-Oncology Didactics
Topic: Board review – melanoma and sarcoma
Audience: Hem-Onc Fellows (8 attendees)
January 28, 2020

UCLA Internal Medicine Lecture Series
Topic: Immune related adverse events and their management
Audience: Internal medicine residents (45 attendees)
Jul 07, 2020

UCLA Radiation Oncology Lecture Series
Topic: Neoadjuvant and adjuvant chemotherapy in soft tissue sarcoma
Audience: Radiation Oncology Fellows and Faculty (25 attendees)
Aug 26, 2020

UCLA Hematology-Oncology Didactics
Topic: Checkpoint inhibitors
Audience: Hem-Onc Fellows (9 attendees)
March 30, 2021

UCLA Hematology-Oncology Didactics
Topic: Combined PD1/CTLA4 blockade in different cancers
Audience: Hem-Onc Fellows (8 attendees)
April 1, 2021

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p1
Audience: Internal medicine residents (35 attendees)
Jul 21, 2021

UCLA Internal Medicine Lecture Series
Topic: Approach to the peripheral blood smear, p2
Audience: Internal medicine residents (25 attendees)
Jul 23, 2021

UCLA Internal Medicine Lecture Series
Topic: Oncologic emergencies
Audience: Internal medicine residents (40 attendees)
Aug 18, 2021

TRIO-US & UCLA 25th Annual Research Conference
Topic: New developments in immunotherapy of melanoma
Audience: UCLA Faculty, Private Practice MDs, RNs, Clinical Research Staff
Lake Arrowhead, CA
Oct 10, 2021

UCLA Hematology-Oncology Didactics
Topic: Update on the therapy of melanoma
Audience: Hem-Onc Fellows (13 attendees)
January 11, 2022

UCLA Hematology-Oncology Didactics
Topic: The most recent publications on the treatment of patients with melanoma
Audience: Hem-Onc Fellows (12 attendees)
January 13, 2022

UCLA Hematology-Oncology Didactics
Topic: Board review – melanoma
Audience: Hem-Onc Fellows (13 attendees)
January 20, 2022

UCLA Internal Medicine Lecture Series
Topic: Management of immune-related adverse events
Audience: Internal medicine residents (42 attendees)
July 15, 2022

TRIO-US & UCLA 26th Annual Research Conference
Topic: Adjuvant and neoadjuvant therapy of melanoma
Audience: UCLA Faculty, Private Practice MDs, RNs, Clinical Research Staff
Lake Arrowhead, CA
Oct 10, 2022

UCLA Hematology-Oncology Didactics
Topic: Adjuvant and neoadjuvant therapy of melanoma
Audience: Hem-Onc Fellows (13 attendees)
Mar 21, 2023

UCLA Hematology-Oncology Didactics
Topic: The most recent publications on checkpoint inhibitors
Audience: Hem-Onc Fellows (12 attendees)
Mar 23, 2023

TRIO-US & UCLA 27th Annual Research Conference
Topic: Beyond PD1-blocking antibodies
Audience: UCLA Faculty, Private Practice MDs, RNs, Clinical Research Staff
Lake Arrowhead, CA
Nov 4, 2023

UCLA Hematology-Oncology Didactics
Topic: Management of metastatic melanoma
Audience: Hem-Onc Fellows (13 attendees)
Jan 9, 2024

UCLA Hematology-Oncology Didactics
Topic: Publications on brain metastasis in melanoma
Audience: Hem-Onc Fellows (13 attendees)
Jan 11, 2024

UCLA Hematology-Oncology Didactics
Topic: Melanoma on Oncology Boards
Audience: Hem-Onc Fellows (10 attendees)
Jan 18, 2024

**Other UCLA lectures**

UCLA Meeting on Uveal Melanoma
Topic: Systemic therapies for patients with metastatic uveal
Audience: Patients and families (40 attendees)
Mar 1, 2014

UCLA-organized Lecture for patients and caregivers (GIST International meeting)
Topic: New therapies for patients with metastatic GIST for Patients with GIST
Audience: Patients and families (40 attendees)
Mar 24, 2014

UCLA-organized meeting for patients and caregivers
Topic: Systemic therapies for patients with metastatic uveal
Audience: Patients and families (50 attendees)
Jul 14, 2014

UCLA-organized symposium for patients and caregivers
Topic: Treatment of early stage melanoma
Audience: Patients and families (50 attendees)
Jan 31, 2015

UCLA Organized CME activity in Las Vegas, NV
Topic: What's new in melanoma?
Audience: Community physicians (100 attendees)
Apr 15, 2015

UCLA Meeting on Melanoma
Topic: Adjuvant therapy in melanoma
Audience: Oncologists from Latin America (20 attendees)
Apr 27, 2015

UCLA Lecture at Relay for Life
Topic: Advances in the diagnosis and treatment of patients with
Audience: Patients and family members (20 attendees)
May 16, 2015

UCLA – Simms/Mann Center Insight in Cancer Series
Topic: Genes and cancer: truths and myths
Audience: Patients and family members (40 attendees)
Jun 9, 2015

UCLA-organized CME for radiation oncologists
Topic: - Pulsed Chemotherapy, Immunotherapy, and the Abscopal Effect. 1st Annual UCLA State-of-the-Art in Neuro-Oncology, Part 2-Brain and Spine Metastases: A Comprehensive, Multidisciplinary Approach
Audience: Physicians and nurses (attendees)
Dec 12, 2015

UCLA Meeting on Melanoma
Topic: Checkpoint immunotherapy for melanoma
Audience: Oncologists from Latin America (20 attendees)
Mar 16, 2016

UCLA Meeting on Immunotherapy
Topic: Immunotherapy research for skin pathology
Audience: Oncologists from Spain (18 attendees)
Sep 15, 2016

UCLA CME Meeting on Advances in Cancer (Arrowhead)
Topic: Melanoma. Immune Therapy Update: Promise & Limitations
Audience: Community Oncologists (40 attendees)
Sep 23, 2016

UCLA Meeting on Leiomyosarcoma
Topic: Immunotherapy for patients with leiomyosarcoma
Audience: Patients and caregivers (80 attendees)
Feb 18, 2017

UCLA CME Meeting on Advances in Cancer (Arrowhead)
Topic: Melanoma. Update on immunotherapy and new directions.
Audience: Community Oncologists (40 attendees)
Sep 10, 2017

UCLA-organized training for Brazilian physicians
Topic: Targeted therapy in melanoma
Audience: Physicians (20 attendees)
Sep 26, 2017

UCLA-organized training for South American physicians
Topic: Targeted therapy in melanoma
Audience: Physicians (25 attendees)
Mar 13, 2018

UCLA – Simms/Mann Center Insight in Cancer Series
Topic: Immunotherapy of Cancer
Audience: Patients and family members (50 attendees)
Jul 9, 2019

UCLA – Disease Update Series
Topic: Update on the therapy for metastatic melanoma
Audience: UCLA physicians and research staff (30 attendees)
Apr 28, 2021

**Non-UCLA Lectures**

Training for oncologists of South America
Topic: Current trends in the treatment of metastatic melanoma
Audience: Physicians (75 attendees)
Mar 2, 2013

Training for community oncologists
Topic: Update on the use of targeted therapy in patients with melanoma
Audience: Physicians (60 attendees)
Mar 25, 2013

Training for oncologists of Russia
Topic: Current trends in immunotherapy of metastatic melanoma
Audience: Physicians (50 attendees)
Oct 25, 2013

Lecture for patients and caregivers (Life Raft meeting)
Topic: Risk of recurrence of GIST and management of side effects
Audience: Patients and caregivers (30 attendees)
Feb 22, 2014

Lecture for patients and caregivers
Topic: Systemic options for patients with GIST (GIST Awareness Day)
Audience: Patients and caregivers (45 attendees)
Jul 13, 2014

Advances in Cancer Immunotherapy meeting, San Diego, CA
Topic: Combination immunotherapy
Audience: Physicians (35 attendees)
Aug 22, 2014

Training for Medical Science Liaisons, Santa Monica, CA
Topic: Tumor Microenvironment and Tumor Suppression
Audience: Medical Science Liaisons (25 attendees)
Sep 13, 2014

CME Activity, San Diego, CA
Topic: Immunotherapy of cancer
Audience: Physicians of Alvarado Medical Center (35 attendees)
Dec 9, 2014

CME Activity, Flagstaff, AZ
Topic: Immunotherapy of cancer
Audience: Physicians and nurses (25 attendees)
Jan 20, 2015

CME Activity, Stockton, CA
Topic: Immunotherapy of cancer

Audience: Physicians and nurses of Stockton Medical Center (35 attendees)
Jan 27, 2015

CME Activity, Costa Mesa, CA
Topic: New Developments in the Therapy of Patients with Metastatic Melanoma
Audience: Clinical nurse specialists (75 attendees)
Feb 21, 2015

Lecture at the meeting of the Saudi Arabia Oncology Society
Topic: Role of anti-CTLA4 therapy in melanoma and other cancers
Audience: Physicians and nurses (60attendees)
Feb 28, 2015

Lecture at the meeting of the Saudi Arabia Oncology Society
Topic: Immune-related response criteria
Audience: Physicians and nurses (60attendees)
Feb 28, 2015

Lecture at the meeting of the Saudi Arabia Oncology Society
Topic: Immune surveillance and immune escape
Audience: Physicians and nurses (60attendees)
Feb 28, 2015

Lecture at the HemOnc Melanoma meeting in New York City, NY
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (90 attendees)
Apr 11, 2015

Southwest Oncology Group meeting, San Francisco, CA
Topic: Update on the EA6134 trial
Audience: Physicians (75 attendees)
May 2, 2015

Lecture for community physicians, Oxnard CA
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (20 attendees)
May 12, 2015

Lecture for Cleveland Clinic physicians, Cleveland OH
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (18 attendees)
May 14, 2015

Lecture for patients and caregivers, Santa Clarita, CA
Topic: Advances in the diagnosis and treatment of patients with melanoma (Relay for Life)
Audience: patients and caregivers (23 attendees)
May 16, 2015

Lecture for University of Arizona physicians, Tuscon, AZ
Topic: Molecular Basis of Melanoma

Audience: Physicians and nurses (22 attendees)
Jun 15, 2015

Lecture for Moffitt Cancer Center physicians, Tampa, FL
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (20 attendees)
Jun 18, 2015

CME Activity, Tarzana, CA
Topic: Immunotherapy of Melanoma
Audience: Physicians and nurses (28 attendees)
Jul 27, 2015

Melanoma meeting for community oncologists, Pasadena, CA
Topic: Is combination therapy the key to achieving a durable response with TKIs in melanoma?
Audience: Physicians and nurses (60 attendees)
Sep 19, 2015

Lecture for community physicians, Santa Rosa, CA
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (21 attendees)
Sep 22, 2015

Skin Cancer Conference, Warsaw, PL
Topic: Current approach to patients with advanced melanoma
Audience: Physicians and nurses (90 attendees)
Oct 24, 2015

Southwest Oncology Group meeting, San Francisco, CA
Topic: Update on the EA6134 trial
Audience: Physicians (75 attendees)
Apr 29, 2016

Lecture for patients and caregivers
Topic: Immunotherapy for patients with GIST (GIST Awareness Day)
Audience: Patients and caregivers (40 attendees)
May 21, 2016

Lecture for patients and caregivers
Topic: New developments in GIST (GIST Awareness Day)
Audience: Patients and caregivers (45 attendees)
Jul 16, 2016

Lecture for patients and caregivers
Topic: Monitoring of patients with GIST (GIST Awareness Day)
Audience: Patients and caregivers (75 attendees)
Jul 16, 2016

Lecture for University of Colorado physicians, Denver, CO
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (20 attendees)
Oct 13, 2016

Lecture for Ohio State University physicians, Columbus, OH
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (28 attendees)
Dec 8, 2016

Lecture for community, Thousand Oaks, CA
Topic: Science speaker series: Immunotherapy for cancer
Audience: Community (100 attendees)
Jan 26, 2017

Lecture for physicians during Musculoskeletal Tumor Society meeting, San Diego, CA
Topic: Can systemic therapy replace surgery in patients with soft tissue sarcoma?
Audience: Physicians (120 attendees)
Mar 18, 2017

Lecture for during Southwestern Oncology Group meeting, San Francisco, CA
Topic: EA6134: Immunotherapy or targeted therapy first?
Audience: Physicians, SWOG meeting attendees (120 attendees)
Apr 28, 2017

Lecture for Community Oncologists, Los Angeles, CA
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (21 attendees)
Jul 26, 2017

Lecture for Community Oncologists, Los Angeles, CA
Topic: Molecular Basis of Melanoma
Audience: Physicians and nurses (24 attendees)
Sep 14, 2017

Lecture during the Polish Society of Clinical Oncology meeting, Krakow Poland
Topic: The use of targeted therapy in the treatment of patients with melanoma
Audience: Physicians (450 attendees)
Aug 31, 2018

Lecture during the CTOS meeting, Rome, Italy
Topic: ctDNA testing in patients with GIST
Audience: Physicians (500 attendees)
Nov 15, 2018

Lecture for Community Oncologists, Bakersfield, CA
Topic: Progress in the treatment of cutaneous squamous cell carcinoma
Audience: Physicians and nurses (20 attendees)
Mar 7, 2019

Ground Rounds for Veterans Administration in West Los Angeles
Topic: New directions in immunotherapy of melanoma
Audience: Physicians and VA staff (45 attendees)
Apr 17, 2019

Lecture for during Southwestern Oncology Group meeting, San Francisco, CA
Topic: The importance of sequencing of immunotherapy and targeted therapy – EA6134
Audience: Physicians, SWOG meeting attendees (100 attendees)
Apr 27, 2019

Lecture for Community Oncologists, Santa Barbara, CA
Topic: Progress in the treatment of cutaneous squamous cell carcinoma
Audience: Physicians and nurses (25 attendees)
Jul 10, 2019

Lecture during the ESMO meeting, Barcelona, Spain
Topic: Chair of the Challenge Your Expert session
Audience: Physicians (300 attendees)
Sep 27, 2019

Lecture during the ESMO meeting, Barcelona, Spain
Topic: Targeted therapy and immunotherapy – in sequence or in combination?
Audience: Physicians (300 attendees)
Sep 27, 2019

Lecture during the ESMO meeting, Barcelona, Spain
Topic: Chair of the Proffered Paper – Melanoma and other skin tumors session
Audience: Physicians (300 attendees)
Sep 28, 2019

Lecture during the ESMO meeting, Barcelona, Spain
Topic: Adjuvant and neoadjuvant therapy in patients with melanoma
Audience: Physicians (300 attendees)
Sep 28, 2019

Lecture - webinar
Topic: Oncologist's perspective on the management of cutaneous squamous cell carcinoma in 2020
Audience: Pharmaceutical representatives (50 attendees)
Apr 1, 2020

Journal Club for John Wayne Cancer Center Surgical Fellows - webinar
Topic: What do surgical oncologist should know about sarcoma
Audience: Surgical Oncology Fellows (8 attendees)
May 11, 2020

Lecture during the virtual 2020 ESMO meeting
Topic: Mastering the art of the management of patients with metastatic melanoma – discussion of papers presented during the Proffered Paper Melanoma and other skin tumors session
Audience: Physicians (700 attendees)
Sep 19, 2020

Lecture at the Society of Immunotherapy for Cancer meeting
Topic: Advances in Cancer Immunotherapy - What's next for cancer immunotherapy?
Audience: Physicians, nurses (30 attendees)
May 6, 2021

Lecture during the virtual 2021 ASCO meeting
Topic: Retooling the Tumor Microenvironment: Old Targets, New Tricks
Audience: Physicians (500 attendees)
Jun 1, 2021

Lecture during the ASCO Direct Highlights meeting
Topic: Highlights in Dermatologic Malignancies
Audience: Physicians (38 attendees)
Jul 17, 2021

CURE OM Science Meeting
Topic: Uveal melanoma – Treatment Prioritization of Metastatic Disease
Audience: Attendees of Society for Melanoma Research Meeting (88 attendees)
October 28, 2021

25th Annual Melanoma and Skin Cancer Symposium
Topic: Adjuvant and neoadjuvant therapy of melanoma
Audience: MDs, RNs, Clinical Research Staff (100 attendees)
Anaheim, CA
Oct 27, 2022

Life Raft Meeting for GIST patients and families
Topic: Update on the therapy of GIST
Audience: patients and families (15 attendees)
Los Angeles, CA
Mar 15, 2023

Aim at Melanoma Walk for patients and families
Topic: Patients' function in the development of therapies in melanoma
Audience: patients and families (45 attendees)
Los Angeles, CA
Sep 30, 2023

Meeting of MOASC – Immunotherapy for Cancer
Topic: Intratumoral therapies
Audience: physicians, NPs (50 attendees)
Santa Monica, CA
Nov 11, 2023

PUBLICATION/BIBLIOGRAPHY:

**RESEARCH PAPERS**

RESEARCH PAPERS (PEER REVIEWED)

A. RESEARCH PAPERS - PEER-REVIEWED

1. **B.Chmielowski**, Muranski P.,Ignatowicz L.: "In the Normal Repertoire of CD4+ T Cells, a Single Class II MHC/peptide Complex Positively Selects TCRs with Various Antigen Specificities". Journal of Immunology, 1999, 162: 95–105**.** PMID: 9886374

2. **B.Chmielowski**, Muranski P.,Kisielow P.,Ignatowicz L.:"On the Role of High and Low Abundance Class II MHC/Peptide Complexes in the Thymic Positive Selection of CD4+ T Cells", International Immunology, 2000, vol.12, 1: 67-72. PMID: 10607751

3. P. Muranski, **Chmielowski B.**, Ignatowicz L.: "Mature $CD4^+$ T Cells Perceive a Positively Selecting Class II MHC/Peptide Complex in the Periphery", Journal of Immunology, 2000, 164: 3087-3094. PMID: 10706698

4. Gaszewska-Mastalarz, Muranski P., **Chmielowski B.**, Kraj P., Ignatowicz L.:„Altered Selection of CD4+ T Cells by Class II MHC Bound with Dominant and Low Abundance Self-Peptides.", Journal of Immunology 2000, 165:6099-106. PMID: 11086042

5. **B.Chmielowski**, Pacholczyk R., Kraj P., Kisielow P., Ignatowicz L.: „Presentation of Antagonist Peptides to Naïve CD4+ T Cells Abrogates Spatial Reorganization of Class II MHC/Peptide Complexes on the Surface of Dendritic Cells" The Proceedings of the National Academy of Sciences, 2002 99: 15012-15017. PMID: 12411579

6. I.Nowak, Pajtasz-Piasecka E, **Chmielowski B**, Ignatowicz L, Kusnierczyk P.:"The specific T-cell response to antigenic peptides is influenced by bystander peptides" Cell Mol Biol Lett. 2006; 11(1):70-9. PMID: 16847750

7. Ribas A, Comin-Anduix B, **Chmielowski B**, Jalil J, de la Rocha P, McCannel TA, Ochoa MT, Seja E, Villanueva A, Oseguera DK, Straatsma BR, Cochran AJ, Glaspy JA, Hui L, Marincola FM, Wang E, Economou JS, Gomez-Navarro J. :" Dendritic cell vaccination combined with CTLA4 blockade in patients with metastatic melanoma." Clin Cancer Res. 2009 Oct 1;15(19):6267-76. Epub 2009 Sep 29. PMID: 19789309

8. Ribas A, Benz MR, Allen-Auerbach MS, Radu C, **Chmielowski B**, Seja E, Williams JL, Gomez-Navarro J, McCarthy T, Czernin J. "Imaging of CTLA4 blockade-induced cell replication with (18)F-FLT PET in patients with

advanced melanoma treated with tremelimumab."J Nucl Med. 2010 Mar;51(3):340-6. Epub 2010 Feb 11. PMID: 20150263

9. Søndergaard JN, Nazarian R, Wang Q, Guo D, Hsueh T, Mok S, Sazegar H, MacConaill LE, Barretina JG, Kehoe SM, Attar N, von Euw E, Zuckerman JE, **Chmielowski B**, Comin-Anduix B, Koya RC, Mischel PS, Lo RS, Ribas A. "Differential sensitivity of melanoma cell lines with BRAFV600E mutation to the specific Raf inhibitor PLX4032." J Transl Med. 2010 Apr 20;8:39. PMID: 20406486

10. Anusha Kalbasi, Ester Fonsatti, Pier Giorgio Natali, Maresa Altomonte, Erica Bertocci, Ornella Cutaia, Luana Calabrò, Michael Chiou, William Tap, **Bartosz Chmielowski**, Michele Maio, Antoni Ribas. "CD40 Expression by Melanocytic Lesions and Melanoma Cell Lines and Direct CD40 Targeting with the Therapeutic Anti-CD40 Antibody CP-870,893". J Immunother. 2010 Oct;33(8):810-6. PMID: 20842056

11. Begoña Comin-Anduix, Hooman Sazegar, Jason Jalil, Erika von Euw, Thinle Chodon, Richard C. Koya, **Bartosz Chmielowski**, Jesus Gomez-Navarro, Antoni Ribas. "Modulation of Cell Signaling Networks in Peripheral Blood of Patients with Metastatic Melanoma Treated with the CTLA4 Blocking Monoclonal Antibody Tremelimumab". PLoS One. 2010 Sep 15;5(9):e12711.PMID: 20856802

12. Antoni Ribas, Luis H. Camacho, Sun Min Lee, Evan M. Hersh, Charles K Brown, Jon M. Richards, Maria Jovie Rodriguez, Victor G. Prieto, John A. Glaspy, Denise K. Oseguera, Jackie Hernandez, Arturo Villanueva, **Bartosz Chmielowski**, Peggie Mitsky, Nadege Bercovici, Ernesto Wasserman, Didier Landais, Merrick I. Ross. "Multicenter phase II study of matured dendritic cells pulsed with melanoma cell line lysates in patients with advanced melanoma". J Transl Med. 2010 Sep 27;8:89 PMID: 20875102

13. Comin-Anduix B, Chodon T, Sazegar H, Matsunaga D, Mock S, Jalil J, Escuin-Ordinas H, **Chmielowski B**, Koya RC, Ribas A. "The oncogenic BRAF kinase inhibitor PLX4032/RG7204 does not affect viability or function of human lymphocytes across a wide range of concentrations." Clin Cancer Res. 2010 Dec 15;16(24):6040-8. PMID: 21169256

14. Ribas A, Weber JS, **Chmielowski B**, Comin-Anduix B, Lu D, Douek M, Ragavendra N, Raman S, Seja E, Rosario D, Miles S, Diamond DC, Qiu Z, Obrocea M, Bot A." Intra-lymph node prime-boost vaccination against Melan A and tyrosinase for the treatment of metastatic melanoma: results of a phase 1 clinical trial." Clin Cancer Res. 2011 May 1;17(9):2987-96. Epub 2011 Mar 8. PMID: 21385924

15. Huang RR, Jalil J, Economou JS, **Chmielowski B**, Koya RC, Mok S, Sazegar H, Seja E, Villanueva A, Gomez-Navarro J, Glaspy JA, Cochran AJ, Ribas A. "CTLA4 Blockade Induces Frequent Tumor Infiltration by Activated Lymphocytes Regardless of Clinical Responses in Humans." Clin

Cancer Res. 2011 Jun 15;17(12):4101-9. Epub 2011 May 10. PMID: 21558401

16. Carvajal RD, Antonescu CR, Wolchok JD, Chapman PB, Roman RA, Teitcher J, Panageas KS, Busam KJ, **Chmielowski B**, Lutzky J, Pavlick AC, Fusco A, Cane L, Takebe N, Vemula S, Bouvier N, Bastian BC, Schwartz GK. "KIT as a therapeutic target in metastatic melanoma." JAMA. 2011 Jun 8;305(22):2327-34. PMID: 21642685

17. Atefi M, von Euw E, Attar N, Ng C, Chu C, Guo D, Nazarian R, **Chmielowski B**, Glaspy JA, Comin-Anduix B, Mischel PS, Lo RS, Ribas A. "Reversing melanoma cross-resistance to BRAF and MEK inhibitors by co-targeting the AKT/mTOR pathway". PLoS One. 2011;6(12):e28973. Epub 2011 Dec 14. PMID: 22194965

18. Su F, Viros A, Milagre C, Trunzer K, Bollag G, Spleiss O, Reis-Filho JS, Kong X, Koya RC, Flaherty KT, Chapman PB, Kim MJ, Hayward R, Martin M, Yang H, Wang Q, Hilton H, Hang JS, Noe J, Lambros M, Geyer F, Dhomen N, Niculescu-Duvaz I, Zambon A, Niculescu-Duvaz D, Preece N, Robert L, Otte NJ, Mok S, Kee D, Ma Y, Zhang C, Habets G, Burton EA, Wong B, Nguyen H, Kockx M, Andries L, Lestini B, Nolop KB, Lee RJ, Joe AK, Troy JL, Gonzalez R, Hutson TE, Puzanov I, **Chmielowski B,** Springer CJ, McArthur GA, Sosman JA, Lo RS, Ribas A, Marais R. "RAS mutations in cutaneous squamous-cell carcinomas in patients treated with BRAF inhibitors." N Engl J Med. 2012 Jan 19;366(3):207-15. PMID: 22256804

19. Kachroo P, Pak PS, Sandha HS, Lee C, Elashoff D, Nelson SD, **Chmielowski B**, Selch MT, Cameron RB, Holmes EC, Eilber FC, Lee JM. "Single-institution, multidisciplinary experience with surgical resection of primary chest wall sarcomas." J Thorac Oncol. 2012 Mar;7(3):552-8. PMID: 22307013

20. Sosman JA, Kim KB, Schuchter L, Gonzalez R, Pavlick AC, Weber JS, McArthur GA, Hutson TE, Moschos SJ, Flaherty KT, Hersey P, Kefford R, Lawrence D, Puzanov I, Lewis KD, Amaravadi RK, **Chmielowski B**, Lawrence HJ, Shyr Y, Ye F, Li J, Nolop KB, Lee RJ, Joe AK, Ribas A. "Survival in BRAF V600-mutant advanced melanoma treated with vemurafenib." N Engl J Med. 2012 Feb 23;366(8):707-14. PMID: 22356324

21. von Euw E, Atefi M, Attar N, Chu C, Zachariah S, Burgess BL, Mok S, Ng C, Wong DJ, **Chmielowski B**, Lichter DI, Koya RC, McCannel TA, Izmailova E, Ribas A. "Antitumor effects of the investigational selective MEK inhibitor TAK733 against cutaneous and uveal melanoma cell lines" Mol Cancer. 2012 Apr 19;11:22. PMID: 22515704

22. Shi H, Moriceau G, Kong X, Koya RC, Nazarian R, Pupo GM, Bacchiocchi A, Dahlman KB, **Chmielowski B**, Sosman JA, Halaban R, Kefford RF, Long GV, Ribas A, Lo RS.. "Preexisting MEK1 exon 3 mutations in V600E/KBRAF melanomas do not confer resistance to BRAF inhibitors." Cancer Discov. 2012 May;2(5):414-24. PMID: 22588879

23. **Chmielowski B**, Federman N, Tap WD. Clinical trial end points for assessing efficacy of novel therapies for soft-tissue sarcomas. Expert Rev Anticancer Ther. 2012 Sep;12(9):1217-28 PMID:23098121

24. Schwartz GK, Tap WD, Qin LX, Livingston MB, Undevia SD, **Chmielowski B**, Agulnik M, Schuetze SM, Reed DR, Okuno SH, Ludwig JA, Keedy V, Rietschel P, Kraft AS, Adkins D, Van Tine BA, Brockstein B, Yim V, Bitas C, Abdullah A, Antonescu CR, Condy M, Dickson MA, Vasudeva SD, Ho AL, Doyle LA, Chen HX, Maki RG. Cixutumumab and temsirolimus for patients with bone and soft-tissue sarcoma: a multicentre, open-label, phase 2 trial. Lancet Oncol. 2013 Apr;14(4):371-82. PMID: 23477833

25. Klein O, Ribas A, **Chmielowski B**, Walker G, Clements A, Long GV, Kefford RF. Facial palsy as a side effect of vemurafenib treatment in patients with metastatic melanoma.J Clin Oncol. 2013 Apr 20;31(12):e215-7. PMID:23509307

26. Ma C, Cheung AF, Chodon T, Koya RC, Wu Z, Ng C, Avramis E, Cochran AJ, Witte ON, Baltimore D, **Chmielowski B**, Economou JS, Comin-Anduix B, Ribas A, Heath JR. Multifunctional T-cell analyses to study response and progression in adoptive cell transfer immunotherapy. Cancer Discov. 2013 Apr;3(4):418-29. PMID: 23519018

27. Hamid O, Robert C, Daud A, Hodi FS, Hwu WJ, Kefford R, Wolchok JD, Hersey P, Joseph RW, Weber JS, Dronca R, Gangadhar TC, Patnaik A, Zarour H, Joshua AM, Gergich K, Elassaiss-Schaap J, Algazi A, Mateus C, Boasberg P, Tumeh PC, **Chmielowski B**, Ebbinghaus SW, Li XN, Kang SP, Ribas A. Safety and tumor responses with lambrolizumab (anti-PD-1) in melanoma. N Engl J Med. 2013 Jul 11;369(2):134-44. PMID:23724846

28. **Chmielowski B**. Ipilimumab: A First-in-Class T-Cell Potentiator for Metastatic Melanoma.J Skin Cancer. 2013; Epub 2013 Apr 21. PMID:23738073

29. Ibarrondo FJ, Yang OO, Chodon T, Avramis E, Lee Y, Sazegar H, Jalil J, **Chmielowski B**, Koya RC, Schmid I, Gomez-Navarro J, Jamieson BD, Ribas A, Comin-Anduix B. Natural killer T cells in advanced melanoma patients treated with tremelimumab. PLoS One. 2013 Oct 22;8(10):e76829. PMID:24167550

30. Mehta N, Selch M, Wang PC, Federman N, Lee JM, Eilber FC, **Chmielowski B**, Agazaryan N, Steinberg M, Lee P. Safety and efficacy of stereotactic body radiation therapy in the treatment of pulmonary metastases from high grade sarcoma. Sarcoma. 2013;2013:360214. Epub 2013 Oct 1.PMID:24198717

31. Shi H, Hugo W, Kong X, Hong A, Koya RC, Moriceau G, Chodon T, Guo R, Johnson DB, Dahlman KB, Kelley MC, Kefford RF, **Chmielowski B**, Glaspy JA, Sosman JA, van Baren N, Long GV, Ribas A, Lo RS. Acquired Resistance and Clonal Evolution in Melanoma during BRAF Inhibitor Therapy. Cancer Discov. 2013 Nov 21. PMID:24265155

32. Ribas A, Zhang W, Chang I, Shirai K, Ernstoff MS, Daud A, Cowey CL, Daniels G, Seja E, O'Laco E, Glaspy JA, **Chmielowski B**, Hill T, Joe AK, Grippo JF. The effects of a high-fat meal on single-dose vemurafenib pharmacokinetics.J Clin Pharmacol. 2013 Dec 28. PMID: 24374975

33. Chodon T, Comin-Anduix B, **Chmielowski B**, Koya RC, Wu Z, Allen-Auerbach MS, Ng C, Avramis E, Seja E, Villanueva A, McCannel TA, Ishiyama A, Czernin J, Radu CG, Wang X, Gjertson DW, Cochran AJ, Cornetta K, Wong DJ, Kaplan-Lefko P, Hamid O, Samlowski W, Cohen PA, Daniels GA, Mukherji B, Yang L, Zack J, Kohn DB, Heath JR, Glaspy JA, Witte ON, Baltimore D, Economou JS, Ribas A. Adoptive transfer of MART-1 T cell receptor transgenic lymphocytes and dendritic cell vaccination in patients with metastatic melanoma. Clin Cancer Res. 2014 Mar 14. PMID: 24634374

34. McCannel TA, **Chmielowski B**, Finn RS, Goldman J, Ribas A, Wainberg ZA, McCannel CA. JAMA Ophthalmol. 2014 May 22. Bilateral Subfoveal Neurosensory Retinal Detachment Associated With MEK Inhibitor Use for Metastatic Cancer. PMID:24852144

35. Robert C, Ribas A, Wolchok JD, Hodi FS, Hamid O, Kefford R, Weber JS, Joshua AM, Hwu WJ, Gangadhar TC, Patnaik A, Dronca R, Zarour H, Joseph RW, Boasberg P, **Chmielowski B**, Mateus C, Postow MA, Gergich K, Elassaiss-Schaap J, Li XN, Iannone R, Ebbinghaus SW, Kang SP, Daud A. Anti-programmed-death-receptor-1 treatment with pembrolizumab in ipilimumab-refractory advanced melanoma: a randomised dose-comparison cohort of a phase 1 trial. Lancet. 2014 Jul 14 PMID:25034862

36. Ribas A, Gonzalez R, Pavlick A, Hamid O, Gajewski TF, Daud A, Flaherty L, Logan T, **Chmielowski B**, Lewis K, Kee D, Boasberg P, Yin M, Chan I, Musib L, Choong N, Puzanov I, McArthur GA. Combination of vemurafenib and cobimetinib in patients with advanced BRAFV600-mutated melanoma: a phase 1b study. Lancet Oncol. 2014 Jul 15 PMID:25037139

37. Zuckerman JE, Gritli I, Tolcher A, Heidel JD, Lim D, Morgan R, **Chmielowski B**, Ribas A, Davis ME, Yen Y. Correlating animal and human phase Ia/Ib clinical data with CALAA-01, a targeted, polymer-based nanoparticle containing siRNA. Proc Natl Acad Sci U S A. 2014 Aug 5;111(31):11449-54. PMID:25049380

38. Lin AY, Kotova S, Yanagawa J, Elbuluk O, Wang G, Kar N, Elashoff D, Grogan T, Cameron RB, Singh A, **Chmielowski B**, Federman N, Nelson SD, Lee P, Eilber FC, Lee JM. Risk stratification of patients undergoing pulmonary metastasectomy for soft tissue and bone sarcomas. J Thorac Cardiovasc Surg. 2015 Jan;149(1):85-92. PMID:25312228

39. Tumeh PC, Harview CL, Yearley JH, Shintaku IP, Taylor EJ, Robert L, **Chmielowski B**, Spasic M, Henry G, Ciobanu V, West AN, Carmona M,

Kivork C, Seja E, Cherry G, Gutierrez AJ, Grogan TR, Mateus C, Tomasic G, Glaspy JA, Emerson RO, Robins H, Pierce RH, Elashoff DA, Robert C, Ribas A. PD-1 blockade induces responses by inhibiting adaptive immune resistance. Nature. 2014 Nov 27;515(7528):568-71. PMID:25428505

40. Kudchadkar R, Ernst S, **Chmielowski B**, Redman BG, Steinberg J, Keating A, Jie F, Chen C, Gonzalez R, Weber J. A phase 2, multicenter, open-label study of sepantronium bromide (YM155) plus docetaxel in patients with stage III (unresectable) or stage IV melanoma. Cancer Med. 2014 Dec 23. PMID: 25533314

41. Weber JS, D'Angelo SP, Minor D, Hodi FS, Gutzmer R, Neyns B, Hoeller C, Khushalani NI, Miller WH Jr, Lao CD, Linette GP, Thomas L, Lorigan P, Grossmann KF, Hassel JC, Maio M, Sznol M, Ascierto PA, Mohr P, **Chmielowski B**, Bryce A, Svane IM, Grob JJ, Krackhardt AM, Horak C, Lambert A, Yang AS, Larkin J. Nivolumab versus chemotherapy in patients with advanced melanoma who progressed after anti-CTLA-4 treatment (CheckMate 037): a randomised, controlled, open-label, phase 3 trial. Lancet Oncol. 2015 Apr;16(4):375-84. PMID: 25795410

42. Puzanov I, Amaravadi RK, McArthur GA, Flaherty KT, Chapman PB, Sosman JA, Ribas A, Shackleton M, Hwu P, **Chmielowski B**, Nolop KB, Lin PS, Kim KB. Long-term outcome in BRAF(V600E) melanoma patients treated with vemurafenib: Patterns of disease progression and clinical management of limited progression. Eur J Cancer. 2015 Jul;51(11):1435-43 PMID: 25980594

43. Tap WD, Wainberg ZA, Anthony SP, Ibrahim PN, Zhang C, Healey JH, **Chmielowski B**, Staddon AP, Cohn AL, Shapiro GI, Keedy VL, Singh AS, Puzanov I, Kwak EL, Wagner AJ, Von Hoff DD, Weiss GJ, Ramanathan RK, Zhang J, Habets G, Zhang Y, Burton EA, Visor G, Sanftner L, Severson P, Nguyen H, Kim MJ, Marimuthu A, Tsang G, Shellooe R, Gee C, West BL, Hirth P, Nolop K, van de Rijn M, Hsu HH, Peterfy C, Lin PS, Tong-Starksen S, Bollag G. Structure-Guided Blockade of CSF1R Kinase in Tenosynovial Giant-Cell Tumor. N Engl J Med. 2015 Jul 30;373(5):428-437 PMID: 26222558

44. Eroglu Z, Kim DW, Wang X, Camacho LH, **Chmielowski B**, Seja E, Villanueva A, Ruchalski K, Glaspy JA, Kim KB, Hwu WJ, Ribas A "Long term survival with cytotoxic T lymphocyte-associated antigen 4 blockade using tremelimumab." Eur J Cancer. 2015 Sep 10. PMID: 26364516

45. Munhoz RR, D'Angelo SP, Gounder MM, Keohan ML, Chi P, Carvajal RD, Singer S, Crago AM, Landa J, Healey JH, Qin LX, Hameed M, Ezeoke MO, Singh AS, Agulnik M, **Chmielowski B**, Luke JJ, Van Tine BA, Schwartz GK, Tap WD, Dickson MA. "A Phase Ib/II Study of Gemcitabine and Docetaxel in Combination With Pazopanib for the Neoadjuvant Treatment of

Soft Tissue Sarcomas" Oncologist. 2015 Nov;20(11):1245-6. PMID: 26449382

46. Ribas A, Shin DS, Zaretsky J, Frederiksen J, Cornish A, Avramis E, Seja E, Kivork C, Siebert J, Kaplan-Lefko P, Wang X, **Chmielowski B**, Glaspy JA, Tumeh PC, Chodon T, Pe'er D, Comin-Anduix B. PD-1 Blockade Expands Intratumoral Memory T Cells. Cancer Immunol Res. 2016 Mar;4(3):194-203. PMID: 26787823

47. **Chmielowski B.** Prognostic and predictive biomarkers for the benefit of immunotherapy in patients with metastatic melanoma. Br J Dermatol. 2016 Jan;174(1):20. PMID: 26790652

48. Schöffski P, Chawla S, Maki RG, Italiano A, Gelderblom H, Choy E, Grignani G, Camargo V, Bauer S, Rha SY, Blay JY, Hohenberger P, D'Adamo D, Guo M, **Chmielowski B**, Le Cesne A, Demetri GD, Patel SR. Eribulin versus dacarbazine in previously treated patients with advanced liposarcoma or leiomyosarcoma: a randomised, open-label, multicentre, phase 3 trial. Lancet. 2016 Feb 10 PMID: 26874885

49. Hugo W, Zaretsky JM, Sun L, Song C, Moreno BH, Hu-Lieskovan S, Berent-Maoz B, Pang J, **Chmielowski B**, Cherry G, Seja E, Lomeli S, Kong X, Kelley MC, Sosman JA, Johnson DB, Ribas A, Lo RS. Genomic and Transcriptomic Features of Response to Anti-PD-1 Therapy in Metastatic Melanoma. Cell. 2016 Mar 24;165(1):35-44. PMID: 26997480

50. Ribas A, Hamid O, Daud A, Hodi FS, Wolchok JD, Kefford R, Joshua AM, Patnaik A, Hwu WJ, Weber JS, Gangadhar TC, Hersey P, Dronca R, Joseph RW, Zarour H, **Chmielowski B**, Lawrence DP, Algazi A, Rizvi NA, Hoffner B, Mateus C, Gergich K, Lindia JA, Giannotti M, Li XN, Ebbinghaus S, Kang SP, Robert C. Association of Pembrolizumab With Tumor Response and Survival Among Patients With Advanced Melanoma. JAMA. 2016 Apr 19;315(15):1600-9. PMID: 27092830

51. Atefi M, Titz B, Tsoi J, Avramis E, Le A, Ng C, Lomova A, Lassen A, Friedman M, **Chmielowski B**, Ribas A, Graeber TG. CRAF R391W is a melanoma driver oncogene. Sci Rep. 2016 Jun 8;6:27454. PMID: 27273450

52. Tap WD, Jones RL, Van Tine BA, **Chmielowski B**, Elias AD, Adkins D, Agulnik M, Cooney MM, Livingston MB, Pennock G, Hameed MR, Shah GD, Qin A, Shahir A, Cronier DM, Ilaria R Jr, Conti I, Cosaert J, Schwartz GK. Olaratumab and doxorubicin versus doxorubicin alone for treatment of soft-tissue sarcoma: an open-label phase 1b and randomised phase 2 trial. Lancet. 2016 Jun 9.

53. Zaretsky JM, Garcia-Diaz A, Shin DS, Escuin-Ordinas H, Hugo W, Hu-Lieskovan S, Torrejon DY, Abril-Rodriguez G, Sandoval S, Barthly L, Saco

J, Homet Moreno B, Mezzadra R, **Chmielowski B**, Ruchalski K, Shintaku IP, Sanchez PJ, Puig-Saus C, Cherry G, Seja E, Kong X, Pang J, Berent-Maoz B, Comin-Anduix B, Graeber TG, Tumeh PC, Schumacher TN, Lo RS, Ribas A. Mutations Associated with Acquired Resistance to PD-1 Blockade in Melanoma. N Engl J Med. 2016 Jul 13. PMID: 27433843

54. Shurell E, Singh AS, Crompton JG, Jensen S, Li Y, Dry S, Nelson S, **Chmielowski B**, Bernthal N, Federman N, Tumeh P, Eilber FC. Characterizing the immune microenvironment of malignant peripheral nerve sheath tumor by PD-L1 expression and presence of CD8+ tumor infiltrating lymphocytes. Oncotarget. 2016 Aug 31. PMID: 27588404

55. Kawaguchi K, Murakami T, **Chmielowski B**, Igarashi K, Kiyuna T, Unno M, Nelson SD, Russell TA, Dry SM, Li Y, Eilber FC, Hoffman RM Vemurafenib-resistant BRAF-V600E-mutated melanoma is regressed by MEK-targeting drug trametinib, but not cobimetinib in a patient-derived orthotopic xenograft (PDOX) mouse model. Oncotarget. 2016 Sep 28. PMID: 27690220

56. Algazi AP, Tsai KK, Shoushtari AN, Munhoz RR, Eroglu Z, Piulats JM, Ott PA, Johnson DB, Hwang J, Daud AI, Sosman JA, Carvajal RD, **Chmielowski B**, Postow MA, Weber JS, Sullivan RJ. Clinical outcomes in metastatic uveal melanoma treated with PD-1 and PD-1L antibodies. Cancer. 2016 Nov 15;122(21):3344-3353. PMID: 27533448

57. Kawaguchi K, Igarashi K, Murakami T, **Chmielowski B**, Kiyuna T, Zhao M, Zhang Y, Singh A, Unno M, Nelson SD, Russell TA, Dry SM, Li Y, Eilber FC, Hoffman RM. Tumor-targeting Salmonella typhimurium A1-R combined with temozolomide regresses malignant melanoma with a BRAF-V600E mutation in a patient-derived orthotopic xenograft (PDOX) model. Oncotarget. 2016 Nov 9. PMID: 27835903

58. Shin DS, Zaretsky JM, Escuin-Ordinas H, Garcia-Diaz A, Hu-Lieskovan S, Kalbasi A, Grasso CS, Hugo W, Sandoval S, Torrejon DY, Palaskas N, Rodriguez GA, Parisi G, Azhdam A, **Chmielowski B**, Cherry G, Seja E, Berent-Maoz B, Shintaku IP, Le DT, Pardoll DM, Diaz LA Jr, Tumeh PC, Graeber TG, Lo RS, Comin-Anduix B, Ribas A. Primary Resistance to PD-1 Blockade Mediated by JAK1/2 Mutations. Cancer Discov. 2017 Feb;7(2):188-201. PMID: 27903500

59. Nowicki TS, Akiyama R, Huang RR, Shintaku IP, Wang X, Tumeh PC, Singh A, **Chmielowski B**, Denny C, Federman N, Ribas A. Infiltration of CD8 T Cells and Expression of PD-1 and PD-L1 in Synovial Sarcoma. Cancer Immunol Res. 2017 Feb;5(2):118-126. doi: 10.1158/2326-6066.CIR-16-0148. PMID: 28039162

60. Kawaguchi K, Igarashi K, Murakami T, Zhao M, Zhang Y, **Chmielowski B**, Kiyuna T, Nelson SD, Russell TA, Dry SM, Li Y, Unno M, Eilber FC,

Hoffman RM. Tumor-Targeting Salmonella typhimurium A1-R Sensitizes Melanoma With a BRAF-V600E Mutation to Vemurafenib in a Patient-Derived Orthotopic Xenograft (PDOX) Nude Mouse Model. J Cell Biochem. 2017 Jan 20. PMID: 28106277

61. Wang J, **Chmielowski B**, Pellissier J, Xu R, Stevinson K, Liu FX. Cost-Effectiveness of Pembrolizumab Versus Ipilimumab in Ipilimumab-Naïve Patients with Advanced Melanoma in the United States. J Manag Care Spec Pharm. 2017 Feb;23(2):184-194. PMID: 28125365

62. Hugo W, Zaretsky JM, Sun L, Song C, Moreno BH, Hu-Lieskovan S, Berent-Maoz B, Pang J, **Chmielowski** B, Cherry G, Seja E, Lomeli S, Kong X, Kelley MC, Sosman JA, Johnson DB, Ribas A, Lo RS. Genomic and Transcriptomic Features of Response to Anti-PD-1 Therapy in Metastatic Melanoma. Cell. 2017 Jan 26;168(3):542 PMID: 28129544

63. **Chmielowski B.** Is there a role for single-agent BRAF inhibition in melanoma? Clin Adv Hematol Oncol. 2017 Feb;15(2):108-110. PMID: 28398279

64. Tumeh PC, Hellmann MD, Hamid O, Tsai KK, Loo KL, Gubens MA, Rosenblum M, Harview CL, Taube JM, Handley N, Khurana N, Nosrati A, Krummel MF, Tucker A, Sosa EV, Sanchez PJ, Banayan N, Osorio JC, Nguyen-Kim DL, Chang J, Shintaku IP, Boasberg PD, Taylor EJ, Munster PN, Algazi AP, **Chmielowski B**, Dummer R, Grogan TR, Elashoff D, Hwang J, Goldinger SM, Garon EB, Pierce RH, Daud A. Liver Metastasis and Treatment Outcome with Anti-PD-1 Monoclonal Antibody in Patients with Melanoma and NSCLC. Cancer Immunol Res. 2017 May;5(5):417-424. PMID: 28411193

65. Kawaguchi K, Igarashi K, Murakami T, Kiyuna T, Nelson SD, Dry SM, Li Y, Russell TA, Singh AS, **Chmielowski B**, Unno M, Eilber FC, Hoffman RM. Combination of gemcitabine and docetaxel regresses both gastric leiomyosarcoma proliferation and invasion in an imageable patient-derived orthotopic xenograft (iPDOX) model. Cell Cycle. 2017 Apr 20:1-7. PMID: 28426279

66. Larkin J, **Chmielowski B**, Lao CD, Hodi FS, Sharfman W, Weber J, Suijkerbuijk KPM, Azevedo S, Li H, Reshef D, Avila A, Reardon DA. Neurologic Serious Adverse Events Associated with Nivolumab Plus Ipilimumab or Nivolumab Alone in Advanced Melanoma, Including a Case Series of Encephalitis. Oncologist. 2017 May 11. PMID: 28495807

67. Odei B, Rwigema JC, Eilber FR, Eilber FC, Selch M, Singh A, **Chmielowski B**, Nelson SD, Wang PC, Steinberg M, Kamrava M. Predictors of Local Recurrence in Patients With Myxofibrosarcoma. Am J Clin Oncol. 2017 Jun 20. PMID: 28640064

68. Kawaguchi K, Igarashi K, Murakami T, Kiyuna T, Zhao M, Zhang Y, Nelson SD, Russell TA, Dry SM, Singh AS, **Chmielowski B**, Li Y, Unno M, Eilber FC, Hoffman RM. Salmonella typhimurium A1-R targeting of a chemotherapy-resistant BRAF-V600E melanoma in a patient-derived orthotopic xenograft (PDOX) model is enhanced in combination with either vemurafenib or temozolomide. Cell Cycle. 2017 Jul 3;16(13):1288-1294. PMID: 28622068

69. Larkin J, Minor D, D'Angelo S, Neyns B, Smylie M, Miller WH Jr, Gutzmer R, Linette G, **Chmielowski B**, Lao CD, Lorigan P, Grossmann K, Hassel JC, Sznol M, Daud A, Sosman J, Khushalani N, Schadendorf D, Hoeller C, Walker D, Kong G, Horak C, Weber J. Overall Survival in Patients With Advanced Melanoma Who Received Nivolumab Versus Investigator's Choice Chemotherapy in CheckMate 037: A Randomized, Controlled, Open-Label Phase III Trial. J Clin Oncol. 2017. PMID: 28671856

70. Kawaguchi K, Igarashi K, Li S, Han Q, Tan Y, Kiyuna T, Miyake K, Murakami T, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Unno M, Eilber FC, Hoffman RM. Combination treatment with recombinant methioninase enables temozolomide to arrest a BRAF V600E melanoma in a patient-derived orthotopic xenograft (PDOX) mouse model. Oncotarget. 2017 Aug 12;8(49):85516-85525. eCollection 2017 Oct 17. PMID: 29156737

71. Kawaguchi K, Igarashi K, Li S, Han Q, Tan Y, Miyake K, Kiyuna T, Miyake M, Murakami T, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Unno M, Eilber FC, Hoffman RM. Recombinant methioninase (rMETase) is an effective therapeutic for BRAF-V600E-negative as well as -positive melanoma in patient-derived orthotopic xenograft (PDOX) mouse models. Oncotarget. 2017 Dec 12;9(1):915-923. eCollection 2018 Jan 2. PMID: 29416666

72. Eroglu Z, Zaretsky JM, Hu-Lieskovan S, Kim DW, Algazi A, Johnson DB, Liniker E, Ben Kong, Munhoz R, Rapisuwon S, Gherardini PF, **Chmielowski B**, Wang X, Shintaku IP, Wei C, Sosman JA, Joseph RW, Postow MA, Carlino MS, Hwu WJ, Scolyer RA, Messina J, Cochran AJ, Long GV, Ribas A. High response rate to PD-1 blockade in desmoplastic melanomas. High response rate to PD-1 blockade in desmoplastic melanomas. Nature. 2018 Jan 18;553(7688):347-350. doi: 10.1038/nature25187. Epub 2018 Jan 10. PMID: 29320474

73. Villa NM, Farahmand A, Du L, Yeh MW, Smooke-Praw S, Ribas A, **Chmielowski B**, Cherry G, Leung AM. Endocrinopathies with use of cancer immunotherapies. Clin Endocrinol (Oxf). 2018 Feb;88(2):327-332. Epub 2017 Oct 9. PMID: 28941311

74. D'Angelo SP, Hamid OA, Tarhini A, Schadendorf D, **Chmielowski B,** Collichio FA, Pavlick AC, Lewis KD, Weil SC, Heyburn J, Schweizer C,

O'Shannessy DJ, Carvajal RD. A phase 2 study of ontuxizumab, a monoclonal antibody targeting endosialin, in metastatic melanoma. Invest New Drugs. 2018 Feb;36(1):103-113. Epub 2017 Nov 11. PMID: 29127533

75. Tavazoie MF, Pollack I, Tanqueco R, Ostendorf BN, Reis BS, Gonsalves FC, Kurth I, Andreu-Agullo C, Derbyshire ML, Posada J, Takeda S, Tafreshian KN, Rowinsky E, Szarek M, Waltzman RJ, Mcmillan EA, Zhao C, Mita M, Mita A, **Chmielowski B**, Postow MA, Ribas A, Mucida D, Tavazoie SF. LXR/ApoE Activation Restricts Innate Immune Suppression in Cancer. Cell. 2018 Feb 8;172(4):825-840.e18. doi: 10.1016/j.cell.2017.12.026. Epub 2018 Jan 11. PMID: 29336888

76. Kawaguchi K, Han Q, Li S, Tan Y, Igarashi K, Kiyuna T, Miyake K, Miyake M, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Singh AS, Eckardt MA, Unno M, Eilber FC, Hoffman RM. Targeting methionine with oral recombinant methioninase (o-rMETase) arrests a patient-derived orthotopic xenograft (PDOX) model of BRAF-V600E mutant melanoma: implications for chronic clinical cancer therapy and prevention. Cell Cycle. 2018;17(3):356-361. Epub 2018 Mar 19. PMID: 29187018

77. Kawaguchi K, Igarashi K, Kiyuna T, Miyake K, Miyake M, Murakami T, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Singh AS, Unno M, Eilber FC, Hoffman RM. Individualized doxorubicin sensitivity testing of undifferentiated soft tissue sarcoma (USTS) in a patient-derived orthotopic xenograft (PDOX) model demonstrates large differences between patients. Cell Cycle. 2018;17(5):627-633. Epub 2018 Mar 29. PMID: 29384032

78. Carvajal RD, Piperno-Neumann S, Kapiteijn E, Chapman PB, Frank S, Joshua AM, Piulats JM, Wolter P, Cocquyt V, **Chmielowski B**, Evans TRJ, Gastaud L, Linette G, Berking C, Schachter J, Rodrigues MJ, Shoushtari AN, Clemett D, Ghiorghiu D, Mariani G, Spratt S, Lovick S, Barker P, Kilgour E, Lai Z, Schwartz GK, Nathan P. Selumetinib in Combination With Dacarbazine in Patients With Metastatic Uveal Melanoma: A Phase III, Multicenter, Randomized Trial (SUMIT). J Clin Oncol. 2018 Apr 20;36(12):1232-1239. Epub 2018 Mar 12. PMID: 29528792

79. Nowicki TS, Escuin-Ordinas H, Avramis E, **Chmielowski B**, Chodon T, Berent-Maoz B, Wang X, Kaplan-Lefko P, Yang L, Baltimore D, Economou JS, Ribas A, Comin-Anduix B. Characterization of Postinfusion Phenotypic Differences in Fresh Versus Cryopreserved TCR Engineered Adoptive Cell Therapy Products. J Immunother. 2018 June 41(5):248-259. PMID: 29470191

80. Copley-Merriman C, Stevinson K, Liu FX, Wang J, Mauskopf J, Zimovetz EA, **Chmielowski B**. Medicine (Baltimore). 2018 Aug;97(31):e11736. Direct costs associated with adverse events of systemic therapies for advanced melanoma: Systematic literature review. Medicine (Baltimore) 2018 Aug 97(31) PMID: 30075584

81. D'Angelo SP, Russell J, Lebbé C, **Chmielowski B**, Gambichler T, Grob JJ, Kiecker F, Rabinowits G, Terheyden P, Zwiener I, Bajars M, Hennessy M, Kaufman HL. Efficacy and Safety of First-line Avelumab Treatment in Patients With Stage IV Metastatic Merkel Cell Carcinoma: A Preplanned Interim Analysis of a Clinical Trial. JAMA Oncol. 2018 Sept 1;4(9):e180077 PMID: 29566106

82. Kawaguchi K, Higuchi T, Li S, Han Q, Tan Y, Igarashi K, Zhao M, Miyake K, Kiyuna T, Miyake M, Ohshiro H, Sugisawa N, Zhang Z, Razmjooei S, Wangsiricharoen S, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Eckardt MA, Singh AS, Singh SR, Eilber FC, Unno M, Hoffman RM. Combination therapy of tumor-targeting Salmonella typhimurium A1-R and oral recombinant methioninase regresses a BRAF-V600E-negative melanoma. Biochem Biophys Res Commun. 2018 Sep 18;503(4):3086-3092. Epub 2018 Sep 18;503(4):3086-3092. PMID: 30166061

83. Kiyuna T, Tome Y, Murakami T, Miyake K, Igarashi K, Kawaguchi K, Oshiro H, Higuchi T, Miyake M, Sugisawa N, Zhang Z, Razmjooei S, Wangsiricharoen S, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Eckardt MA, Singh AS, Chawla S, Kanaya F, Eilber FC, Singh SR, Zhao M, Hoffman RM. A combination of irinotecan/cisplatinum and irinotecan/temozolomide or tumor-targeting Salmonella typhimurium A1-R arrest doxorubicin- and temozolomide-resistant myxofibrosarcoma in a PDOX mouse model. Biochem Biophys Res Commun. 2018 Nov 2;505(3):733-739. Epub 2018 Oct 3. PMID: 30292411

84. Igarashi K, Kawaguchi K, Kiyuna T, Miyake K, Miyaki M, Yamamoto N, Hayashi K, Kimura H, Miwa S, Higuchi T, Singh AS, **Chmielowski B**, Nelson SD, Russell TA, Eckardt MA, Dry SM, Li Y, Singh SR, Chawla SP, Eilber FC, Tsuchiya H, Hoffman RM. Metabolic targeting with recombinant methioninase combined with palbociclib regresses a doxorubicin-resistant dedifferentiated liposarcoma. Biochem Biophys Res Commun. 2018 Dec 2;506(4):912-917. Epub 2018 Nov 2. PMID: 30392912

85. Pennington JD, Eilber FC, Eilber FR, Singh AS, Reed JP, **Chmielowski B**, Eckardt JJ, Bukata SV, Bernthal NM, Federman N, Nelson SD, Dry SM, Wang PC, Luu M, Selch MT, Steinberg ML, Kalbasi A, Kamrava M. Long-term Outcomes With Ifosfamide-based Hypofractionated Preoperative Chemoradiotherapy for Extremity Soft Tissue Sarcomas. Am J Clin Oncol. 2018 Dec 41(12):1154-1161, PMID: 29664796

86. Kawaguchi K, Igarashi K, Miyake K, Kiyuna T, Miyake M, Singh AS, **Chmielowski B**, Nelson SD, Russell TA, Dry SM, Li Y, Unno M, Singh SR, Eilber FC, Hoffman RM. Patterns of Sensitivity to a Panel of Drugs are highly Individualized for Undifferentiated/Unclassified Soft Tissue Sarcoma (USTS) in Patient-Derived Orthotopic Xenograft (PDOX) Nude-Mouse Models. J Drug Target. 2019 Feb 27(2):211-216 PMID: 30024282

87. Gibney GT, Hamid O, Lutzky J, Olszanski AJ, Mitchell TC, Gajewski TF, **Chmielowski B**, Hanks BA, Zhao Y, Newton RC, Maleski J, Leopold L, Weber JS. Phase 1/2 study of epacadostat in combination with ipilimumab in patients with unresectable or metastatic melanoma. J Immunother Cancer. 2019 Mar 20;7(1):80, PMID: 30894212

88. Nowicki TS, Berent-Maoz B, Cheung-Lau G, Huang RR, Wang X, Tsoi J, Kaplan-Lefko P, Cabrera P, Tran J, Pang J, Macabali M, Garcilazo IP, Carretero IB, Kalbasi A, Cochran AJ, Grasso CS, Hu-Lieskovan S, **Chmielowski B**, Comin-Anduix B, Singh A, Ribas A. A Pilot Trial of the Combination of Transgenic NY-ESO-1-reactive Adoptive Cellular Therapy with Dendritic Cell Vaccination with or without Ipilimumab. Clin Cancer Res. 2019 Apr 1;25(7):2096-2108. PMID: 30573690

89. Boussemart L, Johnson A, Schrock AB, Pal SK, Frampton GM, Fabrizio D, Chalmers Z, Lotem M, Gibney G, Russell J, **Chmielowski B**, Ross JS, Stephens PJ, Miller VA, Ali SM. Tumor mutational burden and response to PD-1 inhibitors in a case series of patients with metastatic desmoplastic melanoma. J Am Acad Dermatol. 2019 June 80(6):1780-1782. PMID: 30576761

90. Jones RL, Chawla SP, Attia S, Schöffski P, Gelderblom H, **Chmielowski B**, Le Cesne A, Van Tine BA, Trent JC, Patel S, Wagner AJ, Chugh R, Heyburn JW, Weil SC, Wang W, Viele K, Maki RG. A phase 1 and randomized controlled phase 2 trial of the safety and efficacy of the combination of gemcitabine and docetaxel with ontuxizumab (MORAb-004) in metastatic soft-tissue sarcomas. Cancer. 2019 Jul 15; 125(14):2445-2454. PMID: 31034598

91. Klink AJ, **Chmielowski B,** Feinberg B, Ahsan S, Nero D, Liu FX. Health Care Resource Utilization and Costs in First-Line Treatments for Patients with Metastatic Melanoma in the United States. J Manag Care Spec Pharm. 2019 Aug 25(8):869-877, PMID: 30945965

92. Kalbasi A, Kamrava M, Chu FI, Telesca D, Van Dams R, Yang Y, Ruan D, Nelson SD, Dry SM, Hernandez J, **Chmielowski B**, Singh AS, Bukata SV, Bernthal NM, Steinberg ML, Weidhaas JB, Eilber FC. A Phase II Trial of 5-Day Neoadjuvant Radiotherapy for Patients with High-Risk Primary Soft Tissue Sarcoma. Clin Cancer Res. 2020 Feb 13. PMID: 32054730

93. Lambert J, Marrel A, D'Angelo SP, Burgess MA, **Chmielowski B**, Fazio N, Gambichler T, Grob JJ, Lebbé C, Robert C, Russell J, Güzel G, Bharmal M. Patient Experiences With Avelumab in Treatment-Naïve Metastatic Merkel Cell Carcinoma: Longitudinal Qualitative Interview Findings From JAVELIN Merkel 200, a Registrational Clinical Trial. Patient. 2020 May 30. PMID: 32472503

94. Graham DS, Onyshchenko M, Eckardt MA, DiPardo BJ, Venigalla S, Nelson SD, **Chmielowski B**, Singh AS, Shabason JE, Eilber FC, Kalbasi A. Low Rates of Chemotherapy Use for Primary, High-Grade Soft Tissue Sarcoma: A National Cancer Database Analysis. J Natl Compr Canc Netw. 2020 Aug;18(8):1055-1065. PMID: 32755981

95. Grasso CS, Tsoi J, Onyshchenko M, Abril-Rodriguez G, Ross-Macdonald P, Wind-Rotolo M, Champhekar A, Medina E, Torrejon DY, Shin DS, Tran P, Kim YJ, Puig-Saus C, Campbell K, Vega-Crespo A, Quist M, Martignier C, Luke JJ, Wolchok JD, Johnson DB, **Chmielowski B**, Hodi FS, Bhatia S, Sharfman W, Urba WJ, Slingluff CL Jr, Diab A, Haanen JBAG, Algarra SM, Pardoll DM, Anagnostou V, Topalian SL, Velculescu VE, Speiser DE, Kalbasi A, Ribas A. Conserved Interferon-$\gamma$ Signaling Drives Clinical Response to Immune Checkpoint Blockade Therapy in Melanoma. Cancer Cell. 2021 Jan 11;39(1):122. Epub 2020 Dec 10. PMID: 33306984

96. Graham DS, van Dams R, Jackson NJ, Onyshchenko M, Eckardt MA, DiPardo BJ, Nelson SD, **Chmielowski B**, Shabason JE, Singh AS, Eilber FC, Kalbasi A. Chemotherapy and Survival in Patients with Primary High-Grade Extremity and Trunk Soft Tissue Sarcoma Cancers (Basel). 2020 Aug 24;12(9). PMID: 32846908

97. Ott PA, Hu-Lieskovan S, **Chmielowski B**, Govindan R, Naing A, Bhardwaj N, Margolin K, Awad MM, Hellmann MD, Lin JJ, Friedlander T, Bushway ME, Balogh KN, Sciuto TE, Kohler V, Turnbull SJ, Besada R, Curran RR, Trapp B, Scherer J, Poran A, Harjanto D, Barthelme D, Ting YS, Dong JZ, Ware Y, Huang Y, Huang Z, Wanamaker A, Cleary LD, Moles MA, Manson K, Greshock J, Khondker ZS, Fritsch E, Rooney MS, DeMario M, Gaynor RB, Srinivasan L. A Phase Ib Trial of Personalized Neoantigen Therapy Plus Anti-PD-1 in Patients with Advanced Melanoma, Non-small Cell Lung Cancer, or Bladder Cancer. Cell. 2020 Oct 15;183(2):347-362. PMID: 33064988

98. Chantharasamee J, Adashek JJ, Wong K, Eckardt MA, **Chmielowski B**, Dry S, Eilber FC, Singh AS. Translating Knowledge About the Immune Microenvironment of Gastrointestinal Stromal Tumors into Effective Clinical Strategies. Curr Treat Options Oncol. 2021 Jan 5;22(1):9. PMID: 33400014

99. Swetter SM, Thompson JA, Albertini MR, Barker CA, Baumgartner J, Boland G, **Chmielowski B**, DiMaio D, Durham A, Fields RC, Fleming MD, Galan A, Gastman B, Grossmann K, Guild S, Holder A, Johnson D, Joseph RW, Karakousis G, Kendra K, Lange JR, Lanning R, Margolin K, Olszanski AJ, Ott PA, Ross MI, Salama AK, Sharma R, Skitzki J, Sosman J, Wuthrick E, McMillian NR, Engh AM. NCCN Guidelines® Insights: Melanoma: Cutaneous, Version 2.2021. J Natl Compr Canc Netw. 2021 Apr 1;19(4):364-376. PMID: 33845460

100. Gounder M, Abdul Razak AR, Gilligan AM, Leong H, Ma X, Somaiah N, Chawla SP, Martin-Broto J, Grignani G, Schuetze SM, Vincenzi B, Wagner AJ, **Chmielowski B**, Jones RL, Shah J, Shacham S, Kauffman M, Riedel RF, Attia S. Health-related quality of life and pain with selinexor in patients with advanced dedifferentiated liposarcoma. Future Oncol. 2021 Apr 15. PMID: 33855868

101. Ribas A, Medina T, Kirkwood JM, Zakharia Y, Gonzalez R, Davar D, **Chmielowski B**, Campbell KM, Bao R, Kelley H, Morris A, Mauro D, Wooldridge JE, Luke JJ, Weiner GJ, Krieg AM, Milhem MM. Overcoming PD-1 Blockade Resistance With CpG-A Toll-Like Receptor 9 Agonist Vidutolimod in Patients With Metastatic Melanoma. Cancer Discov. 2021 Jul 29. PMID: 34326162

102. Singh AS, Hecht JR, Rosen L, Wainberg ZA, Wang X, Douek M, Hagopian A, Andes R, Sauer L, Brackert SR, Chow W, DeMatteo R, Eilber FC, Glaspy JA, **Chmielowski B.** A Randomized Phase 2 Study Of Nivolumab Monotherapy Or Nivolumab Combined with Ipilimumab In Patients with Advanced Gastrointestinal Stromal Tumors. Clin Cancer Res. 2021 Aug 18. PMID: 34407970

103. Tap WD, Singh AS, Anthony SP, Sterba M, Zhang C, Healey JH, **Chmielowski B**, Cohn AL, Shapiro GI, Keedy VL, Wainberg ZA, Puzanov I, Cote GM, Wagner AJ, Braiteh F, Sherman E, Hsu HH, Peterfy C, Gelhorn HL, Ye X, Severson P, West BL, Lin PS, Tong-Starksen S. Results from Phase 1 Extension Study Assessing Pexidartinib Treatment in 6 cohorts with Solid Tumors including TGCT, and Abnormal CSF1 Transcripts in TGCT. Clin Cancer Res. 2022 Jan 15;28(2):298-307. PMID: 34716196

104. Szlachta-McGinn A, **Chmielowski B**, Kang Y, Raman S, Memarzadeh S. Management of Clitoral Melanoma Presenting as an Exophytic Clitoral Mass: A Case Report and Review of the Literature. Curr Oncol. 2021 Oct 21;28(6):4264-4272. PMID: 34898540

105. Grossmann KF, Othus M, Patel SP, Tarhini AA, Sondak VK, Knopp MV, Petrella TM, Truong TG, Khushalani NI, Cohen JV, Buchbinder EI, Kendra K, Funchain P, Lewis KD, Conry RM, **Chmielowski B**, Kudchadkar RR, Johnson DB, Li H, Moon J, Eroglu Z, Gastman B, Kovacsovics-Bankowski M, Gunturu KS, Ebbinghaus SW, Ahsan S, Ibrahim N, Sharon E, Korde LA, Kirkwood JM, Ribas A. Adjuvant pembrolizumab versus interferon alfa-2b or ipilimumab in resected high-risk melanoma. Cancer Discov. 2022 Mar 1;12(3):644-653. PMID: 34764195

106. Peterfy C, Chen Y, Countryman P, **Chmielowski B**, Anthony SP, Healey JH, Wainberg ZA, Cohn AL, Shapiro GI, Keedy VL, Singh A, Puzanov I, Wagner AJ, Qian M, Sterba M, Hsu HH, Tong-Starksen S, Tap WD. CSF1 receptor inhibition of tenosynovial giant cell tumor using novel disease-

specific MRI measures of tumor burden. Future Oncol. 2022 Apr;18(12):1449-1459 PMID: 35040698

107. Chantharasamee J, Wong K, Potivongsajarn P, Qorbani A, Motamed N, Brackert S, Cohen J, **Chmielowski B,** Kalbasi A, Rao J, Nelson S, Singh A. Retrospective analysis of adjuvant treatment for localized, operable uterine leiomyosarcoma. Cancer Med. 2022 Mar 20. PMID: 35307963

108. Gounder MM, Razak AA, Somaiah N, Chawla S, Martin-Broto J, Grignani G, Schuetze SM, Vincenzi B, Wagner AJ, Chmielowski B, Jones RL, Riedel RF, Stacchiotti S, Loggers ET, Ganjoo KN, Le Cesne A, Italiano A, Garcia Del Muro X, Burgess M, Piperno-Neumann S, Ryan C, Mulcahy MF, Forscher C, Penel N, Okuno S, Elias A, Hartner L, Philip T, Alcindor T, Kasper B, Reichardt P, Lapeire L, Blay JY, Chevreau C, Valverde Morales CM, Schwartz GK, Chen JL, Deshpande H, Davis EJ, Nicholas G, Gröschel S, Hatcher H, Duffaud F, Herráez AC, Beveridge RD, Badalamenti G, Eriksson M, Meyer C, von Mehren M, Van Tine BA, Götze K, Mazzeo F, Yakobson A, Zick A, Lee A, Gonzalez AE, Napolitano A, Dickson MA, Michel D, Meng C, Li L, Liu J, Ben-Shahar O, Van Domelen DR, Walker CJ, Chang H, Landesman Y, Shah JJ, Shacham S, Kauffman MG, Attia S. J Selinexor in Advanced, Metastatic Dedifferentiated Liposarcoma: A Multinational, Randomized, Double-Blind, Placebo-Controlled Trial. Clin Oncol. 2022 Apr 8. PMID: 35394800

109. Atkins MB, Lee SJ, **Chmielowski B**, Tarhini AA, Cohen GI, Truong TG, Moon HH, Davar D, O'Rourke M, Stephenson JJ, Curti BD, Urba WJ, Brell JM, Funchain P, Kendra KL, Ikeguchi AP, Jaslowski A, Bane CL, Taylor MA, Bajaj M, Conry RM, Ellis RJ, Logan TF, Laudi N, Sosman JA, Crockett DG, Pecora AL, Okazaki IJ, Reganti S, Chandra S, Guild S, Chen HX, Streicher HZ, Wolchok JD, Ribas A, Kirkwood JM. Combination Dabrafenib and Trametinib Versus Combination Nivolumab and Ipilimumab for Patients With Advanced BRAF-Mutant Melanoma: The DREAMseq Trial-ECOG-ACRIN EA6134. J Clin Oncol. 2023 Jan 10;41(2):186-197.PMID: 36166727

110. Rosenbaum E, Chugh R, Ryan CW, Agulnik M, Milhem MM, George S, Jones RL, **Chmielowski B**, Van Tine BA, Tawbi H, Elias AD, Read WL, Budd GT, Qin LX, Rodler ET, Hirman J, Weiden P, Bennett CM, Livingston PO, Ragupathi G, Hansen D, D'Angelo SP, Tap WD, Schwartz GK, Maki RG, Carvajal RD. A randomised phase II trial of a trivalent ganglioside vaccine targeting GM2, GD2 and GD3 combined with immunological adjuvant OPT-821 versus OPT-821 alone in metastatic sarcoma patients rendered disease-free by surgery. Eur J Cancer. 2022 Nov; 176:155-163. PMID: 36215947

111. Luke JJ, Patel MR, Blumenschein GR, Hamilton E, **Chmielowski B**, Ulahannan SV, Connolly RM, Santa-Maria CA, Wang J, Bahadur SW, Weickhardt A, Asch AS, Mallesara G, Clingan P, Dlugosz-Danecka M,

Tomaszewska-Kiecana M, Pylypenko H, Hamad N, Kindler HL, Sumrow BJ, Kaminker P, Chen FZ, Zhang X, Shah K, Smith DH, De Costa A, Li J, Li H, Sun J, Moore PA. The PD-1- and LAG-3-targeting bispecific molecule tebotelimab in solid tumors and hematologic cancers: a phase 1 trial. Nat Med. 2023 Nov;29(11):2814-2824. PMID: 37857711

112. Foy SP, Jacoby K, Bota DA, Hunter T, Pan Z, Stawiski E, Ma Y, Lu W, Peng S, Wang CL, Yuen B, Dalmas O, Heeringa K, Sennino B, Conroy A, Bethune MT, Mende I, White W, Kukreja M, Gunturu S, Humphrey E, Hussaini A, An D, Litterman AJ, Quach BB, Ng AHC, Lu Y, Smith C, Campbell KM, Anaya D, Skrdlant L, Huang EY, Mendoza V, Mathur J, Dengler L, Purandare B, Moot R, Yi MC, Funke R, Sibley A, Stallings-Schmitt T, Oh DY, **Chmielowski B**, Abedi M, Yuan Y, Sosman JA, Lee SM, Schoenfeld AJ, Baltimore D, Heath JR, Franzusoff A, Ribas A, Rao AV, Mandl SJ. Non-viral precision T cell receptor replacement for personalized cell therapy. Nature. 2023 Mar;615(7953):687-696. PMID: 36356599

113. Puig-Saus C, Sennino B, Peng S, Wang CL, Pan Z, Yuen B, Purandare B, An D, Quach BB, Nguyen D, Xia H, Jilani S, Shao K, McHugh C, Greer J, Peabody P, Nayak S, Hoover J, Said S, Jacoby K, Dalmas O, Foy SP, Conroy A, Yi MC, Shieh C, Lu W, Heeringa K, Ma Y, Chizari S, Pilling MJ, Ting M, Tunuguntla R, Sandoval S, Moot R, Hunter T, Zhao S, Saco JD, Perez-Garcilazo I, Medina E, Vega-Crespo A, Baselga-Carretero I, Abril-Rodriguez G, Cherry G, Wong DJ, Hundal J, **Chmielowski B**, Speiser DE, Bethune MT, Bao XR, Gros A, Griffith OL, Griffith M, Heath JR, Franzusoff A, Mandl SJ, Ribas A. Neoantigen-targeted CD8+ T cell responses with PD-1 blockade therapy. Nature. 2023 Mar;615(7953):697-704. PMID: 36890230

114. Patel SP, Othus M, Chen Y, Wright GP Jr, Yost KJ, Hyngstrom JR, Hu-Lieskovan S, Lao CD, Fecher LA, Truong TG, Eisenstein JL, Chandra S, Sosman JA, Kendra KL, Wu RC, Devoe CE, Deutsch GB, Hegde A, Khalil M, Mangla A, Reese AM, Ross MI, Poklepovic AS, Phan GQ, Onitilo AA, Yasar DG, Powers BC, Doolittle GC, In GK, Kokot N, Gibney GT, Atkins MB, Shaheen M, Warneke JA, Ikeguchi A, Najera JE, **Chmielowski B,** Crompton JG, Floyd JD, Hsueh E, Margolin KA, Chow WA, Grossmann KF, Dietrich E, Prieto VG, Lowe MC, Buchbinder EI, Kirkwood JM, Korde L, Moon J, Sharon E, Sondak VK, Ribas A. Neoadjuvant-Adjuvant or Adjuvant-Only Pembrolizumab in Advanced Melanoma. N Engl J Med. 2023 Mar 2;388(9):813-823. PMID: 36856617

115. Eckardt MA, Graham DS, Klingbeil KD, Lofftus SY, McCaw TR, Bailey MJ, Goldring CJ, Kendal JK, Kadera BE, Nelson SD, Dry SM, Kalbasi A, Singh AS, **Chmielowski B**, Eilber FR, Eilber FC, Crompton JG. ASO Visual Abstract: Lifelong Imaging Surveillance is Indicated for Patients with Primary Retroperitoneal Liposarcoma. Ann Surg Oncol. 2023 May;30(5):3104-3105. PMID: 36690841

116. Wainberg ZA, Singh AS, Konecny GE, McCann KE, Hecht JR, Goldman J, **Chmielowski B**, Finn RS, O'Brien N, Von Euw E, Price MM, Martinez D, Yonemoto L, Brennan M, Glaspy JA, Slamon DJ. Preclinical and Clinical Trial Results Using Talazoparib and Low-Dose Chemotherapy. Clin Cancer Res. 2023 Jan 4;29(1):40-49. PMID: 36136304

117. Al Shihabi A, Tebon PJ, Nguyen HTL, Chantharasamee J, Sartini S, Davarifar A, Jensen AY, Diaz-Infante M, Cox H, Gonzalez AE, Swearingen S, Tavanaie N, Dry S, Singh A, **Chmielowski B**, Crompton JG, Kalbasi A, Eilber FC, Hornicek F, Bernthal N, Nelson SD, Boutros PC, Federman N, Yanagawa J, Soragni A. The landscape of drug sensitivity and resistance in sarcoma. bioRxiv. 2023 Aug 8:2023. PMID: 37292676

118. VanderWalde A, Bellasea SL, Kendra KL, Khushalani NI, Campbell KM, Scumpia PO, Kuklinski LF, Collichio F, Sosman JA, Ikeguchi A, Victor AI, Truong TG, **Chmielowski B**, Portnoy DC, Chen Y, Margolin K, Bane C, Dasanu CA, Johnson DB, Eroglu Z, Chandra S, Medina E, Gonzalez CR, Baselga-Carretero I, Vega-Crespo A, Garcilazo IP, Sharon E, Hu-Lieskovan S, Patel SP, Grossmann KF, Moon J, Wu MC, Ribas A. Ipilimumab with or without nivolumab in PD-1 or PD-L1 blockade refractory metastatic melanoma: a randomized phase 2 trial. Nat Med. 2023 Sep;29(9):2278-2285. PMID: 37592104

119. Hong DS, Postow M, **Chmielowski B,** Sullivan R, Patnaik A, Cohen EEW, Shapiro G, Steuer C, Gutierrez M, Yeckes-Rodin H, Ilaria R, O'Connell B, Peng J, Peng G, Zizlsperger N, Tolcher A, Wolchok JD. Eganelisib, a First-in-Class PI3K $\gamma$ Inhibitor, in Patients with Advanced Solid Tumors: Results of the Phase 1/1b MARIO-1 Trial. Clin Cancer Res. 2023 Jun 13;29(12):2210-2219. PMID: 37000164

120. Steven Attia, Victor Villalobos, Nadia Hindi, Andrew J. Wagner, **Bartosz Chmielowski**, Gerard J. Oakley III, Patrick M. Peterson, Matteo Ceccarelli, Robin L. Jones and Mark A. Dickson. Randomized Phase 2 Clinical Trial of Olaratumab in Combination with Gemcitabine and Docetaxel in Advanced Soft Tissue Sarcomas. Cancers 2023, 15(19), 4871;

121. Al Shihabi A, Tebon PJ, Nguyen HTL, Chantharasamee J, Sartini S, Davarifar A, Jensen AY, Diaz-Infante M, Cox H, Gonzalez AE, Swearingen S, Tavanaie N, Dry S, Singh A, **Chmielowski B**, Crompton JG, Kalbasi A, Eilber FC, Hornicek F, Bernthal N, Nelson SD, Boutros PC, Federman N, Yanagawa J, Soragni A. The landscape of drug sensitivity and resistance in sarcoma. bioRxiv. 2023 Aug 8:2023.PMID: 37292676

122. Hassel JC, Piperno-Neumann S, Rutkowski P, Baurain JF, Schlaak M, Butler MO, Sullivan RJ, Dummer R, Kirkwood JM, Orloff M, Sacco JJ, Ochsenreither S, Joshua AM, Gastaud L, Curti B, Piulats JM, Salama AKS, Shoushtari AN, Demidov L, Milhem M, **Chmielowski B**, Kim KB, Carvajal RD, Hamid O, Collins L, Ranade K, Holland C, Pfeiffer C, Nathan P. Three-

Year Overall Survival with Tebentafusp in Metastatic Uveal Melanoma. N Engl J Med. 2023 Dec 14;389(24):2256-2266. PMID: 37870955

123.

B. RESEARCH PAPERS-PEER-REVIEWED (IN PRESS)
None

C. RESEARCH PAPERS-PEER-REVIEWED (SUBMITTED)

RESEARCH PAPERS (NON-PEER REVIEWED)

D. RESEARCH PAPERS – NON-PEER REVIEWED

1. **B. Chmielowski**, Wlodarczyk P., Jakuczek E., Wilczynski A.: "Analiza wskazan do wyciecia macicy w przebiegu ciecia cesarskiego i w pologu po cieciu cesarskim na materiale I Kliniki Poloznictwa AM we Wroclawiu w latach 1946-1993". *(„Analysis of Idications to Hysterectomy during and after Cesarean Section" )* Materialy Ogolnopolskiego Sympozjum Studenckich Polozniczo-Ginekologicznych Kol Naukowych, Wroclaw, 1994

2. J.Robaczynski, Wilczynski A., Barcikowski P., **Chmielowski B.**:"Ocena stanu noworodka po porodzie kleszczowym i zakonczonego przy pomocy prozniociagu". *(„Analysis of the Status of a Newborn after Vacuum Extraction and Forceps Delivery" )* Materialy Sympozjum z okazji 50-lecia pracy prof. dr. hab. Jerzego Robaczynskiego, Wroclaw,1995

E. RESEARCH PAPERS – NON-PEER REVIEWED (IN PRESS)
None

F. RESEARCH PAPERS – NON-PEER REVIEWED (SUBMITTED)
None

**CHAPTERS**

1. Baldini, E. **Chmielowski, B**, Tap, W. „Soft Tissue Sarcomas" Clinical Care Oncology Practice, 2009

2. **B. Chmielowski**, Ribas A.: „Targeting Immunological Synapse – New Horizons in Immunotherapy for Cancer" in „Cancer Metastasis: From Local Proliferation to Distant Sites through the Lymphovascular System" by Stanley P.L. Leong, Humana Press/Springer, 2009

3. **B. Chmielowski**, Wagner RF., Ribas A.: „Skin Cancers" in „Manual of Clinical Oncology" 6th Edition, by Dennis A Casciato, Lippincot Williams & Wilkins, 2009

4. **B. Chmielowski**, Casciato DA., Wagner RF.: „Cutaneous Complications" in „Manual of Clinical Oncology" 6th Edition by Dennis A Casciato, Lippincot Williams & Wilkins, 2009

5. **B. Chmielowski**, Ribas A, Wagner RF.,: „Skin Cancers" in „Manual of Clinical Oncology" 7th Edition, by Dennis A Casciato, Lippincot Williams & Wilkins, 2012

6. **B. Chmielowski**, Casciato DA: „Miscellaneous Neoplasms" in „Manual of Clinical Oncology" 7th Edition, by Dennis A Casciato, Lippincot Williams & Wilkins, 2012

7. **B. Chmielowski**, Casciato DA: „Abdominal Complications" in „Manual of Clinical Oncology" 7th Edition, by Dennis A Casciato, Lippincot Williams & Wilkins, 2012

8. **B. Chmielowski**, Casciato DA., Wagner RF.: „Cutaneous Complications" in „Manual of Clinical Oncology" 7th Edition by Dennis A Casciato, Lippincot Williams & Wilkins, 2012

9. **B. Chmielowski**: „ Biology of Cancer and Implications for Clinical Oncology" in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

10. **B. Chmielowski**: „ Systemic Therapy Agents" in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

11. S. Hu-Lieskovan, **B. Chmielowski,** A. Ribas: „ Immunotherapy " in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

12. **B. Chmielowski**, Ribas A, Wagner RF,: „Skin Cancers"in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

13. **B. Chmielowski**: „ Miscellaneous Neoplasms" in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

14. **B. Chmielowski**: „ Cancer of Unknown Primary" in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

15. **B. Chmielowski,** Wagner RF.: „ Cutaneous Complications" in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

16. **B. Chmielowski**: „ Thoracic Complications" in „Manual of Clinical Oncology" 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

17. **B. Chmielowski**: „ Abdominal Complications” in „Manual of Clinical Oncology” 8th Edition by **Bartosz Chmielowski** and Mary Territo, Lippincot Williams & Wilkins, 2017

**LETTERS TO THE EDITOR**

None

**REVIEWS**

1. P. Kusnierczyk, Pacholczyk R., **Chmielowski B.**, Ignatowicz L.: “The Role of a Peptide Ligand in the Positive Selection of T Lymphocytes”. Central-European Journal of Immunology, Jan 1999

**EDITORIALS**

1. J. Glaspy, Ribas A., **Chmielowski B**.: “Interferon Alfa in the Postsurgical Management of High-Risk Melanoma: Is It Worth It?” J Clin Oncol. 2009 Jun 20; 27(18):2896-7
2. Ribas A, **Chmielowski B**, Glaspy JA.: “Do we need a different set of the response assessment criteria for tumor immunotherapy?” Clin Cancer Res. 2009 Dec 1;15 (23):7116-8.
3. **Chmielowski B**: Insulin-like growth factor 1 receptor inhibitors: Where do we come from? What are we? Where are we going? Cancer. 2014 May 2 PMID: 24797606
4. **Chmielowski B**.: How Should We Assess Benefit in Patients Receiving Checkpoint Inhibitor Therapy? J Clin Oncol. 2018 Mar 20;36(9):835-836. Epub 2018 Feb 1. PMID: 29389232

**PAPERS IN PREPARATION (RESEARCH COMPLETED)**

1. **Bartosz Chmielowski**, Teli Hsueh, Jonathan L. Begley, Jonathan Zuckerman, John A. Glaspy, Antoni Ribas. Reversal of Melanoma Resistance to Gemcitabine by Checkpoint Kinase Inhibition. 2016 (in preparation).

**ABSTRACTS**

1. G. D. Demetri, A. Le Cesne, M. Von Mehren, **B. Chmielowski**, S. Bauer, W. A. Chow, E. Rodenas, K. McKee, D. S. Grayzel, Y. Kang: „ Final results from a phase III study of IPI-504 (retaspimycin hydrochloride) versus placebo in patients (pts) with gastrointestinal stromal tumors (GIST) following failure of kinase inhibitor therapies.“ 2010 Gastrointestinal Cancer Symposium

2. J. Sosman, K. Kim, L. Schuchter, R. Gonzalez, A. Pavlick, J. Weber, G. McArthur, T. Hutson, D. Lawrence, S. Moschos, K. Flaherty, P. Hersey, R. Kefford, **B. Chmielowski**, R. Amaravadi, I. Puzanov, J. Li, S. Bhattacharya, K. Nolop, R. Lee, A. Joe, A. Ribas : “An Open-Label, Multicenter Phase II Study of Continuous Oral Dosing of RG7204 (PLX4032) in Previously

Treated Patients with BRAF V600E Mutation-Positive Metastatic Melanoma" Society for Melanoma Research (SMR) International Melanoma Congress (November 2010)

3. J. S. Weber, A. Ribas, A. Bot, M. Obrocea, **B. Chmielowski**, D. Rosario, Z. Qiu, B. Comin-Anduix; "A phase I trial of intra-lymph-node administration of a novel immunotherapeutic regimen (MKC1106-MT) in patients with advanced melanoma.." ASCO June 2010

4. G. D. Demetri, M. C. Heinrich, **B. Chmielowski**, J. A. Morgan, S. George, R. Bradley, R. K. Blackman, F. Teofilovici, J. A. Fletcher, W. D. Tap, M. von Mehren "An open-label phase II study of the Hsp90 inhibitor ganetespib (STA-9090) in patients (pts) with metastatic and/or unresectable GIST." ASCO June 2011

5. A. Ribas, K. B. Kim, L. M. Schuchter, R. Gonzalez, A. C. Pavlick, J. S. Weber, G. A. McArthur, T. E. Hutson, K. T. Flaherty, S. J. Moschos, D. P. Lawrence, P. Hersey, R. F. Kefford, **B. Chmielowski**, I. Puzanov, J. Li, K. B. Nolop, R. J. Lee, A. K. Joe, J. A. Sosman "BRIM-2: An open-label, multicenter phase II study of vemurafenib in previously treated patients with BRAF V600E mutation-positive metastatic melanoma." ASCO June 2011

6. J. A. Sosman, A. A. Adjei, P. LoRusso, S. A. Michael, G. K. Dy, A. Bowditch, **B. Chmielowski**, S. Lee, R. M. Walker, S. Faucette, E. S. Izmailova, V. Bozon, A. Ribas "First-in-human, multicenter, dose-escalation, phase I study of the investigational drug TAK-733, an oral MEK inhibitor, in patients (pts) with advanced nonhematologic malignancies and melanoma. " ASCO June 2011

7. Richard D. Carvajal, Rashmi Chugh, Mohammed M. Milhem, Christopher W. Ryan, Suzanne George, **Bartosz Chmielowski**, Mark Agulnik, Eve T. Rodler, Anthony D. Elias, G. Thomas Budd, Hussein Tawbi, Sujana Movva, Brian Andrew Van Tine, Mark Andrew Dickson, Martee Leigh Hensley, Mary Louise Keohan, William D. Tap, Cathryn M. Bennett, Robert G. Maki, Gary K. Schwartz;" andomized multicenter double-blind phase II trial: The immunological adjuvant OPT-821 with or without a trivalent ganglioside vaccine in metastatic sarcoma patients following metastasectomy." ASCO June 2012

8. Andrew Eugene Hendifar, Sant P. Chawla, Doris Quon, Victoria S Chua, Lita Fernandez, Sandeep Nagre, Marita Okunnu, **Bartosz Chmielowski**, Arun S. Singh, Slava Akmaev, David Chatman, John McCook, Shen Luan, Rangaprasad Sarangarajan, Paul Y. Song, Niven R Narain "Phase I study of BPM 31510 in advanced solid tumors: Updated analysis of a novel treatment with promising activity." ASCO June 2012

9. Gary K. Schwartz, William D. Tap, Li-Xuan Qin, Michael B. Livingston, Samir D. Undevia, **Bartosz Chmielowski**, Mark Agulnik, Scott Schuetze, Damon R. Reed, Scott H. Okuno, Joseph A. Ludwig, Kenneth R. Hande, Petra Rietschel, Andrew S. Kraft, Douglas Adkins, Bruce Brockstein,

Vincent Yim, Christiana Bitas, Cristina Antonescu, Robert G. Maki "A phase II multicenter study of the IGF-1 receptor antibody cixutumumab (A12) and the mTOR inhibitor temsirolimus (TEM) in patients (pts) with refractory IGF-1R positive (+) and negative (-) bone and soft tissue sarcomas (STS)." ASCO June 2012

10. William D. Tap, Brian Andrew Van Tine, Anthony D. Elias, Michael B. Livingston, Mark Agulnik, Matthew M. Cooney, **Bartosz Chmielowski**, Andrew Jacob Brenner, Gregory K. Pennock, Neeta Somaiah, Long H. Dang, Gary G. Tian, Robin Lewis Jones, Scott H. Okuno, Nick Loizos, Johannes Nippgen, Gary K. Schwartz "A phase Ib/II study evaluating the efficacy of doxorubicin (D) with or without a human anti-PDGFRα monoclonal antibody olaratumab (IMC-3G3) in the treatment of advanced soft tissue sarcoma (STS). " ASCO June 2012

11. Joyce Leta Steinberg, Agop Y. Bedikian, D. Scott Ernst, **Bartosz Chmielowski**, Bruce Redman, Anne Therese Keating, Fei Jie, Caroline Chen, Jeffrey S. Weber, Ragini Reiney Kudchadkar, YM155-CL-034 Study Group "A phase II, multicenter, open-label study of YM155 plus docetaxel in subjects with stage III (unresectable) or stage IV melanoma. " ASCO June 2012.

12. Alex A Adjei, Patricia LoRusso, Antoni Ribas, Jeffrey A Sosman, Grace Dy, **Bartosz Chmielowski**, Peter Lipman, Xiaofei Zhou, Esha Gangolli, Viviana Bozón "Multicenter, dose-escalation study of the investigational drug TAK−733, an oral MEK inhibitor, in patients (pts) with advanced solid tumors: Preliminary phase 1 results " ESMO 2012

13. K Kim, A Ribas, **B Chmielowski**, R Gonzalez, KD Lewis, A Pavlick, JS Weber, G McArthur, TE Hutson, K Flaherty, D Lawrence, P Hersey, R Kefford, I Puzanov, JA Sosman, RK Amaravadi, LM Schuchter, O Liesenfeld, M Teng, I Caro, K Nolop Long-term Safety and Efficacy of Vemurafenib in the Treatment of BRAF V600E-mutant Advanced Melanoma (BRIM-2 Study Update). Society for Melanoma Research 2012

14. Steven O'Day, Rene Gonzalez, Kevin Kim, **Bartosz Chmielowski**, Richard Kefford, Georgina Long, Carmen Loquai, Charles Lance Cowey, Axel Hauschild, John D. Hainsworth, Peter Hersey, Frances Boyle, T. R. Jeffry Evans, Omid Hamid, Nicole Meneses, Corina Andresen, Min Ren, James P. O'Brien, Keith Flaherty A phase II study of the multitargeted kinase inhibitor lenvatinib in patients with advanced BRAF wild-type melanoma. Abstract 9026 ASCO June 2013

15. **Bartosz Chmielowski**, Omid Hamid, David R. Minor, Sandra P. D'Angelo, Gregory K. Pennock, Kenneth Grossmann, Paolo Antonio Ascierto, Adil Daud, Reinhard Dummer, F. Stephen Hodi, Céleste Lebbé, Caroline Robert, Jeffrey Alan Sosman, Arvin Yang, Alexandre Lambert, Jeffrey S. Weber A phase III open-label study of nivolumab (anti-PD-1; BMS-936558; ONO-

4538) versus investigator's choice in advanced melanoma patients progressing post anti-CTLA-4 therapy. Abstract TPS9105 ASCO June 2013

16. Erika M. von Euw, Ke-Wei Gong, Hong-Mei Rong, Neil A O'Brien, Arun Singh, Jerry Shen2, Leonard Post2, Richard S Finn, **Bartosz Chmielowski** & Dennis J Slamon Combination of a novel PARP inhibitor, BMN 673, with temozolomide for the treatment of melanoma. Society for Melanoma Research meeting, Nov 2013

17. Erika M. Von Euw, Hong-Mei Rong, Neil O'Brien, Dylan Conklin, Veerauo Konkankit, Ke-Wei Gong, Angela Zubel, Ronald Linnartz, Richard Finn, **Bartosz Chmielowski**, Dennis Slamon MEK162 (ARRY 438162), a MEK1/2 inhibitor, has activity in melanoma cells independent of BRAF and NRAS mutation status AACR Meeting April 2013

18. Arun Singh, **Bartosz Chmielowski**, Weiping Jia, Kareem Clarke, Neil O'Brien, Judy Dering, Dylan Conklin, Yuqiao Shen, Leonard Post, Richard S. Finn, Dennis J. Slamon Selective sensitivity of Ewing's Sarcoma to the PARP inhibitor BMN 673 AACR Meeting April 2013

19. Arun S. Singh, Kamalesh Kumar Sankhala, Arnob Mukherjee, Vivek Narasimha, **Bartosz Chmielowski**, Doris V. Quon, Vicky Chua, Sant P. Chawla; 14-day continuous infusion ifosfamide in advanced refractory sarcomas. ASCO Annual Meeting 2014

20. Geoffrey Thomas Gibney, Omid Hamid, Tara C. Gangadhar, Jose Lutzky, Anthony J. Olszanski, Thomas Gajewski, **Bartosz Chmielowski**, Peter D. Boasberg, Yufan Zhao, Robert Charles Newton, Peggy A Scherle, Jill Bowman, Janet Maleski, Lance Leopold, Jeffrey S. Weber; Preliminary results from a phase 1/2 study of INCB024360 combined with ipilimumab (ipi) in patients (pts) with melanoma. ASCO Annual Meeting 2014

21. William D. Tap, Stephen Patrick Anthony, **Bartosz Chmielowski,** Arthur P. Staddon, Allen Lee Cohn, Geoffrey Shapiro, Igor Puzanov, Eunice L Kwak, Andrew J Wagner, Charles Peterfy, Henry H Hsu, Carolyn Gee, Paul S. Lin, Sandra Tong, Zev A. Wainberg; A pilot study of PLX3397, a selective colony-stimulating factor 1 receptor (CSF1R) kinase inhibitor, in pigmented villonodular synovitis (PVNS). ASCO Annual Meeting 2014

22. Richard D. Carvajal, Mark Agulnik, Christopher W. Ryan, Mohammed M. Milhem, Suzanne George, Robin Lewis Jones, **Bartosz Chmielowski**, Brian Andrew Van Tine, Hussein Abdul-Hassan Tawbi, Anthony D. Elias, William L. Read, G. Thomas Budd, Joe Hirman, Paul Weiden, Cathryn M. Bennett, Philip O. Livingston, David Hansen, Robert G. Maki, Gary K. Schwartz, Rashmi Chugh; Trivalent ganglioside vaccine and immunologic adjuvant versus adjuvant alone in metastatic sarcoma patients rendered disease-free by surgery: A randomized phase 2 trial. ASCO Annual Meeting 2014

23. Singh A, **Chmielowski B**, Jia w, Clarke K, Anderson L, Eilber F, Finn R, Slamon D Targeting the FGFR pathway in liposarcoma. Connective Tissue Oncology Society meeting Oct 2014

24. Elaine McWhirter, Omid Hamid, **Bartosz Chmielowski**, Richard D. Carvajal, David A. Jaffray, Brandon Driscoll, Tina Shek, Ivan Yeung, Harald Keller, Trevor D. McKee, Tillman E. Pearce, Stew Kroll, Anthony M. Joshua; A Phase 2 biomarker-enriched study of evofosfamide (TH-302) in patients with advanced melanoma. ASCO Annual Meeting 2015

25. Zeynep Eroglu, Dae Won Kim, Douglas Buckner Johnson, Alain Patrick Algazi, Rodrigo Ramella Munhoz, Elizabeth Liniker, Ben Kong, Neharika Khurana**, Bartosz Chmielowski**, Jeffrey Alan Sosman, Richard A Scolyer, Matteo S. Carlino, Michael Andrew Postow, Wen-Jen Hwu, Georgina V. Long, Antoni Ribas Response to anti-PD1/PDL1 therapy in patients with metastatic desmoplastic melanoma. ASCO Annual Meeting 2015

26. William D. Tap, Robin L Jones**, Bartosz Chmielowski**, Anthony D. Elias, Douglas Adkins, Brian Andrew Van Tine, Mark Agulnik, Matthew M. Cooney, Michael B. Livingston, Gregory K. Pennock, Amy Qin, Ashwin Shahir, Robert L. Ilaria, Ilaria Conti, Jan Cosaert, Gary K. Schwartz A randomized phase Ib/II study evaluating the safety and efficacy of olaratumab (IMC-3G3), a human anti-platelet-derived growth factor α (PDGFRα) monoclonal antibody, with or without doxorubicin (Dox), in advanced soft tissue sarcoma (STS). ASCO Annual Meeting 2015

27. Sant P. Chawla, Patrick Schoffski, Jean-Yves Blay, Robin Lewis Jones, Hans Gelderblom, Steven Attia, **Bartosz Chmielow**ski, Brian Andrew Van Tine, Jonathan C. Trent, Shreyaskumar Patel, Andrew J. Wagner, James Kert Viele, Rashmi Chugh, Axel Le Cesne, Gabriel Tinoco, Kamalesh Kumar Sankhala, Julianne Falcone, Charles Schweizer, Susan Weil, Robert G. Maki A study of the safety and efficacy of the combination of gemcitabine and docetaxel with ontuxizumab (MORAb-004) in metastatic soft tissue sarcoma. ASCO Annual Meeting 2015

28. Patrick Schöffski, Robert G. Maki, Antoine Italiano, Hans Gelderblom, Giovanni Grignani, Veridiana Pires De Camargo, Sebastian Bauer, Sun Young Rha, Sant P. Chawla, Jean-Yves Blay, Peter Hohenberger, David R. D'Adamo, Benjamin Wang, **Bartosz Chmielowski**, Axel Le Cesne, George D. Demetri Randomized, open-label, multicenter, phase III study of eribulin versus dacarbazine in patients (pts) with leiomyosarcoma (LMS) and adipocytic sarcoma (ADI). ASCO Annual Meeting 2015

29. Richard Carvajal, Sophie Piperno-Neumann, Ellen Kapiteijn, Paul Chapman, Stephen Frank, Anthony Joshua, Jose Maria Piulats Rodriguez, Pascal Wolter, Veronique Cocquyt, **Bartosz Chmielowski**, Jeff Evans, Lauris Gastaud,Gerald Linette, Carola Berking, Jacob Schachter, Delyth Clemett, Gabriella Mariani, Susan Lovick, Gary Schwartz, Paul Nathan. SUMIT:

Phase III, randomised trial of selumetinib in combination with dacarbazine in patients with metastatic uveal melanoma. ECCO-ESMO Meeting 2015

30. John H Healey, Charles Peterfy, Peter Countryman, **Bartosz Chmielowski**, Eunice L Kwak, Vicki L Keedy, Stephen Patrick Anthony, Arthur P Staddon, Allen Lee Cohn, Carlos R Becerra, Samuel EjadiDaniel, Sandra Tong, William TapLong-term Treatment of Tenosynovial Giant Cell Tumor (TGCT) with PLX3397, a selective colony-stimulating factor 1 receptor (CSF1R) kinase inhibitor. Musculoskeletal Tumor Society Meeting 2015

31. Geoffrey T. Gibney, Omid Hamid, Jose Lutzky, Anthony J. Olszanski, Tara C. Gangadhar, Thomas F. Gajewski, **Bartosz Chmielowski**, Brent A. Hanks, Peter D. Boasberg, Yufan Zhao, Robert C. Newton, Jill Bowman, Janet Maleski, Lance Leopold, Jeffrey S. Weber. Updated Results From a Phase 1/2 Study of Epacadostat (INCB024360) in Combination With Ipilimumab in Patients With Metastatic Melanoma. ECCO-ESMO Meeting 2015

32. Powderly J, Cote G, Flaherty K , Szmulewitz R, Ribas A, Weber J, Loo D, Baughman J, Chen F, Moore P, Bonvini E, Vasselli J, Wigginton J , Cohen R, iBurris H, **Chmielowski B**: Interim Results of an ongoing Phase 1, Open Label, Dose Escalation Study of MGA271 (Fc-optimized Humanized Anti-B7-H3 Monoclonal Antibody, mAb) in Patients with Refractory B7-H3-Expressing Neoplasms or Neoplasms Whose Vasculature Expresses B7-H3. Annual meeting of the Society for Immunotherapy of Cancer 2015

33. Patrick Schöffski MD MPH, Robert G Maki MD PhD, Antoine Italiano MD PhD, Hans Gelderblom MD PhD, Edwin Choy MD PhD, Giovanni Grignani MD, Veridiana Camargo MD, Sebastian Bauer MD, Sun Young Rha MD PhD, Sant Chawla MD, Jean-Yves Blay MD PhD, Peter Hohenberger MD, David R D'Adamo, Ren Chen, **Bartosz Chmielowski MD**, Axel Le Cesne MD, George D Demetri MD, Shreyaskumar Patel MD. Randomized, open-label, multicenter, phase 3 study of eribulin versus dacarbazine in patients (pts) with leiomyosarcoma (LMS) and adipocytic sarcoma (ADI). Meeting of German Association of Hematology and Oncology 2015

34. Zev A. Wainberg, J. Randolph Hecht, Gottfried E. Konecny, Jonathan Goldman, Saeed Sadeghi, **Bartosz Chmielowski**, Arun Singh, Richard S. Finn, Diego Martinez, Lisa Yonemoto, John Glaspy and Dennis J. Slamon. Safety and Efficacy Results from a Phase 1 Dose-Escalation Trial of the PARP Inhibitor Talazoparib (BMN 673) in Combination with either Temozolomide or Irinotecan in Patients with Heavily Pre-Treated Advanced Malignancies. 2015 AACR-EORTC-NCI Meeting

35. Richard D. Carvajal, Sophie Piperno-Neumann, Ellen Kapiteijn, Paul B. Chapman, Stephen Frank, Anthony M. Joshua, Josep M. Piulats, Pascal Wolter, Veronique Cocquyt, **Bartosz Chmielowski**, Jeff Evans, Lauris Gastaud, Gerald Linette, Carola Berking, Jacob Schachter, Delyth Clemett, Dana Ghiorghiu, Gabriella Mariani, Shirley Spratt, Susan Lovick, Peter

Barker, Gary K. Schwartz, Paul Nathan. SUMIT: Phase III, randomized, placebo-controlled, double-blind trial of selumetinib in combination with dacarbazine in patients with metastatic uveal melanoma. Society for Melanoma Research meeting Nov 2015

36. Patrick Schöffski MD MPH, Robert G Maki MD PhD, Antoine Italiano MD PhD, Hans Gelderblom MD PhD, Edwin Choy MD PhD, Giovanni Grignani MD, Veridiana Camargo MD, Sebastian Bauer MD, Sun Young Rha MD PhD, Sant Chawla MD, Jean-Yves Blay MD PhD, Peter Hohenberger MD, David R D'Adamo, Benjamin Wang PhD, **Bartosz Chmielowski** MD, Axel Le Cesne MD, George D Demetri MD, Shreyaskumar Patel MD. Randomized, open-label, multicenter, phase 3 study of eribulin versus dacarbazine in patients with leiomyosarcoma and liposarcoma. British Sarcoma Group Meeting Feb 2016

37. Katy K. Tsai, Alexander Noor Shoushtari, Rodrigo Ramella Munhoz, Zeynep Eroglu, Josep M. Piulats, Patrick Alexander Ott, Douglas Buckner Johnson, Jimmy Hwang, Adil Daud, Jeffrey Alan Sosman, Richard D. Carvajal, **Bartosz Chmielowski,** Michael Andrew Postow, Jeffrey S. Weber, Ryan J. Sullivan, Alain Patrick Algazi; Efficacy and safety of programmed death receptor-1 (PD-1) blockade in metastatic uveal melanoma (UM). ASCO Annual Meeting June 2016

38. William D. Tap, Robin L. Jones, **Bartosz Chmielowski**, Anthony D. Elias, Douglas Adkins, Brian A. Van Tine, Mark Agulnik, Matthew Cooney, Michael B. Livingston, Gregory Pennock, Amy Qin, Ashwin Shahir, Robert Ilaria Jr, Ilaria Conti, and Gary K. Schwartz: Safety and Efficacy of Doxorubicin with or without Olaratumab in Soft Tissue Sarcoma (STS): Randomized Phase 1b/2 Study. the Japanese Orthopaedic Association – 49th Annual Musculoskeletal Tumor 2016

39. Wang J; Pellissier J; Xu R; Liu X; Stevinson K; **Chmielowski B** Cost-Effectiveness of Pembrolizumab (Keytruda) Versus Ipilimumab in Patients With Advanced Melanoma in the United States. ISPOR 21st Annual International Meeting May 21-25, 2016

40. William D. Tap, Robin L. Jones, **Bartosz Chmielowski**, Anthony D. Elias, Douglas Adkins, Brian A. Van Tine, Mark Agulnik, Matthew Cooney, Michael B. Livingston, Gregory Pennock, Amy Qin, Ashwin Shahir, Robert Ilaria Jr, Ilaria Conti, and Gary K. Schwartz: A Randomized Phase 1b/2 Study Evaluating the Safety and Efficacy of Doxorubicin (Dox) with or without Olaratumab (IMC-3G3), a Human Anti–platelet-derived Growth Factor α (PDGFRα) Monoclonal Antibody, in Advanced Soft Tissue Sarcoma (STS). French Cancer Society (SFC), 2016

41. Katy K. Tsai, Alexander Noor Shoushtari, Rodrigo Ramella Munhoz, Zeynep Eroglu, Josep M. Piulats, Patrick Alexander Ott, Douglas Buckner Johnson, Jimmy Hwang, Adil Daud, Jeffrey Alan Sosman, Richard D. Carvajal,

**Bartosz Chmielowski**, Michael Andrew Postow, Jeffrey S. Weber, Ryan J. Sullivan, Alain Patrick Algazi; Efficacy and safety of programmed death receptor-1 (PD-1) blockade in metastatic uveal melanoma (UM). ASCO June 2016

42. Caroline J, Gross, A. Singh, **B. Chmielowski**, FC Eilber, N. Bernthal, S. Bukata, L. Seeger, S. Nelson, M. Kamrava, N. Federman: Use of hydroxyurea in children, adolescents and adults with recurrent and/or refractory aggressive fibromatoses. Annual Meeting of Connective Tissue Oncology Society, Nov 2016, Lisbon, Portugal

43. MA Eckardt, TA Russell, T Murakami, A Singh, T. Kiyuna, K. Igarashi, K.Kawaguchi, Y. Li, JG Crompton, SM Dry, N. Federman, **B. Chmielowski**, E. Shurell, RM Hoffman, FC Eilber: Factors impacting the establishment of individual soft tissue sarcoma patient-derived orthotopic xenograft (PDOX) mouse models: a UCLA Sarcoma Program prospective clinical trial. Annual Meeting of Connective Tissue Oncology Society, Nov 2016, Lisbon, Portugal

44. TA Russell, K. Motamedi, L. Seeger, AS Singh, **B. Chmielowski**, N. Bernthal, S. Bukata, JG Crompton, S. Nelson, SM Dry, FR Eilber, FC Eilber, BD Levine: Accuracy of image-guided percutaneous core needle biopsy of peripheral nerve sheath tumors. Annual Meeting of Connective Tissue Oncology Society, Nov 2016, Lisbon, Portugal

45. RL Jones, SP Chawla, S. Attia, P. Schoffski, H. Gelderblom, B. Chmielowski, A. LeCesne, B. van Tine, JC trent, S. Patel, AJ Wagner, R. Chugh, JW. Heyburn, SC Weil, RG Maki: A phase I/II study of the safety and efficacy of the combination of gemcitabine and docetaxel with MORAB-004 in metastatic soft tissue sarcoma. Annual Meeting of Connective Tissue Oncology Society, Nov 2016, Lisbon, Portugal

46. Andrew Klink, Frank Xiaoqing Liu, Bruce Feinberg, Kendall Stevinson, David Garofalo, JaLyna Laney, **Bartosz Chmielowski**: Healthcare resource utilization and costs in first-line treatments for patients with metastatic melanoma, Society for Melanoma Research Meeting, Nov 6-9, 2016

47. Aung Naing, Deborah Jean Lee Wong, Jeffrey R. Infante, Manish R. Patel, Shubham Pant, **Bartosz Chmielowski**, Filip Janku, Coya Tapia, Navneet Ratti, Peter Van Vlasselaer, Gail Linda Brown, Annie Hung, Martin Oft, Adi Diab. PEGylated human IL-10 (AM0010) in combination with pembrolizumab in anti-PD1 and CTLA‐ 4 refractory melanoma. ASCO Annual Meeting June 2017

48. Douglas Buckner Johnson, J. Andrew Carlson, Julia Andrea Elvin, Jo-Anne Vergilio, James Suh, Shakti Ramkissoon, Sugganth Daniel, David Fabrizio, Garrett Michael Frampton, Siraj Mahamed Ali, Alexa Betzig Schrock, Byoung Chul Cho, Geoffrey Thomas Gibney, **Bartosz Chmielowski**, Shridar

Ganesan, Janice M. Mehnert, Vincent A. Miller, Phil Stephens, Laurie M. Gay, Jeffrey S. Ross. Landscape of genomic alterations (GA) and tumor mutational burden (TMB) in different metastatic melanoma (MM) subtypes. ASCO Annual Meeting June 2017

49. Sandra P. D'Angelo, Jeffrey Russell, Jessica Cecile Hassel, Celeste Lebbe, **Bartosz Chmielowski**, Guilherme Rabinowits, Patrick Terheyden, Isaac Brownell, Isabella Zwiener, Marcis Bajars, Meliessa Hennessy, Howard Kaufman. First-line (1L) avelumab treatment in patients (pts) with metastatic Merkel cell carcinoma (mMCC): Preliminary data from an ongoing study. ASCO Annual Meeting June 2017

50. Alain Patrick Algazi, James Moon, **Bartosz Chmielowski,** Roger Lo, Kari Lynn Kendra, Christopher D. Lao, Karl D. Lewis, Rene Gonzalez, Kevin Kim, John E. Godwin, Brendan D. Curti, Megan Othus, Antoni Ribas; SWOG S1221: A phase 1 dose escalation study co-targeting MAPK-dependent and MAPK-independent BRAF inhibitor resistance in BRAF mutant advanced solid tumors with dabrafenib, trametinib, and GSK2141795 (ClinicalTrials.gov NCT01902173). ASCO Annual Meeting June 2017

51. Charles Peterfy, Xin Ye, Heather Gelhorn, Rebecca M Speck, Peter J. Countryman, Vicki Leigh Keedy, Zev A. Wainberg, Arun S. Singh, **Bartosz Chmielowski**, Daniel D. Von Hoff, Hani M. Babiker, Vivek Khemka, Gregory Michael Cote, Geoffrey Shapiro, Andrew J. Wagner, John H. Healey, Henry Hsu, Paul S. Lin, Sandra Tong, William D. Tap; Tumor volume score (TVS), modified recist, and tissue damage score (TDS) as novel methods for assessing response in tenosynovial giant cell tumors (TGCT) treated with pexidartinib: Relationship with patient-reported outcomes (PROs). ASCO Annual Meeting June 2017

52. Jeffrey S. Weber, James M. G. Larkin, Dirk Schadendorf, Jedd D. Wolchok, John Wagstaff, Reinhard Dummer, David Hogg, Massimo Guidoboni, Jeffrey Alan Sosman, Bartosz Chmielowski, Winald Gerritsen, Rafia Bhore, Dana Walker, Rene Gonzalez; Management of gastrointestinal (GI) toxicity associated with nivolumab (NIVO) plus ipilimumab (IPI) or IPI alone in phase II and III trials in advanced melanoma (MEL). ASCO Annual Meeting June 2017

53. Siwen Hu-Lieskovan, Zeynep Eroglu, Jesse Meir Zaretsky, Dae Won Kim, Alain Patrick Algazi, Douglas Buckner Johnson, Elizabeth Liniker, Ben Kong, Rodrigo Munhoz, Suthee Rapisuwon, **Bartosz Chmielowski,** Jeffrey Alan Sosman, Richard A. Scolyer, Richard Wayne Joseph, Michael Andrew Postow, Matteo S. Carlino, Wen-Jen Hwu, Georgina V. Long, Antoni Ribas; Analysis of mutational burden and adaptive immune response in desmoplastic melanomas treated with PD-1/L1 inhibitors. ASCO Annual Meeting June 2017

54. S. P. D'Angelo, J. S. Russell, J. Hassel, C. Lebbé, **B. Chmielowski**, G. Rabinowits, P. Terheyden, I. Brownell, I. Zwiener, M. Bajars, M. Hennessy, and H. L. Kaufman. Avelumab treatment in chemotherapy-naïve patients with distant metastatic Merkel cell carcinoma (mMCC). ESMO Annual Meeting Sep 2017

55. David Hong, Anthony Tolcher, Ryan Sullivan, Geoffrey Shapiro, **Bartosz Chmielowski**, Antoni Ribas, Les Brail, Joseph Pearlberg, Suresh Mahabhashyam, Lucy Lee, Claudio Dansky Ullmann, Brenda O'Connell, Jeffery Kutok, Michael Postow, Jedd D. Wolchok. Monotherapy dose escalation clinical and translational data from first-in-human study in advanced solid tumors of IPI-549, an oral, selective PI3K-γ inhibitor targeting tumor macrophages. SITC 2018

56. Theodore S. Nowicki, Beata Berent-Maoz, Rong Rong Huang, Xiaoyan Wang, Gardenia Cheung-Lau, Paula Kaplan-Lefko, Paula Cabrera, Justin Tran, Ignacio Baselga Carretero, Catherine S. Grasso, Siwen Hu-Lieskovan, **Bartosz Chmielowski**, Begoña Comin-Anduix, Arun Singh, Antoni Ribas. A pilot trial of the combination of transgenic NY-ESO-1-reactive adoptive cellular therapy with dendritic cell vaccination with or without ipilimumab in patients with sarcoma and melanoma. AACR April 2018

57. Victor Manuel Villalobos, Andres Redondo, Brian Andrew Van Tine, Gary K. Schwartz, Mark Andrew Dickson, **Bartosz Chmielowski**, Patrick Peterson, Damien Cronier, Jennifer A. Wright, Steven Attia; Phase 1b/2 study of olaratumab plus gemcitabine and docetaxel for the treatment of advanced soft tissue sarcoma (STS) (ANNOUNCE 2): Phase 1b results. ASCO June 2018

58. Ryan J. Sullivan, David S. Hong, Anthony W. Tolcher, Amita Patnaik, Geoffrey Shapiro, **Bartosz Chmielowski**, Antoni Ribas, Les H. Brail, Jennifer Roberts, Lucy Lee, Brenda O'Connell, Jeffrey Lorne Kutok, Suresh Mahabhashyam, Claudio Dansky Ullmann, Michael A. Postow, Jedd D. Wolchok. Initial results from first-in-human study of IPI-549, a tumor macrophage-targeting agent, combined with nivolumab in advanced solid tumors. ASCO June 2018

59. Monica M. Mita, Alain C. Mita, **Bartosz Chmielowski**, Erika Paige Hamilton, Shubham Pant, Roger J. Waltzman, Eric Keith Rowinsky, Michael Szarek, Foster Gonsalves, Isabel Kurth, Celia Andreu, Robert Busby, David Martin Darst, Sohail S. Tavazoie, Masoud Tavazoie, Michael A. Postow. Pharmacodynamic and clinical activity of RGX-104, a first-in-class immunotherapy targeting the liver-X nuclear hormone receptor (LXR), in patients with refractory malignancies. ASCO June 2018

60. Yvonne Marie Mowery, Karla V. Ballman, Richard F. Riedel, Brian E. Brigman, Steven Attia, Christian Frederick Meyer, Scott Schuetze, Melissa Amber Burgess, **Bartosz Chmielowski**, Mark Andrew Dickson, Lee P.

Hartner, Mohammed M. Milhem, Gabriel Tinoco, Brian Andrew Van Tine, Andrew J. Wagner, Denise K. Reinke, David G. Kirsch; SU2C-SARC032: A phase II randomized controlled trial of neoadjuvant pembrolizumab with radiotherapy and adjuvant pembrolizumab for high-risk soft tissue sarcoma. ASCO June 2018

61. Mrinal M. Gounder, Neeta Somaiah, Steven Attia, Sant P. Chawla, Victor Manuel Villalobos, **Bartosz Chmielowski**, Melissa Amber Burgess, Gary K. Schwartz, Richard F. Riedel, Margaret von Mehren, Andrew J. Wagner, Edwin Choy, Shailendra Verma, Boyd Mudenda, Mara Sadanowicz, Jatin J. Shah, Lingling Li, Sharon Shacham, Michael G. Kauffman, Albiruni Ryan Abdul Razak; Phase 2 results of selinexor in advanced de-differentiated (DDLS) liposarcoma (SEAL) study: A phase 2/3, randomized, double blind, placebo controlled cross-over study. ASCO June 2018

62. **Bartosz Chmielowski,** Michael Gordon, Elizabeth I. Buchbinder, Ryan J. Sullivan, Justine V. Cohen, Brendan D. Curti, Diwakar Davar, Jade Homsi, Kimberly M. Komatsubara, Humberto Lara-Guerra, Susan E. Alters, Silvia Ferrati, Stephen Eckert, Scott W. Rowlinson, James E. Wooldridge, Antoni Ribas, Richard D. Carvajal. Initial cohort expansion results of sustained arginine depletion with Pegzilarginase in melanoma patients in a Phase 1 advanced solid tumor trial. ESMO October 2018

63. **Bartosz Chmielowski**, MD, PhD, Ryan J. Sullivan, MD, Michael Postow, MD, Amita Patnaik, MD FRCP(C), Geoffrey Shapiro, MD, PhD, Ezra Cohen, MD, Martin Gutierrez, MD, Conor Steuer, MD, Antoni Ribas, MD, PhD, Lucy Lee, PHARMD, DABCP, FCP, Brenda O'Connell, PhD, Jeffery Kutok, MD, PhD, Jennifer Roberts, Suresh Mahabhashyam, MBBS, Marie-Louise Fjallskog, MD, Jedd D. Wolchok, MD, PhD, David Hong, MD. The first clinical/translational data from the expansion cohorts of a Ph1/1b Study of IPI-549, a tumor macrophage-reprogramming small molecule, in combination with nivolumab in advanced solid tumors. SITC Nov 2018

64. Benjamin J. DiPardo; Catherine S. Grasso; Arun S. Singh; **Bartosz Chmielowski**; Joseph G. Crompton; James S. Tomlinson; William H. McBride; Fritz C. Eilber; Antoni Ribas; Anusha Kalbasi DECREASED T CELL INFILTRATION IN UNDIFFERENTIATED PLEOMORPHIC SARCOMA (UPS)—MEDIATED BY WNT, TGF-β AND MEX3B—PREDICTS POOR SURVIVAL. CTOS Nov 2018

65. Gerard J Oakley III, Brian Van Tine, Mark Agulnik, **Bartosz Chmielowski**, Sameera Wijayawardana, Christophe Marchal, Andrew Schade, Robert Ilaria Jr, William D. Tap. Expression of PDGFRa, Ligands, and Related Genes versus Clinical Outcomes in a Phase 1B/2 Study of Olaratumab plus Doxorubicin in Soft Tissue Sarcoma. Sociedad Espanola de Oncologia Medica Sep 2018. Presented also at: 1/ Associazione Italiana di Oncologia Medica Nov 2018, 2/ Korean Association for Clinical Oncology Nov 2018, 3/ Sociedade Franco Brasileira de Oncologia Sep 2018

66. O'Day S., Borges V., **Chmielowski B**., Rao R., Abu-Khalaf M., Stopeck A., Lowe J., Mattson P., Breuer K., Gargano M., Bose N., Uhlik M. , Graff J.7, Chisamore M., Cox J.,Osterwalder B. Imprime PGG, a novel innate immune modulator, combined with pembrolizumab in a Phase 2 multicenter, open label study in chemotherapy-resistant metastatic Triple Negative Breast Cancer (TNBC). San Antonio Breast Cancer Symposium Dec 2018

67. Frank Xiaoqing Liu, Andrew Klink, Bruce A. Feinberg, Sama Ahsan, Damion Nero, **Bartosz Chmielowski**. Healthcare resource utilization in first-line immunotherapies for patients with metastatic melanoma. ASCO-SITC Mar 2019

68. Sandra D'Angelo, Jérémy Lambert, Jeffrey Russell, Céleste Lebbé, **Bartosz Chmielowski**, Meliessa Hennessy, Alexia Marrel, Murtuza Bharmal. Patient experiences with avelumab in treatment naive metastatic Merkel carcinoma: Qualitative interview findings from a registrational clinical trial. ASCO-SITC Mar 2019

69. Andrew J Klink, Bruce Feinberg, Frank Xiaoqing Liu, Sama Ahsan, Damion Nero, **Bartosz Chmielowski.** Healthcare Resource Utilization and Costs in Patients Treated with Systemic Therapies in Metastatic Melanoma. NCCN Mar 2019

70. Arun S. Singh, **Bartosz Chmielowski**, J. Randolph Hecht, Lee S. Rosen, Warren Allen Chow, Xiaoyan Wang, Sandra Brackert, Carlos Adame, John Bovill, Elena Schink, Michael Douek, Jomjit Chantharasamee, Karlton Wong, Frederick C. Eilber, John A. Glaspy. A randomized phase II study of nivolumab monotherapy versus nivolumab combined with ipilimumab in advanced gastrointestinal stromal tumor(GIST). ASCO June 2019

71. Jomjit Chantharasamee, Karlton Wong, Pasathorn Potivongsajarn, Amir Aqorbani**, Bartosz Chmielowski**, Joshua Garrett Cohen, Scott D. Nelson, Neda A. Moatamed, Sandra Brackert, Anusha Kalbasi, Jianyu Rao, Arun S. SinghA'jgl. Retrospective analysis of adjuvant treatment for localized, operable uterine leiomyosarcoma. ASCO June 2019

72. Steven O'Day, Virginia F. Borges, **Bartosz Chmielowski**, Ruta D. Rao, Maysa M. Abu-Khalaf, Alison Stopeck, Petros Nikolinakos, Melinda L. Telli, Bin Xie, Montaser F. Shaheen, Paulette Mattson, Michele Anne Gargano, Joanna Cox, Vassiliki Karantza, Michael Jon Chisamore, Bruno Osterwalder, Nandita Bose, Mark T. Uhlik, Jeremy Graff. An open label, multicenter phase II study combining imprime PGG (PGG) with pembrolizumab (P) in previously treated metastatic triple-negative breast cancer (mTNBC). ASCO June 2019

73. Mark A. Eckardt, Danielle S. Graham, Arun S. Singh, **Bartosz Chmielowski**, Noah Federman, Anusha Kalbasi, Nicholas M. Bernthal, Susan V. Bukata, Francis J. Hornicek, Jane Yanagawa, Benjamin D. Levine,

Kambiz Motamedi, Leanne L. Seeger, Jeffrey J. Eckardt, Frederick R. Eilber, Sarah M. Dry, Scott D. Nelson, Frederick C. Eilber. Pathologic discordance in sarcomas: Prospective comparison of external and sarcoma center pathologic diagnosis. ASCO June 2019

74. A. ElNaggar, J. Luke, E. Hamilton, **B. Chmielowski**, E. Ileana-Dumbrava, A. Patnaik, E. Lim, A.H Adewoye, J. Hunter, J. Olweny, M. Sharma, R. Sullivan, D. Vaena1, D. Rasco. COM701 (A NOVEL IMMUNE CHECKPOINT INHIBITOR) IN PATIENTS WITH ADVANCED SOLID TUMORS. International Gynecologic Cancer Society Annual Global Meeting Rio de Janeiro, Brazil Sept 19-21 2019.

75. E. Ileana Dumbrava1, G. F. Fleming, E. Hamilton, R. Sullivan, A Patnaik, K. Papadopoulos, A.ElNaggar, J. Hunter, J. Olweny, A. H. Adewoye, **B. Chmielowski**, D. Shepard, M. Sharma, E. Lim, D. Vaena, D. Rasco. Phase 1 study of the safety, tolerability and preliminary anti-tumor activity of COM701 monotherapy in patients with advanced solid tumors. SITC Nov 8, 2019

76. Danielle S. Graham; Mykola Onyshchenko; Mark A. Eckardt; Benjamin DiPardo; Srirnam Venigalla; Scott Nelson; **Bartosz Chmielowski**; Arun Singh; Jacob Shabason; Fritz C. Eilber; Anusha Kalbasi. Chemotherapy Utilization and Timing in Primary, Localized, High-Grade Soft Tissue Sarcoma: Patterns of Care in the National Cancer Database. CTOS Annual Meeting, Nov 15, 2019

77. Jane Yanagawa; Noah C. Federman; Scott D. Nelson; Sarah M. Dry; Benjamin J. DiPardo; Huyen Nguyen-Thi-Lam; Francis J. Hornicek; Arun Singh; **Chmielowski Bartosz**; Fritz C. Eilber; Anusha Kalbasi; Nicholas M. Bernthal; Alice Soragni. High-Throughput Drug Screening of Patient-Derived Tumor Organoids from Osteosarcoma Pulmonary Metastases. CTOS Annual Meeting, Nov 15, 2019

78. Danielle S. Graham; Mykola Onyshchenko; Mark A. Eckardt; Benjamin DiPardo; Srirnam Venigalla; Scott Nelson; **Bartosz Chmielowski**; Arun Singh; Jacob Shabason; Fritz C. Eilber; Anusha Kalbasi. The Association Of Chemotherapy and Survival in Patients With Primary, Localized, High-Grade, Extremity and Trunk Soft Tissue Sarcoma. CTOS Annual Meeting, Nov 15, 2019

79. Jomjit Chantharasamee; Karlton Wong; Pasathorn Potivongsajarn; Joshua Cohen; Bartosz Chmielowski; Sandra Brackert; Anusha Kalbasi; Neda Motamed; Jianyu Rao; Scott Nelson; Arun Singh. Retrospective Analysis of Adjuvant Treatment for Localized, Operable Uterine Leiomyosarcoma. CTOS Annual Meeting, Nov 15, 2019

80. Uhlik M. , Bose N., Cox J., Mattson P., Gargano M., O'Day S., Borges V., **Chmielowski B.**, Rao R., Abu-Khalaf M., Stopeck A., Chisamore M.,

Osterwalder B., Graff J. Response and clinical benefit assessment of the combination of the Dectin-1 agonist Imprime PGG and anti-PD-1 pembrolizumab in chemotherapy-resistant metastatic triple negative breast cancer (TNBC). San Antonio Breast Cancer Meeting, Dec 2019

81. Monica Mita, Alan Mita, Erika Hamilton, Gerald S. Falchook**,** Michael Postow, **Bartosz Chmielowski**, Russell J. Schilder, James Strauss, Emerson Lim, Shubham Pant, Angela Jain, Oliver Rixe, Rebecca Redman, Kevin B. Kim, Tomislav Dragovich, R. Donald Harvey, Igor Puzanov, Nimisha Schneider, Renee Deehan, Tobi Guennel, Joe Lin, Sohail Tavazoie, Roger Waltzman, Eric Rowinsky, Michael Szarek, Subhasree Sridhar, Robert Busby, Narayan Lebaka, Celia Andreu, Isabel Kurth, David Darst, Masoud Tavazoie, Syed Raza, Robert Wasserman, Foster C. Gonsalves**.** Correlative analysis of pharmacokinetics and pharmacodynamics of RGX-104, a first-in-class LiverX-Receptor (LXR) agonist, and clinical outcomes in patients with advanced solid tumors. AACR June 2020

82. Ryan Sullivan, Drew Rasco, Emerson Lim, Manish Sharma, Dale Shepard, Amita Patnaik, Erika Hamilton, Gini Fleming, Kyri Papadopoulos, Adam ElNaggar8 Adeboye Henry Adewoye, **Bartosz Chmielowski**, Ecaterina Dumbrava, Dan Vaena. COM701 demonstrates antitumor activity as monotherapy and in combination with nivolumab in patients with advanced malignancies. AACR meeting Apr 2020

83. O'Day S., Borges V., **Chmielowski B.,** Rao R., Abu-Khalaf M., Stopeck A., J. O'Shaugnessy, Chisamore M. , Vassiliki Karantza, Cox J., Mattson P., Gargano M., Osterwalder B.; Uhlik M., Bose N.1, Graff J. IMPRIME 1 (NCT02981303): A novel phase 2 study in second-line +, metastatic triple negative breast cancer patients shows promising clinical benefit for the combination of the immune checkpoint inhibitor, pembrolizumab (pembro), with the novel innate immune activator, Imprime PGG. AACR meeting Apr 2020

84. **Bartosz Chmielowski**, Samuel Ejadi, Roel Funke, Todd Stallings-Schmitt, Mitch Denker, Mark Walter Frohlich, Alexis J. Franzusoff, Mehrdad Abedi, Mihaela C. Cristea. A phase Ia/Ib, open-label first-in-human study of the safety, tolerability, and feasibility of gene-edited autologous NeoTCR-T cells (NeoTCR-P1) administered to patients with locally advanced or metastatic solid tumors. ASCO June 2020

85. Reinhard Dummer, Shahneen Kaur Sandhu, Wilson H. Miller Jr., Marcus O. Butler, Christian U. Blank, Eva Muñoz-Couselo, Howard A. Burris III, Michael A. Postow, **Bartosz Chmielowski**, Mark R. Middleton, Carola Berking, Jessica Cecile Hassel, Anja Gesierich, Cornelia Mauch, Joseph Kleha, Ashwin Gollerkeri, Allison Harney, Michael D Pickard, Paolo Antonio Ascierto. A phase II, multicenter study of encorafenib/binimetinib followed by a rational triple-combination after progression in patients with advanced BRAF V600-mutated melanoma (LOGIC2). ASCO June 2020

86. Alain Patrick Algazi, Megan Othus, Benjamin Newell Voorhies, Kari Lynn Kendra, Shaker R. Dakhil, Amy K. Harker-Murray, Christopher D. Lao, **Bartosz Chmielowski**, Roger Lo, Kenneth F. Grossmann, Antoni Ribas. Clinical outcomes in patients with BRAFV600 mutant melanoma and undetectable circulating tumor DNA treated with dabrafenib and trametinib. ASCO June 2020

87. Jomjit Chantharasamee, Karlton Wong, **Bartosz Chmielowski**. Molecular profiling and clinical characteristic of malignant melanoma in younger patients. ASCO June 2020

88. John D. Powderly II, **Bartosz Chmielowski**, Julie R. Brahmer, Sarina Anne Piha-Paul, Samantha Elizabeth Bowyer, Patricia LoRusso, Daniel V.T. Catenacci, Christina Wu, Minal A. Barve, Michael Jon Chisamore, Nicole Nasrah, Dan Johnson, William Ho. Phase I/II dose-escalation and expansion study of FLX475 alone and in combination with pembrolizumab in advanced cancer. ASCO June 2020

89. Jason J. Luke, Manish R. Patel, Erika Paige Hamilton, **Bartosz Chmielowski**, Susanna Varkey Ulahannan, Hedy L. Kindler, Shakeela Wazeen Bahadur, Philip R. Clingan, Girish Mallesara, Andrew James Weickhardt, Scott Currence, Linzhi Xu, Sanjeev Kaul, Francine Chen, Paul A. Moore, Ezio Bonvini, Brad Sumrow, George Blumenschein**.** A phase I, first-in-human, open-label, dose-escalation study of MGD013, a bispecific DART molecule binding PD-1 and LAG-3, in patients with unresectable or metastatic neoplasms. ASCO June 2020
90. Mrinal Gounder, Albiruni Razak, Neeta Somaiah, Javier Martin-Broto, Scott Schuetze, Giovanni Grignani, Sant Chawla, **Bartosz Chmielowski**, Bruno Vincenzi, Silvia Stacchiotti, Andrew J. Wagner, Axel Le Cesne, Richard F. Riedel, Robin L. Jones, Kristen N. Ganjoo, Xavier Garcia del Muro, Melissa Amber Burgess, Dayana Michel, Hongwei Wang, Jatin J. Shah, Steven Attia; A Phase 2/3, Randomized, Double Blind, Cross-Over, Study of Selinexor versus Placebo in Advanced Unresectable DeDifferentiated Liposarcoma (DDLS). CTOS meeting Nov 2020

91. Ezra E. W. Cohen, Michael Postow, Ryan Sullivan, David Hong, Heather Yeckes-Rodin, Jerry McCarter, Nora Zizlsperger, Jeffery Kutok, Brenda O'Connell, Kara Page, Jennifer Roberts, Halle Zhang, **Bartosz Chmielowski.** Updated clinical data from the squamous cell carcinoma of the head and neck (SCCHN) expansion cohort of an ongoing Ph1/1b Study of eganelisib (formerly IPI-549) in combination with nivolumab. SITC meeting Nov 2020

92. Michael Postow, Ryan Sullivan, Ezra E. W. Cohen, Martin Guitierrez, David Hong, Conor Steuer, Jerry McCarter, Nora Zizlsperger, Jeffery Kutok, Brenda O'Connell, Kara Page, Jennifer Roberts, Halle Zhang, **Bartosz Chmielowski.** Updated clinical data from the melanoma expansion cohort of an ongoing Ph1/1b Study of eganelisib (formerly IPI-549) in combination with nivolumab**.** SITC meeting Nov 2020

93. Elaine Shum, Adil Daud, Matthew J Reilley, Yana G Najjar, John A Thompson, Joaquina C Baranda, R Donald Harvey, Rom S Leidner, Anthony F Shields, Ezra EW Cohen, Roger B Cohen, Alain Mita, Shubham Pant, Mark N Stein, **Bartosz Chmielowski**, Siwen Hu-Lieskovan, Catherine A Fleener, Ying Ding, Sowmya Chollate, Hector Avina, Jolene S Shorr, Raphael Clynes, Barbara Hickingbottom. Preliminary Safety, Pharmacokinetics/Pharmacodynamics, and Antitumor Activity of XmAb20717, a PD-1 x CTLA-4 Bispecific Antibody, in Patients With Advanced Solid Tumors. SITC meeting Nov 2020

94. Adam ElNaggar, Erika Hamilton, Gini Fleming, Ecaterina Dumbrava, Manish Sharma, Ryan Sullivan, Emerson Lim, **Bartosz Chmielowski**, Amita Patnaik, Kyri Papadopoulos, Adeboye Henry Adewoye, Dale Shepard, Drew Rasco, Dan Vaena. A phase 1 dose escalation and expansion study of the safety and tolerability of COM701 with or without nivolumab in patients with advanced solid tumors. Society of Gynecologic Oncology 2021 Annual Meeting, March 19-21 2021

95. Gounder, M., Razak, A., Gilligan, A., Leong, H., Ma, X, Somiah, N., Chawla S., Martin-Broto J., Grignani G., Schuetze S., Vincenzi B., Wagner A.J., **Chmielowski B.,** Jones R.L., Jatin S., Shacham S., Kauffman M., Riedel R., Attia S. Health Related Quality of Life (HRQoL) Analyses in Patients with Advanced Unresectable Dedifferentiated Liposarcoma (DDLS) in the Selinexor in Advanced Liposarcoma (SEAL) Study. ISPOR 2021 meeting.

96. Cristea M, **Chmielowski B**, Oh DY, Funke RP, Bota D, Abedi M. Characterization of Neoepitope (NeoE)-Specific T Cells from Peripheral Blood for Adoptive NeoTCR-T Cell Therapy for Patients with Breast Cancer (BC) or Ovarian Cancer (OC). AACR 2021 meeting, Apr 10, 2021

97. Theodore S. Nowicki, Beata Berent-Maoz, Cristina Puig-Saus, Paula Kaplan-Lefko, Ignacio Baselga Carretero, Ameya Champhekar, Giuseppe Carlucci, Mignonette Macabali, Ivan Perez Garcilazo, Agustin Vega-Crespo, Jonathan Rodriguez, **Bartosz Chmielowski**, Arun Singh, Martin Allen-Auerbach, Shaojun Zhu, Roger Slavik, Begonya Comin-Anduix, John Williams, Antoni Ribas. Whole body imaging of genetically labeled hematopoietic stem cells in human subjects. AACR 2021 meeting, Apr 10, 2021

98. Anusha Kalbasi, Fritz C. Eilber, Arun Singh, **Bartosz Chmielowski**, Nicholas Bernthal, Brooke Crawford, Joseph G. Crompton, Varand Ghazikhanian, Leanne Seeger, Kambiz Motamedi, Michael L. Douek, Carol Felix, Vincent Basehart, Helena Escuin-Ordinas, Marisol Quintero, Sonia Macia. A phase I study of intratumoral BO-112 and nivolumab for resectable soft tissue sarcoma. AACR 2021 meeting, Apr 10, 2021

99. Brian Andrew Van Tine, Sant P. Chawla, Jonathan C. Trent, Breelyn A. Wilky, Rashmi Chugh, **Bartosz Chmielowski**, Shivaani Kummar, Atrayee Basu Mallick, Neeta Somaiah, Lee D. Cranmer, Mark Agulnik, Vicki Leigh

Keedy, Silvia Stacchiotti, Bruno Vincenzi, Giuseppe Badalamenti, Brittany L Siontis, Steven Attia; A phase III study (APROMISS) of AL3818 (Catequentinib, Anlotinib) hydrochloride monotherapy in subjects with metastatic or advanced synovial sarcoma. 2021 ASCO Annual meeting, June 4-8, 2021

100. Daniel A. Vaena, Gini F. Fleming, **Bartosz Chmielowski**, Manish Sharma, Erika P. Hamilton, Ryan J. Sullivan, Dale Randall Shepard, Kyriakos P. Papadopoulos, Amita Patnaik, Adam ElNaggar, Adeboye H. Adewoye, Robina Smith, Emerson A. Lim, Ecaterina Elena Dumbrava, Drew W. Rasco. COM701 with or without nivolumab: Results of an ongoing phase 1 study of safety, tolerability and preliminary antitumor activity in patients with advanced solid malignancies (NCT03667716). 2021 ASCO Annual meeting, June 4-8, 2021

101. Kenneth F. Grossmann, Megan Othus, Sapna Pradyuman Patel, Ahmad A. Tarhini, Vernon K. Sondak, Teresa M. Petrella, Thach-Giao Truong, Nikhil I. Khushalani, Justine Vanessa Cohen, Elizabeth Iannotti Buchbinder, Kari Lynn Kendra, Pauline Funchain, Karl D. Lewis, **Bartosz Chmielowski**, Hongli Li, James Moon, Krishna Soujanya Gunturu, Zeynep Eroglu, John M. Kirkwood, Antoni Ribas. Final analysis of overall survival (OS) and relapse-free-survival (RFS) in the intergroup S1404 phase III randomized trial comparing either high-dose interferon (HDI) or ipilimumab to pembrolizumab in patients with high-risk resected melanoma. 2021 ASCO Annual meeting, June 4-8, 2021

102. Steven Attia, Victor Manuel Villalobos, Nadia Hindi, Brian Andrew Van Tine, Andrew J. Wagner, **Bartosz Chmielowski**, Donna Elise Levy, Matteo Ceccarelli, Robin Lewis Jones, Mark Andrew Dickson. Phase (Ph) 1b/2 evaluation of olaratumab in combination with gemcitabine and docetaxel in advanced soft tissue sarcoma (STS). 2021 ASCO Annual meeting, June 4-8, 2021

103. Anthony W. Tolcher, James Andrew Reeves Jr., Meredith McKean, **Bartosz Chmielowski**, Joseph Thaddeus Beck, Montaser F. Shaheen, Neeta Somaiah, Melissa Wilson, Alexander I. Spira, Joseph J. Drabick, Yuefen Tang, Robert Winkler, Mingyu Li, Mohammad Ahmad, Ming Lu, Zhiyan Liang, Dajun Yang, Yifan Zhai; reliminary results of a phase II study of alrizomadlin (APG-115), a novel, small-molecule MDM2 inhibitor, in combination with pembrolizumab in patients (pts) with unresectable or metastatic melanoma or advanced solid tumors that have failed immuno-oncologic (I-O) drugs. 2021 ASCO Annual meeting, June 4-8, 2021

104. Mark Archer Eckardt, Danielle S. Graham, Brian E. Kadera, Kyle D. Klingbeil, Scott D. Nelson, Sarah M. Dry, Anusha Kalbasi, Arun S. Singh, **Bartosz Chmielowski**, Frederick R. Eilber, Joseph G. Crompton, Frederick C. Eilber; Recurrence and disease-specific survival after 10-year disease-free interval in patients with primary retroperitoneal liposarcoma: Implications for long-term surveillance. 2021 ASCO Annual meeting, June 4-8, 2021

105. Ricky R Savjani, Scott D. Nelson, Sarah M. Dry, Mitchell Kamrava, Jackie Hernandez, Natalie Chong, **Bartosz Chmielowski**, Arun S. Singh, Joseph G. Crompton, Brooke Crawford, Susan V. Bukata, Brian Kadera, Nicholas M. Bernthal, Joanne B. Weidhaas, Michael L. Steinberg, Fritz C. Eilber, Anusha Kalbasi. A Phase 2 Study of 5-Day Preoperative Radiotherapy for Patients with High-Risk Primary Soft Tissue Sarcoma. American Society of Radiation Oncology meeting Oct 2021

106. Mohammed M. Milhem, Ari M. Vanderwalde, Tawnya Lynn Bowles, Joseph J. Sacco, Jiaxin Niu, Katy K Tsai, Jason Alan Chesney, **Bartosz Chmielowski,** Adel Samson, Terence Duane Rhodes, Praveen K Bommareddy, Lavita Menezes, Syed Raza, Shui He, Robert S. Coffin, Kevin Harrington, Mark R. Middleton. Preliminary results from the skin cancer cohorts from an ongoing multi cohort phase 2 clinical trial of RP1 combined with nivolumab (IGNYTE). Annual Meeting of Society for Melanoma Research, Oct 2021

107. Anthony W. Tolcher, James Andrew Reeves, Jr., Meredith Ann McKean, **Bartosz Chmielowski**, Joseph Thaddeus Beck, Montaser F. Shaheen, Neeta Somaiah, Alexander I. Spira, Joseph J. Drabick, Robert Winkler, Wentao Pan, Mingyu Li, Mohammad Ahmad, Ming Lu, Eric Liang, Dajun Yang, and Yifan Zhai. Phase 2 study of alrizomadlin (APG-115), a novel, small-molecule MDM2 inhibitor, plus pembrolizumab in patients (pts) with mucosal melanoma (MM) or uveal melanoma (UM) failing immuno-oncologic (I-O) drugs. Annual Meeting of Society for Melanoma Research, Oct 2021

108. Brian Gastman, Omid Hamid, Pippa Corrie, Geoffrey T. Gibney, Gregory A. Daniels, **Bartosz Chmielowski**, Sajeve S. Thomas, Evidio Domingo-Musibay, Donald P. Lawrence, Yizhou Jiang, Audrey Kennedy, Jeff Aycock, Rubén Alvarez-Rodríguez, Paul B. Robbins, John Le Gall, Zachary J. Roberts, Robert E. Hawkins, and Amod A. Sarnaik. DELTA-1: A Global, Multicenter, Phase 2 Study of ITIL-168, an Unrestricted Autologous Tumor-Infiltrating Lymphocyte Cell Therapy, in Adult Patients With Advanced Cutaneous Melanoma. Annual Meeting of Society for Melanoma Research, Oct 2021

109. John M. Kirkwood, Yousef Zakharia, Diwakar Davar, Elizabeth Buchbinder, Theresa Medina, Adil Daud, Antoni Ribas, **Bartosz Chmielowski**, Jiaxin Niu, Geoffrey Gibney, Kim Margolin, Anthony J. Olszanski, Inderjit Mehmi, Takami Sato, Montaser Shaheen, Luping Zhao, Hong Liu, Heather KelleyGeorge J. Weiner, Jason J. Luke, Dmitri Bobilev, Arthur M. Krieg, James E. Wooldridge, Mohammed M. Milhem. Final analysis: phase 1b study investigating intratumoral injection of Toll-like receptor 9 agonist vidutolimod ± pembrolizumab in patients with PD-1 blockade–refractory melanoma Annual SITC Meeting November 10-14, 2021

110. John M. Kirkwood, Yousef Zakharia, Diwakar Davar, Elizabeth Buchbinder, Theresa Medina, Adil Daud, Antoni Ribas, **Bartosz Chmielowski**, Jiaxin Niu, Geoffrey Gibney, Kim Margolin, Anthony J. Olszanski, Inderjit Mehmi, Takami Sato, Montaser Shaheen, Luping Zhao, Hong Liu, Heather KelleyGeorge J. Weiner, Jason J. Luke, Dmitri Bobilev, Arthur M. Krieg, James E. Wooldridge, Mohammed M. Milhem. " Vidutolimod, a CpG-A Toll-Like Receptor 9 Agonist Delivered in a Virus-Like Particle, ± Pembrolizumab in Patients With PD-1 Blockade–Refractory Melanoma: Final Analysis of a Phase 1b Study" Congress of the European Association of Dermato-Oncology (EADO), Apr 23, 2022

111. Pippa Corrie, Amod A. Sarnaik, Omid Hamid, **Bartosz Chmielowski**, Donald P. Lawrence, Sajeve S. Thomas, Anthony Olszanski, Geoffrey T. Gibney, Evidio Domingo-Musibay, Gregory A. Daniels, Fiona Thistlethwaite, Andrew Furness, Jeffrey Evans, Mark Harries, Yizhou Jiang, Audrey Kennedy, Paul B. Robbins, John Le Gall, Robert E. Hawkins, and Brian Gastman. ): DELTA-1: A global, multicenter phase 2 study of ITIL-168, an unrestricted autologous tumor-infiltrating lymphocyte (TIL) cell therapy, in adult patients (pts) with advanced cutaneous melanoma. ESMO 2022

112. Brian Gastman, Omid Hamid, Philippa Gail Corrie, **Bartosz Chmielowski**, Sajeve Samuel Thomas, Gregory A. Daniels, Evidio Domingo-Musibay, Donald P. Lawrence, Eric D. Whitman, Geoffrey Thomas Gibney, Anthony J. Olszanski, Yizhou Jiang, Audrey Kennedy, Jeff Aycock, Paul B. Robbins, John Brian Le Gall, Zachary Roberts, Robert E. Hawkins, Amod Sarnaik; DELTA-1: A global, multicenter, phase 2 study of ITIL-168, an unrestricted autologous tumor-infiltrating lymphocyte (TIL) cell therapy, in adult patients with advanced cutaneous melanoma. ASCO June 2022

113. Roxanne E. Jensen, Yue Zheng, Michael B. Atkins, **Bartosz Chmielowski**, Ahmad A. Tarhini, Thach-Giao Truong, Diwakar Davar, Mark Allen O'Rourke, Brendan D. Curti, Joanna M. Brell, Kari Lynn Kendra, Alexandra Ikeguchi, Sandra J. Lee, Arnold L. Potosky, Jedd D. Wolchok, Antoni Ribas, John M. Kirkwood, Lynne I. Wagner, David Cella. Early quality of life (QOL) and symptom analysis from the DREAMseq phase III randomized control trial of combination immunotherapy versus targeted therapy in patients (pts) with BRAF-mutant metastatic melanoma (MM) (ECOG-ACRIN EA6134). ASCO June 2022

114. Kari Lynn Kendra, James Moon, Zeynep Eroglu, Siwen Hu-Lieskovan, William Edgar Carson III, David A. Wada, Jose A Plaza, Gino Kim In, Alexandra Ikeguchi, John Robert Hyngstrom, Andrew Scott Brohl, **Bartosz Chmielowski**, Nikhil I. Khushalani, Joseph Markowitz, Marcus Monroe, Kenneth F. Grossmann, Vernon K. Sondak, Elad Sharon, Michael Wu, Antoni Ribas. Neoadjuvant PD-1 blockade in patients with resectable desmoplastic melanoma (SWOG 1512). ASCO June 2022

115. Meredith McKean, Anthony W. Tolcher, James Andrew Reeves, **Bartosz Chmielowski**, Montaser F. Shaheen, Joseph Thaddeus Beck, Marlana M. Orloff, Neeta Somaiah, Brian Andrew Van Tine, Joseph J. Drabick, Alexander I. Spira, Kenneth O'byrne, Christos Stelios Karapetis, Steven A. Foresto, Sujana Movva, Jose Martinez, Mingyu Li, Robert Winkler, Dajun Yang, Yifan Zhai; Newly updated activity results of alrizomadlin (APG-115), a novel MDM2/p53 inhibitor, plus pembrolizumab: Phase 2 study in adults and children with various solid tumors. ASCO June 2022

116. Mohammed M. Milhem, Ari M. Vanderwalde, Tawnya Lynn Bowles, Joseph J. Sacco, Jiaxin Niu, Katy K. Tsai, Jason Alan Chesney, **Bartosz Chmielowski**, Adel Samson, Terence Duane Rhodes, Gino Kim In, Anna C. Pavlick, Trisha Michel Wise-Draper, Miguel F. Sanmamed, Praveen Bommareddy, Junhong Zhu, Robert S. Coffin, Kevin Joseph Harrington, Mark R. Middleton. Updated results from the skin cancer cohorts from an ongoing phase 1/2 multicohort study of RP1, an enhanced potency oncolytic HSV, combined with nivolumab (IGNYTE). ASCO June 2022

117. Kevin Harrington, Ari M. Vanderwalde Tawnya Lynn Bowles Joseph J. Sacco, Jiaxin Niu, Katy K Tsai Jason Alan Chesney **Bartosz Chmielowski**, Adel Samson, Terence Duane Rhodes Gino K. In, Anna C. Pavlick, Trisha Wise-Draper; Miguel F Sanmamed; Praveen K Bommareddy, Junhong Zhu, Yawei Zhang, Mark R. Middleton, Mohammed M. Milhem. Updated results from the unresectable stage IIIb and IV melanoma patients from an ongoing Phase 1/2 study of RP1 combined with nivolumab (IGNYTE). Society for Melanoma Research meeting, Oct 2022

118. Brian Gastman; Amod A. Sarnaik, Donald P. Lawrence, Anthony J. Olszanski, **Bartosz Chmielowski**, MD, PhD, Jose Lutzky, MD, Marcus O. Butler, MD, Omid Hamid, MD, Pippa Corrie, PhD, FRCP, Evidio Domingo-Musibay, MD, Sajeve S. Thomas, MD, Fiona Thistlethwaite, MB, BChir, PhD, MRCP, Gregory A. Daniels, MD, PhD, Thomas R. J. Evans, MD, MBBS, FRCP, Andrew J.S. Furness, MRCP, PhD, Geoffrey T. Gibney, MD, Mark Harries, MA, FRCP, PhD, Theresa M. Medina, MD, Daniel Olson, MD, Lalit Pallan, MBchB, PhD; Eric D. Whitman, MD; Melissa Wilson, MD, PhD; Jeff Aycock, BSc; Robert E. Hawkins, MBBS, PhD, FRCP;Yizhou Jiang, PhD; Audrey Kennedy, BSc; Paul B. Robbins, PhD; Zachary J. Roberts, MD, PhD; and John Le Gall. DELTA-1: A global, multicenter, phase 2 study of ITIL-168, an unrestricted autologous tumor-infiltrating lymphocyte (TIL) cell therapy, in adult patients (pts) with advanced cutaneous melanoma. SITC meeting, Nov 2022

119. Arun S. Singh, Noah Federman, Neil O'Brien, **Bartosz Chmielowski**, Fritz C. Eilber, James Christensen and Dennis J. Slamon. Targeting HDAC Inhibition In Rhabdomyosarcoma. CTOS meeting, Nov 2022

120. Drew W. Rasco, Ecaterina Elena Dumbrava, Manish Sharma, Dale Randall Shepard, Daniel A. Vaena, Gini F. Fleming, **Bartosz Chmielowski**, Erika P. Hamilton, Ryan J. Sullivan, Kyriakos P. Papadopoulos, Amita Patnaik, Adeboye H. Adewoye, Chet Bohac, Eran Ophir, Izar Benjamin, Michael Overman. COM701 plus nivolumab demonstrates preliminary antitumor activity and immune modulation of tumor microenvironment in patients with metastatic MSS-CRC and liver metastases. SITC meeting, Nov 2022

121. **Bartosz Chmielowski**, MD, PhD; S. John Weroha, MD, PhD; Susanna Ulahannan, MD, MMED; John D. Powderly, II, MD; Frances Valdes-Albini, MD; Tanios S. Bekaii-Saab, MD; Deborah Doroshow, MD, PhD; Alejandro Recio-Boiles, MD; Jordan Berlin, MD; Yan Xing, MD, PhD; Sudha Khurana, PhD; Jonathan Benjamin, MD, PhD; Steven J. Isakoff, MD, PhD; Benjamin Weinberg, MD. Interim clinical update of the Phase 1b trial of ATRC-101 as monotherapy or in combination with pembrolizumab for select advanced solid tumors. SITC meeting, Nov 2022

122. Jameel Muzaffar, Tae Min Kim, Paul Swiecicki, Muh-Hwa Yang, Julie R. Brahmer, Sung-Bae Kim, **Bartosz Chmielowski**, Yin-Hsun Feng, Nuttapong Ngamphaiboon, Chia-Chi Lin, Michael Chisamore, Rakesh K. Goyal, Nicole Nasrah, William Y. Ho. Phase 1/2 study of the oral CCR4 antagonist, FLX475, as monotherapy and in combination with pembrolizumab in advanced cancer. SITC meeting, Nov 2022

123. Mohammed M. Milhem, Ari M. Vanderwalde, Tawnya Lynn Bowles, Joseph J. Sacco, Anna Olsson-Brown, Jiaxin Niu, Katy K Tsai, Jason Alan Chesney, **Bartosz Chmielowski**, Adel Samson, Terence Duane Rhodes, Gino K. In, Anna C. Pavlick, Trisha Wise-Draper; Miguel F Sanmamed; Praveen K Bommareddy, Alireza Kalbasi, Colin Love, Aaron Clark, Robert Coffin, Mark R. Middleton, Pablo Nenclares, Isla Leslie, Kevin J. Harrington. Biodistribution and shedding analysis following treatment with RP1 oncolytic immunotherapy in the skin cancer patients from the IGNYTE clinical trial. SITC meeting, Nov 2022

124. Praveen K Bommareddy, Mohammed M Milhem, Ari M Vanderwalde, Tawnya Lynn Bowles, Joseph J Sacco, Anna Olsson-Brown, Jiaxin Niu, Katy K Tsai, Jason Alan Chesney, **Bartosz Chmielowski**, Adel Samson, Terence Duane Rhodes, Gino K In, Anna C Pavlick, Trisha Wise-Draper, Miguel F Sanmamed, Alireza Kalbasi, Colin Love, Aaron Clack, Robert Coffin, Jeannie Hou, Mark R Middleton, Pablo Nenclares, Isla Leslie, Kevin J Harrington. Biodistribution and shedding analysis following treatment with RP1 oncolytic immunotherapy in the skin cancer patients from the IGNYTE clinical trial. SITC meeting, Nov 2022

125. Kevin J. Harrington, Pablo Nenclares, Isla Leslie, Ari M. Vanderwalde, Tawnya Lynn Bowles, Joseph J. Sacco, Anna Olsson-Brown, Jiaxin Niu, Katy K Tsai, Jason Alan Chesney, **Bartosz Chmielowski**, Adel Samson,

Terence Duane Rhodes, Gino K. In, Anna C. Pavlick, Trisha Wise-Draper; Miguel F Sanmamed; Praveen K Bommareddy, Laxminarasimha Donthireddy, Robert Coffin, Yawei Zhang, Mark R. Middleton, Mohammed M. Milhem. Immune biomarker analysis of RP1, an enhanced potency oncolytic HSV-1 with nivolumab in patients with advanced solid tumors. SITC meeting, Nov 2022

126. Susan Foy, Kyle Jacoby, Daniela A. Bota, Theresa Hunter, Adam Schoenfeld, Zheng Pan, Eric Stawiski, Yan Ma, William Lu, Songming Peng, Clifford Wang, Benjamin T. Yuen, Olivier Dalmas, Katharine A. Heeringa, Barbara Sennino, Andy Conroy, Michael Bethune, Ines Mende, William White, Monica Kukreja, Swetha Gunturu, Emily Humphrey, Adeel Hussaini. Duo An, Boi Quach, Alphonsus HC. Ng, Yue Lu, Chad Smith, Katie Campbell, Daniel Anaya, Lindsey Skrdlant, Eva Huang, Ventura Mendoza, Jyoti Mathur, Luke Dengler, Bhamini V. Purandare, Robert Moot, Michael C. Yi, Roel Funke, Alison Sibley, Todd Stallings-Schmitt, David Y. Oh, **Bartosz Chmielowski**, Mehrdad Abedi, Yuan Yuan, Jeffrey A. Sosman, Sylvia Lee, Claire Williams, Sean Kim, Matthwe Keefe, Michael Leon, Youngmi Kim, Jason W. Reeves, Wes Goldman, David Baltimore, James R. Heath, Alex Franzusoff, Antoni Ribas, Arati V. Rao, Stefanie J. Mandl. A phase I study of personalized adoptive TCR T cell therapy in patients with solid tumors: safety, efficacy, and T cell trafficking to tumors of non-virally gene edited T cells. SITC meeting, Nov 2022

127. Cristina Puig Saus, Barbara Sennino, Songming Peng, Zheng Pan, PhD, Benjamin Yuen, Bhamini Purandare, Kyle Jacoby, Olivier Dalmas, Duo An, Boi Quach, Clifford L. Wang, Huiming Xia, Sameeha Jilani, Diana Nguyen, Kevin Shao, Claire McHugh, John E. Greer, Phillip Peabody, Saparya Nayak, Jonaathan Hoover, Sara Said, Susan Foy, PhD, Andrew Conroy, Michael Yi, Christine Shieh, William Lu, Katharine A. Heeringa, Yan Ma, Shahab Chizari, Melissa Pilling, Marc Ting, Ramya Tunuguntla, Salemiz Sandoval, Robert Moot, Theresa Hunter, Sidi Zhao, Justin Saco, Ivan Perez-Garcilaso, Agustin Vega-Crespo, Ignacio Baselga, Gabriel Abril-Rodriguez, MS, Grace Cherry, Deborah J. Wong, M.D., Ph.D., Jasreet Hundal, **Bartosz Chmielowski**, MD, PhD, Daniel E. Speiser, MD, Michael T. Bethune, Xiaoyan Bao, Alena Gros, PhD, Obi Griffith, Malachi Griffith, Ph.D., James R. Heath, PhD, Alex Franzusoff, Stefanie J. Mandl, PhD, Antoni Ribas, MD, PhD. Landscape analysis of the neoepitope-specific T cell responses in patients with and without clinical benefit from immune checkpoint blockade therapy. SITC meeting, Nov 2022

128. R. Sullivan, M. Sharma, D. Vaena, E. Hamilton, B. Izar, D. Rasco, J. Gainor, D. Shepard, K. Papadopoulos, E. Dumbrava, H. Adewoye, P. Ferre, E. Ophir, M. Patel, A. Patnaik, **B. Chmielowski.** COM701 ± Nivolumab – preliminary results of antitumor activity from a phase 1 study in patients with metastaticNSCLC who have received prior PD-1/PD-L1 inhibitor. ESMO-IO, Geneva, Switzerland Dec 7-9, 2022.

129. O. Yeku, D. Shepard, M. Patel, G. Fleming, D. Vaena, D. Rasco, **B. Chmielowski**, M. Sharma, E. Hamilton, R. Sullivan, K. Papadopoulos, B. Izar, G. Cojocaru, E. Ophir, P. Ferre, E. Dumbrava. COM701 in combination with nivolumab demonstrates preliminary antitumor activity in patients with platinumresistant epithelial ovarian cancer. ESMO-IO, Geneva, Switzerland Dec 7-9, 2022.

130. C.-C. Lin, T.M. Kim, P. Desai, K. Lee, Y.-H. Feng, N. Ngamphaiboon, S.-B. Kim, M.-H. Yang, J. Muzaffar, **B. Chmielowski,** P.L. Swiecicki, S. Bowyer, J. Brahmer, M. Chisamore, R. Goyal, N. Nasrah, W. Ho, B.C. Cho. Phase 1/2 study of the oral CCR4 antagonist, FLX475, as monotherapy and in combination with pembrolizumab in advanced cancer. ESMO-IO, Geneva, Switzerland Dec 7-9, 2022.

131. Spira A, Gambardella V, Kato S, Perez CB, McKean M, Gonzalez-Cao M, Kim R, Chen CT, Italiano A, Cassier P, Mehnert J, **Chmielowski B**, Lee G, Williams R, Severson P, Unger C, Guan X, Long GV. A Global Phase 1 Clinical Trial Evaluating Exarafenib Monotherapy (KIN-2787), a Highly Selective Pan-RAF Inhibitor, in BRAF-Altered Solid Tumors and NRAS Mutant Melanoma AACR Annual Meeting, April 2023

132. Mihitha Ariyapperuma, John J. Park, Adnan Khattak, Gary Richardson, Anis Hamid, Michelle Morris, Anthony W. Tolcher, Boon Cher Goh, Justina Lam, **Bartosz Chmielowski**, Kristine She, Yanyan Zhang, Ai Li, Songmao Zheng, Guizhong Liu, Lvyu Zhu, Hongyan Wang, Xiaoxing Cui, Peter Luo, Jiping Zha. Interim Results of a Phase 1b/2 Study of ADG126 (a Masked anti-CTLA-4 SAFEbody®) Monotherapy and in Combination with Toripalimab (an anti-PD-1 Antibody) in Patients (pts) with Advanced / Metastatic Solid Tumors. AACR Annual Meeting, April 2023

133. Ahmad Al Shihabi, Peyton J Tebon, Huyen Thi Lam Nguyen, Jomjit Chantharasamee, Sara Sartini, Ardalan Davarifar, Alexandra Jensen, Miranda Diaz-Infante, Hannah Cox, Alfredo Enrique-Gonzalez, Nasrin Tavanaie, Sarah Dry, Arun Singh, **Bartosz Chmielowski**, Joseph Crompton, Anusha Kalbasi, Fritz Eilber, Fran Hornicek, Nicholas Bernthal, Scott D Nelson, Paul C Boutros, Noah Federman, Jane Yanagawa, Alice Soragni. A characterization of drug sensitivity and resistance in sarcoma. AACR Annual Meeting, April 2023

134. Céleste Lebbe, Georgia M. Beasley, Ari M. VanderWalde, Tawnya Lynn Bowles, Joseph J. Sacco, Jiaxin Niu, Katy K. Tsai, Jason Alan Chesney, **Bartosz Chmielowski**, Adel Samson, Terence Duane Rhodes, Gino K. In, Anna C. Pavlick, Trisha M. Wise-Draper, Miguel F.Sanmamed, Jeannie Hou, Mark R. Middleton, Kevin J. Harrington, Judith Michels, Mohammed M. Milhem. Safety, efficacy, and biomarker assessment of RP1 in combination with nivolumab in patients with advanced skin cancers. European Association of DermatoOncology (EADO). April 20–22, 2023; Rome, Italy

135. **Bartosz Chmielowski,** Mohammed M. Milhem, Joseph J. Sacco, Tawnya Lynn Bowles, Katy K. Tsai, Gino Kim In, Eva Muñoz-Couselo, Ari M. Vanderwalde, Jason Alan Chesney, Judith Michels, Adel Samson, Georgia Beasley, Dirk Schadendorf, Fade Mahmoud, Michael K.K. Wong, Trisha Michel Wise-Draper, Junhong Zhu, Praveen Bommareddy, Jeannie W. Hou, Mark R. Middleton; Initial efficacy and safety of RP1 + nivolumab in patients with anti–PD-1–failed melanoma from the ongoing phase 1/2 IGNYTE study. ASCO June 2023

136. **Bartosz Chmielowski,** Saravut John Weroha, Susanna Varkey Ulahannan, Deborah Blythe Doroshow, Frances Valdes, Tanios S. Bekaii-Saab, John D. Powderly, Alejandro Recio-Boiles, Jordan Berlin, Yan Xing, Sudha Khurana, Philippe Bishop, Steven J. Isakoff, Benjamin Adam Weinberg. Interim update of the ATRC-101 phase 1b trial in advanced solid tumors. ASCO June 2023

137. Cesar Augusto Perez, Valentina Gambardella, Shumei Kato, Meredith McKean, Maria Gonzalez-Cao, Richard D. Kim, Chris T Chen, Antoine Italiano, Philippe Alexandre Cassier, Janice M. Mehnert, **Bartosz Chmielowski**, Frans Opdam, Jacob Stephen Thomas, Geraldine Marie Lee, Paul Severson, Kim Kelso, Caro Unger, Richard Thomas Williams, Georgina V. Long, Alexander I. Spira. A global phase 1/1b clinical trial evaluating exarafenib (KIN-2787), a highly selective pan-RAF inhibitor, in adult patients with BRAF-altered solid tumors and NRAS mutant melanoma. ASCO June 2023

138. Montaser F. Shaheen, Jennifer Margaret Segar, **Bartosz Chmielowski**, Joseph J. Drabick, Meredith McKean, James A. Reeves Jr., Christos Stelios Karapetis, Marlana M. Orloff, Anthony W. Tolcher, J. Thaddeus Beck, Brian Gastman, Asit De, Ben Paudyal, Robert E Winkler, Mingyu Li, Mohammad Ahmad, Dajun Yang, Yifan Zhai. A phase 2 study of alrizomadlin (APG-115) in combination with pembrolizumab in patients with unresectable or metastatic cutaneous melanoma that has failed immuno-oncologic (IO) drugs. ASCO June 2023

139. Neeta Somaiah, Brian Andrew Van Tine, **Bartosz Chmielowski**, Joseph J. Drabick, Sant P. Chawla, Meredith McKean, Alexander I. Spira, Kenneth John O'Byrne, Steven A. Foresto, Sujana Movva, AeRang Kim, Brian Gastman, Joseph Gerald Pressey, Ben Paudyal, Asit De, Robert E Winkler, Mingyu Li, Mohammad Ahmad, Dajun Yang, Yifan Zhai; A phase 2 study of alrizomadlin, a novel MDM2/p53 inhibitor, in combination with pembrolizumab for treatment of patients with malignant peripheral nerve sheath tumor (MPNST). ASCO June 2023

140. Dirk Schadendorf, **Bartosz Chmielowski**, Mohammed M. Milhem, Joseph J. Sacco, Tawnya Lynn Bowles, Katy K. Tsai, Gino K. In, Eva Muñoz-Couselo, Ari M. VanderWalde, Jason Alan Chesney, Judith Michels, Adel Samson, Georgia M. Beasley, Fade Mahmoud, Michael K. Wong,

Trisha M. Wise-Draper, Junhong Zhu, Praveen K. Bommareddy, Walter Hong, Jeannie W. Hou, Mark R. Middleton. Initial efficacy and safety of RP1 + nivolumab in patients with anti–PD-1–failed melanoma from the ongoing phase 1/2 IGNYTE study. Arbeitsgemeinschaft Dermatologische Onkologie (ADO)/German Skin Cancer Congress 2023. September 6–9, 2023; Hamburg, Germany

141. Paul Nathan, Sophie Piperno-Neumann, Josep M. Piulats, April KS Salama, Alexander N Shoushtari, Lev Demidov, Mohammed Milhem, **Bartosz Chmielowski**, Kevin Kim, Ramakrishna Edukulla, Connie Pfeiffer, Jessica C. Hassel. Durable response and disease control from tebentafusp in a Phase 3 study of previously untreated metastatic uveal melanoma. ESMO 2023

142. Ecaterina Dumbrava, **Bartosz Chmielowski**, Dale Shepard, Daniel Vaena, Drew Rasco, Manish Sharma, Erika Hamilton, Kyriakos P Papadopoulos, Judy S. Wang, Eran Ophir, Pierre Ferre, Inbal Barbiro, Gady Cojocaru, Adeboye H Adewoye, Manish Patel. The combination of COM701 + nivolumab demonstrates preliminary antitumor activity in patients with metastatic breast cancer. SITC 2023

143. Praveen K. Bommareddy, Alina Monteagudo, Mohammed M. Milhem, Joseph J. Sacco, Tawnya Lynn Bowles, Katy K. Tsai, Gino K. In, Eva Muñoz-Couselo, Ari M. VanderWalde, Jason Alan Chesney, Judith Michels, Adel Samson, Georgia M. Beasley, Trisha M. Wise-Draper, Dirk Schadendorf, Fade Mahmoud, Michael K. Wong, Walter Hong, Jeannie W. Hou, Aaron Clack, Robert S. Coffin, Mark R. Middleton, **Bartosz Chmielowski**. Biodistribution and shedding analysis following RP1 oncolytic immunotherapy dosing in patients from the IGNYTE clinical trial. SITC 2023

144. Diana Hanna, MD1 Yousef Zakharia, MD, Sanjay Goel, MD, Randy Hurley, MD, Meredith Pelster, MD, Anthony El-Khoueiry, MD, Jacob Thomas, MD, John Powderly, MD, PhD, David Miller, MD, PhD, Richard Wu, MD, PhD, **Bartosz Chmielowski**, MD, PhD, Suthee Rapisuwon, MD, Anurag Gupta, PhD, Meghan Duncan, Aika Siu, Ekta Patel, PhD, Damiano Fantini, PhD, David Crowe, Sattanathan Paramasivan, PhD, George Lee, Katarina Luptakova, MD and Meredith McKean, MD. XTX202-01, Phase 1/2 First-in Human Study of XTX202, a Masked, Tumor-Activated IL-2βγ, in Patients With Advanced Solid Tumors: Results From Phase. SITC 2023

145. **Bartosz Chmielowski**, Mohammed M. Milhem, Joseph J. Sacco, Tawnya Lynn Bowles, Katy K. Tsai, Gino K. In, Eva Muñoz-Couselo, Ari M. VanderWalde, Jason Alan Chesney, Judith Michels, Adel Samson, Georgia M. Beasley, Dirk Schadendorf, Fade Mahmoud, Michael K. Wong, Trisha M. Wise-Draper, Junhong Zhu, Praveen K. Bommareddy, Jeannie W. Hou, Tom Hash, Mark R. Middleton. Initial efficacy and safety of RP1 plus nivolumab in patients with anti–PD-1–failed melanoma from the ongoing

phase 1/2 IGNYTE study. Meeting of the Society of Interventional Oncology, Jan 27, 2024

146. Jad Chahoud, MD1, Yousef Zakharia, MD, Meredith McKean, MD, Sanjay Goel, MD, **Bartosz Chmielowski, MD**, PhD, Diana L. Hanna, MD, Gregory A. Daniels, MD, PhD, Richard Wu, MD, PhD, Suthee Rapisuwon, MD10, Randolph Hurley, MD, Anurag Gupta, PhD, Meghan Duncan, Aika Siu, Ekta Patel, PhD, Damiano Fantini, PhD, David Crowe, Sattanathan Paramasivan, PhD, Katarina Luptakova, MD, Howard L. Kaufman, MD, and Diwakar Davar, MD. Phase 1/2 Study of XTX202, a Tumor-Activated IL-2□□ in Advanced Solid Tumors. Annual ASCO meeting June 2024

147. Dirk Schadendorf, Michael K Wong, Joseph J Sacco, Caroline Robert, Judith Michels, Tawnya Lynn Bowles, Gino K In, Katy K Tsai, Céleste Lebbé, Caroline Gaudy-Marqueste, Eva Muñoz-Couselo, Mark R Middleton, Adel Samson, Georgia M Beasley, Jiaxin Niu, **Bartosz Chmielowski**, Trisha M Wise-Draper, Junhong Zhu, Marcus Viana, Mohammed M Milhem. Efficacy and safety of RP1 combined with nivolumab in patients with anti–PD-1–failed melanoma from the IGNYTE clinical trial. German Skin Cancer Congress 2024, Sep 25-28, 2024

## Ph.D. DISSERTATION

**B.Chmielowski**: „Wpływ pojedynczego kompleksu MHC II z kowalencyjnie związanym peptydem na pozytywną selekcję komórek T w grasicy" *(„The Influence of a Single MHC Class II Complex with a Covalently Bound Peptide on Positive Selection of T Cells in the Thymus")* Dissertation, The Medical Academy at Wroclaw, Wroclaw 2000

# Dr. Simon Ward

# SIMON WARD: CURRICULUM VITAE

## KEY ACHIEVEMENTS

- 25 years' experience of drug discovery and development: leading to to the identification of >15 clinical candidates in neuroscience and respiratory (>7 molecules to Ph2/3) across biotech, pharma and academia environments
- Broad experience of project evaluation and strategic analysis from internal and external project reviews, licensing and diligence
- Founder & Director of the Sussex Drug Discovery Centre and the University of Cardiff Medicines Discovery Institute and secured >£50M for academic drug discovery
- Founder of Draig Therapeutics

## EMPLOYMENT

**AUG 2017- present**
**Sêr Cymru Professor in Translational Drug Discovery & Director of Medicines Discovery Institute, Cardiff University, Wales, UK**
Founded and leading a new institute comprising over 40 scientists across chemistry, biology, and pre-clinical drug discovery. Leading multiple drug discovery projects in neuroscience and oncology from initiation to Phase I. Range of therapeutic target approaches, target classes (ion channels, enzymes, receptors) and modes (traditional, covalent, PROTAC, modulators etc)

**SEP 2024- present**
**Founder & Chief Scientific Officer, Draig Therapeutics, Cardiff, Wales, UK**
Venture-funded, clinical stage, neuropsychiatry biotech company.

**Nov 2010 – present**
**Consultancy & external company roles**

- Scientific Advisory Board Member Enterprise Therapeutics, UK
- Consultant Oceanbio, UK
- Consultant Epidarex Exeed, UK
- Ad hoc external consultancy for medicinal chemistry and pre-clinical development activities for range of companies and funders

**Previous Employment**
**Nov 2010 – Jul 2017**
**Professor of Medicinal Chemistry**
**Director of Sussex Centre for Drug Discovery, University of Sussex, UK.**
Founded drug discovery group within an academic environment. Strategic focus in neuroscience (ion channels and structurally-enabled enzymes) and oncology (DNA damage repair pathway enzymes).

Key outputs:

- Grant funding success: >£35M in grant funding (Wellcome, MRC, CRUK, charity, industry etc.)
- >70 research staff scientists and PhD students
- Collaborations with multiple pharma (inc. GlaxoSmithKline, Merck, AstraZeneca)
- Equity stake and future revenue share in biotech companies
- First major project (RV521) successfully completed Ph2 clinical study

**Jan 2011 – Dec 2015**
**Executive Vice President Chemistry & Development, Biocrea GmbH, Germany**
Responsible for oversight of discovery, pre-clinical and clinical development activities of a biotech with a therapeutic focus on enzyme inhibitors and ion channel modulators for CNS diseases. As a member of the Executive Leadership Team I had additional responsibilities for in/out-licencing, due diligence and securing external investment.

Significant achievements: Identification of drug candidates for multiple CNS projects and successful licence/sales to major pharmaceutical companies (inc. 3 deals at BioCrea including PDE2 candidate & programme to Boehringer Ingelheim)

**2001-2010 Associate Director, GlaxoSmithKline, Harlow, UK**
Led multidisciplinary project teams & medicinal chemistry groups from target identification, through hit to lead discovery, lead optimisation, pre-clinical development, and early clinical studies. Projects included (only publicly disclosed targets listed) AMPAR, CaV2.2, 5-HT1A receptor family modulators, SSRI. Delivery of multiple clinical development candidates across CNS indications. Expertise in GPCR and ion channel projects.

**1999-2001 *Medicinal Chemistry Team Leader*, Knoll Pharmaceuticals, UK**
Led medicinal chemistry team on lead optimisation projects towards CNS drug candidates. Targets included 5-HT1 receptors. Led initiatives to evaluate potential new drug targets.
**1997-1999 *Medicinal Chemist*, Cerebrus (Vernalis), Reading, UK**
Medicinal chemist working on range of CNS projects including 5-HT2C receptors and NMDA channels.
**1993-1994 *Medicinal Chemist*, Chiroscience, UK**
Medicinal chemist working on range of projects and developing stereo-selective synthetic methodologies.

## EDUCATION

| | | |
|---|---|---|
| **First Degree** | 1990-1993 | University of Cambridge: Natural Sciences, Class 1 (MA Hons) |
| **Higher Degree** | 1994-1997 | Doctor of Philosophy (Chemistry), University of Cambridge |

## Selected current & recent external professional duties

- Member of Expert Scientific Advisory Committee, Medicines for Malaria Venture, Geneva
- Member Scientific Advisory Board, Institute of Cancer Therapeutics, Bradford, UK
- Member of Management Board Cardiff Innovations, UK
- Scientific Advisory Board Member for Cancer Therapeutics CRC, Melbourne, Australia
- Member of Great Ormond Street Hospital Children's Charity Research Assessment Panel
- Member of Medical Research Council Developmental Pathway Funding Scheme/Developmental Clinical Studies panel
- Member of Cancer Research UK Small Molecule Expert Review Panel
- Member of Advisory Board for journals *Bioorganic and Medicinal Chemistry* and *Bioorganic and Medicinal Chemistry Letters*, Elsevier and *Medicinal Chemistry Letters*, American Chemical Society
- Member of Structural Genomics Consortium Target Evaluation Panel
- Member of editorial board Gwerddon
- Member Alzheimer's Research UK Oxford Drug Discovery Institute Review Panel
- Chair of Royal Society of Chemistry Medicinal Chemistry Residential Training Course
- Chair of the Society for Medicines Research
- Joint Editor-in-Chief Comprehensive Medicinal Chemistry Editions III & IV, Elsevier 2017 and 2025
- Joint Editor The Handbook of Medicinal Chemistry: Principles and Practice, Royal Society of Chemistry 2015 and 2023
- Editor-in-Chief Royal Society of Chemistry Drug Discovery
- Member of Panel of Experts Research Investment in Global Health Technologies (RIGHT) Foundation, Korea
- Conference Director ELRIG Drug Discovery 2021-2023
- Member of Society for Neuroscience & American Association of Cancer Research
- Extensive reviewing for international journals, grant panels and funding bodies

## Academy memberships

Fellow of Royal Society of Chemistry (FRSC)
Chartered chemist (CChem) and chartered scientist (CSci)

## Publications

**Published patent applications: 48**
**Books: 3**
**Book chapters: 6**
**Peer reviewed journal publications: 57**
**Appendix 1: Competitive Grant Income Secured (2014 onwards)**

| **Live Projects** | **Funder** | **Value** |
|---|---|---|
| KAT2A PROTACs targetting the differentiation of blasts and leukemic stem cells for the treatment of Acute Myeloid Leukaemia [PI] | MRC | **£1,786,575** |
| Enhancing spinal cord GlyRa3 function as a novel approach to the treatment of pain [col] | MRC | **£2,184,052** |
| Tool molecules for NEAT1 inhibition [PI] | Coleg Cymraeg Cenedlaethol | **£90,000** |
| Protein Targeting Chimeras (PROTACs) for CNS penetration [PI] | Janssen Pharmaceuticals | **£100,000** |
| Phase 1 clinical studies for MDI-478: An AMPA receptor positive allosteric modulator for the treatment of cognitive impairment associated with schizophrenia [PI] | Wellcome Trust | **£6,783,629** |
| Allosteric modulators of extrasynaptic delta-GABAA receptors for the treatment of postpartum depression [col] | MRC | **£2,773,089** |
| Design and development of AMPA receptor modulators with a much-improved safety profile as novel drugs for treating the cognitive dysfunction associated with schizophrenia and other CNS disorders [PI] | Wellcome Trust | **£4,063,426** |
| Proof-of-Concept for a5-GABAAR PAMs in the treatment of psychosis [col] | Wellcome Trust | **£503,102** |
| Developing small molecules as a neurosteroid replacement strategy for treating postpartum psychosis [col] | Wellcome Trust | **£500,971** |
| Targeting Prion proteins with PROTACs [PI] | Coleg Cymraeg Cenedlaethol | **£45,000** |
| Inhibition of acid ceramidase to treat multiple lysosomal storage disorders [col] | Harrington Rare Disease | **£97.972** |
| α5-GABAA Receptor Modulators for the Treatment of Cognitive Impairment Associated with Huntington's Disease [col] | Wellcome Trust | **£3,050,000** |
| **Completed Projects** | | |
| An integrated target validation and drug discovery platform for the identification of novel agents targeting genome stability for the treatment of cancer [PI] | Wellcome Trust | **£6,124,080** |
| Sêr Cymru Chair application [col] | Welsh Gov | **£2,313,000** |
| Transforming Cardiff Translational Research [col] | Wellcome Trust | **£600,000** |
| MSH3: a disease modifying approach to Huntington's disease [col] | LoQus23 Therapeutics Ltd | **£533,349** |
| Prodrugs of Protein Targeting Chimeras (PROTACs) With Improved Oral Bioavailability [col] | Cardiff University | **£60,000** |
| Inhibitors of inositol monophosphatase for the treatment of bipolar disorder [col] | MRC | **£250,000** |
| LIMK1 inhibitors - A novel, disease-modifying approach for the treatment of fragile X syndrome [PI] | MRC | **£2,446,174** |
| Valium without the sedation: Non-sedating anxiolytic GABAA receptor modulators for the treatment of anxiety disorders [col] | MRC | **£3,524,428** |
| Mechanisms of aminoglycoside ototoxicity and drug damage repair in sensory hair cells: towards the design of otoprotective strategies [col] | MRC | **£1,869,966** |
| Non-homologous End-Joining Protein Complexes and Genome Stability [col] | CRUK | **£1,037,403** |
| Targeted Greatwall Kinase Blockade Offers A Novel Strategy for Chemoprevention [PI] | European Union | **£151,550** |
| Proposal to initiate a drug discovery project to validate assays and identify small molecule hit for TDP1 [PI] | CRUK | **£267,499** |
| Identification of Phosphatase Specific Inhibitors of the DNA Damage Repair Enzyme Polynucleotide Kinase 3´ Phosphatase | CRUK | **£201,000** |

| | | |
|---|---|---|
| (PNKP) via a Dual Fragment and Virtual Screening Approach [col] | | |
| Industrial CASE award: Identification of Potent and Selective Inhibitors of Trypanosomal Alternative Oxidase (with Novartis) [PI] | BBSRC | **£99,726** |
| Enabling translational discovery of new neuroscience therapeutics [PI] | MRC | **£300,000** |
| Identification of Low Molecular Weight, Selective Inhibitors of the P2X4 Ion Channel to Investigate the Potential of Channel Modulation to Treat Neurological Disorders [PI] | University of Sussex | **£36,742** |
| A stream-lined lead optimization project with the potential to deliver first in class small molecule inhibitors of Respiratory Syncytial Virus (RSV) [col] | Wellcome Trust | **£1,394,243** |
| Next generation anti-epileptic drugs: Identification of chemical starting points for the discovery of novel GluK1 negative allosteric modulators [col] | Wellcome Trust | **£133,294** |
| Identification of novel, selective voltage-gated CaV2.1 calcium channel inhibitors which reverse the gain of channel function produced by Hemiplegic Migraine CACNA1A mutations [col] | Migraine Research Foundation | **£32,000** |
| Translational Biomedical Research Platform (ISSF) [col] | Wellcome Trust | **£600,000** |
| Valium without the sedation: Non-sedating anxiolytic GABAA receptor modulators for the treatment of anxiety disorders [col] | MRC | **£2,400,000** |
| Translational Biomedical Research Platform (ISSF) [col] | Wellcome Trust | **£1,500,000** |
| Enabling translational discovery of new neuroscience therapeutics [PI] | MRC | **£280,000** |

**Appendix 2: Publication List** *Reverse chronological order by publication type*

**Patent Applications**
*For information – no significance regarding level of contribution is attributed to the ordering of the applicants' names:*

1. Ward, Simon; Le Grand, Darren; Pennicott, Lewis. Heterocycle protacs for targeted degradation of KAT2A and KAT2B for the treatment of cancer. WO2024003533A1

2. Baek, Ki Seon; Khoo, Ja Heouk; Choi, Soongyu; Park, Young Whan; Ward, Simon; Le Grand, Darren; West, Ryan; Turner, Penelope; Maramai, Samuele; Reuillon, Tristan. Preparation of substituted 1,2-diaminoheterocyclic compound derivatives and their use as pharmaceutical agents. WO2022260441 A1

3. Ward, Simon; Atack, John; Ashall-Kelly, Alexander; Baldwin, Alex; Foley, David; Jones, Heulyn; Yu, Wai Leung; Brand, Stephen; Natarajan, Srinivasan. Preparation of heteroaryl compounds useful in the treatment of cognitive disorders. WO2022234271 A1

4. Maramai, Samuele; Mazzacani, Alessandro; Paradowski, Michael; Ward, Simon. Preparation of 2-oxodihydroquinoline-3-carboxamide derivatives as GABA type A receptor modulators. WO2022079432A1

5. Ward, Simon; Beswick, Paul; Pennicott, Lewis; Reuillon, Tristan; Chuckowree, Irina; Villalonga-Barber, Carolina; Porter, Roderick Alan. Preparation of (hetero)alkylmethylpyrrolidin-2-one derivatives and related compounds as AMPA receptor potentiators for treatment of central nervous system disorders PCT Int. Appl. (2019), WO 2019166822 A1 20190906

6. Ward, Simon; Beswick, Paul; Pennicott, Lewis; Reuillon, Tristan. Pyrazole derivatives as AMPA receptor potentiators, their use in the treatment of CNS disorders and cognitive dysfunction and their preparation PCT Int. Appl. (2018), WO 2018146486 A1 20180816.

7. Cockerill, Stuart; Mathews, Neil; Ward, Simon; Lunn, Graham; Paradowski, Michael; Gascon Simorte, Jose Miguel. Spiroindolines for the treatment and prophylaxis of respiratory syncytial virus infection (RSV). (2016) PCT Int. Appl., WO 2016055780

8. Schindler, Rudolf; Lankau, Hans-Joachim; Hoefgen, Norbert; Grunwald, Christian; Egerland, Ute; Langen, Barbara; Dost, Rita; Hage, Thorsten; Ward, Simon, Pyrazoles as NMDA NR2B receptor inhibitors and their preparation. (2016) PCT Int. Appl. WO 2016025918

9. Schindler, Rudolf; Lankau, Hans-Joachim; Hoefgen, Norbert; Egerland, Ute; Langen, Barbara; Dost, Rita; Ward, Simon Preparation of phenyltriazole derivatives as NR2B receptor inhibitors. (2016) PCT Int. Appl., WO 2016025917

10. Gibbs, Ayana Alice; Ward, Simon Edward; Pennicott, Lewis Elliot. Neurodevelopmental disorders. (2013) PCT Int. Appl., WO 2013038200

11. Norton, David; Andreotti, Daniele; Ward, Simon E.; Profeta, Roberto; Spada, Simone; Price, Helen Susanne. Preparation of tricyclic piperazine containing compounds as Cav2.2 calcium channel blockers for use in pain treatment. (2012) PCT Int. Appl., WO 2012098400

12. Beswick, Paul John; Gleave, Robert James; Hachisu, Shuji; Vile, Sadie; Bertheleme, Nicolas; Ward, Simon E. Tetrazole compounds as calcium channel blockers. (2012) PCT Int. Appl., WO 2012004604 A1

13. Bradley, Daniel Marcus; Cardullo, Francesca; Marshall, Howard; Marzorati, Paola; Pozzan, Alfonso; Ward, Simon E. Preparation of substituted 2,3-dihydro-1H-inden-2-yl)-2-propanesulfonamides which potentiate the AMPA receptor and are useful in medicine. (2010) PCT Int. Appl., WO 2010066658.

14. Coulton, Steven; Gilpin, Martin; Ward, Simon E. N- inden- 2 -yl- isopropylsulfonamides as AMPA receptor potentiators. (2010) PCT Int. Appl., WO 2010057865.

15. Ward, Simon E.; Bertheleme, Nicolas. Compounds which potentiate AMPA receptor and uses thereof in medicine. (2010) PCT Int. Appl., WO 2010037760.

16. Heer, Jag Paul; Norton, David; Ward, Simon E. Preparation of pyrazolo[1,5-a]pyrimidine derivatives for blocking Cav2.2 calcium channels. (2010) PCT Int. Appl., WO 2010007074

17. Thewlis, Kevin Michael; Ward, Simon E. Preparation of N-(phenyl-1,3-cyclopentyl) sulfonamides which potentiate the AMPA receptor. (2009) PCT Int. Appl., WO 2009092712

18. Thewlis, Kevin Michael; Ward, Simon E. Preparation of N-2-(phenylmethyl)cyclopentyl sulfonamides which potentiate the AMPA receptor. (2009) PCT Int. Appl., WO 2009092713

19. Bertheleme, Nicolas; Chan, Wai Ngor; Scott, Jaqueline Sandra; Ward, Simon E. Preparation of 2-(isopropylsulfonylamino)indane derivatives as potentiators of AMPA receptors. WO 2009080637

20. Chan, Wai Ngor; Harrison, Stephen; Hughes, Owen Rhys; Neesom, James Kenneth; Thewlis, Kevin Michael; Ward, Simon E. (Phenylimino)thiazole derivatives as AMPA receptor modulators and their preparation, pharmaceutical compositions and use in the treatment of schizophrenia. (2009) PCT Int. Appl., WO 2009053448

21. Chan, Wai Ngor; Thewlis, Kevin Michael; Ward, Simon E. Preparation of (hetero)aryliminothiazoles as potentiators of AMPA receptors. (2009) PCT Int. Appl., WO 2009053449

22. Bradley, Daniel Marcus; Chan, Wai Ngor; Ward, Simon E. Preparation of pyrazolylphenylmethylamines which potentiate AMPA receptor. (2008) PCT Int. Appl., WO 2008148836

23. Bradley, Daniel Marcus; Thewlis, Kevin Michael; Ward, Simon E. Preparation of 4-(fused pyrazolyl) phenylmethylamines which potentiate AMPA receptor. (2008) PCT Int. Appl., WO 2008148832

24. Bertheleme, Nicolas; Bradley, Daniel Marcus; Cardullo, Francesca; Merlo, Giancarlo; Pozzan, Alfonso; Scott, Jaqueline Sandra; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of 1-(2,3-dihydro-1H-inden-5-yl)-1H-pyrazole derivatives as AMPA receptor potentiators and their use in medicine. (2008) PCT Int. Appl., WO 2008113795

25. Bradley, Daniel Marcus; Chan, Wai Ngor; Harrison, Stephen Anthony; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of aryl-substituted 3-(trifluoromethyl)-4,5,6,7-tetrahydro-1H-indazoles which potentiate AMPA receptor and uses thereof in medicine. (2008) PCT Int. Appl., WO 2008110566

26. Bradley, Daniel Marcus; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of N-[5-heterocyclyl-2,3-dihydro-1H-inden-2-yl]-2-propanesulfonamide derivatives as potentiators of glutamate receptor. (2008) US. Appl., US 2008194648

27. Bradley, Daniel Marcus; Chan, Wai Ngor; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of pyranopyrazoles and pyrazolopyridines as AMPA receptor potentiators. PCT Int. Appl. (2008) WO 2008053031

28. Bradley, Daniel Marcus; Chan, Wai Ngor; Harrison, Stephen; Hughes, Owen; Miller, David Drysdale; Neesom, James; Thewlis, Kevin Michael; Ward, Simon Edward. (Arylimino)dihydrothiazoles as AMPA receptor modulators and their preparation, pharmaceutical compositions and use in the treatment of schizophrenia and cognition impairment. (2007) PCT Int. Appl., WO 2007122241

29. Bradley, Daniel Marcus; Chan, Wai Ngor; Harrison, Stephen; Thatcher, Robert; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of 3-(trifluoromethyl)-4,5,6,7-tetrahydro-1H-indazole

derivatives and their potential uses as glutamate receptor in particular AMPA receptor. (2007) PCT Int. Appl., WO 2007107539

30. Andreotti, Daniele; Ward, Simon Edward. Preparation of N-[2-phenyltetrahydrofuran-3-yl]-2-propanesulfonamide derivatives as glutamate receptor modulators. (2007) PCT Int. Appl., WO 2007090841

31. Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of 4-phenyl-3-(2-isopropylsulfonylamino)tetrahydrofuran derivatives as glutamate receptor modulators for treatment of schizophrenia. (2007) PCT Int. Appl., WO 2007090840

32. Bradley, Daniel Marcus; Branch, Clive Leslie; Chan, Wai Ngor; Coulton, Steven; Dean, Anthony William; Doyle, Paul Martin; Evans, Brian; Gilpin, Martin Leonard; Gough, Sharon Lisa; Macritchie, Jacqueline Anne; Marshall, Howard Robert; Nash, David John; Porter, Roderick Alan; Ward, Simon Edward. Preparation of acylated piperazines as glycine transporter inhibitors. (2006) PCT Int. Appl., WO 2006094842

33. Andreotti, Daniele; Arista, Luca; Cardullo, Francesca; Spada, Simone; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of N-arylcyclopropyl isopropylsulfonamides which potentiate glutamate receptor and uses thereof in medicine. (2006) PCT Int. Appl., WO 2006087169

34. Bradley, Daniel Marcus; Branch, Clive Leslie; Chan, Wai Ngor; Coulton, Steven; Gilpin, Martin Leonard; Harris, Andrew Jonathan; Lai, Justine Yeun Quai; Marshall, Howard Robert; Macritchie, Jacqueline Anne; Nash, David John; Porter, Roderick Alan; Spada, Simone; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of N-[2-(dimethylamino)-2-methyl-1-phenylpropyl] benzamides as glycine transport inhibitors. (2006) PCT Int. Appl., WO 2006067417

35. Bradley, Daniel Marcus; Branch, Clive Leslie; Chan, Wai Ngor; Coulton, Steven; Gilpin, Martin Leonard; Harris, Andrew Jonathan; Jaxa-Chamiec, Albert Andrzej; Lai, Justine Yeun Quai; Marshall, Howard Robert; Macritchie, Jacqueline Anne; Nash, David John; Porter, Roderick Alan; Spada, Simone; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of N-(phenylmethyl) benzamides as glycine transport inhibitors. (2006) PCT Int. Appl., WO 2006067423

36. Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of N-pyrrolidinyl sulfonamides that potentiate glutamate receptor for use against schizophrenia. (2006) PCT Int. Appl., WO 2006015827

37. Bradley, Daniel Marcus; Thewlis, Kevin Michael; Ward, Simon Edward. Preparation of N-indan-2-yl and related sulfonamides that potentiate glutamate receptor for use against schizophrenia. (2006) PCT Int. Appl., WO 2006015828

38. Ward, Simon Edward; Thewlis, Kevin Michael. Preparation of N-indan-2-yl and related sulfonamides that potentiate glutamate receptor for use against schizophrenia. (2006) PCT Int. Appl., WO 2006015829

39. Bergauer, Markus; Bertani, Barbara; Biagetti, Matteo; Bromidge, Steven Mark; Falchi, Alessandro; Leslie, Colin Philip; Merlo, Giancarlo; Pizzi, Domenica Antonia; Rinaldi, Marilisa; Stasi, Luigi Piero; Tibasco, Jessica; Vong, Antonio Kuok Keong; Ward, Simon Edward. Preparation of quinolines and quinazolines as ligands for 5-HT1 receptors and their use in the treatment of CNS disorders, in particular serotonin-related disorders. (2005) PCT Int. Appl., WO 2005014552

40. Vong, Antonio Kuok Keong; Ward, Simon Edward. Preparation of benzoxazinone derivatives having affinity for 5-HT receptors. (2004) PCT Int. Appl., WO 2004099198

41. Vong, Antonio Kuok Keong; Ward, Simon Edward. Benzoxazinone derivatives, their preparation and use. (2004) PCT Int. Appl., WO 2004099196

42. Harrington, Frank Peter; Smith, Paul William; Ward, Simon E. Preparation of heterocyclic compounds possessing affinity at 5-HT1-type receptors and uses thereof in therapy. (2003) PCT Int. Appl., WO 2003068772

43. Ward, Simon E. Preparation of heterocyclylmethylpiperidines and -piperazines possessing affinity at 5-HT1 type receptors. (2003) PCT Int. Appl., WO 2003068771

44. Smith, Paul W.; Thewlis, Kevin Michael; Vong, Antonio Kuok Keong; Ward, Simon E. Preparation of (hetero)aryloxyethylpiperidines possessing affinity at 5HT1-type receptors. (2003) PCT Int. Appl., WO 2003068760

45. Flynn, Sean Thomas; Smith, Paul W.; Thewlis, Kevin Michael; Ward, Simon E.; Wyman, Paul Adrian. Piperidine and piperazine derivatives possessing affinity at 5HT-1 type receptors, and their preparation, pharmaceutical compositions, and use in the treatment of CNS disorders. (2003) PCT Int. Appl., WO 2003068236

46. Gillespie, Roger John; Monck, Nathaniel Julius Thomas; Bird, Andrew James; Ward, Simon Edward. 2-adamantanemethanamine compounds for treating abnormalities in glutamatergic neurotransmission, and preparation thereof. (2000) PCT Int. Appl., WO 2000044371

47. Gillespie, Roger John; Lerpiniere, Joanne; Gaur, Suneel; Adams, David Reginald; Knutsen, Lars Jacob Stray; Ward, Simon Edward. Preparation of 4-quinolinemethanol derivatives as purine receptor antagonists. (2000) PCT Int. Appl., WO 2000013681

48. Gillespie, Roger John; Snape, Michael Fredrick; Ward, Simon Edward. Preparation of 1-(adamantyl)amidines and their use in the treatment of conditions generally associated with abnormalities in glutamatergic transmission. (1999) PCT Int. Appl., WO 9931051

**Edited books & book chapters**

1. The Handbook of Medicinal Chemistry : Principles and Practice. Editors Andrew M Davis, Simon E Ward Print ISBN: 978-1788018982. (2023) Royal Society of Chemistry

2. Lead optimisation: what you should know! Ward, Simon E.; Davis, Andrew M. Chapter in Handbook of Medicinal Chemistry (2nd Edition) (2023), 720-768

3. Comprehensive Medicinal Chemistry III. Editors-in-Chief: Samuel Chackalamannil, David Rotella and Simon E. Ward (2017), ISBN 978-0-12-803201-5. Elsevier (4536 pages)

4. Ward, S. E. and Beswick, P. Hit-to-Lead Medicinal Chemistry. Reviews in Cell Biology and Molecular Medicine. (2016), 2, 42–61.

5. The Handbook of Medicinal Chemistry : Principles and Practice. Editors Andrew M Davis, Simon E Ward Print ISBN: 978-1-84973-625-1. (2015) Royal Society of Chemistry

6. AMPA receptor positive allosteric modulators - a case history. Ward, Simon E. RSC Drug Discovery Series (2015), 39 (Ion Channel Drug Discovery), 105-134.

7. DNA Damage Repair Pathways and Synthetic Lethality. Ward, Simon E. from Medicinal Chemistry Approaches to Personalized Medicine. (2013) Karen Lackey (Editor), Bruce Roth (Editor)

8. Ward, Simon E. Neurotransmitters and other non-opiate central mechanisms. RSC Drug Discovery Series (2014), 35 (Pain Therapeutics), 171-196.

9. Discovery and clinical data for a novel AMPA receptor positive modulator. Ward, Simon E. RSC Drug Discovery Series (2012), 28 (Drug Discovery for Psychiatric Disorders), 99-122.

**Papers**

1. Cubitt, Jonathan; Davies, Mari; Riseley, Ross; Evans, Gabrielle; Gardiner, Sian E ; Kariuki, Benson M ; Ward, Simon E ; Lloyd-Evans, Emyr ; Waller-Evans, Helen; Jones, D Heulyn. Beware of N-Benzoyloxybenzamides. Molecules (Basel, Switzerland) (2024), 29(21)

2. Morgan, Harry ; Nicholls, Robert A ; Warren, Anna J; Ward, Simon E ; Evans, Gwyndaf; Long, Fei; Murshudov, Garib N ; Duman, Ramona; Bax, Benjamin D. How Do Gepotidacin and Zoliflodacin Stabilize DNA Cleavage Complexes with Bacterial Type IIA Topoisomerases? 1. Experimental Definition of Metal Binding Sites.International journal of molecular sciences (2024), 25(21)

3. Henderson, Scott H. ; Sorrell, Fiona J.; Bennett, James M.; Fedorov, Oleg; Hanley, Marcus T.; Godoi, Paulo H.; Ruela de Sousa, Roberta; Robinson, Sean; Navratilova, Iva Hopkins; Elkins, Jonathan M.; Ward, Simon E.. Imidazo[1,2-b]pyridazines as inhibitors of DYRK kinases. European Journal of Medicinal Chemistry (2024), 269, 116292

4. Ward, Simon E. ; Demont, Emmanuel H.J ournal of Medicinal Chemistry Collection: Drug Discovery in the UK. Journal of Medicinal Chemistry (2024), 67(21), 18631-18632

5. Zhou, Jingying; Wang, Huanyu; Shu, Ting; Wang, Jing; Yang, Weiqin; Li, Jingqing; Ding, Lipeng; Liu, Man; Sun, Hanyong; Wong, John; Lai, Paul Bo-san; Tsang, Shun-Wa; Ward, Simon E.; Chow, King-Lau; Sung, Joseph Jao-yiu; Sze-Lok Cheng, Alfred. Myeloid-intrinsic cell cycle-related kinase drives immunosuppression to promote tumorigenesis. iScience (2023), Volume: 26, Issue: 10, 107626

6. Derudas, Marco; O'Reilly, Molly; Kirkwood, Nerissa K; Kenyon, Emma J; Grimsey, Sybil; Kitcher, Siân R; Workman, Shawna; Bull, James C; Ward, Simon E; Kros, Corné J; Richardson, Guy P. Charge and lipophilicity are required for effective block of the hair-cell mechano-electrical transducer channel by FM1-43 and its derivatives. Frontiers in cell and developmental biology (2023), 11, 1247324.

7. Thomas, Bedwyr ab Ion ; Lewis, H. Lois; Jones, D. Heulyn; Ward, Simon E. Central Nervous System Targeted Protein Degraders. Biomolecules (2023), 13(8), 1164

8. Koulouris, Chloe R.; Gardiner, Sian E.; Harris, Tessa K.; Elvers, Karen T.; Mark Roe, S.; Gillespie, Jason A.; Ward, Simon E. ; Grubisha, Olivera; Nicholls, Robert A. ; Atack, John R. ; Bax, Benjamin D. Tyrosine 121 moves revealing a ligandable pocket that couples catalysis to ATP-binding in serine racemase. Communications Biology (2022), 5(1), 346

9. Collins, Ross ; Lee, Hyunah; Jones, D. Heulyn; Elkins, Jonathan M. ; Gillespie, Jason A.; Thomas, Carys; Baldwin, Alex G.; Jones, Kimberley; Waters, Loren; Paine, Marie; Atack, John R.; Ward, Simon E. ; Grubisha, Olivera; Foley, David W..Comparative Analysis of Small-Molecule LIMK1/2 Inhibitors: Chemical Synthesis, Biochemistry, and Cellular Activity. Journal of Medicinal Chemistry 2022

10. Scott, Fiona; Fala, Angela M.; Takarada, Jessica E.; Ficu, Mihaela P.; Pennicott, Lewis E.; Reuillon, Tristan D.; Couñago, Rafael M.; Massirer, Katlin B.; Elkins, Jonathan M.; Ward, Simon E,; Development of dihydropyrrolopyridinone-based PKN2/PRK2 chemical tools to enable drug discovery. Bioorganic & Medicinal Chemistry Letters (2022), 60(15), 128588

11. Henderson, Scott H.; Sorrell, Fiona; Bennett, James; Fedorov, Oleg; Hanley, Marcus T.; Godoi, Paulo H.; Ruela de Sousa, Roberta; Robinson, Sean; Ashall-Kelly, Alexander; Hopkins Navratilova, Iva; Walter, Daryl S.; Elkins, Jonathan M.; Ward, Simon E., Discovery and Characterization of Selective and Ligand-Efficient DYRK Inhibitors. Journal of Medicinal Chemistry, 2021, Volume 64, Issue15, 1709-11728.

12. Kenyon Emma J; Kirkwood Nerissa K; Kitcher Sian R; Goodyear Richard J; Mahieu Virginia N; Osgood Richard T; Wilson Charlotte Donald; Kros Corne J; Richardson Guy P; Derudas Marco; Cantillon Daire M; Waddell Simon J; Baxendale Sarah; Whitfield Tanya T; de la Vega de Leon Antonio; Bull James C; Ward Simon E, Identification of a series of hair-cell MET channel blockers that protect against aminoglycoside-induced ototoxicity. JCI insight, 2021, Volume 6, Issue 7; E-ISSN:2379-3708.

13. Zeng, X.; Ward, S.E.; Zhou, J.; Cheng, A.S.L. Liver Immune Microenvironment and Metastasis from Colorectal Cancer-Pathogenesis and Therapeutic Perspectives. Cancers 2021, 13, 2418. https://doi.org/10.3390/cancers13102418

14. Cockerill, G. Stuart; Angell, Richard M.; Bedernjak, Alexandre; Chuckowree, Irina; Fraser, Ian; Gascon-Simorte, Jose; Gilman, Morgan S. A.; Good, James A. D.; Harland, Rachel; Johnson, Sara M.; Ludes-Meyers, John H.; Littler, Edward; Lumley, James; Lunn, Graham; Mathews, Neil; McLellan, Jason S.; Paradowski, Michael; Peeples, Mark E.; Scott, Claire; Tait, Dereck; Taylor, Geraldine; Thom, Michelle; Thomas, Elaine; Villalonga Barber, Carol; Ward, Simon E.; Watterson, Daniel; Williams, Gareth; Young, Paul; Powell, Kenneth; Discovery of Sisunatovir (RV521), an Inhibitor of Respiratory Syncytial Virus Fusion; Journal of Medicinal Chemistry, 2021, Vol.64(7), p.3658-3676. 10.1021/acs.jmedchem

15. Chen X, Ali YI, Fisher CE, Arribas-Bosacoma R, Rajasekaran MB, Williams G, Walker S, Booth JR, Hudson JJ, Roe SM, Pearl LH, Ward SE, Pearl FM, Oliver AW, Uncovering an allosteric mode of action for a selective inhibitor of human Bloom syndrome protein. Elife. 2021 Mar 1;10:e65339. doi: 10.7554/eLife.65339.

16. Henderson, Scott H.; Sorrell, Fiona; Bennett, James; Hanley, Marcus T.; Robinson, Sean; Hopkins Navratilova, Iva; Elkins, Jonathan M.; Ward, Simon E. Mining Public Domain Data to Develop Selective DYRK1A Inhibitors. ACS Medicinal Chemistry Letters (2020)

17. Milton-Harris, Leanne; Jeeves, Mark; Walker, Sarah A; Ward, Simon E; Mancini, Erika J. Small molecule inhibits T-cell acute lymphoblastic leukaemia oncogenic interaction through conformational modulation of LMO2. Oncotarget, (2020), 1737-1748.

18. Scott, Fiona; Fala, Angela M.; Pennicott, Lewis E.; Reuillon, Tristan D.; Massirer, Katlin B.; Elkins, Jonathan M.; Ward, Simon E. Development of 2-(4-pyridyl)-benzimidazoles as PKN2 chemical tools to probe cancer. Bioorganic & Medicinal Chemistry Letters (2020), 30(8), 127040

19. Ward, Simon E.; Harries, Mark H.; Aldegheri, Laura; Bradford, Andrea M.; Ballini, Elisa; Dawson, Lee; Lacroix, Laurent; Pardoe, Joanne; Starr, Kathryn; Weil, Annette; Waters, Kerry; Atack, John R.; Woolley, Marie. Pharmacological characterisation of MDI-222, a novel AMPA receptor positive allosteric modulator with an improved safety profile. Journal of Psychopharmacology (London, United Kingdom) (2020), 34(1), 93-102

20. Maramai, Samuele; Benchekroun, Mohamed; Ward, Simon E.; Atack, John R. Subtype Selective γ-Aminobutyric Acid Type A Receptor (GABAAR) Modulators Acting at the Benzodiazepine Binding Site: An Update. Journal of Medicinal Chemistry (2020), 63(7), 3425-3446.

21. O'Reilly, Molly; Kirkwood, Nerissa K.; Kenyon, Emma J.; Huckvale, Rosemary; Cantillon, Daire M.; Waddell, Simon J.; Ward, Simon E.; Richardson, Guy P.; Kros, Corne J.; Derudas, Marco. Design, Synthesis, and Biological Evaluation of a New Series of Carvedilol Derivatives That Protect Sensory Hair Cells from Aminoglycoside-Induced Damage by Blocking the Mechanoelectrical Transducer Channel. Journal of Medicinal Chemistry (2019), 62(11), 5312-5329.

22. Henderson, Scott H.; West, Ryan A.; Ward, Simon E.; Honey, Mark A.: Metal-free selective mono-halodecarboxylation of heteroarenes under mild conditions, Royal Society Open Science (2018), 5(6), 180333/1-180333/6.

23. Kirkwood, Nerissa K.; O'Reilly, Molly; Derudas, Marco; Kenyon, Emma J.; Huckvale, Rosemary; van Netten, Sietse M.; Ward, Simon E.; Richardson, Guy P.; Kros, Corne J. d-tubocurarine and berbamine: alkaloids that are permeant blockers of the hair cell's mechano-electrical transducer channel and protect from aminoglycoside toxicity. Frontiers in Cellular Neuroscience (2017), 11, 262/1-262/15

24. Mok, Myth T. S.; Zhou, Jingying; Tang, Wenshu; Zeng, Xuezhen; Oliver, Antony W.; Ward, Simon E.; Cheng, Alfred S. L.; CCRK is a novel signalling hub exploitable in cancer immunotherapy; From Pharmacology & Therapeutics (2018), 186, 138-151.

25. Toward More Drug Like Inhibitors of Trypanosome Alternative Oxidase; West, Ryan A.; Cunningham, Thomas; Pennicott, Lewis E.; Rao, Srinivasa P. S.; Ward, Simon E. From ACS Infectious Diseases (2018), ACS Infectious Diseases (2018), 4(4), 592-604

26. Kenyon EJ, Kirkwood NK, Kitcher SR, O'Reilly M, Derudas M, Cantillon DM, Goodyear RJ, Secker A, Baxendale S, Bull JC, Waddell SJ, Whitfield TT, Ward SE, Kros CJ, Richardson GP; Identification of ion-channel modulators that protect against aminoglycoside-induced hair cell death; JCI Insight (2017) Dec 21;2(24). pii: 96773.

27. West, Ryan A; O'Doherty, Oran G; Askwith, T; Atack, J; Beswick, P; Laverick, J; Paradowski, M; Pennicott, Lewis E; Rao, Srinivasa PS; Williams, Gareth; Ward, Simon E*; African trypanosomiasis: Synthesis & SAR enabling novel drug discovery of ubiquinol mimics for trypanosome alternative oxidase; European Journal of Medicinal Chemistry (2017), 141, 676-689.

28. Kirkwood Nerissa K; O'Reilly Molly; Kenyon Emma J; Richardson Guy P; Kros Corne J; Derudas Marco; Huckvale Rosemary; Ward Simon E; van Netten Sietse M; d-Tubocurarine and Berbamine: Alkaloids That Are Permeant Blockers of the Hair Cell's Mechano-Electrical Transducer Channel and Protect from Aminoglycoside Toxicity; Frontiers in cellular neuroscience (2017), 11, 262.

29. Ward, Simon E.; Beswick, Paul; Calcinaghi, Novella; Dawson, Lee A.; Gartlon, Jane; Graziani, Francesca; Jones, Declan N. C.; Lacroix, Laurent; Selina Mok, M. H.; Oliosi, Beatrice; Pardoe, Joanne; Starr, Kathryn; Woolley, Marie L.; Harries, Mark H. Pharmacological characterization of N-[(2S)-5-(6-fluoro-3-pyridinyl)-2, 3-dihydro-1H-inden-2-yl]-2-propanesulfonamide: a novel, clinical AMPA receptor positive allosteric modulator. British Journal of Pharmacology (2017), 174(5), 370-385.

30. Meisenberg, Cornelia; Ashour, Mohamed E.; El-Shafie, Lamia; Liao, Chunyan; Hodgson, Adam; Pilborough, Alice; Khurram, Syed A.; Downs, Jessica A.; Ward, Simon E.; El-Khamisy, Sherif F. Epigenetic changes in histone acetylation underpin resistance to the topoisomerase I inhibitor irinotecan. Nucleic Acids Research, (2017), 45(3), 1159-1176.

31. Reuillon T, Ward SE, Beswick P. AMPA Receptor Positive Allosteric Modulators: Potential for the Treatment of Neuropsychiatric and Neurological Disorders. Curr Top Med Chem. 2016

32. Phuangsawai, Oraphan; Beswick, Paul; Ratanabunyong, Siriluk; Tabtimmai, Lueacha; Suphakun, Praphasri; Obounchoey, Phongphat; Srisook, Pimonwan; Horata, Natharinee; Chuckowree, Irina; Hannongbua, Supa; Ward, Simon E.; Choowongkomon, Kiattawee; Gleeson, M. Paul. Evaluation of the anti-malarial activity and cytotoxicity of 2, 4-diamino-pyrimidine-based kinase inhibitors. European Journal of Medicinal Chemistry 2016, 124, 896-905.

33. Ocasio CA, Rajasekaran MB, Walker S, Le Grand D, Spencer J, Pearl FM, Ward SE, Savic V, Pearl LH, Hochegger H, Oliver AW. A first generation inhibitor of human Greatwall kinase, enabled by structural and functional characterisation of a minimal kinase domain construct. Oncotarget 2016

34. Hornyak Peter; Komulainen Emilia; Bartlett Edward J; Brissett Nigel C; Pearl Laurence H; Caldecott Keith W; Oliver Antony W; Askwith Trevor; Walker Sarah; Paradowski Michael; Pennicott Lewis E; Ward Simon E; Atack John R; Raoof Ali; Watson Mandy; Jordan Allan M; Ogilvie Donald J. Mode of action of DNA-competitive small molecule inhibitors of tyrosyl DNA phosphodiesterase 2. Biochemical Journal (2016), 473(13), 1869-1879.

35. Moore, Thomas O.; Paradowski, Michael; Ward, Simon E. An atom-efficient and convergent approach to the preparation of NS5A inhibitors by C-H activation. Organic & Biomolecular Chemistry (2016), 14(12), 3307-3313. DOI: 10.1039/C6OB00340K

36. Ward, Simon E.; Pennicott, Lewis E.; Beswick, Paul. AMPA receptor-positive allosteric modulators for the treatment of schizophrenia: an overview of recent patent applications. Future Medicinal Chemistry (2015), 7(4), 473-491.

37. Pearl, Laurence H.; Schierz, Amanda C.; Ward, Simon E.; Al-Lazikani, Bissan; Pearl, Frances M. G., Therapeutic opportunities within the DNA damage response. Nature Reviews Cancer (2015), 15(3), 166-180.

38. Meisenberg, Cornelia; Ward, Simon E.; Schmid, Peter; El-Khamisy, Sherif F. TDP1/TOP1 ratio as a promising indicator for the response of small cell lung cancer to topotecan. Journal of Cancer Science & Therapy (2014), 6(7), 258-267.

39. Ward, Simon E.; Beswick, Paul. What does the aromatic ring number mean for drug design? Expert Opinion on Drug Discovery (2014), 9(9), 995-1003.

40. Walker, Sarah; Meisenberg, Cornelia; Bibby, Rachel A.; Askwith, Trevor; Williams, Gareth; Rininsland, Frauke H.; Pearl, Laurence H.; Oliver, Antony W.; El-Khamisy, Sherif; Ward, Simon; Atack, John R. Development of an oligonucleotide-based fluorescence assay for the identification of tyrosyl-DNA phosphodiesterase 1 (TDP1) inhibitors. Analytical Biochemistry (2014), 454, 17-22.

41. Meisenberg Cornelia; Gilbert Duncan C; Chalmers Anthony; Haley Vikki; Gollins Simon; Ward Simon E; El-Khamisy Sherif F. Clinical and Cellular Roles for TDP1 and TOP1 in Modulating Colorectal Cancer Response to Irinotecan. Mol Cancer Ther; 2014, 14(2), 1-11.

42. Ward, Simon E.; Harries, Mark; Aldegheri, Laura; Austin, Nigel E.; Ballantine, Stuart; Ballini, Elisa; Bradley, Daniel M.; Bax, Benjamin D.; Clarke, Brian P.; Harris, Andrew J.; Harrison, Stephen A.; Melarange, Rosemary A.; Mookherjee, Claudette; Mosley, Julie; Dal Negro, Gianni; Oliosi, Beatrice; Smith, Kathrine J.; Thewlis, Kevin M.; Woollard, Patrick M.; Yusaf, Shahnaz P. Integration of lead optimization with crystallography for a membrane-bound ion channel target: discovery of a new class of AMPA receptor positive allosteric modulators. Journal of Medicinal Chemistry, J. Med. Chem., 2011, 54 (1), pp 78–94. DOI: 10.1021/jm100679e

43. Leslie, Colin P.; Biagetti, Matteo; Bison, Silvia; Bromidge, Steven M.; Di Fabio, Romano; Donati, Daniele; Falchi, Alessandro; Garnier, Martine J.; Jaxa-Chamiec, Albert; Manchee, Gary; Merlo, Giancarlo; Pizzi, Domenica A.; Stasi, Luigi P.; Tibasco, Jessica; Vong, Antonio; Ward, Simon E.; Zonzini, Laura. Discovery of 1-(3-{2-[4-(2-Methyl-5-quinolinyl)-1-piperazinyl]ethyl}phenyl)-2-imidazolidinone (GSK163090), a Potent, Selective, and Orally Active 5-HT1A/B/D Receptor Antagonist. Journal of Medicinal Chemistry, 2010, 53 (23), 8228-8240.

44. Thewlis, Kevin M., Aldegheri, Laura, Harries, Mark H., Mookherjee, Claudette, Oliosi, Beatrice, Ward, Simon E., *N*-Substituted Pyrrolidines and Tetrahydrofurans as Novel AMPAR Positive Modulators. Bioorganic & Medicinal Chemistry Letters, 2010, 20 (23), 7116-7119.

45. Ward, Simon E.; Harries, Mark; Aldegheri, Laura; Andreotti, Daniele; Ballantine, Stuart; Bax, Benjamin D.; Harris, Andrew J.; Harker, Andy J.; Lund, Jesper; Melarange, Rosemary; Mingardi, Anna; Mookherjee, Claudette; Mosley, Julie; Neve, Marta; Oliosi, Beatrice; Profeta, Roberto; Smith, Kathrine J.; Smith, Paul W.; Spada, Simone; Thewlis, Kevin M.; Yusaf, Shahnaz P. Discovery of N-[(2S)-5-(6-Fluoro-3-pyridinyl)-2,3-dihydro-1H-inden-2-yl]-2-propanesulfonamide, a Novel Clinical AMPA Receptor Positive Modulator. Journal of Medicinal Chemistry, 2010, *53* (15), 5801–5812.

46. Ward, Simon E.; Watson, Jeannette M. Recent advances in the discovery of selective and non-selective 5-$HT_{1D}$ receptor ligands. Current Topics in Medicinal Chemistry, 2010, 10(5), 479-492.

47. Simon E Ward, Benjamin D Bax, Mark Harries, Challenges and current status in AMPA receptor positive modulator research, British Journal of Pharmacology, 2010 (160), 181-190.

48. Simon E Ward & Mark Harries, Recent advances in the discovery of selective AMPA receptor positive allosteric modulators, Current Medicinal Chemistry, 2010, 17(30), 3503-3513

49. Ward, Simon E.; Eddershaw, Peter; Flynn, Sean T.; Gordon, Laurie; Lovell, Peter J.; Moore, Susan H.; Scott, Claire M.; Smith, Paul W.; Thewlis, Kevin M.; Wyman, Paul A. Studies on a series of potent, orally bioavailable, 5-$HT_1$ receptor ligands – Part II. Bioorganic & Medicinal Chemistry Letters (2009), 19, 428-432.

50. Gillespie, Roger J.; Adams, David R.; Bebbington, David; Benwell, Karen; Cliffe, Ian A.; Dawson, Claire E.; Dourish, Colin T.; Fletcher, Allan; Gaur, Suneel; Giles, Paul R.; Jordan, Allan M.; Knight, Antony R.; Knutsen, Lars J. S.; Lawrence, Anthony; Lerpiniere, Joanne; Misra, Anil; Porter, Richard H. P.; Pratt, Robert M.; Shepherd, Robin; Upton, Rebecca; Ward, Simon E.; Weiss, Scott M.; Williamson, Douglas S. Antagonists of the human adenosine $A_{2A}$ receptor. Part 1: Discovery and synthesis of thieno[3,2-d]pyrimidine-4-methanone derivatives. Bioorganic & Medicinal Chemistry Letters (2008), 18(9), 2916-2919.

51. Ward, Simon E.; Eddershaw, Peter J.; Scott, Claire M.; Gordon, Laurie J.; Lovell, Peter J.; Moore, Susan H.; Smith, Paul W.; Starr, Kathryn R.; Thewlis, Kevin M.; Watson, Jeannette M. Discovery of Potent, Orally Bioavailable, Selective $5\text{-HT}_{1A/B/D}$ Receptor Antagonists. Journal of Medicinal Chemistry, 2008. 51, 2887-2890.

52. Ward, Simon E.; Johnson, Christopher N.; Lovell, Peter J.; Scott, Claire M.; Smith, Paul W.; Stemp, Geoffrey; Thewlis, Kevin M.; Vong, Antonio K.; Watson, Jeannette M. Studies on a series of potent, orally bioavailable, $5\text{-HT}_1$ receptor ligands, Bioorg. Med. Chem. Lett., 2007, 17, 5214-5217.

53. Ahmad, Nadia M.; Rodeschini, Vincent; Simpkins, Nigel S.; Ward, Simon E.; Wilson, Claire. Synthetic studies towards garsubellin A: synthesis of model systems and potential mimics by regioselective lithiation of bicyclo[3.3.1]nonane-2,4,9-trione derivatives from catechinic acid. Organic & Biomolecular Chemistry, 2007, 5, 1924-1934.

54. Ahmad, Nadia M.; Rodeschini, Vincent; Simpkins, Nigel S.; Ward, Simon E.; Blake, Alexander J. Synthesis of Polyprenylated Acylphloroglucinols Using Bridgehead Lithiation: The Total Synthesis of Racemic Clusianone and a Formal Synthesis of Racemic Garsubellin A. Journal of Organic Chemistry, 2007, 72, 4803-4815.

55. Lovell, Peter J.; Blaney, Frank E.; Goodacre, Caroline J.; Scott, Claire M.; Smith, Paul W.; Starr, Kathryn R.; Thewlis, Kevin M.; Vong, Antonio K. K.; Ward, Simon E.; Watson, Jeannette M. 3,4-Dihydro-2H-benzoxazinones as dual-acting $5\text{-HT}_{1A}$ receptor antagonists and serotonin reuptake inhibitors. Bioorganic & Medicinal Chemistry Letters (2007), 17(4), 1033-1036.

56. Stereoselective synthesis of (–)-trachelanthamidine *via* palladium-catalysed intramolecular allylation; Craig, D.; Hyland, C. J. T.; Ward, S. E. *Synlett* 2006, 2142–2144.

57. Ward, Simon E.; Harrington, Frank P.; Gordon, Laurie J.; Hopley, Susanna C.; Scott, Claire M.; Watson, Jeannette M. Discovery of the First Potent, Selective 5-Hydroxytryptamine1D Receptor Antagonist. Journal of Medicinal Chemistry (2005), 48(10), 3478-3480.

58. Craig, Donald; Hyland, Christopher J. T.; Ward, Simon E. Stereoselective □ -lactam synthesis via palladium-catalysed intramolecular allylation. Chemical Communications (Cambridge, United Kingdom) (2005), (27), 3439-3441.

59. Ward, Simon E.; Holmes, Andrew B.; Ward, Simon E.; McCague, Ray. Total synthesis of carbocyclic nikkomycin C. Chemical Communications (Cambridge) (1997), (21), 2085-2086.

60. Adger, Brian M.; Dyer, Ulrich C.; Lennon, Ian C.; Tiffin, Peter D.; Ward, Simon E. A novel synthesis of tert-leucine via a Leuckart type reaction. Tetrahedron Letters (1997), 38(12), 2153-2154.

61. Congreve, Miles S.; Davison, Edwin C.; Fuhry, Mary Ann M.; Holmes, Andrew B.; Payne, Andrew N.; Robinson, R. Anthony; Ward, Simon E. Selective cleavage of benzyl ethers. Synlett (1993), (9), 663-4.

**Reviews & conference proceedings**

1. Design, identification and clinical progression of RV521, an inhibitor of respiratory syncytial virus fusion Cockerill, George S.; Bedernjak, Alexandre; Brookes, Dan; Dowey, Rebecca; Harland, Rachel; Johnson, Sara M.; Mathews, Neil; Paradowski, Michael; Peeples, Mark; Scott, Claire;

Steadman, Molly; Taylor, Geraldine; Thom, Michelle; Thomas, Elaine; Ward, Simon E.; Watterson, Daniel; Young, Paul; Powell, Kenneth Abstracts of Papers, 255th ACS National Meeting & Exposition, New Orleans, LA, United States, March 18-22, 2018 (2018)

2. Ward, S.E., Dawson, L.A., Konneh, M., MacDonald, G. Alzheimer's disease therapeutics-Are we making progress towards a disease-modifying treatment for patients? Drugs Fut 2016, 41(7): 461

3. Effective and emerging strategies for utilising structure in drug discovery. KA Brown, R Davenport, SE Ward - Drugs of the Future, 2015, 40(4), 251-256.

4. Targets and Emerging Therapies for Schizophrenia Edited by Jeffrey S. Albert and Michael W. Wood, Ward, Simon, ChemMedChem (2013), 8(3), 529.

5. Trends in pain research. R. Davenport, R. Armour and S. Ward; Drugs of the Future 2011, 36(12): 943-948.

6. Trends in medicinal chemistry. Cowley, P., Hales, N., Ward, S. Drugs of the Future 2011, 36(7): 543

7. Alderton, Wendy; Karran, Eric; Ward, Simon. Current and Future Perspectives in Psychiatric Drug Discovery. Drug news & perspectives (2009), 22(6), 360-4.

8. Ward, Simon E. AMPA receptor modulators: Improving the concept to get to the clinic. Abstracts of Papers, 244th ACS National Meeting & Exposition, Philadelphia, PA, United States, August 19-23, 2012 (2012), MEDI-209

9. Gillespie, Roger J.; Giles, Paul R.; Lerpiniere, Joanne; Ward, Simon E.; Weiss, Scott M.; Knight, Tony R.; Misra, Anil; Benwell, Karen; Dourish, Colin T.; Cliffe, Ian A. Evaluation of analogues of (-)-mefloquine as adenosine $A_{2A}$ receptor antagonists. Abstracts of Papers, 227th ACS National Meeting, Anaheim (2004), MEDI-247.

10. Jordan, Allan M.; Benwell, Karen; Cliffe, Ian A.; Dourish, Colin T.; Giles, Paul R.; Gillespie, Roger J.; Knight, Tony R.; Lerpiniere, Joanne; Misra, A.; Ward, Simon E.; Weiss, Scott M. (-)-Mefloquine as a starting point for the discovery of selective adenosine $A_{2A}$ receptor antagonists. Abstracts of Papers, 230th ACS National Meeting, (2005)

# Dr. Alexander Bridges

**ALEXANDER JAMES BRIDGES**

**CURRICULUM VITAE**

**Address**: 3389 Surrey Drive
Saline, MI 48176.

**Telephone**: h 734 316 7104
c 734 904 0296

**Citizenship**: British/USA

**EDUCATION**

**Oxford University**

B.A. in Chemistry, First Class Honours, 1972
Thesis (with Dr. Jeremy R. Knowles): "The Use of Photogenerated Reagents in Protein Chemistry"

D. Phil., 1974
Thesis (with Dr. Gordon H. Whitham): "Synthetic and Mechanistic Studies in Alicyclic Chemistry"

**POSTDOCTORAL EXPERIENCE**

**October 1974-October 1976** NATO Fellowship at The University of Wisconsin at Madison, with Prof. Barry M. Trost.

**November 1976-July 1977** Temporary Charge de Recherche at the CNRS Gif-sur-Yvette, with Prof. P. Potier.

**August 1977-August 1978** Research Associate at The University of Toronto, with Prof. J. B. Jones.

**EMPLOYMENT HISTORY**

**August 2023-present** MedSyn Bio Inc.
Ann Arbor, MI 48105

*Chemistry Consultant.* This is a 10% appointment in a start-up company being spun out of the University of Michigan, by the founders of Ascenta Therapeutics Inc.. The company aimed to commercialize compounds developed in Professor Shaomeng Wang's laboratories against a wide variety of oncology targets.

**March 2021-present** Type6 Therapeutics Inc.
South San Francisco, CA

*Chief Scientific Officer.* This is a 25% position, which is looking at a new type of kinase inhibitor for certain classes of kinase with a particular activation mechanism, as potential anti-cancer drugs. The company is in early stage design of these inhibitors, and I assist in running the chemistry at CROs, and help design the molecules being tested.

**January 2021-present** Dvant Pharma Inc.
Ann Arbor MI 48105

*Chief Scientific Officer.* This is a >50% position, which is looking to push a small molecule novel mechanism degrader of EGFR protein into the clinic as an anti-cancer drug. The company is at present going through final pre-clinical evaluations before IND-enabling toxicology studies and GMP manufacture of the drug.

**January 2018-December 2020** Oncopia Therapeutics Inc.
Ann Arbor, MI 48105

*Chemistry Consultant.* This was a 10% appointment in a start-up company being spun out of the University of Michigan, by the founders of Ascenta Therapeutics Inc.. The company aimed to commercialize compounds developed in Professor Shaomeng Wang's laboratories against a wide variety of oncology targets, and has been successfully sold.

**January 2016-December 2019** BioMarin Pharmaceuticals Inc.
San Rafael CA 94949

This was about a 25% consulting appointment. I have been an occasional consultant to BioMarin since 2010. BioMarin is developing small molecule therapeutics for genetic orphan diseases, and I consult on these programs.

**October 2014-July 2015** Pi Squared Therapeutics Inc.
Ann Arbor, MI 48105

*Chief Scientific Officer.* This was a part time position, which looked to advance a small peptide, Disruptin, which caused degradation of EGFR protein by novel mechanism into the clinic as an anti-cancer drug. Experiments showed that Disruptin had too inconsistent an in vivo profile to be developed, and the company was closed.

**May 2014-December 2016** Oncofusion Therapeutics Inc.
Ann Arbor, MI 48105

*Chemistry Consultant.* This was a 20% appointment in a start-up company being spun out of the University of Michigan, by the founders of Ascenta Therapeutics Inc.. The company aimed to commercialize compounds developed in Professor Shaomeng Wang's laboratories against a wide variety of oncology targets.

**April 2011-November 2012** JBR Pharma Inc.
Ann Arbor, MI 48105

*Chief Scientific Officer*. This was a half time position in a start-up company being spun out of the University of Michigan to develop Rho kinase (ROCK) inhibitors from the laboratory of Professor Gary Glick. The company was virtual, and my role was to improve the profile of the compounds licensed in, in order that the company would be attractive enough to acquire. This involved supervision of synthetic chemists in China, and getting appropriate biology testing done to improve the potency of the compounds. The acquisition was finalized in January 2013.

**July 2008- present** Full-Time Consultant

Whilst working at Quatrx, I was a part time consultant in Medicinal Chemistry for several companies. At the end of July 2008 I left Quatrx, as my skill set was no longer relevant to Quatrx's new focus as a Phase II/III development company. Since then I have been a full time consultant for several pharmaceutical companies, specializing in synthetic chemistry, including some process chemistry, medicinal chemistry and due diligence evaluation of preclinical packages. This included recommendations to acquire the proteasome inhibitor Carfilzomib, when I was the main chemistry consultant for Onyx Pharmaceuticals, and the recommendation to BioMarin Pharmaceuticals to acquire the PARP inhibitor Talazoparib. I was affiliated with a pharmaceutical consulting firm, IDSC, based in Chelsea, Michigan, which was largely staffed by ex-Pfizer colleagues. Overall, I have consulted for over thirty five companies, and half a dozen universities.

**July 2003-July 2008** Quatrx Pharmaceuticals Inc
777 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108

*Senior Director of Preclinical Sciences.* May 2007-July 2008. *Director of Preclinical Sciences*. July 2003-May 2007. Quatrx licenses in drugs for clinical development preferably pre-IND, and has an emphasis on early clinical trials, prior to outlicensing compounds. Quatrx is a virtual company, and does almost all of its work via CROs. My responsibilities included the initial evaluation of all of the preclinical packages for potential licensing opportunities, including chemotype, chemistry, manufacturability, pharmacology, pharmacokinetics and preliminary patentability

determination, which included Osphena, which has a recently granted NDA. Once Quatrx had licensed in a compound, I was responsible for making sure that the pharmacology and PK packages were complete for an IND, and were ready to be put into the IND. I was also responsible for ensuring that a GMP synthesis was established, and that the API was in a useable form, and that the CMC section of the IND was complete. I designed pharmacology and PK studies, selected a salt for one API, and did the bench chemistry to design a feasible and patentable route to a Vitamin D API, becocalcidiol, and to make novel, patentable, pro-drugs of a third.

**June 2000-June 2003**

Pfizer Global Research and Development
Ann Arbor Laboratories
2800 Plymouth Road
Ann Arbor, MI 48105

*Oncology Discovery Executive Director. November 2001-June 2003* I was appointed to the site head position on a full time basis in November 2001. I retained responsibility for Oncology chemistry on site, and I had overall responsibility for all oncology discovery science on site, until the Pfizer takeover of Pharmacia led to the discontinuation of Oncology at the Ann Arbor site. During that time I was a member of the senior discovery management team on site, and a member of the worldwide Discovery Management Committee, and was heavily involved in the planning for the shift of resources and people out of oncology. During this time we produced three clinical candidates, a MEK inhibitor PD 0325901, which went through Phase I, and is still in clinical trials as of 2023 as Mirdamitinib, a CDK4/6-selective inhibitor PD 0332901, Palbociclib, which has been approved by the FDA for refractory ER+ breast cancer, and a second generation pan-ErbB irreversible inhibitor, PF0299804 (Dacomitinib), which was approved by the FDA in 2018 for treatment of non-small cell lung cancer.

*Interim Oncology Discovery Executive Director. July 2001-November 2001.* After my predecessor stepped down from the position I was appointed as temporary Ann Arbor Oncology site head with overall responsibility for the site discovery oncology therapeutic area in a matrix system.

*Director of Cancer Chemistry. January 2001-June 2003.* During the therapeutic area alignment following the takeover of Parke-Davis by Pfizer, Metabolic Diseases were transferred to another PGRD site, and I was transferred back into the cancer group as Director of Cancer Chemistry. I had a group of 19 people reporting to me, and I was also responsible for managing co-ordination with 8 medicinal chemists working with us in Auckland, New Zealand. I was also a member of the Pfizer Global Oncology Team, which was responsible for co-ordinating strategy across the 3 sites where preclinical cancer research is carried out.

**May 1992-June 2000**

Parke-Davis Pharmaceutical Research Division
Address as below

*Director of Diabetes Chemistry. May 1998-December 2000.* I started up the chemistry group to support our diabetes project in May 1998 with three chemists reporting to me. I built the group up to sixteen chemists, looking for novel agents in the diabetes and obesity area. I was the Parke-Davis project co-ordinator, project leader and a member of the joint Research Council for the Parke-Davis/Ligand Pharmaceutical collaboration to find novel estrogenic agents. I was also a member of the Research Management Committee in the Parke-Davis/Allergan Inc. joint venture to find novel retinoids with anti-diabetic activity.

I returned to Parke-Davis as an *Associate Research Fellow*, in 1992, and became a part of the anti-cancer project, using the latest advances in signal transduction to find original, mechanism based, therapies. I was promoted to *Research Fellow* in April 1996. I have been involved in designing and synthesizing very potent and specific tyrosine kinase inhibitors, culminating in low picomolar inhibitors of the EGFR tyrosine kinase, an improvement of $10^5$ in potency over our original leads. This work was very influential in demonstrating that truly selective potent inhibitors of tyrosine kinases could be obtained, and at the highly conserved ATP-binding site. I was also heavily involved in developing very selective, irreversible, inhibitors of the ErbB family of RTKs from our original leads, and the discovery and development of CI-1033, canertinib, our first clinical candidate. I also interacted strongly with our biology staff in getting new targets screened, and in coordinating strategy for both *in vitro* and *in vivo* screening. I have identified and defined leads from kinase random screens. I was the first person to identify the prototypical selective MEK inhibitor PD 098059 from random screening, and I was Chairman of the MAP kinase working group,

(1994-1998) where we developed selective, nanomolar potency, inhibitors for the enzyme MEK, including two clinical candidates CI-1040 and PD 0325901.

**November 1988-May 1992**

Eisai Research Institute of Boston
4 Corporate Drive
Andover, MA 01810

*Senior Scientist*. I was one of four senior chemists, who along with four senior biologists ran the Institution under the guidance of Professor Y. Kishi. I supervised two junior chemists and one PhD chemist. My initial work at Eisai was as a part of a larger team, working on antagonists for bacterial liposaccharides as a septic shock therapy. Then, for two years I led the chemistry of our urokinase inhibitor program, for evaluation of therapy in the anti-cancer and inflammation areas. This project gave me the experience of developing a project from scratch, and led to a successful patent filing. The potency of our lead series was raised by more than one thousandfold, leading to a 40 nM urokinase inhibitor with good inhibitory selectivity over t-PA and plasmin. During this work, the lithiation chemistry of aryl fluorides was further elucidated, and novel heterocyclic syntheses were developed utilizing this chemistry.

**September 1984-November 1988**

Parke-Davis Pharmaceutical Research Division
Warner-Lambert Corporation
2800 Plymouth Road
Ann Arbor, MI 48105

Initially I was hired as a *Senior Scientist*. My responsibilities included chemical coordination for antipsychotic evaluation in the Adenosine Receptors project. I was the lead chemist on the synthesis of the first potent, highly selective, adenosine $A_{2a}$ receptor agonist, in a project involving innovative use of molecular modeling. In February, 1987 I began working on quinolones in the Antiinfective project, and in March 1988 I was promoted to *Research Associate*. During this time I developed innovative techniques for novel quinolone synthesis, including developing chemistry to exploit the ability of aryl fluorides to direct ortho-lithiation. I gained considerable experience interacting with both biochemists and pharmacologists, and at picking compounds for both primary and secondary screening for efficacy and liabilities. As a member of the Antipsychotic Project Team, and the planning teams for two clinical candidates, I gained exposure to the requirements of chemical and product development, and toxicological and clinical evaluation. I also successfully developed chemical series to optimize receptor affinity and selectivity and *in vivo* profiles.

**August 1978-August 1984**

Department of Chemistry
Northern Illinois University
DeKalb, IL 60115

I was an Assistant Professor of Organic Chemistry, and was recommended for tenure and promotion to Associate Professor in November, 1983. During this time I taught the introductory 1 semester organic chemistry course four times, the non-majors' introductory one year course twice, the chemistry majors' introductory one year course organic course twice, and the graduate organic synthesis course twice. I also taught the first semester of the non-majors' one year course three times during summer sessions. I successfully supervised two PhD students and two MS students. My research involved the synthesis and reactions of sulfur, silicon and phosphorus substituted allenes and dienes, with an emphasis on cycloadditions.

## SCIENTIFIC SOCIETY MEMBERSHIP AND ACADEMIC AFFILIATIONS

Royal Society of Chemistry
American Chemical Society
Sigma Xi
American Association for the Advancement of Science
American Association for Cancer Research

| | |
|---|---|
| Adjunct Assistant Professor, Department of Chemistry, Wayne State University | 1996-present |
| Adjunct Associate Professor, School of Pharmacy, University of Michigan | 2000-present |

I lecture on Obesity and Diabetes in MedChem 533 in the graduate program in the UM College of Pharmacy, and I have been the external examiner on several Wayne State PhD committees.

**CONSULTANCIES and LEGAL EXPERIENCE**

I have been a paid scientific consultant to at least thirty pharmaceutical companies, and I have carried out well in excess of fifty Due Diligences for clients, frequently covering the pharmacology as well as the chemistry-related portions of the exercise. Two of the compounds I recommended my clients to acquire went on to get NDAs from the FDA. I have also helped with both Manufacturing Chemistry and Medicinal Chemistry for several clients, and have been named as an inventor on a number of patent applications as a result. I have written mainly or in total at least a dozen patent applications for clients as a consultant. I have also been involved as a principal or consultant in four start-up companies, which either failed to obtain funding in the 2008-2012 recessionary period, or where we could not successfully duplicate the key findings in an external laboratory. I have acted as a consultant to several pharmaceutical projects being developed at the University of Michigan.

As an expert witness, I have written and had submitted to clients and/or courts over a dozen affidavits or expert reports to date. I have been deposed in the United States, Canada and India, and I have appeared as an expert witness in the successful defense of a patent in a court trial in the USA, and in another case, the case was settled in my clients favor just before the trial. In a third case I was deposed twice, but my testimony was not required at trial, which my client won on all counts.

## PUBLICATIONS

1. An Examination of the Utility of Photogenerated Agents by Using α-Chymotrypsin. A. J. Bridges and J. R. Knowles, *Biochem. J.,* **1974**, *143*, 633.

2. A Method of Olefin Inversion via Phosphine Oxides. A. J. Bridges and G. H. Whitham, *J. Chem. Soc. Chem. Commun.*, **1974**, 142.

3. Preparation and Properties of β-Oxothionesters. A. J. Bridges and G. H. Whitham, *J. Chem. Soc. Perkin 1*, **1975**, 1603.

4. *trans*-Cyclooctenes, Part 5, 1-Methyl-*trans*-cyclooctene. A. J. Bridges and G. H. Whitham, *J. Chem. Soc. Perkin 1*, **1975**, 2264.

5. Alkylative-Eliminations; Scope of the Activating Group. B. M. Trost and A. J. Bridges, *J. Org. Chem.*, **1975**, *40*, 2014.

6. New Synthetic Reactions. 2-Methoxy-3-phenylthiobuta-1,3-diene. A Novel Annelating Agent. B. M. Trost and A. J. Bridges, *J. Amer. Chem. Soc.*, **1976**, *98*, 5017.

7. Sulfur as a Regiocontrol Element. Synthesis of 2-Alkoxy-(acyloxy)-3-alkyl-(aryl)-thiobuta-1,3-dienes. B. M. Trost, W. C. Vladuchick and A. J. Bridges, *J. Amer. Chem. Soc.*, **1980**, *102*, 3548.

8. Sulfur as a Regiocontrol Element. Cycloadditions of 2-Alkoxy-(acyloxy)-3-alkyl-(aryl)-thiobuta-1,3-dienes. B. M. Trost, W. C. Vladuchick and A. J. Bridges, *J. Amer. Chem. Soc.*, **1980**, *102*, 3554.

9. Phenylthiocopper Trimethylphosphite Complex. A Reagent for the Preparation of Thioallenes. A. J. Bridges, *Tetrahedron Lett.*, **1980**, *21*, 4401.

10. Highly Substituted Dienes from Butyne-1,4-diol. A One Flask Synthesis, and the Mechanism of Formation of 3-(N,N-Diethylamino)-2-phenylsulphinylbuta-1,3-diene. A. J. Bridges and J. W. Fischer, *J. Chem. Soc. Chem. Comm.*, **1982**, 665.

11. A Simple Preparation of Several New 2,3- and 1,2,3-Substituted Butadienes from 1,4-dichlorobutyne. A. J. Bridges and J. W. Fischer, *Tetrahedron Lett.*, **1983**, *24*, 445.

12. The Diels-Alder Reactivity of Some New Sulfur (Selenium) Substituted Halobutadienes. A. J. Bridges and J. W. Fischer, *Tetrahedron Lett.*, **1983**, *24*, 447.

13. The Use of 1-Phenylthioprop-1-yne as an Equivalent of Phenylthiopropanone, in Aldol Condensations. A. J. Bridges and R. D. Thomas, *J. Chem. Soc. Chem. Comm.*, **1983**, 485.

14. An Investigation of the Chemistry of Phenylsulphonylcyclopentadiene. A. J. Bridges and J. W. Fischer, *J. Chem. Soc. Perkin 1*, **1983**, 2359.

16. Controlled Carbon-Sulfur or Carbon-Silicon Bond Cleavage in the Reactions of Alkyl Lithiums with 1-Silyl-1-thioallenes. A. J. Bridges, V. Fedij and E. C. Turowski, *J. Chem. Soc. Chem. Comm.*, **1983**, 1093.

17. Leaving Group Dependent Stereochemistry of Thioallene Formation with Phenylthiocopper Phosphine Complexes. A. J. Bridges and R. J. Ross, *Tetrahedron Lett.*, **1983**, *24*, 4797.

18. The Preparation and Diels-Alder Reactivity of Several New Chalcogen-Halogen Substituted Butadienes. A. J. Bridges and J. W. Fischer, *J. Org. Chem.*, **1984**, *49*, 2954.

19. A Simple Versatile Synthesis of Highly Substituted 2,5-Dihydro-oxoles. A. J. Bridges and R. D. Thomas, *J. Chem. Soc. Chem. Comm.*, **1984**, 694.

20. Enzymes in Organic Synthesis. 31. Preparations of Enantiomerically Pure Bicyclic (3.2.1) and (3.3.1) Chiral Lactones via Stereospecific Horse Liver Dehydrogenase Catalyzed Oxidations of Meso Alcohols. A. J. Bridges, P. S. Raman, G. S. Y. Ng and J. B. Jones. *J. Amer. Chem. Soc.*, **1984**, *106*, 1461.

21. $\underline{N}^{6}$-(2,2-Diphenylethyl)adenosine: An Adenosine Agonist with Antipsychotic-like Properties. A. J. Bridges, W. H. Moos, D. L. Szotek, B. K. Trivedi, J. A. Bristol, R. F. Bruns, T. G. Heffner and D. A. Downs. *J. Med. Chem.*, **1987**, *30*, 1709.

22. Triaryl(oxy)phosphine dibromide. A Convenient Reagent for the Preparation of $\underline{S}$-Arylthioinosines and $\underline{N}^{6}$,5'-Disubstituted Adenosine Derivatives from Inosine. A. J. Bridges, *Nucleosides and Nucleotides*, **1988**, *7*, 375.

23. $\underline{N}^{6}$-[2-(3,5-Dimethoxyphenyl)-2-(2-methylphenyl)ethyl] adenosine and its Uronamide Derivatives. Novel Adenosine Agonists with Both High Affinity and High Selectivity for the Adenosine $A_2$ Receptor. A. J. Bridges, R. F. Bruns, D. F. Ortwine, S. R. Priebe, D. L. Szotek and B. K. Trivedi. *J. Med. Chem.*, **1988**, *31*, 1282.

24. A Synthesis of the Potent $A_2$ Selective Adenosine Agonists $\underline{N}^{6}$-[2-(3,5-Dimethoxyphenyl)-2-(2-methylphenyl)ethyl]adenosine and its 5'-NECA Derivative. A. J. Bridges, *Nucleosides and Nucleotides*, **1989**, *8*, 357.

25. $\underline{N}^{6}$-Bicycloalkyladenosines with Unusually High Potency and Selectivity for the Adenosine $A_1$ Receptor. B. K. Trivedi, A. J. Bridges, W. C. Patt, S. R. Priebe and R. F. Bruns. *J. Med. Chem.*, **1989**, *32*, 8.

26. A Dramatic Solvent Effect During Aromatic Halogen-Metal Exchanges. The Different Products Obtained by Lithiating Bromopolyfluorobenzenes in Ether and THF. A. J. Bridges, W. C. Patt and T. M. Stickney. *J. Org. Chem,* **1990**, *55*, 773.

27. Synthesis of 7-Amino-1,4-dihydro-4-oxo-6-(trifluoromethyl)-1,8-naphthyridines. The Use of Methylidenemalonate as an Activating Group and a Sulfur Assisted Cyclization. A. J. Bridges and J. P. Sanchez, *J. Het. Chem*. **1990,** *27*, 1527.

28. Synthesis and Biological Activity of 5-Amino and 5-Hydroxyquinolones, and the Overwhelming Influence of the Remote N1-Substituent in Determining the Structure-Activity Relationship. J. M. Domagala, A. J. Bridges, T. P. Culbertson, L. Gambino, S. E. Hagen, G. Karrick, K. Porter, J. P. Sanchez, J. A. Sesnie, F. G. Spense, D. L. Szotek and J. Wemple, *J. Med. Chem*. **1991**, *34*, 1142.

29. New 8-(Trifluoromethyl)-Substituted Quinolones. The Benefits of the 8-Fluoro Group with Reduced Phototoxic Risk. J. P. Sanchez, A. J. Bridges, R. Busch, J. M. Domagala, R. D. Gogliotti, S. E. Hagen, C. L. Heifetz, E. T. Joannides, J. C. Sesnie, M. A. Shapiro and D. L. Szotek, *J. Med. Chem.* **1992**, *35*, 361.

30. Fluorine as an ortho-Directing Group in Aromatic Metalation: Generality of the Reaction and the High Position of Fluorine in the Dir-Met Potency Scale. A. J. Bridges, A. Lee, E. M. Maduakor and C. E. Schwartz, *Tetrahedron Letters*., **1992**, *33*, 7495.

31. Fluorine as an ortho-Directing Group in Aromatic Metalation: A Two Step Preparation of Substituted Benzo[b]thiophene-2-carboxylates. A. J. Bridges, A. Lee, E. M. Maduakor and C. E. Schwartz, *Tetrahedron Letters*., **1992**, *33*, 7499.

32. Inhibition of Urokinase by 4-Substituted Benzo[b]thiophene-2-carboxamidines: An Important New Class of Selective Low Molecular Weight Urokinase Inhibitor. M. J. Towle, A. Lee, E. M. Maduakor, C. E. Schwartz, A. J. Bridges and B. A. Littlefield, *Cancer Research*, **1993**, *53*, 2553.

33. The Synthesis of Three 4-Substituted Benzo[b]thiophene-2-carboxamidines as Potent and Selective Inhibitors of Urokinase. A. J. Bridges, A. Lee, C.E. Schwartz, M. J. Towle and B. A. Littlefield, *Biorg. Med. Chem.* **1993,** *1,* 403.

34. A Specific Inhibitor of the Epidermal Growth Factor Receptor Tyrosine Kinase. D. W. Fry, A. J. Kraker, A. McMichael, L. A. Ambrosio, J. M. Nelson, W. R. Leopold, R. W. Connors and A. J. Bridges, *Science,* **1994**, *265*, 1093.

35. Tyrosine Kinase Inhibitors 5. Synthesis and Structure-Activity Relationships for 4-(Phenylmethyl)amino- and 4-Phenylaminoquinazolines as Potent ATP Binding Site Inhibitors of the Tyrosine Kinase Domain of Epidermal Growth Factor Receptor. W. A. Denny, G. W. Rewcastle, A. J. Bridges, H. Zhou, D. R. Cody, A. McMichael, A. J. Kraker and D. W. Fry. *J. Med. Chem*. **1995**, *38*, 3482.

36. Enantioselective Inhibition of the EGF Receptor Tyrosine Kinase by 4-(α–Phenethylamino)quinazoline Derivatives. A. J. Bridges, D. R. Cody, H. Zhou, A. McMichael and D. W. Fry. *Bioorg. Med Chem.* **1995**, *3*, 1651.

37. Identification of a Synthetic Inhibitor of the MAP kinase cascade. D. R. Dudley, L. Pang, S. J. Decker, A. J. Bridges and A. R. Saltiel. *Proc. Natn'l Acad. Sci*. **1995**, *92*, 7686.

38. Tyrosine Kinase Inhibitors 7. 7-Amino-4-(phenylamino) and 7-amino-4-[(phenylmethyl) amino]pyrido[4,3-d]pyrimidines; A New Class of Inhibitors of the Tyrosine Kinase Activity of the Epidermal Growth Factor Receptor. A. M. Thompson, W. A. Denny, A. J. Bridges, D. W. Fry, A. J. Kraker, H. Zhou, D. R. Cody and A. Mc Michael. *J. Med. Chem*. **1995**, *38*, 3780.

39. Tyrosine Kinase Inhibitors 8. An Unusually Steep Structure Activity Relationship for Analogues of 4-(3-Bromoanilino)-6,7-dimethoxyquinazoline (PD 153035), a potent (picomolar) inhibitor of the Epidermal Growth Factor Receptor. A. J. Bridges, H. Zhou, D. R. Cody, G. W. Rewcastle, A. McMichael, H. D. H. Showalter, D. W. Fry, A. J. Kraker and W. A. Denny. *J. Med. Chem*. **1996**, *39*, 267.

40. Tyrosine Kinase Inhibitors 9. Synthesis and evaluation of fused tricyclic quinazoline derivatives as ATP site inhibitors of the tyrosine kinase activity of the Epidermal Growth Factor receptor . G.W. Rewcastle, B. D. Palmer, A. J. Bridges, H. D. H. Showalter, L. Sun, J. Nelson, A. McMichael, A. J. Kraker, D.W. Fry, and W. A. Denny. *J. Med. Chem*. **1996**, *39* 918.

41. Structure-Activity Relationships for 4-Anilinoquinazolines as Potent Inhibitors at the ATP-Binding Site of the Epidermal Growth Factor Receptor in vitro. G. W. Rewcastle, W. A. Denny, A. J. Bridges, H. Zhou, D. R. Cody, A. McMichael, and D. W. Fry.*Clin. Exp. Pharm. Phys*. **1996**, *23*, 424.

42. Tyrosine kinase Inhibitors 10. Isomeric 4-[(3-bromophenyl)-amino]pyrido[d]pyrimidines are potent ATP binding site inhibitors of the tyrosine kinase function of the epidermal growth factor receptor. G.W. Rewcastle, B. D. Palmer, A. M. Thompson, A. J. Bridges, D. R. Cody, H. Zhou, A. J. Kraker, D.W. Fry, A. McMichael, and W. A. Denny. *J. Med. Chem*. **1996**, *39*, 1823.

43. Synthetic Methodology for the Preparation of Benzo[b]thieno[3,2-d]pyrimidines Substituted with Electron Donating Substituents on the Benzene Ring. A. J. Bridges and H. Zhou. *J. Heterocyclic Chem*., **1997**, *34*, 1163.

44. Tyrosine Kinase Inhibitors 12. Synthesis and Structure Activity Relationships for 6-Substituted 4-(Phenylamino)pyrimido[5,4-d]pyrimidines Designed as Inhibitors of the Epidermal Growth Factor Receptor. A. J. Bridges, G.W. Rewcastle, R. A. Rubin, W. A. Denny, D.W. Fry. *J. Med. Chem.*. **1997**, *40*, 1820.

45. Biochemical and Antiproliferative Properties of 4-[Ar(alk)ylamino]pyridopyrimidines, a New Chemical Class of Potent and Specific Epidermal growth Factor Receptor Tyrosine Kinase Inhibitor. D. W. Fry, J. M. Nelson, V. Slintak, P. R. Keller, G. W. Rewcastle W. A. Denny H. Zhou and A. J. Bridges. *Biochem. Pharm.*, **1997**, *54*, 877.

46. Specific, Irreversible Inactivation of the Epidermal Growth Factor Receptor and erbB2 by a Unique Class of Tyrosine Kinase Inhibitor. D. W. Fry, A. J. Bridges, W. A. Denny, A. M. Doherty, K. D. Gries, J. L. Hicks, K. E. Hook, P. R. Keller, W. R. Leopold, J. A. Loo, D. J. McNamara, J. M. Nelson, V. Sherwood, J. B. Smaill, S. Trumpp-Kallmeyer and E. M. Dobrusin. *Proc. Natl. Acad. Sci. USA*, **1998**, *95*, 12022.

47. Blockade of the MAP Kinase Pathway Suppresses Growth of Colon Tumors In Vivo. J. S. Sebolt-Leopold, D. T. Dudley, R. Herrera, K. Van Becelaere, A. Wiland, R. C. Gowan, H. Tecle, S. D. Barrett, A. J. Bridges, S. Przybranowski, W. R. Leopold and A. R. Saltiel. *Nature Medicine*, **1999**, *5*, 810.

48. Tyrosine Kinase Inhibitors. 15. 4-(Phenylamino)-quinazolines and pyrido[d]pyrimidine Acrylamides as Irreversible Inhibitors of the ATP site of the Epidermal Growth Factor Receptor. J. B. Smaill, G. W. Rewcastle, D. J. MacNamara, E. M. Dobrusin, A. J. Bridges, H. Zhou, H. D. H. Showalter, T. R. Winters, W. R. Leopold, D. W. Fry, J. M. Nelson, V. Slintak, W. L. Elliott, B. J. Roberts, P. W. Vincent, S. J. Patmore and W. A. Denny. *J. Med. Chem*. **1999**, 42, 1803.

49. Tyrosine Kinase Inhibitors. 16. [6,5,6]-Tricyclic Benzothieno[3,2-d]pyrimidines and Pyrimido[5,4-b]and [4,5-b]indoles as Potent Inhibitors of the Epidermal Growth Factor receptor Tyrosine Kinase. H. D. H. Showalter, A. J. Bridges, A, Sercel, H. Zhou, A. McMichael and D. W. Fry. *J. Med. Chem*. **1999**, *42*, 5464.

50. Anticancer efficacy of the irreversible EGFr tyrosine kinase inhibitor PD 0169414 against human tumor xenografts. P. W. Vincent, A. J. Bridges, D. J. Dykes, D. W. Fry, W. R. Leopold, S. J. Patmore, B. J. Roberts, S. Rose, V. Sherwood, H. Zhou and W. L. Elliott. *Cancer Chemotherapy and Pharmacology*, **2000**, *45*, 231.

51. Inhibition of Epidermal Growth Factor Receptor Tyrosine Kinase Fails to Suppress Adenoma Formation in *Apc*$^{Min}$ Mice but Induces Duodenal Injury. S. R. Ritland, S. J. Gendler, L. J. Burgart, D. W. Fry, J. M. Nelson, A. J. Bridges, L. Andress, and W. E. Karnes. *Cancer Research*, **2000**, *60*, 4678.

52. The Enantiomers of 6-Acrylamido-4-($\alpha$-phenethylamino)quinazoline: A Probe of the Mechanistic Requirements of Specific Irreversible Inhibitors of the EGFr Family of Receptor Tyrosine Kinases (RTKs). A. J. Bridges, H. Zhou, D. W. Fry, J. M. Nelson, S. Patmore, B. J. Roberts, V. Sherwood, P. W. Vincent, and W. L. Elliott. Submitted to *Bioorganic and Medicinal Chemistry*. **2000**.

53. Tyrosine Kinase Inhibitors 17. Irreversible Inhibitors of the Epidermal Growth Factor Receptor: 4-(Phenylamino)quinazoline and 4-(Phenylamino)pyrido[3,2-d]pyrimidine-6-acrylamides Bearing Additional Solubilizing Functions. J. B. Smaill, G. W. Rewcastle, A. J. Bridges, H. Zhou, H. D. H. Showalter, D. W. Fry, J. M. Nelson, V. Sherwood, W. L. Elliott, P. W. Vincent, D. E. DeJohn, J. A. Loo, K. D. Gries, O. H. Chan, E. L. Rener, E. Lipka, and W. A. Denny, *J. Med. Chem*., **2000** *43*, 1380. Correction *ibid*, **2000**, *43*, 3199.

54. Tyrosine Kinase Inhibitors. 18. 6-Substituted-4-anilinoquinazolines and 4- anilinopyrido[3,4-d]pyrimidines as Soluble, Irreversible, Inhibitors of the Epidermal Growth Factor Receptor. J. B. Smaill, H. D. H. Showalter, H. Zhou, , A. J. Bridges, D. J. McNamara, D. W. Fry, J. M. Nelson, V. Sherwood, P. W. Vincent, B. J. Roberts, W. L. Elliott and W. A. Denny. *J.Med. Chem*, *44*, 429, **2001**.

55. Metabolic Activation of Troglitazone: Identification of a Reactive Metabolite, and Mechanisms Involved. K. He, R. E. Talaat, W. F. Pool, M. D. Reily, J. E. Reed, A. J. Bridges and T. F. Woolf. *Drug Metabolism and Disposition, 32*, 639, **2004**.

56. Tyrosine Kinase Inhibitors. 19. 6-Alkynamides of 4-Anilinoquinazolines and 4-Anilinopyrido[3,4-*d*]pyrimidines as Irreversible Inhibitors of the erbB Family of Tyrosine Kinase Receptors. S. R. Klutchko, H. Zhou, R. T. Winters, T. P. Tran, A. J. Bridges, I. W. Althaus, D. M. Amato, W. L. Elliott, P. A. Ellis, M. A. Meade, B. J. Roberts, D. W. Fry, A. J. Gonzales, P. J. Harvey, J. M. Nelson, V. Sherwood, H.-K. Han, G. Pace, J. B. Smaill, W. A. Denny, and H. D. H. Showalter. *J. Med. Chem, 45*, 1475, **2006**.

57. Synthesis and structure-activity relationships of N-6 substituted analogues of 9-hydroxy-4-phenylpyrrolo[3,4-c]carbazole-1,3(2H,6H)diones as inhibitors of Wee1 and Chk1 checkpoint kinases. J. B. Smaill, E. N. Baker, R. J. Booth, A. J. Bridges, J. M. Dickson, E. M. Dobrusin, I. Ivanovic, A. J. Kraker, H.H. Lee, E. A. Lunney, D. F. Ortwine, B. D. Palmer, J. Quin, C. J. Squire, A. M. Thompson and W. A. Denny. *Eur. J. Med. Chem. 43,* 1276 **2008**.

58. Antitumor activity and pharmacokinetic properties of PF-00299804, a second-generation irreversible pan-erbB receptor tyrosine kinase inhibitor. A. J. Gonzales, K. E. Hook, I. W. Althaus, P. A. Ellis, E. Trachet, A. M. Delaney, P. J. Harvey, T. A. Ellis, D. M. Amato, J. M. Nelson, D. W. Fry, T. Zhu, C.-M. Loi, S. A. Fakhoury, K. M. Schlosser, K. E. Sexton, R. T. Winters, J. E. Reed, A. J. Bridges, D. J. Lettiere, D. A. Baker, J. Yang, H. T. Lee, H. Tecle and P. W. Vincent. *Mol. Cancer Ther., 7*, 1880, **2008**.

59. 2-Alkylamino- and alkoxy-substituted 2-amino-1,3,4-oxadiazoles--O-Alkyl benzohydroxamate esters replacements retain the desired inhibition and selectivity against MEK (MAP ERK kinase). J. S. Warmus, C. Flamme, L. Y. Zhang, S. Barrett, A. Bridges, H. Chen, R. Gowan, M. Kaufman, J. Sebolt-Leopold, W. Leopold, R. Merriman, J. Ohren, A. Pavlovsky, S. Przybranowski, H. Tecle, H. Valik, C. Whitehead, and E. Zhang. *Bioorg. Med. Chem. Letters, 18,* 6171 **2008**

60. The discovery of the benzhydroxamate MEK inhibitors CI-1040 and PD 0325901. S. D. Barrett, A. J. Bridges, D. T. Dudley, A. R. Saltiel, J. H. Fergus, C. M. Flamme, A. M. Delaney, M. Kaufman, S. LePage, W. R. Leopold, S. A. Przybranowski, J. Sebolt-Leopold, K. Van Becelaere, A. M. Doherty, R. M. Kennedy, D. Marston, W. A. Howard, Y. Smith, J. S.Warmus, and H Tecle. *Bioorg. Med. Chem. Letters, 18,* 6501 **2008**.

61. Tyrosine Kinase Inhibitors. 20. Optimization of Substituted Quinazoline and Pyrido[3,4-*d*]pyrimidine Derivatives as orally Active, Irreversible Inhibitors of the Epidermal Growth Factor Receptor. J. B. Smaill, A. J. Gonzales, J. A. Spicer, H. Lee, J. E. Reed, K. Sexton, I. W. Althaus, T. Zhu, S. L. Black, A. Blaser, W. A. Denny, P. A. Ellis, S. Fakhoury, P. J. Harvey, K. Hook, F. O. J. McCarthy, B. D. Palmer, F. Rivault, K. Sclosser, T. Ellis, A. M. Thompson, E. Trachet, R. T. Winters, H Tecle, and A. J. Bridges. *J. Med. Chem, 59*, 8103 **2016**.

62. Differential protein stability of EGFR mutants determines responsiveness to tyrosine kinase inhibitors. P. Ray, Y. S. Tan, V. Somnay, R. Mehta, M. Sitto, A. Ahsan, S. Nyati, J. P. Naughton, A. Bridges, L. Zhao, A. Rehemtulla, T. S. Lawrence, D. Ray and M. K. Nyati. *Oncotarget 7*, 68593 **2016**.

63. Disruptin, a cell-penetrating peptide degrader of EGFR Cell-Penetrating Peptide in Cancer Therapy. R. K. Kehta, S. Shukla, S. G. Ramanand, V. Somnay, A. J. Bridges T. S. Lawrence and M. K. Nyati. *Trans Oncol 14,* 101140 **2021**.

64. Biolayer Interferometry Assays for Cyclin-Dependent Kinase-Cyclin Association Reveals Diverse Effects of Cdk2 Inhibitors on Cyclin Binding Kinetics. C. S. Tambo, S. Tripathi, B. G. K. Perera, D. J. Maly, A. J. Bridges, G. Kiss and S. M. Rubin. *ACS Chem Biol 18,* 431 **2023**.

## PRESENTATIONS AND ABSTRACTS

1. The Preparation and Use of Some Highly Substituted Butadienes. ACS Regional Meeting, Normal, Illinois. June **1982**.

2. Some Surprising Reactions of Sulfur Substituted Allenes. ACS Regional Meeting, Normal, Illinios. June **1982**.

3. Chiral Transfer Using a Chiral Axis. Production of Either Enantiomer without a Resolution. ACS Regional Meeting, Kalamazoo, Michigan. May **1984**.

4. Studies on the Chemistry of 2-Phenylsulfinylbut-1-en-3-yne. ACS Regional Meeting, Kalamazoo, Michigan. May **1984**.

5. Generation and Dimerisation of some 1-Silylallenyl Lithiums. ACS Regional Meeting, Kalamazoo, Michigan. May **1984**.

6. A Novel Aralkyl Adenosine Receptor Agonist with Antipsychotic-Like Effects. ACS National Meeting, New Orleans, September, **1987**.

7. Novel $\underline{N}^6$-Substituted Adenosine Agonists with Both High Affinity and High Selectivity for the Adenosine $A_2$ Receptor. A. J. Bridges, R. F. Bruns, D. F. Ortwine, S. B. Priebe and B. K. Trivedi. Abstracts of Papers, 195th National Meeting of the American Chemical Society, Toronto, Canada; American Chemical Society; Washington, D. C., **1988**; MEDI 33.

8. Adenosine Agonists. Characterization of the $\underline{N}^6$-Subregion of the Adenosine $A_1$ and $A_2$ Receptors via Molecular Modelling Techniques. D. F. Ortwine, A. J. Bridges, C. Humblet and B. K. Trivedi. Abstracts of Papers, 195th National Meeting of the American Chemical Society, Toronto, Canada; American Chemical Society; Washington, D. C., **1988**; MEDI 92.

9. A Novel Efficient Synthesis of $\underline{N}^{6-}$Substituted $\underline{N}$-Alkyladenosine-5'-Uronamides and their Receptor Binding. W. C. Patt, A. J. Bridges, R. F. Bruns, H. W. Hamilton and D. L. Szotek. Abstracts of Papers, 197th National Meeting of the American Chemical Society, Dallas, Texas. American Chemical Society; Washington, D. C., **1989**; MEDI 94.

10. $N^6$-[(1-Arylcyclopropyl)methyl]adenosines. Adenosine Agonists with Antipsychotic-like Effects and Variable $A_2$ Binding Affinity. A. J. Bridges, H. W. Hamilton, W. H. Moos, D. L. Szotek, D. F. Ortwine, R. F. Bruns, and T. G. Heffner. 22nd National Medicinal Chemistry Symposium, Austin, Texas, July **1990**.

11. New 8-Trifluoromethyl Substituted Quinolones. The Benefits of the 8-Fluoro Group with Reduced Phototoxic Risk. J. P. Sanchez, A. J. Bridges, R. Busch, J. M. Domagala, R. D. Gogliotti, C. L. Heifetz, E. T. Joannides, J. C. Sesnie, M. A. Shapiro and D. L. Szotek, Abstract 398, ICAAC, Atlanta, Georgia, October **1990**.

12. 4-Substituted Benzo[b]thiophene-2-carboxamidines: A New Class of Potent and Selective Urokinase Inhibitor. M. J. Towle, A. Lee, E. M. Maduakor, C. E. Schwartz, A. J. Bridges and B. A. Littlefield, *Proceedings of the 84th Annual Meeting of the AACR*, Orlando, Florida, May **1993**. Abstract 490.

13. Picomolar Inhibitors of Epidermal Growth Factor Receptor Tyrosine Kinase. A. M. Thompson, G. W. Rewcastle, W. A. Denny, A. J. Bridges, D. W. Fry, A. J. Kraker, H. Zhou, D. R. Cody and A. Mc Michael, *National Medicinal Chemistry Symposium*, Salt Lake City, June **1994**. Abstract 104.

14. Comparison of the Effects of Anilinoquinazoline Tyrosine Kinase Inhibitors on Selected Receptor and Non-receptor Tyrosine Kinases. C. W. Moore, M. M. Spencer, A. McMichael, J. M. Nelson, L. A. Ambrosio, G. Lu, A. J. Bridges, D. W. Fry and A. J. Kraker. *Proceedings of the 86th AACR Annual Meeting* Toronto, March **1995**, *36*, 435. Abstract 2592.

15. Inhibitors of the EGF Receptor Tyrosne Kinase Related to the Picomolar Quinazoline Inhibitor PD 153035. A. J. Bridges, A. M. Thompson, G. W. Rewcastle, W. A. Denny, H. Zhou, D. R. Cody, D. W. Fry, A. J.

Kraker, L. A. Ambrosio, J. M. Nelson, W. R. Leopold, R. W. Connors and A. McMichael. *Proceedings of the 86th AACR Annual Meeting*, Toronto, March **1995**, *36*, 435. Abstract 2597.

16. New Agents to Exploit the EGF Receptor Family of Tyrosine Kinases as Targets for Breast Cancer Chemotherapy. D. W. Fry, A. J. Bridges, A. J. Kraker, A. McMichael, J. M. Nelson and W. A. Denny. *Proceedings of the 86th AACR Annual Meeting* Toronto, March **1995**, *36*, 689.

17. A Study of the Structure-Activity Relationships of Potent Inhibitors of the Epidermal Growth Factor Receptor Tyrosine Kinase. D. R. Cody, A. M. Thompson, G. W. Rewcastle, W. A. Denny, D. W. Fry, A. McMichael and A. J. Kraker. *27th Central Regional Meeting of the ACS*, Akron Ohio, June **1995**, Abstract 133.

18. 4-Anilinopyrido[d]pyrimidines as potent and specific inhibitors of the Epidermal Growth Factor receptor tyrosine kinase. G.W. Rewcastle, A. M. Thompson, B. Palmer, W. A. Denny, A. J. Bridges, D. R. Cody, H. Zhou, D.W. Fry and A. McMichael. *15th International Congress of Heterocyclic Chemistry*, Taipei, **1995**, Abstract OP-III-11.

19. Tricyclic Quinazoline Derivatives as potent and specific inhibitors of the Epidermal Growth Factor receptor tyrosine kinase. G.W. Rewcastle, A. M. Thompson, B. Palmer, W. A. Denny, A. J. Bridges, H. D. H. Showalter, L. Sun, D.W. Fry and A. McMichael. *Hong Kong International Symposium on Heterocyclic Chemistry*, Hong Kong, **1995**. Abstract OP-26.

20. Syntheses of Benzothieno[3,2-d]pyrimidines as EGF Tyrosine Kinase Inhibitors. H. Zhou, A. J. Bridges, A. McMichael and D. W. Fry. 210th National Meeting of the American Chemical Society, Chicago Illinois' American Chemical Society; Washington, D. C., **1995**. Abstract MEDI 17.

21. Studies on Picomolar Inhibitors of the Epidermal Growth Factor Tyrosine Kinase. A. J. Bridges. Medicinal Chemistry Gordon Conference, New London, New Hampshire August 2nd **1995**.Structure-activity-relationships for analogues of the pyridopyrimidine class of inhibitors of the epidermal growth factor receptor. G.W. Rewcastle, W. A. Denny, A. M. Thompson, A. J. Bridges, D.W. Fry. *Proceedings of the 87th AACR Annual Meeting*, March **1996**, *37*, 306. Abstract 2080.

22. Specific suppression of the epidermal growth factor receptor tyrosine kinase in tumor cells and ensuing inhibition of clone formation in soft agar. D.W. Fry, A. McMichael, J. Nelson, G.W. Rewcastle, W. A. Denny, H. Zhou and A. J. Bridges. *Proceedings of the 87th AACR Annual Meeting*, March **1996**, *37*, 424. Abstract 2893.

23. Novel Pyrido[*d*]- and Pyrimido[4,5-*d*]pyrimidines- Potent and selective inhibitors of the EGF Receptor Tyrosine kinase. A. M. Thompson, G.W. Rewcastle, B. D. Palmer, W. A. Denny, A. J. Bridges, D. R. Cody, D.W. Fry, A. McMichael, and H. Zhou. XIVth International Symposium on Medicinal Chemistry. Maastricht, Holland September **1996**.

24. The SAR of Very High Affinity Inhibitors of the Epidermal Growth Factor Receptor Tyrosine Kinase. A. J. Bridges, G.W. Rewcastle, A. M. Thompson, B. Palmer, W. A. Denny, D. R. Cody, H. Zhou, H. D. H. Showalter,T. R. Winters, R. A. Rubin, S. Trumpp-Kallmeyer, J. M. Nelson, A. J. Kraker, W. L. Elliott, W. J. Roberts, K. E. Hook, P. W. Vincent D.W. Fry and A. McMichael. 25th National Medicinal Chemistry Symposium of the American Chemical Society. Ann Arbor MI, June **1996**.

25. Synthesis and Evaluation of a Series of Tricyclic [6,5,6]-Fused Pyrimidines as Inhibitors of the Epidermal Growth Factor Receptor Tyrosine Kinase. H. Zhou, A. J. Bridges, A. M. Doherty, D. W. Fry, J. M. Nelson, W. L. Elliott, and P. W. Vincent. 212th National Meeting of the American Chemical Society, Orlando, Florida, American Chemical Society; Washington, D. C., **1996**. Abstract ORGN 201.

26. Synthesis and Structure Activity Relationships for 6-Substituted 4-(Phenylamino)pyrimido[5,4-d]pyrimidines Designed as Inhibitors of the Epidermal Growth Factor Receptor. A. M. Thompson, G.W. Rewcastle, W. A. Denny, A. J. Bridges, R. A. Rubin and D.W. Fry. 3rd Bath Int. Symp. Med. Chem. Bath University, UK. 22nd September **1996**.

27. Specific Inhibitors of the EGF Receptor Tyrosine Kinase. Selective Inhibition of the "Proliferative" MAP Kinase Cascade: PD 098059. A. J. Bridges, Selective Kinase Inhibitors Minisymposium, New York Academy of Sciences, New York, 22nd October **1996**.

28. Can Tyrosine kinase Inhibitors fulfil their Therapeutic Potential? A. J. Bridges. Signal Transduction Systems as Therapeutic Targets. IBC UK Conference, Cavendish Conference Centre, London, UK. 20th November **1996**.

29. The Current Status of Selective Tyrosine Kinase Inhibitors and their Potential Role in Septic Shock. A. J. Bridges. 4th International Congress on the Immune Consequences 0f Trauma, Shock and Sepsis-Mechanisms and Therapeutic Approaches, Munich, Germany, March **1997**, S614, S672.

30. Pyrido[d]pyrimidine inhibitors of the tyrosine kinase activity of the EGF receptor: A binding model and structure-activity relationships for soluble analogues. W. A. Denny, B. D. Palmer, G. W. Rewcastle, A. M. Thompson, A. J. Bridges, A. M. Doherty, D. W. Fry, J. M. Nelson, J. R. Rubin, H. D. H. Showalter and S. Trumpp-Kallmeyer. *Proceedings of the 88th AACR Annual Meeting*, March **1997**, *38*, 633. Abstract 4250.

31. 4-Anilinopyrido[d] and pyrimido[5,4-d]pyrimidines as potent and specific inhibitors of the Epidermal Growth Factor receptor tyrosine kinase. G. W. Rewcastle, A. M. Thompson, W. A. Denny, A. J. Bridges, W. R. Elliot D. W. Fry, R. A. Rubin, and H. D. H. Showalter. 16th International Conference of Heterocyclic Chemistry, Bozeman, Montana, **1997**.

32. A Plethora of Polycyclic Pyrimidines Produced to Pacify a Proliferative Protein. A. J. Bridges. Gordon Conference on Hjeterocyclic Chemistry, Salve Regina University, Newport Rhode Island, July **1997**.

33. Tyrosine Kinase Inhibitors as Novel Anti-proliferative Agents. A. M. Doherty, C. J. Connolly, M. C. Schroeder, H. D. H. Showalter, T. R. Winters, A. J. Bridges, D. W. Fry, S. R. Klutchko, J. A. Keiser, J. M. Hamby, D. H. Boschelli. The National Managed Health Care Congress on Cell Signaling, San Diego, CA. July 11th **1997**.

34. An Examination of the Michael Acceptor Side chain for Irreversible EGFr Inhibitors Related to PD 158780. H. Zhou, A. J. Bridges, W. A. Denny, E. M. Dobrusin, D. W. Fry, D. McNamara, J. M. Nelson, H. D. H. Showalter, V. Slintak and J. B. Smaill. *Proceedings of the 89th AACR Annual Meeting*, March **1998**, *39*, 315. Abstract 2154.

35. Comparative antitumour activty of the irreversible EGF receptor tyrosine kinase inhibitor PD 168393 and its reversible congenor PD 174265 in nude mice. K. E. Hook, P. W. Vincent, W. L. Elliott, C. D. Lathia, J. B. Smaill, E. M. Dobrusin, A. J. Bridges, and W. R. Leopold. *Proceedings of the 89th AACR Annual Meeting*, March **1998**, *39*, 316. Abstract 2157.

36. In vitro comparison of irreversible versus reversible inhibition for a series of substituted quinazolines and pyridopyrimidines that are potent and specific inhibitors of the epidermal growth factor receptor (EGFR) family of tyrosine kinases. J. M. Nelson, V. Slintak, W. A. Denny, J. B. Smaill, G. W. Rewcastle, H. D. H. Showalter, A. J. Bridges, H. Zhou, D. J. McNamara, E. M. Dobrusin and D. W. Fry. *Proceedings of the 89th AACR Annual Meeting*, March **1998**, *39*, 316. Abstract 2158.

37. Changed Mechanisms and Potency of Inhibition of the EGFr Tyrosine Kinase by the Enantiomers of 6-Acrylamido-4-(α-phenethylamino)quinazoline. A. J. Bridges, W. L. Elliott, D. W. Fry, J. M. Nelson, S. Patmore, W. J. Roberts, V. Slintak, P. W. Vincent and H. Zhou. *Proceedings of the 89th AACR Annual Meeting*, March **1998**, *39*, 316. Abstract 2159.

38. Specific, irreversible inhibitors of the epidermal growth factor receptor (EGFR) family of tyrosine kinases. D. W. Fry, J. M. Nelson, V. Slintak, P. R. Keller, J. Loo, K. Greis, S. Trumpp-Kallmeyer, W. A. Denny, J. B. Smaill, H. D. H. Showalter, A. J. Bridges, H. Zhou, D. J. McNamara, and E. M. Dobrusin. *Proceedings of the 89th AACR Annual Meeting*, March **1998**, *39*, 560. Abstract 3806.

39. Characterization of the in vivo activity of a novel EGF receptor family kinase inhibitor, PD 169414. P. W. Vincent, B. E. Atkinson, H. Zhou, D. Dykes, W. R. Leopold, S. J. Patmore, B. J. Roberts, A. J. Bridges and W. L. Elliott. *Proceedings of the 89th AACR Annual Meeting*, March **1998**, *39*, 560. Abstract 3807.

40. Development of Irreversible EGFr Tyrosine Kinase Inhibitors with anti-tumor Activity Against Human Tumor Xenografts. J. B. Smaill, W. A. Denny, D. W. Fry, J. M. Nelson, W. R. Leopold, P. W. Vincent, K. E. Hook, W. L. Elliott, A. J. Bridges, H. Zhou, H. D. H. Showalter, D. McNamara, and E. M. Dobrusin. NCI-EORTL Conference, Amsterdam, Netherlands, June **1988**.

41. Development, Structure-Activity Relationships and Anti-tumor Activity of a Novel Class of Specific, Irreversible EGFr TK Inhibitors. J. B. Smaill, W. A. Denny, D. W. Fry, J. M. Nelson, W. R. Leopold, P. W. Vincent, S. J. Patmore, W. L. Elliott, K. E. Hook, A. J. Bridges, H. Zhou, H. D. H. Showalter, D. McNamara, and E. M. Dobrusin. British Association for Cancer Research Conference, Dublin, June **1998**. *Br. J. Cancer*, **1998**, *78* (Suppl. 1), 33. Abstract P34.

42. The Development of Highly Selective, Irreversible, Inhibitors of the EGFr Family of Receptor Tyrosine Kinases (RTKs). A. J. Bridges. The National Managed Health Care Congress 2nd Annual Conference on Cell Signaling, Signal Transduction and Gene Transcription. San Diego, CA. July 13th **1998**.

43. Modeling Assisted Irreversible EGFr Inhibitor Design—Regiospecificity of 6-Acrylamido-4-[3-bromo)anilino]benzothienopyrimidine. H. Zhou, A. J. Bridges, S. Trumpp-Kallmeyer, D. Fry and J. M. Nelson. 216th National Meeting of the American Chemical Society, Boston, MA, American Chemical Society; Washington, D. C., **1998**. Abstract MEDI 268.

44. The ineradicable impact of irreversible inhibitors: can erbBicide contribute to the tumouricide of EGFr-dependent cancers? A. J. Bridges. XVth EFMC International Symposium on Medicinal Chemistry. Edinburgh, Scotland. September 7th **1998**.

45. Inhibition of Epidermal Growth Factor Receptor fails to suppress adenoma formation in APC$^{MIN}$ mice but induces flat hyperproliferative duodenal lesions. S. R. Ritland, S. J. Gendler, L. J. Burgart, D. W. Fry, J. M. Nelson, A. J. Bridges, L. Andress and W. E. Karnes. Proceedings of the 63rd Annual Scientific Meeting of the American College of Gastroenterology. Boston, MA. October **1998**.

46. Optimal in vivo treatment schedule for the novel EGF receptor family tyrosine kinase inhibitor, PD 0183805, correlates with the inhibition of receptor tyrosine phosphorylation. P. W. Vincent, S. J. Patmore, B. E. Atkinson, A. J. Bridges, L. S. Kirkish, R. C. Dudeck, W. R. Leopold, H. Zhou and W. L. Elliott. *Proceedings of the 90th AACR Annual Meeting*, April **1999**, *40*, 117. Abstract 776.

47. Blockade of the MAP kinase pathway retards growth of murine and human tumors in vivo. J. S. Sebolt-Leopold, K. Van Becelaere, D. Dudley, R. Herrera, R. Gowan, H. Tecle, S. Barrett, A. Bridges, S, Pryzbranowski, W. R. Leopold and A. R. Saltiel. *Proceedings of the 90th AACR Annual Meeting*, April **1999**, *40*, 118. Abstract 785.

48. Potent and Selective MEK kinase inhibitors: Synthesis and SAR of 2-(4-iodophenylamino) benzoic acids and hydroxamic acid derivatives thereof. H. Tecle, S. Barrett, A. Bridges, J. Leopold, D. Dudley, S. Pryzbranowski, W. Leopold, A. Saltiel and A. Doherty. *Proceedings of the 90th AACR Annual Meeting*, April **1999**, *40*, 121. Abstract 806.

49. Selective inhibition of heregulin-dependent tyrosine phosphorylation and cellular signaling through erbB2, erbB3 and erbB4 by PD 158780 and a new irreversible inhibitor, PD 183805. V. Sherwood, A. J. Bridges, W. A. Denny, G. W. Rewcastle, J. B. Smaill and D. W. Fry. *Proceedings of the 90th AACR Annual Meeting*, April **1999**, *40*, 723. Abstract 4778.

50. N-Alkoxy-2-(4-iodo-phenylamino)-benzamides: O-alkyl benzhydroxamate esters as a novel class of potent and long acting in vitro MEK inhibitors. S. D. Barrett, A. J. Bridges, W. R. Leopold, S. A. Przybranowski,

J. H. Fergus, D. T. Dudley, J. Sebolt-Leopld, H. Tecle, *Abstr.Pap.Am.Chem.Soc 218th ACS National Meeting, New Orleans, Louisiana.,* Pt. 1. **1999.** MEDI 203.

51. Synthesis and SAR of Potent and Selective MEK kinase inhibitors. H. Tecle, S. Barrett, A. Bridges. J. Leopold, D. Dudley, S. Pryzbranowski, W. Leopold, A. Saltiel and A. Doherty. 8th Cyprus Conference on New Methods in Drug Research, Limasol, Cyprus, **1999**.

52. Synthesis and antitumour activity of quinazoline and pyridopyrimidine inhibitors of the Epidermal Growth Factor Receptor family of Tyrosine kinases. G. W. Rewcastle, J. B. Smaill, W. A. Denny, A. J. Bridges, E. M. Dobrusin, W. L. Elliott. D. W. Fry, K. E. Hook, W. R. Leopold, D. J. MacNamara, J. M. Nelson, H. D. H. Showalter, V. Sherwood, P. W. Vincent and H. Zhou. 17th International Conference on Heterocyclic Chemistry, Vienna, Austria, **1999**.Kinase Inhibitors: from Concept to Clinic. A. J. Bridges. The Parke-Davis Scientists Lecture Series, April 5th **2000**, Ann Arbor Michigan.

53. Cl-1033: An Irreversible Inhibitor of the ErbB Family of Oncogenes. A. J. Bridges. 27th National Medicinal Chemistry Symposium of the American Chemical Society. Kansas City, Kansas, June **2000**

54. 4-Anilinoquinazoline and 4-anilinopyrido[3,4-d]pyrimidines as irreversible inhibitors of the EGFr tyrosine kinase. J. B. Smaill, W. A. Denny, A. J. Bridges, H. Zhou, D. J. McNamara, D. W. Fry, J. M.Nelson, V. Sherwood and H. D. H. Showalter. 11th AACR-NCI-EORTC Meeting, **2000**.

55. CI-1033: An Inhibitor of ErbB Oncoproteins in the Clinic for Cancer Therapy. A. J. Bridges, New York Academy of Sciences, New York, February 6th **2001**.

56. The development of CI-1033 and CI-1040 for cancer therapy: Problems and opportunities from targeting novel signaling molecules. A. J. Bridges. British Cancer Research Meeting, Leeds, July 1st **2001**.

57. The development of Kinase Inhibitors with Unusual Mechanisms of Action. CI-1040: A Non-Competitive Kinase Inhibitor of MEK in the Clinic. A. J. Bridges. IBC Conference on Protein Kinases. San Diego, California. March 8th **2002**.

58. Highly Selective Inhibition of Cdk4 with pyrido[2,3-d]pyrimid-7-ones. S. VanderWel, P. J. Harvey, D. J. Sheehan, J. Repine, P. R. Keller, R. J. Booth, J. Quin, D. J. McNamara, H. Zhou, E. M. Dobrusin, A. J. Bridges, W. R. Leopold, D. W. Fry, J. Brodfuehrer, T. Zhu, P. L. Toogood, Abstracts of Papers, 227th ACS National Meeting, Anaheim, CA, United States, March 28-April 1, **2004**, MEDI-045.

59. Synthesis and SAR Development of PD 0325901, a Potent and Highly Bioavailable MEK Inhibitor. M. D. Kaufman, S. D. Barrett, C. M. Flamme, J. Warmus, Y. D. Smith, M. Cheriyan, L. Zhang, H. Tecle, J. Sebolt-Leopold, H. Valik, R. Gowan, K. Van Becelaere, R. Merriman, S. Przybranowski, J. Ohren, C. Whitehead, W. R. Leopold, E. Dobrusin and A. J. Bridges. *Proceedings of the 90th AACR Annual Meeting*, April **2004**, *45*, Abstract 2477.

60. Therapeutic challenges of kinase and phosphatase inhibition and use in anti-diabetic strategy. A. J. Bridges. Biochemical Society Focused Meeting. Kinases in Diabetes, Manchester, England, November 10th **2004**.

61. ALT-1188: A new CXCR4 Antagonist in development for mobilization of HSPCs. M. P. Rettig, A Ghobadi, M. Holt, S. Meier, J Ritchey, Y. Tahirovic, A. Bridges, D. Gooding and J. F. Dipersio. Blood 122, 891 (2013) Abstract 701.

**BOOK CHAPTERS, EDITORIALS AND REVIEWS**

1. The Search for Purine and Ribose-substituted Adenosine Analogs with Potential Clinical Application. J. A. Bristol, A. J. Bridges, R. F. Bruns, D. A. Downs, T. G. Heffner, W. H. Moos, D. F. Ortwine, D. L. Szotek and B. K. Trivedi, *Adenosine and Adenine Nucleotides: Physiology and Pharmacology.* D. M. Paton, ed., Taylor and Francis, Basingstoke, England. **1988**, p. 17.

2. Central Nervous System Effects of Adenosine Agonists and Antagonists. A. J. Bridges, R. F. Bruns and T. G. Heffner. *Annual Reports in Medicinal Chemistry, Vol. 19,* R. A. Allen, ed., Academic Press, New York, **1988**, 39.

3. Structure-Activity Relationships of Adenosine $A_1$ and $A_2$ Receptors. A. J. Bridges, R. F. Bruns and B. K. Trivedi. *The Receptors: Vol 10, The Adenosine Receptor.* M. Williams, ed. ,Humana Press, Clifton, New Jersey, **1990**, 57.

4. Chapter 24. Adenosine Agonists. Characterization of the N6-Subregion of the Adenosine A2 Receptor via Molecular modeling Techniques. D. F. Ortwine, A. J. Bridges, C. Humblet and B. K. Trivedi, in *Purines in Cell Signalling: Targets for New Drugs,* K. Jacobson, J. Daley and Manganiello eds, Springer-Verlag, New York **1990**, 152.

5. A Convenient Preparation of N5',$N^6$-Disubstituted Adenosine Ribofuranuronamide Derivatives. A. J. Bridges, *Nucleic Acid Chemistry, Improved and New Synthetic Procedures, Methods and Techniques, Part 4.* L. B. Townsend and R. S. Tipson, eds., Wiley, New York. **1991**.

6. The Emerging Role of Protein Phosphorylation and Cell Cycle Control in Tumour Progression. A. J. Bridges, *Chemtracts*, **1995**, *8*, 73.

7. Inhibitors of Protein Tyrosine Kinases. D. W. Fry and A. J. Bridges. *Curr. Opin. Biotech.* **1995**, *6*, 662.

8. Syntheses of Proposed Non-toxic Bacterial Liposaccharides from Rhodobacter Sphaeroides, Rhodobacter Capsulatus and a Derivative which is in Clinical Trials for Septic Shock. A. J. Bridges. *Chemtracts*. **1995**, *8*, 260.

9. The Current Status of Tyrosine Kinase Inhibitors: Do the Diarylethylamine Inhibitors of the EGF Receptor Represent a New Beginning? A. J. Bridges. *Expert Opinions in Therapeutic Patents.* **1995**, *5*, 1245.

10. Protein Tyrosine Kinases. A. J. Kraker and A. J. Bridges, In The Molecular Biology of Cancer Ed. J. R. Bertino. Academic Press. New York. **1996** pp 1314-1326.

11. The Chemical Evolution of a Synthesis. The Enantioselection of Pancratistatin. A. J. Bridges. *Chemtracts*. **1996**, *9*, 101.

12. The Epidermal Growth Factor Receptor Family of Tyrosine Kinases and Cancer: Can an Atypical Exemplar be a Sound Therapeutic Target? A. J. Bridges. *Current Medicinal Chemistry* **1996**, *3*, 167.

13. A Total Synthesis of the Phosphorylated Rat Brain Thy-1 Glycosylphosphatidylinositol Anchor. A. J. Bridges. *Chemtracts*. **1996**, *9*, 215.

14. SAR Studies Aimed at Improving (Sialyl) Lewis$^x$-based Inhibitors of Cellular Adhesion. A. J. Bridges. *Chemtracts*. **1997**, *10,* 61

15. Substrate Selectivity Studies on Glycosyl Transferases: towards the Chemoenzymatic Synthesis of High Affinity Sialyl Lewis$^x$ Ligands. A. J. Bridges. *Chemtracts*. **1997**, *10,* 69.

16. Current progress towards the development of Tyrosine Kinase inhibitors as anti-cancer agents. A. J. Bridges. *Emerging Drugs*, **1998**, *3*, 279.

17. 4-Anilinoquinazolines. Zeneca WO 97/32856. A. J. Bridges. *Expert Opinions on Therapeutic Patents.* **1998**, *8*, 475.

18. Update. Cell Signaling: signal transduction and gene transcription. A. J. Bridges. *Drug Discovery Today*, **1998**, *3*, 443.

19. The Rationale and Strategy Used to Develop a Series of Highly Potent, Irreversible, Inhibitors of the Epidermal Growth Factor Receptor Family of Tyrosine Kinases. A. J. Bridges. *Current Medicinal Chemistry*, **1999**, 5, 825.

20. Chemical Inhibitors of Protein Kinases. A. J. Bridges. *Chemical Reviews*, *101*, 2541, **2001**.

21. Growth Factor and Signal Transduction Targets for Cancer Therapy. A. J. Bridges, S. Decker, D. W. Fry, A. J. Kraker, J. Sebolt-Leopold and W. R. Leopold. In *Anticancer Drug Development*, B. Baguely, D. J. Kerr eds., Academic Press, New York. **2002**. 31.

22. The Ineradicable Impact of Irreversible Inhibitors: can erbBicide contribute to the tumouricide of EGFr-dependent cancers? A. J. Bridges, W. A. Denny, E. M. Dobrusin, A. M. Doherty, W. L. Elliott, D. W. Fry, K. Hook, W. R. Leopold, D. J. McNamara, J. M.Nelson, B. D. Palmer, S. Patmore, G. W. Rewcastle, B. J. Roberts, H. D. H. Showalter, V. Slintak, J. B. Smaill, A. M. Thompson, S. Trumpp-Kallmeyer, P. W. Vincent, R. T. Winters and H. Zhou. In *Medicinal Chemistry into the Millennium*, M. C. Campbell and I. S. Blagbrough eds., Royal Society of Chemistry, Cambridge, England. **2001**, 151

23. Therapeutic challenges of kinase and phosphatase inhibition and use in anti-diabetic strategy. A. J. Bridges. *Biochemical Society Transactions. 33*, 343, **2005**.

24. A Circuitous Pharmaceutical Journey to Liliput. A. J. Bridges. *Drug Dev. Res., 68,* 19**, 2007**.

25. The Road to PD0325901 and Beyond: The MEK Inhibitor Quest. J. S. Sebolt-Leopold and A.J. Bridges. In: *Kinase Inhibitor Drugs; Wiley Series in Drug Discovery and Development* (J.A. Stafford and R. Li, eds.; B. Wang, series ed.), John Wiley and Sons, 205 **2009**.

26. Drug-development, dose-selection, rational combinations from bench-to-bedside: are there any lessons worth revisiting? A. J. Bridges, R. K. Mehta, S. Shukla, M. J. Schipper, T. S. Lawrence and M. K. Nyati. *Oncotarget 12,* 1032 **2021**.

**GRANTED US PATENTS**

1. $N^6$- Substituted Adenosines. *U.S. Patent*, 4,755,594, **1988**. A. J. Bridges, H.W. Hamilton, W. H. Moos and D. L. Szotek.

2. 8-Trifluoromethyl Quinolones as Antibacterial Agents. *U.S. Patent,* 4,780,468, **1988**. A. J. Bridges and J. M. Domagala.

3. 8-Trifluoromethyl Quinolones as Antibacterial Agents. *U.S. Patent,* 4,803,205, **1988.** A. J. Bridges and J. M. Domagala.

4. 8-Trifluoromethyl Quinolones as Antibacterial Agents. *U.S. Patent,* 4,933,335, **1989.** A. J. Bridges and J. M. Domagala.

5. Method for Preparing 5',$N^6$-Disubstituted Adenosines from Inosines. *U.S. Patent,* 4,962,194, **1990**. A. J. Bridges.

6. Urokinase Inhibitors. *U.S. Patent,* 5,340,833, **1994**. A. J. Bridges, B. A. Littlefield and C. E. Schwartz.

7. 2-(2-Amino-3-methoxyphenyl)-4-oxo-4H-[1]benzopyran for treating proliferative disorders. *U.S. Patent,* 5,525,625, **1996**. A. J. Bridges and A. R. Saltiel.

8. Bicyclic compounds capable of inhibiting Tyrosine Kinases of the Epidermal Growth Factor receptor family. *U.S. Patent,* 5,679,683, **1997**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, R. F. Meyer, G. W. Rewcastle and A. M. Thompson

9. Tricyclic Compounds capable of Inhibiting Tyrosine Kinases of the Epidermal Growth Factor Receptor Family. *U.S. Patent,* 5,654,307, **1997**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, H. D. H. Showalter, G. W. Rewcastle and A. M. Thompson.

10. Substituted pyrido[3,2-d]pyrimidines capable of inhibiting tyrosine kinases of the epidermal growth factor receptor family. *U. S. Patent* 6,084,095. **2000**. A. J. Bridges, W. A. Denny, D. Fry, A. Kraker, R. F. Meyer, G. W. Rewcastle, and A. M.Thompson.

11. Irreversible Inhibitors of Tyrosine Kinases. *U.S. Patent* 6,127,374. **2000**. A. J. Bridges

12. Irreversible Bicyclic Inhibitors of Tyrosine Kinases. *U.S. Patent* 6,153,617. **2000**. A. J. Bridges

13. Method of treating or preventing septic shock by administering a MEK inhibitor. *U.S. Patent* 6,251,943. **2001**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

14. Bicyclic compounds capable of inhibiting Tyrosine Kinases of the Epidermal Growth Factor receptor family. *U.S. Patent,* 6,265,410, **2001**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, R. F. Meyer, G. W. Rewcastle and A. M. Thompson

15. 2-(4-Bromo or 4-iodo phenylamino)benzoic acid derivatives and their use as MEK inhibitors. *U.S. Patent* 6,310,060, **2001**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

16. N-[4-(3-Chloro-4-fluoro-phenylamino)-7-(3-morpholin-4-yl-propoxy)-quinazolin-6-yl]-acrylamide, an irreversible inhibitor of tyrosine kinases. *U.S. Patent* 6,344,455, **2002**. A. J. Bridges, D. Driscoll and W. D. Klohs

17. Irreversible inhibitors of Tyrosine kinases. *U.S Patent* 6,344,459. *European Patent* 0 892 789 B1, **2002**. A. J. Bridges, W. A. Denny, E. M. Dobrusin, A. M. Doherty, D. W. Fry, D. J. McNamara, H. D. H. Showalter J. B. Smaill and H. Zhou.

18. Bicyclic compounds capable of inhibiting Tyrosine Kinases of the Epidermal Growth Factor receptor family. *U.S. Patent,* 6,455,534, **2002**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, R. F. Meyer, G. W. Rewcastle and A. M. Thompson

19. Benzoheterocycles and their uses as MEK inhibitors. *U.S. Patent* 6,469,004, **2002**. S. D. Barrett, H. Tecle and A. J. Bridges.

20. 2-(4-Bromo or 4-iodo phenylamino)benzoic acid derivatives. *U.S. Patent* 6,492,363, **2002**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

21. Bicyclic compounds capable of inhibiting Tyrosine Kinases of the Epidermal Growth Factor receptor family. *U.S. Patent,* 6,521,620, **2003**. A. J. Bridges, W. A. Denny, D. W. Fry, and G. W. Rewcastle.

22. 1-Heterocycle substituted diarylamines. *U.S. Patent,* 6,545,030, **2003**. S. D. Barrett, A. J. Bridges, H. Tecle and L.-Y. Zhang.

23. Irreversible inhibitors of tyrosine kinases. *U.S Patent* 6,562,818. **2003**. A. J. Bridges.

24. Tricyclic Compounds capable of Inhibiting Tyrosine Kinases of the Epidermal Growth Factor Receptor Family. *U.S. Patent,* 6,596,726, **2003**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, R. F. Meyer, G. W. Rewcastle, A. M. Thompson and H. D. H. Showalter.

25. Irreversible inhibitors of tyrosine kinases. *U.S Patent* 6,602,863. **2003**. A. J. Bridges, W. A. Denny, E. M. Dobrusin, A. M. Doherty, D. W. Fry, D. J. McNamara, H. D. H. Showalter J. B. Smaill and H. Zhou.

26. Treatment of Asthma with MEK Inhibitors. *U.S. Patent 6,696,440*. **2004**. A. J. Bridges, D. T. Dudley, J. L. Mobley and A. R. Saltiel

27. Bicyclic compounds capable of inhibiting Tyrosine Kinases of the Epidermal Growth Factor receptor family. *U.S. Patent,* 6,713,484, **2004**. A. J. Bridges, W. A. Denny, D. W. Fry, and G. W. Rewcastle.

28. 4-Bromo or 4-iodo phenylamino benzhydroxamic acid derivatives and their use as MEK inhibitors. *U.S. Patent,* 6,821,963, **2004**. S. D. Barrett, A. J. Bridges, A. M. Doherty, D. F. Dudley, A. R. Saltiel, and H. Tecle.

29. 2-(4-Bromo or 4-iodo phenylamino)benzoic acid derivatives. *U.S. Patent* 7,019,033, **2006**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

30. Method for treating Chronic Pain Using MEK Inhibitors. *U.S. Patent* 7,030,119, **2006**. S. D. Barrett, A. J. Bridges, H. Tecle, A. Dixon, K. Lee and R. D. Pinnock.

31. MCP-1 Receptor antagonists and methods of use thereof. *U.S. Patent* 7,067,538, **2006**. L. D. Bratton, A. J. Bridges, D. T. Connor, S. R. Miller, Y. Song, K.-L. Sun, B. K. Trivedi and P. C. Unangst.

32. 4-Bromo or 4-iodo phenylamino benzhydroxamic acid derivatives and their use as MEK inhibitors. *U.S. Patent,* 7,169,816, **2007**. S. D. Barrett, A. J. Bridges, A. M. Doherty, D. F. Dudley, A. R. Saltiel, and H. Tecle.

33. Pyrimido[5,4-d]pyrimidines derivatives as irreversible inhibitors of tyrosine kinases. *U.S. Patent* 7,786,131, **2010**. A. J. Bridges, W. A. Denny, E. M. Dobrusin, A. M. Doherty, D. W. Fry, D. J. McNamara, H. D. H. Showalter J. B. Smaill and H. Zhou.

34. Synthesis of Cyclopentaquinazolines. *U.S. Patent* 8,809,526, **2014**. J. A. Kerschen, A. J. Bridges, S. M. Dalziel, O. Dapremont, K. Kim, A. S. Thompson and J. R Zeller

35. Efficient peptide couplings and their use in the synthesis and isolation of a Cyclopenta[g]quinazoline trisodium salt. *U.S. patent* 9,458,188, **2016**. J. A. Kerschen, A. J. Bridges, M. D. Choubal, S. M. Dalziel, T. E. Jacks, A. S. Thompson and J. R Zeller.

36. Glucosylceramide Synthase Inhibitors for the Treatment of Diseases. *U.S. Patent* 10,227,323 **2019**. B. Wang, D. Chu and A. J. Bridges.

37. Histone Deacetylase Inhibitors. *U.S. Patent* 10,308,608. **2019**. S. Bhagwat, G. Luedke and A. Bridges.

38. Selective Inhibitors of Clinically Important Mutants of the EGFR Tyrosine Kinase. *U.S. Patent* 10,435,388. **2019**. Y. Song and A. J. Bridges.

39. Methods for the treatment of erectile dysfunction using fispemifene. *U.S. Patent* 10,500,166. **2019**. R. L. Zerbe, A. J. Bridges, R. Lammintausta, R. Hanley, and S. Dombey.

40. Peptide Compositions and Methods of Use. *U.S. Patent* 10,508,134. **2019**. C. G. Besirli, A. J. Bridges, J. K. Freshley, W. A. Hunke, L. L. Johnson, F. X. Smith, E. Sylvian and D. N Zacks.

41. Peptide Compositions and Methods of Use. *U.S. Patent* 10,829,518. **2020**. C. G. Besirli, A. J. Bridges, J. K. Freshley, W. A. Hunke, L. L. Johnson, F. X. Smith, E. Sylvian and D. N Zacks.

42. Histone Deacetylase Inhibitors. *U.S. Patent* 10,851,058. **2020**. S. Bhagwat, G. Luedke and A. Bridges.

43. Glucosylceramide Synthase Inhibitors for the Treatment of Diseases. *U.S. Patent* 10,10,927,092. **2021**. B. Wang, D. Chu and A. J. Bridges.

**PUBLISHED WIPO and US PATENT APPLICATIONS**

1. Preparation and testing of N-[(arylcycloalkyl)methyl]adenosines as analgesics, antipsychotics, sedatives, antihypertensives, and antianginals. EP 232813 **1987**. A. J. Bridges, H. W. Hamilton, W. H. Moos and D. L. Szotek.

2. Selected N6-Substituted Adenosines Having A2 Selective Binding Activity. WO 1988/03147 **1988**. A. J. Bridges, D. F. Ortwine and B. K. Trivedi..

3. Heteroaryl(phenethyl)adenosine derivatives as antipsychotics and cardiovascular agents and their preparation. WO 1988/03148, **1988**. A. J. Bridges and D. L. Szotek.

4. Bicyclic Compounds capable of Inhibiting Tyrosine Kinases of the Epidermal Growth Factor Receptor Family WO 1995/019774 **1995**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, R. F. Meyer, G. W. Rewcastle and A. M. Thompson.

5. Tricyclic Compounds capable of Inhibiting Tyrosine Kinases of the Epidermal Growth Factor Receptor Family WO 1995/019970 **1995**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, H. D. H. Showalter, G. W. Rewcastle and A. M. Thompson.

6. 2-(2-Amino-3-methoxyphenyl)-4-oxo-4H-[1]benzopyran for treating proliferative disorders. WO 1996/022985 **1996**. A. J. Bridges and A. R. Saltiel.

7. Irreversible inhibitors of Tyrosine kinases. WO 1997/038983 **1997**. A. J. Bridges, W. A. Denny, E. M. Dobrusin, A. M. Doherty, D. W. Fry, D. J. McNamara, H. D. H. Showalter J. B. Smaill and H. Zhou.

8. Method of Treating or Preventing Septic Shock by Administering a MEK Inhibitor. WO 1998/037881 **1998**. A. J. Bridges.

9. (4-Bromo or 4-iodo phenylamino)benzoic acid derivatives and their use as MEK inhibitors. WO 1999/001421 **1999**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

10. 4-Bromo or 4-iodo phenylamino benzhydroxamic acid derivatives and their use as MEK inhibitors. WO 1999/001426 **1999**. S. D. Barrett, A. J. Bridges, A. M. Doherty, D. T. Dudley, A. R. Saltiel and H. Tecle.

11. Irreversible inhibitors of Tyrosine kinases. WO 1999/006378 **1999**. A. J. Bridges

12. Irreversible bicyclic inhibitors of Tyrosine kinases. WO 1999/006396 **1999**. A. J. Bridges

13. N-[4-(3-Chloro-4-fluoro-phenylamino)-7-(3-morpholin-4-yl-propoxy)-quinazolin-6-yl]-acrylamide, an irreversible inhibitor of tyrosine kinases. WO 2000/031048 **2000**. A. J. Bridges, D. Driscoll and W. D. Klohs

14. Treatment of Asthma with MEK Inhibitors. WO 2000/040235 **2000**. A. J. Bridges, D. T. Dudley, J. L. Mobley and A. R. Saltiel

15. Antiviral Method Using MEK Inhibitors. WO 2000/040237 **2000**. A. J. Bridges, D. T. Dudley, S. J. Gracheck, A. L. Meyer, A. R. Saltiel and J. Sebolt-Leopold

16. Novel benzoheterocycles and their use as MEK inhibitors. WO 2000/042022 **2000**. S. D. Barrett, A. J. Bridges and H. Tecle

17. Novel 1-heterocyclyl-substituted diarylamines. WO 2000/042029 **2000**. H. Tecle, S. D. Barrett, A. J. Bridges and L.-Y. Zhang

18. Method for treating Chronic Pain Using MEK Inhibitors. WO 2001/005390 **2001**. S. D. Barrett, A. J. Bridges, H. Tecle, A. Dixon, K. Lee and R. D. Pinnock.

19. Method for treating Chronic Pain Using MEK Inhibitors. WO 20010/05391 **2001**. S. D. Barrett, A. J. Bridges, H. Tecle, A. Dixon, K. Lee, R. D. Pinnock and L.-Y. Zhang.

20. Method for treating Chronic Pain Using MEK Inhibitors. WO 2001/005393 **2001**. A. J. Bridges, R. J. Booth, H. Tecle, Y. Scaggs, M. Kaufman, S. D. Barrett, A. Dixon, K. Lee and R. D. Pinnock.

21. Bicyclic Compounds capable of Inhibiting Tyrosine Kinases of the Epidermal Growth Factor Receptor Family US 2001/0027197 **2001**. A. J. Bridges, W. A. Denny, D. W. Fry, A. J. Kraker, R. F. Meyer, G. W. Rewcastle and A. M. Thompson.

22. (4-Bromo or 4-iodo phenylamino)benzoic acid derivatives. US 2002/0022647. **2002**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

23. 1-Heterocycle substituted diarylamines. US 2003/0004193. **2003**. H. Tecle, S. D. Barrett, A. J. Bridges and L.-Y. Zhang

24. Oral Antidiabetic Agents. WO 2003/0018553, **2003**. C. F. Bigge, A. J. Bridges, A. Casimiro-Garcia, S. A. Fakhoury, H. T. Lee, J. E. Reed, R. P. Schaum, K. M. Schlosser, K. E. Sexton, and H. Zhou.

25. 4-Bromo or 4-iodo phenylamino benzhydroxamic acid derivatives and their use as MEK inhibitors. US 2003/0078428, **2003**. S. D. Barrett, A. J. Bridges, A. M. Doherty, D. T. Dudley, A. R. Saltiel and H. Tecle.

26. Irreversible inhibitors of Tyrosine kinases. US 2003/0087881, **2003**. A. J. Bridges

27. (4-Bromo or 4-iodo phenylamino)benzoic acid derivatives and their use as MEK inhibitors. US 2003/0149015, **2003**. S. D. Barrett, A. J. Bridges, D. R. Cody, A. M. Doherty, D. T. Dudley, A. R. Saltiel, M. C. Schroeder and H. Tecle.

28. Oral Antidiabetic Agents. WO 2003/018553. US 2003/0171377, **2003**. C. F. Bigge, A. J. Bridges, A. Casimiro-Garcia, S. A. Fakhoury, H. T. Lee, J. E. Reed, R. P. Schaum, K. M. Schlosser, K. E. Sexton, and H. Zhou.

29. Bicyclic compounds capable of inhibiting Tyrosine Kinases of the Epidermal Growth Factor receptor family. US 2003/0186987, **2003**. A. J. Bridges, W. A. Denny, D. W. Fry, A. Kraker, R. F. Meyer, G. W. Rewcastle and A. M. Thompson.

30. Irreversible inhibitors of Tyrosine kinases. US 2003/0229051, **2003**. A. J. Bridges, W. A. Denny, E. M. Dobrusin, A. M. Doherty, D. W. Fry, D. J. McNamara, H. D. H. Showalter J. B. Smaill and H. Zhou

31. MCP-1 Antagonists and Method of Use thereof. WO 2004/014847, **2004**. L. Bratton, A. J. Bridges, D. T. Connor, S. Miller, Y. Song, K. Sun, B. K. Trivedi and P. C. Unangst.

32. Treatment of asthma with MEK inhibitors. US 2004/0141924, **2004**. A. J. Bridges, D. T. Dudley, J. L. Mobley and A. R. Saltiel.

33. Preparation of Substituted Quinazolines. WO 2004/069791. US 2004/0158065, **2004**. H. Barth, A. J. Bridges, R. J. Heemstra, N. M. Horne, R. C. Hughes, T. E. Jacks, D. J. McNamara, S. Schneider, K. Steiner, P. T. Toogood and R. T. Winters.

34. 4-Bromo or 4-iodo phenylamino benzhydroxamic acid derivatives and their use as MEK inhibitors. US 2005/0049429, **2005**. S. D. Barrett, A. J. Bridges, A. M. Doherty, D. T. Dudley, A. R. Saltiel and H. Tecle.

35. Heteroaryl Phosphinyl and Thiophosphinyl Compounds for Regulation of Glucose, Triglycerides and LDL/HDL Levels. WO 2005/028488. **2005**. A. J. Bridges.

36. Phosphorus-Containing Compounds Useful for the Regulation of LDL and Lp(a) Levels. WO 05/058330, **2005**. US 2005/0143349, **2005**. A. J. Bridges.

37. MCP-1 Receptor antagonists and methods of use thereof. US 2005/0171163, **2005**. L. D. Bratton, A. J. Bridges, D. T. Connor, S. R. Miller, Y. Song, K.-L. Sun, B. K. Trivedi and P. C. Unangst.

38. 4-Bromo or 4-iodo phenylamino benzhydroxamic acid derivatives and their use as MEK inhibitors. US 2006/0052608, **2006**. S. D. Barrett, A. J. Bridges, A. M. Doherty, D. T. Dudley, A. R. Saltiel and H. Tecle.

39. Efficient process for preparing steroids and Vitamin D derivatives with the unnatural configuration at C20 (20α-methyl) from pregnenolone. WO 2008/089093. US 2008/0171728, **2008**. A. J. Bridges

40. Methods for the treatment of erectile dysfunction using fispemifene. WO 08/157335. US 2008/0312239, **2008**. R. L. Zerbe, A. J. Bridges, R. Lammintausta, R. Hanley, and S. Dombey.

41. Thyroid Hormone Receptor Agonists. WO 2009/089093, **2009**. A. J. Bridges, S. Dombey, R. Hanley, and V. H. Lin.

42. Methods for the treatment of erectile dysfunction using fispemifene. US 2010/0261729, **2010**. R. L. Zerbe, A. J. Bridges, R. Lammintausta, R. Hanley, and S. Dombey.

43. Synthesis of Cyclopentaquinazolines. WO 2012/011939, **2012**. US 2013/0211082, **2013**. J. A. Kerschen, A. J. Bridges, S. M. Dalziel, O. Dapremont, K. Kim, A. S. Thompson and J. R Zeller.

44. Methods for the treatment of erectile dysfunction using fispemifene. US 2013/0217696, **2013**. R. L. Zerbe, A. J. Bridges, R. Lammintausta, R. Hanley, and S. Dombey.

45. Efficient peptide couplings and their use in the synthesis and isolation of a Cyclopenta[g]quinazoline trisodium salt. WO 2012/087888, **2012**. US 2013/0345423, **2013**. J. A. Kerschen, A. J. Bridges, M. D. Choubal, S. M. Dalziel, T. E. Jacks, A. S. Thompson and J. R Zeller.

46. Glucosylceramide Synthase Inhibitors for the Treatment of Diseases. WO 2015/042397, **2015**. US 2016/0229830 **2016**. B. Wang, D. Chu and A. J. Bridges.

47. Macrocyclic Compounds for the Treatment of Proliferative Disease. WO 2015/050989, **2015**. US 2016/0214996. Y. Song and A. J. Bridges.

48. Selective Inhibitors of EGFR tyrosine kinase clinically important mutant. CN 104761544, **2015**. Y. Song and A. J. Bridges.

49. Substituted Aminopyrimidine working as inhibitor of EGFR epidermal growth factor receptor. CN 104761585, **2015**. Y. Song and A. J. Bridges.

50. Peptide Compositions and Methods of Use. WO 2016/178993, **2016**. US 2018/0291062 **2018**. C. G. Besirli, A. J. Bridges, J. K. Freshley, W. A. Hunke, L. L. Johnson, F. X. Smith, E. Sylvian and D. N Zacks.

51. Histone Deacetylase Inhibitors. WO 2017/004522, **2017**. S. Bhagwat, G. Luedke and A. Bridges.

52. Selective Inhibitors of Clinically Important Mutants of the EGFR Tyrosine Kinase. WO 2017/120429, **2017**. US 2019/0023689 **2019**. Y. Song and A. J. Bridges.

53. Histone Deacetylase Inhibitors. WO 2018/0370915, **2018**. US 2019/0382342, **2019**. S. Bhagwat, G. Luedke and A. Bridges.

54. Selective Inhibitors of Clinically Important Mutants of the EGFR Tyrosine Kinase. WO 2019/010295, **2019**. Y. Song and A. J. Bridges.

55. Compositions and Methods of FAS Inhibition. WO 2019/183426. US 2019/0201500. **2019**. D. Zacks, A.Kocab,. J.. Freshley, M. Gregory-Ksander, A. Krishnan, J. van de Goor and A. J. Bridges.

56. Glucosylceramide Synthase Inhibitors for the Treatment of Diseases. US 2019/0263775 **2019**. B. Wang, D. Chu and A. J. Bridges.

57. Methods for the treatment of erectile dysfunction using fispemifene. US 2020/0060991, **2020**. R. L. Zerbe, A. J. Bridges, R. Lammintausta, R. Hanley, and S. Dombey.

58. Peptide Compositions and Methods of Use. US 2020/0123201 **2020**. C. G. Besirli, A. J. Bridges, J. K. Freshley, W. A. Hunke, L. L. Johnson, F. X. Smith, E. Sylvian and D. N Zacks.

59. Selective Inhibitors of Clinically Important Mutants of the EGFR Tyrosine Kinase. US 2020/0131176 **2020**. Y. Song and A. J. Bridges.

60. Histone Deacetylase Inhibitors. US 2021/00009519, **2021**. S. Bhagwat, G. Luedke and A. Bridges.

61. Peptide Compositions and Methods of Use. US 2021/0094985, **2021.** US 2023/0287052, **2023**. C. G. Besirli, A. J. Bridges, J. K. Freshley, W. A. Hunke, L. L. Johnson, F. X. Smith, E. Sylvian and D. N Zacks.

62. Compositions and Methods of FAS Inhibition. US 2021/0260168. **2021**. D. Zacks, A.Kocab,. J.. Freshley, M. Gregory-Ksander, A. Krishnan, J. van de Goor and A. J. Bridges.

63. Inhibitors of EGFR, KRAS, BRAF and other targets and use of the same. WO 2021/178740. **2021**. US 2023/0097789. **2023**. M. K. Nyati, T. S. Lawrence, C. Whitehead, J. C. Rech, B. T. Watch and A. Bridges.

64. Inhibitors of EGFR, KRAS, BRAF and other targets and use of the same. WO 2021/178741. **2021**. US 2023/0098205. **2023**. M. K. Nyati, A. Bridges, J. C. Rech, and B. T. Watch.

65. Inhibitors of RLIP76. WO 2023/225558, **2023**. S. Awasthi, A, Bridges and J. Murphy.

66. Peptide Compositions and Methods of Use. WO 2024/031022. **2024**. A. J. Kocab, D. N. Zacks and A. J. Bridges.

67. Peptide Compositions and Methods of Use. WO 2024/031024. **2024**. A. J. Kocab, D. N. Zacks and A. J. Bridges.

# Dr. John Hertig

# John B. Hertig, PharmD, MS, CPPS, FASHP, FFIP

4600 Sunset Avenue, Indianapolis, IN 46208
+1 317-940-6249
jhertig@butler.edu

**PROFESSIONAL EXPERIENCE**

**Associate Professor,** 10.18-present
**Chair, Department of Pharmacy Practice,** 06.22-02.24
**Vice-Chair, Department of Pharmacy Practice,** 06.19-05.22
Butler University College of Pharmacy and Health Sciences
Indianapolis, IN

**Co-Founder and Chief Operating Officer**, 04.16-present
Penguin Innovations, Inc., Carmel, IN

**Associate Director,** 01.13-09.18
**Medication Safety Project Manager,** 09.11-12.12
Center for Medication Safety Advancement
Purdue University College of Pharmacy, Indianapolis, IN

**Lean and Six Sigma Yellow Belt Trainer,** 09.11-09.17
U.S. Department of Veterans Affairs Hospitals

**Director of Quality/Coordinator of Administrative Services,** 08.10-08.11
Department of Pharmacy
Duke University Hospital, Durham, NC

**EDUCATION/ TRAINING**

**Emerging Leaders Program**, completed 06.17
Harvard University, John F. Kennedy School of Government, Executive Education, Cambridge, MA

**Masters in Health-System Pharmacy Administration**, degree 06.10
The Ohio State University College of Pharmacy, Columbus, OH

**Certificate of Residency Training,** completed 07.08-06.10
PGY1/PGY2 Masters in Health-System Pharmacy Administration
The Ohio State University Medical Center, Columbus, OH

**Doctor of Pharmacy,** degree 05.08
Purdue University College of Pharmacy, West Lafayette, IN

**Bachelors of Science in Pharmaceutical Sciences**, degree 05.08
Minors: Political Science, Chemistry
Purdue University College of Pharmacy, West Lafayette, IN

**ACADEMIC APPOINTMENTS**

**Fellowship Director**, 10.11-present
Pharmacy Fellowship Programs (US Food and Drug Administration; Eli Lilly and Company; Regeneron)
Butler University, Indianapolis, IN

**Faculty Advisor** 05.20-present
Industry Pharmacists Organization (IPhO) – Student Chapter
Butler University, Indianapolis, IN

**Adjunct Assistant Clinical Professor** 11.18-present
Department of Pharmacy Practice
Purdue University College of Pharmacy

**Visiting Lecturer** 05.14-06.20
College of Pharmacy, Division of Pharmacy Practice and Administration
The Ohio State University, Columbus, OH

**Fellowship Director** 10.11-10.18
Regulatory Medication Safety Fellowship (US Food and Drug Administration; Eli Lilly and Company; AbbVie Inc.)

**Assistant Clinical Professor (courtesy)** 09.11-10.18
Department of Pharmacy Practice
Purdue University College of Pharmacy

**TEACHING/ PRECEPTING**

**BSHS/RX 499-SAFL: Healthcare Delivery in the United Kingdom (Faculty-led Study Abroad) Course Coordinator,** 05.22-present
Butler University College of Pharmacy, Indianapolis, IN

**BSHS/RX 499: Learning From Failure: How Aviation Disasters Improve Patient Safety Course Coordinator and Lecturer**, 08.21-present
Butler University College of Pharmacy, Indianapolis, IN

**RX 432: Entrepreneurship, Leadership, and Management Course Coordinator and Lecturer,** 10.18-present
Butler University College of Pharmacy, Indianapolis, IN

**PHRM 490: Introduction to the Pharmaceutical Industry Course Coordinator,** 01.14-12.18
Purdue University College of Pharmacy, West Lafayette, IN

**PHRM 869: Practice Management Course Coordinator and Lecturer,** 01.12-09.18
Purdue University College of Pharmacy, West Lafayette, IN

**PHPR 490: Medication Errors and Safety Practices**
**Course Co-Coordinator and Lecturer,** 01.12-04.13
Purdue University College of Pharmacy, West Lafayette, IN

**PHRM 870: Health Policy Applications**
**Lecturer,** 09.14-09.18
Purdue University College of Pharmacy, West Lafayette, IN

**PHRM 868: Patient Safety and Informatics**
**Lecturer,** 09.14-09.18
Purdue University College of Pharmacy, West Lafayette, IN

**Teaching Enrichment Program**, completed 06.10
The Ohio State University College of Pharmacy, Columbus, OH

**Pharmacy 786: Pharmacy Practice Management II**
**Lecturer,** 01.09-05.09
The Ohio State University College of Pharmacy, Columbus, OH

**Pharmacy 763: Introduction to the US Healthcare System**
**Lecturer,** 10.08
The Ohio State University College of Pharmacy, Columbus, OH

*Experiential Teaching*

**APPE and IPPE Preceptor,** 09.11-09.18
Center for Medication Safety Advancement
Purdue University College of Pharmacy, Indianapolis, IN

**PROFESSIONAL APPOINTMENTS**

**Associate Editor** 11.21-present
Journal of Medicine Access

**Member** 06.21-present
Drug Safety and Risk Management Advisory Committee
The United States Food and Drug Administration, Washington, DC

**Faculty** 10.15-present
Certified Professional in Patient Safety Review Course
Institute for Healthcare Improvement, Boston, MA

**Board Member** 10.15-present
Alliance for Safe Online Pharmacies - Global, Washington, DC

**Member** 07.14-present
Latiolais Leadership Program Executive Committee
The Ohio State University, Columbus, OH

**Editorial Advisory Board Member** 01.14-06.22
The Joint Commission Journal on Quality and Patient Safety

**Consultant** 11.15-12.19
Drug Safety and Risk Management Advisory Committee
The United States Food and Drug Administration, Washington, DC

**Technical Expert Panel Member** 01.15-09.18
Hospital Inpatient and Outpatient Process and Structural Measure Development and Maintenance (Hospital-MDM) project
Centers for Medicare and Medicaid Services

**Founder and Advisor** 01.14-06.16
New Practitioners Taskforce
Indiana Pharmacist Alliance, Indianapolis, IN

**Member** 09.13-06.16
Medication Reconciliation and Adherence Taskforce
Indianapolis Patient Safety Coalition, Indianapolis, IN

**Member** 06.13-06.16
Hospital Bioterrorism Preparedness Planning Committee
Indiana State Department of Health, Indianapolis, IN

**Member** 09.11-06.14
Indianapolis Medication Safety Committee
Indianapolis Patient Safety Coalition, Indianapolis, IN

**Administrator** 01.13-06.15
Indiana Medication Safety Alliance
Indianapolis, IN

**Secretary** 09.11-12.13
West Central Indiana Patient Safety Coalition
Lafayette, IN

**Member** 10.10-08.11
Institutional Review Board
Duke University Hospital, Durham, NC

**PLATFORM/INVITED PRESENTATIONS**

*International*

"Navigating the Perfect Storm: Keeping Patients Safe When Accessing Medicines Online." University of Sydney Guest Speaker Seminar. Sydney, Australia. September 2023.

"FIP activities linked to the falsification of medical products." CMED-PC Stakeholder Day. Brussels, Belgium (Virtual). May 2023.

"Navigating the Perfect Storm: Keeping Patients Safe When Accessing Medicines Online." University College London School of Pharmacy Seminar (Virtual). April 2023.

"Implications in pharmaceutical practice of nanomedicines." FIP-World Congress, Seville, Spain. September 2022.

"Strategies for improving medication safety in hospitals." HISFARSI Meeting. Manado, Indonesia (Virtual). October 2022.

"Pharmacy student knowledge of online pharmacy use and the impact of education." International Social Pharmacy Workshop. Basel, Switzerland. July 2022.

"IP protection and enforcement in the digital economy." Trademark Infringement and Social Media Symposium. Newcastle, UK. June 2022.

"High-Risk but No Harm: USA Strategies for Using Human Factors Science to Improve Patient Safety." 10th Pharmaceutical Care Conference – Ministry of Health, Muscat, Oman. December 2021.

"The Safety of Intravenous Drug Delivery Systems: Update on Issues Since the 2009 Consensus Development Conference." 10th Pharmaceutical Care Conference – Ministry of Health, Muscat, Oman. December 2021.

"Global solutions to confront substandard and falsified COVID-19 vaccines." Fight the Fakes Alliance Webinar. December 2021.

"COVID-19 Complications – What Should Pharmacists Know?" International Pharmaceutical Federation – Webinar. November 2021.

"Cost-benefit Analysis of Ready to Administer Formulations." International Medication Safety Network Meeting. London, United Kingdom. November 2021.

"Navigating the Perfect Storm: Keeping Consumers Safe When Accessing Medication Online." Schreiner Global Best Practices Webinar Series. October 2021.

"Online pharmacies and patient safety – in terms of self-care." International Pharmaceutical Federation – Webinar. April 2021.

"Incorporating Artificial Intelligence and Robotics in the Future of Pharmacy Practice." CCM Middle East – Webinar. April 2021.

"FIP: Supporting Safe Medication Delivery Internationally." International Medication Safety Network Meeting, Rabat, Morocco. October 2019.

"Tackling the Challenges of Nanomedicines: Are We Ready? FIP-World Congress, Abu Dhabi, UAE. September 2019.

"Supporting Safe Medication Delivery Internationally." ANVISA Remote Meeting, Brasilia, Brazil. August 2019.

"Eliminating Future Harm: Implementing Best Practices in Medication Safety." King Fahad Medical City International Conference, Riyadh, Saudi Arabia. April 2019.

"Medication Reconciliation: Optimizing Medication Use Across the Continuum of Care." King Fahad Medical City International Conference, Riyadh, Saudi Arabia. April 2019.

"Preventing the Perfect Storm: Keeping Consumers Safe When Buying Medication Online." G2 Risk Summit, London, United Kingdom. February 2019.

"Research: From marketing authorisation to patient use and beyond." FIP-World Congress, Glasgow, United Kingdom. September 2018.

"Contemporary Leadership Skills in Medication Safety Programs." Keynote presentation, Universidad de Valparaiso, Valparaiso, Chile. April 2018.

"Strategies to Use Data to Improve Health and Safety - Workshop." 9th Medication Safety Conference, Abu Dhabi, United Arab Emirates. November 2016.

"Integrating Simulation into Education: Using a Virtual Cleanroom to Improve Safety." 9th Medication Safety Conference, Abu Dhabi, United Arab Emirates. November 2016.

"Development of a risk score for major bleeding associated with novel oral anticoagulants." FIP-World Congress, Buenos Aires, Argentina. August 2016.

"Development and Assessment of a Medication Safety Measurement Program in a Long-Term Care Pharmacy." X Jornadas Farmacéuticas del Hospital Dr. Gustavo Fricke: Desafíos y Tendencias en Gestión Farmacéutica, Vina del Mar, Chile. August 2016.

"Medication Errors and Community Practice." X Jornadas Farmacéuticas del Hospital Dr. Gustavo Fricke: Desafíos y Tendencias en Gestión Farmacéutica, Vina del Mar, Chile. August 2016.

Seguridad en el uso de Medicamentos: La enfermedad que no vemos. "The Evolving Role of the Pharmacist in Healthcare Systems." Valparaiso, Chile. April 2016.

"Implementing Best Practices in Medication Safety." New Challenges in Pharmacy Meeting, Jeddah and Riyadh, Saudi Arabia. November 2014.

"Human Factors and Medication Error Prevention." New Challenges in Pharmacy Meeting, Jeddah and Riyadh, Saudi Arabia. November 2014.

*National*

"Controlled Substances Online Landscape: Panel Discussion." Online Controlled Substances Summit, United States Food and Drug Administration (Virtual). June 2023.

"Adding It All Up: Cost-effectiveness Considerations for Ready-to-Administer IV Push Products." ASHP-MCM, Las Vegas, NV. December 2022.

"Formulary Considerations: Nanomedicine Properties, Principles, and Progress." AMCP National Meeting, Chicago, IL. March 2022.

"Wasted Efforts: Engaging Key Stakeholders to Optimize Health System Drug Disposal and Prevent Diversion." ASHP-Virtual. December 2021.

"HIV Prevention and Treatment – The Threats of Illegal Online Drug Sellers to Public Health and Patient Safety." Alliance for Safe Online Pharmacies Foundation – Webinar. June 2021.

"The Future of Drug Importation – Enhancing Networks to Safeguard Our Drug Supply Chain." National Association of Boards of Pharmacy Annual Meeting – Virtual. May 2021.

"COVID-19 Vaccines: How to Protect the Most In-Demand Product in Recent History from Counterfeit or Other Criminal Activity." Michigan State University Center for Anti-Counterfeiting and Product Protection Brand New World Conference - Virtual. December 2020.

"Counterfeits Online: The Pharma Experience." Michigan State University Center for Anti-Counterfeiting and Product Protection Annual Conference, East Lansing, MI. July 2020.

"The Safety of Intravenous Drug Delivery Systems: Update on Issues Since the 2009 Consensus Development Conference." ASHP-MCM, Las Vegas, NV. December 2019.

"Best Practices in Drug Distribution Panel Discussion." World IP Day 2019: Bridging the Intersection of Intellectual Property and Regulations, Michigan State University, East Lansing, MI. April 2019.

"Advocacy – Workshop." ASHP-MCM, Anaheim, CA. December 2018.

"Consumer Behaviors Online Highlight Patient Safety Risks and Education Gaps." Alliance for Safe Online Pharmacies National Research Symposium, Washington, DC. November 2018.

"Exploiting the Gray Space of Ecommerce." G2 Web Services National Webinar. November 2018.

"State Affiliate Leaders Workshop: The Indiana Experience." ASHP-MCM, Las Vegas, NV. December 2016.

"Student Advocacy – Workshop." ASHP-MCM, Las Vegas, NV. December 2016.

"Medication on Demand - Online Drug Sellers: A Discussion of Legal and Patient Safety Issues." American Society of Pharmacy Law-Annual Meeting, Austin, TX. November 2016.

"Lean Principles and Medication Safety." Group Facilitator. ASHP-Medication Safety Collaborative, Baltimore, MD. June 2016.

"Data-Driven Care: Using Information to Improve Health." Pharmacy OneSource Webinar. January 2016.

"Assessing the Implementation of a Simulated Virtual Cleanroom in Chinese Hospitals." ASHP-MCM, New Orleans, LA. December 2015.

"Translating Data Into Action: Using Information to Optimize Patient Care." ASHP-Medication Safety Collaborative, Denver, CO. June 2015.

"Achieving and Maintaining Excellence in Sterile Compounding: Innovative Techniques to Ensure Competency." ASHP-MCM, Anaheim, CA. December 2014.

"Safety and Quality Pearls: How Locus of Control Impacts Perception of Safety Culture." ASHP-MCM, Anaheim, CA. December 2014.

"From Networking to Law-making: Leveraging Your Professional Organization to Impact Change." Latiolais Leadership Program Webinar. August 2014.

"Building and Leading an Inter-Professional Medication Safety Team." ASHP-Medication Safety Collaborative, Las Vegas, NV. June 2014.

"Linking Your Safety Activities to Performance and Outcomes." ASHP-Medication Safety Collaborative, Las Vegas, NV. June 2014.

"Comparing Apples to Apples: Developing Medication Safety Metrics and Improving Medication Error Reporting." ASHP-MCM, Orlando, FL. December 2013.

"Safety and Quality Pearls: Purdue Pharmacy Virtual Cleanroom." ASHP-MCM, Orlando, FL. December 2013.

"Medication Safety Essentials: Medication Reconciliation and Transitions of Care." Continuing education, online. November 2013.

"Considerations and Issues in Pharmaceutical Compounding and Manufacturing." Continuing education, online. October 2013.

"Looking Towards the Future: PPMI in Indiana." ASHP-Summer Meeting, Minneapolis, MN. June 2013.

"Medication Errors: Causes and Prevention." ASHP online continuing education. February 2013

"The Indiana Experience: Building a Medication Safety Community." Webinar: presented to AHA-HRET national meeting. February 2013.

"Safety, Quality, and the Pharmacy Practice Model Initiative: Aligning for Success." ASHP-Annual Meeting, Baltimore, MD. June 2012. (Co-presenters: Hansen K, Knoer S, Daniels R)

"We were promised flying cars! Moving the profession – and your practice – forward via PPMI." ASHP NPF Great eXpectations econference. May 2012.

"The Herd, the Pack, the Horde! Using the concepts of Leadership and Followership to separate yourself from the flock." ASHP-MCM, New Orleans, LA. December 2011. (Co-presenter: Kelley L)

"Advancing the pharmacy practice model: survey of new practitioner attitudes and opinions towards the future of health-system pharmacy." Presented at The ASHP Pharmacy Leadership Conference, Rosemont, IL. October 2010.

"Extra! Extra! Read All About It! Increasing Positive Publicity for Our Profession." Roundtable presentation at the ASHP-MCM, Las Vegas, NV. December 2009.

*Regional*

"The Big Picture: Cost-Effectiveness Considerations for Delivery of Intravenous Push Products." Florida Society of Health-System Pharmacists Annual Meeting, Orlando, FL. August 2022.

"Illegal Online Pharmacies and a Pandemic, Current Trends and Risk for Consumers." Wellness Council of Indiana, Indianapolis, IN. Regional Webinar Program. April 2020.

"Online Pharmacies: What You Need to Know to Keep Patients Safe." Midwest Medication Safety Symposium, Indianapolis, IN. September 2018.

"Counterfeit Prescription Medicines: Keeping Patients Safe Online and Offline." Providence Health and Services, Los Angeles, CA. Regional Webinar Program. June 2018.

"Sterile Compounding Competency: Innovations in Education and Training." Latiolais Leadership Symposium, The Ohio State University. October 2017.

"Integrating Medication Safety into Practice Advancement Efforts." Feurt Symposium, University of Tennessee. Memphis, TN. October 2015.

"ADEs: Utilizing Measurement as a Foundation for Change." Missouri Hospital Association Meeting. St. Louis, MO. May 2014.

"Building a Medication Safety Community to Reduce Harm: The Indiana Experience." Missouri Hospital Association Meeting. St. Louis, MO. May 2014.

"Looking Towards the Future: Advancing Pharmacy Practice through PPMI." The Ohio State University College of Pharmacy. Columbus, OH. April 2014.

"PPMI: Advancing Your Future Profession." University of Cincinnati College of Pharmacy. Cincinnati, OH. April 2014.

"Looking Toward the Future: Using PPMI to Advance Pharmacy Practice." Greater Cincinnati Society of Health-System Pharmacists. Cincinnati, OH. April 2014.

"ADEs: Utilizing Measurement as a Foundation for Change." Foundation for Health Communities Meeting, Concord, NH. March 2013.

"Advancing the pharmacy practice model: survey of new practitioner attitudes and opinions towards the future of health-system pharmacy." Presented at The Great Lakes Residency Conference, West Lafayette, IN. May 2010.

"Ketamine Infusion and Associated Adverse Drug Events." Presented at The Great Lakes Residency Conference, West Lafayette, IN. May 2009.

*Local*

"Leadership in 2020: Letting Go of Certainty." IPA Fall Meeting – Virtual. October 2020.

"Pharmacy Reimbursement Optimization Symposium – Moderator." Butler University, Indianapolis, IN. August 2019.

"2018 Indiana Pharmacists Legislative Advancement." IPA Fall Meeting, Indianapolis, IN. September 2018.

"2017 IPA Legislative Wins." IPA Fall Meeting, Indianapolis, IN. September 2017.

"Indiana Healthcare & Pharmacy Legislative Review." Indiana Pharmacist Alliance Legislative Day, Indianapolis, IN. February 2017.

"Medication Therapy Management and Associated New Law Update." Annual Indiana Rural Health Conference, French Lick, IN. June 2015.

"Advanced Roles for Pharmacy Technicians: PPMI Update and Pharmacy Technician Law Review." IPA Fall Meeting, Indianapolis, IN. September 2014.

"Preventing Adverse Drug Events: Tools and Updates." Indiana Hospital Association/CMSA Medication Safety Alliance Roadshow Meetings. Various locations, IN. August-September 2014.

"ADEs: Utilizing Measurement as a Foundation for Change." Indiana Hospital Association ADE Collaborative. Indianapolis, IN. July 2014.

"The Pharmacy Practice Model Initiative (PPMI) and Rural Health: Advancing Patient Care." Annual Indiana Rural Health Conference, Indianapolis, IN. June 2014.

"Indiana's New Law on Opioid Prescribing: What's the Impact?" Annual Indiana Rural Health Conference, Indianapolis, IN. June 2014.

"The Purdue Pharmacy Virtual Cleanroom: Education Simulation Without Equal." Mira Judging Panel. Indianapolis, IN. March 2014, February 2017. (Co-presenter: Abel SA)

"Pharmacy Practice Model Initiative (PPMI) Update." IPA Fall Meeting, Indianapolis, IN. September 2013.

"Being the Change You Want to See in Pharmacy." Purdue University Deans Executive Forum, West Lafayette, IN. April 2013.

"Pharmacy Practice Model Initiative: A Look to the Future." Indiana Pharmacist Alliance Annual Meeting, French Lick, IN. September 2012.

"How to Support Your Cast and Crew – Pharmacy Leadership." IPA Student Leadership Conference, Indianapolis, IN. July 2012. (Co-presenter: Hultgren KE)

"The Pharmacy Practice Model: Where Are We Going? How Will We Get There?" Indiana Rural Health Conference, Indianapolis, IN. June 2012.

"The Leader-Ship Philosophy." Presented for the Purdue Pharmacy Leadership Class, West Lafayette, IN. April 2011.

"I Don't Have Time for This! Quick Skills for Successful Time Management." Presented at the 2011 NCAP Acute Care Practice Forum Meeting, Winston-Salem, NC. March 2011.

"Ketamine Infusion and Associated Adverse Drug Events." Presented as Continuing Education at the Central Ohio Society of Health-System Pharmacists. May 2009.

**PUBLICATIONS**

*Peer-reviewed*

Patel V, Lovett M, Rybarczyk R, **Hertig JB**. Assessing Trustworthiness of Internet Pharmacies with an Internet Browser Extension. *Journal of Medicine Access.* (2023).

Lin ID, **Hertig JB**. Risk Control Drives Risk Assessment and Risk Review: A Cause and Effect Model of Pharmaceutical Drug Recall on Patient Safety. *Journal of Medicine Access*. (2023).

Patel V, Taylor K, Schlick J, **Hertig JB**. A Comparison of Instructions for Use Documents and Manufacturer Produced Administration Videos for Biological Products. *Ther Innov Regul Sci* (2023).

Patel V, Cieslak K, **Hertig JB**. Improving Safety by Evaluating the Impact of the Supply Chain and Drug Shortages on Health-Systems. *Hosp Pharm*. 58(2); 2022 Oct.

Alhabash S, Dong Y, Moureaud C, Muraro IS, **Hertig JB**. Effects of Fear and Humor Appeals in Public Service Announcements (PSAs) on Intentions to Purchase Medications via Social Media. *International Journal of Environmental Research and Public Health*. 2022; 19(19).

Arora P, Muehrcke M, **Hertig JB**. A cost-effectiveness study comparing ready-to-administer and traditional vial and syringe method for opioids. *Pain Ther* (2022).

**Hertig JB**, Kennedy T. Pharmacy Student Perceptions and Knowledge of Online Pharmacy Use. American Journal of Pharmaceutical Education. American Journal of Pharmaceutical Education (2022; Mar) 8933.

Pyzik O, **Hertig JB**, Kanso H, Chamba A, Khan S. The relationship between fake news and fake medicines: how misinformation has fueled the sale of COVID-19 substandard and falsified medical products. *Journal of EAHIL* 2021; 17 (4): 17-21.

**Hertig JB**, Jochem J, Long A. Pharmacists' Perceptions and Attitudes Toward Drug Importation into the State of Florida. *Journal of Pharmaceutical Policy and Practice*. (2021) 14:101.

Moureaud C, **Hertig JB**, Alhabash S. Purchase of prescription medicines via social media: A survey-based study of prevalence, risk perceptions, and motivations. *Health Policy*. (2021) 1421–1429.

Lin I, **Hertig JB**. Pharmacy Leadership Amid the Pandemic: Maintaining Patient Safety During Uncertain Times. *Hosp Pharm*. 2021 Aug.

Burnworth M, Donley K, **Hertig JB**, Lee J, Lee Y, Little J, Vest T. Pandemic and beyond: policy and advocacy matters, *Am J Health-Syst Pharm.* 2021 Jul; 78(14): 1268–1269.

**Hertig JB,** Shah V, Flühmann B, Mühlebach S, Stemer G, Surugue J, Moss R, Di Francesco T. Tackling the challenges of nanomedicines: are we ready? *Am J Health-Syst Pharm***.** 2021 Jun; 78(12): 1047–1056.

**Hertig JB**, James SM, Hummel CJ, Rubin M. Evaluation of pharmacists' awareness of illegal online pharmacies and the impact on pharmacy practice. *Medicine Access @ Point of Care.* 2021 Apr.

**Hertig JB**, Rubin M. Purchasing Medicines Online: What the Data Reveals on the Need for a Shift in Communication Due to the COVID-19 Pandemic. *The Brand Protection Professional Journal (BPP).* 2020 Dec.

**Hertig JB,** Maloney K. Reviewing patient harm and illegal online drug sellers: A contemporary examination. *Pharmacy Education* (2020) 20(3): 40–65.

**Hertig JB**, Jarrell K, Arora P, Nwabueze J, Moureaud C, Degnan D, Trujillo T. A Continuous Observation Workflow Time Study to Assess Intravenous Push Waste. *Hosp Pharm.* 2020 Jun.

Moureaud C, **Hertig JB**, Weber RJ. Guidelines for Leading a Safe Medication Error Reporting Culture. *Hosp Pharm.* 2020 Jun.

**Hertig JB**, Castek S. What Health Professionals Need To Know: Highlights from the OECD/EUIPO Report on Trade in Counterfeit Pharmaceutical Products. *The Brand Protection Professional Journal (BPP).* 2020 May.

Gabay, M, **Hertig JB**, Degnan D, Burger M, Yaniv A, Mclaughlin M, Moody M. Third consensus development conference on the safety of intravenous drug delivery systems-2018" *Am J Health-Syst Pharm*. 2020 Feb; 77(3): 215-220.

**Hertig JB**, Baney L, Weber RJ. Current Threats to Maintaining a Secure Pharmaceutical Supply Chain in an Online World. *Hosp Pharm*. 2019 Aug.

Dana KN, **Hertig JB**, Scott CR, Briscoe-Dwyer L. Instruction on compounded sterile preparations at schools of pharmacy. *Am J Health-Syst Pharm*. 2018 Jun; 75(12): 847-849.

Marwitz K, **Hertig JB**, Weber RJ. One Chance for Your Best First Impression: Tips for New Pharmacists. *Hosp Pharm*. 2018 Jun; 53(3) 148–151.

**Hertig JB**, Degnan DD, Scott CR, Lenz JR, Li X, Anderson CM. A Comparison of Error Rates Between IV Push Methods: A Prospective, Multisite Observational Study. *J Patient Saf.* 2018 Mar; 14:60–65.

Lenz JR, Degnan DD, **Hertig JB**, Stevenson, JG. Review of Best Practices for Intravenous Push Medication Administration. *J Infus Nurs*. 2017 Nov/Dec; 40(6):354-358.

Degnan DD, **Hertig JB**, Peters MJ, Stevenson, JG. Board of Pharmacy Practices Related to Medication Errors and Their Potential Impact on Patient Safety. *Journal of Pharmacy Practice*. 2017 Jun; 31(3), 312-321.

Dana KN, **Hertig JB**, Weber RJ. Drug Pricing Transparency: The New Retail Revolution. *Hosp Pharm*. 2017 Feb; 52(2):155–159.

Bai S, **Hertig JB**, Weber RJ. Nontraditional Career Opportunities for Pharmacists. *Hosp Pharm.* 2016 Dec; 51(11):944–949.

Brown KE, **Hertig JB**. Determining Current Insulin Pen Use Practices and Errors in the Inpatient Setting. *Jt Comm J Qual Patient Saf*. 2016 Dec; 42:568-582.

Stokes LB, Rogers JW, **Hertig JB**, Weber RJ. Big Data: Implications for Health System Pharmacy. *Hosp Pharm*. 2016 Jul: 51(7):599-603.

Brechtelsbauer ED, Pennell B, Durham M, **Hertig JB**, and Weber RJ. Review of the 2015 Drug Supply Chain Security Act. *Hosp Pharm.* 2016 Jun; 51(6): 493-500.

**Hertig JB**, Hultgren KE, Weber RJ. Using Contemporary Leadership Skills in Medication Safety Programs. *Hosp Pharm*. 2016 Apr;51(4):338-44.

**Hertig JB**, Hultgren KE, Parks S, Rondinelli R. Development and Assessment of a Medication Safety Measurement Program in a Long-Term Care Pharmacy. *Consult Pharm* 2016; 31:112-8.

**Hertig JB**, Brown K. Utilization of Insulin Pens in Long-Term Care. *Annals of Long-Term Care: Clinical Care and Aging*. 2016; 24(1):17-24.

**Hertig JB,** Weber RJ. Incorporating Pharmacy Scholarship to Management Responsibilities. *Hosp Pharm*. 2015; 50(8):739-43.

**Hertig JB,** Degnan DD. Safety Perspectives on Informatics: Editorial. *Am J Health-Syst Pharm* 2015: 72: 616.

Haumschild RJ, **Hertig JB**, Weber RJ. Managing Conflict: A Guide for the Pharmacy Manager. *Hosp Pharm*. 2015; 50(6):543–549.

Held AD, Woodall LJ, **Hertig JB**. Pharmacists' familiarity, utilization, and beliefs about Health Information Exchange: A survey of pharmacists in an Indiana pharmacy organization. *J Am Pharm Assoc*. 2014; 54:375-379.

Jeffries JA, Jeffries PR, **Hertig JB**, Hultgren KE. Embracing Pharmacy E-Learning: Models of Success. *Pharmacy*. 2013; 1(1):43-52.

Livin A, **Hertig JB**, Hultgren KE. A Uniform Standard for Measuring the Medication Safety Impact of Healthcare Information Technology Implementation. *Hosp Pharm.* 2013; 48(10): 801–802.

**Hertig JB,** Radman D, Sisodiya D, et al. Creating Innovative Leadership Roles to Improve Pharmacy Practice. *Am J Health-Syst Pharm*. 2013. 70: 306-309.

**Hertig JB**. New practitioners and the Pharmacy Practice Model Initiative: Our opportunity to define the future. *Am J Health-Syst Pharm*. 2011. 68:1074-1076.

**Hertig JB**, Jenkins M, Mark SM, Weber RJ. Developing Patient-Centered Services, Part 1: A Primer on Pharmacy Practice Models. *Hosp Pharm*. 2011;46(1):61–65.

**Hertig JB**, Kelley K, Jordan T, Tubbs C, Casper K, Nahata M. Advancing the pharmacy practice model: survey of new practitioner attitudes and opinions. *Hosp Pharm.* 2011; 46:180–9,195.

**Hertig JB**. Followership: Nontraditional leadership roles for New Practitioners. *Am J Health-Syst Pharm*. 2010. 67: 1412-13.

*Book Chapters*

**Hertig JB**, Degnan DD. Chapter 16: Patient and Medication Safety. *Health Care Systems, Pharmacy Administration, and Entrepreneurship: Contemporary Topics for Pharmacists (Editors: Bakken and **Hertig**)*. APhA Publications. In production; expected 2024).

Lin ID, Cieslak K, Patel V, Nicolas M, **Hertig JB**. Global Followership Models and Practices within the Health Care Settings. *Handbook of Global Leadership and Followership: Integrating the Best Leadership Theory and Practice:* Springer Nature; 2023.

Ro S, Degnan D, **Hertig JB**. Medication Errors in Healthcare. *Pharmacovigilance and Drug Safety in Clinical Practice, (Eds.), Textbook*: Springer. Submitted July 2022; Accepted.

**Hertig JB**, Degnan DD (2019). Medication Safety Basics (6th Ed.), *Competence Assessment Tools for Health-System Pharmacies, 5th Edition*. Bethesda, MD: American Society of Health System Pharmacists.

**Hertig JB**, Degnan DD (2019). Improving Medication Safety (6th Ed.), *Competence Assessment Tools for Health-System Pharmacies, 5th Edition*. Bethesda, MD: American Society of Health System Pharmacists.

Nguyen A, **Hertig JB,** Siegel J (2019). Mentors (4th Ed.), *Preceptor's Handbook for Pharmacists*. Bethesda, MD: American Society of Health System Pharmacists.

**Hertig JB** (2017). Think of Your Life-Career as Your Four-Chambered Heart. (1st Ed.), *Letters from Rising Pharmacy Stars* (pp. 41-46). Bethesda, MD: American Society of Health System Pharmacists.

Hultgren KE, **Hertig JB** (2017). Quality Improvement and Patient Safety. (6th Ed.), *Introduction to Health Care Delivery* (pp. 185-208). Burlington, MA: Jones and Bartlett Learning.

*Best Practice Guidance*

Airaksinen M, Aslani P, Eksteen M, Branklin BD, **Hertig JB**, Kusynová Z, Mair A, Walpola R. "Patient safety - Pharmacists' role in 'Medication without harm.' International Pharmaceutical Federation. The Hague, Netherlands. 2020. https://www.fip.org/file/4757

*Non-Peer Reviewed*

**Hertig JB**, Sebahar N. Evaluation of Pharmacists' Awareness of the Prevalence and Negative Consequences Associated with Illegal Internet Pharmacies. White Paper Published Online, 2017. Alliance for Safe Online Pharmacies: https//buysaferx.pharmacy/.

**Hertig JB**, Anderson CM, Scott CR, Marwitz K, Walters K, Wasynczuk J. Evaluation of Risk Perception Associated with Online Pharmacy Use. White Paper Published Online, 2017. Alliance for Safe Online Pharmacies Foundation: https://asopfoundation.pharmacy/.

**Hertig JB**, Anderson CM, Marwitz K, Harrell M. Evaluating Attitudes Towards Legalizing Canadian Online Pharmacies After Opioid Epidemic Messaging Statements. White Paper Published Online, 2017. Alliance for Safe Online Pharmacies Foundation: https://asopfoundation.pharmacy/.

Balbach J, **Hertig JB**. Survey of Dietary Supplement Practices and Interventions Used by Pharmacists. *Indiana Pharmacist*. Vol 95:1. 2014.

Otto L, **Hertig JB**. Barriers and incentives to successful immunization programs in Indiana. *Indiana Pharmacist*. Vol 94:1. 2013.

**SELECT MEDIA APPEARANCES**

**"How To Spot A Fake Online Pharmacy, According To The FDA"** 11.22
Health Digest, Fishers, IN

**"Tackling The Problem Of Fake Medicines"** 08.22
In Vivo Pharma Intelligence London, UK

**"Rogue Online Pharmacies Marketing COVID-19 'Cures' Amid Pandemic"** 07.20
WFYI Public Media, Indianapolis, IN

**"House Bill 1248: Pharmacy Matters"** 01.19
Testimony: Indiana House Public Health Committee, Indianapolis, IN

**"Legislative Year in Indiana Ends with Big Wins for Pharmacy"** 07.17
ASHP Newswire, Bethesda, MD.

**"Senate Bill 358: Medication Therapy Management"** 03.15
Testimony: Indiana House Public Health Committee, Indianapolis, IN

**"Senate Bill 233: Pharmacy Technicians"** 02.14
Testimony: Indiana Senate Health Committee, Indianapolis, IN

**"Do Generic Drugs Make the Cut."** 06.13
Huffington Post, online webcast

**"Generic Drug Safety."** 03.13
Fox News, Indianapolis, IN

**"Generic Drug Supreme Court Case."** 03.13
WLFI News, Lafayette, IN

**"Preview: Mutual Pharmaceutical v. Bartlett."** 03.13
Marketplace Report, Washington, DC

**"NECC Meningitis Outbreak."** 10.12
ABC News, Indianapolis, IN

**"Update on Meningitis Outbreak."** 10.12
NPR: Morning Edition, Washington, DC

**"Dangers of Drug Compounding."** 10.12
Sunday Morning Newsmakers, Los Angeles, CA

**"Look beyond drug makers to avoid tragedies like meningitis outbreak, Purdue expert says."** 10.12
Purdue University Newswire, West Lafayette, IN

**POSTER PRESENTATIONS/ ABSTRACTS**

*International*

**Hertig JB**. "Pharmacy Student Perceptions and Knowledge of Online Pharmacy Use." Poster: presented at FIP Annual Meeting, Brisbane, Australia. September 2023.

Alhabash S, Dong Y, Moureaud C, Hybels C, Muraro I, Nicolas M, Githua W, **Hertig JB**. "Effects of Fear and Humor Appeals in Public Service Announcements (PSAs) on Intentions to Purchase Prescription Medications via Social Media," 71st Annual International Communication Association Conference – Virtual. May 2021.

**Hertig JB**, Dana K, Scott C, Briscoe-Dwyer L. "Sterile compounding education review in pharmacy colleges and schools in the united states." Poster: presented at FIP Annual Meeting, Seoul, South Korea. September 2017.

**Hertig JB**, Truong T. "An Educational Needs Assessment for Improving Medication Safety." Poster: presented at FIP Annual Meeting, Dusseldorf, Germany. October 2015.

**Hertig JB**, Plake K, Hultgren KE. "Measuring Safety: Dashboard Design for Simulation." Poster: presented at FIP Annual Meeting, Bangkok, Thailand. September 2014.

Miller M, Karwa R, Shellhase E, Pastakia S, **Hertig JB**, Manji E. "The Development of a Global Health Residency in Kenya." Poster: presented at FIP Annual Meeting, Amsterdam, The Netherlands. October 2012.

Siegel J, Forrey RA, **Hertig JB**. "Developing a Decision Rubric for Pharmacy Practice Model Planning." Poster: presented at FIP International Meeting, Lisbon, Portugal. October 2010.

*National*

**Hertig JB**, Maddaluno L, Doornekamp F, Lopes S, Anand S, Barton A, B Flühmann "The Power Of Particles: A New Online Portal To Showcase The Benefits Of Nanomedicines." DIA Meeting, Chicago, IL. June 2022.

Patel V, Taylor K, Schlick J, **Hertig JB**. "A Comparison of Instructions for Use (IFU) and Manufacturer Produced Administration Video Consistency for Biologic Products." DIA Meeting, Chicago, IL. June 2022.

**Hertig JB**, Whitehead M. "Proposing an Educational Framework for Healthcare Professionals on Substandard/Falsified Medications and Illegal Online Pharmacies." AACP Annual Meeting - Virtual Pharmacy Education. Jul 2021.

Dana KN, **Hertig JB**, Scott CR. "Sterile Compounding Review in US-Based Colleges and Schools of Pharmacy." Poster: presented at ASHP-MCM, Las Vegas, NV. December 2016.

Gill E; **Hertig JB**; Fippen P, et al. "Assessing alignment of patient prescription benefits and hospital formularies: a state-wide survey of pharmacy administrators." Poster: presented at UHC, New Orleans, LA. December 2015.

Degnan DD, Booze RL, **Hertig JB.** "Review of the Agency for Healthcare Research and Quality (AHRQ) patient safety culture survey results of pharmacists as compared to other health professionals working in hospitals." Poster: presented at NPSF, Orlando, FL. May 2014.

Balbach J, **Hertig JB**. "Survey of Dietary Supplement Practices and Interventions Used by Pharmacists." Poster: presented at ASHP-MCM, Orlando, FL. December 2013.

Huang L, **Hertig JB**. "Pharmacists' Locus of Control and Perception of Patient Safety Culture." Poster: presented at ASHP-MCM, Orlando, FL. December 2013.

**Hertig JB**, Abel SA, Campion M. "Developing the Purdue Pharmacy Virtual Cleanroom." Poster: presented at ASHP-MCM, Orlando, FL. December 2013.

Held A, Woodall L, **Hertig JB.** "Pharmacists' perceptions and utilization of Health Information Exchange technology: a survey of Indiana pharmacists." Poster: presented at ASHP-MCM, Orlando, FL. December 2013.

Jeffries J, **Hertig JB**, Hultgren KE. "The Impact of Consumer Health Literacy on the Potential for Unintentional Overdose with Acetaminophen: Patient's Perspectives." Poster: presented at ASHP-Summer Meeting, Minneapolis, MN. June 2013.

Otto L, **Hertig JB**. "Pharmacists and Public Health: Barriers and incentives to successful immunization programs in Indiana." Poster: presented at ASHP-MCM, Las Vegas, NV. December 2012.

Jeffries J, **Hertig JB**, Hultgren KE. "The Impact of Consumer Health Literacy on the Potential for Unintentional Overdose with Acetaminophen: Patient's Perspectives." Poster: presented at ASHP-MCM, Las Vegas, NV. December 2012.

Livin A, **Hertig JB**, Hultgren KE. "A Uniform Standard for Measuring the Medication Safety Impact of Healthcare Information Technology Implementation." Poster: presented at ASHP-MCM, Las Vegas, NV. December 2012.

Mirtallo J, **Hertig JB**. "Parenteral Nutrition (PN) Education using a Competency Checklist." Poster: presented at Clinical Nutrition Week 2010 in Las Vegas, NV, February 2010.

**Hertig JB**, Kelley K, Jordan T, et al. Masters Project: "Advancing the pharmacy practice model: survey of new practitioner attitudes and opinions towards the future of health-system pharmacy." Poster: presented at ASHP-MCM, Las Vegas, NV. December 2009.

**Hertig JB**, Kelley K, Jordan T, Tubbs C, Casper K, Nahata M. Masters Project: "Advancing the pharmacy practice model: survey of new practitioner attitudes and opinions towards the future of health-system pharmacy." Poster: presented at UHC Annual Meeting, Las Vegas, NV. December 2009.

**Hertig JB**, Jordan T, Hafford A, et al. "Evaluation of Pharmacy Services in an Ambulatory Surgery Unit (ASU): Opportunity for Service Enhancement." Poster: presented at ASHP-MCM, Orlando, FL. December 2008.

**AFFILIATIONS/ SERVICE**

**International Pharmaceutical Federation** 08.13-present

- Treasurer, Hospital Section 09.22-present
- Member, Board of Pharmaceutical Practice (BPP) 09.22-present
- Member, Working Group on Patient Safety (collaboration with World Health Organization) 06.18 - present
- Vice President of the Americas, Hospital Section 09.18-08.22
- Webinar Program Organizer, Hospital Section 07.16 – 02.19

**American Society of Health-System Pharmacists** 08.04-present
- Section Editor, Pharmacy Competency Assessment 07.21-06.23
- State Delegate/Alternate, House of Delegates 05.14-06.23
- Lead Coach, Medication Safety Scholars Program 07.21-06.22
- PAC-Advisory Committee 03.15-06.21
- Director, Section of Inpatient Care Practitioners 06.15-06.17
- Chair, Council on Public Policy 05.14-05.15
- Medication Safety Section Advisory Group 06.13-06.16
- Pharmacy Practice Advancement Advisory Group 06.13-06.16
- Vice-Chair, Council on Public Policy 06.12-05.14
- Council on Public Policy 06.12-05.13
- Practice Model Coordination Committee 05.11-06.12
- Commission on Affiliate Relations 06.11-05.12
- Section of Pharmacy Practice Managers Leadership and Career Development Advisory Group 09.11-05.13
- Chair, New Practitioner Forum Executive Committee 06.10-05.11
- New Practitioner Forum Executive Committee 06.09-05.10
- Executive Committee Liaison to the Policy and Advocacy New Practitioners Forum Advisory Group 06.09-05.10
- New Practitioner Forum Advisory Group 06.08-05.09
- Student Forum Executive Committee 06.07-05.08
- Council on Pharmacy Practice 06.06-05.07

**Indiana Pharmacists Alliance** 09.11-present
- Legislative and Regulatory Taskforce 09.15-10.19
- Chair, Legislative and Regulatory Taskforce 01.17-08.18
- Immediate Past President, Indiana Society of Health-System Pharmacists 12.14-12.15
- President, Indiana Society of Health-System Pharmacists 12.13-12.14
- President-Elect, Indiana Society of Health-System Pharmacists 12.12-12.13
- Chair, Indiana Pharmacy Practice Model Task Force 07.12-12.13
- IPA Membership Task Force 09.11-08.12

**University Health-System Consortium** 08.09-08.11
- Project Chair, Best metrics to measure pharmacy 01.11-08.11
- Performance Improvement and Compliance Committee 08.09-08.11
- Pharmacy Practice Model Committee 08.09-08.11

**North Carolina Association of Pharmacists** 08.10-08.11
- Acute Care Liaison, New Practitioners Network Executive Committee 09.10-08.11

**Ohio Society of Health-System Pharmacists** 07.08-06.10
- Legal Affairs Division 07.09-06.10
- Organizational Affairs Division 07.08-06.09

**Central Ohio Society of Health-System Pharmacists** 07.08-06.10
- Resident Member of the Board of Directors 07.09-06.10

**HONORS/AWARDS**

**Fellow of the International Pharmaceutical Federation (FFIP)** 09.22

**Pharmacist Mentor of the Year, Indiana Pharmacist Alliance** 03.22

**Fellow of the American Society of Health-System Pharmacists (FASHP)** 06.19

**Holcomb Awards Committee International Travel Grant** 01.19

**ASOP – Global Patient Safety Champion Award** 11.18

**Medication Safety Pharmacist of the Year, Indiana Pharmacist Alliance** 09.17

**TechPoint Mira Awards Finalist: Education Tech Award** 05.14, 05.15, 05.17

**Henry Cade Memorial Award** (accepted on behalf of the Alliance for Safe Online Pharmacies – Global, Board of Directors), **National Association of Boards of Pharmacy**. 05.16

**Feurt Symposium Honored Lecturer, University of Tennessee College of Pharmacy.** 10.15

**"Excellence in Innovation" Award, National Alliance of State Pharmacy Associations and Upsher-Smith Laboratories.** 09.15

**Glen J. Sperandio Health-System Pharmacist of the Year, Indiana Pharmacist Alliance**. 09.14

**State Affiliate President's Award, American Society of Health-System Pharmacists.** 09.14

**Purdue University College of Pharmacy Innovation in Teaching and Learning Award.** 05.14

**Purdue University College of Pharmacy Dean's Executive Forum Lecture** 04.13

**American Society of Health-System Pharmacists Distinguished Service Award, New Practitioners Forum** 12.12

**"Message to Garcia" OSUMC Resident Leadership Award** 06.10

**Timothy D. Moore Award for Exceptional Residency Project, awarded by The Ohio State University College of Pharmacy** 06.10

**Mylan Excellence in Pharmacy Award** 05.08

**Purdue Mortar Board Member** 08.06-05.07

**COMMUNITY SERVICE**

**Referee** 01.11-present
Westfield Youth Soccer Association
Westfield, IN

**Vice President** 11.11-11.16
Board of Trustees, Alpha Tau Omega, Gamma Omicron Chapter
West Lafayette, IN

**LICENSURE/ CERTIFICATIONS/ CREDENTIALS**

**Certified Professional in Patient Safety (CPPS**) 10.13-present

**Indiana Pharmacist License** 11.11-present

**Six Sigma Green Belt** 04.11

**Ohio Pharmacist License** 07.08-present

Updated 2024

# EXHIBIT 7

**EXHIBIT 7**

**DEFENDANT'S WITNESS LIST**

Pursuant to Local Rule 16.3(c)(7), Defendant Alembic Pharmaceuticals Limited ("Alembic") hereby submits its witness list, other than witnesses for rebuttal or impeachment purposes. Below, Alembic has listed in good faith the witnesses that it will call, or may call to testify at the trial in this action.

Alembic reserves the right to amend and update this list, to submit as appropriate, additions and/or deletions or revisions to this list as the pretrial and trial process evolves, including meeting and conferring with Plaintiffs on outstanding trial management issues, receiving the Court's rulings on matters such as the parties' respective evidentiary issues, to remove witnesses that prove unnecessary, and to rebut unanticipated evidence presented at trial by Plaintiffs. Alembic reserves the right to call any witness on Plaintiff's witness list and any witness called by Plaintiff. To the extent any witness is unavailable at the time of trial, or Plaintiff does not call those witnesses on its witness list, Alembic reserves the right to use such witness's deposition testimony. No representation is made that the witness shall be called, in what order that witness shall be called, or is available to appear by virtue of being included on this witness list.

**A. Expert Witnesses**

| Name | Live/Deposition |
|---|---|
| David Rotella, Ph.D. | Live |
| Neel Shah, M.D., FACP | Live |
| John Fruehauf, M.D., Ph.D. | Live |

If Plaintiff calls its witness live, Alembic will take live testimony from the witness. If

Plaintiff presents deposition testimony in lieu of calling its witness live, or fails to call its witness during trial, Alembic reserves the right to present deposition testimony for that witness.

# EXHIBIT 8

**EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1277 (GBW) |
| | ) | |
| ALEMBIC PHARMACEUTICALS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

**EXHIBIT 8**

**Objection Key**

FRE 402 = Relevance
FRE 403 = Prejudice outweighs probative value
IQ = Incomplete / no question asked / no answer given
SP = Calls for speculation
AA = Asked and Answered
OS = Outside the scope of 30(b)(6) topics

**Rahul Dabre, PhD. (July 12, 2024)**

| Array's Designations | Alembic's Objections | Alembic Counter-Designations | Array's Objections to Alembic's Counter-designations |
|---|---|---|---|
| 8:18–9:1 | | 10:21-25 | |
| 9:11–25 | | 11:19-20 | |
| 10:-8–20 | | 17:19-20 | |
| 11:17-18 | FRE 402; FRE 403; IQ | 25:10-13 | |
| 11:21–12:15 | IQ (11:21-23) | 26:7-12 | |
| 13:12–21 | | 27:10-11 | |
| 14:14–18 | IQ | 28:5-7 | |
| 15:7–15 | | 31:1-2 | |
| 15:17–20 | | 31:11-14 | |
| 16:6–17:18 | IQ (16:6-7)<br>IQ (17:16-18)<br>FRE 402; FRE 403 (17:16-21) | 41:18-21 | |
| 17:21 | IQ; FRE 402; FRE 403 | | |
| 17:22–18:2 | | | |
| 18:4–6 | | | |
| 20:12–22 | FRE 402; FRE 403 | | |
| 21:7–8 | IQ | | |
| 21:11–18 | | | |
| 22:4–23:7 | | | |
| 23:10–25:9 | IQ (25:7-9) | | |
| 25:14–25 | IQ | | |
| 26:4-6 | OS; IQ; FRE 402; FRE 403 | | |
| 26:13–14 | OS; IQ; FRE 402; FRE 403 | | |
| 26:20–27:9 | IQ (27:3-9) | | |

**EXHIBIT 8**

| Array's Designations | Alembic's Objections | Alembic Counter-Designations | Array's Objections to Alembic's Counter-designations |
|---|---|---|---|
| 27:12–28:4 | OS; FRE 402; FRE 403 (27:3-15)<br>IQ (27:12-15)<br>IQ (28:3-4) | | |
| 28:7–29:2 | SP; FRE 402; FRE 403 (28:3-10)<br>IQ (28:7-10) | | |
| 29:14–17 | IQ | | |
| 30:17–25 | AA (30:23-31:4)<br>IQ (10:23-25) | | |
| 31:3–10 | AA (30:23-31:4)<br>IQ (31:3-4) | | |
| 31:15–24 | OS; FRE 402; FRE 403 | | |
| 31:25–32:7 | | | |
| 38:19–39:6 | | | |
| 40:10–19 | | | |
| 41:15–17 | SP; IQ; OS; FRE 402; FRE 403 | | |
| 41:22–23 | SP; IQ; OS; FRE 402; FRE 403 | | |
| 42:23–43:7 | FRE 402; FRE 403 | | |
| 44:3–5 | FRE 402; FRE 403 | | |

# EXHIBIT 9

**EXHIBIT 9**

**ALEMBIC'S DEPOSITION DESIGNATIONS**

**Objection Key**

FRE 402 = Relevance
FRE 403 = Prejudice outweighs probative value
FRE 602 = Lacks Personal Knowledge
IQ = Incomplete / no question asked / no answer given

LC = Calls for Legal Conclusion
DS = Document speaks for itself
SP = Calls for speculation
AA = Asked and Answered
OS = Outside the scope of 30(b)(6) topic

Alessandra Di Pietro, MD (July 1, 2024)

Array objects to all designations of Dr. Alessandra Di Pietro's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designation |
|---|---|---|---|
| 6:18-7:7 | | | |
| 11:10-22:3 | | | |
| 29:19-25 | | | |
| 30:4-16 | | | |
| 30:19-20 | | | |
| 31:15-16 | | | |
| 31:19-32:3 | | | |
| 33:2-4 | IQ | | 32:21-33:4 |
| 33:8-12 | | | |
| 33:16 | | | |
| 34:4-5 | | | |
| 34:9-17 | | | |
| 35:7-8 | | | |
| 35:12-36:3 | | | |
| 36:13-17 | | | |
| 38:8-10 | | 38:2-7 | |
| 38:14-23 | | | |
| 39:11-12 | | | |
| 39:15-25 | | | |
| 40:5-8 | | | |
| 40:11-41:4 | | | |
| 41:22-23 | | | |
| 42:3-8 | | | |
| 42:11-14 | | | |
| 42:17-43:3 | | | |
| 43:6-8 | | | |
| 43:11-14 | | | |
| 43:17-23 | | | |
| 44:3-6 | | | |
| 44:9-10 | OS | | |
| 45:19-22 | OS | | |
| 46:3-18 | OS | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designation |
|---|---|---|---|
| 46:21-47:4 | | | |
| 46:8-47:17 | IQ (incorrect cite?) | | 46:3-47:17 |
| 47:21-48:2 | IQ; OS | | |
| 48:6-49:3 | OS | | |
| 55:13-18 | OS | | |
| 55:22-57:5 | | | |
| 57:8-18 | | | |
| 64:11-21 | OS | | |
| 64:25-66:9 | OS | | |
| 66:13-67:15 | OS | | |
| 69:9-69:15 | | | |
| 69:25-70:7 | | | |
| 70:10-71:10 | | | |
| 71:13-72:3 | | | |
| 72:6-11 | | | |
| 72:14 | | | |
| 74:15-75:2 | | | |
| 75:5-7 | | | |
| 80:23-81:16 | OS | | |
| 81:22-82:4 | OS | | |
| 82:7-10 | | | |
| 82:13-25 | | | |
| 83:4-13 | | | |
| 83:14-16 | | | |
| 83:19-84:5 | | | |
| 84:8-15 | | | |
| 84:16-85:2 | | | |
| 85:19-22 | OS | 85:3-18 | |
| 86:3-12 | OS | 85:3-18; 86:13-23 | IQ |
| 94:22-25 | | | |
| 95:2-4 | | | |
| 95:7-13 | | | |
| 106:15-19 | OS | | |
| 106:23-107:12 | IQ; OS | | 106:23-107:18 |
| 115:16-116:9 | | | |
| 116:20-117:16 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designation |
|---|---|---|---|
| 117:17-18 | | | |
| 117:21-118:19 | | | |
| 119:5-12 | | | |
| 119:13-20 | OS | | |
| 119:23-120:6 | OS | | |
| 121:7-21 | | | |
| 121:22-23 | | | |
| 122:3-21 | | | |
| 124:16-17 | OS | | |
| 124:20-25 | OS | | |
| 128:11-22 | OS | | |
| 128:25-129:20 | OS | | |
| 129:23-130:5 | OS | | |
| 130:9-11 | OS | | |
| 132:18-19 | OS | | |
| 133:3-6 | OS | | |
| 133:9-20 | OS | | |
| 133:23-134:6 | OS | | |
| 134:9-10 | | | |
| 139:13-17 | | | |
| 139-18-140:4 | | | |
| 141:6-142:18 | OS | | |
| 142:22-143:5 | OS | | |
| 143:9-144:9 | | | |
| 144:12-145:19 | | | |
| 145:22-146:4 | | | |
| 146:7-147:8 | | | |
| 147:12-13 | | | |
| 147:16-148:13 | | | |
| 148:17-149:5 | | | |
| 149:9-19 | | | |
| 150:24-151:5 | | | |
| 151:8-11 | | | |
| 152:11-153:9 | | | |
| 165:15-166:7 | OS | | |
| 166:12-167:9 | OS | | |
| 172:16-173:8 | | | |

Alessandra Di Pietro, MD (July 2, 2024)

Array objects to all designations of Dr. Alessandra Di Pietro's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/Counter-Counter Designations** |
|---|---|---|---|
| 183:23-184:6 | OS | | |
| 184:11-185:3 | OS | | |
| 185:11-12 | OS | | |
| 185:16-186:6 | OS | | |
| 187:14-188:15 | OS | | |
| 188:19-189:18 | OS | | |
| 190:22-25 | OS | | |
| 191:5-13 | | | |
| 193:14-194:6 | | | |
| 194:9-21 | | | |
| 194:24-195:19 | | | |
| 195:22-25 | | | |
| 196:6-20 | | | |
| 196:23-197:19 | | | |
| 197:22-25 | | | |

Allison Marlow, Ph.D. (July 11, 2024)

Array objects to all designations of Dr. Allison Marlow's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 6:1-9:10 | | | |
| 9:13-20 | | | |
| 10:5-7 | | | |
| 10:9-11 | | | |
| 12:12-13 | | | |
| 12:15-22 | | | |
| 12:25-13:3 | | | |
| 13:5-16 | | | |
| 13:17-20 | | | |
| 15:1-2 | | | |
| 15:4-15 | | | |
| 15:17-16:23 | | | |
| 16:24-17:13 | | | |
| 19:5-25 | | | |
| 20:1-20 | | | |
| 20:22-22:20 | | | |
| 32:15-36:18 | OS; FRE 602 | | |
| 36:21-23 | OS; FRE 602 | | |
| 39:5-19 | | | |
| 40:1-42:8 | | | |
| 45:3-5 | OS | | |
| 45:7-25 | OS | | |
| 49:2-4 | OS | | |
| 49:6-13 | OS | | |
| 49:15-21 | OS | | |
| 50:16-25 | OS | | |
| 51:2—5 | OS | | |
| 51:6-8 | OS | | |
| 51:10 | OS | | |
| 51:11-12 | OS | | |
| 51:14-16 | OS | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 52:8-11 | OS | | |
| 52:13 | OS | | |
| 52:14 | OS | | |
| 52:16-20 | OS | | |
| 52:22-24 | IQ; OS | 52:25-53:1 | |
| 53:19-24 | | | |
| 53:25-54:1 | OS | | |
| 54:4-6 | OS | | |
| 54:8-9 | OS | | |
| 54:11 | OS | | |
| 55:20-56:3 | OS | | |
| 56:5 | OS | | |
| 56:6-8 | OS | | |
| 56:18-57:4 | OS | | |
| 57:6-16 | OS | | |
| 57:19-58:7 | | | |
| 60:22-61:18 | IQ; OS; LC | | |
| 62:18-63:5 | OS; LC | | |
| 63:10-12 | OS; LC | | |
| 63:15 | OS; LC | | |
| 68:13-24 | | | |
| 69:12-14 | OS | | |
| 69:16-22 | | | |
| 82:9-10 | OS | | |
| 82:12-14 | OS | | |
| 82:16-17 | OS | | |
| 83:4-6 | OS | | |
| 83:8-10 | OS | | |
| 83:15-18 | OS | | |
| 83:20-84:6 | OS | | |
| 84:8-13 | OS | | |
| 84:15-21 | OS | | |
| 84:23-85:2 | OS | | |
| 85:4-5 | OS | | |
| 86:4-10 | IQ; OS | | 86:4-12; 86:14-18 |
| 86:21-22 | OS | | 86:20-22 |
| 86:24-87:3 | OS | | |

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 87:5-6 | OS | | |
| 87:8-10 | OS | | |
| 87:12-16 | OS | | |
| 88:14-15 | OS | | |
| 88:17-89:6 | OS | | |
| 89:9 | OS | | |
| 90:1-8 | OS | | |
| 90:10 | OS | | |
| 92:10-16 | OS; LC | | |
| 92:18-23 | OS; LC | | |
| 92:25-93:5 | OS; LC | | |
| 93:7-13 | OS; LC | | |
| 93:15-94:11 | OS; LC | | |
| 94:13-17 | OS; LC | | |
| 94:20-95:10 | OS; LC | | |
| 95:13-19 | OS; LC | | |
| 96:16-18 | OS | | |
| 96:20-97:1 | OS | | |
| 97:3-11 | OS | | |
| 98:14-16 | OS | | |
| 98:18-99:1 | OS | | |
| 99:23-100:1 | OS | | |
| 100:4-6 | OS | | |

Edward Gramling (July 10, 2024)

Array objects to all designations of Edward Gramling's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 31:13-35:24 | OS; (includes colloquy) | | |
| 37:14-38:7 | OS | | |
| 38:12-39:12 | OS | | |
| 39:15-16 | OS | | |
| 40:17-18 | | | |
| 40:21-41:14 | | | |
| 42:3-12 | | | |
| 42:16-43:2 | | | |
| 43:14-20 | | | |
| 43:23-44:5 | | | |
| 44:8-45:6 | | | |
| 45:9-45:22 | OS | | |
| 46:22-47:17 | OS | | |
| 48:11-18 | OS | | |
| 48:21-49:4 | OS | | |
| 49:17-18 | | | |
| 49:21-50:1 | | | |
| 50:3-4 | | | |
| 50:7-17 | | | |
| 50:20-51:10 | | | |
| 51:13-52:9 | | | |
| 52:12-53:4 | | | |
| 53:20-54:5 | | | |
| 56:2-5 | | | |
| 56:8-13 | | | |
| 57:20-58:4 | | | |
| 61:18-63:21 | | | |
| 64:5-21 | | | |
| 64:24-65:2 | | | |
| 65:7-19 | | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 65:22-66:12 | | | |
| 66:15-22 | DS; LC | | |
| 67:2-6 | DS; LC | | |
| 67:9-12 | | | |
| 71:19-23 | DS | | |
| 72:2-5 | DS | | |
| 78:18-79:4 | | | |
| 79:9-15 | | | |
| 79:18-19 | | | |
| 83:8-17 | | | |
| 83:21-22 | | | |
| 83:24-84:1 | | | |
| 84:4-20 | DS | | |
| 84:23-24 | DS | | |
| 88:1-20 | LC | | |
| 88:23-89:14 | | | |
| 89:17-90:21 | | | |
| 90:24-91:5 | LC; DS | | |
| 91:8-91:13 | LC; DS | | |
| 91:16-20 | LC; SP | | |
| 94:23-95:2 | DS | | |
| 95:5-9 | DS | | |
| 95:12-18 | | | |
| 95:21-96:2 | | | |
| 96:5-19 | OS | | |
| 96:22-97:3 | OS | | |
| 97:6-10 | | | |
| 98:22-99:17 | DS | | |
| 99:20-22 | DS | | |
| 103:8-15 | DS | | |
| 103:18-104:8 | DS | | |
| 104:11-18 | | | |
| 104:21-22 | | | |
| 105:23-24 | SP | | |
| 106:3-7 | SP; LC | | |
| 106:10-12 | SP; LC | | |
| 107-1-13 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 107:16-20 | SP; IQ | | |
| 107:23-108:3 | SP | | |
| 108:6-8 | SP | | |
| 109:15-16 | OS | | |
| 109:19-23 | OS | | |
| 110:12-111:1 | DS; LC | | |
| 111:4-8 | | | |
| 111:11-112:6 | DS; LC | | |
| 112:9-21 | DS; LC | | |
| 112:24-113:1 | DS; LC | | |
| 115:11-13 | DS; LC | | |
| 115:17-116:2 | DS; LC | | |
| 116:5-6 | DS; LC | | |
| 117:19-118:7 | DS | | |
| 118:10-15 | DS | | |
| 118:18-21 | DS | | |
| 119:7-14 | OS; DS | | |
| 119:17-21 | DS | | |
| 119:24-120:4 | DS | | |
| 120:7-16 | DS | | |
| 120:19-121:10 | DS | | |
| 121:13-18 | DS | | |
| 121:21-122:23 | DS | | |
| 123:2-13 | DS | | |
| 124:3-5 | LC; SP; OS | | |
| 124:8 | | | |
| 124:23-125:2 | SP; DS | | |
| 125:5-9 | SP; DS | | |
| 125:12 | | | |
| 140:8-10 | DS | | |
| 140:13-15 | DS | | |
| 148:3-17 | LC; DS | | |
| 148:20-21 | LC; DS | | |
| 166:5-19 | IQ (Incorrect cite?)<br><br>DS | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 166:13-16 | DS | | |
| 166:19-169:12 | IQ (Incorrect cite?) | | |
| 169:15-170:8 | | | |
| 170:13-15 | | | |
| 170:19-171:4 | | | |

Nana Rezai (June 26, 2024)

Array objects to all designations of Dr. Nana Rezai's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 10:21-11:4 | | | |
| 11:17-12:15 | | | |
| 12:17-13:24 | | | |
| 14:4-22 | | | |
| 15:1-8 | | | |
| 15:11-12 | | | |
| 15:15-19:11 | | | |
| 20:23-22:15 | | | |
| 22:18 | | | |
| 22:22-23:25 | | | |
| 24:2-25:20 | IQ (Incorrect cite?) | | 24:1-25:20 |
| 26:10-27:21 | | | |
| 28:2-3 | | | |
| 28:6-13 | | | |
| 28:15-29:18 | | | |
| 29:21-30:1 | | | |
| 30:4-6 | | | |
| 30:21-31:18 | | | |
| 31:21 | | | |
| 31:23 | IQ (Incorrect cite?) | | 31:21-24 |
| 32:2-4 | | | |
| 33:8-18 | IQ (Incorrect cite?) | | 33:6-18 |
| 32:24-33:3 | | | |
| 33:17-18 | | | |
| 33:24-34:1 | | | |
| 34:3-10 | | | |
| 35:5 | | | |
| 35:8-10 | | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 35:14-15 | | | |
| 35:17 | | | |
| 35:20-22 | | | |
| 36:3 | LC | | |
| 36:7-25 | IQ (Incorrect cite?)<br><br>LC | | 6:7-37:2 |
| 36:18-22 | LC | | |
| 36:25-37:2 | | | |
| 37:9-18 | | | |
| 38:2 | LC | | |
| 38:5-10 | LC | | |
| 38:14-17 | LC | | |
| 38:19-22 | | | |
| 38:25 | | | |
| 39:22-23 | | | |
| 40:2-4 | | | |
| 40:6-7 | | | |
| 40:11-13 | | | |
| 40:15 | | | |
| 40:19 | | | |
| 40:21 | | | |
| 40:24 | | | |
| 41:2-3 | SP; LC | | |
| 41:7-14 | SP; LC | | |
| 41:25-42:6 | | | |
| 42:9-21 | | | |
| 42:23-24 | | | |
| 43:4-20 | | | |
| 43:23-25 | | | |
| 44:2-4 | | | |
| 44:7 | | | |
| 44:10-13 | | | |
| 44:15-16 | | | |
| 44:20-45:1 | | | |
| 45:12-15 | | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 45:18 | | | |
| 45:20-46:5 | | | |
| 46:7-10 | | | |
| 47:16-24 | | | |
| 48:2-6 | | | |
| 48:8-11 | SP | | |
| 48:14 | SP | | |
| 48:16-49:11 | SP | | |
| 49:14-17 | SP | | |
| 49:19-50:6 | | | |
| 50:9-51:14 | | | |
| 51:16-18 | | | |
| 51:25-52:10 | | | |
| 52:13-54:15 | IQ (Incorrect cite?) | | 52:13-54:14 |
| 54:18-21 | | | |
| 54:25-55:6 | | | |
| 55:9-11 | | | |
| 55:13 | | | |
| 55:16-18 | | | |
| 55:21-22 | | | |
| 56:9-57:10 | | | |
| 57:13 | | | |
| 57:16-18 | | | |
| 57:22-58:17 | | | |
| 57:21-22 | IQ (Incorrect cite?) | | 58:21-22 |
| 59:8-60:9 | | | |
| 60:12-61:7 | | | |
| 61:9-10 | | | |
| 61:13-14 | | | |
| 61:16-18 | | | |
| 61:21-23 | | | |
| 61:25-62:2 | | | |
| 62:5-14 | | | |
| 62:23-25 | | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 63:3-8 | | | |
| 63:10-14 | | | |
| 63:17-18 | | | |
| 63:20-22 | | | |
| 63:25-64:2 | | | |
| 63:13-16 | IQ (Incorrect cite?) | | 63:13-64:2 |
| 63:22-25 | IQ (Incorrect cite?) | | |
| 64:3-5 | IQ (Incorrect cite?) | | |
| 64:7-10 | IQ (Incorrect cite?) | | |
| 65:13-66:4 | | | |
| 66:6-17 | | | |
| 66:20-67:7 | | | |
| 67:9-68:18 | | | |
| 68:20-23 | | | |
| 69:12-24 | | | |
| 70:2-71:7 | | | |
| 71:10-24 | | | |
| 72:2-14 | | | |
| 72:18-73:2 | | | |
| 73:5-9 | | | |
| 73:13-15 | | | |
| 74:3-7 | | | |
| 74:10-20 | | | |
| 74:22-75:15 | | | |
| 75:19-76:1 | IQ (Incorrect cite?) | 76:8-77:1 | |
| 76:4-6 | | | |
| 77:5-8 | | | |
| 77:11-12 | | | |
| 78:9-79:1 | | | |
| 79:4-14 | | | |
| 79:16-80:22 | | | |
| 80:25-81:5 | | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 81:8 | | | |
| 81:10-13 | | | |
| 81:16-18 | | | |
| 81:21-82:2 | | | |
| 82:5-7 | | | |
| 82:9-16 | | | |
| 82:19-25 | | | |
| 83:2-84:8 | | | |
| 84:11-85:16 | FRE 602 | | |
| 85:19-87:20 | FRE 602 | | |
| 87:24 | | | |
| 88:2-9 | LC | | |
| 88:13-14 | LC | | |
| 88:22-24 | IQ; LC | | |
| 89:3-4 | | | |
| 89:6-9 | | | |
| 89:12-16 | | | |
| 89:18-90:11 | | | |
| 92:1-3 | | | |
| 92:7-14 | | | |
| 92:16-93:24 | | | |
| 94:2 | | | |
| 94:4-7 | | | |
| 94:10-17 | | | |
| 94:19-95:10 | | | |
| 95:13-18 | | | |
| 95:20-21 | | | |
| 95:24-25 | | | |
| 96:2-3 | | | |
| 96:6 | | | |
| 96:8-18 | | | |
| 96:21-97:10 | | | |
| 97:18-98:6 | | | |
| 98:11-98:17 | | | |

Katarzyna Kowanetz, MD (July 9, 2024)

Array objects to all designations of Dr. Katarzyna Kowanetz's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 13:14-14:11 | | | |
| 15:23-17:11 | | | |
| 17:14-18 | | | |
| 17:20-24 | | | |
| 18:5-7 | | | |
| 18:10-23 | | | |
| 18:24-19:8 | | | |
| 20:5-10 | | | |
| 20:26-22 | IQ (Incorrect cite?) | | 20:16-22 |
| 21:8-25 | | | |
| 22:2-25 | IQ (Incorrect cite?) | | 22:2-23:20 |
| 22:18-23:20 | | | |
| 23:22-24:1 | OS | | |
| 24:6 | | | |
| 24:18-20 | OS | | |
| 24:23-25:3 | OS | | |
| 25:6-9 | OS | | |
| 25:12-17 | OS | | |
| 25:20-21 | | | |
| 26:1-5 | | | |
| 26:13-29:12 | | | |
| 29:17-25 | | | |
| 30:3-6 | | | |
| 30:21-25 | | | |
| 31:3-32:25 | | | |
| 33:2-6 | | | |
| 33:15-19 | | | |
| 33:25-35:1 | | | |
| 35:7-9 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 35:20-23 | | | |
| 36:5-6 | OS | | |
| 36:9-10 | OS | | |
| 36:12-22 | OS | | |
| 36:24-37:7 | OS | | |
| 37:9-38:2 | | | |
| 38:14-25 | | | |
| 39:1-6 | OS | | |
| 39:9-14 | OS | | |
| 39:17-20 | OS | | |
| 39:22-24 | | | |
| 40:21-41:3 | | | |
| 41:6-42:5 | | | |
| 42:8-10 | OS | | |
| 42:12-18 | OS | | |
| 42:20-43:1 | OS | | |
| 43:3-9 | OS | | |
| 43:12-21 | OS | | |
| 43:24-25 | OS | | |
| 44:3-7 | OS | | |
| 44:9-11 | OS | | |
| 44:13-15 | | | |
| 44:20-45:2 | OS | | |
| 45:9-13 | OS | | |
| 45:15-46:5 | OS | | |
| 46:8-24 | OS | | |
| 47:2-48:19 | OS | | |
| 48:22-24 | | | |
| 49:4-20 | OS | | |
| 49:22-50:10 | | | |
| 50:12-19 | OS | | |
| 50:21-51:5 | OS | | |
| 51:8-10 | | | |
| 51:15-52:2 | (51:25-52:2) OS; SP; FRE 602 | | |
| 52:5-17 | OS; IQ | | 52:5-25 |
| 52:21-25 | OS; IQ | | |

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 52:3 | IQ (Incorrect cite?)<br><br>OS | | |
| 53:15-54:3 | | | |
| 54:6-55:2 | | | |
| 55:4-6 | | | |
| 55:9-11 | | | |
| 55:13-15 | | | |
| 55:17-56:7 | | | |
| 56:12-21 | OS | | |
| 56:24-57:7 | OS | | |
| 57:9-19 | OS | | |
| 58:3-19 | OS | | |
| 58:21-59:15 | OS | | |
| 59:18-23 | OS; LC | | |
| 60:2-4 | OS | | |
| 60:7-14 | OS | | |
| 60:16-19 | OS | | |
| 61:3-5 | | | |
| 61:10-62:3 | OS | | |
| 62:6-13 | OS | | |
| 62:16-20 | OS | | |
| 62:23-63:2 | OS | | |
| 63:5-10 | OS | | |
| 63:13-64:9 | OS | | |
| 64:11-14 | OS | | |
| 64:17-65:8 | | | |
| 65:22-67:8 | | | |
| 67:10-69:3 | IQ (Incorrect cite?) | | 67:10-68:3 |
| 69:5-9 | OS | | |
| 69:11-19 | | | |
| 69:21-71:8 | | | |
| 72:7-9 | OS | | |
| 72:11-73:1 | OS | | |
| 73:3-74:2 | | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 74:4-10 | | | |
| 74:11-12 | | | |
| 74:14-75:3 | | | |
| 75:5-76:4 | | | |
| 76:6-77:5 | | | |
| 77:7-8 | | | |
| 77:15-24 | | | |
| 78:14-80:10 | OS (80:9-10) | | |
| 80:13-17 | OS | | |
| 80:20-22 | OS | | |
| 80:25-81:2 | | | |
| 80:5-19 | IQ (Incorrect cite?) | | 80:5-81:2 |
| 82:9-15 | IQ; OS | | 82:10-15 |
| 82:18-23 | | | |
| 83:1-3 | | | |
| 83:9-13 | OS | | |
| 83:21-22 | OS | | |
| 83:25-84:11 | OS | | |
| 84:14-23 | OS | | |
| 84:25-85:13 | IQ; OS | | |
| 85:17-23 | OS | | |
| 86:3-8 | OS | | |
| 86:11-25 | | | |
| 87:11-14 | OS | | |
| 87:17-19 | OS | | |
| 87:21-88:9 | | | |
| 88:21-89:2 | | | |
| 89:4-7 | OS | | |
| 89:10-12 | IQ; OS | | |
| 89:20 | | | |
| 90:3-1 | IQ (Incorrect cite?) | | 90:3-4 |
| 90:9-24 | | | |
| 91:1 | | | |
| 91:5-6 | | | |
| 91:9-15 | | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 92:11 | | | |
| 93:9-16 | | | |
| 93:18-94:15 | | | |
| 94:17-18 | | | |

Timothy J Dougherty, Jr. (June 28, 2024)

Array objects to all designations of Mr. Timothy Dougherty's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 8:21-9:4 | | | |
| 9:8-10:7 | | | |
| 10:14-11:8 | | | |
| 11:18-21 | | | |
| 14:9-15:7 | | | |
| 17:5-7 | | | |
| 17:13-19 | | | |
| 18:23-21:21 | | | |
| 22:2-16 | OS; SP | | |
| 22:19-23:1 | OS; SP | | |
| 23:4-5 | OS; SP | | |
| 23:7-8 | OS | | |
| 23:10 | OS | | |
| 24:2-4 | OS | | |
| 24:7-8 | OS | | |
| 24:10-12 | OS | | |
| 24:21-22 | | | |
| 24:24 | | | |
| 25:2-3 | | | |
| 25:11 | | | |
| 25:13-22 | | | |
| 26:7-13 | | | |
| 26:15-20 | | | |
| 27:1-7 | | | |
| 29:23-30:4 | | | |
| 30:7-8 | | | |
| 30:10 | | | |
| 30:12-22 | | | |
| 31:3-33:5 | | | |
| 33:11-34:7 | | | |
| 34:8-35:2 | OS | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 35:5-6 | OS | | |
| 35:8-13 | | | |
| 35:21-23 | OS | | |
| 36:3-10 | OS; SP | | |
| 36:12 | OS | | |
| 36:14-15 | OS | | |
| 36:17-18 | OS | | |
| 37:2-13 | | | |
| 38:4-5 | | | |
| 38:7 | | | |
| 38:9-14 | | | |
| 38:21-39:6 | | | |
| 39:7-18 | | | |
| 40:3-8 | | | |
| 40:15-41:10 | | | |
| 41:16-20 | | | |
| 42:8-44:14 | | | |
| 44:23-45:1 | | | |
| 45:3-5 | | | |
| 45:7-16 | | | |
| 45:24-46:4 | SP | | |
| 46:6 | SP | | |
| 46:15 | SP | | |
| 46:17-18 | SP | | |
| 46:20-11 | IQ (Incorrect cite?)<br><br>SP | | 46:20-22 |
| 46:24-47:1 | | | |
| 47:3-17 | | | |
| 48:9-21 | | | |
| 48:23-49:2 | | | |
| 49:4-50:9 | | | |
| 51:10-52:6 | | | |
| 52:15-53:10 | OS | | |
| 53:12-13 | OS | | |
| 53:15 | OS | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 53:17 | OS | | |
| 53:19-20 | OS | | |
| 53:23-54:3 | OS | | |
| 54:10-14 | OS; SP | | |
| 55:5-6 | IQ; SP | | 55:5-6; 55:8 |
| 55:10-56:7 | IQ; SP | | 55:10-56:7; 56:9 |
| 56:18-57:3 | | | |
| 57:18-58:2 | | | |
| 58:12-59:13 | | | |
| 59:18-60:4 | | | |
| 60:9-11 | | | |
| 60:19-20 | OS | | |
| 60:23-24 | OS | | |
| 61:2-3 | | | |
| 61:5 | | | |
| 61:7-9 | | | |
| 61:11 | | | |
| 61:13 | | | |
| 61:15 | | | |
| 61:17-18 | | | |
| 61:20 | | | |
| 62:3-17 | IQ | | 62:3-17; 62:19-21 |
| 63:4-6 | | | |
| 63:8-13 | | 63:20-64:10 | |
| 64:11-65:12 | | 63:20-64:10 | |
| 66:11-21 | | | |
| 66:23 | | | |
| 67:1-3 | | | |
| 67:5 | | | |
| 67:7-13 | | | |
| 67:15 | | | |
| 67:17-19 | | | |
| 67:21 | | | |
| 67:23-68:1-2 | | 68:3-11 | |
| 68:17-24 | IQ | 68:3-11 | 68:17-69:4 |
| 69:2-4 | | | |
| 69:6-7 | SP | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 69:9 | SP | | |
| 69:15-17 | OS; IQ | | |
| 69:22-70:7 | | | |
| 70:18-20 | IQ | | |
| 70:22 | IQ | | |
| 71:22-24 | | | |
| 71:1-3 | IQ (Incorrect cite?) | 70:24-71:21 | 72:1-3 |
| 71:5-7 | IQ (Incorrect cite?) | 70:24-71:21 | 72:5-7 |
| 71:9-19 | IQ (Incorrect cite?) | 70:24-71:21 | 72:9-19 |
| 73:9-15 | | | |
| 73:17 | | | |
| 74:5-7 | | | |
| 74:9 | | | |
| 74:11-75:8 | | | |
| 75:18-76:17 | | | |
| 77:6-11 | OS; LC | | |
| 77:16-78:5 | | | |
| 78:7 | | | |
| 78:9-22 | OS | | |
| 79:1 | | | |
| 79:11-21 | | | |
| 81:1-17 | | 81:18-82:7 | |
| 82:8-19 | | | |
| 83:12-84:8 | | | |
| 84:18-21 | | | |
| 84:23 | | | |
| 85:1-3 | | | |
| 85:5-11 | | | |
| 86:13-15 | OS | | |
| 86:18-87:1 | OS | | |
| 87:8-88:3 | OS | | |
| 88:15-17 | | | |
| 88:19 | | | |
| 90:2-13 | | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 90:15-18 | | | |
| 90:20-91:8 | | | |
| 91:10 | | | |
| 91:12-22 | | | |
| 92:1-2 | | | |
| 92:14 | | | |
| 92:16 | | | |
| 93:8-17 | | | |
| 94:5-8 | OS | | |
| 94:10-13 | OS | | |
| 94:15-16 | OS | | |
| 94:18-19 | OS | | |
| 94:21-95:3 | OS | | |
| 95:20-22 | OS | | |
| 96:1 | OS | | |
| 96:20-22 | OS | | |
| 97:1 | OS | | |
| 97:3-4 | OS | | |
| 97:6 | OS | | |
| 97:8-10 | OS | | |
| 97:12 | OS | | |
| 97:14-17 | OS | | |
| 97:20-21 | OS | | |
| 97:23-98:1 | OS | | |
| 98:3 | | | |
| 98:5 | OS; SP | | |
| 98:7 | OS; SP | | |
| 98:9-10 | | | |
| 98:12 | | | |
| 98:14-16 | OS | | |
| 98:19-21 | OS | | |
| 98:23-99:1 | OS | | |
| 99:3 | OS | | |
| 99:5 | OS; SP | | |
| 99:7 | OS; SP | | |
| 99:9-12 | | | |
| 99:14 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 99:16-21 | SP | | |
| 99:23 | SP | | |
| 100:1-2 | OS | | |
| 100:4 | OS | | |
| 100:6-8 | OS | | |
| 101:2-3 | OS | | |
| 101:6-8 | OS | | |
| 101:10-11 | OS | | |
| 101:16-102:3 | OS | | |
| 102:18-23 | | | |
| 103:5-7 | | | |
| 103:16-104:3 | | | |
| 104:22-105:1 | OS | | |
| 105:3-7 | | | |
| 105:9 | | | |
| 105:11 | | | |
| 105:20-22 | SP | | |
| 105:24 | | | |
| 106:11-13 | | | |
| 106:15-19 | | | |
| 106:21-23 | IQ | 107:3-5; 107:7-20 | |
| 107:1 | IQ | 107:3-5; 107:7-20 | |
| 107:21-24 | IQ | 107:3-5; 107:7-20 | |
| 108:2 | | | |
| 108:4-6 | | | |
| 108:8-9 | | | |
| 109:9-10 | | | |
| 109:12 | | | |
| 109:14-16 | | | |
| 109:18 | | | |
| 109:24 | SP | | |
| 110:2 | SP | | |
| 110:4-7 | | | |
| 110:9 | | | |
| 110:11-13 | | | |
| 110:15 | | | |
| 110:17 | SP | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 110:19 | SP | | |
| 110:21-23 | SP | | |
| 111:1-5 | SP | | |
| 111:7 | | | |
| 111:20-112:1 | IQ; SP | | |
| 112:16-23 | OS | | |
| 113:2 | OS | | |
| 113:4-6 | OS | | |
| 113:9 | OS | | |
| 114:5-6 | OS | | |
| 114:9-16 | OS | | |
| 114:18-19 | OS | | |
| 114:22 | OS | | |
| 114:24-115:1 | IQ; OS | | |
| 115:5-6 | OS | | |
| 115:9 | | | |
| 116:9-11 | OS | | |
| 116:13-117:11 | OS | | |
| 117:14-15 | OS | | |
| 117:17 | OS | | |
| 117:19-20 | OS | | |
| 119:4-5 | OS | | |
| 119:7-16 | OS | | |
| 119:18-21 | OS | | |
| 119:24-120:5 | OS | | |
| 120:7-13 | OS | | |
| 120:16-24 | OS | | |
| 121:16-18 | OS | | |
| 121:21-122:9 | OS | | |
| 122:11-16 | | | |
| 122:23-123:21 | | | |
| 124:18-24 | | | |
| 125:6-8 | OS; SP | | |
| 125:11 | OS; SP | | |
| 125:13-18 | OS; SP | | |
| 125:20 | OS; SP | | |
| 126:21-127:6 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 127:8 | | | |
| 128:4-5 | OS; SP | | |
| 128:8-10 | OS; SP | | |
| 128:12-13 | OS | | |
| 128:16 | OS | | |
| 129:22-132:14 | OS | | |
| 135:5-17 | OS | | |
| 136:13-137:22 | OS | | |
| 138:5-7 | OS | | |
| 140:7-141:7 | OS | | |
| 142:14-17 | OS | | |
| 143:21-144:14 | OS | | |
| 144:19-145:13 | OS | | |
| 147:4 | | | |
| 147:8-18 | | | |
| 147:21-148:10 | | | |
| 148:20-22 | | | |
| 149:1-2 | | | |
| 149:4 | | | |
| 149:10-16 | | | |
| 149:18-19 | | | |
| 149:24-150:3 | | | |
| 150:5 | | | |
| 150:20-23 | | | |
| 151:4-152:7 | | | |
| 152:9 | | | |
| 152:11-17 | | | |
| 153:9-14 | | | |
| 153:18-154:5 | OS | | |
| 154:15-18 | OS | | |
| 154:24-155:4 | OS | | |
| 156:15-16 | OS | | |
| 157:19-158:20 | OS; IQ (158:21) | | |
| 158:23-159:7 | OS; IQ (158:21) | | |
| 159:14-161:4 | OS | | |
| 162:1-9 | | | |
| 163:8-9 | | | |

Exhibit 9 – Alembic's Deposition Designations

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 163:17-18 | OS | | |
| 163:20 | OS | | |
| 167:22-170:2 | | | |
| 170:10-20 | | | |
| 171:1-172:1 | | | |
| 172:17-173:23 | IQ (Incorrect cite?) | 182:16-183:8; 183:11-184:17 | 172:17-173:24 |
| 174:1-175:2 | | 182:16-183:8; 183:11-184:17 | |
| 175:4 | | 182:16-183:8; 183:11-184:17 | |
| 175:6-21 | | 182:16-183:8; 183:11-184:17 | |
| 176:1-20 | IQ; OS | | 176:1-20; 176:23-24 |
| 177:2-3 | IQ (Incorrect cite?)<br><br>OS | | |
| 177:5 | | | |
| 177:8-10 | | | |
| 177:23-178:9 | OS | | |
| 179:8-9 | OS | | |
| 179:11-16 | OS | | |
| 179:18-20 | | | |
| 179:23-24 | | | |
| 188:3-12 | IQ | | |
| 188:14 | | | |
| 188:16-21 | IQ | | |
| 188:23-189:1 | IQ | | |
| 189:3-8 | IQ; OS | | |
| 189:11 | OS | | |
| 189:190-21 | OS<br><br>IQ (Incorrect cite?) | | 189:19-21 |
| 191:1-5 | | | |

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 191:7-8 | | | |
| 191:12-17 | | | |
| 191:19 | | | |
| 191:21-23 | | | |
| 192:1 | | | |
| 192:3 | | | |
| 192:5-6 | | | |
| 192:8 | | | |
| 192:10-11 | | | |
| 192:13 | | | |
| 192:15-17 | | | |
| 192:19 | | | |
| 193:5-6 | IQ | 192:21-23; 193:1-3 | |
| 193:8 | IQ | | |
| 193:15-21 | OS | | |
| 193:24-194:5 | OS | | |
| 195:12-14 | OS | | |
| 195:17-20 | OS | | |
| 195:22-24 | SP | | |
| 196:2-8 | | | |

Shenlin Haung (June 21, 2024)

Array objects to all designations of Shenlin Huang's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 11:6-16 | | | |
| 11:23-24 | IQ (Incorrect cite?) | | 11:23-25 |
| 12:2-6 | | | |
| 12:11-13:9 | | | |
| 13:10-14:20 | | | |
| 14:21-15:16 | | | |
| 15:20-16:9 | | | |
| 17:9-18:7 | IQ (Incorrect cite?) | | 17:9-18:24 |
| 18:8-24 | IQ (Incorrect cite?) | | |
| 18:25-19:13 | | | |
| 20:10-15 | | | |
| 21:12-22:7 | | | |
| 22:8-20 | | | |
| 22:21-23:4 | | | |
| 25:7-9 | | | |
| 25:10-26:15 | | | |
| 26:16-22 | | | |
| 26:23-27:21 | | | |
| 27:22-28:25 | | | |
| 29:3-6 | IQ (Incorrect cite?) | | 29:2-10 |
| 29:7-10 | | | |
| 30:21-31:4 | | | |
| 31:7-25 | | | |
| 33:13-20 | | | |
| 33:21-34:6 | | | |
| 35:6-11 | | | |
| 35:12-20 | | | |
| 35:24-25 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 36:4-8 | | | |
| 36:10-14 | | | |
| 36:17-19 | | | |
| 36:20-22 | | | |
| 36:23-38:10 | | | |
| 41:9-16 | IQ | 38:13-25; 39:2-25; 40:2-25; 41:2-8 | |
| 41:17-20 | | | |
| 41:21-25 | IQ | 42:2-22 | 41:17-24 |
| 42:23-43:12 | | 43:13-20 | |
| 51:11-52:7 | | | |
| 54:12-55:9 | | | |
| 55:22-56:4 | | | |
| 56:7-10 | | | |
| 56:11-14 | | | |
| 56:15-57:7 | | | |
| 58:13-22 | | | |
| 58:23-59:10 | | | |
| 60:24-61:9 | | 60:17-23 | |
| 61:16-21 | | | |
| 61:22-62:14 | | | |
| 64:19-22 | | | |
| 64:25-65:13 | | | |
| 65:14-25 | | | |
| 66:4-7 | LC | | |
| 66:10-17 | LC | | |
| 66:19-23 | LC | | |
| 67:2-7 | LC | | |
| 67:10-17 | LC | | |
| 68:11-18 | | 67:19-25; 68:2-10 | |
| 72:15-73:10 | | | |
| 74:18-21 | | | |
| 74:22-75:10 | | | |
| 77:15-79:8 | | | |
| 79:9-18 | | | |
| 79:19-21 | | | |

Exhibit 9 – Alembic's Deposition Designations

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 79:23-24 | | | |
| 80:2-4 | | | |
| 80:5-7 | | | |
| 80:8-15 | | | |
| 80:16-19 | LC | | |
| 80:22-23 | | | |
| 81:20-21 | | | |
| 81:23-82:10 | | | |
| 82:11-16 | | | |
| 82:23-83:3 | | | |
| 83:8-19 | | | |
| 83:24-25 | | | |
| 84:3-9 | | | |
| 84:10-17 | IQ | 84:18-20 | |
| 85:10-15 | | | |
| 85:16-86:3 | | | |
| 86:25-87:8 | | | |
| 88:16-25 | | | |
| 89:4 | | | |
| 89:7-9 | | | |
| 90:16-19 | LC | | |
| 90:22-23 | LC | | |
| 90:25 | LC | | |
| 91:3-6 | | | |
| 93:4-16 | | | |
| 93:17-94:3 | | | |
| 94:4-16 | | | |
| 94:25-95:9 | | | |
| 95:10-24 | | | |
| 96:7-10 | | | |
| 97:10-13 | | | |
| 97:14-15 | | | |
| 97:18-21 | | | |
| 97:23-98:7 | | | |
| 98:8-12 | | | |
| 98:14-16 | | | |
| 100:17-101:3 | IQ | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 102:17-24 | IQ | | |
| 105:10-15 | | | |
| 106:3-12 | | | |
| 106:14-22 | | | |
| 106:23-25 | | | |
| 107:2-12 | | | |
| 107:13-17 | | | |
| 107:18-22 | | | |
| 113:9-19 | | | |
| 119:20-121:25 | | | |
| 122:2-124:9 | | | |

Kieth Wilner, Ph. D. (June 7, 2024)

Array objects to all designations of Dr. Keith Wilner's Deposition in their entirety on the basis of relevance (FRE 402) given the limited remaining issues to be litigated at trial.

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 9:22-10:1 | | | |
| 10:2-11 | | | |
| 10:12-18 | | | |
| 10:19-11:8 | | | |
| 11:9-16 | | | |
| 11:17-25 | | | |
| 12:8-11 | | | |
| 12:12-13 | | | |
| 12:14-21 | | | |
| 12:22-24 | | | |
| 12:25-13:3 | | | |
| 13:4-11 | | | |
| 13:23-14:5 | | | |
| 15:1-13 | | | |
| 16:2-12 | | | |
| 20:17-19 | | | |
| 20:21-23 | IQ (Incorrect cite?) | | 20:23-21:2 |
| 25:3-10 | | | |
| 27:9-11 | | | |
| 27:12-17 | | | |
| 27:18-28:7 | | | |
| 28:25-29:18 | | | |
| 30:4-16 | | | |
| 30:17-31:8 | | | |
| 31:9-11 | | | |
| 31:12-21 | | | |
| 32:6-15 | | | |
| 34:17-35:5 | | | |
| 35:8-18 | | | |
| 35:19-22 | | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 38:13-39:6 | | | |
| 39:8-14 | | | |
| 39:18-40:1 | | | |
| 40:2-7 | | | |
| 40:9-11 | | | |
| 41:1-20 | | | |
| 41:21-42:3 | | | |
| 45:23-46:16 | | | |
| 46:17-20 | | | |
| 47:14-24 | | | |
| 47:25-48:2 | | | |
| 48:3-6 | | | |
| 49:10-15 | | | |
| 49:16-24 | | | |
| 50:3-4 | | | |
| 50:6-9 | IQ | | 50:6-9; 50:11 |
| 50:13-18 | | | |
| 51:2-4 | | | |
| 51:9 | | | |
| 51:11-14 | | | |
| 51:22-23 | | | |
| 51:25-52:6 | | | |
| 52:8-12 | | | |
| 52:16 | | | |
| 52:18-25 | | | |
| 53:1-16 | | | |
| 53:17-23 | OS | | |
| 54:14-25 | | | |
| 55:1-2 | | | |
| 55:4-6 | | | |
| 55:15-19 | | | |
| 55:21-56:12 | | | |
| 56:14-17 | | | |
| 56:18-23 | | | |
| 57:1-11 | OS | | |
| 57:13-15 | OS | | |
| 58:21-59:1 | | | |

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 59:11-19 | | | |
| 59:20-22 | | | |
| 59:23-25 | | | |
| 60:2-3 | | | |
| 60:5-10 | | | |
| 60:11-16 | | | |
| 60:17-20 | | | |
| 60:21-61:6 | | | |
| 61:15-24 | | | |
| 63:6-18 | OS | | |
| 68:7-13 | IQ | | |
| 68:15-19 | | | |
| 70:2-18 | OS; IQ | | 70:2-21 |
| 75:13-16 | | | |
| 75:17-76:16 | | | |
| 85:18-23 | OS | | |
| 86:1-6 | OS | | |
| 86:8-12 | OS | | |
| 86:14-20 | OS | | |
| 92:19-93:6 | IQ | | |
| 93:7-9 | IQ; OS | 93:11-12 | |
| 93:14-20 | IQ; OS | | |
| 93:21-94:11 | | | |
| 94:12-15 | | | 94:12-16 |
| 94:21-24 | IQ; OS | | 94:18-24 |
| 94:25-95:1 | IQ; OS | | |
| 98:9-18 | IQ; OS | | 98:4-18 |
| 98:21 | | | |
| 98:23-99:11 | | | |
| 99:13-14 | | | |
| 121:7-11 | IQ; OS | | |
| 121:13 | IQ; OS | | |
| 121:15-20 | IQ; OS | | |
| 121:21-25 | IQ; OS | | |
| 122:2-10 | IQ; OS | | 122:2-23 |
| 122:24-123:1 | IQ; OS | | |
| 123:4-9 | IQ; OS | | |

| Alembic's Designations | Array's Objections | Array Counter-Designations | Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations |
|---|---|---|---|
| 134:5-12 | | | |
| 134:14-19 | | | |
| 158:8-159:9 | | | |
| 168:13-14 | IQ | | 168:2-14 |
| 168:16-169:5 | IQ | | |
| 169:10-14 | IQ | | |
| 169:16-22 | IQ | | |
| 169:23-170:7 | IQ | | |
| 176:17-177:3 | IQ | | |
| 177:6-9 | IQ | | |
| 177:11-21 | IQ | | |
| 180:23-24 | OS | | |
| 181:1-5 | | | |
| 181:7-10 | | | |
| 181:11-12 | | | |
| 181:14-15 | | | |
| 181:17-22 | | | |
| 182:1-24 | OS | | |
| 182:25-183:3 | OS | | |
| 183:8-10 | OS | | |
| 185:13-14 | OS | | |
| 185:16 | OS | | |
| 187:15-19 | IQ; SP | | 187:6-19 |
| 187:21-189:8 | IQ; SP | | |
| 189:10-12 | | | |
| 189:14-192:8 | | | |
| 192:9-193:3 | IQ (Incorrect cite?) | | 192:9-193:2 |
| 194:9-12 | IQ | 193:10-194:8 | |
| 194:13-195:1 | | | |
| 204:11-18 | IQ | | 204:3-205:10 |
| 205:11-20 | IQ; OS | | |
| 205:22-206:22 | IQ; OS | | |
| 206:24-207:4 | | | |
| 207:5-208:8 | | | |
| 209:24-210:3 | | | |
| 210:4-7 | | | |

| **Alembic's Designations** | **Array's Objections** | **Array Counter-Designations** | **Alembic's Objections to Alembic's Counter-designations/ Counter-Counter Designations** |
|---|---|---|---|
| 210:10-17 | | | |
| 210:19 | | | |
| 210:21-24 | | | |
| 211:2-4 | OS | | |
| 211:6-19 | OS | | |
| 214:12-16 | IQ | | 214:3-16 |
| 214:18-21 | IQ | | |
| 214:23-24 | IQ | | 214:23-215:7 |
| 215:8-13 | IQ | | |
| 262:22-23 | IQ; OS | | |
| 263:1-6 | OS | | |
| 263:8-9 | OS | | |
| 263:11-24 | OS | | |
| 264:2-4 | OS | | |

# EXHIBIT 10

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0001** | **JTX-001** | DTX-001; DTX-113; DTX-122/ DTX-040; DTX-045; DTX-117; DTX-135; DTX-136; DTX-139; DTX-152 | 19-Apr-16 | Wilner Ex. 23; Rezai Ex. 28; Fruehauf Ex. 06; Shah Ex. 03; Rotella Ex. 05; | U.S. Patent No. 9,314,464 (Huang et al.), dated Apr. 19, 2016 | ARRAY-MEK_0000001 | ARRAY-MEK_0000051 | |
| **PTX-0001a** | **JTX-001** | DTX-001; DTX-113; DTX-122/ DTX-040; DTX-045; DTX-117; DTX-135; DTX-136; DTX-139; DTX-152 | 19-Apr-16 | Rotella Ex. 06 | U.S. Patent No. 9,314,464 (Huang et al.), dated Apr. 19, 2016 (with markings) | ARRAY-MEK_0000001 | | |
| **PTX-0001b** | **JTX-001** | DTX-001; DTX-113; DTX-122/ DTX-040; DTX-045; DTX-117; DTX-135; DTX-136; DTX-139; DTX-152 | 19-Apr-16 | Huang Ex. 28; Ward Ex. 02; Chmielowski Ex. 03 | U.S. Patent No. 9,314,464 (Huang et al.), dated Apr. 19, 2016 | n/a | n/a | |
| **PTX-0001c** | **JTX-001** | DTX-001; DTX-113; DTX-122/ DTX-040; DTX-045; DTX-117; DTX-135; DTX-136; DTX-139; DTX-152 | 19-Apr-16 | | U.S. Patent No. 9,314,464 (Huang et al.), dated Apr. 19, 2016 (Certified Copy) | ARRAY-MEK_5213229 | ARRAY-MEK_5213281 | |
| **PTX-0002** | **JTX-002** | DTX-002 | 6/28/2013 | | U.S. Patent No. 9,314.464 File History | ARRAY-MEK_0000052 | ARRAY-MEK_0005543 | |
| **PTX-0003** | **JTX-003** | DTX-003; DTX-037 | 2/7/2017 | Wilner Ex. 20 | U.S. Patent No. 9,562,016 (Krell et al.), dated Feb. 7, 2017 | ARRAY-MEK_0005544 | ARRAY-MEK_0005567 | |
| **PTX-0003a** | **JTX-003** | DTX-003; DTX-037 | 2/7/2017 | | U.S. Patent No. 9,562,016 (Krell et al.), dated Feb. 7, 2017 (Certified Copy) | ARRAY-MEK_5213282 | ARRAY-MEK_5213308 | |
| **PTX-0004** | **JTX-004** | DTX-004 | 12/18/2015 | | U.S. Patent No. 9,562,016 File History | ARRAY-MEK_0005568 | ARRAY-MEK_0005753 | |
| **PTX-0005** | **JTX-005** | DTX-005; DTX-039 | 21-Mar-17 | Wilner Ex. 22 | U.S. Patent No. 9,598,376 (Krell et al.), dated Mar. 21, 2017 | ARRAY-MEK_0005754 | ARRAY-MEK_0005776 | |
| **PTX-0005a** | **JTX-005** | DTX-005; DTX-039 | 21-Mar-17 | | U.S. Patent No. 9,598,376 (Krell et al.), dated Mar. 21, 2017 (Certified Copy) | ARRAY-MEK_5213309 | ARRAY-MEK_5213334 | |
| **PTX-0006** | **JTX-006** | DTX-006 | 2/25/2016 | | U.S. Patent No. 9,598,376 File History | ARRAY-MEK_0005777 | ARRAY-MEK_0005995 | |
| **PTX-0007** | **JTX-007** | DTX-007; DTX-123 / DTX-046; DTX-716/ DTX-038; DTX-118; DTX-140; DTX-144; DTX-153 | 26-Dec-17 | Rezai Ex. 29; Shah Ex. 04 | U.S. Patent No. 9,850,229 (Huang et al.), dated December 26, 2017 | ARRAY-MEK_0005996 | ARRAY-MEK_0006045 | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-00079** | **JTX-007** | DTX-007; DTX-123 / DTX-046; DTX-716/ DTX-038; DTX-118; DTX-140; DTX-144; DTX-153 | 26-Dec-17 | | U.S. Patent No. 9,850,229 (Huang et al.), dated December 26, 2017 (Certified Copy) | ARRAY-MEK_5213335 | ARRAY-MEK_5213385 | |
| **PTX-0007a** | **JTX-007** | DTX-007; DTX-123 / DTX-046; DTX-716/ DTX-038; DTX-118; DTX-140; DTX-144; DTX-153 | 26-Dec-17 | Wilner Ex. 21 | U.S. Patent No. 9,850,229 (Huang et al.), dated December 26, 2017 | ARRAY-MEK_0005669 | ARRAY-MEK_0006045 | |
| **PTX-0007b** | **JTX-007** | DTX-007; DTX-123 / DTX-046; DTX-716/ DTX-038; DTX-118; DTX-140; DTX-144; DTX-153 | 26-Dec-17 | Huang Ex. 29 | U.S. Patent No. 9,850,229 (Huang et al.), dated December 26, 2017 | ARRAY-MEK_4458854 | ARRAY- MEK_4458903 | F, PV, R |
| **PTX-0007c** | **JTX-007** | DTX-007; DTX-123 / DTX-046; DTX-716/ DTX-038; DTX-118; DTX-140; DTX-144; DTX-153 | 26-Dec-17 | Ward Ex. 03; Chmielowski Ex. 04 | U.S. Patent No. 9,850,229 (Huang et al.), dated December 26, 2017 | n/a | n/a | F, R, PV, UT |
| **PTX-0008** | **JTX-009** | DTX-008 | 6/10/2016 | | U.S. Patent No. 9,850,229 File History | ARRAY-MEK_0006046 | ARRAY-MEK_0006941 | |
| **PTX-0009** | **JTX-010** | DTX-009; DTX-042 | 29-May-18 | Wilner Ex. 25 | U.S. Patent No. 9,980,944 (Krell et al.), dated May 29, 2018 | ARRAY-MEK_0006942 | ARRAY-MEK_0006963 | |
| **PTX-0009a** | **JTX-010** | DTX-009; DTX-042 | 29-May-18 | | U.S. Patent No. 9,980,944 (Krell et al.), dated May 29, 2018 (Certified Copy) | ARRAY-MEK_5213386 | ARRAY-MEK_5213409 | |
| **PTX-0010** | **JTX-011** | DTX-010 | 2/28/2017 | | U.S. Patent No. 9,980,944 File History | ARRAY-MEK_0006964 | ARRAY-MEK_0007539 | |
| **PTX-0011** | **JTX-012** | DTX-011; DTX-124/ DTX-041/ DTX-041; DTX-102 DTX-119; DTX-141; DTX-145; DTX-154 | 26-Jun-18 | Wilner Ex. 24; Rezai Ex. 30; Shah Ex. 05 | U.S. Patent No. 10,005,761 B2 (Huang et al.), dated Jun. 26, 2018 | ARRAY-MEK_0007540 | ARRAY-MEK_0007591 | |
| **PTX-0011a** | **JTX-012** | DTX-011; DTX-124/ DTX-041/ DTX-041; DTX-102 DTX-119; DTX-141; DTX-145; DTX-154 | 26-Jun-18 | Huang Ex. 30 | U.S. Patent No. 10,005,761 B2 (Huang et al.), dated Jun. 26, 2018 | ARRAY-MEK4458954 | ARRAY- MEK_4459005 | F, R, PV |
| **PTX-0011b** | **JTX-012** | DTX-011; DTX-124/ DTX-041/ DTX-041; DTX-102 DTX-119; DTX-141; DTX-145; DTX-154 | 26-Jun-18 | Marlow Ex. 87; Ward Ex. 04; Chmielowski Ex. 05 | U.S. Patent No. 10,005,761 B2 (Huang et al.), dated Jun. 26, 2018 | n/a | n/a | F, R, PV, UT |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0011c** | **JTX-012** | DTX-011; DTX-124/ DTX-041/ DTX-041; DTX-102 DTX-119; DTX-141; DTX-145; DTX-154 | 26-Jun-18 | | U.S. Patent No. 10,005,761 B2 (Huang et al.), dated Jun. 26, 2018 (Certified Copy) | ARRAY-MEK_5213175 | ARRAY-MEK_5213228 | |
| **PTX-0012** | **JTX-013** | DTX-012 | 3/15/2016 | | U.S. Patent No. 10,005,761 File History | ARRAY-MEK_0007592 | ARRAY-MEK_0008688 | |
| **PTX-0013** | **JTX-014** | DTX-427 | 1960 | | Koppanyi, Part 1. From animal to human: some basic principles of comparative pharmacology, 1 Clin Pharmacol Therap 7 (1960) | ARRAY-MEK_5202510 | ARRAY-MEK_5202518 | |
| **PTX-0014** | **JTX-326** | DTX-318 | 1964 | | Ariëns & Simonis, A molecular basis for drug action, 16 J. of Pharmacy and Pharmacology 289 (1964) | ARRAY-MEK_5201761 | ARRAY-MEK_5201784 | R. PV, F, H |
| **PTX-0015** | **JTX-015** | DTX-375 | 1977 | | Gaunt, Animal Models in Drug Development: Historical Aspects, 34 Oncology 94 (1977) | ARRAY-MEK_5202260 | ARRAY-MEK_5202261 | |
| **PTX-0016** | **JTX-016** | DTX-343 | 2/1/1981 | | Cooper & Hunter, Changes in Protein Phosphorylation in Rous Sarcoma Virus-Transformed Chicken Embryo Cells, 1 Molecular and Cellular Biology 165 (1981) | ARRAY-MEK_5201981 | ARRAY-MEK_5201994 | |
| **PTX-0017** | **JTX-338** | DTX-337 | 7/10/1982 | | Castagna et al., Direct activation of calcium-activated, phospholipid-dependent protein kinase by tumor-promoting phorbol esters, 257 J. Biol. Chem. 7847 (1982) | ARRAY-MEK_5201948 | ARRAY-MEK_5201952 | R. PV, F, H |
| **PTX-0018** | **JTX-017** | DTX-428 | 1983 | | Krebs, Historical perspectives on protein phosphorylation and a classification system for protein kinases, 302 Phil. Trans. R. Soc. Lond. 3 (1983) | ARRAY-MEK_5202519 | ARRAY-MEK_5202527 | R. PV, F, H |
| **PTX-0019** | **JTX-018** | DTX-360 | 1987 | | Edelman et al., Protein serine/threonine kinases, 56 Annu Rev Biochem. 567 (1987) | ARRAY-MEK_5202096 | ARRAY-MEK_5202143 | R. PV, F, H |
| **PTX-0020** | **JTX-019** | DTX-511 | 6/1/1988 | | Ray & Sturgill, Insulin-stimulated microtubule-associated protein kinase is phosphorylated on tyrosine and threonine in vivo, 85 Proc. Natl. Acad. Sci. U.S.A. 3753 (1988) | ARRAY-MEK_5202834 | ARRAY-MEK_5202838 | R. PV, F, H |
| **PTX-0021** | **JTX-020** | DTX-521 | 1989 | | Ruegg & Burgess, Staurosporine, K-252 and UCN-01: potent but nonspecific inhibitors of protein kinases, 10 TIPS 218 (1989) | ARRAY-MEK_5202889 | ARRAY-MEK_5202891 | R. PV, F, H |
| **PTX-0022** | **JTX-324** | DTX-315 | 2/15/1990 | | Anderson et al., Requirement for integration of signals from two distinct phosphorylation pathways for activation of MAP kinase, 343 Nature 651 (February 15, 1990) | ARRAY-MEK_5201737 | ARRAY-MEK_5201739 | R. PV, F, H |
| **PTX-0023** | **JTX-335** | DTX-334 | 1991 | | Burch, Mass Ligand Binding Screening for Receptor Antagonists: Prototype New Drugs and Blind Alleys, 11 J. of Receptor Research 101 (1991) | ARRAY-MEK_5201855 | ARRAY-MEK_5201868 | R. PV, F, H |
| **PTX-0024** | **JTX-336** | DTX-335 | 1991 | | Carrupt et al. Molecular electrostatic potentials for characterizing drug-biosystem interactions, 203 Methods Enzymol 638 (1991) | ARRAY-MEK_5201869 | ARRAY-MEK_5201908 | R. PV, F, H |
| **PTX-0025** | **JTX-337** | DTX-336 | 1991 | | Casnellie, Protein Kinase Inhibitors: Probes for the Functions of Protein Phosphorylation, 22 Adv. Pharmacol. 167 (1991) | ARRAY-MEK_5201909 | ARRAY-MEK_5201947 | R. PV, F, H |
| **PTX-0026** | **JTX-021** | DTX-540 | 1991 | | Testa & Kier, The concept of molecular structure in structure activity relationship Studies and Drug Design, 11 Medicinal Res Rev 35 (1991) | ARRAY-MEK_5203058 | ARRAY-MEK_5203071 | R. PV, F, H |

## Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0027** | **JTX-022** | DTX-528 | 7/1/1991 | | Seger et al., Microtubuleassociated protein 2 kinases, ERK1 and ERK2, undergo autophosphorylation on both tyrosine and threonine residues: implications for their mechanism of activation, 88 Proc. Natl. Acad. Sci. U.S.A. 6142 (1991) | ARRAY-MEK_5202928 | ARRAY-MEK_5202932 | R. PV, F, H |
| **PTX-0028** | **JTX-023** | DTX-538 | 1992 | | Taylor et al., Structural Framework for the Protein Kinase Family, 8 Ann Rev Cell Biol 8, 429 (1992) | ARRAY-MEK_5203020 | ARRAY-MEK_5203053 | R. PV, F, H |
| **PTX-0029** | **JTX-024** | DTX-529 | 7/15/1992 | | Seger et al., Purification and characterization of mitogen-activated protein kinase activator(s) from epidermal growth factor-stimulated A431 cells, 267 J. Biol. Chem. 14373 (1992) | ARRAY-MEK_5202933 | ARRAY-MEK_5202941 | R. PV, F, H |
| **PTX-0030** | **JTX-025** | DTX-346 | 9/1/1992 | | Crews & Erikson, Purification of a murine protein-tyrosine/threonine kinase that phosphorylates and activates the Erk-1 gene product: relationship to the fission yeast byr1 gene product, 89 Proc. Natl. Acad. Sci. U.S.A. 8205 (1992) | ARRAY-MEK_5202010 | ARRAY-MEK_5202014 | R. PV, F, H |
| **PTX-0031** | **JTX-026** | DTX-391 | 1993 | | Hruby, Conformational and topographical considerations in the design of biologically active peptides, 33 Biopolymers 1073 (1993) | ARRAY-MEK_5202355 | ARRAY-MEK_5202364 | R. PV, F, H |
| **PTX-0032** | **JTX-027** | DTX-449 | 1993 | | Mordret, MAP kinase kinase: A node connecting multiple pathways,79 Biol Cell 193 (1993) | ARRAY-MEK_5202798 | ARRAY-MEK_5202813 | R. PV, F, H |
| **PTX-0033** | **JTX-028** | DTX-544 | 1993 | | Topliss, Some obsePVations on classical QSAR, 1 Perspectives in Drug Discovery and Design 253 (1993) | ARRAY-MEK_5203081 | ARRAY-MEK_5203096 | R. PV, F, H |
| **PTX-0034** | **JTX-029** | DTX-355 | 1/1/1994 | | Douville e al., Dual specificity kinases - a new family of signal transducers, 13 Cancer Metast Rev 1 (1994) | ARRAY-MEK_5202056 | ARRAY-MEK_5202062 | R. PV, F, H |
| **PTX-0035** | **JTX-030** | DTX-344 | 6/17/1994 | | Cowley et al., Activation of MAP kinase kinase is necessary and sufficient for PC12 differentiation and for transformation of NIH 3T3 cells, 77 Cell 841 (1994) | ARRAY-MEK_5201995 | ARRAY-MEK_5202006 | R. PV, F, H |
| **PTX-0036** | **JTX-031** | DTX-442 | 8/12/1994 | | Mansour et al., Transformation of mammalian cells by constitutively active MAP kinase kinase, 265 Science 966 (1994) | ARRAY-MEK_5202656 | ARRAY-MEK_5202660 | R. PV, F, H |
| **PTX-0037** | **JTX-032** | DTX-356 | 8/1/1995 | | Dudley et al., A synthetic inhibitor of the mitogen-activated protein kinase 92 Proc Natl Acad Sci USA 7686 (1995) | ARRAY-MEK_5202063 | ARRAY-MEK_5202066 | R. PV, F, H |
| **PTX-0038** | **JTX-322** | DTX-313 | 11/17/1995 | | Alessi et al., PD 098059 is a specific inhibitor of the activation of mitogen-activated protein kinase kinase in vitro and in vivo, 270 J. Biol. Chem. 27489 (1995) | ARRAY-MEK_5201719 | ARRAY-MEK_5201724 | R. PV, F, H |
| **PTX-0039** | **JTX-033** | DTX-573 | 11-Jun-96 | | U.S. Patent No. 5,525,625 (Bridges et al.(PD098059)), dated Jun. 11, 1996 | n/a | n/a | |
| **PTX-0040** | **JTX-034** | DTX-359 | 1998 | | Duncia et al., MEK inhibitors: the chemistry and biological activity of U0126, its analogs, and cyclization products, 8 Bioorg Med Chem Lett. 2839 (1998) | ARRAY-MEK_5202090 | ARRAY-MEK_5202095 | R, PV, F, H |
| **PTX-0041** | **JTX-356** | DTX-582 | 1998 | | Wermuth et al., Glossary of terms used in medicinal chemistry (IUPAC Recommendations 1998), 70 Pure and Applied Chemistry 1129 (1998) | ARRAY-MEK_5203175 | ARRAY-MEK_5203189 | R, PV, F, H |
| **PTX-0042** | | | 1998 | | Williams et al., Ro 09-2210 Exhibits Potent Antiproliferative Effects on Activated T Cells by Selectively Blocking MKK Activity, 37 Biochemistry 9579 (1998) | ARRAY-MEK_5203190 | ARRAY-MEK_5203196 | R, PV, F, H |
| **PTX-0043** | **JTX-035** | DTX-363 | 7/17/1998 | | Favata et al., Identification of a novel inhibitor of mitogen-activated protein kinase kinase, 273 J. Biol. Chem. 18623 (1998) | ARRAY-MEK_5202163 | ARRAY-MEK_5202172 | R, PV, F, H |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0044** | **JTX-036** | DTX-508 | 3-Sep-98 | | International Patent Publication No. WO 1998/037881 A1 (Warner-Lambert), dated September 3, 1998 | n/a | n/a | |
| **PTX-0045** | | | 1999 | | Hoshino et al., Constitutive activation of the 41-/43-kDa mitogen-activated protein kinase signaling pathway in human tumors, 18 Oncogene 813 (1999) | ARRAY-MEK_1015815 | ARRAY-MEK_1015824 | R, PV, F, H |
| **PTX-0046** | **JTX-037** | DTX-444 | 1999 | | Mason et al., Serine and tyrosine phosphorylations cooperate in Raf-1, but not B-Raf activation, 18 EMBO J. 2137 (1999) | ARRAY-MEK_5202692 | ARRAY-MEK_5202703 | R, PV, F, H |
| **PTX-0047** | **JTX-038** | DTX-509 | 14-Jan-99 | | International Patent Publication No. WO 1999/001421A1 (Warner-Lambert), dated January 14, 1999 | n/a | n/a | |
| **PTX-0048** | **JTX-039** | DTX-526 | 7/1/1999 | | Sebolt-Leopold et al., Blockade of the MAP kinase pathway suppresses growth of colon tumors in vivo, 5 Nat. Med. 810 (1999) | ARRAY-MEK_5202913 | ARRAY-MEK_5202919 | R, PV, F, H |
| **PTX-0049** | **JTX-369** | DTX-598 | 12/1/1999 | | Zhao et al., Resorcylic Acid Lactones: Naturally Occurring Potent and Selective Inhibitors of MEK, 52 J. Antibiot. 1086 (1999) | ARRAY-MEK_5203273 | ARRAY-MEK_5203281 | R, PV, F, H |
| **PTX-0050** | | | 2000 | | Hawkins et al., Bright-Glo™ and Steady-Glo® luciferase assay systems: reagents for academic and industrial applications, 75 Promega Notes 3 (2000). | ARRAY-MEK_5202324 | ARRAY-MEK_5202327 | R, PV, F, H |
| **PTX-0051** | **JTX-040** | DTX-527 | 2000 | | Sebolt-Leopold, Development of anticancer drugs targeting the MAP kinase pathway, 19 Oncogene 6594 (2000) | ARRAY-MEK_5202920 | ARRAY-MEK_5202927 | R, PV, F, H |
| **PTX-0052** | **JTX-368** | DTX-597 | 2000 | | Zhang, et al., Synthesis and Structure - Acitivity Relationships of 3-Cyano-4-(phenoxyanilino) quinolines as MEK (MAPKK) Inhibitors, 10 Bioorganic & Medicinal Chemistry Letters 2825 (2000) | ARRAY-MEK_5203269 | ARRAY-MEK_5203272 | R, PV, F, H |
| **PTX-0053** | | | 20-Jul-00 | | International Patent Publication No. WO 2000/041994 A1 (Warner-Lamber), dated Jul 20, 2000 | n/a | n/a | |
| **PTX-0054** | **JTX-041** | DTX-463 | 20-Jul-00 | | International Patent Publication No. WO 2000/042002 A1 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | |
| **PTX-0055** | **JTX-042** | DTX-464 | 20-Jul-00 | | International Patent Publication No. WO 2000/042003 A1, dated July 20, 2000 | n/a | n/a | |
| **PTX-0056** | **JTX-043** | DTX-465 | 20-Jul-00 | | International Patent Publication No. WO 2000/042022 A1 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | |
| **PTX-0057** | **JTX-044** | DTX-466 | 20-Jul-00 | | International Patent Publication No. WO 2000/042029 A1 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | |
| **PTX-0058** | **JTX-045** | DTX-461 | 20-Jul-00 | | International Patent Publication No. WO 2000/041505 A2 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | |
| **PTX-0059** | **JTX-046** | DTX-467 | 28-Sep-00 | | International Patent Publication No. WO 2000/056706 A1 (DuPont), dated September 28, 2000 | n/a | n/a | |
| **PTX-0060** | | | 2001 | | Lyons et al., Discovery of a novel Raf kinase inhibitor, 8 Endocrine-Related Cancer 219 (2001) | ARRAY-MEK_5202640 | ARRAY-MEK_5202647 | R, PV, F, H |
| **PTX-0061** | **JTX-047** | DTX-443 | 2001 | | Mason et al.,3-D Pharmacophores in Drug Discovery, 7 Current Pharmaceutical Design 567 (2001) | ARRAY-MEK_5202661 | ARRAY-MEK_5202691 | R, PV, F, H |
| **PTX-0062** | **JTX-361** | DTX-589 | 2001 | | Wouters & Ooms, Small Molecule Crystallography in Drug Design, 7 Current Pharmaceutical Design 529 (2001) | ARRAY-MEK_5203209 | ARRAY-MEK_5203225 | R, PV, F, H |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0063** | **JTX-367** | DTX-596 | 2001 | | Zhang et al., MEK (MAPKK) Inhibitors Part 2: Structure-Activity Relationships of 4-Anilino-3-cyano-6, 7-dialkoxyquinolines, 11 Bioorganic & Medicinal Chemistry Letters 1407 (2001) | ARRAY-MEK_5203265 | ARRAY-MEK_5203268 | R, PV, F, H |
| **PTX-0064** | **JTX-354** | DTX-580 | 2001 | | Weber et al., Active Ras induces heterodimerization of cRaf and Braf, 61 Cancer Res. 3595 (2001) | ARRAY-MEK_5203161 | ARRAY-MEK_5203166 | R, PV, F, H |
| **PTX-0065** | **JTX-048** | DTX-549 | 26-Jun-01 | | U.S. Patent No. 6,251,943 B1 Barrett et al. ((Warner Lambert)), dated Jun. 26, 2001 | n/a | n/a | |
| **PTX-0066** | **JTX-049** | DTX-468 | 20-Sep-01 | | International Patent Publication No. WO 2001/068619 A1 (Warner-Lambert), dated September 20, 2001 | n/a | n/a | |
| **PTX-0067** | **JTX-050** | DTX-550 | 30-Oct-01 | | U.S. Patent No. 6,310,060 B1 (Barrett et al. (Warner Lamert)), dated Oct. 30, 2001 | n/a | n/a | |
| **PTX-0068** | **JTX-051** | DTX-537 | 2002 | | Tasdemir et al., Aldisine Alkaloids from the Philippine Sponge Stylissa massa Are Potent Inhibitors of Mitogen-Activated Protein Kinase Kinase-1 (MEK-1), 45 J. Med. Chem. 529 (2002) | ARRAY-MEK_5203016 | ARRAY-MEK_5203019 | |
| **PTX-0069** | **JTX-366** | DTX-595 | 2002 | | Zhang & Liu, MAPK signal pathways in the regulation of cell proliferation in mammalian cells, 12 Cell Res. 9 (2002) | ARRAY-MEK_5203255 | ARRAY-MEK_5203264 | |
| **PTX-0070** | | | 2002 | | D.I. 72-Ex. I - Zhang, W., Liu, H., MAPK signal pathways in the regulation of cell proliferation in mammalian cells, 12 Cell Res 9 (2002)) | n/a | n/a | R, PV, F, H, UT |
| **PTX-0071** | **JTX-052** | DTX-469 | 24-Jan-02 | | International Patent Publication No. WO 2002/006213 A2 (PD325901), dated January 24, 2002 | n/a | n/a | |
| **PTX-0072** | **JTX-053** | DTX-351; DTX-182 | 6/27/2002 | | Davies et al., Mutations of the BRAF gene in human cancer, 417 Nature 949 (2002) | ARRAY-MEK_1066810 | ARRAY-MEK_1066815 | |
| **PTX-0073** | **JTX-054** | DTX-551 | 27-Aug-02 | | U.S. Patent No. 6,440,966 B1 Barrett et al. (45) Date of Patent: Aug. 27, 2002 (Warner-Lambert) | n/a | n/a | |
| **PTX-0074** | | | 24-Sep-02 | | U.S. Patent No. 6,455,582 B1 (Tecle (PD297447)), dated Sep. 24, 2002 | n/a | n/a | |
| **PTX-0075** | **JTX-055** | DTX-552 | 22-Oct-02 | | U.S. Patent No. 6,469,004 B1 (Barrett et al. (Warner-Lambert)), dated Oct. 22, 2002 | n/a | n/a | |
| **PTX-0076** | **JTX-056** | DTX-553 | 14-Jan-03 | | U.S. Patent No. 6,506,798 B1 (Barrett et al.(Warner-Lambert)), dated Jan. 14, 2003 | n/a | n/a | |
| **PTX-0077** | | | | | RESERVED | | | |
| **PTX-0078** | **JTX-058** | DTX-525 | 2/15/2003 | | Satyamoorthy, et al. Constitutive mitogen-activated protein kinase activation in melanoma is mediated by both BRAF mutations and autocrine growth factor stimulation, 63 Cancer Res. 756 (2003) | ARRAY-MEK_5202907 | ARRAY-MEK_5202910 | |
| **PTX-0079** | **JTX-329** | DTX-324 | 4/3/2003 | | Bakare et al., Synthesis and MEK1 inhibitory activities of imido-Substituted 2-chloro-1,4-naphthoquinones, 11 Bioorg Med Chem 3165 (2003) | ARRAY-MEK_5201809 | ARRAY-MEK_5201814 | |
| **PTX-0080** | **JTX-331** | DTX-326 | 4/8/2003 | | Berger et al., Synthesis and evaluation of 4-Anilino-6,7-dialkoxy-3-quinolinecarbonitriles as inhibitors of kinases of the Ras-MAPK signaling cascade, 13 Bioorg Med Chem Lett 3031 (2003) | ARRAY-MEK_5201825 | ARRAY-MEK_5201828 | |
| **PTX-0081** | **JTX-059** | DTX-554 | 8-Apr-03 | | U.S. Patent No. 6,545,030 B1 (Barrett et al.(Warner-Lambert)), dated Apr. 8, 2003 | n/a | n/a | |
| **PTX-0082** | **JTX-060** | DTX-470 | 3-Jul-03 | | International Patent Publication No. WO 2003/054180 A1 (Warner-Lambert), dated July 3, 2003 | n/a | n/a | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0083** | **JTX-061** | DTX-471 | 31-Jul-03 | | International Patent Publication No. WO 2003/062191 A1 (Warner-Lambert), dated July 31, 2003 | n/a | n/a | |
| **PTX-0084** | **JTX-062** | DTX-472 | 25-Sep-03 | | International Patent Publication No. WO 2003/077855 A2 (Array), dated September 25, 2003 | n/a | n/a | |
| **PTX-0085** | **JTX-063** | DTX-173; DTX-473; DTX-724 | 25-Sep-03 | | International Patent Publication No. WO 2003/077914 A1 (Array), dated September 25, 2003 | n/a | n/a | |
| **PTX-0086** | **JTX-323** | DTX-314 | 10/1/2003 | | Allen,CI-1040 (PD-184,352), a targeted signal transduction inhibitor of MEK (MAPKK), 30 Semin. Oncol. 105 No. 5 Suppl (2003) | ARRAY-MEK_5201725 | ARRAY-MEK_5201736 | |
| **PTX-0087** | **JTX-064** | DTX-474 | 9-Oct-03 | | International Patent Publication No. WO 2003/082208 A2 (BMS), dated October 9, 2003 | n/a | n/a | |
| **PTX-0088** | **JTX-065** | DTX-424 | 2004 | | Kataoka et al., Synthesis and structure-activity relationships of thioflavone derivatives as specific inhibitors of the ERKMAP kinase signaling pathway, 12 Bioorg Med Chem 2397 (2004) | ARRAY-MEK_5202453 | ARRAY-MEK_5202463 | |
| **PTX-0089** | **JTX-066** | DTX-435 | 2004 | | Lombardino, J.G. & Lowe, J.A., The role of the medicinal chemist in drug discovery – then and now, 3 Nature Reviews Drug Discovery 853 (2004) | ARRAY-MEK_5202580 | ARRAY-MEK_5202589 | |
| **PTX-0090** | **JTX-357** | DTX-584 | 2004 | | Wityak et al., Beyond U0126. Dianion chemistry leading to the rapid synthesis of a series of potent MEK inhibitors, 14 Bioorg Med Chem Lett. 1483 (2004) | ARRAY-MEK_5203197 | ARRAY-MEK_5203200 | R, PV, F, H |
| **PTX-0091** | **JTX-067** | DTX-340 | 3/8/2004 | | Cheng et al., Discovery and structure–activity relationship of coumarin derivatives as TNF-α inhibitors, 14 Bioorg Med Chem Lett 2411 (2004) | ARRAY-MEK_5201958 | ARRAY-MEK_5201962 | R, PV, F, H |
| **PTX-0092** | **JTX-318** | DTX-298 | 3/19/2004 | | Wan, et al., Mechanism of activation of the RAF-ERK signaling Pathway by Oncogenic Mutations of B-RAF, 116 Cell 855 (2004) | ARRAY-MEK_5203122 | ARRAY-MEK_5203134 | R, PV, F, H |
| **PTX-0093** | **JTX-068** | DTX-440 | 6/1/2004 | | Mallon et al., Identification of 4-anilino-3-quinolinecarbonitrile inhibitors of mitogenactivated protein/extracellular signal-regulated kinase 1 kinase, 3 Mol Cancer Ther 755 (2004) | ARRAY-MEK_5202648 | ARRAY-MEK_5202655 | R, PV, F, H |
| **PTX-0094** | **JTX-321** | DTX-312 | 9/15/2004 | | Ahmad et al., Kinase inhibition with BAY 43-9006 in renal cell carcinoma, 10 Clinical Cancer Research 6388,(2004) | ARRAY-MEK_5201714 | ARRAY-MEK_5201718 | R, PV, F, H |
| **PTX-0095** | **JTX-069** | DTX-374 | 10/1/2004 | | Garnett, et al., Guilty as charged B-RAF is a human oncogene 6 Cancer Cell 313 (2004) | ARRAY-MEK_5202253 | ARRAY-MEK_5202259 | R, PV, F, H |
| **PTX-0096** | **JTX-070** | DTX-555 | 23-Nov-04 | | U.S. Patent No. 6,821,963 (Barrett et al.), dated Nov. 23, 2004 | n/a | n/a | |
| **PTX-0097** | **JTX-071** | DTX-454; DTX-455; DTX-295 | 12/1/2004 | | Ohren et al., Structures of human MAP kinase kinase 1 (MEK1) and MEK2 describe novel noncompetitive kinase inhibition, 11 Nat Struct Mol Biol. 1192 (2004) | ARRAY-MEK_5202814 | ARRAY-MEK_5202820 | R, PV, F, H |
| **PTX-0098** | **JTX-072** | DTX-383 | 2005 | | Han et al., Identification of coumarin derivatives as a novel class of allosteric MEK1 inhibitors, 15 Bioorg Med Chem Lett 5467 (2005) | ARRAY-MEK_5202303 | ARRAY-MEK_5202309 | R, PV, F, H |
| **PTX-0099** | **JTX-073** | DTX-436 | 2005 | | Lorusso et al., A phase 1–2 clinical study of a second generation oral MEK inhibitor, PD 0325901 in patients with advanced cancer, 2005 ASCO Annual Meeting Abstract, 23 J. Clin. Oncol. 3011 (2005) | ARRAY-MEK_5202590 | ARRAY-MEK_5202591 | |
| **PTX-0100** | | | 2005 | | Menon et al., Pharmacokinetics (PK) and pharmacodynamics (PD) of PD0325901, a second generation MEK inhibitor after multiple oral doses of PD 0325901 to advanced cancer patients, 23 J.Clin. Oncology 3066 (2005) | ARRAY-MEK_5202777 | ARRAY-MEK_5202778 | R, PV, F, H |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0101** | **JTX-332** | DTX-328 | 1/10/2005 | | Bhatt et al., Adhesion control of cyclin D1 and p27Kip1 levels is deregulated in melanoma cells through BRAF-MEK-ERK signaling, 24 Oncogene 3459 ( 2005) | ARRAY-MEK_5201829 | ARRAY-MEK_5201842 | |
| **PTX-0102** | **JTX-074** | DTX-475 | 3-Feb-05 | | International Patent Publication No. WO 2005/009975 A2 (Warner-Lambert), dated February 3, 2005 | n/a | n/a | |
| **PTX-0103** | **JTX-075** | DTX-571 | 3-Mar-05 | | U.S. Patent Application No. US 2005/0049276 A1 ( Kaufman et al.) dated Mar. 3, 2005, (Pfizer) | n/a | n/a | |
| **PTX-0104** | **JTX-076** | DTX-476 | 17-Mar-05 | | International Patent Publication No. WO 2005/023251 A1 (Array), dated March 17, 2005 | n/a | n/a | |
| **PTX-0105** | **JTX-077** | DTX-477 | 17-Mar-05 | | International Patent Publication No. WO 2005/023759 A2 (Array), dated March 17, 2005 | n/a | n/a | |
| **PTX-0106** | **JTX-352** | DTX-577 | 4/1/2005 | | Wang et al., A role for K-ras in conferring resistance to the MEK inhibitor, CI-1040, 7 Neoplasia 336 (2005) | ARRAY-MEK_5203143 | ARRAY-MEK_5203154 | |
| **PTX-0107** | **JTX-078** | DTX-543 | 5/1/2005 | | Tonkens, An OvePView of the Drug Development Process, 31 The Physician Exec. 48 (2005) | ARRAY-MEK_5203076 | ARRAY-MEK_5203080 | |
| **PTX-0108** | **JTX-079** | DTX-556 | 10-May-05 | | U.S. Patent No. 6,891,066 B2 (Rewcastle et al. (Warner-Lambert)), dated May 10, 2005 | n/a | n/a | |
| **PTX-0109** | **JTX-080** | DTX-557 | 31-May-05 | | U.S. Patent No. 6,900,208 B2 (Salvati et al.(BMS)), dated May 31, 2005 | n/a | n/a | |
| **PTX-0110** | **JTX-081** | DTX-460 | 6/1/2005 | | Pawson & Scott, Protein phosphorylation in signaling- 50 years and counting, 30 Trends in Biochem Sci 286 (2005) | ARRAY-MEK_5202829 | ARRAY-MEK_5202833 | |
| **PTX-0111** | **JTX-082** | DTX-478 | 9-Jun-05 | | International Patent Publication No. WO 2005/051301 A2 (Array), dated June 9, 2005 | n/a | n/a | |
| **PTX-0112** | **JTX-083** | DTX-479 | 9-Jun-05 | | International Patent Publication No. WO 2005/051302A2 (Array), dated June 9, 2005 | n/a | n/a | |
| **PTX-0113** | **JTX-084** | DTX-480 | 9-Jun-05 | | International Patent Publication No. WO 2005/051906 A2 (Array), dated June 9, 2005 | n/a | n/a | |
| **PTX-0114** | **JTX-085** | DTX-405; DTX-406 | Jul-05 | | FDA Guidance for Industry Estimating-the-Maximum-Safe-Starting-Dose-in-Initial-Clinical-Trials...Adult-Healthy-Vols July 2005 See https://www.fda.gov/regulatory-information/search-fda-guidance-documents/estimatingmaximum-safe-starting-dose-initial-clinical-trials-therapeutics-adult-healthy-volunteers. | n/a | n/a | |
| **PTX-0115** | | | 7/22/2005 | | Food and Drug Administration. Guidance for industry: estimating the maximum safe starting dose in initial clinical trials for therapeutics in adult healthy volunteers. Center for Drug Evaluation and Research (CDER). 2005 Jul;7(0.001). | ARRAY-MEK_5204053 | ARRAY-MEK_5204082 | R, PV, H, A, UT |
| **PTX-0116** | **JTX-086** | DTX-437 | 8/10/2005 | | Lorusso et al., Phase I and pharmacodynamic study of the oral MEK inhibitor CI-1040 in patients with advanced malignancies, 23 J. Clin. Oncol. 5281 (2005) | ARRAY-MEK_5202597 | ARRAY-MEK_5202609 | |
| **PTX-0117** | **JTX-087** | DTX-481 | 9-Sep-05 | | International Patent Publication No. WO 2005/082891 A1 (Wyeth), dated September 9, 2005 | n/a | n/a | |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0118** | **JTX-320** | DTX-311 | 11/1/2005 | | Adjei, The role of mitogen-activated ERK-kinase inhibitors in lung cancer therapy, 7 Clin Lung Cancer 221 (2005) | ARRAY-MEK_5201711 | ARRAY-MEK_5201713 | |
| **PTX-0119** | **JTX-088** | DTX-482 | 24-Nov-05 | | International Patent Publication No. WO 2005/110410 A2 (Abbott), dated November 24, 2005 | n/a | n/a | |
| **PTX-0120** | **JTX-089** | DTX-174; DTX-201/ DTX-237; DTX-483 | 22-Dec-05 | | International Patent Publication No. WO 2005/121142A1 (Japan Tobacco), dated December 22, 2005 | n/a | n/a | |
| **PTX-0121** | **JTX-090** | DTX-339 | 2006 | | Chen et al., Pyrrolopyridazine MEK inhibitors,16 Bioorg Med Chem Lett 628 (2006) | ARRAY-MEK_5201953 | ARRAY-MEK_5201957 | |
| **PTX-0122** | **JTX-091** | DTX-429 | 2006 | | Langer & Hoffmann, Pharmacophore modelling: applications in drug discovery, 1 Expert Opinion on Drug Discovery 261 (2006) | ARRAY-MEK_5202528 | ARRAY-MEK_5202535 | R, PV, F, H |
| **PTX-0123** | **JTX-092** | DTX-456 | 2006 | | Oikonomou and Pintzas, Cancer Genetics of sporadic Colorectal Cancer: BRAF and PI3KCA Mutations, Their Impact on Signaling and Novel Targeted Therapies, 26 Anticancer Research 1077 (2006) | ARRAY-MEK_5202821 | ARRAY-MEK_5202828 | |
| **PTX-0124** | **JTX-350** | DTX-574 | 2006 | | Varaprasad et al.,Discovery of 3-hydroxy-4-carboxyalkylamidino-5-arylamino-isothiazoles as potent MEK1 inhibitors, 16 Bioorg Med Chem Lett 3975 (2006) | ARRAY-MEK_5203104 | ARRAY-MEK_5203109 | |
| **PTX-0125** | | | 2006 | | Johnson, D. - Emerging Targeted Therapies for Melanoma, Expert Opinion on Emerging Drugs, 2016 21 :2, 195-207 | ARRAY-MEK_1432486 | ARRAY-MEK_1432499 | R, PV, F, H |
| **PTX-0126** | **JTX-093** | DTX-533; DTX-189 | 1/19/2006 | | Solit et al., BRAF mutation predicts sensitivity to MEK inhibition, 439 Nature 358 (2006) | ARRAY-MEK_5202947 | ARRAY-MEK_5202957 | |
| **PTX-0127** | **JTX-094** | DTX-558 | 21-Feb-06 | | U.S. Patent No. 7,001,905 B2 )Biwersi et al.(Warner-Lambert)), dated Feb. 21, 2006 | n/a | n/a | |
| **PTX-0128** | **JTX-095** | DTX-484 | 23-Feb-06 | | International Patent Publication No. WO 2006/018188A2 (Roche), dated February 23, 2006 | n/a | n/a | |
| **PTX-0129** | **JTX-096** | DTX-485 | 5/4/2006 | | International Patent Publication No. WO 2006/045514 A1 (Applied Research Holdings, Pimasertib), dated May 4, 2006 | | | |
| **PTX-0129a** | | | 4-May-06 | | International Patent Publication No. WO 2006/045514 A1 (Applied Research Holdings, Pimasertib), dated May 4, 2006 | n/a | n/a | R, PV, H, UT |
| **PTX-0131** | **JTX-363** | DTX-592 | 6/20/2006 | | Yamamoto et al., Continuous ERK activation downregulates antiproliferative genes throughout G1 phase to allow cell-cycle progression, 16 Curr Biol 1171 (2006) | ARRAY-MEK_5203234 | ARRAY-MEK_5203245 | |
| **PTX-0132** | **JTX-097** | DTX-561 | 18-Jul-06 | | U.S. Patent No. 7,078,438 B2 (Rewcastle et al. (Warner Lambert)), dated Jul. 18, 2006 | n/a | n/a | |
| **PTX-0133** | | | 8/1/2006 | | Eisen et al., Sorafenib in advanced melanoma: a Phase II randomised discontinuation trial analysis, 95 Br. J. Cancer 581 (2006) | ARRAY-MEK_5202144 | ARRAY-MEK_5202149 | R, PV, F, H |
| **PTX-0134** | **JTX-098** | DTX-361 | 8/1/2006 | | El Abdellaoui et al., Identification of isothiazole-4-carboxamidines derivatives as a novel class of allosteric MEK1 inhibitors, 16 Bioorg Med Chem Lett 5561 (2006) | ARRAY-MEK_5202150 | ARRAY-MEK_5202155 | |
| **PTX-0135** | | | 13-Oct-06 | | Press Release: "Exelixis Files IND, dated October 13, 2006, Available at: https://ir.exelixis.com/node/15806/pdf | n/a | n/a | R, PV, H, A, UT |
| **PTX-0135a** | | | 13-Oct-06 | | Press Release: Exelixis Files IND Application for XL281, dated October 13, 2006 | ARRAY-MEK_5204083 | ARRAY-MEK_5204083 | R, PV, H, A, UT |
| **PTX-0137** | | | | | RESERVED | | | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0138** | **JTX-100** | DTX-426 | 12/1/2006 | | King et al., Demonstration of a genetic therapeutic index for tumors expressing oncogenic BRAF by the kinase inhibitor SB-590885, 66 Cancer Res. 11100 (2006) | ARRAY-MEK_5202504 | ARRAY-MEK_5202509 | |
| **PTX-0139** | **JTX-351** | DTX-575 | 12/1/2006 | | Verhaegen et al., A novel BH3mimetic reveals a mitogen-activated Protein Kinase-Dependent Mechanism of Melanoma Cell Death Controlled by p53 and Reactive Oxygen Species, 66 Cancer Res. 11348 (2006) | ARRAY-MEK_5203110 | ARRAY-MEK_5203121 | |
| **PTX-0140** | **JTX-101** | DTX-179 | 2007 | | Bhagwat, Chapter 17 titled "MAP Kinase Inhibitors in Inflammation and Autoimmune Disorders", 42 Annual Reports in Medicinal Chemistry, 269 (2007) | ARRAY-MEK_5200822 | ARRAY-MEK_5200837 | |
| **PTX-0141** | **JTX-102** | DTX-352 | 2007 | | Dhillon, et al., MAP Kinase Signalling Pathways in Cancer, 26 Oncogene 3279 (2007) | ENC_BIN_02082251 | ENC_BIN_02082262 | |
| **PTX-0142** | **JTX-103** | DTX-420 | 2007 | | Johnson, XL518, A Potent Selective Orally Bioavailable MEK1 inhibitor, Downregulates the RAS/RAF/MEK/ERK Pathway in vivo, Resulting in Tumor Growth Inhibition and Regression in Pre-Clinical Models, 6 Mol Cancer Ther C209 (2007) | ARRAY-MEK_5202408 | ARRAY-MEK_5202408 | R, PV, F, H |
| **PTX-0143** | | | 2007 | | Lorusso et al., Clinical aspects of a phase I study of PD-0325901, a selective oral MEK inhibitor, in patients with advance cancer, 6 Mol. Cancer Ther B113 (2007) | ARRAY-MEK_5202592 | ARRAY-MEK_5202596 | R, PV, H, F |
| **PTX-0144** | **JTX-104** | DTX-447 | 2007 | | Meloche & Pouyssegur, The ERK1/2 mitogen-activated protein kinase pathway as a master regulator of the G1- to S-phase transition, 26 Oncogene 3227 (2007) | ARRAY-MEK_5202762 | ARRAY-MEK_5202776 | |
| **PTX-0145** | **JTX-105** | DTX-534 | 2007 | | Spicer et al., 4-Anilino-5-carboxamido-2-pyridone Derivatives as Noncompetitive Inhibitors of Mitogen-Activated Protein Kinase Kinase, 50 J. Med. Chem. 5090 (2007) | ARRAY-MEK_5202965 | ARRAY-MEK_5202977 | |
| **PTX-0146** | | | 2007 | | Strumberg D, et al., Safety, pharmacokinetics, and preliminary antitumor activity of sorafenib: a review of four phase I trials in patients with advanced refractory solid tumors, 12 Oncologist 426 (2007) | ARRAY-MEK_5202997 | ARRAY-MEK_5203008 | R, PV, H, F |
| **PTX-0147** | **JTX-106** | DTX-350; DTX-191 | 2007 | | Wang et al., Clinical experience of MEK inhibitors in cancer therapy 1773 Biochim Biophys Acta 1248 (2007) | ARRAY-MEK_5203135 | ARRAY-MEK_5203142 | |
| **PTX-0148** | **JTX-107** | DTX-373 | 2/1/2007 | | Gaestel et al., Protein kinases as small molecule inhibitor targets in inflammation, 14 Curr Med Chem. 2214 (2007) | ARRAY-MEK_5202231 | ARRAY-MEK_5202252 | |
| **PTX-0149** | **JTX-108** | DTX-486 | 1-Feb-07 | | International Patent Publication No. WO 2007/014011 A2 (Valeant, RDEA119), dated February 1, 2007 | n/a | n/a | |
| **PTX-0150** | **JTX-365** | DTX-594 | 3/1/2007 | | Yeh et al., Biological characterization of ARRY-142886 (AZD6244), a potent, highly selective mitogen-activated protein kinase kinase 1/2 inhibitor, 13 Clin Cancer Res. 1576 (2007) | ARRAY-MEK_5203247 | ARRAY-MEK_5203254 | |
| **PTX-0151** | **JTX-109** | DTX-488 | 19-Apr-07 | | International Patent Publication No. WO 2007/044515 Al (Exelixis, Cobimetinib), dated April 19, 2007 | | | |
| **PTX-0152** | **JTX-110** | DTX-487 | 19-Apr-07 | | International Patent Publication No. WO 2007/044084 A2 (Array), dated April 19, 2007 | n/a | n/a | |
| **PTX-0153** | | | 5/1/2007 | | Huether et al., Sorafenib alone or as combination therapy for growth control of cholangiocarcinoma, 73 Biochemical Pharmacology 1308 (2007) | ARRAY-MEK_5202378 | ARRAY-MEK_5202384 | R, PV, F, H |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0154** | **JTX-111** | DTX-518 | 6/1/2007 | | Roberts et al., Targeting the Raf-MEK-ERK mitogen-activated protein kinase cascade for the treatment of cancer, 26 Oncogene 3291 (2007) | ARRAY-MEK_5202866 | ARRAY-MEK_5202886 | |
| **PTX-0155** | **JTX-112** | DTX-364 | 8/1/2007 | | Ferrer, Towards a new understanding of inflammation-based disorders: Highlights from the 8th World Congress on Inflammation, 32 Drugs of the Future 739 (2007) | ARRAY-MEK_5202173 | ARRAY-MEK_5202186 | |
| **PTX-0156** | **JTX-113** | DTX-446 | 8/1/2007 | | McCubrey et al., Roles of the Raf/MEK/ERK pathway in cell growth, malignant transformation and drug resistance, 1773 Biochim Biophys Acta 1263 (2007) | ARRAY-MEK_5202725 | ARRAY-MEK_5202761 | |
| **PTX-0157** | **JTX-114** | DTX-489 | 9-Aug-07 | | International Patent Publication No. WO 2007/088345 A1 (UCB Pharma, UCB1366554), dated August 9, 2007 | n/a | n/a | |
| **PTX-0158** | **JTX-115** | DTX-490 | 30-Aug-07 | | International Patent Publication No. WO 2007/096259 A1 (Roche), dated August 30, 2007 | n/a | n/a | |
| **PTX-0159** | **JTX-333** | DTX-329 | 10/1/2007 | | Bogoyevich & Fairlie, A new paradigm for protein kinase inhibition: blocking phosphorylation without directly targeting ATP binding, 12 Drug Discovery Today 622 (2007) | ARRAY-MEK_5201843 | ARRAY-MEK_5201854 | |
| **PTX-0160** | **JTX-362** | DTX-591 | 11/1/2007 | | Yamaguchi et al., Identification of JTP-70902, a p15INK4b-inductive compound, as a novel MEK1/2 inhibitor, 98 Cancer Sci. 1809 (2007) | ARRAY-MEK_5203226 | ARRAY-MEK_5203233 | |
| **PTX-0161** | **JTX-116** | DTX-362 | 12/1/2007 | | Estep AL, et al., Mutation analysis of BRAF, MEK1 and MEK2 in 15 ovarian cancer cell lines: Implications for Therapy, 2 PloS One 1279 (2007) | ARRAY-MEK_5202156 | ARRAY-MEK_5202162 | |
| **PTX-0162** | **JTX-117** | DTX-432 | 12/1/2007 | | Legrier et al., Targeting Protein Translation in Human Non–Small Cell Lung Cancer via Combined MEK and Mammalian Target of Rapamycin Suppression, 67 Cancer Res 11300 (2007) | ARRAY-MEK_5202545 | ARRAY-MEK_5202553 | |
| **PTX-0163** | **JTX-118** | DTX-532 | 12/1/2007 | | Solit et al., 3′-Deoxy-3′-[18thF]Fluorothymidine Positron Emission Tomography Is a Sensitive Method for Imaging the Response of BRAFDependent Tumors to MEK Inhibition, 67 Cancer Res 11463 (2007) | ARRAY-MEK_5202958 | ARRAY-MEK_5202964 | |
| **PTX-0164** | **JTX-119** | DTX-376 | 2008 | | Gilmartin et al., GSK1120212 is a novel Mek inhibitor demonstrating sustained inhibition of ERK phosphorylation and selective inhibition of B-Raf and RAS mutant cells in preclinical models, 20th AACR-NCI-EORTC Symposium on Molecular Targets and Cancer Therapeutics 2008 (Abstract [567]), 6 EJC Suppl. 178 (2008). 567 POSTER GSK1120212 | ARRAY-MEK_5202262 | ARRAY-MEK_5202262 | |
| **PTX-0165** | **JTX-120** | DTX-382 | 2008 | | Haass et al., The Mitogen-Activated ProteinExtracellular Signal-Regulated Kinase Kinase Inhibitor AZD6244 (ARRY-142886) Induces Growth Arrest in Melanoma Cells and Tumor Regression When Combined with Docetaxel, 14 Clin Cancer Res. 230 (2008) | ARRAY-MEK_5202293 | ARRAY-MEK_5202302 | |
| **PTX-0166** | **JTX-121** | DTX-388 | 2008 | | Holcomb et al., Pancreatic Cancer Cell Genetics and Signaling Response to Treatment Correlate with Efficacy of Gemcitabine-Based Molecular Targeting Strategies, 12 J. Gastrointest Surg. 288 (2008) | ARRAY-MEK_5202328 | ARRAY-MEK_5202336 | |
| **PTX-0167** | **JTX-122** | DTX-519 | 2008 | | Rosen et al., A Phase I Dose-Escalation Study of XL518, a Potent MEK Inhibitor Administered Orally Daily to Subjects with Solid Tumors, 2008 ASCO Annual Meeting Abstract, 26 J. Clin. Oncol. 14585 (2008) | ARRAY-MEK_5202887 | ARRAY-MEK_5202888 | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0168** | **JTX-123** | DTX-535; DTX-190 | 2008 | | Spicer, New small-molecule inhibitors of mitogen-activated protein kinase kinase, 3 Expert Opin Drug Discov. 801 (2008) | ARRAY-MEK_5202978 | ARRAY-MEK_5202996 | |
| **PTX-0169** | **JTX-124** | DTX-536 | 2008 | | Sun, Pharmacophore-Based Virtual Screening, 15 Curr. Med. Chem. 1018 (2008) | ARRAY-MEK_5203009 | ARRAY-MEK_5203015 | |
| **PTX-0170** | **JTX-353** | DTX-579 | 2008 | | Warmus, 2-Alkylamino- and alkoxy-substituted 2-amino-1,3,4-oxadiazoles—O-Alkyl benzohydroxamate esters replacements retain the desired inhibition and selectivity against MEK (MAP ERK kinase), 18 Bioorg. Med. Chem. Letters 6171 (2008) | ARRAY-MEK_5203155 | ARRAY-MEK_5203160 | |
| **PTX-0171** | **JTX-355** | DTX-581 | 2008 | | Wentz et al., Targeting MEK is effective chemoprevention of hepatocellular carcinoma in TGF-alpha-transgenic mice, 12 J. Gastrointest Surg. 30 (2008) | ARRAY-MEK_5203167 | ARRAY-MEK_5203174 | |
| **PTX-0172** | **JTX-358** | DTX-586 | 2008 | | Wolber et al., Molecule-pharmacophore superpositioning and pattern matching in computational drug design, 13 Drug Discovery Today 23 (2008) | ARRAY-MEK_5203201 | ARRAY-MEK_5203208 | |
| **PTX-0173** | | | 2008 | | Barrett, et al., The Discovery of the Benzhydroxamate MEK Inhibitors CI-1040 and PD0325901, 18 BMCL 6501 (2008) | ARRAY-MEK_5203839 | ARRAY-MEK_5203842 | PV, A, H, UT |
| **PTX-0174** | **JTX-125** | DTX-423 | 1/30/2008 | | Kapetanovic, Computer-aided drug discovery and development (CADDD): In silico-chemico-biological approach, 171 Chemico-Biological Interactions 165 (2008) | ARRAY-MEK_5202435 | ARRAY-MEK_5202452 | |
| **PTX-0175** | | | | | RESERVED | | | |
| **PTX-0176** | **JTX-127** | DTX-491 | 21-Feb-08 | | International Patent Publication No. WO 2008/020206 A2 (UCB Pharma), dated February 21, 2008 | n/a | n/a | |
| **PTX-0177** | **JTX-128** | DTX-545 | 2/26/2008 | | Tsai et al., Discovery of a selective inhibitor of oncogenic B-Raf kinase with potent antimelanoma activity, 105 Proc. Natl. Acad. Sci. U.S.A. 3041 (2008) | ARRAY-MEK_5203097 | ARRAY-MEK_5203102 | R, PV, A, H |
| **PTX-0178** | **JTX-129** | DTX-492 | 28-Feb-08 | | International Patent Publication No. WO 2008/024725 A1 (Genentech), dated February 28, 2008 | n/a | n/a | R, PV, H |
| **PTX-0179** | | | | | RESERVED | | | |
| **PTX-0180** | **JTX-319** | DTX-310 | 5/1/2008 | | Adjei et al., Phase I Pharmacokinetic and Pharmacodynamic Study of the Oral, Small-Molecule Mitogen-Activated Protein Kinase Kinase 1/2 Inhibitor AZD6244 (ARRY-142886) in Patients with Advanced Cancers, 26 J. Clin. Oncol. 2139 (2008) | ARRAY-MEK_5201693 | ARRAY-MEK_5201710 | R, PV, A, H |
| **PTX-0181** | **JTX-131** | DTX-523 | 5/1/2008 | | Sala et al., B-Raf Silencing by Short Hairpin RNA or Chemical Blockade by PLX4032 Leads to Different Responses in Melanoma and Thyroid Carcinoma Cells, 6 Mol Cancer Res 751(2008) | ARRAY-MEK_5202892 | ARRAY-MEK_5202900 | |
| **PTX-0182** | **JTX-132** | DTX-129 | 1-May-08 | Shah Ex. 10 | Article abstract: Research Potential synergistic anti-tumor effects between sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC)Cancer Res (2008) 68 (, Supplement): 2435, | n/a | n/a | |
| **PTX-0183** | | | | | RESERVED | | | |
| **PTX-0184** | **JTX-134** | DTX-562 | 27-May-08 | | U.S. Patent No. 7,378,423 B2 (Kawasaki et al.(Japan Tobacco)), dated May 27, 2008 | n/a | n/a | |

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0185** | **JTX-135** | DTX-431 | 6/1/2008 | | Leboeuf et al., BRAFV600E mutation is associated with preferential sensitivity to mitogen-Activated Protein Kinase Kinase Inhibition in Thyroid Cancer Cell Lines (2008) | ARRAY-MEK_5202537 | ARRAY-MEK_5202544 | |
| **PTX-0186** | **JTX-136** | DTX-448; DTX-279 | 6/15/2008 | | Montagut C, et al., Elevated CRAF as a potential mechanism of acquired resistance to BRAF inhibition in melanoma, 68 Cancer Res. 4853 (2008) | ARRAY-MEK_5202779 | ARRAY-MEK_5202797 | |
| **PTX-0187** | **JTX-137** | DTX-493 | 3-Jul-08 | | International Patent Publication No. WO 2008/079814 A3(Takeda - genus), dated July 3, 2008 | | | |
| **PTX-0188** | **JTX-138** | DTX-572 | 24-Jul-08 | | U.S. Patent Application No. US 2008/0177082 A1 (Wallace et al. (Array)), Pub. Date: Jul. 24, 2008 | n/a | n/a | |
| **PTX-0189** | **JTX-139** | DTX-563 | 12-Aug-08 | | U.S. Patent No. 7,411,001 B2( Barrett et al.(PD325901)), dated Aug. 12, 2008 | n/a | n/a | |
| **PTX-0190** | **JTX-140** | DTX-593 | 8/31/2008 | | Yan et al., Design and Synthesis of RDEA119 a Potent and Orally Bioavailable MEK Inhibitor, Poster # P464 10th International Symposium on Medicinal Chemistry, Vienna Austria (2008, August 31–September 4) | ARRAY-MEK_5203246 | ARRAY-MEK_5203246 | |
| **PTX-0190a** | **JTX-140** | DTX-593 | 4-Sep-08 | | Yan, et al., Poster #: P464 Design and Synthesis of RDEA119 a Potent and Orally Bioavailable MEK Inhibitor. 10th Intl Symposium on Medicinal Chemistry (EFMC ISMC) August 31 - September 4, 2008 Vienna, Austria | ARRAY-MEK_5200988 | ARRAY-MEK_5200988 | R, PV, A, H |
| **PTX-0191** | **JTX-141** | DTX-369; DTX-183 | 9/1/2008 | | Folkes et al., The Identification of 2-(1 H-lndazol-4-yl)-6-{ 4-methanesulfonyl-piperazin-1-ylmethyl)-4- morpholin-4-ylthieno[3,2-a1pyrimidine (GDC-0941) as a Potent, Selective, Orally Bioavailable Inhibitor of Class I PI3 Kinase for the Treatment of Cancer, 51 J. Med. Chem. 5522 (2008) | ARRAY-MEK_5202208 | ARRAY-MEK_5202219 | |
| **PTX-0192** | **JTX-330** | DTX-325 | 9/5/2008 | | Berger et al., 4-Anilino-7-alkenylquinoline-3-carbonitriles as potent MEK1 kinase inhibitors, 16 Bioorg Med Chem Lett 9202 (2008) | ARRAY-MEK_5201815 | ARRAY-MEK_5201824 | R, PV, A, H |
| **PTX-0193** | **JTX-142** | DTX-564 | 16-Sep-08 | | U.S. Patent No. 7,425,637 B2 (Wallace et al.(Array)), dated Sep. 16, 2008 | n/a | n/a | |
| **PTX-0194** | **JTX-143** | DTX-565 | 23-Sep-08 | | U.S. Patent No. 7,427,635 B2 (Chu et al.(Roche)), dated Sep. 23, 2008 | n/a | n/a | |
| **PTX-0195** | **JTX-144** | DTX-494 | 25-Sep-08 | | International Patent Publication No. WO 2008/115890 A2 (Takeda), dated September 25, 2008 | n/a | n/a | |
| **PTX-0196** | **JTX-145** | DTX-566 | 30-Sep-08 | | U.S. Patent No. 7,429,667 B2 (Abdellaoui et al.(Valeant)), dated Sep. 30, 2008 | n/a | n/a | |
| **PTX-0197** | **JTX-146** | DTX-439; DTX-278 | 10/9/2008 | | Luo et al., Identification of BRAF Inhibitors Though In Silico Screeni 51 J. Med. Chem. 6121 (2008) | ARRAY-MEK_5202624 | ARRAY-MEK_5202639 | |
| **PTX-0198** | **JTX-148** | DTX-103 | 9-Oct-08 | Marlow Ex. 88 | International Patent Publication No. WO 2008/120004, dated Oct 9, 2008 | n/a | n/a | |
| **PTX-0198a** | **JTX-148** | DTX-103 | 9-Oct-08 | Shah Ex. 09 | International Application Patent Publication No. WO 2008/120004, dated Oct 9, 2008 | ARRAY-MEK_1126107 | ARRAY-MEK_1126168 | |
| **PTX-0199** | **JTX-149** | DTX-407 | 23-Oct-08 | | Myers - Exelixis Says GSK Collaboration to End, Fierce Biotech, dated October 23, 2008 | n/a | n/a | R, PV, A, H |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0200** | **JTX-150** | DTX-567 | 11-Nov-08 | | U.S. Patent No. 7,449,460 B2 (Berger et al.(Wyeth)), dated Nov. 11, 2008 | n/a | n/a | |
| **PTX-0201** | **JTX-151** | DTX-495 | 20-Nov-08 | | International Patent Publication No. WO 2008/138639 A1 (Bayer), dated November 20, 2008 | n/a | n/a | |
| **PTX-0202** | **JTX-328** | DTX-323 | 12/1/2008 | | Backes et al., Small-molecule inhibitors binding to protein kinase. Part II: the novel pharmacophore approach of type II and type III inhibition, 3 Expert Opinion on Drug Discovery 1427 (December 2008) | ARRAY-MEK_5201785 | ARRAY-MEK_5201808 | R, PV, A, H |
| **PTX-0203** | **JTX-152** | DTX-496 | 4-Dec-08 | | International Patent Publication No. WO 2008/148034 A1 (Takeda), dated December 4, 2008 | n/a | n/a | |
| **PTX-0204** | **JTX-325** | DTX-317 | 2009 | | Andricopulo et al., Structure-Based Drug Design Strategies in Medicinal Chemistry, 9 Curr. Topics Med. Chem. 771 (2009) | ARRAY-MEK_5201740 | ARRAY-MEK_5201760 | |
| **PTX-0205** | | | 2009 | | Fischmann et al., Crystal structures of MEK1 binary and ternary complexes with nucleotides and inhibitors, 48 Biochemistry 2661 (2009) | ARRAY-MEK_5202192 | ARRAY-MEK_5202205 | |
| **PTX-0206** | **JTX-153** | DTX-365 | 2009 | | Fischmann et al., 48 Biochemistry 2661 (2009) Suppl Data1 | ARRAY-MEK_5202187 | ARRAY-MEK_5202191 | R, PV, A, H |
| **PTX-0207** | **JTX-154** | DTX-368 | 2009 | | Flaherty et al., Phase I Study of PLX4032: Proof of Concept for V600E B-Raf Mutation as a Therapeutic Target in Human Cancer, 2009 ASCO Annual Meeting Abstract, 27 J. Clin. Oncol. 9000 (2009) | ARRAY-MEK_5202206 | ARRAY-MEK_5202207 | |
| **PTX-0208** | **JTX-155** | DTX-379 | 2009 | | Goto et al., E6201(3S,4R,5Z,8S,9S,11E)-14-(Ethylamino)-8, 9,16-trihydroxy-3,4-dimethyl- 3,4,9,19-tetrahydro-1H-2-benzoxacyclotetradecine-1,7(8H)-dione], a Novel Kinase Inhibitor of Mitogen-Activated rProtein Kinase/Extracellular Signal-Regulated Kinase Kinase (MEK)-1 and MEK Kinase-1: In Vitro Characterization of Its Anti-Inflammatory and Antihyperproliferative Activities, 331 J. of Pharmacology and Experimental Therapeutics 485 (2009) | ARRAY-MEK_5202271 | ARRAY-MEK_5202281 | |
| **PTX-0209** | **JTX-156** | DTX-380 | 2009 | | Goutopoulos et al., AS703026: a novel allosteric MEK inhibitor, 69 Cancer Res.: Abstract 4776 (2009) | ARRAY-MEK_5202282 | ARRAY-MEK_5202282 | |
| **PTX-0210** | **JTX-157** | DTX-414 | 2009 | | Huerta et al., In vitro and in vivo sensitization of SW620 metastatic colon cancer cells to CDDP-induced apoptosis by the nitric oxide donor DETANONOate: Involvement of AIF, 20 Nitric Oxide 182 (2009) | ARRAY-MEK_5202365 | ARRAY-MEK_5202377 | |
| **PTX-0211** | **JTX-158** | DTX-430 | 2009 | | Laquerre et al., Abstract B88 A Selective Raf Kinase Inhibitor Induces Cell Death and Tumor Regression of Human Cancer Cell Line Encoding B-RafV600E Mutation,8 (12_Supplement) Mol. Cancer Ther. B88 (2009) | ARRAY-MEK_5202536 | ARRAY-MEK_5202536 | |
| **PTX-0212** | | | 2009 | | Schwartz et al., A phase I study of XL281, a selective oral RAF kinase inhibitor, in patients (Pts) with advanced solid tumors, 27 J. Clin. Oncol. 3513 (2009) | ARRAY-MEK_5202911 | ARRAY-MEK_5202912 | R, PV, A, H |
| **PTX-0213** | **JTX-159** | DTX-531; DTX-188 | 2009 | | Smalley and Flaherty, Integrating BRAFMEK inhibitors into combination therapy for melanoma 100, British J. of Cancer 431 (2009) | ARRAY-MEK_5202942 | ARRAY-MEK_5202946 | |
| **PTX-0214** | **JTX-160** | DTX-539 | 2009 | | Tecle et al., Beyond the MEK-pocket: Can current MEK kinase inhibitors be utilized to synthesize novel type III NCKIs? Does the MEK-pocket exist in kinases other than MEK?, 19 Bioorg Med Chem Lett 226 (2009) | ARRAY-MEK_5203054 | ARRAY-MEK_5203057 | |

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0215** | | | 2009 | | Thompson et al., A three-part, phase I, dose-escalation study of GSK1120212, a potent MEK inhibitor, administered orally to subjects with solid tumors of lymphoma, 27 J. Clin. Oncology 14584 (2009) | ARRAY-MEK_5203072 | ARRAY-MEK_5203075 | R, PV, A, H |
| **PTX-0216** | **JTX-370** | DTX-599 | 2009 | | Zoete et al., Docking, virtual high throughput screening and in silico fragment-based drug design, 13 J Cell Mol Med. 238 (2009) | ARRAY-MEK_5203282 | ARRAY-MEK_5203292 | |
| **PTX-0217** | **JTX-161** | DTX-498 | 29-Jan-09 | | International Patent Publication No. WO 2009/014100 A1 (Chugai), dated January 29, 2009 | n/a | n/a | |
| **PTX-0218** | **JTX-162** | DTX-497 | 29-Jan-09 | | International Patent Publication No. WO 2009/013462 A1 (UCB Pharma), dated January 29, 2009 | n/a | n/a | |
| **PTX-0219** | **JTX-163** | DTX-499 | 5-Feb-09 | | International Patent Publication No. WO 2009/018233 A1 (Ardea Biosciences), dated February 5, 2009 | n/a | n/a | |
| **PTX-0220** | **JTX-164** | DTX-348 | 3/1/2009 | | Daouli et al., Characterization of a Novel Mitogen-Activated Protein Kinase Kinase 1/2 Inhibitor with a Unique Mechanism of Action for Cancer Therapy, 69 Cancer Res. 1924 (2009) | ARRAY-MEK_5202036 | ARRAY-MEK_5202044 | |
| **PTX-0221** | | | 3/16/2009 | | MEK Inhibitor PD-325901 To Treat Advanced Non-Small Cell Lung Cancer, Record History \| ver. 34: 2009-03-16 \| NCT00174369 \| ClinicalTrials.gov | ARRAY-MEK_5203942 | ARRAY-MEK_5203951 | R, PV, A, UT |
| **PTX-0222** | | | 3/24/2009 | | A Study of ARRY-142886 in Patients With Advanced Cancer. Record History \| ver. 5: 2009-03-24 \| NCT00085787 \| ClinicalTrials.gov | ARRAY-MEK_5204001 | ARRAY-MEK_5204006 | R, PV, A, UT |
| **PTX-0223** | | | 14-Apr-09 | | U.S. Patent No. 7,517,994 B2 (Marlow et al. (Array)), dated Apr. 14, 2009 | n/a | n/a | |
| **PTX-0224** | | | 4/15/2009 | | Study of Cobimetinib in Participants With Solid Tumors. Record History \| ver. 5: 2009-04-15 \| NCT00467779 \| ClinicalTrials.gov | ARRAY-MEK_5204007 | ARRAY-MEK_5204015 | R, PV, A, UT |
| **PTX-0225** | **JTX-166** | DTX-500 | 22-May-09 | | International Patent Publication No. WO 2009/064675 A1 (Takeda), dated May 22, 2009 | n/a | n/a | |
| **PTX-0226** | **JTX-167** | DTX-546 | 4-Jun-09 | | U.S. Patent Application No. US 2009/0143389 Al Blake et al. ( (Array), Pub. Date: Jun. 4, 2009 | n/a | n/a | |
| **PTX-0227** | **JTX-168** | DTX-502 | 9-Jul-09 | | International Patent Publication No. WO 2009/085983 A1 (Genentech), dated July 9, 2009 | | | |
| **PTX-0228** | | | 9-Jul-09 | | International Patent Publication No. WO 2009/085983 A1 (Genentech), dated July 9, 2009 | n/a | n/a | R, PV, H, F |
| **PTX-0229** | **JTX-169** | DTX-501 | 9-Jul-09 | | International Patent Publication No. WO 2009/085980 A1 (Genentech), dated July 9, 2009 | n/a | n/a | |
| **PTX-0230** | **JTX-170** | DTX-503 | 30-Jul-09 | | International Patent Publication No. WO 2009/093009 A1 (UCB Pharma), dated July 30, 2009 | n/a | n/a | |
| **PTX-0231** | **JTX-171** | DTX-504 | 30-Jul-09 | | International Patent Publication No. WO 2009/093013 A1 (UCB Pharma), dated July 30, 2009 | n/a | n/a | |
| **PTX-0232** | | | | | RESERVED | | | |
| **PTX-0233** | **JTX-173** | DTX-342 | 8/1/2009 | | Ciuffreda et al., Growth-inhibitory and antiangiogenic activity of the MEK inhibitor PD0325901 in malignant melanoma with or without BRAF mutations, 11 Neoplasia. 720 (2009) | ARRAY-MEK_5201963 | ARRAY-MEK_5201980 | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0234** | | | 8/13/2009 | | A Study of ARRY-438162 (MEK162) in Patients With Advanced Cancer, Record History \| ver. 1: 2009-08-13 \| NCT00959127 \| ClinicalTrials.gov | ARRAY-MEK_5203884 | ARRAY-MEK_5203892 | R, PV, UT |
| **PTX-0235** | | | 18-Aug-09 | | U.S. Patent No. 7,576,072 B2 (Wallace et al. ((Array)), dated Aug. 18, 2009 | n/a | n/a | |
| **PTX-0236** | **JTX-174** | DTX-547 | 20-Aug-09 | | U.S. Patent Application No. US 2009/0209542 A1 ( Marlow et al. (Array)), Pub. Date: Aug. 20, 2009 | n/a | n/a | |
| **PTX-0237** | **JTX-175** | DTX-418 | 9/1/2009 | | Iverson et al., RDEA119/BAY 869766: A Potent, Selective, Allosteric Inhibitor of MEK1/2 for the Treatment of Cancer, 69 Cancer Rsch. 6839 (2009) | ARRAY-MEK_5202399 | ARRAY-MEK_5202407 | |
| **PTX-0238** | | | 9/3/2009 | | National Institutes of Health. NCT00559949: "Selumetinib in Treating Patients With Papillary Thyroid Cancer That Did Not Respond to Radioactive Iodine" ClinicalTrials.gov. Record History, ver. 19, 2009-09-03 | ARRAY-MEK_5203871 | ARRAY-MEK_5203883 | R, PV, UT |
| **PTX-0239** | | | 9/22/2009 | | Trial of MSC1936369B in Subjects With Solid Tumors, Record History \| ver. 1: 2009-09-22 \| NCT00982865 \| ClinicalTrials.gov | ARRAY-MEK_5203893 | ARRAY-MEK_5203901 | R, PV, UT |
| **PTX-0240** | **JTX-176** | DTX-569 | 3-Nov-09 | | U.S. Patent No. 7,612,212 B2 (Chen et al. (Roche)), dated Nov. 3, 2009 | n/a | n/a | |
| **PTX-0241** | | | 11/18/2009 | | Trial of Gemcitabine With or Without MSC1936369B in Pancreatic Cancer, Record History \| ver. 1: 2009-11-18 \| NCT01016483 \| ClinicalTrials.gov | ARRAY-MEK_5203902 | ARRAY-MEK_5203910 | R, PV, UT |
| **PTX-0242** | | | 11/25/2009 | | Safety, Tolerability and Pharmacokinetics of Cobimetinib in Combination With Pictilisib in Patients With Locally Advanced or Metastatic Solid Tumors, Record History \| ver. 2: 2009-11-25 \| NCT00996892 \| ClinicalTrials.gov | ARRAY-MEK_5203921 | ARRAY-MEK_5203930 | R, PV, UT |
| **PTX-0243** | **JTX-177** | DTX-505 | 3-Dec-09 | | International Patent Publication No. WO 2009/146034 A2 (Takeda), dated December 3, 2009 | n/a | n/a | |
| **PTX-0244** | | | 12/15/2009 | | Study of TAK-733 in Adult Patients With Advanced Nonhematologic Malignancies, Record History \| ver. 4: 2009-12-15 \| NCT00948467 \| ClinicalTrials.gov | ARRAY-MEK_5203962 | ARRAY-MEK_5203970 | R, PV, UT |
| **PTX-0245** | | | 12/17/2009 | | A Study of GDC-0941 in Patients With Locally Advanced or Metastatic Solid Tumors or Non- Hodgkin's Lymphoma for Which Standard Therapy Either Does Not Exist or Has Proven Ineffective or Intolerable, Record History \| ver. 3: 2009-12-17 \| NCT00876122 \| ClinicalTrials.gov | ARRAY-MEK_5203952 | ARRAY-MEK_5203961 | R, PV, UT |
| **PTX-0246** | **JTX-178** | DTX-506 | 23-Dec-09 | | International Patent Publication No. WO 2009/153554 A1 (UCB Pharma), dated December 23, 2009 | n/a | n/a | |
| **PTX-0247** | **JTX-179** | DTX-349 | 2010 | | Daouti et al., reclinical In vivo Evaluation of Efficacy, Pharmacokinetics, and Pharmacodynamics of a Novel MEK1/2 Kinase Inhibitor RO5068760 in Multiple Tumor Models, 9 Mol Cancer Ther 134 (2010). | ARRAY-MEK_5202045 | ARRAY-MEK_5202055 | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0248** | **JTX-180** | DTX-422 | 2010 | | Frémin & Meloche, Frémin & Meloche, From basic research to clinical development of MEK1/2 inhibitors for cancer therapy, 3 J. of Hematology & Oncology 6 (2010) | ARRAY-MEK_5202220 | ARRAY-MEK_5202230 | R, PV, A, H |
| **PTX-0249** | **JTX-181** | DTX-445 | 2010 | | McCubrey et al., Emerging MEK Inhibitors, 15 Expert Opin Emerging Drugs 203 (2010) | ARRAY-MEK_5202704 | ARRAY-MEK_5202724 | |
| **PTX-0250** | **JTX-182** | DTX-524 | 2010 | | Salerno et al., Cytostatic activity of adenosine triphosphate-competitive kinase inhibitors in BRAF mutant thyroid carcinoma cells, 95 J. Clin. Endocrinol Metab. 450 (2010). | ARRAY-MEK_5202901 | ARRAY-MEK_5202906 | |
| **PTX-0251** | | | 2010 | | Turnquist et al., Investigation of the growth inhibitory activity of the MEK Inhibitor ARRY-438162 in combination with everolimus in a variety of Kras and P13K pathway mutant cancers, 70 Cancer Res. 3855 (2010) | ARRAY-MEK_5203103 | ARRAY-MEK_5203103 | R, PV, A, H |
| **PTX-0252** | **JTX-180** | DTX-422 | 2010 | | Fremin & Meloche - From Basic Research to Clinical Development of MEK1/2 Inhibitors for Cancer Therapy, 3 Journal of Hematology & Oncology 8 (2010) | ARRAY-MEK_4473175 | ARRAY-MEK_4473185 | |
| **PTX-0253** | **JTX-359** | DTX-587 | 2010 | | WHO, Growing threat from counterfeit medicines, 88 World Health Org 247 (2010) | ARRAY-MEK_5203794 | ARRAY-MEK_5203795 | |
| **PTX-0254** | **JTX-184** | DTX-507 | 7-Jan-10 | | International Patent Publication No. WO 2010/003025 A1 (Genentech), dated January 7, 2010 | n/a | n/a | |
| **PTX-0255** | | | 1/8/2010 | | Phase 1 Dose-escalation PK/PD Trial in Advanced Cancer Patients. Record History \| ver. 8: 2010-01-08 \| NCT00610194 \| ClinicalTrials.gov | ARRAY-MEK_5204034 | ARRAY-MEK_5204042 | R, PV, UT |
| **PTX-0256** | | | 1/13/2010 | | RDEA119 and Sorafenib Combination Dose Escalation Study. Record History \| ver. 6: 2010-01-13 \| NCT00785226 \| ClinicalTrials.gov | ARRAY-MEK_5204016 | ARRAY-MEK_5204024 | R, PV, UT |
| **PTX-0257** | | | 1/14/2010 | | Trial of Pimasertib in Hematological Malignancies. Record History \| ver. 2: 2010-01-14 \| NCT00957580 \| ClinicalTrials.gov | ARRAY-MEK_5203931 | ARRAY-MEK_5203941 | R, PV, UT |
| **PTX-0258** | **JTX-185** | DTX-570 | 26-Jan-10 | | U.S. Patent No. 7,652,047 B2 (Abdellaoui et al. (Valeant)), dated Jan. 26, 2010 | n/a | n/a | |
| **PTX-0259** | | | 1/27/2010 | | MEK Inhibitor AZD6244 in Treating Patients With Stage III or Stage IV Melanoma. Record History \| ver. 6: 2010-01-27 \| NCT00866177 \| ClinicalTrials.gov | ARRAY-MEK_5204025 | ARRAY-MEK_5204033 | R, PV, UT |
| **PTX-0260** | | | 2/12/2010 | | A Study of GDC-0941 in Participants With Locally Advanced or Metastatic Solid Tumors for Which Standard Therapy Either Does Not Exist or Has Proven Ineffective or Intolerable, Record History \| ver. 4: 2010-02-12 \| NCT00876109 \| ClinicalTrials.gov | ARRAY-MEK_5203971 | ARRAY-MEK_5203980 | R, PV, UT |
| **PTX-0261** | | | 2/15/2010 | | National Institutes of Health. NCT00773526: "A Dose-Escalation Study of RO5126766 in Patients With Advanced Solid Tum". ClinicalTrials.gov. Record History , ver. 16, 2010-02-15 | ARRAY-MEK_5203861 | ARRAY-MEK_5203870 | R, PV, UT |
| **PTX-0262** | | | 2/25/2010 | | A Study to Determine the Relative Bioavailability of Capsule and Tablet Formulations of GDC-0941 and the Effect of Food and Proton Pump Inhibition on GDC-0941 Tablet Pharmacokinetics in Healthy Volunteers, Record History \| ver. 4: 2010-02-25 \| NCT00999128 \| ClinicalTrials.gov | ARRAY-MEK_5203981 | ARRAY-MEK_5203987 | R, PV, UT |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0263** | | | 3/6/2010 | | MEK Inhibitor PD-325901 To Treat Advanced Breast Cancer, Colon Cancer, And Melanoma. Record History \| ver. 56: 2010-03-06 \| NCT00147550 \| ClinicalTrials.gov | ARRAY-MEK_5203988 | ARRAY-MEK_5204000 | R, PV, UT |
| **PTX-0264** | | | 3/10/2010 | | MEK Inhibitor MSC1936369B Plus FOLFIRI in Second Line K-Ras Mutated Metastatic Colorectal Cancer (mCRC), Record History \| ver. 1: 2010-03-10 \| NCT01085331 \| ClinicalTrials.gov | ARRAY-MEK_5203911 | ARRAY-MEK_5203920 | R, PV, UT |
| **PTX-0265** | **JTX-186** | DTX-438 | 3/15/2010 | | LoRusso et al., Phase I pharmacokinetic and pharmacodynamic study of the oral MAPK/ERK kinase inhibitor PD-0325901 in patients with advanced cancers, 16 Clin Cancer Res. 1924 (2010) | ARRAY-MEK_5202610 | ARRAY-MEK_5202623 | |
| **PTX-0266** | **JTX-187** | DTX-345 | 3/16/2010 | | Cox & Der, The Raf Inhibitor Paradox: Unexpected Consequences of Targeted Drugs, 17 Cancer Cell 221 (2010) | ARRAY-MEK_5202007 | ARRAY-MEK_5202009 | |
| **PTX-0267** | **JTX-188** | DTX-385 | 4/15/2010 | | Haura et al., A Phase II Study of PD-0325901, an Oral MEK Inhibitor, in Previously Treated Patients with Advanced Non-Small Cell Lung Cancer, 16 Clin. Cancer Res. 2450, 2456 (2010) | ARRAY-MEK_5202316 | ARRAY-MEK_5202323 | |
| **PTX-0268** | **JTX-189** | DTX-092 | 19-Apr-10 | Gramling Ex. 78 | License Agreement by and between Novartis International Pharmaceutical Ltd. and Array BioPharma Inc., dated April 19, 2010 | ARRAY-MEK_3745683 | ARRAY-MEK_3745808 | |
| **PTX-0269** | **JTX-190** | DTX-101; DTX-168; DTX-722 | 17-Aug-10 | Marlow Ex. 86 | U.S. Patent No. 7,777,050 (Wallace et al.), dated Aug. 17, 2010 | n/a | n/a | |
| **PTX-0270** | | | 18-Feb-11 | | US PTO Notice of Recordation of Assignment Document dated February 18, 2011- Assignment of Assignor's Interest to IRM LLC(Recordation Date: 2/14/2011) | ARRAY-MEK_3745489 | ARRAY-MEK_3745500 | |
| **PTX-0271** | | | 18-Feb-11 | | US PTO Notice of Recordation of Assignment Document dated February 18, 2011- Assignment of Assignor's Interest to Novartis AG (Recordation Date: 2/14/2011) | ARRAY-MEK_3745501 | ARRAY-MEK_3745509 | |
| **PTX-0272** | **JTX-191** | DTX-354; DTX-353 | 3/1/2011 | | Dong et al., Discovery of TAK-733, a Potent and Selective MEK Allosteric Site Inhibitor for the Treatment of Cancer, 21 BMCL 1315 (2011) | ARRAY-MEK_5200838 | ARRAY-MEK_5200845 | |
| **PTX-0273** | **JTX-334** | DTX-333 | 11/16/2011 | | Liang & Mackey, Vaccine shortages and suspect online pharmacy sellers, Vaccine 2011 | ARRAY-MEK_5203808 | ARRAY-MEK_5203811 | R, PV, A, H |
| **PTX-0274** | **JTX-192** | DTX-347 | 1/1/2012 | | Dandapani et al., Selecting, Acquiring, and Using Small Molecule Libraries for High-Throughput Screening, 4 Curr Protoc Chem Biol. 177 (2012) | ARRAY-MEK_5202015 | ARRAY-MEK_5202035 | |
| **PTX-0275** | **JTX-193** | DTX-514; DTX-513 | 1/1/2012 | | Rice et al., Novel Carboxamide-Based Allosteric MEK Inhibitors: Discovery and Optimization Efforts toward XL518 (GDC-0973), 3 ACS Med Chem Letters 416 (2012) | ARRAY-MEK_5202839 | ARRAY-MEK_5202844 | |
| **PTX-0276** | **JTX-349** | DTX-542 | 7/24/2012 | | Mackey TK, Liang BA. Oncology and the Internet: regulatory failure and reform. J Oncol Pract. 2012 Nov;8(6):341-3. doi: 10.1200/JOP.2012.000579. Epub 2012 Jul | ARRAY-MEK_5203789 | ARRAY-MEK_5203791 | |
| **PTX-0277** | **JTX-194** | DTX-384 | 1-Jan-13 | | Hatzivassiliou et al., Mechanism of MEK inhibition determines efficacy in mutant KRAS- versus BRAF-driven cancers, 501 Nature 232 (2013) | ARRAY-MEK_5202310 | ARRAY-MEK_5202315 | |

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0278** | **JTX-348** | DTX-541 | 1/1/2013 | | Mackey & Liang, Global Reach of Direct-to-Consumer Advertising Using Social Media for Illicit online Drug Sales, 15 J. Med Internet Res e105 (2013) | ARRAY-MEK_5203775 | ARRAY-MEK_5203788 | |
| **PTX-0279** | **JTX-195** | DTX-115; DTX-125 | 24-Sep-13 | Fruehauf Ex. 08; Shah Ex. 06; Rotella Ex. 03 | U.S. Patent No. 8,541,575 (Pulici et al.), dated Sep. 24, 2013 | ARRAY-MEK_4463293 | ARRAY-MEK_4463393 | |
| **PTX-0280** | **JTX-196** | DTX-421 | 10/1/2013 | | Josephs et al., Clinical pharmacokinetics of tyrosine kinase inhibitors: implications for therapeutic drug monitoring, 35 Ther. Drug Monit. 562 (2013) | ARRAY-MEK_5202409 | ARRAY-MEK_5202434 | |
| **PTX-0281** | **JTX-197** | DTX-415 | 2014 | | Hunter, The genesis of tyrosine phosphorylation, 6 Cold Spring Harb Perspect Biol. A020644 (2014) | ARRAY-MEK_5202385 | ARRAY-MEK_5202398 | |
| **PTX-0282** | **JTX-198** | DTX-516; DTX-515; | 2014 | | Robarge et al. Structure based design of novel 6,5 heterobicyclic mitogenactivated protein kinase kinase (MEK) inhibitors leading to the discovery of imidazo[1,5-a] pyrazine G-479, 24 Bioorg Med Chem Lett 4714 (2014) | ARRAY-MEK_5202845 | ARRAY-MEK_5202854 | |
| **PTX-0283** | **JTX-199** | DTX-434 | 5/12/2014 | | Lito et al., Disruption of CRAF-mediated MEK activation is required for effective MEK inhibition in KRAS mutant tumors, 25 Cancer Cell. 697 (2014) | ARRAY-MEK_5202554 | ARRAY-MEK_5202579 | |
| **PTX-0284** | **JTX-200** | DTX-095 | 19-Jan-15 | Gramling Ex. 80 | LGX818 Asset Transfer Agreement by and between Novartis Pharma AG and Array Biopharma Inc., dated January 19, 2015 | ARRAY-MEK_3745532 | ARRAY-MEK_3745587 | |
| **PTX-0285** | | | 19-Feb-15 | | Patent Assignment Agreement by and between Novartis International Pharmaceutical Ltd. and Novartis Pharma AG, dated February 19, 2015 | ARRAY-MEK_3745809 | ARRAY-MEK_3745888 | PV, H |
| **PTX-0286** | | | 2-Mar-15 | | Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745672 | ARRAY-MEK_3745677 | PV, H |
| **PTX-0286a** | | | 2-Mar-15 | | Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745889 | ARRAY-MEK_3745893 | PV, H |
| **PTX-0286b** | | | 2-Mar-15 | | Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745902 | ARRAY-MEK_3745907 | PV, H |
| **PTX-0287** | **JTX-201** | DTX-093 | 2-Mar-15 | Gramling Ex. 78 | Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745678 | ARRAY-MEK_3745682 | |
| **PTX-0288** | **JTX-202** | DTX-094 | 2-Mar-15 | Gramling Ex. 79 | Second Amendment to Termination and Asset Transfer Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745588 | ARRAY-MEK_3745671 | |
| **PTX-0289** | | | 18-Mar-15 | | NePViano Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 18, 2015 | ARRAY-MEK_3745894 | ARRAY-MEK_3745901 | PV, H |
| **PTX-0290** | | | 22-Apr-15 | | US PTO Patent Assignment 035469/0260, dated April 22, 2015 | ARRAY-MEK_3745483 | ARRAY-MEK_3745488 | |
| **PTX-0291** | | | 22-Apr-15 | | US PTO Patent Assignment 035469/0858, dated April 22, 2015 | ARRAY-MEK_3745521 | ARRAY-MEK_3745531 | |
| **PTX-0292** | | | | | RESERVED | | | |
| **PTX-0293** | | | | | RESERVED | | | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0294** | | | 14-Jul-16 | | US PTO Notice of Recordation of Assignment Document, dated July 14, 2016 | ARRAY-MEK_3745510 | ARRAY-MEK_3745520 | |
| **PTX-0295** | | | | | RESERVED | | | |
| **PTX-0296** | **JTX-327** | DTX-320 | 9/1/2016 | | Ascierto et al., Cobimetinib combined with vemurafenib in advanced BRAF(V600)-<br>mutant melanoma (coBRIM): updated efficacy results from a randomised, double-blind, phase 3trial, 17 Lancet Oncol. 1248 (2016) | ARRAY-MEK_1394403 | ARRAY-MEK_1394415 | R, PV, H, A |
| **PTX-0297** | **JTX-346** | DTX-512 | 30-Nov-16 | | Fox News Report: Antibiotics from Dominican Republic sold illegally in NYC corner stores dated November 30, 2016 | ARRAY-MEK_5203812 | ARRAY-MEK_5203813 | R, PV, H, A, UT |
| **PTX-0298** | | | 11-Jan-17 | | JP Morgan 35th Annual Healthcare Conference Ron Squarer, CEO, January 11, 2017 | ARRAY-MEK_0992171 | ARRAY-MEK_0992235 | R, PV, H, A |
| **PTX-0299** | | | 24-Feb-17 | | Array BioPharma Inc. A 2-part phase III randomized, open label, multicenter study of LGX818 plus MEK16 versus vemurafenib and LGX818 monotherapy in patients with unresectable or metastatic BRAF V600 mutant melanoma. Clinical Study CMEK162B2301 CLINICAL STUDY REPORT, dated February 24, 2017 | ARRAY-MEK_0622805 | ARRAY-MEK_0623266 | R, PV, H, A |
| **PTX-0300** | | | | | RESERVED | | | |
| **PTX-0301** | | | | | RESERVED | | | |
| **PTX-0302** | | | | | RESERVED | | | |
| **PTX-0303** | | | | | RESERVED | | | |
| **PTX-0304** | | | | | RESERVED | | | |
| **PTX-0305** | | | | | RESERVED | | | |
| **PTX-0306** | | | 8/1/2017 | | National Association of Boards of Pharmacy - Internet Drug Outlet Identification Program Progress Report for State and Federal Regulators: August 2017 | ARRAY-MEK_5203637 | ARRAY-MEK_5203650 | R, PV, A, H |
| **PTX-0307** | | | 17-Aug-17 | | Email from J. Todd to C. Guertin regarding and attaching Application Orientation Slides for NDAs 210496 and 210498, dated August 17, 2017 | ARRAY-MEK_0058459 | ARRAY-MEK_0058550 | R, PV, A, H |
| **PTX-0308** | | | | | RESERVED | | | |
| **PTX-0309** | **JTX-341** | DTX-441 | 11/14/2017 | | Mansfield et al., Patients' priorities in selecting chronic lymphocytic leukemia treatments, 1 Blodd Advances 2176 (2017) | ARRAY-MEK_5203618 | ARRAY-MEK_5203627 | |
| **PTX-0310** | | | | | RESERVED | | | |
| **PTX-0311** | **JTX-214** | DTX-389 | 2/1/2018 | | Holdgate et al., Mechanistic enzymology in drug discovery: a fresh perspective, 17 Nature Rev Drug Discov 115 (2018) | ARRAY-MEK_5202337 | ARRAY-MEK_5202354 | |
| **PTX-0312** | **JTX-215** | DTX-357 | 3/21/2018 | | Dummer et al., Encorafenib plus binimetinib versus vemurafenib or encorafenib in patients<br>with BRAF-mutant melanoma (COLUMBUS): a multicentre, open-label, randomised phase 3<br>trial, 19 Lancet Oncol. 603 (2018) | ARRAY-MEK_5202067 | ARRAY-MEK_5202089 | |
| **PTX-0313** | | | 21-Mar-18 | | Dummer, et al., Encorafenib plus binimetinib versus vemurafenib or encorafenib in patients with BRAF-mutant melanoma (COLUMBUS): a multicentre, open-label, randomised phase 3 trial, TheLancet.com/Oncology, March 21, 2018 | ENC_BIN_02311281 | ENC_BIN_02311299 | |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0314** | | | | | RESERVED | | | |
| **PTX-0315** | | | 7/20/2018 | | Illegal online pharmacies: how endemic are they? Pharmaceutical Technology/Global Healthcare, titled July 20, 2018 | ARRAY-MEK_5203601 | ARRAY-MEK_5203603 | |
| **PTX-0316** | | | 9/1/2018 | | Array BioPharma BRAVTOVI + MEKTOVI Presentation (September 2018) | ARRAY-MEK_0025010 | ARRAY-MEK_0025042 | R, PV, A |
| **PTX-0317** | **JTX-217** | DTX-358 | 12-Sep-18 | | Dummer et al., Overall suPVival in patients with BRAF-mutant melanoma receiving encorafenib plus binimetinib versus vemurafenib or encorafenib (COLUMBUS): a multicentre, open-label, randomised, phase 3 trial, LanutOm:,:,/ 2018; 19: 1315-27, dated September 12, 2018 | ARRAY-MEK_0466284 | ARRAY-MEK_0466302 | R, PV, A, H |
| **PTX-0318** | | | 10/1/2018 | | Dummer et al., Overall suPVival in patients with BRAF-mutant melanoma receiving encorafenib plus binimetinib versus vemurafenib or encorafenib (COLUMBUS): a multicentre, open-label, randomised, phase 3 trial, 19 Lancet Oncol. 1315 (2018) | ENC_BIN_00497737 | ENC_BIN_00497749 | R, PV, A, H |
| **PTX-0319** | | | Oct-18 | | Dummer, et al., - Overall suPVival in patients with BRAF-mutant melanoma receiving encorafenib plus binimetinib versus vemurafenib or encorafenib (COLUMBUS): A multicentre, open-label, randomised, phase 3 trial, The Lancet.com/Oncology Vol.19 October 2018 | ENC_BIN_01782286 | ENC_BIN_01782302 | R, PV, A, H |
| **PTX-0320** | | | Oct-18 | | Dummer, et al., Overall suPVival in patients with BRAF-mutant melanoma receiving encorafenib plus binimetinib versus vemurafenib or encorafenib (COLUMBUS): a multicentre, open-label, randomised, phase 3 trial TheLancet.com/Oncology vol. 19 October 2018 | ENC_BIN_02313707 | ENC_BIN_02313725 | R, PV, A, H |
| **PTX-0321** | | | Oct-18 | | Dummer,et al., Overall suPVival in patients with BRAF-mutant melanoma receiving encorafenib plus binimetinib versus vemurafenib or encorafenib OLUMBUS): a multicentre, open-label, randomised Phase 3 trial Lancet Oncol. 2018;19(10):1315-1327 | ENC_BIN_02330299 | ENC_BIN_02330301 | |
| **PTX-0322** | **JTX-218** | DTX-157 | Jan-19 | Rezai Ex. 34 | BRAFTOVI Label (BRAFTOVI (encorafenib) capsules, for oral use), Revised: 1/2019 | ARRAY-MEK_0029764 | ARRAY-MEK_0029782 | |
| **PTX-0323** | **JTX-340** | DTX-433 | 1/1/2019 | | Li et al., A Machine Learning Approach for the Detection and Characterization of Illicit Drug Dealers on Instagram: Model Evaluation Study, 21 J. Med Internet Res E13803 (2019) | ARRAY-MEK_5203604 | ARRAY-MEK_5203617 | |
| **PTX-0324** | **JTX-219** | DTX-158 | Jan-19 | Rezai Ex. 35 | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 1/2019 | ARRAY-MEK_0029852 | ARRAY-MEK_0029869 | A, H |
| **PTX-0325** | | | 1/1/2019 | | 2019 SMR Congress Abstracts | ARRAY-MEK_1394606 | ARRAY-MEK_1394725 | R, PV, H, A |
| **PTX-0326** | | | 25-Feb-19 | | Second Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated February 25, 2019 | ARRAY-MEK_3745908 | ARRAY-MEK_3745920 | PV, H |
| **PTX-0327** | | | Mar-19 | | Pierre Fabre Medicament BRAFTOVI (encorabenib) / MEKTOVI (binimetinib) New Therapeutic Indication: Metastatic Colorectal Cancer EMA Pre-Submission Meeting Briefing Document. March 2019 | ARRAY-MEK_1779072 | ARRAY-MEK_1779228 | R, PV, H, A |
| **PTX-0328** | **JTX-220** | DTX-517 | 6/4/2019 | | Robert C, et al., Five-Year Outcomes with Dabrafenib plus Trametinib in Metastatic Melanoma, 381 New Engl. J. Med. 626 (2019) | ARRAY-MEK_5202855 | ARRAY-MEK_5202865 | |

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0329** | | | 12-Jun-19 | | Beacon CRC Manuscript Supplementary Appendix, dated June 12, 2019 | ARRAY-MEK_1868212 | ARRAY-MEK_1868229 | R, PV, H, A |
| **PTX-0330** | | | 12-Jun-19 | | Beacon CRC Manuscript, dated June 12, 2019 | ARRAY-MEK_1868230 | ARRAY-MEK_1868259 | R, PV, H, A |
| **PTX-0331** | | | 1-Jul-19 | | Array BioPharma IND 115,298; Encorafenib (LGX818) and Binimetinib (MEK162) 1.6.2 Type B Pre-sNDA Meeting Briefing Document, July 01, 2019 | ARRAY-MEK_1456992 | ARRAY-MEK_1457377 | PV, H |
| **PTX-0332** | **JTX-221** | DTX-151 | 6-Sep-19 | Dabre Ex. 04 | Email from D. Vikani to K. Shah regarding OEL/ADE monograph, dated September 6, 2019 | ALEMBIC0358413 | ALEMBIC0358414 | R, PV, H, A |
| **PTX-0333** | **JTX-222** | DTX-071 | 25-Sep-19 | Di Pietro Ex. 58 | Consoll, et al - Network Indirect Comparison of 3 BRAF + MEK Inhibitors for the Treatment of Advanced BRAF Mutated Melanoma (FESEO, September 25, 2019) | n/a | n/a | R, PV, A, H, F |
| **PTX-0334** | **JTX-223** | DTX-150 | 1-Oct-19 | Dabre Ex. 03 | Email from R. Dabre to J. Ahalgama regarding China_COA Encorafenib, Binimetinib, Ivosidenib, Apalutamide, Lorlatinib, Glasdegib, Larotrectinib, dated October 1, 2019 | ALEMBIC0358418 | ALEMBIC0358421 | R, PV, H, A |
| **PTX-0335** | | | | | RESERVED | | | |
| **PTX-0336** | **JTX-347** | DTX-522 | 10/30/2019 | | Testimony in person of Dr. Woodcock, Dir of CDER - Safeguarding Pharmaceutical Supply Chains in a Global Economy, dated October 30, 2019 | ARRAY-MEK_5203763 | ARRAY-MEK_5203774 | R, PV, A, H |
| **PTX-0337** | **JTX-225** | DTX-425 | 1/1/2020 | | Khan et al., Structural basis for the action of the drug trametinib at KSR-bound MEK, 588 Nature 509 (2020) | ARRAY-MEK_5202464 | ARRAY-MEK_5202503 | R, PV, A, H |
| **PTX-0338** | **JTX-226** | DTX-607 | 1/1/2020 | | Ascierto, et al. - Update on tolerability and overall suPVival in Columbus: Landmark analysis of a randomised phase 3 trial of encorafenib plus binimetinib vs. vemurafenib or encorafenib in patients with BRAF V600-mutant melanoma, 126 European Journal of Cancer 33 (2020) | ARRAY-MEK_1394391 | ARRAY-MEK_1394402 | |
| **PTX-0339** | | | 1/1/2020 | | Trade in Counterfeit Pharmaceutical Products, Illicit Trade, OECD Publishing, 2020 | ARRAY-MEK_5203653 | ARRAY-MEK_5203746 | R, PV, A |
| **PTX-0340** | **JTX-227** | DTX-164 | Feb-20 | Rezai Ex. 41 | Binimetinib: Preclinical and Clinical OvePView | ARRAY-MEK_2866257 | ARRAY-MEK_2866271 | |
| **PTX-0341** | | | | | RESERVED | | | |
| **PTX-0342** | | | | | RESERVED | | | |
| **PTX-0343** | | | | | RESERVED | | | |
| **PTX-0344** | | | | | RESERVED | | | |
| **PTX-0345** | | | 8-Jul-20 | | Ffizer Presentation - Melanoma/CRC 2021 Op Plan BRAFTOVI and MEKTOVI, dated July 8, 2020 | ARRAY-MEK_0913052 | ARRAY-MEK_0913076 | R, PV, A |
| **PTX-0346** | | | 7/24/2020 | | RRM report for MEKTOVI® (binimetinib) Tablets 1.13.2 Summary of Clinical Studies binimetinib Annual Report Literature Search: Clinical Reporting Period: 27-Jun-2019 to 26-Jun-2020, dated 7/24/2020 | ARRAY-MEK_0010817 | ARRAY-MEK_0010851 | R, PV, A |
| **PTX-0347** | | | 28-Jul-20 | | Encorafenib/Binimetinib IND 113850 Pfizer NCORAFENIB (BRAFTOVtl<\ LGX818) BINIMETINIB (MEKTOVI®, MEK162) Unresectable or Metastatic Melanoma with a BRAFV600EIK Mutation Type B Meeting BRIEFING DOCUMENT, JULY 28 2020 | ARRAY-MEK_1396779 | ARRAY-MEK_1396841 | R, PV, H, A |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0348** | | | | | RESERVED | | | |
| **PTX-0349** | | | Oct-20 | | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 10/2020 | ENC_BIN_00391056 | ENC_BIN_00391073 | H, A |
| **PTX-0350** | | | | | RESERVED | | | |
| **PTX-0351** | | | | | RESERVED | | | |
| **PTX-0352** | | | | | RESERVED | | | |
| **PTX-0353** | | | | | RESERVED | | | |
| **PTX-0354** | | | 1-Dec-20 | | Clinical Trials.gov (NLM) A Study of ARRY-438162 with Rheumatiod Arthritis, dated December 1, 2020 | ARRAY-MEK_5203851 | ARRAY-MEK_5203860 | R, PV, UT, A, H |
| **PTX-0355** | **JTX-237** | DTX-378 | 1/1/2021 | | Gonzalez-Del Pino et al., Allosteric MEK inhibitors act on BRAF/MEK complexes to block MEK activation, 118 Proc Natl Acad Sci USA e2107207118 (2021) (PDB No. 7M0W)) | ARRAY-MEK_5202263 | ARRAY-MEK_5202270 | |
| **PTX-0356** | **JTX-238** | DTX-381 | 1/1/2021 | | Greiner & Glonek, Intracellular ATP Concentration and Implication for Cellular Evolution, 10 Biology 1166 (2021) | ARRAY-MEK_5202283 | ARRAY-MEK_5202292 | |
| **PTX-0357** | | | 1/1/2021 | | Pfizer Presentation - Dose and Schedule Optimization in Oncology: Emerging Trends and Future Implications (Krishnaswami et al) 2021 | ARRAY-MEK_1479078 | ARRAY-MEK_1479115 | R, PV, H |
| **PTX-0358** | | | 1/27/2021 | | Eng, - BRAF Mutation in Colerectal Cancer: An Enigmatic Target, 39 Journal of Clinical Oncology 259 (January 27, 2021) | ARRAY-MEK_1499200 | ARRAY-MEK_1499203 | R, PV, H |
| **PTX-0359** | | | | | RESERVED | | | |
| **PTX-0360** | | | | | RESERVED | | | |
| **PTX-0361** | | | Mar-21 | Kowanetz Ex. 64 | PowerPoint Presentation Braftovi/Mektovi Medicine Plan, March 2021 | ARRAY-MEK_5146229 | ARRAY-MEK_5146243 | R, PV, H |
| **PTX-0362** | | | | | RESERVED | | | |
| **PTX-0363** | | | | | RESERVED | | | |
| **PTX-0364** | | | | | RESERVED | | | |
| **PTX-0365** | | | 4-Aug-21 | | Title: MEKTOVI -binimetinib- 2021 NDA AR NDA 210498 MEKTOVI® (binimetinib) Tablets 1.13.2 Summary of Clinical Studies binimetinib Annual Report Literature Search: Clinical Reporting Period: 27-Jun-2020 to 26-Jun-2021, dated 04-Aug-2021 | ARRAY-MEK_0013873 | ARRAY-MEK_0013913 | R, PV |
| **PTX-0366** | | | 19-Oct-21 | | Email from N. Saccomano to DL BOulder CO All regarding Pfizer Boulder Newletter Q4 2021, dated October 19, 2021 | ARRAY-MEK_1473868 | ARRAY-MEK_1473873 | R, PV, H |
| **PTX-0367** | **JTX-342** | DTX-450 | 11/1/2021 | | Moureaud et al., Purchase of prescription medicines via social media: A suPVey-based study of prevalence, risk perceptions, and motiviations, 125 Health Policy 1421 (2021) | ARRAY-MEK_5203628 | ARRAY-MEK_5203636 | |
| **PTX-0368** | | | | | RESERVED | | | |
| **PTX-0369** | | | | | RESERVED | | | |
| **PTX-0370** | | | | | RESERVED | | | |
| **PTX-0371** | **JTX-247** | DTX-606 | 1/1/2022 | | Dummer, et al. - Columbus 5 year Update: A Randomized, Open Label, Phase III Trial of Encorafenib Plus Binimetinib vs. Vemurafenib or Encorafenib in Patients with BRAF V600-Mutant Melanoma, 2022 American Society of Clinical Oncology | ARRAY-MEK_1525921 | ARRAY-MEK_1525940 | |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0372** | | | 1/1/2022 | | Tabbo, et al., How Far We Have Come Targeting BRAF-mutant Non-Small Cell Lung Cancer (NSLC), Cancer Treatment Reviews 193 (2022) 102335 | ARRAY-MEK_1524098 | ARRAY-MEK_1524106 | R, PV |
| **PTX-0373** | | | 1/1/2022 | | Reily, et al., ncorafenib plus binimetinib in patients with BRAF V600-mutant non-small cell lung cancer: phase II PHAROS study design Future Oneal. (2022) 18(7), 781-791 | ENC_BIN_02460169 | ENC_BIN_02460179 | |
| **PTX-0374** | | | Feb-22 | | BRAFTOVI Label (BRAFTOVI (encorafenib) capsules, for oral use), Revised: 2/2022 | ENC_BIN_00391074 | ENC_BIN_00391097 | R, PV |
| **PTX-0375** | | | 2/1/2022 | | Prescribing information BRAFTOVI+MEKTOVI Revised 02/2022 | ENC_BIN_00393028 | ENC_BIN_00393032 | R, PV |
| **PTX-0376** | | | | | RESERVED | | | |
| **PTX-0377** | **JTX-249** | DTX-149 | Jun-22 | Dabre Ex. 02 | Alembic ANDA (original submission) Binimetinib Tablets Strength: 15 mg Module 1: Adminstrative and Prescribing Information, 1.14.1.3. Draft labeling text, Revised: 06/2022 | ALEMBIC0024457 | ALEMBIC0024483 | R, PV |
| **PTX-0378** | | | 6/1/2022 | | Ciombor, et al., BRAF-Mutated Advanced Colorectal Cancer: A Rapidly Changing Therapeutic Landscape, 40 J Clin Oncol 2706 (June 1, 2022) | ARRAY-MEK_1381970 | ARRAY-MEK_1381980 | R, PV |
| **PTX-0379** | | | 4-Aug-22 | | Title: MEKTOVI® (binimetinib) Tablets 2022 NDA AR (A)NDA #(s): NDA 210498 MEKTOVI® (binimetinib) Tablets1.13.2 Summary of NDA Clinical Studies binimetinib Annual Report Literature Search: NDA Clinical Reporting Period: 27-Jun-2021 to 26-Jun-2022, dated 04-Aug-2022 | ARRAY-MEK_0009267 | ARRAY-MEK_0009328 | R, PV |
| **PTX-0380** | | | | | RESERVED | | | |
| **PTX-0381** | | | | | RESERVED | | | |
| **PTX-0382** | | | 2-Dec-22 | | Pfizer Final Clinical Study Report Protocol C4221008 (ARRAY-818-202), dated December02, 2022 | ENC_BIN_02460180 | ENC_BIN_02461059 | R, PV |
| **PTX-0383** | | | | | RESERVED | | | |
| **PTX-0384** | **JTX-253** | DTX-608 | 2023 | | Draft of MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), (with track changes) Revised XX/2023 | ARRAY-MEK_0899665 | ARRAY-MEK_0899685 | |
| **PTX-0384a** | **JTX-254** | DTX-609 | 2023 | | Draft of MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), (with track changes) Revised XX/2023 | ARRAY-MEK_0899686 | ARRAY-MEK_0899706 | |
| **PTX-0385** | **JTX-255** | DTX-600 | 2023 | | Draft of MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised XX/2023 | ARRAY-MEK_0899644 | ARRAY-MEK_0899664 | |
| **PTX-0386** | **JTX-345** | DTX-459 | 2023 | | Patel et al., Improving Safety by Evaluating the Impact of the Supply Chain and Drug Shortages on Health-Systems, 58 Hospital Pharmacy 120 (2023) | ARRAY-MEK_5203758 | ARRAY-MEK_5203762 | R, PV |
| **PTX-0387** | | | | | RESERVED | | | |
| **PTX-0388** | | | Jan-23 | Mathias Ex. 02 | BINIMETINIB label (BINIMETINIB tablets, for oral use tablets, for oral use), revised 1/2023 | SDZ-BINI00022358 | SDZ-BINI00022376 | R, PV |
| **PTX-0389** | | | | | RESERVED | | | |
| **PTX-0390** | | | | | RESERVED | | | |
| **PTX-0391** | | | | | RESERVED | | | |
| **PTX-0392** | | | | | RESERVED | | | |
| **PTX-0393** | | | | | RESERVED | | | |
| **PTX-0394** | **JTX-339** | DTX-417 | 4/1/2023 | | IQVIA Institute Presentaion - Assessing The Impact of Illegal Online Pharmacies in the US (2023) | ARRAY-MEK_5203560 | ARRAY-MEK_5203600 | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0395** | | | 20-Apr-23 | | EMA/PDCO Summary Report on an application for a waiver. RPI number: PRD/0000019989 binimetinib Mektovi Pierre Fabre Medicament EMEA-001454-PIP06-23, dated April 20, 2023 | ARRAY-MEK_4656678 | ARRAY-MEK_4656727 | R, PV |
| **PTX-0396** | | | 20-Apr-23 | | EMA/PDCO Summary Report on an application for a waiver. RPI number: PRD/0000019990 binimetinib Mektovi Pierre Fabre Medicament EMEA-001588-PIP04-23, dated April 20, 2023 | ARRAY-MEK_4656728 | ARRAY-MEK_4656778 | R, PV |
| **PTX-0397** | | | May-23 | | Pfizer & Pierre Fabre Investigator's Brochure PF-07263896 (Encorabenib) May 2023 Version1.0 (Pfizer IB format) Supersedes Version: Edition 13 (Array IB format), May 2023 | ENC_BIN_02378833 | ENC_BIN_02379022 | R, PV |
| **PTX-0398** | | | | | RESERVED | | | |
| **PTX-0399** | | | | | RESERVED | | | |
| **PTX-0400** | **JTX-264** | DTX-052 | Jun-23 | Dougherty Ex. 45 | Brafttovi + Mektovi BRAF V600E-mutan mNSCLC Presentation, dated June 2023 | ARRAY-MEK_4554918 | ARRAY-MEK_4554953 | R, PV |
| **PTX-0401** | | | | | RESERVED | | | |
| **PTX-0402** | **JTX-266** | DTX-054 | 21-Jun-23 | Dougherty Ex. 47 | Braftovi + Mektovi 2024 Strategic Plan, dated June 21, 2023 | ARRAY-MEK_4557124 | ARRAY-MEK_4557152 | |
| **PTX-0403** | | | | | RESERVED | | | |
| **PTX-0404** | | | | | RESERVED | | | |
| **PTX-0405** | **JTX-269** | DTX-051 | 13-Sep-23 | Dougherty Ex. 44 | Pfizer Managers Meeting PowerPoints dated September 13, 2023 | ARRAY-MEK_4567139 | ARRAY-MEK_4567209 | R, PV |
| **PTX-0406** | **JTX-270** | DTX-055; DTX-022 | Oct-23 | Dougherty Ex. 35; Rezai Ex. 35 Fixed; Wilner Ex. 05 | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 10/2023 | ARRAY-MEK_4294933 | ARRAY-MEK_4294951 | R, PV |
| **PTX-0407** | **JTX-270** | DTX-055; DTX-022 | Oct-23 | Wilner Ex. 05 | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 10/2023 | n/a | n/a | R, PV, UT |
| **PTX-0408** | | | Oct-23 | Di Pietro Ex. 05 | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 10/2023 | n/a | n/a | R, PV, UT |
| **PTX-0409** | **JTX-272** | DTX-050; DTX-023 | Oct-23 | Dougherty Ex. 43; Hertig Ex. 05; Wilner Ex. 06 | BRAFTOVI Label (BRAFTOVI (encorafenib) capsules, for oral use), Revised: 10/2023 | ARRAY-MEK_4294876 | ARRAY-MEK_4294905 | R, PV |
| **PTX-0410** | **JTX-272** | DTX-050; DTX-023 | Oct-23 | Wilner Ex. 06 | BRAFTOVI Label (BRAFTOVI (encorafenib) capsules, for oral use), Revised: 10/2023 | n/a | n/a | R, PV, UT |
| **PTX-0411** | | | Oct-23 | | Therapy Management Guide for BRAFTOVI+MEKTOVI (October 2023) | ARRAY-MEK_5201568 | ARRAY-MEK_5201580 | R, PV |
| **PTX-0412** | | | | | RESERVED | | | |
| **PTX-0413** | | | 11-Oct-23 | | Email from N. Rezai to K. Duncan regardomg FDA Approval of the combination of Encorafenib and Binimetinib for the treatment of patients with Metastatic NSCLC with a BRAF V600E Mutation, dated October 11, 2023 | ARRAY-MEK_3574067 | ARRAY-MEK_3574068 | R, PV |
| **PTX-0414** | | | | | RESERVED | | | |

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0415** | **JTX-343** | DTX-451 | 2024 | | NABP RogueRx Activity Report Injectable Weight Loss Drugs: How Illegal Online Drug Sellers Are Taking Advantage of Patients (2024) | ARRAY-MEK_5203814 | ARRAY-MEK_5203825 | R, PV, UT |
| **PTX-0416** | **JTX-344** | DTX-453 | 2024 | | US Trade Representative - 2024 Review of Notorious Markets for Counterfeiting and Piracy _ United States Trade Representative | ARRAY-MEK_5203351 | ARRAY-MEK_5203408 | |
| **PTX-0417** | **JTX-276** | DTX-605 | 3/28/2024 | | Alembic Final Packoutsert, dated March 28, 2024 | ALEMBIC0442248 | ALEMBIC0442248 | R, PV |
| **PTX-0418** | | | 4/16/2024 | | D.I. 94 Order regarding Claims Construction (April 16, 2024) | n/a | n/a | R, PV, UT |
| **PTX-0419** | **JTX-277** | DTX-148 | 29-Apr-24 | Dabre Ex. 01; Mathias Ex. 01 | Plaintiff Array BioPharma Inc.'s Notice of Deposition to Defendant Alembic Pharmaceuticals Limited Pursuant to Fed. R. Civ. P. 30(b)(6), dated April 29, 2024 | n/a | n/a | |
| **PTX-0420** | **JTX-278** | DTX-018 | 5/2/2024 | Kowanetz Ex. 01 premarked; Dougherty Ex. 42; Wilner Ex .01; Gramling Ex. 42; Di Pietro Ex. 02 | Defendants' Notice of Deposition of Plaintiff Array BioPharm Inc. Pursuant to Fed. R. Civ. P 30(b)(6), dated 5/2/2024 | n/a | n/a | |
| **PTX-0421** | **JTX-279** | DTX-020 | 5/29/2024 | Wilner Ex. 03 | Defendants' Notice of Deposition of Keith Wilner, dated 5/29/2024 | n/a | n/a | |
| **PTX-0422** | | | 31-May-24 | | Defendants’ Final Invalidity Contentions (May 31, 2024) | n/a | n/a | R, PV, UT |
| **PTX-0423** | | | 28-Aug-24 | | Press release" FDA Grants Priority Review to Mirdametinib for NF1-Associated<br>Plexiform Neurofibromas( August 28, 2024), available at https://www.onclive.com/ | ARRAY-MEK_5204093 | ARRAY-MEK_5204098 | R, PV, UT |
| **PTX-0424** | **JTX-280** | DTX-112 | 10/1/2024 | Fruehauf Ex. 05; Shah Ex. 07; Rotella Ex. 01 | Opening Expert Report of David P. Rotella, Ph.D., dated October 1, 2024 | n/a | n/a | |
| **PTX-0425** | **JTX-281** | DTX-108 | 10/2/2024 | Fruehauf Ex. 01 | Opening Expert Report of John Freuhauf, MD, Ph.D., dated October 4, 2024 | n/a | n/a | |
| **PTX-0426** | **JTX-282** | DTX-137 | 3-Oct-24 | Chmielowski Ex. 01 | Opening Report of Bartosz Chmielowski, MD., PHD. On Infringement by Alembic Pharmaceuticals Limited, dated Oct. 3, 2024 | n/a | n/a | |
| **PTX-0427** | **JTX-283** | DTX-120 | 4-Oct-24 | Shah Ex. 01 | Expert Report of Neel Shah, M.D., FACP, dated October 4, 2024 | n/a | n/a | |
| **PTX-0428** | **JTX-360** | DTX-588 | 12/3/2024 | | WHO, Substandard and falsified medical products, dated December 3, 2024 | ARRAY-MEK_5203796 | ARRAY-MEK_5203801 | |
| **PTX-0429** | **JTX-284** | DTX-110; DTX-253 | 12/16/2024 | Fruehauf Ex. 03 | Responsive Expert Report of Alexander Bridges, Ph.D., on the State of the Art on MEK Inhibitors, dated December 16, 2024 | n/a | n/a | |
| **PTX-0430** | **JTX-285** | DTX-114; DTX-341 | 12/16/2024 | Fruehauf Ex. 07; Chmielowski Ex. 02 | Responsive Expert Report of Bartosz Chmielowski,M.D., Ph.D., dated December 16, 2024 | n/a | n/a | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0431** | **JTX-286** | DTX-116 | 17-Dec-24 | Shah Ex. 08; Ward Ex. 01; Rotella Ex. 04 | Responsive Expert Report of Simon Ward, Ph.D., dated December 17, 2024 | n/a | n/a | |
| **PTX-0432** | **JTX-287** | DTX-121 | 18-Dec-24 | Shah Ex. 02 | Rebuttal Expert Report of Neel Shah, M.D., FACP, dated December 18, 2024 | n/a | n/a | |
| **PTX-0433** | **JTX-288** | DTX-109 | 31-Jan-25 | Fruehauf Ex. 02 | Expert Reply Report of John Fruehauf, M.D., Ph.D., dated January 31, 2025 | n/a | n/a | |
| **PTX-0434** | **JTX-289** | DTX-130 | 31-Jan-25 | Shah Ex. 11 | Reply Expert Report of John Hertig, Pharm.D., dated January 31, 2025 | n/a | n/a | |
| **PTX-0435** | | | 21-Mar-28 | | Dummer et al., Encorafenib plus binimetinib versus vemurafenib or encorafenib in patients with BRAF-mutant melanoma (COLUMBUS): a multicentre, open-label, randomised phase 3 trial, dated March 21, 2028. TheLancet.com/oncology | ARRAY-MEK_0371294 | ARRAY-MEK_0371306 | |
| **PTX-0436** | **JTX-290** | DTX-604 | [no date] | | Alembic Annotated Comparison with Listed Drug | ALEMBIC0024567 | ALEMBIC0024622 | R, PV |
| **PTX-0437** | | | [no date] | | Experimental procedures Chemistry | ARRAY-MEK_5203826 | ARRAY-MEK_5203838 | R, PV, UT |
| **PTX-0438** | | | [no date] | | EU Clinical Trials Register | ARRAY-MEK_5203843 | ARRAY-MEK_5203850 | R, PV, UT |
| **PTX-0439** | | | [no date] | | Microsomal Stability Assay _ Cyprotex ADME-Tox Solutions - Evotec website | ARRAY-MEK_5204084 | ARRAY-MEK_5204092 | R, PV, UT |
| **PTX-0440** | **JTX-291** | DTX-395 | [no date] | | indogenmed.org - Introduction to BRAFTOVI Encorafenib | ARRAY-MEK_5203802 | ARRAY-MEK_5203807 | |
| **PTX-0441** | **JTX-292** | DTX-147; DTX-510 | [no date] | Hertig Ex. 06 | Pharmaceutical Security Institute Oncology Report 2021-2023 | ARRAY-MEK_5203747 | ARRAY-MEK_5203757 | R, PV |
| **PTX-0442** | **JTX-293** | DTX-401 | [no date] | | Buy Mektovi Online at a Low Cost & Save Big.pdf | ARRAY-MEK_5203506 | ARRAY-MEK_5203513 | R, PV |
| **PTX-0443** | **JTX-294** | DTX-400 | [no date] | | Buy Braftovi Online at a Low Cost _ Canada Drugs.pdf | ARRAY-MEK_5203483 | ARRAY-MEK_5203491 | R, PV |
| **PTX-0444** | **JTX-295** | DTX-402 | [no date] | | Buy Mektovi for health condition Online _ CanadaDrugstore | ARRAY-MEK_5203514 | ARRAY-MEK_5203519 | R, PV |
| **PTX-0445** | **JTX-296** | DTX-392 | [no date] | | BRAFTOVI (Encorafenib) Capsules See: https://cancermedicinesnetwork.com/product/braftovi-encorafenib-capsules/ | ARRAY-MEK_5203428 | ARRAY-MEK_5203442 | |
| **PTX-0446** | | | | | RESERVED | | | |
| **PTX-0447** | | | | | RESERVED | | | |
| **PTX-0448** | | | | | RESERVED | | | |
| **PTX-0449** | | | | | RESERVED | | | |
| **PTX-0450** | | | | | RESERVED | | | |
| **PTX-0451** | **JTX-302** | DTX-053 | [no date] | | Braf Mek Mono-Combo Summary Chart, covering time period January 2023 - March 2024 (Native Version, Filename: Mektovi Mono Case_05232024.xlsb) (produced natively) | ARRAY-MEK_5201592 | ARRAY-MEK_5201592 | |

## Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0451a** | **JTX-302** | DTX-053 | [no date] | Dougherty Ex. 46 | Braf Mek Mono-Combo Summary Chart, covering time period January 2023 - March 2024 (Print version | ARRAY-MEK_5201592 | ARRAY-MEK_5201592 | |
| **PTX-0452** | | | | | RESERVED | | | |
| **PTX-0453** | | | | | RESERVED | | | |
| **PTX-0454** | **JTX-305** | DTX-111 | [no date] | Fruehauf Ex. 04 | Document prepared for Fruehauf deposition | n/a | n/a | R, PV, UT |
| **PTX-0455** | **JTX-306** | DTX-091 | [no date] | Gramling Ex. 77 | Handwritten Notes | n/a | n/a | R, PV, UT |
| **PTX-0456** | | | [no date] | | Encorafenib/Binimetinib Treatment-Naive NSCLC Submission 2.7.3 Summary of Clinical Efficacy 2.7.3 SUMMARY OF CLINICAL EFFICACY | ARRAY-MEK_1373557 | ARRAY-MEK_1373593 | R, PV, UT |
| **PTX-0457** | | | [no date] | | PfizerEncorafenib/Binimetinib Treatment-Naive NSCLC Submission 2.7.3 Summary of Clinical Efficacy | ARRAY-MEK_4659104 | ARRAY-MEK_4659140 | R, PV |
| **PTX-0458** | | | [no date] | | Spreadsheet [Filename: Microsoft Excel Worksheet5.xlsx (produced natively) | ARRAY-MEK_5201618 | ARRAY-MEK_5201618 | R, PV |
| **PTX-0459** | | | [no date] | | BRAFTOVI (encorafenib) NDA 210496 1.13 Annual Report, 1.13.8 Individual Study Information Reporting Period: 27 June 2018 - 26 June 2019 | ENC_BIN_01369810 | ENC_BIN_01369811 | |
| **PTX-0460** | | | [no date] | | Novartis Interim Clinical Study Report Study No. CLGX8182101 Appendix 13.1.4 List and description of investigators and other important participants in the study | ENC_BIN_02009400 | ENC_BIN_02015242 | R, PV |
| **PTX-0461** | | | [nodate] | | PyMOL _ pymol.org website | ARRAY-MEK_5204099 | ARRAY-MEK_5204105 | |
| **PTX-0462** | | | [nodate] | | RCSB Protein Data Bank (RCSB PDB) Homepage (RCSB PDB_ Homepage.pdf) | ARRAY-MEK_5204106 | ARRAY-MEK_5204108 | R, PV, UT |
| **PTX-0463** | | | [nodate] | | SW620 [SW-620] - CCL-227 _ ATCC, available at https://www.atcc.org/products/ccl-227 | ARRAY-MEK_5204109 | ARRAY-MEK_5204114 | |
| **PTX-0464** | **JTX-307** | DTX-413 | [nodate] | | Xenograft Mouse Models For Drug Discovery _ Reaction Biology, available at https://www.reactionbiology.com/sePVices/in-vivo-pharmacology/xenograft-tumor-models/ | ARRAY-MEK_5204115 | ARRAY-MEK_5204115 | R, PV, UT |
| **PTX-0465** | | | | | RESERVED | | | |
| **PTX-0466** | | | | | RESERVED | | | |
| **PTX-0467** | | | | | RESERVED | | | |
| **PTX-0468** | | | | | Video, Filename: BRAF and MEK in Melanoma. mp4 | ARRAY-MEK_5201512 | ARRAY-MEK_5201512 | R, PV |
| **PTX-0469** | | | | | Video, Filename: BRAF_Mek Inhibitors in Metastic Melanoma.mp4 | ARRAY-MEK_5201513 | ARRAY-MEK_5201513 | R, PV |
| **PTX-0470** | | | | | Video, Filename: COLUMBUS_Encorafenib plus binimetinib versus vemurafenib or encorafenib in patients with BRAF-m.mp4 | ARRAY-MEK_5201514 | ARRAY-MEK_5201514 | R, PV |
| **PTX-0471** | | | | | Video, Filename: Dr. Ascierto on the COLUMBUS Trial in Melanoma.mp4 | ARRAY-MEK_5201515 | ARRAY-MEK_5201515 | R, PV |
| **PTX-0472** | | | | | Video, Filename: Dr. Atkinson Discusses the Columbus Trial for Melanoma. Mp4 | ARRAY-MEK_5201516 | ARRAY-MEK_5201516 | R, PV |

**Plaintiff Array's Trial Exhibit List**

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0473** | | | | | Video, Filename: Dr. Flaherty Discusses the Columbus Trial for Melanoma. Mp4 | ARRAY-MEK_5201517 | ARRAY-MEK_5201517 | R, PV |
| **PTX-0474** | | | | | Video, Filename: Dr. Leighl Discusses Binietinib in KRAS-Mutated NSCLC. Mp4 | ARRAY-MEK_5201518 | ARRAY-MEK_5201518 | R, PV |
| **PTX-0475** | | | | | Video, Filename: Dr. Lenz on Breakthrough Designation of Encorafenib Binimetinib, and Cetuximab in BRAF+CRC.mp4 | ARRAY-MEK_5201519 | ARRAY-MEK_5201519 | R, PV |
| **PTX-0476** | | | | | Video, Filename: Dr. Pavlick on the COLUMBUS Trial in Metastatic Melanoma.mp4 | ARRAY-MEK_5201520 | ARRAY-MEK_5201520 | R, PV |
| **PTX-0477** | | | | | Video, Filename: Overall SuPVival Results for Encorafenib Plus Binimetinib in BRAF-Mutant Melanoma.mp4 | ARRAY-MEK_5201521 | ARRAY-MEK_5201521 | R, PV |
| **PTX-0478** | | | | | Video, Filename: Overall SuPVival Update from COLOMBUS Trial in BRAF V600-Mutant Melanoma.mp4 | ARRAY-MEK_5201522 | ARRAY-MEK_5201522 | R, PV |
| **PTX-0479** | | | | | Pub Med.NCbi National Library of Medicine MEK Inhibitor list | n/a | n/a | R, PV, UT |
| **PTX-0480** | **JTX-311** | DTX-399 | | | Atcc.org - SW620 [SW-620] ccl-227 | n/a | n/a | R, PV, UT |
| **PTX-0480a** | **JTX-312** | DTX-398 | | | ATCC: The Global Bioresource Center \| ATCC website | ARRAY-MEK_5204043 | ARRAY-MEK_5204045 | R, PV, UT |
| **PTX-0481** | | | | | Promega.com - Bright-Glo™ Luciferase Assay System | n/a | n/a | |
| **PTX-0481a** | | | | | Bright-Glo™ Luciferase Assay System Website | ARRAY-MEK_5204046 | ARRAY-MEK_5204052 | R, PV |
| **PTX-0482** | **JTX-313** | DTX-404 | | | evotec.com - Drug Metabolism Microsomal Stability Assay https://www.evotec.com/en/drug-metabolism/microsomalstability?utm_term=microsomal%20stability%20assay&utm_campaign=cyp_momentum_search &utm_source=google&utm_medium=cpc&hsa_acc=5143045742&hsa_cam=21257709799&hsa _grp=162637334835&hsa_ad=698423906771&hsa_src=g&hsa_tgt=kwd-2300585567974&hsa_kw=microsomal%20stability%20assay&hsa_mt=p&hsa_net=adwords&hs a_ver=3&gad_source=1&gclid=CjwKCAjwg-24BhB_EiwA1ZOx8l3her1g_04g_SbuUi5pLciqr6BMNtd1Vfu6ZWLZgIZhEBvslZqbRoCygEQAvD_ BwE. | n/a | n/a | |
| **PTX-0483** | **JTX-314** | DTX-412 | | | www.pymol.org | n/a | n/a | |
| **PTX-0484** | | | | | www.rcsb.org | n/a | n/a | R, PV, UT |
| **PTX-0485** | **JTX-315** | DTX-408 | | | www.ncbi.nlm.nih.gov/structure | n/a | n/a | |
| **PTX-0486** | | | | | RESERVED | | | |
| **PTX-0487** | | | 11/23/2004 | | U.S. Patent No. 6,821,963 dated Nov. 23, 2004 | n/a | n/a | |

# Plaintiff Array's Trial Exhibit List

| PTX No. | JTX No. | Corrsesponding DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant Alembic's Objections |
|---|---|---|---|---|---|---|---|---|
| **PTX-0488** | **JTX-317** | DTX-559; DTX-560 | 3/28/2006 | | U.S. Patent No. 7,019,033 dated March 28, 2006 | | | |
| **PTX-0489** | | | 4/16/2019 | | Draft ofArray Presentation - Melannoma Marketing Strategy Offsite Output, dated April 16, 2019 | ARRAY-MEK_0913941 | AARRAY-MEK_0913949 | R, PV |
| **PTX-0490** | | | 2022 | | Corrie et al., Comparative efficacy and safety of targeted therapies for BRAF-mutant unresectable or metastic melanoma: Results from a systematic literature review and a network of meta-analysis, Cancer Treatment Reviews 110 (2022) 102463 | ARRAY-MEK_5201581 | ARRAY-MEK_5201591 | R, PV |
| **PTX-0491** | **JTX-008** | DTX-548 | 29-Jan-57 | | U.S. Patent No. 2,779,780, dated Jan. 29, 1957 (U0126) | n/a | n/a | |
| **PTX-0492** | | | | | Simon Ward Curriculum Vitae | | | |
| **PTX-0493** | | | | | Alexander Bridges Curriculum Vitae | | | |
| **PTX-0494** | | | | | Bartosz Chmielowski Curriculum Vitae | | | |
| **PTX-0495** | | | | | John Hertig Curriculum Vitae | | | |

# Defendant's Objections Key

**Objections Key**

| | | |
|---|---|---|
| Relevance | R | FRE 401/402 |
| Prejudice outweighs probative value | PV | FRE 403 |
| Hearsay | H | FRE 801/802 |
| Authenticity | A | FRE 901 |
| Best Evidence Rule | B | FRE 1002 |
| Lay opinion or legal conclusion | L | FRE 701 |
| Lacks foundation | F | |
| Untimely (produced after close of discovery) | UT | |
| Attorney-Client Privilege | P | |
| Attoreyy Work Product | WP | |

# EXHIBIT 11

# Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-001 | JTX-001 | WITH DRAWN | | | |
| DTX-002 | JTX-002 | WITH DRAWN | | | |
| DTX-003 | JTX-003 | WITH DRAWN | | | |
| DTX-004 | JTX-004 | WITH DRAWN | | | |
| DTX-005 | JTX-005 | WITH DRAWN | | | |
| DTX-006 | JTX-006 | WITH DRAWN | | | |
| DTX-007 | JTX-007 | WITH DRAWN | | | |
| DTX-008 | JTX-009 | WITH DRAWN | | | |
| DTX-009 | JTX-010 | WITH DRAWN | | | |
| DTX-010 | JTX-011 | WITH DRAWN | | | |
| DTX-011 | JTX-012 | WITH DRAWN | | | |
| DTX-012 | JTX-013 | WITH DRAWN | | | |
| DTX-013 | | Assignment docs for P-I-S | | | R |
| DTX-014 | | Alembic Amended Answer and Counterclaims, dated 11/27-23 (DI 65) | | | |
| DTX-015 | | "Alembic Pharmaceuticals, Inc., is a subsidiary of Alembic Pharmaceuticals Ltd."<br>https://www.alembicusa.com/corporate-profile.aspx | | | H |
| DTX-016 | | WITH DRAWN | | | H |
| DTX-017 | | Joint Claim Construction Chart, dated 11/3/23 (DI 59) | | | |
| DTX-018 | JTX-278 | WITH DRAWN | | | |
| DTX-019 | JTX-265 | Originals Reports Thoracic Oncology - Gregory Rilery, et al. Phase II, Open-Label Study of Encorafenib Plus Binimetinib in Patients with BRAFv600-Mutant Metastic Non-Small-Cell Lung Cancer (Vol 41, Iss .21 p. 3700)<br>(2024-06-07 Wilner, Keith Depo Ex. 2) | | | R |
| DTX-020 | JTX-279 | WITH DRAWN | | | |
| DTX-021 | JTX-309 | Dr. Keith Wilner's KU Faculty Bio (Website)<br>(2024-06-07 Wilner, Keith Depo Ex. 4) | | | R |
| DTX-022 | JTX-271 | Highlights of Prescribing Information - MEKTOVI<br>(2024-06-07 Wilner, Keith Depo Ex. 5) | | | |
| DTX-023 | JTX-273 | Highlights of Prescribing Information - BRAFTOVI<br>(2024-06-07 Wilner, Keith Depo Ex. 6) | | | |
| DTX-024 | JTX-297 | Presentation - CRC/Melanoma Franchise Overview - by Adam Schayowitz<br>(2024-06-07 Wilner, Keith Depo Ex. 7) | | | R |
| DTX-025 | JTX-259 | Email - Re:Pharos sNDA submitted to the FDA on 17 Janurary 2023<br>(2024-06-07 Wilner, Keith Depo Ex. 8) | | | R |
| DTX-026 | JTX-260 | Email - Re:Pharos sNDA submitted to the FDA on 17 Janurary 2023)<br>(2024-06-07 Wilner, Keith Depo Ex. 9) | | | R |
| DTX-027 | JTX-231 | Email - Annoucment to GMT for PM Transition on BRAFTOVI/MEKTOVI<br>(2024-06-07 Wilner, Keith Depo Ex. 10) | | | R |

**Defendant's Exhibit List**

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-028 | JTX-245 | Presentation Nov 15 2021 - Encorafenib and Binimetinib BU-BRC Assessment of Benefit-Risk of Pharos Interim Analysis 1 Resutls - by Keith Wilner et al. (2024-06-07 Wilner, Keith Depo Ex. 11) | | | R |
| DTX-029 | JTX-235 | FDA Letter to Array - Proposed changes to PHAROS Study & PRElim Meeting (Oct 30 2020)(2024-06-07 Wilner, Keith Depo Ex. 12) | | | R |
| DTX-030 | JTX-242 | Email from Keith Wilner - Apr 2 2021 - Re: CINC280x2205 MUTATIONS (2024-06-07 Wilner, Keith Depo Ex. 13) | | | R |
| DTX-031 | JTX-243 | FDA Letter to Array - Proposed changes to PHAROS Study & PRElim Meeting (Jun 23 2021) (2024-06-07 Wilner, Keith Depo Ex. 14) | | | R |
| DTX-032 | JTX-236 | FDA Letter to Array - Proposed changes to PHAROS Study & PRElim Meeting (Oct 30 202) (2024-06-07 Wilner, Keith Depo Ex. 15) | | | R |
| DTX-033 | JTX-244 | FDA Letter to Array - Proposed changes to PHAROS Study & PRElim Meeting (Nov 4 2021) (2024-06-07 Wilner, Keith Depo Ex. 16) | | | R |
| DTX-034 | JTX-252 | FDA Letter to Array - Proposed changes to PHAROS Study & PRElim Meeting (Dec 16 2022) (2024-06-07 Wilner, Keith Depo Ex. 17) | | | R |
| DTX-035 | JTX-268 | Email from Keith Wilner - Sept 5 2023- Re: Important: FDA Round 3 comment - Bini USPI and ENCO USPI (Due day September 08 2023) (2024-06-07 Wilner, Keith Depo Ex. 18) | | | R |
| DTX-036 | JTX-298 | Article- "Pfizer to shutter research operations at colorado site acquired in Array deal" (2024-06-07 Wilner, Keith Depo Ex. 19) | | | R, H |
| DTX-037 | | US Patent No. 9,562,016 B2 (2024-06-07 Wilner, Keith Depo Ex. 20) | | | |
| DTX-038 | JTX-007a | WITHDRAWN | | | |
| DTX-039 | | US Patent No. 9,598,376 B2 (2024-06-07 Wilner, Keith Depo Ex. 22) | | | |
| DTX-040 | | US Patent No. 9,314,464 (2024-06-07 Wilner, Keith Depo Ex. 23) | | | |
| DTX-041 | | US Patent No. 10,005,761 B2 (2024-06-07 Wilner, Keith Depo Ex. 24) | | | |
| DTX-042 | | US Patent No. 9,980,944 B2 (2024-06-07 Wilner, Keith Depo Ex. 25) | | | |
| DTX-043 | JTX-246 | Article Future Oncology Clinical Trial Protocal - *Encorafenib plus binimetinib in pateints with BRAFv600-mutant non-small cell lung cancer: phase II PHAROS study design Keithwilner et al.* (2024-06-07 Wilner, Keith Depo Ex. 26) | | | R |

**Defendant's Exhibit List**

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-044 | JTX-251 | Presentation Nov 10 2022 - Encorafenib and Binimetinib Joint E-BRC/BU-BRC Assessment of Benefit-Risk of PHAROS- PCD* Results E-BRC/BU-BRC Review by Keith Wilner et al.<br>(2024-06-07 Wilner, Keith Depo Ex. 27) | | | R, H |
| DTX-045 | JTX-001b | WITHDRAWN | | | |
| DTX-046 | JTX-007b | WITHDRAWN | | | |
| DTX-047 | JTX-012a | WITHDRAWN | | | |
| DTX-048 | JTX-172 | Presentation - Design, Synthesis and Study of B-Raf Kinase Inhibitors for Cancer Therapy<br>(2024-06-21 Huang, Shenlin Depo Ex. 31) | NPC-00050 | | H |
| DTX-049 | | Def's Notice fo Dep to Plat - Rule 30(b)(6) Witness<br>(2024-06-28 Dougherty, Timothy Depo Ex. 42) | | | |
| DTX-050 | JTX-272 | WITHDRAWN | | | |
| DTX-051 | JTX-269 | WITHDRAWN | | | |
| DTX-052 | JTX-264 | WITHDRAWN | | | |
| DTX-053 | JTX-302 | WITHDRAWN | | | |
| DTX-054 | JTX-266 | WITHDRAWN | | | |
| DTX-055 | JTX-270 | WITHDRAWN | | | |
| DTX-056 | JTX-308 | Alessandra di Pietro - LinkedIn<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 1) | | | |
| DTX-057 | | Notice of Deposition<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 2) | | | |
| DTX-058 | JTX-230 | Presentation - BRAF MEK 2021 Brand Plan: Metastatic Melanoma - May 26-27, 2020<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 37) | ARRAY-MEK_2858181 | ARRAY-MEK_2858245 | R |
| DTX-059 | JTX-241 | Melanoma Evidecne Generation Workshop for Encorafenib in Combination with Binimetinib - Meeting Minutes (Mar 3 & 5 , 2021)<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 38) | ARRAY-MEK_5194298 | ARRAY-MEK_5194325 | R |
| DTX-060 | JTX-228 | Melanoma-SWOT Analysis<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 39) | ARRAY-MEK_2867117 | ARRAY-MEK_2867118 | R |
| DTX-061 | JTX-239 | Presentation- BRAFTOVI/MEKTOVI Medicine Plan March 2021<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 48) | ARRAY-MEK_5196229 | ARRAY-MEK_5196243 | R |
| DTX-062 | JTX-204 | Letter to LaTonya M. Mitchell Jun 30 2016 - notification of the stated NDA eCTD submission being made<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 49) | ARRAY-MEK_3746262 | | R |
| DTX-063 | JTX-205 | Dept of Health and Human Service FDA Application to Market a New or Abbreviated New Drug or Biologic for Human Use 08/04/2016<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 50) | ARRAY-MEK_4211272 | ARRAY-MEK_4211274 | R |
| DTX-064 | JTX-206 | Letter to Dr. Keegan - Binimetinib (MEK 162) NDA#209099; Sequence 0038<br>(2024-07-01 Di Pietro, Alessandra Depo Ex. 51) | ARRAY-MEK_4211319 | ARRAY-MEK_4211320 | R |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-065 | JTX-207 | Email - Apr 4 2017 - FINAL NEMO NDA Submission Meetings Outcomes_03.21.17 (2024-07-01 Di Pietro, Alessandra Depo Ex. 52) | ARRAY-MEK_1807274 | ARRAY-MEK_1807276 | R |
| DTX-066 | JTX-257 | Dept of Health and Human Service FDA Application to Market a New or Abbreviated New Drug or Biologic for Human Use 01/17/2023 (2024-07-01 Di Pietro, Alessandra Depo Ex. 53) | ARRAY-MEK_0899639 | ARRAY-MEK_0899642 | R |
| DTX-067 | JTX-310 | ENCORAFENIB/BINIMETINIB - Partnership overview May 27 2021 (2024-07-01 Di Pietro, Alessandra Depo Ex. 54) | ARRAY-MEK_1516083 | ARRAY-MEK_1516089 | R |
| DTX-068 | JTX-263 | Presentation - Overview of Encorafenib and Binimetinib in BRAF V600/K Mutant Metstatic Melanoma - Jun 2023 (2024-07-01 Di Pietro, Alessandra Depo Ex. 55) | ARRAY-MEK_4582996 | ARRAY-MEK_4583084 | R |
| DTX-069 | JTX-250 | Oncology Combined Rainbow Report (candidate & Study Data) Sept 26, 2022 (2024-07-01 Di Pietro, Alessandra Depo Ex. 56) | ARRAY-MEK_1714848 | ARRAY-MEK_1714872 | R |
| DTX-070 | JTX-210 | Letter from Dept. of Health and Human Services FDA - to Array re: Acnkowledge Withdrawal for App filed 08/29/2016 (2024-07-01 Di Pietro, Alessandra Depo Ex. 57) | ARRAY-MEK_3804664 | ARRAY-MEK_3804668 | R |
| DTX-071 | JTX-222 | WITHDRAWN | | | |
| DTX-072 | JTX-240 | Presentation ADEAA Biosences - Improving Lives Through Tranformative Precision Medicine IDE196 Clinical Development Strategy- Mar 1, 2021 (2024-07-01 Di Pietro, Alessandra Depo Ex. 59) | ARRAY-MEK_4325650 | ARRAY-MEK_4325711 | R, H |
| DTX-073 | JTX-234 | Clinical Development Plan Document - Final Version #2 - Encorfenib, Binimetinib, BRAF V600/K-mutant Leanoma Program (2024-07-01 Di Pietro, Alessandra Depo Ex. 60) | ARRAY-MEK_1517403 | ARRAY-MEK_1517529 | R |
| DTX-074 | JTX-209 | Binimetinib Array BioPharma Inc. - 1.4.4 Cross Reference to Previously Submitted Information: NDA Reviewer's Guide (2024-07-01 Di Pietro, Alessandra Depo Ex. 61) | ARRAY-MEK_0016009 | ARRAY-MEK_0016023 | R |
| DTX-075 | JTX-211 | Center for Drug Evaluation and Research App No. 210498Orig1s000 Multi-Discipline Review (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 61) | | | R |
| DTX-076 | JTX-262 | Email from Bo Yang - RE: Important:FDA Information Request - Clinical (Due by 4:00pm, ET on May 10,2023) (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 62) | ARRAY-MEK_1518712 | ARRAY-MEK_1518720 | R |
| DTX-077 | JTX-203 | Binimetimb (MEK 162) Pre-NDA Meeting Briefing Document (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 63) | ARRAY-MEK_0878406 | ARRAY-MEK_0878586 | R |
| DTX-078 | JTX-239 | Presentation - BRAFTOVI/MEKTOVI Medicine Plan - March 2021 (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 64) | ARRAY-MEK_5196229 | ARRAY-MEK_5196243 | R |
| DTX-079 | JTX-303 | Presentation - GRA-PRC PHAROS: A non-randomized Phase 2, open-label study of encorafenib plus binimetinib in patients with BRAF V600-mtuant mNSCLC (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 65) | ARRAY-MEK_1486175 | ARRAY-MEK_1486212 | R |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-080 | JTX-261 | Email from Allison Marlow 2/2/2023 - RE: Query Braftovi and Mektovi_Colombia (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 66) | ARRAY-MEK_1447217 | ARRAY-MEK_1447219 | R |
| DTX-081 | JTX-224 | Dept of Health and Human Service FDA - Patent Information Submitted with the Filing of an NDA, Amendment , or Supplement 10/7/2019 (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 67) | ENC_BIN_01782257 | ENC_BIN_01782260 | R |
| DTX-082 | JTX-216 | Drugs @FDA: FDA-Approved Drugs (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 68) | | | R |
| DTX-083 | JTX-275 | Letter FDA - Supplement Approval Fulfillment of Postmarketing Commitment - to Neeti Arora for Braftovi (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 69) | ARRAY-MEK_3625681 | ARRAY-MEK_3625717 | R |
| DTX-084 | JTX-274 | Letter to Bo Yang from FDA - Supplemental Approval for MEKTOVI (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 70) | ARRAY-MEK_4555437 | ARRAY-MEK_4555463 | R |
| DTX-085 | JTX-258 | Dept of Health and Human Service FDA - Patent Information Submitted with the Filing of an NDA, Amendment , or Supplement 01/12/2023 (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 71) | ARRAY-MEK_0899920 | ARRAY-MEK_0899924 | R |
| DTX-086 | JTX-233 | Messages between Allison Marlow and Kaska Kowanetz - Oct 8 2020 (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 72) | ARRAY-MEK_2162121 | ARRAY-MEK_2162125 | R |
| DTX-087 | JTX-213 | Class Action Complaint - Wendell Rose v. Array - Case No. 1:17-cv-02789-KLM (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 73) | | | R |
| DTX-088 | JTX-212 | Email to Meeti Arora (Pfizer) - [SCC-REQ-91746][ADM][GEN]-BINIMETINIB (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 74) | ARRAY-MEK_0899635 | ARRAY-MEK_0899635 | R |
| DTX-089 | JTX-304 | Encorafenib 2.3P Quality Summary-Drug Product (2024-07-09 Kowanetz, Katarzyna (Dr.) Depo Ex. 75) | ENC_BIN_00000119 | ENC_BIN_00000215 | R |
| DTX-090 | | Defendants' 30(b)(6) Depo Notice, filed 5/2/2024 (2024-07-10 Gramling, Edward Defs Depo Ex. 44) | | | |
| DTX-091 | JTX-306 | WITHDRAWN | | | |
| DTX-092 | JTX-189 | WITHDRAWN | | | |
| DTX-093 | JTX-201 | WITHDRAWN | | | |
| DTX-094 | JTX-202 | WITHDRAWN | | | |
| DTX-095 | JTX-200 | WITHDRAWN | | | |
| DTX-096 | JTX-232 | Email from Elizabeth Murphy - 9/11/202 - RE:L-Array Jarvis SharePoint User Acceptance Testing in Pfizer SharePoint Online (2024-07-10 Gramling, Edward Depo Ex. 81) | ARRAY- MEK_1468650 | ARRAY- MEK_1468655 | R |
| DTX-097 | JTX-208 | Dept of Health and Human Service FDA - Patent Information Submitted with the Filing of an NDA, Amendment , or Supplement - BRAFTOVI 05/18/2017 (2024-07-10 Gramling, Edward Depo Ex. 82) | ENC_BIN_02174192 | ENC_BIN_02174195 | R |
| DTX-098 | JTX-299 | Presentation - Design and Discovery of Allosteric MEK Inhibitors by Eli Wallace (2024-07-11 Marlow, Allison Depo Ex. 83) | ARRAY-MEK_1125708 | ARRAY-MEK_1125747 | R |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-099 | | Email from Tammie Yeh 2/13/2003 - raf project (2024-07-11 Marlow, Allison Depo Ex. 84) | ARRAY-MEK_1779424 | ARRAY-MEK_1779425 | R |
| DTX-100 | | Email from Human Resources - 2/20/2008 - Marlow/Herzig Interview (2024-07-11 Marlow, Allison Depo Ex. 85) | ARRAY-MEK_2085455 | ARRAY-MEK_2085459 | R |
| DTX-101 | JTX-190 | WITHDRAWN | | | |
| DTX-102 | JTX-012b | WITHDRAWN | | | |
| DTX-103 | JTX-147 | Int'l Publication No. WO 2008/1240004 A1 (2024-07-11 Marlow, Allison Depo Ex. 88) | | | |
| DTX-104 | JTX-130 | Email from Erika Klein 4/25/2008 - Fwd: CU Book /Article Request Form Submission (2024-07-11 Marlow, Allison Depo Ex. 89) | ARRAY-MEK_2016531 | ARRAY-MEK_2016553 | R, H |
| DTX-105 | JTX-300 | Presentation Inventing, Developing & Commercializing Targeted Small Molecule Drugs in Cancer, Inflammation & Metabolic Disease - MEK Inhibitors for the Treatment of Inflammatory Diseases (2024-07-11 Marlow, Allison Depo Ex. 90) | ARRAY-MEK_2007438 | ARRAY-MEK_2007472 | R |
| DTX-106 | JTX-133 | Email from Aycan Walker 5/7/2008 - FW: ARRY-142886 (AZD6244) Medicinal Chemitstry Paper and IP review (2024-07-11 Marlow, Allison Depo Ex. 91) | ARRAY-MEK-2016587 | ARRAY-MEK_2016588 | R, H |
| DTX-107 | JTX-099 | Email from Jim Walker 10/23/2006 - RE: ACR poster text JDW.doc (2024-07-11 Marlow, Allison Depo Ex. 92) | ARRAY-MEK_2045276 | ARRAY-MEK_2045282 | R, H |
| DTX-108 | JTX-281 | WITHDRAWN | | | |
| DTX-109 | JTX-288 | WITHDRAWN | | | |
| DTX-110 | JTX-284 | WITHDRAWN | | | |
| DTX-111 | JTX-305 | WITHDRAWN | | | |
| DTX-112 | JTX-280 | WITHDRAWN | | | |
| DTX-113 | | US 9,314,464 B2 (2025-02-12 Fruehauf, John P (M.D., Ph. D.) (Vol. 1) Depo Ex. 6) | ARRAY-MEK_0000001 | ARRAY-MEK_0000051 | |
| DTX-114 | JTX-285 | WITHDRAWN | | | |
| DTX-115 | JTX-195 | WITHDRAWN | | | |
| DTX-116 | JTX-286 | WITHDRAWN | | | |
| DTX-117 | | US 9,314,464 (2025-02-18 Ward, Simon Edward (Dr.) Depo Ex. 2) | | | |
| DTX-118 | JTX-007b | WITHDRAWN | | | |
| DTX-119 | | US 10,005,761 (2025-02-18 Ward, Simon Edward (Dr.) Depo Ex. 4) | | | |
| DTX-120 | JTX-283 | WITHDRAWN | | | |
| DTX-121 | JTX-287 | WITHDRAWN | | | |
| DTX-122 | | US 9,314,464 (2025-02-20 Shah, Neel Depo Ex. 3) | ARRAY-MEK_0000001 | ARRAY-MEK_0000051 | |
| DTX-123 | | US 9,850,229 (2025-02-20 Shah, Neel Depo Ex. 4) | ARRAY-MEK_0005996 | ARRAY-MEK_0006045 | |
| DTX-124 | | US 10,005,761 (2025-02-20 Shah, Neel Depo Ex. 5) | ARRAY-MEK_0007540 | ARRAY-MEK_0007590 | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-125 | | US 8,541,575<br>(2025-02-20 Shah, Neel Depo Ex. 6) | ARRAY-MEK_4463293 | ARRAY-MEK_4463393 | |
| DTX-126 | | Opening Expert Report of David P. Rotella, PhD<br>(2025-02-20 Shah, Neel Depo Ex. 7) | | | |
| DTX-127 | | Response Expert Report of Simon Ward, Ph.D.<br>(2025-02-20 Shah, Neel Depo Ex. 8) | | | |
| DTX-128 | JTX-148 | WITHDRAWN | | | |
| DTX-129 | JTX-132 | WITHDRAWN | | | |
| DTX-130 | JTX-289 | WITHDRAWN | | | |
| DTX-131 | | Opening Expert Report of David P. Rotella Ph.D., dated 10/1/2024<br>(2025-02-24 Rotella, David Paul Depo Ex. 1) | | | |
| DTX-132 | | Responsive Expert Report of David P. Rotella PhD<br>(2025-02-24 Rotella, David Paul Depo Ex. 2) | | | |
| DTX-133 | | US Patent No. 8,541,575 B2<br>(2025-02-24 Rotella, David Paul Depo Ex. 3) | | | |
| DTX-134 | JTX-316 | Responsive Expert Report of Simon Ward, Ph.D.<br>(2025-02-24 Rotella, David Paul Depo Ex. 4) | | | |
| DTX-135 | | US 9,314,464 B2<br>(2025-02-24 Rotella, David Paul Depo Ex. 5) | | | |
| DTX-136 | JTX-001a | WITHDRAWN | | | |
| DTX-137 | JTX-282 | WITHDRAWN | | | |
| DTX-138 | | Responsive Expert Report of Bartosz Chmielowski<br>(2025-02-27 Chmielowski, Bartosz (Dr.) Depo Ex. 2) | | | |
| DTX-139 | | US 9,314,464 B2<br>(2025-02-27 Chmielowski, Bartosz (Dr.) Depo Ex. 3) | | | |
| DTX-140 | | US 9,850,229<br>(2025-02-27 Chmielowski, Bartosz (Dr.) Depo Ex. 4) | | | |
| DTX-141 | | US Patent No.10,005,761 B2<br>(2025-02-27 Chmielowski, Bartosz (Dr.) Depo Ex. 5) | | | |
| DTX-142 | | Reply Expert Report of John Hertig, Pharm.D.<br>(2025-03-04 Hertig, John (Dr.) Depo Ex. 1) | | | |
| DTX-143 | | US 9,314,646<br>(2025-03-04 Hertig, John (Dr.) Depo Ex. 2) | | | |
| DTX-144 | | US 9,850,229<br>(2025-03-04 Hertig, John (Dr.) Depo Ex. 3) | | | |
| DTX-145 | | US 10,005,761<br>(2025-03-04 Hertig, John (Dr.) Depo Ex. 4) | | | |
| DTX-146 | | Highlights of Prescribing Information, Braftovi<br>(2025-03-04 Hertig, John (Dr.) Depo Ex. 5) | ARRAY-MEK_4294876 | ARRAY-MEK_4294905 | |
| DTX-147 | JTX-292 | WITHDRAWN | | | |
| DTX-148 | JTX-277 | WITHDRAWN | | | |
| DTX-149 | JTX-249 | WITHDRAWN | | | |
| DTX-150 | JTX-223 | WITHDRAWN | | | |

**Defendant's Exhibit List**

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-151 | JTX-221 | WITHDRAWN | | | |
| DTX-152 | | 464 Patent<br>(2024-06-26 Rezai, Nana Depo Ex. 28) | | | |
| DTX-153 | | 229 Patent<br>(2024-06-26 Rezai, Nana Depo Ex. 29) | | | |
| DTX-154 | | 761 Patent<br>(2024-06-26 Rezai, Nana Depo Ex. 30) | | | |
| DTX-155 | JTX-256 | 2023 Braftovi & Mektovi Key Strategic Imperatives<br>(2024-06-26 Rezai, Nana Depo Ex. 32) | ARRAY-MEK_4594799 | ARRAY-MEK_4594799 | R |
| DTX-156 | JTX-248 | North America Medical Affairs - 2022 Strategic Plan Overview -May 2022<br>(2024-06-26 Rezai, Nana Depo Ex. 33) | ARRAY-MEK_4596187 | ARRAY-MEK_4596214 | R |
| DTX-157 | JTX-218 | WITHDRAWN | | | |
| DTX-158 | JTX-219 | WITHDRAWN | | | |
| DTX-159 | JTX-267 | (2024-06-26 Rezai, Nana Depo Ex. 36) | ARRAY-MEK_2855873 | ARRAY-MEK_2855906 | R |
| DTX-160 | | BRAF MEK 2021 Brand Plan: Metastatic Melanoma May 26-27,2020<br>(2024-06-26 Rezai, Nana Depo Ex. 37) | ARRAY-MEK_2858181 | ARRAY-MEK_2858245 | R |
| DTX-161 | | Melanoma Evidence Generation Workshop for Encorafenib in Combination with Binimetinib-Meeting Minutes-March 2021<br>(2024-06-26 Rezai, Nana Depo Ex. 38) | ARRAY-MEK_5194298 | ARRAY-MEK_5194325 | R |
| DTX-162 | JTX-229 | Melanoma SWOT Analysis<br>(2024-06-26 Rezai, Nana Depo Ex. 39) | ARRAY-MEK_2867117 | ARRAY-MEK_2867118 | |
| DTX-163 | JTX-301 | Braftovi and Mektovi in Melanoma pCODR Pre-Submission Meeting<br>(2024-06-26 Rezai, Nana Depo Ex. 40) | ARRAY-MEK_2864062 | ARRAY-MEK_2864102 | R |
| DTX-164 | JTX-227 | WITHDRAWN | | | |
| DTX-165 | | WITHDRAWN | | | |
| DTX-166 | | Approved Drug Products with Therapeutic Equivalence Evaluations (Orange book) | | | |
| DTX-167 | | WITHDRAWN | | | |
| DTX-168 | | WITHDRAWN | | | |
| DTX-169 | | U.S. Patent Application Publication No. 2005/0222163 | ARRAY-MEK_5200989 | ARRAY-MEK_5201019 | H |
| DTX-170 | | U.S. Patent Application Publication No. 2008/0171778 | ARRAY-MEK_0927330 | ARRAY-MEK_0927394 | H |
| DTX-171 | | U.S. Patent Application Publication No. 2008/0193448 | ARRAY-MEK_5201020 | ARRAY-MEK_5201053 | H |
| DTX-172 | | U.S. Patent Application Publication No. 2009/0099174 | ARRAY-MEK_5201054 | ARRAY-MEK_5201161 | H |
| DTX-173 | JTX-063 | WITHDRAWN | | | |
| DTX-174 | JTX-089 | WITHDRAWN | | | |
| DTX-175 | | International PCT Publication No WO 2008/075741 | ARRAY-MEK_5201486 | ARRAY-MEK_5201511 | H |
| DTX-176 | | WITHDRAWN | | | |
| DTX-177 | | The 2006 Array BioPharma, Cancer Program Product Pipeline report ("Pipeline Rpt."); the October 20, 2006, FDA News, | | | H |
| DTX-178 | | The October 20, 2006, Array BioPharma Reports Positive Data on MEK Inhibitors article ("FDA Report") | | | H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-179 | JTX-101 | WITHDRAWN | | | |
| DTX-180 | | Blagosklonny, M., *Analysis of FDA Approved Anticancer Drugs Reveals the Future of Cancer Therapy* , 3 CELL CYCLE 1033 (2004) ("Blagosklonny 2004"); | | | H |
| DTX-181 | | Mark Chapman, et al., *Abstract #3700: The selective MEK inhibitor RDEA119: Synergy with multiple classes of anti-cancer agents* , 100TH AM. ASS'N CANCER RES. ANNUAL MEETING, April 18-22, 2009, Denver, Colorado | | | H |
| DTX-182 | JTX-053 | WITHDRAWN | | | |
| DTX-183 | JTX-141 | WITHDRAWN | | | |
| DTX-184 | | Jeffrey F. Ohren, et al., *Structures of human MAP kinase kinase 1 (MEK1) and MEK2 describe novel noncompetitive kinase inhibition* , 11 NATURE STRUCTURAL & MOLECULAR BIOLOGY 1192 (2004) | ARRAY-MEK_5200933 | ARRAY-MEK_5200939 | H |
| DTX-185 | | Da-Liang Ou, et al., *Abstract #1435: Potential synergistic anti-tumor effects between sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC)* , 99TH AM. ASS'N CANCER RES. ANNUAL MEETING, April 12-16, 2008, San Diego, California | | | H |
| DTX-186 | | Jed Pheneger, et al., *Characterization of ARRY-438162, a Potent MEK Inhibitor in Combination with Methotrexate or Ibuprofen in* in vivo *Models of Arthritis* , ARTHRITIS & RHEUMATOLOGY (2006) | | | H |
| DTX-187 | | Steve Price, *Putative allosteric MEK1 and MEK2 inhibitors* , 18 EXPERT OPIN. THER. PATENTS 603 (2008) | ARRAY-MEK_1432461 | ARRAY-MEK_1432485 | H |
| DTX-188 | JTX-159 | WITHDRAWN | | | |
| DTX-189 | | David B. Solit, et al., *BRAF mutation predicts sensitivity to MEK inhibition* , 439 NATURE 358 (2006) | ARRAY-MEK_5202947 | ARRAY-MEK_5202957 | |
| DTX-190 | | WITHDRAWN | | | |
| DTX-191 | JTX-106 | WITHDRAWN | | | |
| DTX-192 | | Joseph S. Warmus, et al., *2-Alkylamino- and alkoxy-substituted 2-amino-1,3,4-oxadiazoles—O-Alkyl benzohydroxamate esters replacements retain the desired inhibition and selectivity against MEK (MAP ERK kinase)* , 18 BIOORGANIC & MEDICINAL CHEMISTRY LETTERS 6171 (2008) | ARRAY-MEK_5200978 | ARRAY-MEK_5200983 | |
| DTX-193 | | John Wityak, et al., *Beyond U0126. Dianion chemistry leading to the rapid synthesis of a series of potent MEK inhibitors* , 14 BIOORGANIC & MEDICINAL CHEMISTRY LETTERS 1483 (2004) | ARRAY-MEK_5200984 | ARRAY-MEK_5200987 | |
| DTX-194 | JTX-140 | WITHDRAWN | | | |
| DTX-195 | | Andrew H. Ko et al., Everyone's Guide to Cancer Therapy (5th ed. 2008) ("Ko"); | | | H |
| DTX-196 | | WITHDRAWN | | | |
| DTX-197 | | Wendye R. Robbins & Ernest H. Rosenbaum, "Controlling Pain" in Everyone's Guide to Cancer Therapy (5th ed. 2008) at 202-07 | | | H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-198 | | lgnoffo, Robeli J., et al., "Coping with the Side Effects of Chemotherapy" in Everyone's Guide to Cancer Therapy (5th ed. 2008) at 165-70 | | | H |
| DTX-199 | | Rosenbaum, Ernest H., "Living with Cancer" in Everyone 's Guide to Cancer Therapy (5th ed. 2008) at 155-64 | | | H |
| DTX-200 | | WITHDRAWN | | | |
| DTX-201 | | WITHDRAWN | | | |
| DTX-202 | | Jeffrey F. Ohren et al., *Structures of Human MAP Kinase Kinase 1 (MEK1) and MEK2 Describe Novel Noncompetitive Kinase Inhibition* , 11 Nat. Struct. & Mol. Biol. 1192 (2004). | ARRAY-MEK_5200933 | ARRAY-MEK_5200939 | |
| DTX-203 | | John Wityak et al., *Beyond U0126: Dianion Chemistry Leading to the Rapid Synthesis of a Series of Potent MEK Inhibitors* , 14 Bioorg. Med. Chem. Lett. 1483 (2004). | ARRAY-MEK_5200984 | ARRAY-MEK_5200987 | |
| DTX-204 | | WITHDRAWN | | | |
| DTX-205 | | International PCT Publication No. WO 5,034,948 | | | |
| DTX-206 | | International PCT Publication No. WO 2009/100176 | | | |
| DTX-207 | | International PCT Publication No. WO 97/44014 | | | |
| DTX-208 | | International PCT Publication No. WO 2007/034135 | | | |
| DTX-209 | | International PCT Publication No. WO 2008/012000 | | | |
| DTX-210 | | International PCT Publication No. WO 2009/050291 | | | |
| DTX-211 | | International PCT Publication No. WO 2009/153654 | | | |
| DTX-212 | | International PCT Publication No. WO 2010/041051 | | | |
| DTX-213 | | International PCT Publication No. WO 2010/146179 | | | |
| DTX-214 | | International PCT Publication No. WO 2012/022724 | | | |
| DTX-215 | | International PCT Publication No. WO 2013/142182 | | | |
| DTX-216 | | JP 2007217322A | | | |
| DTX-217 | | 2004/082551 | | | |
| DTX-218 | | 2005/080101 | | | |
| DTX-219 | | 2005/084529 | | | |
| DTX-220 | | 2005/159444 | | | |
| DTX-221 | | 2006/018960 | | | |
| DTX-222 | | 2007/048384 | | | |
| DTX-223 | | 2007/049620 | | | |
| DTX-224 | | 2008/181948 | | | |
| DTX-225 | | 2009/203709 | | | |
| DTX-226 | | 2009/214656 | | | |
| DTX-227 | | 2011/0183978 | | | |
| DTX-228 | | US 5858412 | | | |
| DTX-229 | | US 6306883 | | | |
| DTX-230 | | US 7047049 | | | |
| DTX-231 | | US 7199124 | | | |
| DTX-232 | | US 7294625 | | | |
| DTX-233 | | US 7495102 | | | |
| DTX-234 | | US 7582652 | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-235 | | US 7691855 | | | |
| DTX-236 | | US 8007824 | | | |
| DTX-237 | | WITHDRAWN | | | |
| DTX-238 | | 2008/0193448 | | | |
| DTX-239 | | US 8007824 | | | |
| DTX-240 | | US 9447089 | | | |
| DTX-241 | | NCT01072175 as of25 Febraury 2010 | | | |
| DTX-242 | | NCT0l 719380 as of 15 July 2013. 2013. | | | |
| DTX-243 | | Ansel's Phaimaceutical Dosage Forms and Drug Delivery Systems, 9th Edition (2011) | | | R, H |
| DTX-244 | | Badawy, S.I.F. and Hussain, M.A., MINIREVIEW Microenvironmental pH Modulation in Solid Dosage Fonns, Jomnal of Phaimaceutical Sciences, May 2007 | | | H |
| DTX-245 | | Baker, R.W. et al., Atropisomerism of 2,2'- Binaphthalenes, Aust. J. Chem., 2000 | | | H |
| DTX-246 | | Bassi, P. and Kam, G., pH modulation: a mechanism to obtain pH independent diug release, Expe1t Opinion on Dmg Delive1y, 2010 | | | H |
| DTX-247 | | Bauer, J.F. et al., Polymmphism-A Critical Consideration in Pharmaceutical Development, Manufacturing, and Stability, Pharmaceutical Solids 2008 | | | H |
| DTX-248 | | Blagosklonny, M.V., Carcinogenesis, cancer therapy and chemoprevention, 12 Cell Death and Differentiation 592-602 (2005) | | | H |
| DTX-249 | | Byrn, S., et al., Pharmaceutical Solids: A Strategic Approach to Regulatory Considerations. Pharmaceutical Reseairch, Vol. 12, No. 7, 1995 | | | H |
| DTX-250 | | S. Byrn, R. Pfeiffer and J. Stowell, "Solid State Chemistry of Drugs," 2nd Edition, SSCI, Inc., West Lafayette, 1999 | | | H |
| DTX-251 | | Caira, M., Crystalline Polymorphism of Organic Compound, Topics in Cunent Chemistiy,Vol.198 (1998) | | | H |
| DTX-252 | | Caponigro, G., et al., Abstl'act 2337: Efficacy of the RAF/PI3Kalanti-EGFR ti·iple combination LGX818 + BYL719 + cetuximab in BRAFv6ooE colorectal tumor models. Cancer Reseai·ch, 2013. 73(8 Supplement): p. 2337-2337. | | | H |
| DTX-253 | | Chen, T. et al., Identification of small-molecule inhibitors of the JIP-JNK interaction Depaiiment of Tai·get Biology, Pfizer Reseai·ch Technology Center, Cambridge, MA, USA, 13 May 2009 | | | H |
| DTX-254 | | Clark, Outsourcing lead optimization: constant change is here to stay, Dmg Discove1y Today, 2007 | | | H |
| DTX-255 | | DeVita, Cancer Principles and Practices of Oncology, 3rd Edition, 1989 | | | H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-256 | | Dishington, AP. et al., C-Nucleosides. Paii 2. Preparation of 2-r(I R,2S,3R,4R)-2,3-Dihydroxy- 4-(hydroxymethyl)cyclopentyl]thiazole-4- cai·boxamide ('Carbocyclic' Tiazofurin) and its Antipode, J. Chem. Soc. Perkin Trans., 1993 | | | H |
| DTX-257 | | Doherty, M., et. al., From Form to Function: Crystallization of Active Pharmaceutical Ingredients, American Institute of Chemical Engineers | | | H |
| DTX-258 | | Emely, C.M. et al., MEKl mutations confer resistance to MEK and B-RAF inhibition, 2009 | | | H |
| DTX-259 | | Espinosa, et al., Synthesis and redox-enzyme modulation by amino-1,4-dihydro-benzo[d][l,2]dithiine derivatives, Tetrahedron Letters, 2009 | | | H |
| DTX-260 | | WITHDRAWN | | | H |
| DTX-261 | | Ghebremeskel, AN. et al., Use of surfactants as plasticizers in preparing solid dispersions of poorly soluble API: Selection of polymer- surfactant combinations using solubility parameters and testing the processability, International Journal of Pharmaceutics, 2007 | | | R, H |
| DTX-262 | | Ghosh, I. et al., Comparison ofHPMC based polymers perfo1mance as eatTiers for manufacture of solid dispersions using the melt extruder, International Journal of Pharmaceutics, 2011 | | | R, H |
| DTX-263 | | Guidance for Industry - ANDAs: Pharmaceutical Solid Polymorphism Chemistry, Manufacturing, and Controls Info1mation, U.S. Department of Health and Human Services Food and Dmg Administration, July 2007 | | | R, H |
| DTX-264 | | Rowe, Raymond C. et al., Handbook of Pharmaceutical Excipients (6th ed. 2009) | | | R, H |
| DTX-265 | | Higgins, B., et al., Efficacy of vemmafenib (V), a selective (V600E)BRAF inhibitor, as monotherapy or in combination with erlotinib (Erl) or erbitux (Erb) and irinotecan (Iri) doublets and ti·iplets in a colorectal cancer (CRC) xenograft model. Journal of Clinical Oncology, 2012. **30(4).** | | | H |
| DTX-266 | | Humphries, P.S. et al., Synthesis and SAR of 4- substituted-2-aminopyrimidines as novel c-Jun N- tenninal kinase (JNK) inhibitors, Pfizer Global R&D, San Diego, CA, USA, 2009 | | | R, H |
| DTX-267 | | Humphries, P.S. et al., Chemically enabled synthesis of 2-amino-4-heteroaiylpyrimidines, Pfizer Global R&D, Department of Medicinal Chemistry, San Diego, CA, USA, 2009 | | | R, H |
| DTX-268 | | Huynh, H. et al., Abstract #2858: Soraftenib in combination with AZD6244 inhibits tumor growth in ectopic and 01ihotopic models of human HCC, Cancer Research, 2009 | | | H |
| DTX-269 | | Institute, N.C., Netherland Cancer Institute - Scientific Annual Repo1i 2013. 2013. | | | R, H |
| DTX-270 | | Kelter, G., et al., Overcoming resistance to BRAF inhibitors in colon cancer and melanoma cell lines. Cancer Research, 2013. 73(8). | | | R, H |
| DTX-271 | | Klein, S., Polysaccharides in Oral Drug Delivery - Recent Applications and Future Perspectives, ACS Symposium Series Vol. 1017, 13-30. 2009 | | | R, H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-272 | | Koch, K., ARRY-438162, a Selective, Potent Inhibitor ofMEKl/2 in Clinical Development for the Treatment of Inflammatory Disease, 2006 | | | |
| DTX-273 | | Kranz, H. and Wagner, T., Effects of formulation and process variables on the release of a weakly basic dmg from single unit extended release fo1mulations, science direct, 2005 | | | R, H |
| DTX-274 | | **Ku,** M.S., Salt and Polymo1ph Selection Strategy Based on the Biopharmaceutical Classification System for Early Pha1maceutical Development, American Pharmaceutical Review, 2010 | | | R, H |
| DTX-275 | | Latsch, S. et al., Crystallisation of estradiol containing TDDS determined by isothermal microcalorimetiy, X-ray diffraction, and optical microscopy, European Journal of Phannaceutics and Biophaimaceutics, 2003 | | | R, H |
| DTX-276 | | Lee, P.A. et al., Abstract 2515 : Preclinical Development of ARRY-162, A Potent and Selective MEK 1/2 Inhibitor, Cancer Research, 2010 | | | |
| DTX-277 | | Daniel E. Levy & Peter Ftigedi, The Organic Chemistry of Sugars, 2005 | | | R, H |
| DTX-278 | | WITHDRAWN | | | |
| DTX-279 | | WITHDRAWN | | | |
| DTX-280 | | Parnsel R, H.A.K., Kemming D, Vogt U, Innig G, Koch 0, The Influence ofB-RafMutations on the Success of Anti-EGFR Treatinent in Colorectal Carcinomas. Annals of Oncology, 2010. **21:** p. vi72. | | | R, H |
| DTX-281 | | Pavia, Introduction to Organic Laboratory Techniques a contemporary approach, Second edition, 1982 | | | R, H |
| DTX-282 | | Pillonel, C., Evaluation of phenylaminopyrimidines as antifungal protein kinase inhibitors, Syngenta Crop Protection AG, Basel, Switzerland, 2005 | | | R, H |
| DTX-283 | | Prahallad, A., et al., Unresponsiveness of colon cancer to BRAF(V600E) inhibition through feedback activation of EGFR - Publication Date. Nature, 2012. 483(7387): p. 100-U146. | | | R, H |
| DTX-284 | | Ralph, J.M. et al., Two convenient regioselective syntheses of 1-N-alkyl-3-aiyl-4-[pyrimidin-4-yl]- pyrazoles Medicinal Chemistry, Oncology CEDD, GlaxoSmithKline, Collegeville, PA, USA, 13 Janua1y 2009 | | | R, H |
| DTX-285 | | Remington's Science and Practice of Phaimacy, 19th Edition, 1995 | | | R, H |
| DTX-286 | | Schilling, S.et al., Citr·ic acid monohydrate as a release-modifying agent in melt extruded man-ix tablets, International Journal of Phannaceutics, 2008 | | | R, H |
| DTX-287 | | Sharp et al., Pharmaceutical Organic Chemistry A Student Handbook of Techniques, 1989 | | | R, H |
| DTX-288 | | Siepe, S. et al., Strategies for the design of hydrophilic man-ix tablets with controlled microenvironmental pH, International Journal of Phaimaceutics, 2006 | | | R, H |
| DTX-289 | | Soon, C.W.M. et al., New Horizons in Melanoma Treatment: Targeting Molecular Pathways, The Ochsner Jomnal, 2010 | | | R, H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-290 | | Su, X. et al., fuhibition of human and rat 11 - hydroxysteroid dehydrogenase type 1 by 18 - glycyiThetinic acid derivatives, 104 Journal of Steroid Biochemistry & Molecular Biology 312- 320 (2007) | | | R, H |
| DTX-291 | | Swarbrick, Encyclopedia of Pharmaceutical Technology, Third Edition, 2007 | | | R, H |
| DTX-292 | | Tran, T.D.T. et al., The roles of acidifiers in solid dispersions and physical mixtures, futemational Jomnal of Phannaceutics, 2009 | | | R, H |
| DTX-293 | | Tran, P.H.L. et al., Dissolution-modulating mechanism of pH modifiers in solid dispersion containing weakly acidic or basic drugs with poor water solubility, Expert Opinion on Drug Delivery, 7:5, 647-661, 2010 | | | R, H |
| DTX-294 | | Vasanthavada, M. et al., Water-soluble Drug Formulation, Chapter 18: Development of Solid Dispersion for Poorly Water-Soluble Drugs, 2008 | | | R, H |
| DTX-295 | | Tiziana Venesio et al., Tiziana In Melanocytic Lesions the Fraction of BRAFv6ooE Alleles is Associated with Sun Exposure but Unrelated to ERK Phosphorylation, 21 Modem Pathology 716, 716 (2008). | | | |
| DTX-296 | | Wagler, J. et al., The Strncture and Tautomerism of Cyameluric Acid, 2006 | | | R, H |
| DTX-297 | | Wajapeyee, et al., Oncogenic BRAF Induces Senescence and Apoptosis through Pathways Mediated by the Secreted Protein IGFBP7, 132 Cell 363-374 | | | R, H |
| DTX-298 | JTX-318 | WITHDRAWN | | | |
| DTX-299 | | Williams III, R.O. et al., Formulating Poorly Water Soluble Drugs, 2011 | | | R, H |
| DTX-300 | | Winkler, J. et al., ARRY-162, A SELECTIVE, POTENT MEK l/2 INHIBITOR, SIGNIFICANTLY REDUCES EX VIVO IL-1 AND TNF PRODUCTION IN NORMAL SUBJECTS, 2007 | ARRAY-MEK_0953904 | | R, H |
| DTX-301 | | Xing, M., BRAF Mutation in Papillary Thyroid Cancer: Pathogenic Role, Molecular Bases, and Clinical Implications, Endocrine Reviews, 2007 | | | R, H |
| DTX-302 | | Yang, H., et al., Antitumor activity ofBRAF inhibitor vemurafenib in preclinical models of BRAF-mutant colorectal cancer. Cancer Res, 2012. **72(3):** p. 779-789. | | | R |
| DTX-303 | | Yang, H., et al., Preclinical combinations of vemurafenib, a selective BRAF inhibitor, with other targeted therapies in BRAF(V600E) colorectal cancer models. Cancer Research, 2012 | | | R |
| DTX-304 | | Yang, S., et al., AZD6244 (ARRY-142886) enhances the therapeutic efficacy of sorafenib in mouse models of gastric cancer. Mol Cancer Ther 1 September 2009; 8 (9): 2537-2545. | | | |
| DTX-305 | | Yu, L., Amorphous pharmaceutical solids: preparation, characterization and stabilization, Advanced Dmg Delive1y Reviews, 2001 | | | R, H |
| DTX-306 | | Ohren, J.F. et al., Structures of human MAP kinase kinase 1 (MEKl) and MEK2 describe novel competitive kinase inhibition, Nature Structural & Molecular Biology 2004 December; Vol. 11, 1192-97 | ARRAY-MEK_5202814 | ARRAY-MEK_5202820 | |

**Defendant's Exhibit List**

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-307 | | Wright, D. et al., ARRY-162, a Potent and Selective Inhibitor of the Mek 1/2, Inhibits Osteoclast Differentiation and Bone Reso1ption in Adjuvant-Induced Arthritis (Abstract) | | | |
| DTX-308 | | WITHDRAWN | | | R, H |
| DTX-309 | | WITHDRAWN | | | R, H |
| DTX-310 | JTX-319 | WITHDRAWN | | | |
| DTX-311 | JTX-320 | WITHDRAWN | | | |
| DTX-312 | JTX-321 | WITHDRAWN | | | |
| DTX-313 | JTX-322 | WITHDRAWN | | | |
| DTX-314 | JTX-323 | WITHDRAWN | | | |
| DTX-315 | JTX-324 | WITHDRAWN | | | |
| DTX-316 | | Andrew R. Zullo, Trends in medication importation by U.S. adults over time, 61 J. Am. Pharm. Assoc. (2003) e115 (2021). | ARRAY-MEK_5203422 | ARRAY-MEK_5203427 | |
| DTX-317 | JTX-325 | WITHDRAWN | | | |
| DTX-318 | JTX-326 | WITHDRAWN | | | |
| DTX-319 | | AS-703026/MSC1936369B/(Pimasertib) | | | |
| DTX-320 | JTX-327 | WITHDRAWN | | | |
| DTX-321 | | ASOP GLOBAL FOUNDATION, Americans' Perception and Use of Online Pharmacies (2023) | ARRAY-MEK_5203409 | ARRAY-MEK_5203421 | |
| DTX-322 | | At the Bodega, Antibiotics With No Prescription Needed, N.Y. TIMES (Feb. 10, 2002), https://www.nytimes.com/2002/02/10/nyregion/neighborhoodreport-washington-heights-bodega-antibiotics-with-no-prescription.html | | | |
| DTX-323 | JTX-328 | WITHDRAWN | | | |
| DTX-324 | JTX-329 | WITHDRAWN | | | |
| DTX-325 | JTX-330 | WITHDRAWN | | | |
| DTX-326 | JTX-331 | WITHDRAWN | | | |
| DTX-327 | | WITHDRAWN | | | |
| DTX-328 | JTX-332 | WITHDRAWN | | | |
| DTX-329 | JTX-333 | WITHDRAWN | | | |
| DTX-330 | | Bridges Responsive Report | | | |
| DTX-331 | | Bryan A. Liang & Tim K. Mackey, Online availability and safety of drugs in shortage: A descriptive study of internet vendor characteristics, 14 J. Med. Internet Res. E27 (2012) | ARRAY-MEK_5203443 | ARRAY-MEK_5203458 | |
| DTX-332 | | Bryan A. Liang & Tim K. Mackey, Prevalence and global health implications of social media in direct-to-consumer drug advertising, 13 J. Med. Internet Res. e64 (2011) | ARRAY-MEK_5203459 | ARRAY-MEK_5203468 | |
| DTX-333 | JTX-334 | WITHDRAWN | | | |
| DTX-334 | JTX-335 | WITHDRAWN | | | |
| DTX-335 | JTX-336 | WITHDRAWN | | | |
| DTX-336 | JTX-337 | WITHDRAWN | | | |
| DTX-337 | JTX-338 | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-338 | | WITHDRAWN | | | |
| DTX-339 | JTX-090 | WITHDRAWN | | | |
| DTX-340 | JTX-067 | WITHDRAWN | | | |
| DTX-341 | | WITHDRAWN | | | |
| DTX-342 | JTX-173 | WITHDRAWN | | | |
| DTX-343 | JTX-016 | WITHDRAWN | | | |
| DTX-344 | JTX-030 | WITHDRAWN | | | |
| DTX-345 | JTX-187 | WITHDRAWN | | | |
| DTX-346 | JTX-025 | WITHDRAWN | | | |
| DTX-347 | JTX-192 | WITHDRAWN | | | |
| DTX-348 | JTX-164 | WITHDRAWN | | | |
| DTX-349 | JTX-179 | WITHDRAWN | | | |
| DTX-350 | JTX-106 | WITHDRAWN | | | |
| DTX-351 | | WITHDRAWN | | | |
| DTX-352 | JTX-102 | WITHDRAWN | | | |
| DTX-353 | | WITHDRAWN | | | |
| DTX-354 | JTX-191 | WITHDRAWN | | | |
| DTX-355 | JTX-029 | WITHDRAWN | | | |
| DTX-356 | JTX-032 | WITHDRAWN | | | |
| DTX-357 | JTX-215 | WITHDRAWN | | | |
| DTX-358 | JTX-217 | WITHDRAWN | | | |
| DTX-359 | JTX-034 | WITHDRAWN | | | |
| DTX-360 | JTX-018 | WITHDRAWN | | | |
| DTX-361 | JTX-098 | WITHDRAWN | | | |
| DTX-362 | JTX-116 | WITHDRAWN | | | |
| DTX-363 | JTX-035 | WITHDRAWN | | | |
| DTX-364 | JTX-112 | WITHDRAWN | | | |
| DTX-365 | JTX-153 | WITHDRAWN | | | |
| DTX-366 | | Fittler et al., A challenge for healthcare but just another opportunity for illegitimate online sellers: dubious market of shortage oncology drugs, 13 PLoS One e0203185 (2018)) | ARRAY-MEK_5203520 | ARRAY-MEK_5203536 | |
| DTX-367 | | Fittler et al., Consumers turning to the internet pharmacy market: cross-sectional study on the frequency and attitudes of Hungarian patients purchasing medications online, 20 J. Med. Internet Res. e11115 (2018). | ARRAY-MEK_5203537 | ARRAY-MEK_5203547 | |
| DTX-368 | JTX-154 | WITHDRAWN | | | |
| DTX-369 | | WITHDRAWN | | | |
| DTX-370 | | Franziska Bruner & Gary Chandler, NEIGHBORHOOD REPORT: WASHINGTON HEIGHTS; At the Bodega, Antibiotics With No Prescription Needed, The NY Times | ARRAY-MEK_5203651 | ARRAY-MEK_5203652 | |
| DTX-371 | JTX-180 | WITHDRAWN | | | |
| DTX-372 | | Fruehauf Report, ¶¶ 116-121 | | | |
| DTX-373 | JTX-107 | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-374 | JTX-069 | WITHDRAWN | | | |
| DTX-375 | JTX-015 | WITHDRAWN | | | |
| DTX-376 | JTX-119 | WITHDRAWN | | | |
| DTX-377 | | GLOBALDATA HEALTHCARE, Illegal online pharmacies: how endemic are they?, PHARMACEUTICAL TECHNOLOGY (Jul. 20, 2018), https://www.pharmaceuticaltechnology.com/comment/illegal-online-pharmacies-endemic/ | | | |
| DTX-378 | JTX-237 | WITHDRAWN | | | |
| DTX-379 | JTX-155 | WITHDRAWN | | | |
| DTX-380 | JTX-156 | WITHDRAWN | | | |
| DTX-381 | JTX-238 | WITHDRAWN | | | |
| DTX-382 | JTX-120 | WITHDRAWN | | | |
| DTX-383 | JTX-072 | WITHDRAWN | | | |
| DTX-384 | JTX-194 | WITHDRAWN | | | |
| DTX-385 | JTX-188 | WITHDRAWN | | | |
| DTX-386 | | Hertig et al., Current Threats to Maintaining a Secure Pharmaceutical Supply Chain in an Online World, 55 Hosp. Pharm. 85 (2020) | ARRAY-MEK_5203548 | ARRAY-MEK_5203552 | |
| DTX-387 | | Hertig et al., Evaluation of pharmacists' awareness of illegal online pharmacies and perceived impact on safe access to medicines, 5 Med. Access Point Care. 1 (2021) | ARRAY-MEK_5203553 | ARRAY-MEK_5203559 | |
| DTX-388 | JTX-121 | WITHDRAWN | | | |
| DTX-389 | JTX-214 | WITHDRAWN | | | |
| DTX-390 | | Hoshino et al., Constitutive activation of the 41-/43-kDa mitogen-activated protein kinase signaling pathway in human tumors, 18 Oncogene 813 (1999) | | | |
| DTX-391 | JTX-026 | WITHDRAWN | | | |
| DTX-392 | JTX-296 | WITHDRAWN | | | |
| DTX-393 | | https://everyone.org/braftovi-encorafenib | | | |
| DTX-394 | | https://everyone.org/pt/mektovi-binimetinib | | | |
| DTX-395 | JTX-291 | WITHDRAWN | | | |
| DTX-396 | | https://pubmed.ncbi.nlm.nih.gov/?term=%22mek+inhibitor%22&filter=years.1993-2009 | | | |
| DTX-397 | | https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=002&Appl_No=210496&Appl_type=N | | | |
| DTX-398 | JTX-312 | WITHDRAWN | | | |
| DTX-399 | JTX-311 | WITHDRAWN | | | |
| DTX-400 | JTX-294 | WITHDRAWN | | | |
| DTX-401 | JTX-293 | WITHDRAWN | | | |
| DTX-402 | JTX-295 | WITHDRAWN | | | |
| DTX-403 | | https://www.canpharm.com/products/braftovi-encorafenib | | | |
| DTX-404 | JTX-313 | WITHDRAWN | | | |
| DTX-405 | JTX-085 | WITHDRAWN | | | |
| DTX-406 | | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-407 | JTX-149 | WITHDRAWN | | | |
| DTX-408 | JTX-315 | WITHDRAWN | | | |
| DTX-409 | | https://www.northdrugstore.com/buy-braftovi.html | | | |
| DTX-410 | | https://www.promega.co.uk/products/luciferase-assays/reporter-assays/bright-glo-luciferaseassay-system/?catNum=E2610 ; Hawkins et al., Bright-Glo™ and Steady-Glo® luciferase assay systems: reagents for academic and industrial applications, 75 Promega Notes 3 (2000). | ARRAY-MEK_5202324 | ARRAY-MEK_5202327 | |
| DTX-411 | | https://www.promega.co.uk/products/luciferase-assays/reporter-assays/bright-gloluciferase-assay-system/?catNum=E2610. | | | |
| DTX-412 | JTX-314 | WITHDRAWN | | | |
| DTX-413 | JTX-307 | WITHDRAWN | | | |
| DTX-414 | JTX-157 | WITHDRAWN | | | |
| DTX-415 | JTX-197 | WITHDRAWN | | | |
| DTX-416 | | WITHDRAWN | | | |
| DTX-417 | JTX-339 | WITHDRAWN | | | |
| DTX-418 | | WITHDRAWN | | | |
| DTX-419 | JTX-175 | WITHDRAWN | | | |
| DTX-420 | JTX-103 | WITHDRAWN | | | |
| DTX-421 | JTX-196 | WITHDRAWN | | | |
| DTX-422 | JTX-183 | From basic research to clinical development of MEK 1/2 inhibitors for cancer therapy, *Journal of Hematology & Oncology* 2010 3:8 | ARRAY-MEK_4473175 | ARRAY-MEK_4473185 | |
| DTX-423 | JTX-125 | WITHDRAWN | | | |
| DTX-424 | JTX-065 | WITHDRAWN | | | |
| DTX-425 | JTX-225 | WITHDRAWN | | | |
| DTX-426 | JTX-100 | WITHDRAWN | | | |
| DTX-427 | JTX-014 | WITHDRAWN | | | |
| DTX-428 | JTX-017 | WITHDRAWN | | | |
| DTX-429 | JTX-091 | WITHDRAWN | | | |
| DTX-430 | JTX-158 | WITHDRAWN | | | |
| DTX-431 | JTX-135 | WITHDRAWN | | | |
| DTX-432 | JTX-117 | WITHDRAWN | | | |
| DTX-433 | JTX-340 | WITHDRAWN | | | |
| DTX-434 | JTX-199 | WITHDRAWN | | | |
| DTX-435 | JTX-066 | WITHDRAWN | | | |
| DTX-436 | JTX-073 | WITHDRAWN | | | |
| DTX-437 | JTX-086 | WITHDRAWN | | | |
| DTX-438 | JTX-186 | WITHDRAWN | | | |
| DTX-439 | JTX-146 | WITHDRAWN | | | |
| DTX-440 | JTX-068 | WITHDRAWN | | | |
| DTX-441 | JTX-341 | WITHDRAWN | | | |
| DTX-442 | JTX-031 | WITHDRAWN | | | |
| DTX-443 | JTX-047 | WITHDRAWN | | | |
| DTX-444 | JTX-037 | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-445 | JTX-181 | WITHDRAWN | | | |
| DTX-446 | JTX-113 | WITHDRAWN | | | |
| DTX-447 | JTX-104 | WITHDRAWN | | | |
| DTX-448 | JTX-136 | WITHDRAWN | | | |
| DTX-449 | JTX-027 | WITHDRAWN | | | |
| DTX-450 | JTX-342 | WITHDRAWN | | | |
| DTX-451 | JTX-343 | WITHDRAWN | | | |
| DTX-452 | | OFFICE OF U.S. TRADE REPRESENTATIVE, EXEC. OFFICE OF THE PRESIDENT, 2023 Review of Notorious Markets for Counterfeiting and Piracy (2024) (citing OECD, Trade in Counterfeit Pharmaceutical Products (2020) | ARRAY-MEK_5203293 | ARRAY-MEK_5203350 | |
| DTX-453 | JTX-344 | WITHDRAWN | | | |
| DTX-454 | | WITHDRAWN | | | |
| DTX-455 | JTX-071 | WITHDRAWN | | | |
| DTX-456 | JTX-092 | WITHDRAWN | | | |
| DTX-457 | | Opening Report of Dr. Neel Shah | | | |
| DTX-458 | | Oprea, T.I, "Predicting Target and Chemical Druggability," *Comprehensive Medicinal Chemistry III,* Elsevier, 2017, 429-439. | | | |
| DTX-459 | JTX-345 | WITHDRAWN | | | |
| DTX-460 | JTX-081 | WITHDRAWN | | | |
| DTX-461 | JTX-045 | WITHDRAWN | | | |
| DTX-462 | JTX-165 | PCT Publication No. WO 00/41994 A1, entitled "4- Arylamino, 4-aryloxy, and 4-arylthio diarylamines and derivatives thereof as selective MEK inhibitors," published July 20, 2000. | | | |
| DTX-463 | JTX-041 | WITHDRAWN | | | |
| DTX-464 | JTX-042 | WITHDRAWN | | | |
| DTX-465 | JTX-043 | WITHDRAWN | | | |
| DTX-466 | JTX-044 | WITHDRAWN | | | |
| DTX-467 | JTX-046 | WITHDRAWN | | | |
| DTX-468 | JTX-049 | WITHDRAWN | | | |
| DTX-469 | JTX-052 | WITHDRAWN | | | |
| DTX-470 | JTX-060 | WITHDRAWN | | | |
| DTX-471 | JTX-061 | WITHDRAWN | | | |
| DTX-472 | JTX-062 | WITHDRAWN | | | |
| DTX-473 | | WITHDRAWN | | | |
| DTX-474 | JTX-064 | WITHDRAWN | | | |
| DTX-475 | JTX-074 | WITHDRAWN | | | |
| DTX-476 | JTX-076 | WITHDRAWN | | | |
| DTX-477 | JTX-077 | WITHDRAWN | | | |
| DTX-478 | JTX-082 | WITHDRAWN | | | |
| DTX-479 | JTX-083 | WITHDRAWN | | | |
| DTX-480 | JTX-084 | WITHDRAWN | | | |
| DTX-481 | JTX-087 | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-482 | JTX-088 | WITHDRAWN | | | |
| DTX-483 | | WITHDRAWN | | | |
| DTX-484 | JTX-095 | WITHDRAWN | | | |
| DTX-485 | JTX-096 | WITHDRAWN | | | |
| DTX-486 | JTX-108 | WITHDRAWN | | | |
| DTX-487 | JTX-110 | WITHDRAWN | | | |
| DTX-488 | JTX-109 | WITHDRAWN | | | |
| DTX-489 | JTX-114 | WITHDRAWN | | | |
| DTX-490 | JTX-115 | WITHDRAWN | | | |
| DTX-491 | JTX-127 | WITHDRAWN | | | |
| DTX-492 | JTX-129 | WITHDRAWN | | | |
| DTX-493 | JTX-137 | WITHDRAWN | | | |
| DTX-494 | JTX-144 | WITHDRAWN | | | |
| DTX-495 | JTX-151 | WITHDRAWN | | | |
| DTX-496 | JTX-152 | WITHDRAWN | | | |
| DTX-497 | JTX-162 | WITHDRAWN | | | |
| DTX-498 | JTX-161 | WITHDRAWN | | | |
| DTX-499 | JTX-163 | WITHDRAWN | | | |
| DTX-500 | JTX-166 | WITHDRAWN | | | |
| DTX-501 | JTX-169 | WITHDRAWN | | | |
| DTX-502 | JTX-168 | WITHDRAWN | | | |
| DTX-503 | JTX-170 | WITHDRAWN | | | |
| DTX-504 | JTX-171 | WITHDRAWN | | | |
| DTX-505 | JTX-177 | WITHDRAWN | | | |
| DTX-506 | JTX-178 | WITHDRAWN | | | |
| DTX-507 | JTX-184 | WITHDRAWN | | | |
| DTX-508 | JTX-036 | WITHDRAWN | | | |
| DTX-509 | JTX-038 | WITHDRAWN | | | |
| DTX-510 | | WITHDRAWN | | | |
| DTX-511 | JTX-019 | WITHDRAWN | | | |
| DTX-512 | JTX-346 | WITHDRAWN | | | |
| DTX-513 | | WITHDRAWN | | | |
| DTX-514 | JTX-193 | WITHDRAWN | | | |
| DTX-515 | | WITHDRAWN | | | |
| DTX-516 | JTX-198 | WITHDRAWN | | | |
| DTX-517 | JTX-220 | WITHDRAWN | | | |
| DTX-518 | JTX-111 | WITHDRAWN | | | |
| DTX-519 | JTX-122 | WITHDRAWN | | | |
| DTX-520 | | Rotella Report at ¶ 68. | | | |
| DTX-521 | JTX-020 | WITHDRAWN | | | |
| DTX-522 | JTX-347 | WITHDRAWN | | | |
| DTX-523 | JTX-131 | WITHDRAWN | | | |
| DTX-524 | JTX-182 | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-525 | JTX-058 | WITHDRAWN | | | |
| DTX-526 | JTX-039 | WITHDRAWN | | | |
| DTX-527 | JTX-040 | WITHDRAWN | | | |
| DTX-528 | JTX-022 | WITHDRAWN | | | |
| DTX-529 | JTX-024 | WITHDRAWN | | | |
| DTX-530 | | WITHDRAWN | | | Duplicate (DTX-196; ARRAY-MEK_5200822) |
| DTX-531 | | WITHDRAWN | | | |
| DTX-532 | JTX-118 | WITHDRAWN | | | |
| DTX-533 | JTX-093 | WITHDRAWN | | | |
| DTX-534 | JTX-105 | WITHDRAWN | | | |
| DTX-535 | JTX-123 | WITHDRAWN | | | |
| DTX-536 | JTX-124 | WITHDRAWN | | | |
| DTX-537 | JTX-051 | WITHDRAWN | | | |
| DTX-538 | JTX-023 | WITHDRAWN | | | |
| DTX-539 | JTX-160 | WITHDRAWN | | | |
| DTX-540 | JTX-021 | WITHDRAWN | | | |
| DTX-541 | JTX-348 | WITHDRAWN | | | |
| DTX-542 | JTX-349 | WITHDRAWN | | | |
| DTX-543 | JTX-078 | WITHDRAWN | | | |
| DTX-544 | JTX-028 | WITHDRAWN | | | |
| DTX-545 | JTX-128 | WITHDRAWN | | | |
| DTX-546 | JTX-167 | WITHDRAWN | | | |
| DTX-547 | JTX-174 | WITHDRAWN | | | |
| DTX-548 | JTX-008 | WITHDRAWN | | | |
| DTX-549 | JTX-048 | WITHDRAWN | | | |
| DTX-550 | JTX-050 | WITHDRAWN | | | |
| DTX-551 | JTX-054 | WITHDRAWN | | | |
| DTX-552 | JTX-055 | WITHDRAWN | | | |
| DTX-553 | JTX-056 | WITHDRAWN | | | |
| DTX-554 | JTX-059 | WITHDRAWN | | | |
| DTX-555 | JTX-070 | WITHDRAWN | | | |
| DTX-556 | JTX-079 | WITHDRAWN | | | |
| DTX-557 | JTX-080 | WITHDRAWN | | | |
| DTX-558 | JTX-094 | WITHDRAWN | | | |
| DTX-559 | JTX-317 | WITHDRAWN | | | |
| DTX-560 | | WITHDRAWN | | | |
| DTX-561 | JTX-097 | WITHDRAWN | | | |
| DTX-562 | JTX-134 | WITHDRAWN | | | |
| DTX-563 | JTX-139 | WITHDRAWN | | | |
| DTX-564 | JTX-142 | WITHDRAWN | | | |
| DTX-565 | JTX-143 | WITHDRAWN | | | |
| DTX-566 | JTX-145 | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-567 | JTX-150 | WITHDRAWN | | | |
| DTX-568 | | U.S. Patent No. 7,517,994 B2, entitled "Heterocyclic inhibitors of MEK and methods of use thereof," issued April 14, 2009. | | | |
| DTX-569 | JTX-176 | WITHDRAWN | | | |
| DTX-570 | JTX-185 | WITHDRAWN | | | |
| DTX-571 | JTX-075 | WITHDRAWN | | | |
| DTX-572 | JTX-138 | WITHDRAWN | | | |
| DTX-573 | JTX-033 | WITHDRAWN | | | |
| DTX-574 | JTX-350 | WITHDRAWN | | | |
| DTX-575 | JTX-351 | WITHDRAWN | | | |
| DTX-576 | | Wan et al., Mechanism of activation of the RAF-ERK signaling pathway by oncogenic mutations of B-RAF, 116 Cell 855 (2004). | ARRAY-MEK_5203122 | ARRAY-MEK_5203134 | |
| DTX-577 | JTX-352 | WITHDRAWN | | | |
| DTX-578 | | Wang et al., Clinical experience of MEK inhibitors in cancer therapy, 1773 Biochim Biophys Acta 1248 (2007) (Epub Nov, 16, 2006); | ARRAY-MEK_5203135 | ARRAY-MEK_5203142 | |
| DTX-579 | JTX-353 | WITHDRAWN | | | |
| DTX-580 | JTX-354 | WITHDRAWN | | | |
| DTX-581 | JTX-355 | WITHDRAWN | | | |
| DTX-582 | JTX-356 | WITHDRAWN | | | |
| DTX-583 | | Williams et al., Ro 09- 2210 Exhibits Potent Antiproliferative Effects on Activated T Cells by Selectively Blocking MKK Activity, 37 Biochemistry 9579 (1998). | ARRAY-MEK_5203190 | ARRAY-MEK_5203196 | |
| DTX-584 | JTX-357 | WITHDRAWN | | | |
| DTX-585 | | Wityak et al., Beyond U0126. Dianion chemistry leading to the rapid synthesis of a series of potent MEK inhibitors, 14 Bioorg Med Chem Lett. 1483 (2004). | | | |
| DTX-586 | JTX-358 | WITHDRAWN | | | |
| DTX-587 | JTX-359 | WITHDRAWN | | | |
| DTX-588 | JTX-360 | WITHDRAWN | | | |
| DTX-589 | | WITHDRAWN | | | |
| DTX-590 | JTX-361 | WITHDRAWN | | | |
| DTX-591 | JTX-362 | WITHDRAWN | | | |
| DTX-592 | JTX-363 | WITHDRAWN | | | |
| DTX-593 | JTX-364 | Yan et al., Design and Synthesis of RDEA119 a Potent and Orally Bioavailable MEK Inhibitor, Poster # P464, 10th International Symposium on Medicinal Chemistry, Vienna Austria (2008, August 31–September 4); | ARRAY-MEK_5203246 | | |
| DTX-594 | JTX-365 | WITHDRAWN | | | |
| DTX-595 | JTX-366 | WITHDRAWN | | | |
| DTX-596 | JTX-367 | WITHDRAWN | | | |
| DTX-597 | JTX-368 | WITHDRAWN | | | |
| DTX-598 | JTX-369 | WITHDRAWN | | | |
| DTX-599 | JTX-370 | WITHDRAWN | | | |
| DTX-600 | JTX-255 | WITHDRAWN | | | |

**Defendant's Exhibit List**

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-601 | | Label for MEKTOVI® (binimetinib) oral capsules, revised 01/2019. | ARRAY-MEK_0010785 | ARRAY-MEK_0010786 | |
| DTX-602 | | Label for BRAFTOVI (encorafenib) oral capsules, revised 01/2019. | ARRAY-MEK_0029764 | ARRAY-MEK_0029782 | |
| DTX-603 | | Gregory J. Riely et al., *Encorafenib Plus Binimetinib in Patients with BRAF V600-Mutant Non-Small Cell Lung Cancer: Phase II PHAROS Study Design* , 18 Future Oncol. 781 (2022). | ARRAY-MEK_1341398 | ARRAY-MEK_1341409 | |
| DTX-604 | JTX-290 | WITHDRAWN | | | |
| DTX-605 | JTX-276 | WITHDRAWN | | | |
| DTX-606 | JTX-247 | WITHDRAWN | | | |
| DTX-607 | JTX-226 | WITHDRAWN | | | |
| DTX-608 | JTX-253 | WITHDRAWN | | | |
| DTX-609 | | WITHDRAWN | | | |
| DTX-610 | | WITHDRAWN | | | R |
| DTX-611 | | JJ Medicine, Raf MEK ERK Signaling Pathway - Overview, Regulation and Role in Pathology (video), https://www.youtube.com/watch?app=desktop&v=i1f2RbogiDw | | | |
| DTX-612 | | 038 Application | ARRAY-MEK_0981185 | ARRAY-MEK_0981277 | R |
| DTX-613 | | 073 Application | ARRAY-MEK_0981097 | ARRAY-MEK_0981184 | R |
| DTX-614 | | WITHDRAWN | | | R |
| DTX-615 | | Am.Cancer Soc'y, Key Statistics for Colorectal Cancer (updated Jan. 29, 2024), https://www.cancer.org/cancer/types/colon-rectal-cancer/about/key-statistics.html | | | R |
| DTX-616 | | WITHDRAWN | | | R |
| DTX-617 | | American Cancer Society, Key Statistics for Lung Cancer (updated January 29, 2024), available at: https://www.cancer.org/cancer/types/lung-cancer/about/key-statistics.html | | | R |
| DTX-618 | | American Cancer Society, Key Statistics for Melanoma Skin Cancer (updated January 17, 2024), available at: https://www.cancer.org/cancer/types/melanoma-skin-cancer/about/key-statistics.html | | | R |
| DTX-619 | | WITHDRAWN | | | H |
| DTX-620 | | CellTiter-Glo® Luminescent Cell Viabiltiy Assay (last accessed Sept. 12, 2024), https://www.promega.com/products/cell-health-assays/cell-viability-and-cytotoxicity-assays/celltiter_gloluminescent-cell-viability-assay/?catNum=G7570 | | | |
| DTX-621 | | WITHDRAWN | | | |
| DTX-622 | | Correspondence related to listing of the '575 patent in the Orange Book | ARRAY-MEK_4402144 | ARRAY-MEK_4402145 | R |
| DTX-623 | | Da-Liang Ou, et al., Abstract #1435: *Potential synergistic anti-tumor effects between sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC)* , 99TH AM. ASS'N CANCER RES. ANNUAL MEETING, April 12-16, 2008, San Diego, California | | | H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-624 | | Davies, H. et al., Mutations of the BRAF gene in human cancer, Nature, 417, 949 (June 27, 2002), https://eprints.gla.ac.uk/121/1/Davis%2CH_2002_pdf | | | |
| DTX-625 | | WITHDRAWN | | | |
| DTX-626 | | WITHDRAWN | | | Dulicate of DTX-625 |
| DTX-627 | | WITHDRAWN | | | Dulicate of DTX-625 |
| DTX-628 | | Dhomen, Nathalie et al., BRAF Signaling and Targeted Therapies in Melanoma, Hematology/Oncology Clinics, Volume 23, Issue 3, 529-45, 537 (June 2009). | | | H |
| DTX-629 | | WITHDRAWN | | | H |
| DTX-630 | | Dorine de Jong et al., (2023) Novel Targets, Novel Treatments: The Changing Landscape of Non-Small Cell Lung Cancer. Cancers, 15(10), 2855 | | | R, H |
| DTX-631 | | Dorine de Jong et al., Novel Targets, Novel Treatments: The Changing Landscape of Non-Small Cell Lung Cancer, 15(10):2855 1, 2 (May 21, 2023), https://www.researchgate.net/publication/370955037_Novel_Targets_Novel_Treatments_The_Changing_Landscape_of_Non-Small_Cell_Lung_Cancer | | | R, H |
| DTX-632 | | Emery, CM et al., MEK1 mutations confer resistance to MEK and BRAF inhibition. PNAS 106:48, 20411-20416 (2009) | | | H |
| DTX-633 | | Eric B. Haura et al., A Phase II Study of PD-0325901, AN Oral MEK Inhibitor in Previously Treated Patients with Advanced Non-Small Cell Lung Cancer, Clin. Cancer Res.; 16(8), 2450-2457 (2010) | ARRAY-MEK_0982458 | ARRAY-MEK_0982466 | |
| DTX-634 | | WITHDRAWN | | | R, H |
| DTX-635 | | Fadl A. Zeineddine, et al., Survival improvement for patients with metastatic colorectal cancer over twenty years, NPJ Precision Oncology 7, Article no. 16, 1 (Feb. 13, 2023), https://www.nature.com/articles/s41698-023-00353-4.pdf | | | R, H |
| DTX-636 | | Gramling Dep. Tr. 174:3-179:10 | | | R |
| DTX-637 | | Han Wu, et al., A large-scale, multicenter characterization of BRAF G469V/A-mutant non-small cell lung cancer, Cancer Med.; 13(10): e7035 1, 2 (May 2024), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC11106686/#:~:text=INTRODUCTION&text=Approximately%2085%25%20lung%20cancer%20cases,5%25%20are%20BRAF%E2%80%90mutated.&text=BRAF%20encodes%20a%20serine%E2%80%93threonine,promote%20cell%20proliferation%20and%20survival. | | | R, H |
| DTX-638 | | Hanahan, Douglas et al., Hallmarks of Cancer: The Next Generation, Cell, Volume 144, Issue 5, 646-74 (Mar. 4, 2011), https://www.cell.com/action/showPdf?pii=S0092-8674%2811%2900127-9 | | | R, H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-639 | | Hanahan, Douglas et al., Hallmarks of Cancer: The Next Generation, Cell, Volume 144, Issue 5, 674(Figure 1) (Mar. 4, 2011), https://www.cell.com/action/showPdf?pii=S0092-8674%2811%2900127-9 | | | R, H |
| DTX-640 | | https://www.chemsrc.com/en/cas/391210-10-9_950951.html | | | R, H |
| DTX-641 | | Indiana Department of Health, Cancer (2022), available at https://www.in.gov/health/cdpc/files/Cancerin-Indiana-Fact-Sheet-DONE.pdf | | | |
| DTX-642 | | Ji, H., et al., Mutations in BRAF and KRAS Converge on Activation of the Mitogen-Activated Protein Kinase Pathway in Lung Cancer Mouse Models. Cancer Res 67:10, 4933-4939 (2007). | | | H |
| DTX-643 | | K.S.M. Smalley & K.T. Flaherty, Integrating BRAF/MEK inhibitors into combination therapy for melanoma, 100 British J. Cancer 431-34, 431 (Jan. 20, 2009), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2658537/pdf/6604891a.pdf. | | | |
| DTX-644 | | Larkin J, Chiarion-Sileni V, Gonzalez R, Grob JJ, et al., Five-Year Survival with Combined Nivolumab and Ipilimumab in Advanced Melanoma, N Engl J Med 2019; 381: 1535-46 (Sept. 27, 2019), https://www.nejm.org/doi/10.1056/NEJMoa1910836?url_ver=Z39.88-2003&rfr_id=ori:rid:crossref.org&rfr_dat=cr_pub%20%200pubmed | | | R, H |
| DTX-645 | | Letter FDA to Genentech, Inc. regarding NDA 206192 (dated Nov. 10, 2015), https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/206192Orig1s000Ltr.pdf | | | R, H |
| DTX-646 | | Letter FDA to GlaxoSmithKline, LLC regarding NDA 204114 (dated May 29, 2013), https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/204114Orig1s000ltr.pdf | | | R, H |
| DTX-647 | | Letter FDA to Hoffmann-La Roche Inc. regarding NDA No. 202429 (dated Aug. 17, 2011), https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/206192Orig1s000Ltr.pdf. | | | R, H |
| DTX-648 | | Letter FDA to GlaxoSmithKline, LLC regarding NDA 202806 (dated May 29, 2013), https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/202806Orig1s000ltr.pdf | | | R, H |
| DTX-649 | | Letter FDA to Hoffmann-La Roche Inc. regarding NDA No. 202429 (dated Aug. 17, 2011), https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/206192Orig1s000Ltr.pdf | | | R, H |
| DTX-650 | | Libra, Massimo et al., Analysis of BRAF Mutation in Primary and Metastatic Melanoma, Cell Cylce 4:10, 1382-184 (Oct. 2005), at 1382-83. | | | R, H |
| DTX-651 | | listing ’575 patent as covering “BRAFTOVI encorafenib LGX818” | ARRAY-MEK_4458015 | | R |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-652 | | listing ’575 patent as having “Generic coverage only for enco” | ARRAY-MEK_0919132 | ARRAY-MEK_0919138 | R |
| DTX-653 | | listing ’575 patent in Row 348 for the following “Product”: “PF-07263896, encorafenib, Braftovi” | ARRAY-MEK_4533307 | | R |
| DTX-654 | | Listing ’575 patent in the “COLUMBUS OB LISTINGS” for Braftovi | ARRAY-MEK_4458549 | | R |
| DTX-655 | | Listing '575 patent in Orange Book | ENC_BIN_0918768 | | R |
| DTX-656 | | Listing '575 patent in Orange Book | ARRAY-MEK_0993215 | ARRAY-MEK_0993270 | R |
| DTX-657 | | Listing '575 patent in Orange Book | ARRAY-MEK_4414613 | ARRAY-MEK_4414663 | R |
| DTX-658 | | Lovly CM, Dahlman KB, Fohn LE, et al., Routine multiplex mutational profiling of melanomas enables enrollment in genotype-driven therapeutic trials, PLoS One. 2012;7(4): e35309 1, 4-6 (Apr. 20, 2012), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3335021/pdf/pone.0035309.pdf | | | R, H |
| DTX-659 | | Nat’l Cancer Inst., Cancer Statistics (updated May 9, 2024), https://www.cancer.gov/about-cancer/understanding/statistics | | | R, H |
| DTX-660 | | Nat’l Cancer Inst., Targeted Therapy to Treat Cancer (updated May 31, 2022), https://www.cancer.gov/about-cancer/treatment/types/targeted-therapies | | | R, H |
| DTX-661 | | Nat’l Cancer Inst., Types of Cancer Treatment (accessed July 29, 2024), https://www.cancer.gov/aboutcancer/treatment/types | | | R, H |
| DTX-662 | | Nat’l Cancer Inst., What is Cancer? (updated Oct. 11, 2021), https://www.cancer.gov/about -cancer/understanding/what-is-cancer | | | R, H |
| DTX-663 | | National Cancer Institute, Advances in Melanoma and Other Skin Cancers Research (updated April 25, 2024), available at https://www.cancer.gov/types/skin/research | | | R, H |
| DTX-664 | | National Cancer Institute, Targeted Therapy to Treat Cancer (updated May 31, 2022), available at https://www.cancer.gov/about-cancer/treatment/types/targeted-therapies | | | R, H |
| DTX-665 | | National Cancer Institute, Types of Cancer Treatment (accessed July 29, 2024), available at https://www.cancer.gov/about-cancer/treatment/types | | | R, H |
| DTX-666 | | National Cancer Institute, What is Cancer? (updated October 11, 2021), available at https://www.cancer.gov/about-cancer/understanding/what-is-cancer | | | R, H |
| DTX-667 | | WITHDRAWN | | | R, H |
| DTX-668 | | Nelleke P.M. Brouwer, et al., An overview of 25 years of incidence, treatment and outcome of colorectal cancer patients, Int’l J. of Cancer, 2018 Dec 1;143(11): 2758-66, 2762 (Table 2) (Sept. 29, 2018), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6282554/pdf/IJC-143-2758.pdf | | | R, H |
| DTX-669 | | WITHDRAWN | | | R, H |

**Defendant's Exhibit List**

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-670 | | Nicolas J. Petrelli et al., Clinical Cancer Advances 2009: Major Research Advances in Cancer Treatment, Prevention, and Screening—A Report from the American Society of Clinical Oncology, 27 J. of Clinical Oncology 6052, 6053 (Dec. 10, 2009), https://ascopubs.org/doi/pdf/10.1200/JCO.2009.26.6171 | | | R, H |
| DTX-671 | | Email string re: Patent language for packaging noting agreement with listing ’575 patent in the Orange Book for encorafenib | ARRAY-MEK_4352731 | ARRAY-MEK_4352734 | R |
| DTX-672 | | National Cancer Institute, Cancer Statistics (updated May 9, 2024), available at, https://www.cancer.gov/about-cancer/understanding/statistics | | | R, H |
| DTX-673 | | Oral Mek Inhibitor, in Previously Treated Patients with Advanced Non-Small Cell Lung Cancer, Clin Cancer Res; 16(8) 2450-57, 2456 (April 15, 2010) | | | H |
| DTX-674 | | Ou, Da-Liang et al., Potential synergistic anti-tumor effects between sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC) (May 2008) | | | H |
| DTX-675 | | Pagliarini R, Shao W, Sellers WR. Oncogene addiction: pathways of therapeutic response, resistance, and road maps toward a cure. EMBO Rep. 2015 Mar;16(3): 280-96 (Feb. 13, 2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4364868/pdf/embr0016-0280.pdf | | | H |
| DTX-676 | | Pfizer, Phase 2 Study Of The MEK Inhibitor PD-0325901 In Patients With Advanced Non-Small Cell Lung Cancer, ClinicalTrials.gov; March 17, 2009 | | | |
| DTX-677 | | Poizeau F, Kerbrat S, et al., Patients with Metastatic Melanoma Receiving Anticancer Drugs: Changes in Overall Survival, 2010-2017, J. of Investigative Dermatology 141, 830 (Apr. 2021), https://www.jidonline.org/article/S0022-202X(20)32138-2/fulltext | | | H |
| DTX-678 | | WITHDRAWN | | | H |
| DTX-679 | | Ras-Raf-Mek-Erk Signaling Pathway is the relevant MAPK Signaling Pathway. 12/8/2023 JointTechnology Tutorial (D.I. 68), at 8. | | | H |
| DTX-680 | | Rebecca L. Siegel MPH, Angela N. Giaquinto MSPH, Ahmedin Jemal DVM, PhD., Cancer statistics, CA: A Cancer J. for Clinicians 1, 14 (Table 1) (Jan. 17, 2024), https://acsjournals.onlinelibrary.wiley.com/doi/10.3322/caac.21820 | | | R, H |
| DTX-681 | | Robert C, Grob JJ, Stroyakovskiy D, Karaszewska B, Hauschild A, et al., Five-Year Outcomes with Dabrafenib plus Trametinib in Metastatic Melanoma, N Engl J Med 2019; 38: 626-36 (June 4, 2019), https://www.nejm.org/doi/10.1056/NEJMoa1904059?url_ver=Z39.88-2003&rfr_id=ori:rid:crossref.org&rfr_dat=cr_pub%20%200pubmed | | | R, H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-682 | | Robert C, Ribas A, Schacter J, Argance A, Grob JJ, et al., Pembrolizumab versus ipilimumab in advanced melanoma (KEYNOTE-006): post-hoc 5-year results from an open-label, multicenter, randomized, controlled, phase 3 study, Lancet Oncol. 2019; 20: 1239-51 (Sept. 2019) | | | R, H |
| DTX-683 | | WITHDRAWN | | | R, H |
| DTX-684 | | WITHDRAWN | | | R, H |
| DTX-685 | | WITHDRAWN | | | |
| DTX-686 | | ABSTRACT - Simone M. Goldinger et al., Upstream mitogen-activated protein kinase (MAPK) pathway inhibition: MEK inhibitor followed by a BRAF inhibitor in advanced melanoma patients, European Journal of Cancer, 50:2 (Jan. 2014), 406-10, https://www.sciencedirect.com/science/article/abs/pii/S0959804913008769 | | | R, H |
| DTX-687 | | Smalley I, Smalley KSM, ERK Inhibition: A New Front in the War against MAPK Pathway-DrivenCancers?, Cancer Discov. 2018 Feb;8(2) 140, 141 (Fig. 1) (Feb. 4, 2018), https://aacrjournals.org/cancerdiscovery/article/8/2/140/6299/ERK-Inhibition-A-New-Front-in-the-Waragainst-MAPK | | | R, H |
| DTX-688 | | WITHDRAWN | | | R, H, Duplicate of DTX-688 |
| DTX-689 | | WITHDRAWN | | | |
| DTX-690 | | WITHDRAWN | | | Duplicate of DTX-689 |
| DTX-691 | | Solit, DB. et al., BRAF mutation predicts sensitivity to MEK inhibition. Nature 439:19, 358-362 (2006) | | | |
| DTX-692 | | WITHDRAWN | | | |
| DTX-693 | | Sondak VK, Gibney GT, Surgical management of melanoma, Hematol Oncol Clin North Am 2014; 28:455-70 (June 2014). | | | R, H |
| DTX-694 | | Spicer, Julie, New small-molecule inhibitors of mitogen-activated protein kinase kinase, 3 EXPERT OPIN. DRUG DISCOV. 801 (2008) | | | |
| DTX-695 | | Stating Claims 1-4, 6, 7-8, and 10-21 generally cover encorafenib | ARRAY-MEK_0919268 | | R |
| DTX-696 | | Stating Claims 1-4, 6, 7-8, and 10-21 generally cover encorafenib | ARRAY-MEK_4458550 | ARRAY-MEK_4458558 | R |
| DTX-697 | | Stating that the '575 patent claims cover "Drug substance," "Drug product," and "Approved method of use" for encorafenib | ARRAY-MEK_4558496 | ARRAY-MEK_4558561 | R |
| DTX-698 | | Summarizing "Form 3542a NDA Number" as "210496 (enco)" for the '575 patent | ARRAY-MEK_0919619 | | R |
| DTX-699 | | Summarizing "Form 3542a NDA Number" as "210496 (enco)" for the '575 patent | ARRAY-MEK_0994411 | ARRAY-MEK_0994414 | R |
| DTX-700 | | Venesio, Tiziana et al., In Melanocytic Lesions the Fraction of BRAFV600E Alleles is Associated with Sun Exposure but Unrelated to ERK Phosphorylation, 21 Modern Pathology 716, 716 (2008). | | | H |
| DTX-701 | | Vetting use codes for '575 patent in connection with encorafenib | ARRAY-MEK_4458171 | ARRAY-MEK_4458177 | R |
| DTX-702 | | Wang Y et al., A role for K-ras in conferring resistance to the MEK inhibitor CI-1040, Neoplasia 7:336-347 (2005) | ARRAY-MEK_5203143 | ARRAY-MEK_5203154 | |
| DTX-703 | | WITHDRAWN | | | |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-704 | | US, EP, CN and IN: COMPOSITION OF MATTER patents covering encorafinib | ARRAY-MEK_0917852 | | R |
| DTX-705 | | Patents Claim Chart | ARRAY-MEK_0919480 | ARRAY-MEK_0919503 | R |
| DTX-706 | | Request for correction of inventorship in provisional patent application 61/238,073 | ARRAY-MEK_0981097 | ARRAY-MEK_0981184 | R |
| DTX-707 | | Request to correct inventorship in provisional patent application 61/313,039 | ARRAY-MEK_0981185 | ARRAY-MEK_0981277 | R |
| DTX-708 | | US, EP, CN and IN: COMPOSITION OF MATTER patents covering encorafenib | ARRAY-MEK_0992160 | | |
| DTX-709 | | Document Produced Natively; 1930-01-01_encorafenib summary table 6.0.xlsx | ARRAY-MEK_0993748 | | |
| DTX-710 | | Patents Claim Chart | ARRAY-MEK_0993990 | ARRAY-MEK_0994013 | |
| DTX-711 | | Array BioPharma Virtual Patent Marking | ARRAY-MEK_4364607 | | |
| DTX-712 | | July 27, 2018 Email Thread Re: Incomplete Form 3542: NDA 210496 | ARRAY-MEK_4409865 | ARRAY-MEK_4409866 | |
| DTX-713 | | August 3, 2018 Email Thread Re: URGENT \| \| Amended Orange Book Forms – BRAFTOVI (encorafenib) | ARRAY-MEK_4410507 | | |
| DTX-714 | | Patents Claim Chart | ARRAY-MEK_4458136 | ARRAY-MEK_4458170 | |
| DTX-715 | | Array BioPharma Virtual Patent Marking | ARRAY-MEK_4458178 | ARRAY-MEK_4458179 | |
| DTX-716 | | US 9,850,229 B2 (Dec., 26, 2017) | ARRAY-MEK_4458854 | ARRAY-MEK_4458903 | |
| DTX-717 | | August 7, 2018 FDA Letter Re: New Drug Application (NDA) – BRAFTOVITM (encorafenib, LGX818) NDA No. 210496; Sequence 0065 | ENC_BIN_01548142 | | |
| DTX-718 | | WITHDRAWN | | | R |
| DTX-719 | | WITHDRAWN | | | R |
| DTX-720 | | WITHDRAWN | | | R |
| DTX-721 | | Patent Information Submitted With the Filing of an NDA, Amendment, or Supplement | ENC_BIN_02440191 | ENC_BIN_02440194 | R |
| DTX-722 | | WITHDRAWN | | | |
| DTX-723 | | Excerpt from the FDA's publication Approved Drug Products with Therapeutic Equivalence Evaluations ( commonly known as the "Orange Book") for Binimetinib (Mektovi) Tablet 15MG, available at https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001& Appl_No=210498&Appl_type=N | | | R |
| DTX-724 | | WITHDRAWN | | | |
| DTX-725 | | Ahn, et al., Pharmacologic Inhibitors of MKKI and MKK.2, Methods in Enzymology 2001, 332, 417-431 | | | |
| DTX-726 | | Hoshino, R. et al., Constitutive activation of the 41-/43-kDa mitogen-activated protein kinase signaling pathway in human tumors, Oncogene 1999, 18, 813-822 | ARRAY-MEK_1015815 | ARRAY-MEK_1015824 | |
| DTX-727 | | Sebolt-Leopold, et al., Blockade of the MAP kinase pathway suppresses g colon tumors in vivo, Natme-Medicine 1999, 5 (7), 810-816 | ARRAY-MEK_5202913 | ARRAY-MEK_5202919 | |
| DTX-728 | | Herbert Engelbert, Experimental Compound Letter Designations, Method. Info1m. Med. 1962; 1(01): 22-27 | | | R, H |

Defendant's Exhibit List

| DTX | JTX | DESCRIPTION | BEG PRODUCTION | END PRODUCTION | OBJECTIONS |
|---|---|---|---|---|---|
| DTX-729 | | Derek Lowe, Experimental Compound Codes, Science (Oct. 23, 2006), available at https://www.science.org/content/blog-post/experimental-compound-codes. | | | R, H |
| DTX-730 | | Plaintiff Array's Objections and Responses to Defendants' Second Joint Set of Interrogatories (Nos. 12-13) served October 4, 2023 | | | |
| DTX-731 | | Email chain between David McMullen and Judy He dated October 9-12, 2023 | | | R |
| DTX-732 | | USPTO, Manual of Patent Exainining Procedure § 2173.05(u) [R-07.2022] (2023) | | | R |
| DTX-733 | | USPTO, Manual of Patent Exainining Procedme § 608.0l(v) [R-07.2022] (2023) | | | R |
| DTX-734 | | U.S. Patent Application Publication No. 2021/0361626, published Nov. 25, 2021 | | | R, H |
| DTX-735 | | Highly Confidential excerpt from Array's Initial Infringement Contentions to Alembic Phaimaceuticals Limited, dated March 21, 2023 | | | |
| DTX-736 | | Excerpt from the file history of U.S. Patent Application No. 14/974,655 (which issued as U.S. Patent No. 9,562,016), consisting of the Notice of Allowance dated September 28, 2016 | | | |
| DTX-737 | | WITHDRAWN | | | H |

# Plaintiff Array's Objections Key

**Objections Key**

| | | |
|---|---|---|
| Relevance | R | FRE 401/402 |
| Hearsay | H | FRE 801/802 |

# EXHIBIT 12

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-001** | PTX-0001 a-c | DTX-001; DTX-113; DTX-122/ DTX-040; DTX-045; DTX-117; DTX-135; DTX-136; DTX-139; DTX-152 | 19-Apr-16 | | U.S. Patent No. 9,314,464 (Huang et al.), dated Apr. 19, 2016 (Certified Copy) | ARRAY-MEK_5213229 | ARRAY-MEK_5213281 | | |
| **JTX-002** | PTX-0002 | DTX-002 | 6/28/2013 | | U.S. Patent No. 9,314.464 File History | ARRAY-MEK_0000052 | ARRAY-MEK_0005543 | | |
| **JTX-003** | PTX-0003 | DTX-003; DTX-037 | 2/7/2017 | | U.S. Patent No. 9,562,016 (Krell et al.), dated Feb. 7, 2017 (Certified Copy) | ARRAY-MEK_5213282 | ARRAY-MEK_5213308 | | |
| **JTX-004** | PTX-0004 | DTX-004 | 12/18/2015 | | U.S. Patent No. 9,562,016 File History | ARRAY-MEK_0005568 | ARRAY-MEK_0005753 | | |
| **JTX-005** | PTX-0005a | DTX-005; DTX-039 | 21-Mar-17 | | U.S. Patent No. 9,598,376 (Krell et al.), dated Mar. 21, 2017 (Certified Copy) | ARRAY-MEK_5213309 | ARRAY-MEK_5213334 | | |
| **JTX-006** | PTX-0006 | DTX-006 | 2/25/2016 | | U.S. Patent No. 9,598,376 File History | ARRAY-MEK_0005777 | ARRAY-MEK_0005995 | | |
| **JTX-007** | PTX-0007 a-d | DTX-007; DTX-123 / DTX-046; DTX-716/ DTX-038; DTX-118; DTX-140; DTX-144; DTX-153 | 26-Dec-17 | | U.S. Patent No. 9,850,229 (Huang et al.), dated December 26, 2017 (Certified Copy) | ARRAY-MEK_5213335 | ARRAY-MEK_5213385 | | |
| **JTX-008** | PTX-0491 | DTX-548 | 29-Jan-57 | | U.S. Patent No. 2,779,780, dated Jan. 29, 1957 (U0126) | n/a | n/a | | |
| **JTX-009** | PTX-0008 | DTX-008 | 6/10/2016 | | U.S. Patent No. 9,850,229 File History | ARRAY-MEK_0006046 | ARRAY-MEK_0006941 | | |
| **JTX-010** | PTX-0009a | DTX-009; DTX-042 | 29-May-18 | | U.S. Patent No. 9,980,944 (Krell et al.), dated May 29, 2018 (Certified Copy) | ARRAY-MEK_5213386 | ARRAY-MEK_5213409 | | |
| **JTX-011** | PTX-0010 | DTX-010 | 2/28/2017 | | U.S. Patent No. 9,980,944 File History | ARRAY-MEK_0006964 | ARRAY-MEK_0007539 | | |
| **JTX-012** | PTX-0011, PTX-0011a-b | DTX-011; DTX-124/ DTX-041/ DTX-041; DTX-102 DTX-119; DTX-141; DTX-145; DTX-154 | 26-Jun-18 | | U.S. Patent No. 10,005,761 B2 (Huang et al.), dated Jun. 26, 2018 (Certified Copy) | ARRAY-MEK_5213175 | ARRAY-MEK_5213228 | | |
| **JTX-013** | PTX-0012 | DTX-012 | 3/15/2016 | | U.S. Patent No. 10,005,761 File History | ARRAY-MEK_0007592 | ARRAY-MEK_0008688 | | |
| **JTX-014** | PTX-0013 | DTX-427 | 1960 | | Koppanyi, Part 1. From animal to human: some basic principles of comparative pharmacology, 1 Clin Pharmacol Therap 7 (1960) | ARRAY-MEK_5202510 | ARRAY-MEK_5202518 | | |
| **JTX-015** | PTX-0015 | DTX-375 | 1977 | | Gaunt, Animal Models in Drug Development: Historical Aspects, 34 Oncology 94 (1977) | ARRAY-MEK_5202260 | ARRAY-MEK_5202261 | | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-016** | PTX-0016 | DTX-343 | 2/1/1981 | | Cooper & Hunter, Changes in Protein Phosphorylation in Rous Sarcoma Virus-Transformed Chicken Embryo Cells, 1 Molecular and Cellular Biology 165 (1981) | ARRAY-MEK_5201981 | ARRAY-MEK_5201994 | | |
| **JTX-017** | PTX-0018 | DTX-428 | 1983 | | Krebs, Historical perspectives on protein phosphorylation and a classification system for protein kinases, 302 Phil. Trans. R. Soc. Lond. 3 (1983) | ARRAY-MEK_5202519 | ARRAY-MEK_5202527 | R. PV, F, H | |
| **JTX-018** | PTX-0019 | DTX-360 | 1987 | | Edelman et al., Protein serine/threonine kinases, 56 Annu Rev Biochem. 567 (1987) | ARRAY-MEK_5202096 | ARRAY-MEK_5202143 | R. PV, F, H | |
| **JTX-019** | PTX-0020 | DTX-511 | 6/1/1988 | | Ray & Sturgill, Insulin-stimulated microtubule-associated protein kinase is phosphorylated on tyrosine and threonine in vivo, 85 Proc. Natl. Acad. Sci. U.S.A. 3753 (1988) | ARRAY-MEK_5202834 | ARRAY-MEK_5202838 | R. PV, F, H | |
| **JTX-020** | PTX-0021 | DTX-521 | 1989 | | Ruegg & Burgess, Staurosporine, K-252 and UCN-01: potent but nonspecific inhibitors of protein kinases, 10 TIPS 218 (1989) | ARRAY-MEK_5202889 | ARRAY-MEK_5202891 | R. PV, F, H | |
| **JTX-021** | PTX-0026 | DTX-540 | 1991 | | Testa & Kier, The concept of molecular structure in structure activity relationship Studies and Drug Design, 11 Medicinal Res Rev 35 (1991) | ARRAY-MEK_5203058 | ARRAY-MEK_5203071 | R. PV, F, H | |
| **JTX-022** | PTX-0027 | DTX-528 | 7/1/1991 | | Seger et al., Microtubuleassociated protein 2 kinases, ERK1 and ERK2, undergo autophosphorylation on both tyrosine and threonine residues: implications for their mechanism of activation, 88 Proc. Natl. Acad. Sci. U.S.A. 6142 (1991) | ARRAY-MEK_5202928 | ARRAY-MEK_5202932 | R. PV, F, H | |
| **JTX-023** | PTX-0028 | DTX-538 | 1992 | | Taylor et al., Structural Framework for the Protein Kinase Family, 8 Ann Rev Cell Biol 8, 429 (1992) | ARRAY-MEK_5203020 | ARRAY-MEK_5203053 | R. PV, F, H | |
| **JTX-024** | PTX-0029 | DTX-529 | 7/15/1992 | | Seger et al., Purification and characterization of mitogen-activated protein kinase activator(s) from epidermal growth factor-stimulated A431 cells, 267 J. Biol. Chem. 14373 (1992) | ARRAY-MEK_5202933 | ARRAY-MEK_5202941 | R. PV, F, H | |
| **JTX-025** | PTX-0030 | DTX-346 | 9/1/1992 | | Crews & Erikson, Purification of a murine protein-tyrosine/threonine kinase that phosphorylates and activates the Erk-1 gene product: relationship to the fission yeast byr1 gene product, 89 Proc. Natl. Acad. Sci. U.S.A. 8205 (1992) | ARRAY-MEK_5202010 | ARRAY-MEK_5202014 | R. PV, F, H | |
| **JTX-026** | PTX-0031 | DTX-391 | 1993 | | Hruby, Conformational and topographical considerations in the design of biologically active peptides, 33 Biopolymers 1073 (1993) | ARRAY-MEK_5202355 | ARRAY-MEK_5202364 | R. PV, F, H | |
| **JTX-027** | PTX-0032 | DTX-449 | 1993 | | Mordret, MAP kinase kinase: A node connecting multiple pathways,79 Biol Cell 193 (1993) | ARRAY-MEK_5202798 | ARRAY-MEK_5202813 | R. PV, F, H | |
| **JTX-028** | PTX-0033 | DTX-544 | 1993 | | Topliss, Some obsePVations on classical QSAR, 1 Perspectives in Drug Discovery and Design 253 (1993) | ARRAY-MEK_5203081 | ARRAY-MEK_5203096 | R. PV, F, H | |
| **JTX-029** | PTX-0034 | DTX-355 | 1/1/1994 | | Douville e al., Dual specificity kinases - a new family of signal transducers, 13 Cancer Metast Rev 1 (1994) | ARRAY-MEK_5202056 | ARRAY-MEK_5202062 | R. PV, F, H | |
| **JTX-030** | PTX-0035 | DTX-344 | 6/17/1994 | | Cowley et al., Activation of MAP kinase kinase is necessary and sufficient for PC12 differentiation and for transformation of NIH 3T3 cells, 77 Cell 841 (1994) | ARRAY-MEK_5201995 | ARRAY-MEK_5202006 | R. PV, F, H | |
| **JTX-031** | PTX-0036 | DTX-442 | 8/12/1994 | | Mansour et al., Transformation of mammalian cells by constitutively active MAP kinase kinase, 265 Science 966 (1994) | ARRAY-MEK_5202656 | ARRAY-MEK_5202660 | R. PV, F, H | |
| **JTX-032** | PTX-0037 | DTX-356 | 8/1/1995 | | Dudley et al., A synthetic inhibitor of the mitogen-activated protein kinase 92 Proc Natl Acad Sci USA 7686 (1995) | ARRAY-MEK_5202063 | ARRAY-MEK_5202066 | R. PV, F, H | |
| **JTX-033** | PTX-0039 | DTX-573 | 11-Jun-96 | | U.S. Patent No. 5,525,625 (Bridges et al.(PD098059)), dated Jun. 11, 1996 | n/a | n/a | | |
| **JTX-034** | PTX-0040 | DTX-359 | 1998 | | Duncia et al., MEK inhibitors: the chemistry and biological activity of U0126, its analogs, and<br>cyclization products, 8 Bioorg Med Chem Lett. 2839 (1998) | ARRAY-MEK_5202090 | ARRAY-MEK_5202095 | R, PV, F, H | |
| **JTX-035** | PTX-0043 | DTX-363 | 7/17/1998 | | Favata et al., Identification of a novel inhibitor of mitogen-activated protein kinase kinase, 273 J. Biol. Chem. 18623 (1998) | ARRAY-MEK_5202163 | ARRAY-MEK_5202172 | R, PV, F, H | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-036** | PTX-0044 | DTX-508 | 3-Sep-98 | | International Patent Publication No. WO 1998/037881 A1 (Warner-Lambert), dated September 3, 1998 | n/a | n/a | | |
| **JTX-037** | PTX-0046 | DTX-444 | 1999 | | Mason et al., Serine and tyrosine phosphorylations cooperate in Raf-1, but not B-Raf activation, 18 EMBO J. 2137 (1999) | ARRAY-MEK_5202692 | ARRAY-MEK_5202703 | R, PV, F, H | |
| **JTX-038** | PTX-0047 | DTX-509 | 14-Jan-99 | | International Patent Publication No. WO 1999/001421A1 (Warner-Lambert), dated January 14, 1999 | n/a | n/a | | |
| **JTX-039** | PTX-0048 | DTX-526 | 7/1/1999 | | Sebolt-Leopold et al., Blockade of the MAP kinase pathway suppresses growth of colon tumors in vivo, 5 Nat. Med. 810 (1999) | ARRAY-MEK_5202913 | ARRAY-MEK_5202919 | R, PV, F, H | |
| **JTX-040** | PTX-0051 | DTX-527 | 2000 | | Sebolt-Leopold, Development of anticancer drugs targeting the MAP kinase pathway, 19 Oncogene 6594 (2000) | ARRAY-MEK_5202920 | ARRAY-MEK_5202927 | R, PV, F, H | |
| **JTX-041** | PTX-0054 | DTX-463 | 20-Jul-00 | | International Patent Publication No. WO 2000/042002 A1 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | | |
| **JTX-042** | PTX-0055 | DTX-464 | 20-Jul-00 | | International Patent Publication No. WO 2000/042003 A1, dated July 20, 2000 | n/a | n/a | | |
| **JTX-043** | PTX-0056 | DTX-465 | 20-Jul-00 | | International Patent Publication No. WO 2000/042022 A1 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | | |
| **JTX-044** | PTX-0057 | DTX-466 | 20-Jul-00 | | International Patent Publication No. WO 2000/042029 A1 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | | |
| **JTX-045** | PTX-0058 | DTX-461 | 20-Jul-00 | | International Patent Publication No. WO 2000/041505 A2 (Warner-Lambert), dated July 20, 2000 | n/a | n/a | | |
| **JTX-046** | PTX-0059 | DTX-467 | 28-Sep-00 | | International Patent Publication No. WO 2000/056706 A1 (DuPont), dated September 28, 2000 | n/a | n/a | | |
| **JTX-047** | PTX-0061 | DTX-443 | 2001 | | Mason et al.,3-D Pharmacophores in Drug Discovery, 7 Current Pharmaceutical Design 567 (2001) | ARRAY-MEK_5202661 | ARRAY-MEK_5202691 | R, PV, F, H | |
| **JTX-048** | PTX-0065 | DTX-549 | 26-Jun-01 | | U.S. Patent No. 6,251,943 B1 Barrett et al. ((Warner Lambert)), dated Jun. 26, 2001 | n/a | n/a | | |
| **JTX-049** | PTX-0066 | DTX-468 | 20-Sep-01 | | International Patent Publication No. WO 2001/068619 A1 (Warner-Lambert), dated September 20, 2001 | n/a | n/a | | |
| **JTX-050** | PTX-0067 | DTX-550 | 30-Oct-01 | | U.S. Patent No. 6,310,060 B1 (Barrett et al. (Warner Lamert)), dated Oct. 30, 2001 | n/a | n/a | | |
| **JTX-051** | PTX-0068 | DTX-537 | 2002 | | Tasdemir et al., Aldisine Alkaloids from the Philippine Sponge Stylissa massa Are Potent Inhibitors of Mitogen-Activated Protein Kinase Kinase-1 (MEK-1), 45 J. Med. Chem. 529 (2002) | ARRAY-MEK_5203016 | ARRAY-MEK_5203019 | | |
| **JTX-052** | PTX-0071 | DTX-469 | 24-Jan-02 | | International Patent Publication No. WO 2002/006213 A2 (PD325901), dated January 24, 2002 | n/a | n/a | | |
| **JTX-053** | PTX-0072 | DTX-351; DTX-182 | 6/27/2002 | | Davies et al., Mutations of the BRAF gene in human cancer, 417 Nature 949 (2002) | ARRAY-MEK_1066810 | ARRAY-MEK_1066815 | | |
| **JTX-054** | PTX-0073 | DTX-551 | 27-Aug-02 | | U.S. Patent No. 6,440,966 B1 Barrett et al. (45) Date of Patent: Aug. 27, 2002 (Warner-Lambert) | n/a | n/a | | |
| **JTX-055** | PTX-0075 | DTX-552 | 22-Oct-02 | | U.S. Patent No. 6,469,004 B1 (Barrett et al. (Warner-Lambert)), dated Oct. 22, 2002 | n/a | n/a | | |
| **JTX-056** | PTX-0076 | DTX-553 | 14-Jan-03 | | U.S. Patent No. 6,506,798 B1 (Barrett et al.(Warner-Lambert)), dated Jan. 14, 2003 | n/a | n/a | | |
| **JTX-057** | | | | | RESERVED | | | | |

**Joint Exhibit List**

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-058** | PTX-0078 | DTX-525 | 2/15/2003 | | Satyamoorthy, et al. Constitutive mitogen-activated protein kinase activation in melanoma is mediated by both BRAF mutations and autocrine growth factor stimulation, 63 Cancer Res. 756 (2003) | ARRAY-MEK_5202907 | ARRAY-MEK_5202910 | | |
| **JTX-059** | PTX-0081 | DTX-554 | 8-Apr-03 | | U.S. Patent No. 6,545,030 B1 (Barrett et al.(Warner-Lambert)), dated Apr. 8, 2003 | n/a | n/a | | |
| **JTX-060** | PTX-0082 | DTX-470 | 3-Jul-03 | | International Patent Publication No. WO 2003/054180 A1 (Warner-Lambert), dated July 3, 2003 | n/a | n/a | | |
| **JTX-061** | PTX-0083 | DTX-471 | 31-Jul-03 | | International Patent Publication No. WO 2003/062191 A1 (Warner-Lambert), dated July 31, 2003 | n/a | n/a | | |
| **JTX-062** | PTX-0084 | DTX-472 | 25-Sep-03 | | International Patent Publication No. WO 2003/077855 A2 (Array), dated September 25, 2003 | n/a | n/a | | |
| **JTX-063** | PTX-0085 | DTX-173; DTX-473; DTX-724 | 25-Sep-03 | | International Patent Publication No. WO 2003/077914 A1 (Array), dated September 25, 2003 | n/a | n/a | | |
| **JTX-064** | PTX-0087 | DTX-474 | 9-Oct-03 | | International Patent Publication No. WO 2003/082208 A2 (BMS), dated October 9, 2003 | n/a | n/a | | |
| **JTX-065** | PTX-0088 | DTX-424 | 2004 | | Kataoka et al., Synthesis and structure-activity relationships of thioflavone derivatives as specific inhibitors of the ERKMAP kinase signaling pathway, 12 Bioorg Med Chem 2397 (2004) | ARRAY-MEK_5202453 | ARRAY-MEK_5202463 | | |
| **JTX-066** | PTX-0089 | DTX-435 | 2004 | | Lombardino, J.G. & Lowe, J.A., The role of the medicinal chemist in drug discovery – then and now, 3 Nature Reviews Drug Discovery 853 (2004) | ARRAY-MEK_5202580 | ARRAY-MEK_5202589 | | |
| **JTX-067** | PTX-0091 | DTX-340 | 3/8/2004 | | Cheng et al., Discovery and structure–activity relationship of coumarin derivatives as TNF-α inhibitors, 14 Bioorg Med Chem Lett 2411 (2004) | ARRAY-MEK_5201958 | ARRAY-MEK_5201962 | R, PV, F, H | |
| **JTX-068** | PTX-0093 | DTX-440 | 6/1/2004 | | Mallon et al., Identification of 4-anilino-3-quinolinecarbonitrile inhibitors of mitogenactivated protein/extracellular signal-regulated kinase 1 kinase, 3 Mol Cancer Ther 755 (2004) | ARRAY-MEK_5202648 | ARRAY-MEK_5202655 | R, PV, F, H | |
| **JTX-069** | PTX-0095 | DTX-374 | 10/1/2004 | | Garnett, et al., Guilty as charged B-RAF is a human oncogene 6 Cancer Cell 313 (2004) | ARRAY-MEK_5202253 | ARRAY-MEK_5202259 | R, PV, F, H | |
| **JTX-070** | PTX-0096 | DTX-555 | 23-Nov-04 | | U.S. Patent No. 6,821,963 (Barrett et al.), dated Nov. 23, 2004 | n/a | n/a | | |
| **JTX-071** | PTX-0097 | DTX-454; DTX-455; DTX-295 | 12/1/2004 | | Ohren et al., Structures of human MAP kinase kinase 1 (MEK1) and MEK2 describe novel noncompetitive kinase inhibition, 11 Nat Struct Mol Biol. 1192 (2004) | ARRAY-MEK_5202814 | ARRAY-MEK_5202820 | R, PV, F, H | |
| **JTX-072** | PTX-0098 | DTX-383 | 2005 | | Han et al., Identification of coumarin derivatives as a novel class of allosteric MEK1 inhibitors, 15 Bioorg Med Chem Lett 5467 (2005) | ARRAY-MEK_5202303 | ARRAY-MEK_5202309 | R, PV, F, H | |
| **JTX-073** | PTX-0099 | DTX-436 | 2005 | | Lorusso et al., A phase 1–2 clinical study of a second generation oral MEK inhibitor, PD 0325901 in patients with advanced cancer, 2005 ASCO Annual Meeting Abstract, 23 J. Clin. Oncol. 3011 (2005) | ARRAY-MEK_5202590 | ARRAY-MEK_5202591 | | |
| **JTX-074** | PTX-0102 | DTX-475 | 3-Feb-05 | | International Patent Publication No. WO 2005/009975 A2 (Warner-Lambert), dated February 3, 2005 | n/a | n/a | | |
| **JTX-075** | PTX-0103 | DTX-571 | 3-Mar-05 | | U.S. Patent Application No. US 2005/0049276 A1 ( Kaufman et al.) dated Mar. 3, 2005, (Pfizer) | n/a | n/a | | |
| **JTX-076** | PTX-0104 | DTX-476 | 17-Mar-05 | | International Patent Publication No. WO 2005/023251 A1 (Array), dated March 17, 2005 | n/a | n/a | | |
| **JTX-077** | PTX-0105 | DTX-477 | 17-Mar-05 | | International Patent Publication No. WO 2005/023759 A2 (Array), dated March 17, 2005 | n/a | n/a | | |
| **JTX-078** | PTX-0107 | DTX-543 | 5/1/2005 | | Tonkens, An OvePView of the Drug Development Process, 31 The Physician Exec. 48 (2005) | ARRAY-MEK_5203076 | ARRAY-MEK_5203080 | | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-079** | PTX-0108 | DTX-556 | 10-May-05 | | U.S. Patent No. 6,891,066 B2 (Rewcastle et al. (Warner-Lambert)), dated May 10, 2005 | n/a | n/a | | |
| **JTX-080** | PTX-0109 | DTX-557 | 31-May-05 | | U.S. Patent No. 6,900,208 B2 (Salvati et al.(BMS)), dated May 31, 2005 | n/a | n/a | | |
| **JTX-081** | PTX-0110 | DTX-460 | 6/1/2005 | | Pawson & Scott, Protein phosphorylation in signaling- 50 years and counting, 30 Trends in Biochem Sci 286 (2005) | ARRAY-MEK_5202829 | ARRAY-MEK_5202833 | | |
| **JTX-082** | PTX-0111 | DTX-478 | 9-Jun-05 | | International Patent Publication No. WO 2005/051301 A2 (Array), dated June 9, 2005 | n/a | n/a | | |
| **JTX-083** | PTX-0112 | DTX-479 | 9-Jun-05 | | International Patent Publication No. WO 2005/051302A2 (Array), dated June 9, 2005 | n/a | n/a | | |
| **JTX-084** | PTX-0113 | DTX-480 | 9-Jun-05 | | International Patent Publication No. WO 2005/051906 A2 (Array), dated June 9, 2005 | n/a | n/a | | |
| **JTX-085** | PTX-0114 | DTX-405; DTX-406 | Jul-05 | | FDA Guidance for Industry Estimating-the-Maximum-Safe-Starting-Dose-in-Initial-Clinical-Trials...Adult-Healthy-Vols July 2005<br>See https://www.fda.gov/regulatory-information/search-fda-guidance-documents/estimatingmaximum-safe-starting-dose-initial-clinical-trials-therapeutics-adult-healthy-volunteers. | n/a | n/a | | |
| **JTX-086** | PTX-0116 | DTX-437 | 8/10/2005 | | Lorusso et al., Phase I and pharmacodynamic study of the oral MEK inhibitor CI-1040 in patients with advanced malignancies, 23 J. Clin. Oncol. 5281 (2005) | ARRAY-MEK_5202597 | ARRAY-MEK_5202609 | | |
| **JTX-087** | PTX-0117 | DTX-481 | 9-Sep-05 | | International Patent Publication No. WO 2005/082891 A1 (Wyeth), dated September 9, 2005 | n/a | n/a | | |
| **JTX-088** | PTX-0119 | DTX-482 | 24-Nov-05 | | International Patent Publication No. WO 2005/110410 A2 (Abbott), dated November 24, 2005 | n/a | n/a | | |
| **JTX-089** | PTX-0120 | DTX-174; DTX-201/ DTX-237; DTX-483 | 22-Dec-05 | | International Patent Publication No. WO 2005/121142A1 (Japan Tobacco), dated December 22, 2005 | n/a | n/a | | |
| **JTX-090** | PTX-0121 | DTX-339 | 2006 | | Chen et al., Pyrrolopyridazine MEK inhibitors,16 Bioorg Med Chem Lett 628 (2006) | ARRAY-MEK_5201953 | ARRAY-MEK_5201957 | | |
| **JTX-091** | PTX-0122 | DTX-429 | 2006 | | Langer & Hoffmann, Pharmacophore modelling: applications in drug discovery, 1 Expert Opinion on Drug Discovery 261 (2006) | ARRAY-MEK_5202528 | ARRAY-MEK_5202535 | R, PV, F, H | |
| **JTX-092** | PTX-0123 | DTX-456 | 2006 | | Oikonomou and Pintzas, Cancer Genetics of sporadic Colorectal Cancer: BRAF and PI3KCA Mutations, Their Impact on Signaling and Novel Targeted Therapies, 26 Anticancer Research 1077 (2006) | ARRAY-MEK_5202821 | ARRAY-MEK_5202828 | | |
| **JTX-093** | PTX-0126 | DTX-533; DTX-189 | 1/19/2006 | | Solit et al., BRAF mutation predicts sensitivity to MEK inhibition, 439 Nature 358 (2006) | ARRAY-MEK_5202947 | ARRAY-MEK_5202957 | | |
| **JTX-094** | PTX-0127 | DTX-558 | 21-Feb-06 | | U.S. Patent No. 7,001,905 B2 )Biwersi et al.(Warner-Lambert)), dated Feb. 21, 2006 | n/a | n/a | | |
| **JTX-095** | PTX-0128 | DTX-484 | 23-Feb-06 | | International Patent Publication No. WO 2006/018188A2 (Roche), dated February 23, 2006 | n/a | n/a | | |
| **JTX-096** | PTX-0129 | DTX-485 | 5/4/2006 | | International Patent Publication No. WO 2006/045514 A1 (Applied Research Holdings, Pimasertib), dated May 4, 2006 | | | | |
| **JTX-097** | PTX-0132 | DTX-561 | 18-Jul-06 | | U.S. Patent No. 7,078,438 B2 (Rewcastle et al. (Warner Lambert)), dated Jul. 18, 2006 | n/a | n/a | | |
| **JTX-098** | PTX-0134 | DTX-361 | 8/1/2006 | | El Abdellaoui et al., Identification of isothiazole-4-carboxamidines derivatives as a novel class of allosteric MEK1 inhibitors, 16 Bioorg Med Chem Lett 5561 (2006) | ARRAY-MEK_5202150 | ARRAY-MEK_5202155 | | |
| **JTX-099** | | | | | RESERVED | | | | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-100** | PTX-0138 | DTX-426 | 12/1/2006 | | King et al., Demonstration of a genetic therapeutic index for tumors expressing oncogenic BRAF by the kinase inhibitor SB-590885, 66 Cancer Res. 11100 (2006) | ARRAY-MEK_5202504 | ARRAY-MEK_5202509 | | |
| **JTX-101** | PTX-0140 | DTX-179 | 2007 | | Bhagwat, Chapter 17 titled "MAP Kinase Inhibitors in Inflammation and Autoimmune Disorders", 42 Annual Reports in Medicinal Chemistry, 269 (2007) | ARRAY-MEK_5200822 | ARRAY-MEK_5200837 | | |
| **JTX-102** | PTX-0141 | DTX-352 | 2007 | | Dhillon, et al., MAP Kinase Signalling Pathways in Cancer, 26 Oncogene 3279 (2007) | ENC_BIN_02082251 | ENC_BIN_02082262 | | |
| **JTX-103** | PTX-0142 | DTX-420 | 2007 | | Johnson, XL518, A Potent Selective Orally Bioavailable MEK1 inhibitor, Downregulates the RAS/RAF/MEK/ERK Pathway in vivo, Resulting in Tumor Growth Inhibition and Regression in Pre-Clinical Models, 6 Mol Cancer Ther C209 (2007) | ARRAY-MEK_5202408 | ARRAY-MEK_5202408 | R, PV, F, H | |
| **JTX-104** | PTX-0144 | DTX-447 | 2007 | | Meloche & Pouyssegur, The ERK1/2 mitogen-activated protein kinase pathway as a master regulator of the G1- to S-phase transition, 26 Oncogene 3227 (2007) | ARRAY-MEK_5202762 | ARRAY-MEK_5202776 | | |
| **JTX-105** | PTX-0145 | DTX-534 | 2007 | | Spicer et al., 4-Anilino-5-carboxamido-2-pyridone Derivatives as Noncompetitive Inhibitors of Mitogen-Activated Protein Kinase Kinase, 50 J. Med. Chem. 5090 (2007) | ARRAY-MEK_5202965 | ARRAY-MEK_5202977 | | |
| **JTX-106** | PTX-0147 | DTX-350; DTX-191 | 2007 | | Wang et al., Clinical experience of MEK inhibitors in cancer therapy 1773 Biochim Biophys Acta 1248 (2007) | ARRAY-MEK_5203135 | ARRAY-MEK_5203142 | | |
| **JTX-107** | PTX-0148 | DTX-373 | 2/1/2007 | | Gaestel et al., Protein kinases as small molecule inhibitor targets in inflammation, 14 Curr Med Chem. 2214 (2007) | ARRAY-MEK_5202231 | ARRAY-MEK_5202252 | | |
| **JTX-108** | PTX-0149 | DTX-486 | 1-Feb-07 | | International Patent Publication No. WO 2007/014011 A2 (Valeant, RDEA119), dated February 1, 2007 | n/a | n/a | | |
| **JTX-109** | PTX-0151 | DTX-488 | 19-Apr-07 | | International Patent Publication No. WO 2007/044515 Al (Exelixis, Cobimetinib), dated April 19, 2007 | | | | |
| **JTX-110** | PTX-0152 | DTX-487 | 19-Apr-07 | | International Patent Publication No. WO 2007/044084 A2 (Array), dated April 19, 2007 | n/a | n/a | | |
| **JTX-111** | PTX-0154 | DTX-518 | 6/1/2007 | | Roberts et al., Targeting the Raf-MEK-ERK mitogen-activated protein kinase cascade for the treatment of cancer, 26 Oncogene 3291 (2007) | ARRAY-MEK_5202866 | ARRAY-MEK_5202886 | | |
| **JTX-112** | PTX-0155 | DTX-364 | 8/1/2007 | | Ferrer, Towards a new understanding of inflammation-based disorders: Highlights from the 8th World Congress on Inflammation, 32 Drugs of the Future 739 (2007) | ARRAY-MEK_5202173 | ARRAY-MEK_5202186 | | |
| **JTX-113** | PTX-0156 | DTX-446 | 8/1/2007 | | McCubrey et al., Roles of the Raf/MEK/ERK pathway in cell growth, malignant transformation and drug resistance, 1773 Biochim Biophys Acta 1263 (2007) | ARRAY-MEK_5202725 | ARRAY-MEK_5202761 | | |
| **JTX-114** | PTX-0157 | DTX-489 | 9-Aug-07 | | International Patent Publication No. WO 2007/088345 A1 (UCB Pharma, UCB1366554), dated August 9, 2007 | n/a | n/a | | |
| **JTX-115** | PTX-0158 | DTX-490 | 30-Aug-07 | | International Patent Publication No. WO 2007/096259 A1 (Roche), dated August 30, 2007 | n/a | n/a | | |
| **JTX-116** | PTX-0161 | DTX-362 | 12/1/2007 | | Estep AL, et al., Mutation analysis of BRAF, MEK1 and MEK2 in 15 ovarian cancer cell lines: Implications for Therapy, 2 PloS One 1279 (2007) | ARRAY-MEK_5202156 | ARRAY-MEK_5202162 | | |
| **JTX-117** | PTX-0162 | DTX-432 | 12/1/2007 | | Legrier et al., Targeting Protein Translation in Human Non–Small Cell Lung Cancer via Combined MEK and Mammalian Target of Rapamycin Suppression, 67 Cancer Res 11300 (2007) | ARRAY-MEK_5202545 | ARRAY-MEK_5202553 | | |
| **JTX-118** | PTX-0163 | DTX-532 | 12/1/2007 | | Solit et al., 3′-Deoxy-3′-[18thF]Fluorothymidine Positron Emission Tomography Is a Sensitive Method for Imaging the Response of BRAFDependent Tumors to MEK Inhibition, 67 Cancer Res 11463 (2007) | ARRAY-MEK_5202958 | ARRAY-MEK_5202964 | | |

## Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-119** | PTX-0164 | DTX-376 | 2008 | | Gilmartin et al., GSK1120212 is a novel Mek inhibitor demonstrating sustained inhibition of ERK phosphorylation and selective inhibition of B-Raf and RAS mutant cells in preclinical models, 20th AACR-NCI-EORTC Symposium on Molecular Targets and Cancer Therapeutics 2008 (Abstract [567]), 6 EJC Suppl. 178 (2008). 567 POSTER GSK1120212 | ARRAY-MEK_5202262 | ARRAY-MEK_5202262 | | |
| **JTX-120** | PTX-0165 | DTX-382 | 2008 | | Haass et al., The Mitogen-Activated ProteinExtracellular Signal-Regulated Kinase Kinase Inhibitor AZD6244 (ARRY-142886) Induces Growth Arrest in Melanoma Cells and Tumor Regression When Combined with Docetaxel, 14 Clin Cancer Res. 230 (2008) | ARRAY-MEK_5202293 | ARRAY-MEK_5202302 | | |
| **JTX-121** | PTX-0166 | DTX-388 | 2008 | | Holcomb et al., Pancreatic Cancer Cell Genetics and Signaling Response to Treatment Correlate with Efficacy of Gemcitabine-Based Molecular Targeting Strategies, 12 J. Gastrointest Surg. 288 (2008) | ARRAY-MEK_5202328 | ARRAY-MEK_5202336 | | |
| **JTX-122** | PTX-0167 | DTX-519 | 2008 | | Rosen et al., A Phase I Dose-Escalation Study of XL518, a Potent MEK Inhibitor Administered Orally Daily to Subjects with Solid Tumors, 2008 ASCO Annual Meeting Abstract, 26 J. Clin. Oncol. 14585 (2008) | ARRAY-MEK_5202887 | ARRAY-MEK_5202888 | | |
| **JTX-123** | PTX-0168 | DTX-535; DTX-190 | 2008 | | Spicer, New small-molecule inhibitors of mitogen-activated protein kinase kinase, 3 Expert Opin Drug Discov. 801 (2008) | ARRAY-MEK_5202978 | ARRAY-MEK_5202996 | | |
| **JTX-124** | PTX-0169 | DTX-536 | 2008 | | Sun, Pharmacophore-Based Virtual Screening, 15 Curr. Med. Chem. 1018 (2008) | ARRAY-MEK_5203009 | ARRAY-MEK_5203015 | | |
| **JTX-125** | PTX-0174 | DTX-423 | 1/30/2008 | | Kapetanovic, Computer-aided drug discovery and development (CADDD): In silico-chemico-biological approach, 171 Chemico-Biological Interactions 165 (2008) | ARRAY-MEK_5202435 | ARRAY-MEK_5202452 | | |
| **JTX-126** | | | | | RESERVED | | | | |
| **JTX-127** | PTX-0176 | DTX-491 | 21-Feb-08 | | International Patent Publication No. WO 2008/020206 A2 (UCB Pharma), dated February 21, 2008 | n/a | n/a | | |
| **JTX-128** | PTX-0177 | DTX-545 | 2/26/2008 | | Tsai et al., Discovery of a selective inhibitor of oncogenic B-Raf kinase with potent antimelanoma activity, 105 Proc. Natl. Acad. Sci. U.S.A. 3041 (2008) | ARRAY-MEK_5203097 | ARRAY-MEK_5203102 | R, PV, A, H | |
| **JTX-129** | PTX-0178 | DTX-492 | 28-Feb-08 | | International Patent Publication No. WO 2008/024725 A1 (Genentech), dated February 28, 2008 | n/a | n/a | R, PV, H | |
| **JTX-130** | | | | | RESERVED | | | | |
| **JTX-131** | PTX-0181 | DTX-523 | 5/1/2008 | | Sala et al., B-Raf Silencing by Short Hairpin RNA or Chemical Blockade by PLX4032 Leads to Different Responses in Melanoma and Thyroid Carcinoma Cells, 6 Mol Cancer Res 751(2008) | ARRAY-MEK_5202892 | ARRAY-MEK_5202900 | | |
| **JTX-132** | PTX-0182 | DTX-129 | 1-May-08 | Shah Ex. 10 | Article abstract: Research Potential synergistic anti-tumor effects between sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC)Cancer Res (2008) 68 (, Supplement): 2435, | SDZ-BINI00336785 | SDZ-BINI00336786 | | |
| **JTX-133** | | | | | RESERVED | | | | |
| **JTX-134** | PTX-0184 | DTX-562 | 27-May-08 | | U.S. Patent No. 7,378,423 B2 (Kawasaki et al.(Japan Tobacco)), dated May 27, 2008 | n/a | n/a | | |
| **JTX-135** | PTX-0185 | DTX-431 | 6/1/2008 | | Leboeuf et al., BRAFV600E mutation is associated with preferential sensitivity to mitogen-Activated Protein Kinase Kinase Inhibition in Thyroid Cancer Cell Lines (2008) | ARRAY-MEK_5202537 | ARRAY-MEK_5202544 | | |
| **JTX-136** | PTX-0186 | DTX-448; DTX-279 | 6/15/2008 | | Montagut C, et al., Elevated CRAF as a potential mechanism of acquired resistance to BRAF inhibition in melanoma, 68 Cancer Res. 4853 (2008) | ARRAY-MEK_5202779 | ARRAY-MEK_5202797 | | |
| **JTX-137** | PTX-0187 | DTX-493 | 3-Jul-08 | | International Patent Publication No. WO 2008/079814 A3(Takeda - genus), dated July 3, 2008 | | | | |

**Joint Exhibit List**

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-138** | PTX-0188 | DTX-572 | 24-Jul-08 | | U.S. Patent Application No. US 2008/0177082 A1 (Wallace et al. (Array)), Pub. Date: Jul. 24, 2008 | n/a | n/a | | |
| **JTX-139** | PTX-0189 | DTX-563 | 12-Aug-08 | | U.S. Patent No. 7,411,001 B2( Barrett et al.(PD325901)), dated Aug. 12, 2008 | n/a | n/a | | |
| **JTX-140** | PTX-0190; PTX-0190a | DTX-593; DTX-194 | 8/31/2008 | | Yan, et al., Poster #: P464 Design and Synthesis of RDEA119 a Potent and Orally Bioavailable MEK Inhibitor. 10th Intl Symposium on Medicinal Chemistry (EFMC ISMC) August 31 - September 4, 2008 Vienna, Austria | ARRAY-MEK_5200988 ARRAY-MEK_5203246 | ARRAY-MEK_5200988 ARRAY-MEK_5203246 | R, PV, A, H | |
| **JTX-141** | PTX-0191 | DTX-369; DTX-183 | 9/1/2008 | | Folkes et al., The Identification of 2-(1 H-lndazol-4-yl)-6-{ 4-methanesulfonyl-piperazin-1-ylmethyl)-4- morpholin-4-ylthieno[3,2- a1pyrimidine (GDC-0941) as a Potent, Selective, Orally Bioavailable Inhibitor of Class I PI3 Kinase for the Treatment of Cancer, 51 J. Med. Chem. 5522 (2008) | ARRAY-MEK_5202208 | ARRAY-MEK_5202219 | | |
| **JTX-142** | PTX-0193 | DTX-564 | 16-Sep-08 | | U.S. Patent No. 7,425,637 B2 (Wallace et al.(Array)), dated Sep. 16, 2008 | n/a | n/a | | |
| **JTX-143** | PTX-0194 | DTX-565 | 23-Sep-08 | | U.S. Patent No. 7,427,635 B2 (Chu et al.(Roche)), dated Sep. 23, 2008 | n/a | n/a | | |
| **JTX-144** | PTX-0195 | DTX-494 | 25-Sep-08 | | International Patent Publication No. WO 2008/115890 A2 (Takeda), dated September 25, 2008 | n/a | n/a | | |
| **JTX-145** | PTX-0196 | DTX-566 | 30-Sep-08 | | U.S. Patent No. 7,429,667 B2 (Abdellaoui et al.(Valeant)), dated Sep. 30, 2008 | n/a | n/a | | |
| **JTX-146** | PTX-0197 | DTX-439; DTX-278 | 10/9/2008 | | Luo et al., Identification of BRAF Inhibitors Though In Silico Screeni 51 J. Med. Chem. 6121 (2008) | ARRAY-MEK_5202624 | ARRAY-MEK_5202639 | | |
| **JTX-147** | | | | | RESERVED | | | | |
| **JTX-148** | PTX-0198a | DTX-128; DTX-176 | 9-Oct-08 | Shah Ex. 09; Marlow Ex. 88 | International Application Patent Publication No. WO 2008/120004, dated Oct 9, 2008 | ARRAY-MEK_1126107 | ARRAY-MEK_1126168 | | |
| **JTX-149** | PTX-0199 | DTX-407 | 23-Oct-08 | | Myers - Exelixis Says GSK Collaboration to End, Fierce Biotech, dated October 23, 2008 | n/a | n/a | R, PV, A, H | |
| **JTX-150** | PTX-0200 | DTX-567 | 11-Nov-08 | | U.S. Patent No. 7,449,460 B2 (Berger et al.(Wyeth)), dated Nov. 11, 2008 | n/a | n/a | | |
| **JTX-151** | PTX-0201 | DTX-495 | 20-Nov-08 | | International Patent Publication No. WO 2008/138639 A1 (Bayer), dated November 20, 2008 | n/a | n/a | | |
| **JTX-152** | PTX-0203 | DTX-496 | 4-Dec-08 | | International Patent Publication No. WO 2008/148034 A1 (Takeda), dated December 4, 2008 | n/a | n/a | | |
| **JTX-153** | PTX-0206 | DTX-365 | 2009 | | Fischmann et al., 48 Biochemistry 2661 (2009) Suppl Data1 | ARRAY-MEK_5202187 | ARRAY-MEK_5202191 | R, PV, A, H | |
| **JTX-154** | PTX-0207 | DTX-368 | 2009 | | Flaherty et al., Phase I Study of PLX4032: Proof of Concept for V600E B-Raf Mutation as a Therapeutic Target in Human Cancer, 2009 ASCO Annual Meeting Abstract, 27 J. Clin. Oncol. 9000 (2009) | ARRAY-MEK_5202206 | ARRAY-MEK_5202207 | | |
| **JTX-155** | PTX-0208 | DTX-379 | 2009 | | Goto et al., E6201(3S,4R,5Z,8S,9S,11E)-14-(Ethylamino)-8, 9,16-trihydroxy-3,4-dimethyl- 3,4,9,19-tetrahydro-1H-2-benzoxacyclotetradecine-1,7(8H)-dione], a Novel Kinase Inhibitor of Mitogen-Activated rProtein Kinase/Extracellular Signal-Regulated Kinase Kinase (MEK)-1 and MEK Kinase-1: In Vitro Characterization of Its Anti-Inflammatory and Antihyperproliferative Activities, 331 J. of Pharmacology and Experimental Therapeutics 485 (2009) | ARRAY-MEK_5202271 | ARRAY-MEK_5202281 | | |

**Joint Exhibit List**

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-156** | PTX-0209 | DTX-380 | 2009 | | Goutopoulos et al., AS703026: a novel allosteric MEK inhibitor, 69 Cancer Res.: Abstract 4776 (2009) | ARRAY-MEK_5202282 | ARRAY-MEK_5202282 | | |
| **JTX-157** | PTX-0210 | DTX-414 | 2009 | | Huerta et al., In vitro and in vivo sensitization of SW620 metastatic colon cancer cells to CDDP-induced apoptosis by the nitric oxide donor DETANONOate: Involvement of AIF, 20 Nitric Oxide 182 (2009) | ARRAY-MEK_5202365 | ARRAY-MEK_5202377 | | |
| **JTX-158** | PTX-0211 | DTX-430 | 2009 | | Laquerre et al., Abstract B88 A Selective Raf Kinase Inhibitor Induces Cell Death and Tumor Regression of Human Cancer Cell Line Encoding B-RafV600E Mutation,8 (12_Supplement) Mol. Cancer Ther. B88 (2009) | ARRAY-MEK_5202536 | ARRAY-MEK_5202536 | | |
| **JTX-159** | PTX-0213 | DTX-531; DTX-188 | 2009 | | Smalley and Flaherty, Integrating BRAFMEK inhibitors into combination therapy for melanoma 100, British J. of Cancer 431 (2009) | ARRAY-MEK_5202942 | ARRAY-MEK_5202946 | | |
| **JTX-160** | PTX-0214 | DTX-539 | 2009 | | Tecle et al., Beyond the MEK-pocket: Can current MEK kinase inhibitors be utilized to synthesize novel type III NCKIs? Does the MEK-pocket exist in kinases other than MEK?, 19 Bioorg Med Chem Lett 226 (2009) | ARRAY-MEK_5203054 | ARRAY-MEK_5203057 | | |
| **JTX-161** | PTX-0217 | DTX-498 | 29-Jan-09 | | International Patent Publication No. WO 2009/014100 A1 (Chugai), dated January 29, 2009 | n/a | n/a | | |
| **JTX-162** | PTX-0218 | DTX-497 | 29-Jan-09 | | International Patent Publication No. WO 2009/013462 A1 (UCB Pharma), dated January 29, 2009 | n/a | n/a | | |
| **JTX-163** | PTX-0219 | DTX-499 | 5-Feb-09 | | International Patent Publication No. WO 2009/018233 A1 (Ardea Biosciences), dated February 5, 2009 | n/a | n/a | | |
| **JTX-164** | PTX-0220 | DTX-348 | 3/1/2009 | | Daouli et al., Characterization of a Novel Mitogen-Activated Protein Kinase Kinase 1/2 Inhibitor with a Unique Mechanism of Action for Cancer Therapy, 69 Cancer Res. 1924 (2009) | ARRAY-MEK_5202036 | ARRAY-MEK_5202044 | | |
| **JTX-165** | | | | | RESERVED | | | | |
| **JTX-166** | PTX-0225 | DTX-500 | 22-May-09 | | International Patent Publication No. WO 2009/064675 A1 (Takeda), dated May 22, 2009 | n/a | n/a | | |
| **JTX-167** | PTX-0226 | DTX-546 | 4-Jun-09 | | U.S. Patent Application No. US 2009/0143389 Al Blake et al. ( (Array), Pub. Date: Jun. 4, 2009 | n/a | n/a | | |
| **JTX-168** | PTX-0227 | DTX-502 | 9-Jul-09 | | International Patent Publication No. WO 2009/085983 A1 (Genentech), dated July 9, 2009 | | | | |
| **JTX-169** | PTX-0229 | DTX-501 | 9-Jul-09 | | International Patent Publication No. WO 2009/085980 A1 (Genentech), dated July 9, 2009 | n/a | n/a | | |
| **JTX-170** | PTX-0230 | DTX-503 | 30-Jul-09 | | International Patent Publication No. WO 2009/093009 A1 (UCB Pharma), dated July 30, 2009 | n/a | n/a | | |
| **JTX-171** | PTX-0231 | DTX-504 | 30-Jul-09 | | International Patent Publication No. WO 2009/093013 A1 (UCB Pharma), dated July 30, 2009 | n/a | n/a | | |
| **JTX-172** | | | | | RESERVED | | | | |
| **JTX-173** | PTX-0233 | DTX-342 | 8/1/2009 | | Ciuffreda et al., Growth-inhibitory and antiangiogenic activity of the MEK inhibitor PD0325901 in malignant melanoma with or without BRAF mutations, 11 Neoplasia. 720 (2009) | ARRAY-MEK_5201963 | ARRAY-MEK_5201980 | | |
| **JTX-174** | PTX-0236 | DTX-547 | 20-Aug-09 | | U.S. Patent Application No. US 2009/0209542 A1 ( Marlow et al. (Array)), Pub. Date: Aug. 20, 2009 | n/a | n/a | | |
| **JTX-175** | PTX-0237 | DTX-418 | 9/1/2009 | | Iverson et al., RDEA119/BAY 869766: A Potent, Selective, Allosteric Inhibitor of MEK1/2 for the Treatment of Cancer, 69 Cancer Rsch. 6839 (2009) | ARRAY-MEK_5202399 | ARRAY-MEK_5202407 | | |
| **JTX-176** | PTX-0240 | DTX-569 | 3-Nov-09 | | U.S. Patent No. 7,612,212 B2 (Chen et al. (Roche)), dated Nov. 3, 2009 | n/a | n/a | | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-177** | PTX-0243 | DTX-505 | 3-Dec-09 | | International Patent Publication No. WO 2009/146034 A2 (Takeda), dated December 3, 2009 | n/a | n/a | | |
| **JTX-178** | PTX-0246 | DTX-506 | 23-Dec-09 | | International Patent Publication No. WO 2009/153554 A1 (UCB Pharma), dated December 23, 2009 | n/a | n/a | | |
| **JTX-179** | PTX-0247 | DTX-349 | 2010 | | Daouti et al., reclinical In vivo Evaluation of Efficacy, Pharmacokinetics, and Pharmacodynamics of a Novel MEK1/2 Kinase Inhibitor RO5068760 in Multiple Tumor Models, 9 Mol Cancer Ther 134 (2010). | ARRAY-MEK_5202045 | ARRAY-MEK_5202055 | | |
| **JTX-180** | PTX-0248; PTX-0252 | DTX-422; DTX-371 | 2010 | | Frémin & Meloche, Frémin & Meloche, From basic research to clinical development of MEK1/2 inhibitors for cancer therapy, 3 J. of Hematology & Oncology 6 (2010) | ARRAY-MEK_5202220 | ARRAY-MEK_5202230 | R, PV, A, H | |
| **JTX-181** | PTX-0249 | DTX-445 | 2010 | | McCubrey et al., Emerging MEK Inhibitors, 15 Expert Opin Emerging Drugs 203 (2010) | ARRAY-MEK_5202704 | ARRAY-MEK_5202724 | | |
| **JTX-182** | PTX-0250 | DTX-524 | 2010 | | Salerno et al., Cytostatic activity of adenosine triphosphate-competitive kinase inhibitors in BRAF mutant thyroid carcinoma cells, 95 J. Clin. Endocrinol Metab. 450 (2010). | ARRAY-MEK_5202901 | ARRAY-MEK_5202906 | | |
| **JTX-183** | | | | | RESERVED | | | | |
| **JTX-184** | PTX-0254 | DTX-507 | 7-Jan-10 | | International Patent Publication No. WO 2010/003025 A1 (Genentech), dated January 7, 2010 | n/a | n/a | | |
| **JTX-185** | PTX-0258 | DTX-570 | 26-Jan-10 | | U.S. Patent No. 7,652,047 B2 (Abdellaoui et al. (Valeant)), dated Jan. 26, 2010 | n/a | n/a | | |
| **JTX-186** | PTX-0265 | DTX-438 | 3/15/2010 | | LoRusso et al., Phase I pharmacokinetic and pharmacodynamic study of the oral MAPK/ERK kinase inhibitor PD-0325901 in patients with advanced cancers, 16 Clin Cancer Res. 1924 (2010) | ARRAY-MEK_5202610 | ARRAY-MEK_5202623 | | |
| **JTX-187** | PTX-0266 | DTX-345 | 3/16/2010 | | Cox & Der, The Raf Inhibitor Paradox: Unexpected Consequences of Targeted Drugs, 17 Cancer Cell 221 (2010) | ARRAY-MEK_5202007 | ARRAY-MEK_5202009 | | |
| **JTX-188** | PTX-0267 | DTX-385 | 4/15/2010 | | Haura et al., A Phase II Study of PD-0325901, an Oral MEK Inhibitor, in Previously Treated Patients with Advanced Non-Small Cell Lung Cancer, 16 Clin. Cancer Res. 2450, 2456 (2010) | ARRAY-MEK_5202316 | ARRAY-MEK_5202323 | | |
| **JTX-189** | PTX-0268 | DTX-092 | 19-Apr-10 | Gramling Ex. 78 | License Agreement by and between Novartis International Pharmaceutical Ltd. and Array BioPharma Inc., dated April 19, 2010 | ARRAY-MEK_3745683 | ARRAY-MEK_3745808 | | |
| **JTX-190** | PTX-0269 | DTX-101; DTX-168; DTX-722 | 17-Aug-10 | Marlow Ex. 86 | U.S. Patent No. 7,777,050 (Wallace et al.), dated Aug. 17, 2010 | n/a | n/a | | |
| **JTX-191** | PTX-0272 | DTX-354; DTX-353 | 3/1/2011 | | Dong et al., Discovery of TAK-733, a Potent and Selective MEK Allosteric Site Inhibitor for the Treatment of Cancer, 21 BMCL 1315 (2011) | ARRAY-MEK_5200838 | ARRAY-MEK_5200845 | | |
| **JTX-192** | PTX-0274 | DTX-347 | 1/1/2012 | | Dandapani et al., Selecting, Acquiring, and Using Small Molecule Libraries for High-Throughput Screening, 4 Curr Protoc Chem Biol. 177 (2012) | ARRAY-MEK_5202015 | ARRAY-MEK_5202035 | | |
| **JTX-193** | PTX-0275 | DTX-514; DTX-513 | 1/1/2012 | | Rice et al., Novel Carboxamide-Based Allosteric MEK Inhibitors: Discovery and Optimization Efforts toward XL518 (GDC-0973), 3 ACS Med Chem Letters 416 (2012) | ARRAY-MEK_5202839 | ARRAY-MEK_5202844 | | |
| **JTX-194** | PTX-0277 | DTX-384 | 1-Jan-13 | | Hatzivassiliou et al., Mechanism of MEK inhibition determines efficacy in mutant KRAS-versus BRAF-driven cancers, 501 Nature 232 (2013) | ARRAY-MEK_5202310 | ARRAY-MEK_5202315 | | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-195** | PTX-0279 | DTX-115; DTX-125 | 24-Sep-13 | Fruehauf Ex. 08; Shah Ex. 06; Rotella Ex. 03 | U.S. Patent No. 8,541,575 (Pulici et al.), dated Sep. 24, 2013 | ARRAY-MEK_4463293 | ARRAY-MEK_4463393 | | |
| **JTX-196** | PTX-0280 | DTX-421 | 10/1/2013 | | Josephs et al., Clinical pharmacokinetics of tyrosine kinase inhibitors: implications for therapeutic drug monitoring, 35 Ther. Drug Monit. 562 (2013) | ARRAY-MEK_5202409 | ARRAY-MEK_5202434 | | |
| **JTX-197** | PTX-0281 | DTX-415 | 2014 | | Hunter, The genesis of tyrosine phosphorylation, 6 Cold Spring Harb Perspect Biol. A020644 (2014) | ARRAY-MEK_5202385 | ARRAY-MEK_5202398 | | |
| **JTX-198** | PTX-0282 | DTX-516; DTX-515; | 2014 | | Robarge et al. Structure based design of novel 6,5 heterobicyclic mitogenactivated protein kinase kinase (MEK) inhibitors leading to the discovery of imidazo[1,5-a] pyrazine G-479, 24 Bioorg Med Chem Lett 4714 (2014) | ARRAY-MEK_5202845 | ARRAY-MEK_5202854 | | |
| **JTX-199** | PTX-0283 | DTX-434 | 5/12/2014 | | Lito et al., Disruption of CRAF-mediated MEK activation is required for effective MEK inhibition in KRAS mutant tumors, 25 Cancer Cell. 697 (2014) | ARRAY-MEK_5202554 | ARRAY-MEK_5202579 | | |
| **JTX-200** | PTX-0284 | DTX-095 | 19-Jan-15 | Gramling Ex. 80 | LGX818 Asset Transfer Agreement by and between Novartis Pharma AG and Array Biopharma Inc., dated January 19, 2015 | ARRAY-MEK_3745532 | ARRAY-MEK_3745587 | | |
| **JTX-201** | PTX-0287 | DTX-093 | 2-Mar-15 | Gramling Ex. 78 | Patent Assignment Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745678 | ARRAY-MEK_3745682 | | |
| **JTX-202** | PTX-0288 | DTX-094 | 2-Mar-15 | Gramling Ex. 79 | Second Amendment to Termination and Asset Transfer Agreement by and between Novartis Pharma AG and Array BioPharma Inc., dated March 2, 2015 | ARRAY-MEK_3745588 | ARRAY-MEK_3745671 | | |
| **JTX-203** | | | | | RESERVED | | | | |
| **JTX-204** | | | | | RESERVED | | | | |
| **JTX-205** | | | | | RESERVED | | | | |
| **JTX-206** | | | | | RESERVED | | | | |
| **JTX-207** | | | | | RESERVED | | | | |
| **JTX-208** | | | | | RESERVED | | | | |
| **JTX-209** | | | | | RESERVED | | | | |
| **JTX-210** | | | | | RESERVED | | | | |
| **JTX-211** | | | | | RESERVED | | | | |
| **JTX-212** | | | | | RESERVED | | | | |
| **JTX-213** | | | | | RESERVED | | | | |
| **JTX-214** | PTX-0311 | DTX-389 | 2/1/2018 | | Holdgate et al., Mechanistic enzymology in drug discovery: a fresh perspective, 17 Nature Rev Drug Discov 115 (2018) | ARRAY-MEK_5202337 | ARRAY-MEK_5202354 | | |
| **JTX-215** | PTX-0312 | DTX-357 | 3/21/2018 | | Dummer et al., Encorafenib plus binimetinib versus vemurafenib or encorafenib in patients with BRAF-mutant melanoma (COLUMBUS): a multicentre, open-label, randomised phase 3btrial, 19 Lancet Oncol. 603 (2018) | ARRAY-MEK_5202067 | ARRAY-MEK_5202089 | | |
| **JTX-216** | | | | | RESERVED | | | | |
| **JTX-217** | PTX-0317 | DTX-358 | 12-Sep-18 | | Dummer et al., Overall suPVival in patients with BRAF-mutant melanoma receiving encorafenib plus binimetinib versus vemurafenib or encorafenib (COLUMBUS): a multicentre, open-label,<br>randomised, phase 3 trial, LanutOm:,:,/ 2018; 19: 1315-27, dated September 12, 2018 | ARRAY-MEK_0466284 | ARRAY-MEK_0466302 | R, PV, A, H | |
| **JTX-218** | PTX-0322 | DTX-157 | Jan-19 | Rezai Ex. 34 | BRAFTOVI Label (BRAFTOVI (encorafenib) capsules, for oral use), Revised: 1/2019 | ARRAY-MEK_0029764 | ARRAY-MEK_0029782 | | |
| **JTX-219** | PTX-0324 | DTX-158 | Jan-19 | Rezai Ex. 35 | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 1/2019 | ARRAY-MEK_0029852 | ARRAY-MEK_0029869 | A, H | |

## Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-220** | PTX-0328 | DTX-517 | 6/4/2019 | | Robert C, et al., Five-Year Outcomes with Dabrafenib plus Trametinib in Metastatic Melanoma, 381 New Engl. J. Med. 626 (2019) | ARRAY-MEK_5202855 | ARRAY-MEK_5202865 | | |
| **JTX-221** | PTX-0332 | DTX-151 | 6-Sep-19 | Dabre Ex. 04 | Email from D. Vikani to K. Shah regarding OEL/ADE monograph, dated September 6, 2019 | ALEMBIC0358413 | ALEMBIC0358414 | R, PV, H, A | |
| **JTX-222** | PTX-0333 | DTX-071 | 25-Sep-19 | Di Pietro Ex. 58 | Consoll, et al - Network Indirect Comparison of 3 BRAF + MEK Inhibitors for the Treatment of Advanced BRAF Mutated Melanoma (FESEO, September 25, 2019) | n/a | n/a | R, PV, A, H, F | |
| **JTX-223** | PTX-0334 | DTX-150 | 1-Oct-19 | Dabre Ex. 03 | Email from R. Dabre to J. Ahalgama regarding China_COA Encorafenib, Binimetinib, Ivosidenib, Apalutamide, Lorlatinib, Glasdegib, Larotrectinib, dated October 1, 2019 | ALEMBIC0358418 | ALEMBIC0358421 | R, PV, H, A | |
| **JTX-224** | | | | | RESERVED | | | | |
| **JTX-225** | PTX-0337 | DTX-425 | 1/1/2020 | | Khan et al., Structural basis for the action of the drug trametinib at KSR-bound MEK, 588 Nature 509 (2020) | ARRAY-MEK_5202464 | ARRAY-MEK_5202503 | R, PV, A, H | |
| **JTX-226** | PTX-0338 | DTX-607 | 1/1/2020 | | Ascierto, et al. - Update on tolerability and overall suPVival in Columbus: Landmark analysis of a randomised phase 3 trial of encorafenib plus binimetinib vs. vemurafenib or encorafenib in patients with BRAF V600-mutant melanoma, 126 European Journal of Cancer 33 (2020) | ARRAY-MEK_1394391 | ARRAY-MEK_1394402 | | |
| **JTX-227** | PTX-0340 | DTX-164 | Feb-20 | Rezai Ex. 41 | Binimetinib: Preclinical and Clinical Overview | ARRAY-MEK_2866257 | ARRAY-MEK_2866271 | | |
| **JTX-228** | | | | | RESERVED | | | | |
| **JTX-229** | | | | | RESERVED | | | | |
| **JTX-230** | | | | | RESERVED | | | | |
| **JTX-231** | | | | | RESERVED | | | | |
| **JTX-232** | | | | | RESERVED | | | | |
| **JTX-233** | | | | | RESERVED | | | | |
| **JTX-234** | | | | | RESERVED | | | | |
| **JTX-235** | | | | | RESERVED | | | | |
| **JTX-236** | | | | | RESERVED | | | | |
| **JTX-237** | PTX-0355 | DTX-378 | 1/1/2021 | | Gonzalez-Del Pino et al., Allosteric MEK inhibitors act on BRAF/MEK complexes to block MEK activation, 118 Proc Natl Acad Sci USA e2107207118 (2021) (PDB No. 7M0W)) | ARRAY-MEK_5202263 | ARRAY-MEK_5202270 | | |
| **JTX-238** | PTX-0356 | DTX-381 | 1/1/2021 | | Greiner & Glonek, Intracellular ATP Concentration and Implication for Cellular Evolution, 10 Biology 1166 (2021) | ARRAY-MEK_5202283 | ARRAY-MEK_5202292 | | |
| **JTX-239** | | | | | RESERVED | | | | |
| **JTX-240** | | | | | RESERVED | | | | |
| **JTX-241** | | | | | RESERVED | | | | |
| **JTX-242** | | | | | RESERVED | | | | |
| **JTX-243** | | | | | RESERVED | | | | |
| **JTX-244** | | | | | RESERVED | | | | |
| **JTX-245** | | | | | RESERVED | | | | |
| **JTX-246** | | | | | RESERVED | | | | |
| **JTX-247** | PTX-0371 | DTX-606 | 1/1/2022 | | Dummer, et al. - Columbus 5 year Update: A Randomized, Open Label, Phase III Trial of Encorafenib Plus Binimetinib vs. Vemurafenib or Encorafenib in Patients with BRAF V600-Mutant Melanoma, 2022 American Society of Clinical Oncology | ARRAY-MEK_1525921 | ARRAY-MEK_1525940 | | |
| **JTX-248** | | | | | RESERVED | | | | |
| **JTX-249** | PTX-0377 | DTX-149 | Jun-22 | Dabre Ex. 02 | Alembic ANDA (original submission) Binimetinib Tablets Strength: 15 mg Module 1: Adminstrative and Prescribing Information, 1.14.1.3. Draft labeling text, Revised: 06/2022 | ALEMBIC0024457 | ALEMBIC0024483 | R, PV | |

## Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-250** | | | | | RESERVED | | | | |
| **JTX-251** | | | | | RESERVED | | | | |
| **JTX-252** | | | | | RESERVED | | | | |
| **JTX-253** | PTX-0384 | DTX-608 | 2023 | | Draft of MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), (with track changes) Revised XX/2023 | ARRAY-MEK_0899665 | ARRAY-MEK_0899685 | | |
| **JTX-254** | PTX-0384a | DTX-609 | 2023 | | Draft of MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), (with track changes) Revised XX/2023 | ARRAY-MEK_0899686 | ARRAY-MEK_0899706 | | |
| **JTX-255** | PTX-0385 | DTX-600 | 2023 | | Draft of MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised XX/2023 | ARRAY-MEK_0899644 | ARRAY-MEK_0899664 | | |
| **JTX-256** | | | | | RESERVED | | | | |
| **JTX-257** | | | | | RESERVED | | | | |
| **JTX-258** | | | | | RESERVED | | | | |
| **JTX-259** | | | | | RESERVED | | | | |
| **JTX-260** | | | | | RESERVED | | | | |
| **JTX-261** | | | | | RESERVED | | | | |
| **JTX-262** | | | | | RESERVED | | | | |
| **JTX-263** | | | | | RESERVED | | | | |
| **JTX-264** | PTX-0400 | DTX-052 | Jun-23 | Dougherty Ex. 45 | Brafttovi + Mektovi BRAF V600E-mutan mNSCLC Presentation, dated June 2023 | ARRAY-MEK_4554918 | ARRAY-MEK_4554953 | R, PV | |
| **JTX-265** | | | | | RESERVED | | | | |
| **JTX-266** | PTX-0402 | DTX-054 | 21-Jun-23 | Dougherty Ex. 47 | Braftovi + Mektovi 2024 Strategic Plan, dated June 21, 2023 | ARRAY-MEK_4557124 | ARRAY-MEK_4557152 | | |
| **JTX-267** | | | | | RESERVED | | | | |
| **JTX-268** | | | | | RESERVED | | | | |
| **JTX-269** | PTX-0405 | DTX-051 | 13-Sep-23 | Dougherty Ex. 44 | Pfizer Managers Meeting PowerPoints dated September 13, 2023 | ARRAY-MEK_4567139 | ARRAY-MEK_4567209 | R, PV | |
| **JTX-270** | PTX-0406; PTX-0407 | DTX-055; DTX-022 | Oct-23 | Dougherty Ex. 35; Rezai Ex. 35 Fixed; Wilner Ex. 05 | MEKTOVI Label (MEKTOVI (binimetinib) tablets, for oral use), Revised: 10/2023 | ARRAY-MEK_4294933 | ARRAY-MEK_4294951 | R, PV | |
| **JTX-271** | | | | | RESERVED | | | | |
| **JTX-272** | PTX-0409; PTX-0410 | DTX-050; DTX-023 | Oct-23 | Dougherty Ex. 43; Hertig Ex. 05; Wilner Ex. 06 | BRAFTOVI Label (BRAFTOVI (encorafenib) capsules, for oral use), Revised: 10/2023 | ARRAY-MEK_4294876 | ARRAY-MEK_4294905 | R, PV | |
| **JTX-273** | | | | | RESERVED | | | | |
| **JTX-274** | | | | | RESERVED | | | | |
| **JTX-275** | | | | | RESERVED | | | | |
| **JTX-276** | PTX-0417 | DTX-605 | 3/28/2024 | | Alembic Final Packoutsert, dated March 28, 2024 | ALEMBIC0442248 | ALEMBIC0442248 | R, PV | |
| **JTX-277** | PTX-0419 | DTX-148 | 29-Apr-24 | Dabre Ex. 01; Mathias Ex. 01 | Plaintiff Array BioPharma Inc.'s Notice of Deposition to Defendant Alembic Pharmaceuticals Limited Pursuant to Fed. R. Civ. P. 30(b)(6), dated April 29, 2024 | n/a | n/a | | |

**Joint Exhibit List**

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-278** | PTX-0420 | DTX-018 | 5/2/2024 | Kowanetz Ex. 01 premarked; Dougherty Ex. 42; Wilner Ex .01; Gramling Ex. 42; Di Pietro Ex. 02 | Defendants' Notice of Deposition of Plaintiff Array BioPharm Inc. Pursuant to Fed. R. Civ. P 30(b)(6), dated 5/2/2024 | n/a | n/a | | |
| **JTX-279** | PTX-0421 | DTX-020 | 5/29/2024 | Wilner Ex. 03 | Defendants' Notice of Deposition of Keith Wilner, dated 5/29/2024 | n/a | n/a | | |
| **JTX-280** | PTX-0424 | DTX-112 | 10/1/2024 | Fruehauf Ex. 05; Shah Ex. 07; Rotella Ex. 01 | Opening Expert Report of David P. Rotella, Ph.D., dated October 1, 2024 | n/a | n/a | | |
| **JTX-281** | PTX-0425 | DTX-108 | 10/2/2024 | Fruehauf Ex. 01 | Opening Expert Report of John Freuhauf, MD, Ph.D., dated October 4, 2024 | n/a | n/a | | |
| **JTX-282** | PTX-0426 | DTX-137 | 3-Oct-24 | Chmielowski Ex. 01 | Opening Report of Bartosz Chmielowski, MD., PHD. On Infringement by Alembic Pharmaceuticals Limited, dated Oct. 3, 2024 | n/a | n/a | | |
| **JTX-283** | PTX-0427 | DTX-120 | 4-Oct-24 | Shah Ex. 01 | Expert Report of Neel Shah, M.D., FACP, dated October 4, 2024 | n/a | n/a | | |
| **JTX-284** | PTX-0429 | DTX-110; DTX-330 | 12/16/2024 | Fruehauf Ex. 03 | Responsive Expert Report of Alexander Bridges, Ph.D., on the State of the Art on MEK Inhibitors, dated December 16, 2024 | n/a | n/a | | |
| **JTX-285** | PTX-0430 | DTX-114; DTX-341 | 12/16/2024 | Fruehauf Ex. 07; Chmielowski Ex. 02 | Responsive Expert Report of Bartosz Chmielowski,M.D., Ph.D., dated December 16, 2024 | n/a | n/a | | |
| **JTX-286** | PTX-0431 | DTX-116 | 17-Dec-24 | Shah Ex. 08; Ward Ex. 01; Rotella Ex. 04 | Responsive Expert Report of Simon Ward, Ph.D., dated December 17, 2024 | n/a | n/a | | |
| **JTX-287** | PTX-0432 | DTX-121 | 18-Dec-24 | Shah Ex. 02 | Rebuttal Expert Report of Neel Shah, M.D., FACP, dated December 18, 2024 | n/a | n/a | | |
| **JTX-288** | PTX-0433 | DTX-109 | 31-Jan-25 | Fruehauf Ex. 02 | Expert Reply Report of John Fruehauf, M.D., Ph.D., dated January 31, 2025 | n/a | n/a | | |
| **JTX-289** | PTX-0434 | DTX-130 | 31-Jan-25 | Shah Ex. 11 | Reply Expert Report of John Hertig, Pharm.D., dated January 31, 2025 | n/a | n/a | | |
| **JTX-290** | PTX-0436 | DTX-604 | | | Alembic Annotated Comparison with Listed Drug | ALEMBIC0024567 | ALEMBIC0024622 | R, PV | |
| **JTX-291** | PTX-0440 | DTX-395 | | | indogenmed.org - Introduction to BRAFTOVI Encorafenib | ARRAY-MEK_5203802 | ARRAY-MEK_5203807 | | |
| **JTX-292** | PTX-0441 | DTX-147; DTX-510 | | Hertig Ex. 06 | Pharmaceutical Security Institute Oncology Report 2021-2023 | ARRAY-MEK_5203747 | ARRAY-MEK_5203757 | R, PV | |
| **JTX-293** | PTX-0442 | DTX-401 | | | Buy Mektovi Online at a Low Cost & Save Big.pdf | ARRAY-MEK_5203506 | ARRAY-MEK_5203513 | R, PV | |
| **JTX-294** | PTX-0443 | DTX-400 | | | Buy Braftovi Online at a Low Cost _ Canada Drugs.pdf | ARRAY-MEK_5203483 | ARRAY-MEK_5203491 | R, PV | |
| **JTX-295** | PTX-0444 | DTX-402 | | | Buy Mektovi for health condition Online _ CanadaDrugstore | ARRAY-MEK_5203514 | ARRAY-MEK_5203519 | R, PV | |

**Joint Exhibit List**

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-296** | PTX-0445 | DTX-392 | | | BRAFTOVI (Encorafenib) Capsules See: https://cancermedicinesnetwork.com/product/braftovi-encorafenib-capsules/ | ARRAY-MEK_5203428 | ARRAY-MEK_5203442 | | |
| **JTX-297** | | | | | RESERVED | | | | |
| **JTX-298** | | | | | RESERVED | | | | |
| **JTX-299** | | | | | RESERVED | | | | |
| **JTX-300** | | | | | RESERVED | | | | |
| **JTX-301** | | | | | RESERVED | | | | |
| **JTX-302** | PTX-0451; PTX-0451a | DTX-053 | | Dougherty Ex. 46 | Braf Mek Mono-Combo Summary Chart, covering time period January 2022- March 2024 ( Filename: Mektovi Mono Case_05232024.xlsb) (Native Version and Printed Version) | ARRAY-MEK_5201592 | ARRAY-MEK_5201592 | | |
| **JTX-303** | | | | | RESERVED | | | | |
| **JTX-304** | | | | | RESERVED | | | | |
| **JTX-305** | PTX-0454 | DTX-111 | | Fruehauf Ex. 04 | Document prepared for Fruehauf deposition | n/a | n/a | R, PV, UT | |
| **JTX-306** | PTX-0455 | DTX-091 | | Gramling Ex. 77 | Handwritten Notes | n/a | n/a | R, PV, UT | |
| **JTX-307** | PTX-0464 | DTX-413 | | | Xenograft Mouse Models For Drug Discovery _ Reaction Biology, available at https://www.reactionbiology.com/sePVices/in-vivo-pharmacology/xenograft-tumor-models/ | ARRAY-MEK_5204115 | ARRAY-MEK_5204115 | R, PV, UT | |
| **JTX-308** | | | | | RESERVED | | | | |
| **JTX-309** | | | | | RESERVED | | | | |
| **JTX-310** | | | | | RESERVED | | | | |
| **JTX-311** | PTX-0480 | DTX-399 | | | Atcc.org - SW620 [SW-620] ccl-227 | n/a | n/a | R, PV, UT | |
| **JTX-312** | PTX-0480a | DTX-398 | | | ATCC: The Global Bioresource Center \| ATCC website | ARRAY-MEK_5204043 | ARRAY-MEK_5204045 | R, PV, UT | |
| **JTX-313** | PTX-0482 | DTX-404 | | | evotec.com - Drug Metabolism Microsomal Stability Assay https://www.evotec.com/en/drug-metabolism/microsomalstability?utm_term=microsomal%20stability%20assay&utm_campaign=cyp_momentum_search&utm_source=google&utm_medium=cpc&hsa_acc=5143045742&hsa_cam=21257709799&hsa_grp=162637334835&hsa_ad=698423906771&hsa_src=g&hsa_tgt=kwd-2300585567974&hsa_kw=microsomal%20stability%20assay&hsa_mt=p&hsa_net=adwords&hsa_ver=3&gad_source=1&gclid=CjwKCAjwg-24BhB_EiwA1ZOx8l3her1g_04g_SbuUi5pLciqr6BMNtd1Vfu6ZWLZgIZhEBvslZqbRoCygEQAvD_BwE. | n/a | n/a | | |
| **JTX-314** | PTX-0483 | DTX-412 | | | www.pymol.org | n/a | n/a | | |
| **JTX-315** | PTX-0485 | DTX-408 | | | www.ncbi.nlm.nih.gov/structure | n/a | n/a | | |
| **JTX-316** | | | | | RESERVED | | | | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-317** | PTX-0488 | DTX-559; DTX-560 | 3/28/2006 | | U.S. Patent No. 7,019,033 dated March 28, 2006 | | | | |
| **JTX-318** | PTX-0092 | DTX-298 | 3/19/2004 | | Wan, et al., Mechanism of activation of the RAF-ERK signaling Pathway by Oncogenic Mutations of B-RAF, 116 Cell 855 (2004) | ARRAY-MEK_5203122 | ARRAY-MEK_5203134 | R, PV, F, H | |
| **JTX-319** | PTX-0180 | DTX-310 | 5/1/2008 | | Adjei et al., Phase I Pharmacokinetic and Pharmacodynamic Study of the Oral, Small-Molecule Mitogen-Activated Protein Kinase Kinase 1/2 Inhibitor AZD6244 (ARRY-142886) in Patients with Advanced Cancers, 26 J. Clin. Oncol. 2139 (2008) | ARRAY-MEK_5201693 | ARRAY-MEK_5201710 | R, PV, A, H | |
| **JTX-320** | PTX-0118 | DTX-311 | 11/1/2005 | | Adjei, The role of mitogen-activated ERK-kinase inhibitors in lung cancer therapy, 7 Clin Lung Cancer 221 (2005) | ARRAY-MEK_5201711 | ARRAY-MEK_5201713 | | |
| **JTX-321** | PTX-0094 | DTX-312 | 9/15/2004 | | Ahmad et al., Kinase inhibition with BAY 43-9006 in renal cell carcinoma, 10 Clinical Cancer Research 6388,(2004) | ARRAY-MEK_5201714 | ARRAY-MEK_5201718 | R, PV, F, H | |
| **JTX-322** | PTX-0038 | DTX-313 | 11/17/1995 | | Alessi et al., PD 098059 is a specific inhibitor of the activation of mitogen-activated protein kinase kinase in vitro and in vivo, 270 J. Biol. Chem. 27489 (1995) | ARRAY-MEK_5201719 | ARRAY-MEK_5201724 | R. PV, F, H | |
| **JTX-323** | PTX-0086 | DTX-314 | 10/1/2003 | | Allen,CI-1040 (PD-184,352), a targeted signal transduction inhibitor of MEK (MAPKK), 30 Semin. Oncol. 105 No. 5 Suppl (2003) | ARRAY-MEK_5201725 | ARRAY-MEK_5201736 | | |
| **JTX-324** | PTX-0022 | DTX-315 | 2/15/1990 | | Anderson et al., Requirement for integration of signals from two distinct phosphorylation pathways for activation of MAP kinase, 343 Nature 651 (February 15, 1990) | ARRAY-MEK_5201737 | ARRAY-MEK_5201739 | R. PV, F, H | |
| **JTX-325** | PTX-0204 | DTX-317 | 2009 | | Andricopulo et al., Structure-Based Drug Design Strategies in Medicinal Chemistry, 9 Curr. Topics Med. Chem. 771 (2009) | ARRAY-MEK_5201740 | ARRAY-MEK_5201760 | | |
| **JTX-326** | PTX-0014 | DTX-318 | 1964 | | Ariëns & Simonis, A molecular basis for drug action, 16 J. of Pharmacy and Pharmacology 289 (1964) | ARRAY-MEK_5201761 | ARRAY-MEK_5201784 | R. PV, F, H | |
| **JTX-327** | PTX-0296 | DTX-320 | 9/1/2016 | | Ascierto et al., Cobimetinib combined with vemurafenib in advanced BRAF(V600)-mutant melanoma (coBRIM): updated efficacy results from a randomised, double-blind, phase 3trial, 17 Lancet Oncol. 1248 (2016) | ARRAY-MEK_1394403 | ARRAY-MEK_1394415 | R, PV, H, A | |
| **JTX-328** | PTX-0202 | DTX-323 | 12/1/2008 | | Backes et al., Small-molecule inhibitors binding to protein kinase. Part II: the novel pharmacophore approach of type II and type III inhibition, 3 Expert Opinion on Drug Discovery 1427 (December 2008) | ARRAY-MEK_5201785 | ARRAY-MEK_5201808 | R, PV, A, H | |
| **JTX-329** | PTX-0079 | DTX-324 | 4/3/2003 | | Bakare et al., Synthesis and MEK1 inhibitory activities of imido-Substituted 2-chloro-1,4-naphthoquinones, 11 Bioorg Med Chem 3165 (2003) | ARRAY-MEK_5201809 | ARRAY-MEK_5201814 | | |
| **JTX-330** | PTX-0192 | DTX-325 | 9/5/2008 | | Berger et al., 4-Anilino-7-alkenylquinoline-3-carbonitriles as potent MEK1 kinase inhibitors, 16 Bioorg Med Chem Lett 9202 (2008) | ARRAY-MEK_5201815 | ARRAY-MEK_5201824 | R, PV, A, H | |
| **JTX-331** | PTX-0080 | DTX-326 | 4/8/2003 | | Berger et al., Synthesis and evaluation of 4-Anilino-6,7-dialkoxy-3-quinolinecarbonitriles as inhibitors of kinases of the Ras-MAPK signaling cascade, 13 Bioorg Med Chem Lett 3031 (2003) | ARRAY-MEK_5201825 | ARRAY-MEK_5201828 | | |
| **JTX-332** | PTX-0101 | DTX-328 | 1/10/2005 | | Bhatt et al., Adhesion control of cyclin D1 and p27Kip1 levels is deregulated in melanoma cells through BRAF-MEK-ERK signaling, 24 Oncogene 3459 ( 2005) | ARRAY-MEK_5201829 | ARRAY-MEK_5201842 | | |
| **JTX-333** | PTX-0159 | DTX-329 | 10/1/2007 | | Bogoyevich & Fairlie, A new paradigm for protein kinase inhibition: blocking phosphorylation without directly targeting ATP binding, 12 Drug Discovery Today 622 (2007) | ARRAY-MEK_5201843 | ARRAY-MEK_5201854 | | |
| **JTX-334** | PTX-0273 | DTX-333 | 11/16/2011 | | Liang & Mackey, Vaccine shortages and suspect online pharmacy sellers, Vaccine 2011 | ARRAY-MEK_5203808 | ARRAY-MEK_5203811 | R, PV, A, H | |
| **JTX-335** | PTX-0023 | DTX-334 | 1991 | | Burch, Mass Ligand Binding Screening for Receptor Antagonists: Prototype New Drugs and Blind Alleys, 11 J. of Receptor Research 101 (1991) | ARRAY-MEK_5201855 | ARRAY-MEK_5201868 | R. PV, F, H | |
| **JTX-336** | PTX-0024 | DTX-335 | 1991 | | Carrupt et al. Molecular electrostatic potentials for characterizing drug-biosystem interactions, 203 Methods Enzymol 638 (1991) | ARRAY-MEK_5201869 | ARRAY-MEK_5201908 | R. PV, F, H | |

**Joint Exhibit List**

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-337** | PTX-0025 | DTX-336 | 1991 | | Casnellie, Protein Kinase Inhibitors: Probes for the Functions of Protein Phosphorylation, 22 Adv. Pharmacol. 167 (1991) | ARRAY-MEK_5201909 | ARRAY-MEK_5201947 | R. PV, F, H | |
| **JTX-338** | PTX-0017 | DTX-337 | 7/10/1982 | | Castagna et al., Direct activation of calcium-activated, phospholipid-dependent protein kinase by tumor-promoting phorbol esters, 257 J. Biol. Chem. 7847 (1982) | ARRAY-MEK_5201948 | ARRAY-MEK_5201952 | R. PV, F, H | |
| **JTX-339** | PTX-0394 | DTX-417 | 4/1/2023 | | IQVIA Institute Presentaion - Assessing The Impact of Illegal Online Pharmacies in the US (2023) | ARRAY-MEK_5203560 | ARRAY-MEK_5203600 | | |
| **JTX-340** | PTX-0323 | DTX-433 | 1/1/2019 | | Li et al., A Machine Learning Approach for the Detection and Characterization of Illicit Drug Dealers on Instagram: Model Evaluation Study, 21 J. Med Internet Res E13803 (2019) | ARRAY-MEK_5203604 | ARRAY-MEK_5203617 | | |
| **JTX-341** | PTX-0309 | DTX-441 | 11/14/2017 | | Mansfield et al., Patients' priorities in selecting chronic lymphocytic leukemia treatments, 1 Blodd Advances 2176 (2017) | ARRAY-MEK_5203618 | ARRAY-MEK_5203627 | | |
| **JTX-342** | PTX-0367 | DTX-450 | 11/1/2021 | | Moureaud et al., Purchase of prescription medicines via social media: A suPVey-based study of prevalence, risk perceptions, and motiviations, 125 Health Policy 1421 (2021) | ARRAY-MEK_5203628 | ARRAY-MEK_5203636 | | |
| **JTX-343** | PTX-0415 | DTX-451 | 2024 | | NABP RogueRx Activity Report Injectable Weight Loss Drugs: How Illegal Online Drug Sellers Are Taking Advantage of Patients (2024) | ARRAY-MEK_5203814 | ARRAY-MEK_5203825 | R, PV, UT | |
| **JTX-344** | PTX-0416 | DTX-453 | 2024 | | US Trade Representative - 2024 Review of Notorious Markets for Counterfeiting and Piracy _ United States Trade Representative | ARRAY-MEK_5203351 | ARRAY-MEK_5203408 | | |
| **JTX-345** | PTX-0386 | DTX-459 | 2023 | | Patel et al., Improving Safety by Evaluating the Impact of the Supply Chain and Drug Shortages on Health-Systems, 58 Hospital Pharmacy 120 (2023) | ARRAY-MEK_5203758 | ARRAY-MEK_5203762 | R, PV | |
| **JTX-346** | PTX-0297 | DTX-512 | 30-Nov-16 | | Fox News Report: Antibiotics from Dominican Republic sold illegally in NYC corner stores dated November 30, 2016 | ARRAY-MEK_5203812 | ARRAY-MEK_5203813 | R, PV, H, A, UT | |
| **JTX-347** | PTX-0336 | DTX-522 | 10/30/2019 | | Testimony in person of Dr. Woodcock, Dir of CDER - Safeguarding Pharmaceutical Supply Chains in a Global Economy, dated October 30, 2019 | ARRAY-MEK_5203763 | ARRAY-MEK_5203774 | R, PV, A, H | |
| **JTX-348** | PTX-0278 | DTX-541 | 1/1/2013 | | Mackey & Liang, Global Reach of Direct-to-Consumer Advertising Using Social Media for Illicit online Drug Sales, 15 J. Med Internet Res e105 (2013) | ARRAY-MEK_5203775 | ARRAY-MEK_5203788 | | |
| **JTX-349** | PTX-0276 | DTX-542 | 7/24/2012 | | Mackey TK, Liang BA. Oncology and the Internet: regulatory failure and reform. J Oncol Pract. 2012 Nov;8(6):341-3. doi: 10.1200/JOP.2012.000579. Epub 2012 Jul | ARRAY-MEK_5203789 | ARRAY-MEK_5203791 | | |
| **JTX-350** | PTX-0124 | DTX-574 | 2006 | | Varaprasad et al.,Discovery of 3-hydroxy-4-carboxyalkylamidino-5-arylamino-isothiazoles as potent MEK1 inhibitors, 16 Bioorg Med Chem Lett 3975 (2006) | ARRAY-MEK_5203104 | ARRAY-MEK_5203109 | | |
| **JTX-351** | PTX-0139 | DTX-575 | 12/1/2006 | | Verhaegen et al., A novel BH3mimetic reveals a mitogen-activated Protein Kinase-Dependent Mechanism of Melanoma Cell Death Controlled by p53 and Reactive Oxygen Species, 66 Cancer Res. 11348 (2006) | ARRAY-MEK_5203110 | ARRAY-MEK_5203121 | | |
| **JTX-352** | PTX-0106 | DTX-577 | 4/1/2005 | | Wang et al., A role for K-ras in conferring resistance to the MEK inhibitor, CI-1040, 7 Neoplasia 336 (2005) | ARRAY-MEK_5203143 | ARRAY-MEK_5203154 | | |
| **JTX-353** | PTX-0170 | DTX-579 | 2008 | | Warmus, 2-Alkylamino- and alkoxy-substituted 2-amino-1,3,4-oxadiazoles—O-Alkyl benzohydroxamate esters replacements retain the desired inhibition and selectivity against MEK (MAP ERK kinase), 18 Bioorg. Med. Chem. Letters 6171 (2008) | ARRAY-MEK_5203155 | ARRAY-MEK_5203160 | | |
| **JTX-354** | PTX-0064 | DTX-580 | 2001 | | Weber et al., Active Ras induces heterodimerization of cRaf and Braf, 61 Cancer Res. 3595 (2001) | ARRAY-MEK_5203161 | ARRAY-MEK_5203166 | R, PV, F, H | |
| **JTX-355** | PTX-0171 | DTX-581 | 2008 | | Wentz et al., Targeting MEK is effective chemoprevention of hepatocellular carcinoma in TGF-alpha-transgenic mice, 12 J. Gastrointest Surg. 30 (2008) | ARRAY-MEK_5203167 | ARRAY-MEK_5203174 | | |
| **JTX-356** | PTX-0041 | DTX-582 | 1998 | | Wermuth et al., Glossary of terms used in medicinal chemistry (IUPAC Recommendations 1998), 70 Pure and Applied Chemistry 1129 (1998) | ARRAY-MEK_5203175 | ARRAY-MEK_5203189 | R, PV, F, H | |
| **JTX-357** | PTX-0090 | DTX-584 | 2004 | | Wityak et al., Beyond U0126. Dianion chemistry leading to the rapid synthesis of a series of potent MEK inhibitors, 14 Bioorg Med Chem Lett. 1483 (2004) | ARRAY-MEK_5203197 | ARRAY-MEK_5203200 | R, PV, F, H | |

# Joint Exhibit List

| JTX No. | PTX No. | DTX No. | Date | Dep. Ex. | Description | Production Begin | Production End | Defendant's Objections | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|---|
| **JTX-358** | PTX-0172 | DTX-586 | 2008 | | Wolber et al., Molecule-pharmacophore superpositioning and pattern matching in computational drug design, 13 Drug Discovery Today 23 (2008) | ARRAY-MEK_5203201 | ARRAY-MEK_5203208 | | |
| **JTX-359** | PTX-0253 | DTX-587 | 2010 | | WHO, Growing threat from counterfeit medicines, 88 World Health Org 247 (2010) | ARRAY-MEK_5203794 | ARRAY-MEK_5203795 | | |
| **JTX-360** | PTX-0428 | DTX-588 | 12/3/2024 | | WHO, Substandard and falsified medical products, dated December 3, 2024 | ARRAY-MEK_5203796 | ARRAY-MEK_5203801 | | |
| **JTX-361** | PTX-0062 | DTX-589 | 2001 | | Wouters & Ooms, Small Molecule Crystallography in Drug Design, 7 Current Pharmaceutical Design 529 (2001) | ARRAY-MEK_5203209 | ARRAY-MEK_5203225 | R, PV, F, H | |
| **JTX-362** | PTX-0160 | DTX-591 | 11/1/2007 | | Yamaguchi et al., Identification of JTP-70902, a p15INK4b-inductive compound, as a novel MEK1/2 inhibitor, 98 Cancer Sci. 1809 (2007) | ARRAY-MEK_5203226 | ARRAY-MEK_5203233 | | |
| **JTX-363** | PTX-0131 | DTX-592 | 6/20/2006 | | Yamamoto et al., Continuous ERK activation downregulates antiproliferative genes throughout G1 phase to allow cell-cycle progression, 16 Curr Biol 1171 (2006) | ARRAY-MEK_5203234 | ARRAY-MEK_5203245 | | |
| **JTX-364** | | | | | RESERVED | | | | |
| **JTX-365** | PTX-0150 | DTX-594 | 3/1/2007 | | Yeh et al., Biological characterization of ARRY-142886 (AZD6244), a potent, highly selective mitogen-activated protein kinase kinase 1/2 inhibitor, 13 Clin Cancer Res. 1576 (2007) | ARRAY-MEK_5203247 | ARRAY-MEK_5203254 | | |
| **JTX-366** | PTX-0069 | DTX-595 | 2002 | | Zhang & Liu, MAPK signal pathways in the regulation of cell proliferation in mammalian cells, 12 Cell Res. 9 (2002) | ARRAY-MEK_5203255 | ARRAY-MEK_5203264 | | |
| **JTX-367** | PTX-0063 | DTX-596 | 2001 | | Zhang et al., MEK (MAPKK) Inhibitors Part 2: Structure-Activity Relationships of 4-Anilino-3-cyano-6, 7-dialkoxyquinolines, 11 Bioorganic & Medicinal Chemistry Letters 1407 (2001) | ARRAY-MEK_5203265 | ARRAY-MEK_5203268 | R, PV, F, H | |
| **JTX-368** | PTX-0052 | DTX-597 | 2000 | | Zhang, et al., Synthesis and Structure - Acitivity Relationships of 3-Cyano-4-(phenoxyanilino) quinolines as MEK (MAPKK) Inhibitors, 10 Bioorganic & Medicinal Chemistry Letters 2825 (2000) | ARRAY-MEK_5203269 | ARRAY-MEK_5203272 | R, PV, F, H | |
| **JTX-369** | PTX-0049 | DTX-598 | 12/1/1999 | | Zhao et al., Resorcylic Acid Lactones: Naturally Occurring Potent and Selective Inhibitors of MEK, 52 J. Antibiot. 1086 (1999) | ARRAY-MEK_5203273 | ARRAY-MEK_5203281 | R, PV, F, H | |
| **JTX-370** | PTX-0216 | DTX-599 | 2009 | | Zoete et al., Docking, virtual high throughput screening and in silico fragment-based drug design, 13 J Cell Mol Med. 238 (2009) | ARRAY-MEK_5203282 | ARRAY-MEK_5203292 | | |

# Defendant's Objections Key

| | | |
|---|---|---|
| Relevance | R | FRE 401/402 |
| Prejudice outweighs probative value | PV | FRE 403 |
| Hearsay | H | FRE 801/802 |
| Authenticity | A | FRE 901 |
| Best Evidence Rule | B | FRE 1002 |
| Lay opinion or legal conclusion | L | FRE 701 |
| Lacks foundation | F | |
| Untimely (produced after close of discovery) | UT | |
| Attorney-Client Privilege | P | |
| Attoreyy Work Product | WP | |

# EXHIBIT 13

**EXHIBIT 13**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 22-1277 (GBW) |
| ALEMBIC PHARMACEUTICALS LIMITED, Defendant. | ) | |

**PLAINTIFF'S STATEMENT OF INTENDED PROOFS**

Pursuant to Local Rule 16.3(c)(8), plaintiff Array BioPharma Inc. ("Plaintiff" or "Array") provides the following brief statements of what Array intends to prove at trial. The following statements are not exhaustive, and Array reserves the right to prove any matters identified in its pleadings, interrogatory responses, and/or expert reports. Array also intends to offer evidence to rebut evidence offered by defendant Alembic Pharmaceuticals Ltd. ("Alembic" or "Defendant"). Array reserves the right to modify or amend this Statement to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this statement to respond to any new issues that Alembic may raise. Array incorporates by reference its expert reports in support of any proof to be presented by expert testimony.

1. Array intends to show that Alembic cannot prove by a preponderance of the evidence that, on the grounds of patent exhaustion, Array will not have the right to enforce the Asserted Patents against Alembic prior to their expiration.

2. Array will prove that:

> [A] POSA is someone having the knowledge of (1) an M.D. specializing in oncology with several years of experience in treating patients, including treating patients with melanoma and colorectal cancer; (2) a Ph.D. in pharmacology or a related field with several years of experience conducting

> research on the inhibition of kinases, including BRAF and MEK kinases; and (3) a Ph.D. in medicinal chemistry or a related field with several years of experience in drug development, drug formulation, and characterizing crystalline materials.

3. Array intends to show that Alembic has failed to prove, by clear and convincing evidence, the invalidity of the asserted claims of the Asserted Patents.

4. Array intends to show that Alembic has failed to prove by clear and convincing evidence that the ’575 patent anticipates any of the asserted claims of the Asserted Patents.

5. Array intends to show that Alembic has failed to show by clear and convincing evidence that the asserted claims of the Asserted Patents are obvious over the prior art that Alembic’s experts cite.

6. Array intends to show that Alembic has failed to show by clear and convincing evidence that the asserted claims of the Asserted Patents do not meet the enablement requirement of 35 U.S.C. § 112.

7. Array intends to show that Alembic has failed to prove by clear and convincing evidence that the asserted claims of the Asserted Patents do not meet the written description requirement of 35 U.S.C. § 112.

8. Array intends to show that Alembic has failed to meet its burden of proving by clear and convincing evidence that the asserted claims of the Asserted Patents do not meet the utility requirement of 35 U.S.C. § 101.

9. Array intends to show that Array is entitled to an order setting the FDA approval date for Alembic’s ANDA no earlier than the expirations of the Asserted Patents or any later expiration of exclusivity to which Array is or becomes entitled.

10. Array intends to show by a preponderance of the evidence that this is an exceptional case meriting an award of attorneys’ fees, costs, and expenses.

# EXHIBIT 14

**EXHIBIT 14**

**ALEMBIC'S STATEMENT OF INTENDED PROOFS**

Pursuant to LR 16.3(c)(9), the following are brief statements of what Alembic intends to prove at trial. Alembic's intended proofs are based on Plaintiff's discovery responses, its infringement contentions, and expert reports. Alembic reserves the right to amend these proofs as necessary in the event Plaintiff changes its position with regard to any of the substantive issues prior to trial. Alembic also reserves its right to amend these proofs should Plaintiff raise new issues at trial.

1. Alembic intends to prove that a person of ordinary skill in the art as of the priority date of the patents-in-suit, would have been part of a multidisciplinary team that would include at least a medicinal chemist and a physician who treats patients.

2. Alembic intends to prove that the inventors failed to enable the patents-in-suit such that it would require undue experimentation by a person of ordinary skill in the art (under either party's proposed definition) to make and use the full scope of the patent.

3. Alembic intends to prove that inventors failed to provide sufficient written description support for the claims because a person of ordinary skill in the art (under either party's proposed definition) would not understand that the inventors possessed the claimed invention.

4. Alembic intends to prove that the patents-in-suit lack any credible utility because the specifications are devoid of any data, testing or experimental results that a person of ordinary skill in the art (under either party's proposed definition) would consider sufficient to show that the claimed methods were effective at treating the cancers recited in the asserted claims.

5. Alembic intends to prove that Array has already admitted that encorafenib is disclosed by the'575 patent.

6. Alembic intends to prove that the '575 patent discloses encorafenib.

7. Alembic intends to prove that the '575 patent anticipates the asserted claims of the '464 patent.

8. Alembic intends to prove that the '575 patent anticipates the asserted claims of the '229 patent.

9. Alembic intends to prove that the '575 patent anticipates the asserted claims of the '761 patent

10. Alembic intends to prove that U.S. Patent No. 7,777,050 ("the '050 patent") is prior art to each of the patents-in-suit.

11. Alembic intends to prove that WO 2008/120004 ("WO '004") is prior art to each of the patents-in-suit.

12. Alembic intends to prove that Blagosklonny, M. V. (2004), Analysis of FDA approved anticancer drugs reveals the future of cancer therapy, *Cell Cycle*, 3(8), 1033-1040, ("Blagosklonny 2004") is prior art to each of the patents-in-suit.

13. Alembic intends to prove that Davies, H,. et al. (2002) Mutations of the BRAF gene in human cancer. *Nature*, 417(6892), 949-954 ("Davies") is prior art to each of the patents-in-suit.

14. Alembic intends to prove that Da-Liang Ou, et al., *Abstract 1435: potential synergistic anti-tumor effects* between *sorafenib and the MEK inhibitor CI1040 in hepatocellular carcinoma (HCC)*, 99TH AM. ASS'N CANCER RES. ANNUAL MEETING, April 12-16, 2008, San Diego, California ("Ou") is prior art to each of the patents-in-suit.

15. Alembic intends to prove that Dvid B. Solit, et al., BRAF mutation predicts sensitivity to MEK inhibition, 493 NATURE 358 (2006) ("Solit") is prior art to each of the patents-in-suit.

**Exhibit 14 – Alembic's Statement of Intended Proofs**

16. Alembic intends to prove that Julie A. Spicer, New Small-molecule inhibitors of mitogen-activated protein kinase kinase, 3 EXPERT OPIN. DRUG DISCOV. 801 (2008) ("Spicer") is prior art to each of the patents-in-suit.

17. Alembic intends to prove that Smalley, K. S. M., & Flaherty, K.T. (2009) Integrating BRAF/MEK inhibitors into combination therapy for melanoma. *British Journal of Cancer*, 100(3), 431-435 ("Smalley") is prior art to each of the patents-in-suit.

18. Alembic intends to prove that the asserted claims of the '464 patent are rendered obvious based on the existing prior art and the knowledge of a person of ordinary skill in the art at the time of the alleged inventions.

19. Alembic intends to prove that the asserted claims of the '229 patent are rendered obvious based on the existing prior art and the knowledge of a person of ordinary skill in the art at the time of the alleged inventions.

20. Alembic intends to prove that the asserted claims of the '761 patent are rendered obvious based on the existing prior art and the knowledge of a person of ordinary skill in the art at the time of the alleged inventions.

21. Alembic intends to prove that the patents-in-suit are unenforceable based on the doctrine of exhaustion.